## CERTIFICATION AND AUTHORIZATION

I, Dania L. Orta, on behalf of The City of Miami Fire Fighters' and Police Officers' Retirement Trust ("Miami FIPO"), hereby certify, as to the claims asserted under the federal securities laws, that:

1.   I have reviewed a complaint ("Complaint") prepared against Cerence Inc. ("Cerence") alleging violations of the federal securities laws, and authorize its filing. I am authorized in my capacity as Administrator of Miami FIPO to initiate litigation and to execute this Certification on behalf of Miami FIPO.

2.   Miami FIPO did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3.   Miami FIPO is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4.   Miami FIPO's transactions in Cerence common stock during the Class Period are set forth in the attached Schedule A.

5.   Miami FIPO has sought to serve and was appointed as lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

*Anarkat v. CVS Health Corp.*, No. 1:19-cv-00437 (D.R.I.)

*In re MGP Ingredients, Inc. Sec. Litig.*, No. 2:20-cv-02090 (D. Kan.)

6.   Miami FIPO has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff, was not appointed lead plaintiff, or the lead plaintiff decision is still pending:

*In re Cloudera, Inc. Sec. Litig.*, No. 5:19-cv-03221 (N.D. Cal.)

*Siegel v. The Boston Beer Company*, No. 4:20-cv-00054 (S.D.N.Y.)

7.   Miami FIPO has served as a representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

*Goldman v. Spirit AeroSystems Holdings, Inc.*, No. 1:19-cv-05959 (N.D. Okla.)

*In re Nutanix, Inc. Sec. Litig.*, No. 3:19-cv-01651 (N.D. Cal.)

8.   Miami FIPO will not accept any payment for serving as a representative party on behalf of the Class beyond Miami FIPO's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this **24ᵗʰ** day of February, 2022.

*The City of Miami Fire Fighters' and Police Officers' Retirement Trust*

Dania L. Orta, Administrator

## SCHEDULE A
### The City of Miami Fire Fighters' and Police Officers' Retirement Trust Transactions in Cerence Inc.

| Common Stock Purchases | | | | Common Stock Sales | | |
|---|---|---|---|---|---|---|
| Date | Shares | Price | | Date | Shares | Price |
| 09/27/21 | 220 | $102.81 | | *None* | | |
| 09/28/21 | 520 | $101.52 | | | | |
| 09/29/21 | 80 | $101.58 | | | | |
| 09/29/21 | 395 | $101.62 | | | | |
| 09/30/21 | 760 | $97.28 | | | | |
| 09/30/21 | 450 | $97.99 | | | | |
| 09/30/21 | 1,075 | $99.91 | | | | |
| 10/12/21 | 880 | $87.57 | | | | |
| 10/13/21 | 25 | $89.61 | | | | |
| 10/13/21 | 880 | $90.71 | | | | |
| 11/11/21 | 350 | $102.25 | | | | |
| 11/12/21 | 365 | $103.94 | | | | |
| 11/22/21 | 1,200 | $84.45 | | | | |
| 12/08/21 | 460 | $76.40 | | | | |
| 12/09/21 | 865 | $74.98 | | | | |
| 12/09/21 | 150 | $77.46 | | | | |
| 12/10/21 | 265 | $76.31 | | | | |
| 12/13/21 | 560 | $77.90 | | | | |
| 12/17/21 | 165 | $70.33 | | | | |
| 12/17/21 | 335 | $72.50 | | | | |