UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

| | | |
|---|---|---|
| CITY OF MIAMI FIRE FIGHTERS' AND POLICE OFFICERS' RETIREMENT TRUST, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | No. 1:22-cv-10321-ADB <u>CLASS ACTION</u> |
| Plaintiff, | ) ) ) | MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL |
| vs. | ) ) | |
| CERENCE INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |
| | ) | |

4889-7537-4877.v1

Amalgamated Bank, as Trustee for the LongView Collective Investment Fund - LongView 400 MidCap Index Fund and the LongView Broad Market 3000 Index Fund ("Amalgamated Bank"), hereby moves this Court for an Order (attached hereto): (1) appointing Amalgamated Bank as Lead Plaintiff in the above-captioned action; and (2) approving Amalgamated Bank's selection of Robbins Geller Rudman & Dowd LLP to serve as Lead Counsel.  In support of this Motion, Amalgamated Bank submits herewith a memorandum of law and the declaration of Theodore M. Hess-Mahan.[1]

DATED:  April 26, 2022

HUTCHINGS BARSAMIAN MANDELCORN, LLP
THEODORE M. HESS-MAHAN, BBO #557109


/s/Theodore M. Hess-Mahn
THEODORE M. HESS-MAHAN

110 Cedar Street, Suite 250
Wellesley Hills, MA  02481
Telephone:  781/431-2231
781/431-8726 (fax)
thess-mahan@hutchingsbarsamian.com

Local Counsel

---

[1]  Pursuant to the Private Securities Litigation Reform Act of 1995, a motion for appointment as lead plaintiff may be made by any class member who wishes to seek appointment as lead plaintiff, regardless of whether they filed a complaint, no later than 60 days following the publication of the first notice that was issued advising investors of the pendency of this action.  *See* 15 U.S.C. §78u-4(a)(3)(A)-(B).  While all potential parties to the action should be aware of this filing deadline, it is impossible at this time for Amalgamated Bank's counsel to determine who else may move for appointment as lead plaintiff.  Accordingly, counsel for Amalgamated Bank requests leave from the meet-and-confer requirement of Local Rule 7.1(a)(2) with respect to the filing of this Motion.

4889-7537-4877.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
JENNIFER N. CARINGAL
MICHAEL ALBERT
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 26, 2022.

**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan

- 2 -

4889-7537-4877.v1