UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

| | |
|---|---|
| CITY OF MIAMI FIRE FIGHTERS' AND POLICE OFFICERS' RETIREMENT TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>        vs.<br><br>CERENCE INC., et al.,<br><br>                                    Defendants. | No. 1:22-cv-10321-ADB<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL |

4854-9010-4861.v1

Having considered Amalgamated Bank, as Trustee for the LongView Collective Investment Fund - LongView 400 MidCap Index Fund and the LongView Broad Market 3000 Index Fund's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel (the "Motion") and the accompanying memorandum of law and declaration of Theodore M. Hess-Mahan in support thereof, and good cause appearing therefor:

1.      The Motion is GRANTED.

2.      The file in Case No. 1:22-cv-10321-ADB shall be the master file for the action. All securities class actions on behalf of purchasers of Cerence Inc. common stock subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court, without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action.

3.      Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii), Amalgamated Bank, as Trustee for the LongView Collective Investment Fund - LongView 400 MidCap Index Fund and the LongView Broad Market 3000 Index Fund, is appointed as Lead Plaintiff for the class.

4.      Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Robbins Geller Rudman & Dowd LLP is appointed as Lead Counsel for the class. Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a)      the briefing and argument of any and all motions;

(b)      the conduct of any and all discovery proceedings including depositions;

(c)      settlement negotiations;

- 1 -

(d)    the pretrial discovery proceedings and the preparation for trial and the trial of

this matter, and delegation of work responsibilities to selected counsel as may be required;

(e)    the preparation and filing of all pleadings; and

(f)    the supervision of all other matters concerning the prosecution or resolution of

the consolidated action.

IT IS SO ORDERED.


DATED: _____    _____

THE HONORABLE ALLISON D. BURROUGHS
UNITED STATES DISTRICT JUDGE

- 2 -

4854-9010-4861.v1