UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

| | | |
|---|---|---|
| CITY OF MIAMI FIRE FIGHTERS' AND POLICE OFFICERS' RETIREMENT TRUST, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) | No. 1:22-cv-10321-ADB  CLASS ACTION  DECLARATION OF THEODORE M. HESS- |
| Plaintiff, | ) ) | MAHAN IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF |
| vs. | ) ) ) | AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL |
| CERENCE INC., et al., | ) ) | |
| Defendants. | ) ) | |
| | ) | |

4863-0963-2541.v1

I, THEODORE M. HESS-MAHAN declare as follows:

1.      I am local counsel for lead plaintiff movant Amalgamated Bank, as Trustee for the LongView Collective Investment Fund - LongView 400 MidCap Index Fund and the LongView Broad Market 3000 Index Fund ("Amalgamated Bank").  I submit this declaration in support of Amalgamated Bank's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Counsel.

2.      Attached hereto as Exhibit A is a true and accurate copy of the notice regarding the pendency of this action, published on *Globe Newswire* on February 25, 2022.

3.      Attached hereto as Exhibit B is the Certification of Amalgamated Bank stating that it is willing to serve as the representative party on behalf of the class.

4.      Attached hereto as Exhibit C is a true and accurate copy of a loss chart presenting Amalgamated Bank's estimated losses (prepared by counsel).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 26, 2022.

                                        s/ Theodore M. Hess-Mahan
                                        THEODORE M. HESS-MAHAN

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 26, 2022.

                                        **/s/Theodore M. Hess-Mahan**
                                        Theodore M. Hess-Mahan

- 1 -

4863-0963-2541.v1