# EXHIBIT B

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Amalgamated Bank, as Trustee for the LongView MidCap 400 Index Fund and the LongView Broad Market 3000 Index Fund ("Amalgamated Bank") declares:

1.    Amalgamated Bank has reviewed the complaint filed in this matter and authorized the filing of a motion for appointment as lead plaintiff..

2.    Amalgamated Bank did not acquire the security that is the subject of this action at the direction of counsel or to participate in this private action or any other litigation under the federal securities laws.

3.    Amalgamated Bank is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Amalgamated Bank has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.    Amalgamated Bank has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*Heavy & General Laborers' Locals 472 & 172 Welfare Fund v. 3M Company*, No. 2:19-cv-15982 (D.N.J.)
*Owens v. FirstEnergy Corp.,* No. 2:20-cv-03785 (S.D. Ohio)
*Yoshikawa v. Exxon Mobil Corporation,* No. 3:21-cv-00194 (N.D. Tex.)

6.    Amalgamated Bank will not accept any payment for serving as a representative party on behalf of the class beyond the Amalgamated Bank's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 26th day of April, 2022.

Amalgamated Bank, as Trustee for the
LongView MidCap 400 Index Fund and the
LongView Broad Market 3000 Index Fund


By:  *Mandy Tenner*
     Mandy Tenner, Executive Vice President
     & General Counsel


CERENCE

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**LongView 400 MidCap Index Fund**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 07/06/2021 | 22,617 | $124.33 |
| 12/17/2021 | 174 | $72.51 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 07/26/2021 | 760 | $107.95 |
| 08/10/2021 | 1,968 | $119.08 |
| 09/17/2021 | 4 | $105.72 |
| 01/31/2022 | 83 | $63.48 |

**LongView Broad Market 3000 Index Fund***

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 07/22/2021 | 37 | $106.87 |
| 10/18/2021 | 56 | $92.28 |
| 11/12/2021 | 67 | $105.02 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 06/25/2021 | 39 | $111.94 |
| 07/27/2021 | 176 | $105.44 |
| 08/24/2021 | 21 | $115.26 |
| 08/26/2021 | 33 | $105.56 |
| 09/17/2021 | 39 | $105.73 |
| 09/22/2021 | 60 | $102.07 |
| 09/24/2021 | 25 | $103.39 |
| 09/27/2021 | 26 | $103.41 |
| 10/25/2021 | 109 | $96.79 |
| 11/17/2021 | 16 | $106.00 |
| 01/10/2022 | 26 | $78.51 |
| 01/11/2022 | 33 | $82.92 |

Prices listed are rounded to two decimal places.

*Opening position of 2,240 shares.