# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Amalgamated Bank, as Trustee for the LongView Collective Investment Fund - LongView 400 MidCap Index Fund** | 07/06/2021 | 22,617 | $124.33 | $2,811,948.99 | 07/26/2021 | 760 | $107.95 | $82,043.86 | |
| | 12/17/2021 | 174 | $72.51 | $12,616.57 | 08/10/2021 | 1,968 | $119.08 | $234,354.14 | |
| | | | | | 09/17/2021 | 4 | $105.72 | $422.87 | |
| | | | | | 01/31/2022 | 83 | $63.48 | $5,268.89 | |
| | | | | | 02/17/2022 | 610 | $43.50 | $26,537.68 | |
| | | | | | 03/11/2022 | 19,366 | $37.38 | $723,901.08 | |
| | | **22,791** | | **$2,824,565.56** | | **22,791** | | **$1,072,528.52** | **($1,752,037.04)** |
| **Amalgamated Bank, as Trustee for the LongView Collective Investment Fund - LongView Broad Market 3000 Index Fund** | 07/22/2021 | 37 | $106.87 | $3,954.19 | held | 160 | $35.56 | $5,690.24 | |
| | 10/18/2021 | 56 | $92.28 | $5,167.68 | | | | | |
| | 11/12/2021 | 67 | $105.02 | $7,036.34 | | | | | |
| | | **160** | | **$16,158.21** | | **160** | | **$5,690.24** | **($10,467.97)** |
| **Movant's Total** | | **22,951** | | **$2,840,723.77** | | **22,951** | | **$1,078,218.76** | **($1,762,505.01)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $35.56 as of April 26, 2022 for common stock.

Prices listed are rounded to two decimal places.