**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CITY OF MIAMI FIRE FIGHTERS' AND POLICE OFFICERS' RETIREMENT TRUST, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CERENCE INC., SANJAY DHAWAN, and MARK J. GALLENBERGER, <br><br> Defendants. | No. 1:22-cv-10321-ADB |

**DECLARATION OF T. CHRISTOPHER DONNELLY IN SUPPORT OF THE PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI'S MEMORANDUM OF LAW IN OPPOSITION TO THE COMPETING MOTION <u>FOR APPOINTMENT AS LEAD PLAINTIFF</u>**

I, T. Christopher Donnelly, declare as follows:

1.    I am a member in good standing of the bar of the Commonwealth of Massachusetts and am admitted to practice before this Court.  I am a partner with the law firm Donnelly, Conroy & Gelhaar, LLP.  I respectfully submit this declaration in support of The Public Employees' Retirement System of Mississippi's Memorandum of Law in Opposition to the Competing Motion for Appointment as Lead Plaintiff.

2.    Attached as Exhibits A and B are true and correct copies of the following documents:

EXHIBIT A:  Stipulation and Order Consolidating Cases and Appointing Lead Plaintiff and Lead Counsel, *Yuan v. Facebook, Inc.*, No. 5:18-cv-01725-EJD, ECF No. 56 (N.D. Cal. Aug. 3, 2018); and

EXHIBIT B:  Memorandum of Law in Support of New Mexico State Investment Council and the Public Employees' Retirement System of Mississippi's Joint Stipulation for Appointment as Lead Plaintiff and Approval of Selection of Co-Lead Counsel, *Sun v. Tal Education Group*, No. 1:22-cv-01015-ALC, ECF No. 35 (S.D.N.Y. Apr. 19, 2022).

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of May, 2022.

*/s/ T. Christopher Donnelly*
T. Christopher Donnelly (BBO #129930)

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 10, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered participants on the Notice of Electronic Filing (NEF).

*/s/ T. Christopher Donnelly*
T. Christopher Donnelly (BBO #129930)
