UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

| | | |
|---|---|---|
| CITY OF MIAMI FIRE FIGHTERS' AND POLICE OFFICERS' RETIREMENT TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   vs.<br><br>CERENCE INC., et al.,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:22-cv-10321-ADB<br><br><u>CLASS ACTION</u><br><br>AMALGAMATED BANK, AS TRUSTEE FOR THE LONGVIEW MIDCAP 400 INDEX FUND AND THE LONGVIEW BROAD MARKET 3000 INDEX FUND'S RESPONSE TO COMPETING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF |

4870-5347-8431.v1

Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), Amalgamated Bank, as Trustee for the LongView Collective Investment Fund - LongView 400 MidCap Index Fund and the LongView Broad Market 3000 Index Fund ("Amalgamated Bank") filed a timely motion seeking appointment as lead plaintiff and approval of its selection of counsel. *See* ECF 15. Amalgamated Bank suffered over $1.7 million in losses and satisfies the Rule 23 requirements at this stage and stands ready, willing, and able to fulfill the role of lead plaintiff on behalf of the putative class.

DATED:  May 10, 2022

Respectfully submitted,

HUTCHINGS BARSAMIAN MANDELCORN, LLP
THEODORE M. HESS-MAHAN, BBO #557109


*s/ Theodore M. Hess-Mahan*
THEODORE M. HESS-MAHAN

110 Cedar Street, Suite 250
Wellesley Hills, MA  02481
Telephone:  781/431-2231
781/431-8726 (fax)
thess-mahan@hutchingsbarsamian.com

Local Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
JENNIFER N. CARINGAL
MICHAEL ALBERT
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

4870-5347-8431.v1

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 10, 2022.

**/s/Theodore M. Hess-Mahan**
Theodore M. Hess-Mahan