## CERTIFICATION AND AUTHORIZATION

I, Tricia Beale, Esq., on behalf of the Public Employees' Retirement System of Mississippi ("Mississippi"), hereby certify, as to the claims asserted under the federal securities laws, that:

1.   I have reviewed an Amended Class Action Complaint for Violations of the Securities Laws ("Complaint") prepared against Cerence Inc. ("Cerence") alleging violations of the federal securities laws. I am authorized in my capacity as a Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi to execute this Certification on behalf of Mississippi. I have authorized Saxena White P.A. and Bernstein Litowitz Berger & Grossmann LLP to file the Complaint and this Certification on Mississippi's behalf.

2.   Mississippi did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3.   Mississippi is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4.   Mississippi's transactions in Cerence common stock during the Class Period are set forth below:

| Date | Transaction | Shares | Price |
| --- | --- | --- | --- |
| 02/01/21 | Purchase | 400 | $115.85 |
| 02/08/21 | Purchase | 58,462 | $119.41 |
| 03/23/21 | Sale | 2,000 | $100.64 |
| 03/24/21 | Sale | 3,900 | $97.49 |

5.   Mississippi has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

*Public Emps.' Ret. Sys. of Mississippi v. Mohawk Industries, Inc.*, No. 4:20-cv-00005 (N.D. Ga.)

*In re JELD-WEN Holding, Inc. Sec. Litig.*, No. 3:20-cv-00112 (E.D. Va.)

*In re Wells Fargo & Co. Sec. Litig.*, No. 1:20-cv-04494 (S.D.N.Y.)

*In re Mylan N.V. Sec. Litig.*, No. 2:20-cv-00955 (W.D. Pa.)

*In re Portland Gen. Elec. Co. Sec. Litig.*, No. 3:20-cv-01583 (D. Or.)

*Habelt v. iRhythm Tech., Inc.*, No. 3:21-cv-00776 (N.D. Cal.)

*City of Miami Fire Fighters' and Police Officers' Ret. Trust v. Cerence Inc.*, No. 1:22-cv-10321 (D. Mass.)

6.   Mississippi has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-

1

year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff, was not appointed lead plaintiff, or the lead plaintiff decision is still pending:

*Jansen v. Int'l Flavors & Fragrances Inc.*, No. 1:19-cv-07536 (S.D.N.Y.)

*Bricklayers' & Allied Craftworkers Local #2 Albany, NY Pension Fund v. New Oriental Educ. & Tech. Group Inc.*, No. 1:22-cv-01014 (S.D.N.Y.)

*Sun v. TAL Educ. Group*, No. 1:22-cv-01015 (S.D.N.Y.)

7.      Mississippi will not accept any payment for serving as a representative party on behalf of the Class beyond Mississippi's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of July, 2022.

*Public Employees' Retirement System of Mississippi*

Tricia Beale, Esq.
Special Assistant Attorney General
Mississippi Attorney General's Office

2