**Exhibit B:**
**Key Cerence Disclosures Before and During Purported Class Period**

*Nuance & Cerence Management Conference Call (September 13, 2019) (App'x Ex. 1, at 8):*

[Mr. Gallenberger:] "The Licensing revenue piece, that is typically revenue that is recognized as car units ship in the future, so when the car company manufactures those vehicles and they are shipped, that's when we would recognize revenue on the licensing fees.

"We also have a component that's in our License revenue stream which we call prepay contracts and those are not variable in terms of futures unit volume per shipment but it's really fixed contracts. Since those contracts are fixed and non-cancellable, we take revenue as we book and sign those contracts. So, there's two components of that License revenue stream."

*FY2019 Form 10-K (December 19, 2019) (App'x Ex. 4, at 15-16):*

*Our operating results may fluctuate significantly from period to period, and this may cause our stock price to decline.*

Our revenue and operating results may fluctuate materially in the future. These fluctuations may cause our results of operations to not meet the expectations of securities analysts or investors which would likely cause the price of our stock to decline. Factors that may contribute to fluctuations in operating results include: […]

• reduction in the prices of our products in response to competition, market conditions or contractual obligations; […]

*Pricing pressures from our customers may adversely affect our business.*

We may experience pricing pressure from our customers in the future, which could result from the strong purchasing power of major OEMs. As a developer of automotive cognitive assistance components, we may be expected to quote fixed prices or be forced to accept prices with annual price reduction commitments for long-term sales arrangements or discounted reimbursements for our work. … Any price reductions could impact our sales and profit margins.

*1Q2020 Earnings Call (February 11, 2020) (App'x Ex. 7, at 9):*

[Mr. Gallenberger:] "**Prepays, as you know, they can be lumpy.** This past quarter, they were down quite a bit. But right now, we're seeing a good pipeline of potential prepays." (Emphasis added.)

*2Q2020 Earnings Call (May 7, 2020) (App'x Ex. 9, at 9):*

> [Mr. Gallenberger:] "So as it relates to prepays, **they can be lumpy from 1 quarter to the next**, as you can see the large increase from Q1 to Q2. … One of the benefits that you know is that we do get these fixed contracts up front which locks in a certain amount of licenses for vehicles that are going to ship in the future. And the other benefit is the fact that we do get the cash up front, too. So in many cases, we'll get the cash within 30 to 60 days in many of the prepay deals, which actually would help some of our short-term cash flow as we go through this more difficult period. So there is some benefit to some of the prepays."

> [Mr. Dhawan:] "The prepays are initiated by the OEMs, mostly their purchasing departments do request for discount, each purchasing group in an OEM has yearly targets. It's the way the industry works and something that we have to also participate because purchasing departments typically have a target to achieve, and they are pretty diligent about it. In Q2, at CES, I was there in that meeting when this discussion of — with the purchasing department of one of our OEMs started, right? And what resulted into was the prepay numbers that you see on our financials. **We try to control it as much as we can. But to work with the automotive OEMs, some of this is something that we have to participate in.** And one of the conditions of any discount from our side is to basically get the cash up front through this prepay mechanism."  (Emphasis added.)

*3Q2020 Earnings Call (August 4, 2020) (App'x Ex. 12, at 10):*

> [Mr. Gallenberger:] "**We had initially targeted about $40 million of prepays for the whole fiscal year but it's difficult to predict because they can be lumpy.** They're typically a small number of customers. And depending on the size of those deals, that could really drive some of the lumpiness. **So it is a little bit of a challenge to predict exactly when and how much those prepays are going to be.** So I think for this fiscal year, instead of being at $40 million, we're probably going to be in that $50 million to $53 million range for the year. I think our bias is to continue to hold those prepays flat to down over the long term. But I think just the first year here, it's been a little bit more challenging to predict when those opportunities arise. I think the good news, though, is with some of the short-term uncertainties, locking in some of these prepays certainly does help, not only on the revenue, but also helps us on cash flow during these difficult periods. **So we actually are a little bit more receptive during these uncertain times to lock in some of these licenses now versus waiting for the future.**"  (Emphasis added.)

