**Exhibit C:**
**Trades Executed by Sanjay Dhawan, Oct. 1, 2019 – Dec. 15, 2021**

*(Publicly-filed Form 4s reflecting these trades are submitted herewith as App'x Ex. 56.)*

| Date | Acquired (A) / Disposed of (D) | Shares | Price | Comment | App'x Ex. 56 |
|---|---|---|---|---|---|
| **2019** | | | | | |
| 11/14/2019 | A | 534,460 | $0.00 | Grant of restricted stock | p. 2 |
| **2020** | | | | | |
| 1/1/2020 | D | 14,142 | $22.63 | Withheld for tax liability | p. 3 |
| 1/22/2020 | D | 500 | $22.63 | | p. 4 |
| 4/1/2020 | D | 13,792 | $18.58 | Withheld for tax liability | p. 5 |
| 7/1/2020 | D | 18,849 | $41.76 | Withheld for tax liability | p. 6 |
| 9/14/2020 | A | 250 | $20.66 | | pp. 7-8 |
| 9/14/2020 | D | 11,036 | (various prices, $54.00-$54.28) | | pp. 7-8 |
| 9/15/2020 | D | 10,417 | (various prices, $56.34-$56.54) | | p. 8 |
| 9/16/2020 | D | 13,683 | (various prices, $59.00-$62.25) | | p. 9 |
| 10/1/2020 | D | 43,169 | $49.74 | Withheld for tax liability | p. 10 |
| 10/22/2020 | D | 8,064 | (various prices, $59.33-$60.18) | Pursuant to Rule 10b5-1 trading plan adopted 9/22/2020 | pp. 11-12 |
| 11/3/2020 | D | 53,287 | $59.00 | Withheld for tax liability | pp. 13-14 |

| | Date | Acquired (A) / Disposed of (D) | Shares | Price | Comment | App'x Ex. 56 |
|---|---|---|---|---|---|---|
| | 11/3/2020 | A | 136,694 | $0.01 | Grant of restricted stock | pp. 13-14 |
| | 11/4/2020 | A | 62,082 | $0.01 | Grant of restricted stock | pp. 13-14 |
| *Putative Class Period* | 11/19/2020 | D | 50,000 | (various prices, $75.18-$77.59) | | pp. 15-16 |
| | 11/20/2020 | D | 20,500 | (various prices, $81.06-$83.39) | | pp. 15-16 |
| | 11/23/2020 | D | 8,064 | (various prices, $81.43-$86.04) | Pursuant to Rule 10b5-1 trading plan adopted 9/22/2020 | pp. 15-16 |
| | 11/23/2020 | D | 4,500 | (various prices $83.11-$83.19) | | pp. 15-16 |
| | 11/30/2020 | D | 5,385 | (various prices, $85.00-$86.59) | Withheld for tax liability | pp. 17 |
| | 11/30/2020 | D | 7,050 | (various prices, $90.25-$91.5) | | pp. 18-19 |
| | 12/01/2020 | D | 2,549 | (various prices, $93.50-$93.63) | | pp. 18-19 |
| | 12/22/2020 | D | 8,063 | $105.77 | Pursuant to Rule 10b5-1 trading plan adopted 9/22/2020 | p. 20 |
| | **2021** | | | | | |
| | 1/1/2021 | D | 14,272 | $100.48 | Withheld for tax liability | p. 21 |

| | Date | Acquired (A) / Disposed of (D) | Shares | Price | Comment | App'x Ex. 56 |
|---|---|---|---|---|---|---|
| *Putative Class Period* | 1/22/2021 | D | 8,581 | (various prices, $118.54-$121) | Pursuant to Rule 10b5-1 trading plan adopted 9/22/2020 | pp. 22-23 |
| | 2/10/2021 | D | 25,613 | $126.63 | | p. 24 |
| | 2/22/2021 | D | 8,581 | (various prices, $124.45-$126.10) | Pursuant to Rule 10b5-1 trading plan adopted 9/22/2020 | pp. 25-26 |
| | 3/22/2021 | D | 8,582 | (various prices, $101.80-$104.99) | Pursuant to Rule 10b5-1 trading plan adopted 9/22/2020 | pp. 27-28 |
| | 4/7/2021 | D | 15,895 | $94.02 | Withheld for tax liability | p. 29 |
| | 4/15/2021 | D | 23,990 | (various prices, $95.00-$98.05) | Pursuant to Rule 10b5-1 trading plan adopted 2/23/2021 | pp. 30-31 |
| | 5/17/2021 | D | 8,407 | (various prices, $82.99-$84.12) | Pursuant to Rule 10b5-1 trading plan adopted 2/23/2021 | pp. 32-33 |
| | 6/15/2021 | D | 14,318 | (various prices, $112.72-$114.40) | Pursuant to Rule 10b5-1 trading plan adopted 2/23/2021 | pp. 34-35 |
| | 7/7/2021 | D | 13,945 | $124.56 | Withheld for tax liability | p. 36 |
| | 7/15/2021 | D | 25,940 | (various prices, $107.63-$110.63) | Pursuant to Rule 10b5-1 trading plan adopted 2/23/2021 | pp. 37-38 |
| | 10/6/2021 | D | 53,392 | $85.75 | Withheld for tax liability | p. 39 |

| | Date | Acquired (A) / Disposed of (D) | Shares | Price | Comment | App'x Ex. 56 |
|---|---|---|---|---|---|---|
| *Putative Class Period* | 10/15/2021 | D | 23,177 | (various prices, $92.56-$93.18) | Pursuant to Rule 10b5-1 trading plan adopted 2/23/2021 | pp. 40-41 |
| | 11/11/2021 | A | 164,760 | $0.01 | Grant of restricted stock | p. 42 |
| | 11/16/2021 | D | 65,655 | $103.03 | Withheld for tax liability | p. 43 |
| | 11/23/2021 | A | 8,143 | $0.01 | Grant of restricted stock | p. 44 |
| | 12/7/2021 | D | 3,491 | $69.00 | Withheld for tax liability | p. 45 |