**Exhibit D:**
**Trades Executed by Mark J. Gallenberger, Oct. 1, 2019 – Feb. 7, 2022**

*(Publicly-filed Form 4s reflecting these trades are submitted herewith as App'x Ex. 57.)*

| Date | Acquired (A) / Disposed of (D) | Shares | Price | Comment | App'x Ex. 57 |
|------|------|------|------|------|------|
| **2019** | | | | | |
| 11/13/2019 | A | 86,206 | $0.00 | Grant of restricted stock | p. 2 |
| **2020** | | | | | |
| 10/1/2020 | D | 9,734 | $49.74 | Withheld for tax liability | p. 3 |
| 10/15/2020 | D | 11,900 | (various prices, $51.47-$53.32) | Pursuant to Rule 10b5-1 trading plan adopted 9/15/2020 | pp. 4-11 |
| 11/3/2020 | A | 59,317 | $0.01 | Grant of restricted stock | pp. 12-13 |
| 11/3/2020 | D | 15,912 | $59 | Withheld for tax liability | pp. 12-13 |
| 11/17/2020 | D | 16,600 | (various prices, $67.93-$71.79) | Pursuant to Rule 10b5-1 trading plan adopted 9/15/2020 | pp. 14-15 |
| 11/30/2020 | D | 2,139 | $85 | Withheld for tax liability | p. 16 |
| 11/30/2020 | D | 15 | $86.58 | Withheld for tax liability | p. 16 |
| **2021** | | | | | |
| 10/6/2021 | D | 13,458 | $85.75 | Withheld for tax liability | p. 17 |
| 11/11/2021 | A | 49,862 | $0.01 | Grant of restricted stock | p. 18 |
| 11/16/2021 | D | 19,282 | $103.03 | Withheld for tax liability | p. 19 |
| 11/29/2021 | D | 1,137 | $79.20 | Withheld for tax liability | p. 20 |

*Putative Class Period*