UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CITY OF MIAMI FIRE FIGHTERS' AND    :
POLICE OFFICERS' RETIREMENT TRUST,
individually and on behalf of all others    :
similarly situated,

   :

                   Plaintiff,       Civil Action
   :  No. 22-10321-ADB

      v.    :

CERENCE INC., SANJAY DHAWAN, and
MARK J. GALLENBERGER,    :

             Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANTS' APPENDIX OF PUBLIC RECORD DOCUMENTS SUBMITTED
IN SUPPORT OF THEIR MOTION TO DISMISS THE AMENDED COMPLAINT**

  Dated:  September 9, 2022            James R. Carroll
        Boston, Massachusetts         Kurt Wm. Hemr
                                Amy-Lee Goodman
                                SKADDEN, ARPS, SLATE,
                                  MEAGHER & FLOM LLP
                                500 Boylston Street
                                Boston, Massachusetts 02116
                                (617) 573-4800

                                Counsel for Defendants
                                Cerence Inc., Sanjay Dhawan, and
                                Mark J. Gallenberger

Attached hereto as Exhibits for the Court's convenience are the following public record documents pertinent to Defendants' Motion to Dismiss the Amended Complaint, submitted herewith:

*Exhibit 1.*    Nuance Communications, Inc. and Cerence Inc.    9/13/2019
("Cerence")  management conference call
transcript

**Documents relating to Cerence's fiscal quarter ending September 30, 2019 (4Q2019):**

*Exhibit 2.*    Cerence 4Q2019 Form 8-K    12/17/2019

*Exhibit 3.*    Cerence 4Q2019 earnings call transcript    12/17/2019

*Exhibit 4.*    Cerence FY2019 Form 10-K    12/19/2019

*Exhibit 5.*    Cerence Schedule 14A    1/24/2020

**Documents relating to Cerence's fiscal quarter ending December 31, 2019 (1Q2020):**

*Exhibit 6.*    Cerence 1Q2020 Form 8-K    2/11/2020

*Exhibit 7.*    Cerence 1Q2020 earnings call transcript    2/11/2020    (cited at
Am. Compl.
¶¶ 33, 38, 223)

**Documents relating to Cerence's fiscal quarter ending March 31, 2020 (2Q2020):**

*Exhibit 8.*    Cerence 2Q2020 Form 8-K    5/07/2020

*Exhibit 9.*    Cerence 2Q2020 earnings call transcript    5/07/2020

*Exhibit 10.*    Jefferies analyst report, "Initiate at Buy: The    6/08/2020
Voice AI Leader Behind the Increasingly
Connected Car"

**Documents relating to Cerence's fiscal quarter ending June 30, 2020 (3Q2020):**

*Exhibit 11.*    Cerence 3Q2020 Form 8-K    8/04/2020

*Exhibit 12.*    Cerence 3Q2020 earnings call transcript    8/04/2020

*Exhibit 13.*    Jefferies analyst report, "Heard Loud & Clear;    8/05/2020    (cited at
Big Beat, Bullish Outlook Drive Ests. Higher,    Am. Compl.
PT to $60"    ¶ 35)

**[NOVEMBER 16, 2020: BEGINNING OF PUTATIVE CLASS PERIOD]**

*Documents relating to Cerence's fiscal quarter ending September 30, 2020 (4Q2020):*

| | | | |
|---|---|---|---|
| *Exhibit 14.* | Cerence 4Q2020 Form 8-K | 11/16/2020 | |
| *Exhibit 15.* | Cerence 4Q2020 earnings call transcript | 11/16/2020 | (cited at Am. Compl. ¶¶ 46-47, 136-139) |
| *Exhibit 16.* | Craig-Hallum analyst report, "Cerence Beats Pre-Covid Guidance In A Very Difficult Auto Market. Significant Catalysts Ahead. Maintaining BUY — Raising Price Target To $90" | 11/17/2020 | (cited at Am. Compl. ¶ 48) |
| *Exhibit 17.* | Jefferies analyst report, "Another Big Beat, Improving Margin Outlook" | 11/17/2020 | (cited at Am. Compl. ¶ 48) |
| *Exhibit 18.* | Jefferies analyst report, "4Q Earnings Preview - Expecting Another Beat; Looking to Stay in the Fast Lane" | 11/17/2020 | |
| *Exhibit 19.* | Cerence FY2020 Form 10-K | 11/19/2020 | |
| *Exhibit 20.* | Berenberg Capital Markets analyst report, "Hey Cerence, Set An Alert for a Pullback" | 12/10/2020 | |
| *Exhibit 21.* | Cerence Schedule 14A | 12/30//2020 | |