2

*[BEGINNING OF PUTATIVE CLASS PERIOD]*

*4Q2020 Earnings Presentation (November 16, 2020) (App'x Ex. 14, at 29):*

## Strong Connected and Pro Services Growth Offset License Softness

|  | Q4FY20 | Q4FY19 | YoY |  | FY20 | FY19 | YoY |
|---|---|---|---|---|---|---|---|
| **License:** | $46.4M | $45.1M | 3% |  | $164.3M | $172.4M | (5%) |
| Variable | $29.9M | $33.8M | (12%) |  | $110.1M | $128.9M | (15%) |
| Prepay | $16.5M | $11.3M | 46% |  | $54.1M | $43.5M | 24% |
| **Connected Services:** | $25.0M | $22.9M | 9% |  | $96.1M | $78.7M | 22% |
| Legacy | $15.9M | $15.4M | 3% |  | $62.6M | $58.0M | 8% |
| New | $9.1M | $7.4M | 23% |  | $33.6M | $20.7M | 62% |
| **Professional Services** | $19.5M | $15.0M | 30% |  | $69.2M | $52.2M | 33% |
| **Total Revenue:** | $90.9M | $83.0M | 10% |  | $329.6M | $303.3M | 9% |

*4Q2020 Earnings Call (November 16, 2020) (App'x Ex. 15, at 10):*

[Mr. Gallenberger:] "So going into fiscal year '21. I certainly would expect us to be within that range. If you recall, in the past, I have said that we're sort of biased towards reducing prepays. However, **that's not always inside our control because we have our customers' demand as well. And so that sometimes ebbs and flows**." (Emphasis added.)

*FY2020 Form 10-K (November 19, 2020) (App'x Ex. 19, at 17-18):*

***Our operating results may fluctuate significantly from period to period, and this may cause our stock price to decline.***

Our revenue and operating results may fluctuate materially in the future. These fluctuations may cause our results of operations to not meet the expectations of securities analysts or investors which would likely cause the price of our stock to decline. Factors that may contribute to fluctuations in operating results include: […]

• reduction in the prices of our products in response to competition, market conditions or contractual obligations; […]

3

*Pricing pressures from our customers may adversely affect our business.*

We may experience pricing pressure from our customers in the future, which could result from the strong purchasing power of major OEMs. As a developer of automotive cognitive assistance components, we may be expected to quote fixed prices or be forced to accept prices with annual price reduction commitments for long-term sales arrangements or discounted reimbursements for our work. … Any price reductions could impact our sales and profit margins.

*1Q2021 Earnings Presentation (February 16, 2021) (App'x Ex. 22, at 31):*

## Strong New Connected and Pro Services Drive Growth

|  | Q1FY21 | Q4FY20 | Q1FY20 | QoQ | YoY |
|---|---|---|---|---|---|
| **License:** | $46.4M | $46.4M | $40.8M | 0% | 14% |
| Variable | $36.3M | $29.9M | $33.7M | 21% | 8% |
| Fixed (Prepay) | $10.1M | $16.5M | $7.1M | (39%) | 42% |
| **Connected Services:** | $27.3M | $25.0M | $23.0M | 9% | 19% |
| Legacy | $16.0M | $15.9M | $15.7M | 1% | 2% |
| New | $11.3M | $9.1M | $7.3M | 24% | 55% |
| **Professional Services** | $21.3M | $19.5M | $13.7M | 9% | 55% |
| **Total Revenue:** | $95.0M | $90.9M | $77.5M | 5% | 23% |

*1Q2021 Earnings Call (February 16, 2021) (App'x Ex. 23, at 11):*

[Mr. Gallenberger:] "So **prepays can be lumpy**. It's more concentrated. So **as we've seen in the past, they can go up and down and so forth.**"  (Emphasis added.)

4

*2Q2021 Earnings Presentation (May 10, 2021) (App'x Ex. 27, at 28):*

## Strong License and New Connected Revenue Drive Growth

|  | Q2FY21 | Q2FY20 | YoY Growth |
|---|---|---|---|
| License: | $54.4M | $44.6M | ⬆ 22% |
| Variable | $37.1M | $28.2M | ⬆ 32% |
| Fixed (Prepay) | $17.3M | $16.4M | ⬆ 5% |
| Connected Services: | $27.7M | $23.5M | ⬆ 18% |
| Legacy | $15.6M | $15.4M | ⬆ 1% |
| New | $12.1M | $8.0M | ⬆ 51% |
| Professional Services | $16.6M | $18.7M | ⬇ (11%) |
| Total Revenue: | $98.7M | $86.8M | ⬆ 14% |

*2Q2021 Earnings Call (May 10, 2021) (App'x Ex. 28, at 9, 12):*

[Mr. Gallenberger:] "So we do have the fixed portion of our license as well. **So those can be lumpy, those can vary from 1 quarter to the next."**

[Analyst:] "[Regarding] the prepay line item for the year, I think, would be flat to down, and **I know it can be really choppy and it's difficult to know in advance.** But given that year-to-date, it's up mid-teens, like it would seem like it'd have to be down mid-teens for that to still hold. Is that still a valid assumption for the year? Or did anything change there?"