*Documents relating to Cerence's fiscal quarter ending December 31, 2020 (1Q2021):*

| | | | |
|---|---|---|---|
| *Exhibit 22.* | Cerence 1Q2021 Form 8-K | 2/08/2021 | (cited at Am. Compl. ¶¶ 129, 143-144) |
| *Exhibit 23.* | Cerence 1Q2021 earnings call transcript | 2/08/2021 | (cited at Am. Compl. ¶¶ 50-51, 141-155) |
| *Exhibit 24.* | Craig-Hallum analyst report, "Torching The Rule Of 40, CRNC Posts 23 Top-Line Growth and 42% EBITDA Margins" | 2/08/2021 | (cited at Am. Compl. ¶ 52) |

| | | | |
|---|---|---|---|
| *Exhibit 25.* | Jefferies analyst report, "1Q21 First Look — Solid Beat on Connected Services Growth, Margin Upside" | 2/08/2021 | |
| *Exhibit 26.* | Jefferies analyst report, "Improving Margin Setup; Connected Services Drives Sales Trajectory" | 2/09/2021 | (cited at Am. Compl. ¶ 52) |

**Documents relating to Cerence's fiscal quarter ending March 31, 2021 (2Q2021):**

| | | | |
|---|---|---|---|
| *Exhibit 27.* | Cerence 2Q2021 Form 8-K | 5/10/2021 | (cited at Am. Compl. ¶¶ 129, 159) |
| *Exhibit 28.* | Cerence 2Q2021 earnings call transcript | 5/10/2021 | (cited at Am. Compl. ¶¶ 54-57, 157-160, 162-164) |
| *Exhibit 29.* | Craig-Hallum analyst report, "Despite COVID And Chip Shortages, Cerence Continues To Beat And Raise. Another Strong Top And Bottom Line Quarter And Outlook As New SaaS Applications Seeing Strong Uptake. Maintain Buy And $135 Price Target." | 5/10/2021 | (cited at Am. Compl. ¶ 58) |
| *Exhibit 30.* | Baird Equity Research analyst report, "Initiating Coverage at Outperform; In-Vehicle Technology Leader" | 6/03/2021 | |

**Documents relating to Cerence's fiscal quarter ending June 30, 2021 (3Q2021):**

| | | | |
|---|---|---|---|
| *Exhibit 31.* | Cerence 3Q2021 Form 8-K | 8/09/2021 | (cited at Am. Compl. ¶ 129) |
| *Exhibit 32.* | Cerence 3Q2021 earnings call transcript | 8/09/2021 | (cited at Am. Compl. ¶¶ 59-60, 166-172) |
| *Exhibit 33.* | Jefferies analyst report, "3Q21 First Look: Margin-Driven Beat; More Important, 2024 Targets Raised" | 8/09/2021 | |

| *Exhibit 34.* | Raymond James Diversified Industrials Conference transcript | 8/24/2021 | (cited at Am. Compl. ¶¶ 171, 175) |
| *Exhibit 35.* | Evercore ISI Autotech & AI Forum transcript | 9/21/2021 | (cited at Am. Compl. ¶ 178) |

**Documents relating to Cerence's fiscal quarter ending September 30, 2021 (4Q2021):**

| *Exhibit 36.* | Cerence 4Q2021 Form 8-K | 11/22/2021 | (cited at Am. Compl. ¶¶ 92, 182-183, 190-191) |
| *Exhibit 37.* | Cerence 4Q2021 earnings call transcript | 11/22/2021 | (cited at Am. Compl. ¶¶ 88, 94-96, 180-189) |
| *Exhibit 38.* | Wells Fargo analyst report, "Surprisingly Painful 2022 Guidance Reset" | 11/22/2021 | |
| *Exhibit 39.* | Craig-Hallum analyst report, "Auto Headwinds And Weak New Connected Revenue Catch Up To Cerence. Good Bookings And Great Pipe Bode Well For FY'22.  Maintain BUY, Lowering Price Target To $135" | 11/23/2021 | (cited at Am. Compl. ¶¶ 89, 199) |
| *Exhibit 40.* | Cerence FY2021 Form 10-K | 11/23/2021 | |
| *Exhibit 41.* | Goldman Sachs Global Automotive Conference transcript | 12/02/2021 | (cited at Am. Compl. ¶ 196) |
| *Exhibit 42.* | Cerence Schedule 14A | 12/30/2021 | |