[Mr. Gallenberger:] "Yes. I think last quarter we were around 10-ish or so in this quarter. So we were kind of a little bit below the run rate this quarter. We were above the run rate, really driven by 1 customer that we had accounted for over 50% of the entire fixed amount. So that kind of drove us towards the higher portion. So I think for the balance of the year, just because of what happened this quarter, we're probably now going to be flat to up from the prior year. **That would be my rough guess right now. But it's difficult to give guidance on that line item.** But last year, we did about 54 — about $54 million in total. And for the full — for the first 6 months, we're at about $27-ish million, call it. So that kind of feels like we're sort of on that same run rate as last year.  And you're right, we did say we'd probably be flat to down this year. I think now it's probably going to be at the flat level and possibly up. **It's difficult to predict.**"  (Emphasis added.)

*3Q2021 Earnings Presentation (August 9, 2021) (App'x Ex. 31, at 29):*

## Strong License and New Connected Revenue Drive Growth

|  | Q3FY21 | Q3FY20 | YoY Growth |
|---|---|---|---|
| License: | $50.0M | $32.5M | ↑ 54% |
| Variable | $31.8M | $18.3M | ↑ 74% |
| Fixed (Prepay) | $18.2M | $14.2M | ↑ 28% |
| Connected Services: | $30.2M | $25.4M | ↑ 19% |
| New | $14.3M | $9.8M | ↑ 46% |
| Legacy | $15.9M | $15.6M | ↑ 2% |
| Professional Services | $16.6M | $17.4M | ↓ (5%) |
| Total Revenue: | $96.8M | $75.2M | ↑ 29% |

*4Q2021 Earnings Presentation (November 22, 2021) (App'x Ex. 36, at 31):*

## Revenue Growth Powered by License and Pro Services

|  | Q4FY21 | Q4FY20 | YoY Growth |
|---|---|---|---|
| License: | $51.4M | $46.4M | ↑ 11% |
| Variable | $26.0M | $29.9M | ↓ (13%) |
| Fixed[1] | $25.4M | $16.5M | ↑ 54% |
| Connected Services: | $25.6M | $25.4M | ↑ 1% |
| New | $9.5M $11.2M[2] | $9.5M | 0% 18%[2] |
| Legacy | $16.1M | $15.9M | ↑ 1% |
| Professional Services | $21.1M | $19.4M | ↑ 9% |
| Total Revenue: | $98.1M | $91.2M | ↑ 8% |

[1]Fixed license revenue includes prepaid and minimum commitment deals.
[2]Excluding a one-time accounting adjustment of $1.7M to correct an amortization schedule, year-over-year growth would have been 18%

cerence    © 2021 Cerence Inc.    13

6

*4Q2021 Earnings Call (November 22, 2021) (App'x Ex. 37, at 7):*

[Mr. Gallenberger:] "Our fixed contract license grew 31%. **The amount of fixed contracts are difficult to predict.**"  (Emphasis added.)

*FY2021 Form 10-K (November 23, 2021) (App'x Ex. 40, at 18):*

***Our operating results may fluctuate significantly from period to period, and this may cause our stock price to decline.***

Our revenue and operating results may fluctuate materially in the future. These fluctuations may cause our results of operations to not meet the expectations of securities analysts or investors which would likely cause the price of our stock to decline. Factors that may contribute to fluctuations in operating results include: […]

• reduction in the prices of our products in response to competition, market conditions or contractual obligations; […]

***Pricing pressures from our customers may adversely affect our business.***

We may experience pricing pressure from our customers in the future, which could result from the strong purchasing power of major OEMs. As a developer of automotive cognitive assistance components, we may be expected to quote fixed prices or be forced to accept prices with annual price reduction commitments for long-term sales arrangements or discounted reimbursements for our work. … Any price reductions could impact our sales and profit margins.

7