**[FEBRUARY 4, 2022: END OF PUTATIVE CLASS PERIOD]**

**Documents relating to Cerence's fiscal quarter ending December 31, 2021 (1Q2022):**

| *Exhibit 43.* | Cerence 1Q2022 Form 8-K | 2/07/2022 | |
| *Exhibit 44.* | Cerence 1Q2022 earnings call transcript | 2/07/2022 | (cited at Am. Compl. ¶¶ 100, 102-107, 204) |

| *Exhibit 45.* | Raymond James analyst report, "New CEO Rips the Band Aid Off Prior to CEO's Guide" | 2/07/2022 | (cited at Am. Compl. ¶¶ 108, 206) |
|---|---|---|---|
| *Exhibit 46.* | Cowen analyst report, "Subdued FY'22 Guide and Withdrawal of '24 Targets Cloud Investor Confidence" | 2/07/2022 | |
| *Exhibit 47.* | Craig-Hallum analyst report, "Shockingly Messy Quarter, Guide And Explanation As New Leadership Resets Expectations" | 2/08/2022 | (cited at Am. Compl. ¶¶ 109, 206) |
| *Exhibit 48.* | Evercore analyst report, "A Long Rest (Downgrade to In Line)" | 2/14/2022 | (cited at Am. Compl. ¶¶ 109, 206) |

**Documents relating to Cerence's fiscal quarter ending March 31, 2022 (2Q2022):**

| *Exhibit 49.* | Cerence 2Q2022 Form 8-K | 5/02/2022 | (cited at Am. Compl. ¶¶ 118-119) |
|---|---|---|---|
| *Exhibit 50.* | Cerence 2Q2022 earnings call transcript | 5/10/2022 | |
| *Exhibit 51.* | Jeffries analyst report, "First Look — Solid Execution, FY Guidance Reiterated as Bookings Accelerate" | 5/10/2022 | |
| *Exhibit 52.* | Cerence Form 2Q2022 10-Q | 5/10/2022 | (cited at Am. Compl. ¶ 120) |
| *Exhibit 53.* | Berenberg Capital Markets analyst report, "Some Positive Indicators; Visibility Still Limited" | 5/20/2022 | |

**Documents relating to Cerence's fiscal quarter ending June 30, 2022 (3Q2022):**

| *Exhibit 54.* | Cerence 3Q2022 Form 8-K | 8/09/2022 | |
|---|---|---|---|
| *Exhibit 55.* | Cerence 3Q2022 earnings call transcript | 8/09/2022 | |

5

***Documents relating to trading in Cerence stock by individual defendants:***

| *Exhibit 56.* | Form 4s filed on behalf of Sanjay Dhawan, October 1, 2019 – December 7, 2021 | (various) | (cited at Am. Compl. ¶¶ 130-131) |
|---|---|---|---|
| *Exhibit 57.* | Form 4s filed on behalf of Mark J. Gallenberger, October 1, 2019 – February 7, 2022 | (various) | (cited at Am. Compl. ¶ 132) |

***Document relating to Mr. Dhawan's post-Cerence employment:***

| *Exhibit 58.* | SymphonyAI press release, "SymphonyAI Appoints Sanjay Dhawan as CEO to Drive Next Phase of Growth and Scale" | 1/12/2022 |
|---|---|---|

Dated:  September 9, 2022
       Boston, Massachusetts

Respectfully submitted,

/s/ James R. Carroll
James R. Carroll (BBO #554426)
Kurt Wm. Hemr (BBO #638742)
Amy-Lee Goodman (BBO #705403)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
kurt.hemr@skadden.com
amy-lee.goodman@skadden.com

Counsel for Defendants
Cerence Inc., Sanjay Dhawan, and
Mark J. Gallenberger