# EXHIBIT 10

*(Jefferies analyst report, "Initiate at Buy: The Voice AI Leader Behind the Increasingly Connected Car," dated June 8, 2020)*

# Jefferies

## Cerence

# Initiate at Buy: The Voice AI Leader Behind the Increasingly Connected Car

June 8, 2020

## Key Takeaway

**We initiate CRNC, the global leader (75% share) in the rapidly growing auto virtual assistant market (est. 15% CAGR through '23), with a Buy rating, $47 PT. We est. +13% sales CAGR following a trough FY'20 (LVP disruptions). We see penetration, CPV & margin expansion given tech leadership, secular tailwinds. We believe competitive concerns are overly inflated, valuation unduly discounted & our '21/'22 ests. are above the Street ($1.74 '21 EPS, Street of $1.39).**

**An entrenched connectivity penetration play**. A pure play on vehicle connectivity, CRNC's voice assistance software enables touchless interactions between vehicle & passenger. Global edge & cloud auto connectivity is set to ramp from 59% & 12% penetration today to 80% & 40% by '23 driving expansion across both CRNC's hybrid license & connectivity segments (+60% & +13% penetration as of '19). We forecast revenue modestly declines -0.3% in '20 before rebounding to +16.0% in '21 with '20 impacted by significant LVP disruption (est. -29% yr/yr in FY'2H; primarily a headwind to license rev's).

**The behemoth behind the voice, yet competitive positioning is misunderstood...** With est. 75% blended global market share & a growing presence in China, we believe CRNC maintains an entrenched competitive position given long-tailed relationships (up to 5 yr contracts, on site collaboration) & OEM insistence for data ownership. Cost of application is low ($5-6 per vehicle) while CRNC supports the seamless transition across multiple tech platforms (Google, Apple, Amazon), providing consumers & OEMs optionality. With 90% win rates, we believe "Big Tech" competition fears are overblown & note most are also barred from competing direct in China.

**... And unduly reflected in discounted valuation.** Our $47 PT is based on a blended DCF & comp analysis (EV/sales) & represents 5.5x our '21 revenue est. of $351m (consensus of $342m). For our comp analysis, we equally weight small cap software & best-in-class auto tech. We note CRNC trades at a 50% discount to the top 25% of small cap software which is unwarranted, in our view, given robust market share, high visibility to auto connectivity expansion & ramping recurring sales. We believe competition concerns (note focus on Big Tech virtual assistants) are driving the discount. CRNC continues to deliver "wins" which have notably held up during the COVID-19 pandemic while we believe the software will prove longer term complementary to tech virtual assistants. In our view, accelerating sales growth likely unlocks multiple expansion.

**A shifting model**. Having spun off from conversational AI provider Nuance Communications in Oct. (note 560 bps dilutive public company costs in '20), CRNC's model is shifting from License based to Connected Services, providing a growing mix of high margin, recurring (less cyclical) revs. While we expect elevated R&D spend as a % of sales in '20 (est. 29%), we believe CRNC will ultimately leverage robust bookings, sales growth to drive improved R&D optimization. We forecast '20 & '21 adj. EBIT margins of 24.7% & 27.6%.

---

**Initiating Coverage**

USA | Auto Tech & Connected Mobility

| | |
|---|---|
| RATING | **BUY** |
| PRICE | **$35.69^** |
| MARKET CAP | **$1.3B** |
| PRICE TARGET (PT) | **$47.00** |
| UPSIDE SCENARIO PT | **$65.00** |
| DOWNSIDE SCENARIO PT | **$15.00** |

^Prior trading day's closing price unless otherwise noted.

**FY Sep**

| USD | 2019A | 2020E | 2021E | 2022E |
|---|---|---|---|---|
| EPS | 2.76 | 1.15 | 1.74 | 2.16 |
| FY P/E | 13.0x | 31.0x | 20.5x | 16.5x |

GAAP EPS shown for FY'19

**Chart 1 - JEFE CRNC Sales ($M's) vs. Global Connectivity Penetration**



Source: Jefferies estimates, Company data

**Chart 2 - Ramping Recurring Connectivity Revenues as a % of CRNC Sales**



Source: Jefferies estimates, Company data

David L. Kelley *
Equity Analyst
(617) 342-7934
dkelley1@jefferies.com

Gavin Kennedy *
Equity Associate
(617) 342-7866
gkennedy1@jefferies.com

---

**Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 27 to 32 of this report.**

* Jefferies LLC / Jefferies Research Services, LLC

# Jefferies

EQUITY RESEARCH
**Cerence, Inc. (CRNC)**

## CERENCE (CRNC)

| Estimates | | | | |
|---|---|---|---|---|
| USD | 2019A | 2020E | 2021E | 2022E |
| Rev. (MM) | 303.3 | 302.5 | 351.0 | 394.2 |
| *Previous* | | | | |
| Consensus EPS | - | 0.99 | 1.39 | 1.78 |
| *Previous* | | | | |
| EBIT (MM) | 61.7 | 74.8 | 96.9 | 118.4 |
| *Previous* | | | | |
| EPS | | | | |
| Q1 | 0.37 | 0.29A | 0.46 | NA |
| *Previous* | | | | |
| Q2 | 0.31 | 0.43A | 0.39 | NA |
| *Previous* | | | | |
| Q3 | NA | 0.06 | 0.42 | NA |
| *Previous* | | | | |
| Q4 | NA | 0.37 | 0.47 | NA |
| *Previous* | | | | |
| FY Sep | 2.76 | 1.15 | 1.74 | 2.16 |
| *Previous* | | | | |

| Valuation | | | | |
|---|---|---|---|---|
| | 2019A | 2020E | 2021E | 2022E |
| EV/Rev | 5.0x | 5.0x | 4.3x | 3.8x |
| P/Rev | 4.4x | 4.4x | 3.8x | 3.4x |
| EV/EBIT | 24.4x | 20.1x | 15.5x | 12.7x |
| FY P/E | 13.0x | 31.0x | 20.5x | 16.5x |

GAAP EPS shown for FY'19

| Market Data | |
|---|---|
| 52-Week Range: | $40.08 - $11.39 |
| Total Entprs. Value | $1.5B |
| Avg. Daily Value MM (USD) | 34.28 |
| Float (%) | 94.5% |

| Financial Summary | |
|---|---|
| Book Value/Share | $25.04 |

## The Long View

### Scenarios

#### Base Case

- Flat FY'20 sales driven by increased connectivity penetration & recurring Connected sales, offset by -20% LVP decline in FY'20 (COVID-19 driven shutdowns) & impact on license sales; +14% sales CAGR '20-'22 as edge and hybrid penetration ramps, underlying market normalizes, gradual CPV growth
- Improved R&D leverage beginning in '21; +300 bps adj. EBITDA margin expansion
- FY'21 Revenue: $351m; Target Multiple: 5.5x; Price Target: $47

#### Upside Scenario

- +20% sales CAGR '20-'22 as edge and hybrid penetration ramps, underlying market leads to "V shaped" recovery, CPV growth trajectory to double by '24
- Improved R&D leverage beginning in '20; +500 bps adj. EBITDA margin expansion
- FY'21 Revenue: $421m; Target Multiple: 6.2x; Price Target: $65

#### Downside Scenario

- +4% sales CAGR '20-'22 as edge and hybrid penetration ramps at a gradual pace, prolonged underlying auto industry recession, CPV stagnates
- Abrupt auto production shutdowns & gradual restarts drive elevated decrementals coupled with lower volume leverage; we forecast -650 bps yr/yr margin degradation
- FY'21 Revenue: $302m; Target Multiple: 2.4x; Price Target: $15

### Investment Thesis / Where We Differ

- As a pure play on vehicle connectivity, CRNC should benefit from increased voice assistance penetration & likely sticky customer relationships, while CPV growth tied to increased cloud capabilities, multi-modal adjacencies provides further upside opportunity
- Shift to Connected Services likely drives mix shift to high margin, recurring revenues that benefits margin trajectory while ramp improves R&D leverage
- Scarcity value of secular growth, market share should drive eventual valuation rerating
- Competition concerns overblown

### Catalysts

- Meaningful voice assistance or cognitive arbitration "win" announcement
- Accelerating post Q3 (industry trough) sales growth
- CPV expansion

---

Please see important disclosure information on pages 27 - 32 of this report.

# Jefferies

EQUITY RESEARCH
**Cerence, Inc. (CRNC)**

## Executive Summary

We initiate coverage of Cerence, the global leader (est. +75% blended market share) in the rapidly growing auto virtual assistant market (est. 15% CAGR through '23), with a Buy rating & $47 price target. We expect +13% yr/yr sales growth following a likely trough FY'20 impacted by LVP disruptions. Longer term cloud connectivity expansion should drive improved penetration, CPV gains & margin expansion. We believe competition concerns are overly inflated, valuation unduly discounted, & our '21/'22 ests. are above the Street.

**Scarcity value - an entrenched connectivity penetration play**. A pure play on vehicle connectivity, CRNC's voice assistance solutions enable touchless interactions between vehicle & passenger reducing the probability of distracted driving (& thus complementary to active safety) while enabling a flexible virtual assistant program that allows passengers to use preferred voice assistants & apps and customers (OEMs) to maintain data ownership. Global edge & cloud vehicle connectivity is set to ramp from 59% & 12% penetration today to +80% & +40% by '23 allowing for growth across both license and connectivity segments of CRNC's hybrid model (+60% & +13% penetration as of '19). Ultimately, we view CRNC's targeted +13% 5 yr outgrowth CAGR vs. LVP (2019-'24) as achievable given expected tech penetration & likely sticky customer relationships & note current backlog of approx. $1.9bn. CPV growth tied to increased cloud capabilities, multi-modality adjacencies should provide further upside opportunity. As we forecast global LVP of -21% yr/yr & +6% yr/yr in FY'20 & FY'21, we forecast revenue modestly declines -0.3% yr/yr in '20 before rebounding to +16.0% in '21. Yet, as connectivity mix expands, increased recurring rev's will reduce exposure to the auto cycle.

**The behemoth behind the voice**. CRNC is the global leader in the auto voice assistant market with +80% global market share in edge and +50% in connected software, a strong footing in Europe & NA, and a growing presence in China. We believe CRNC maintains an entrenched competitive position given long-tailed relationships (up to 5 yr contracts, on site collaboration) & OEM insistence for data ownership. CRNC's positioning as a white label product provider (unlike Big Tech providers) provides a strong moat given the opportunity for OEMs to customize & brand the solution set while having access to all underlying data. Developing a recurring revenue stream remains the holy grail for many tier 1 suppliers and OEMs and thus we believe data ownership will remain a key attribute supporting CRNC's sustained global leadership as the market transitions from edge & license application to cloud-connected vehicles. Similarly, the cost of application is low ($5-6 per vehicle) while CRNC's cognitive arbitration technology supports the seamless transition across multiple technology platforms (Google, Apple, Amazon), providing consumers & OEMs flexibility. With 90% win rates, we expect continued dominance of the rapidly growing auto voice assistant market (est. +15% CAGR through '23).

**A shifting model - in more ways than one**. Having spun off from conversational AI provider Nuance Communications in Oct., CRNC's model is shifting with the auto market from license-based to Connected Services-based, providing high margin, recurring rev's. Thus, gross margin trajectory should benefit from robust Connected incrementals (est. +70% vs. core 55%). Related to the spin-off, CRNC will incur approx. $17m of public company costs in '20 (560 bps dilutive). While we expect elevated R&D spend as a % of sales in '20 (est. 29%), we believe CRNC will ultimately leverage robust bookings and sales growth to drive

June 8, 2020
Please see important disclosure information on pages 27 - 32 of this report.

3

# Jefferies

improved R&D optimization (to 28.2% of sales by '21, 26.6% by '22). We est. '20 & '21 adj. EBIT margins of 24.7% & 27.6%, respectively.

## Valuation

Our $47 PT is based on a blended DCF and comp analysis (EV/sales) & represents 5.5x our '21 revenue estimate of $351m (note consensus of $342m). For our comp analysis, we equally weight small cap software & best-in-class auto tech names. We note our implied multiple is in the 60% percentile of small cap software names, but represents a 50% discount to the top quartile which is unwarranted, in our view, given robust market share and high visibility to auto connectivity expansion & thus ramping recurring revenue stream. We believe competition concerns are misunderstood, a likely short term drag on the multiple. Our DCF analysis is detailed in the Appendix (Exhibit 1, Page 22).

**Table 1 - JEFE CRNC Blended Valuation**

| | BLENDED VALUATION ANALYSIS | |
|---|---|---|
| Valuation (EV/Sales) | *Small Cap Software* | *5.4* |
| | *Auto Tech* | *4.2* |
| | Comp Multiple | 4.8 |
| | Implied DCF Multiple | 6.2 |
| | **Blended Multiple** | **5.5x** |
| Price Target | Comp Based PT - 50% weight | $ 40.30 |
| | DCF Based PT - 50% weight | $ 53.80 |
| | **JEF BLENDED PT** | **$ 47** |

Source: Jefferies estimates, Company data, FactSet

**Table 2 - JEFE CRNC Valuation Comps**

| Comp | Ticker |
|---|---|
| **Auto Tech** | APH, TSLA |
| **Small Cap Software** | TWOU, ATEN, ALRM, MDRX, ALTR, APPF, APPN, BAND, BNFT, BLKB, BL, EPAY, CSGS, ECOM, CLDR, CVLT, CPSI, CSOD, CVET, DDOG, DMRC, DOMO, EBIX, EGAN, EVBG, FEYE, GSB, GTYX, HCAT, IIIV, IMMR, INS, LPSN, LVGO, MDLA, MSTR, MIME, MITK, MOBL, MODN, NEWR, NXGN, OSPN, PDFS, PHR, PINC, PRGS, PRO, QADA, RPD, RST, SAIL, SCWX, SLP, SMSI, SPSC, SVMK, TRHC, TNAV, UPLD, VRNS, VRNT, ZIXI, ZUO |

Source: Jefferies estimates, FactSet

## Risks

**Increased competition**. The automotive virtual assistance market is highly competitive and characterized by evolving regulatory standards, emerging business models, disruptive technology, short life cycles, price sensitivity, and substitute products. Both existing and new competition could pressure CRNC sales and margins.

**Automotive cycle**. CRNC's lone end market exposure is automotive, which is highly cyclical and dependent on general economic conditions. In addition, pandemics or outbreaks such as COVID-19 have disrupted and may continue to disrupt the auto industry. Vehicle production is poised for the third consecutive year of decline in 2020 and further deterioration could have a material adverse effect on the business.

**Cloud connected services may hurt sales and/or margins**. The development of products and services connected to the cloud requires significant R&D expenses that are expected to increase in the future. If integration or launches encounter difficulties, it could hurt sales and/or margins.

**Key customer risk**. CRNC's largest customer, Toyota, accounted for 21% of revenue in FY'19. Tier suppliers including Aptiv, Bosch, Continental, DENSO TEN, and Harman along with others account for 60% of annual sales. The loss of business from any major customer, OEM or Tier 1 supplier, could have an adverse effect on future sales.

**Spin-off risk**. Since spinning off from Nuance on October 1, 2019, CRNC appointed its first senior management team, including a new CEO and CFO. The team may require transition time to understand all aspects of the business, which could disrupt the strategic direction of the business. In addition, CRNC has no operating history as an independent, publicly-traded company and historical combined financial information may not be a reliable indicator of future results.

**Regulatory & legislative**. Changes in legislative or regulatory requirements could make CRNC's services less attractive or potentially obsolete, in particular laws that relate to the

June 8, 2020

Please see important disclosure information on pages 27 - 32 of this report.

4

# Jefferies

collection, retention, use, and transfer of personally identifiable information. With exposure to over 60 countries, CRNC may be exposed to numerous regulatory and legislative challenges. In particular, CRNC depends in large part on their ability to maintain and protect IP, which could result in litigation or licensing expenses.

**Foreign exchange**. In 2019, 57% of sales were conducted outside of the US. Due to the global nature of the company, CRNC is exposed to foreign exchange risk when converting foreign currency into US dollars. If the dollar strengthens, margins could suffer. CRNC's greatest exposures are to the Canadian dollar, Chinese yuan, Euro, Indian rupee, Japanese yet, and Korean Won. Yet, a 10% change in FX rates would not have a material impact on CRNC's operations. CRNC is naturally hedged across most markets, excluding Canada and China, where sub-9% of revenues are generated. Yet, in China, the majority of sales are billed in Eurodollars given their international headquarters in Heerlen, Netherlands.

## Company Background

Cerence (CRNC) is a global autos virtual assistance solutions leader (est. 75% market share in autos) enabling touchless interactions between vehicles, drivers & passengers, and the broader digital world, in addition to providing AI-powered assistants for connected & autonomous vehicles. CRNC primarily derives revenue from software license arrangements, connected services, and professional services in over 60 countries. CRNC technology powers the voice behind more than 330M vehicles today supporting 70+ lanuage & dialects. CRNC's regional portfolio consists of a sales mix (FY'19) of 43% in the United States, 26% in Germany, 15% in Japan, and 16% in the rest of the world. By segment, License accounts for 57% of sales, Connected Services accounts for 26% of sales, and Professional Services accounts for 17% of sales.

**Chart 3 - FY'19 CRNC Revenue by Region ($M's)**    **Chart 4 - FY'19 CRNC Revenue by Segment ($M's)**



Source: Jefferies estimates, Company data          Source: Jefferies estimates, Company data

**Management Team**



**Sanjay Dhawan** was appointed Chief Executive Officer on October 1, 2019. Prior to becoming CEO, Mr. Dhawan served as President of the Connected Services Division and Chief Technology Officer of Harman Industries International from 2015 to 2019. Before Harman, Mr. Dhawan was President and CEO of Symphony Teleca Corporation since 2010.

Chief Financial Officer **Mark Gallenberger** was appointed October 1, 2019. Before becoming CFO, Mr. Gallenberger was Senior Vice President, Chief Operating Officer, Chief Financial Officer, and Treasurer of Xcerra Corporation since 2014. Prior to Xcerra, Mr. Gallenberger was a Vice President with Cap Gemini, a consulting practice of Ernst & Young.

**Arun Sarin** has served as independent Chairman of the Board since October 2019. Before his retirement in 2008, Mr. Sarin was Chief Executive Officer of Vodafone Group Plc since 2003. Prior to becoming CEO of Vodafone, Mr. Sarin served as CEO of InfoSpace Inc. from 2001 to 2003.

**Spin-off from Nuance Communications**

On October 1, 2019, Nuance (NUAN), a conversational AI provider, completed the tax-free spinoff of Cerence. Prior to the spin, CRNC was known as Nuance Auto, one of three divisions within NUAN (including Healthcare & Enterprise). CRNC was spun to focus exclusively on the transportation and mobility space. Nuance shareholders received one share of CRNC common stock for every eight shares of NUAN stock. Related to the spin-off, CRNC will incur approximately $17m of public company costs in FY'20 (560 bps dilutive). NUAN also pre-funded $25m of start-up expense via a cash injection (note CRNC maintains $96m in cash as of fiscal 2Q end) that will cover nonrecurring FY'20 expenses including est. $19m in CapEx & $6m in OpEx.

# An Entrenched Connectivity Penetration Play

We believe ramping vehicle connectivity penetration will continue despite the ongoing cycle reset given incentives across automotive channels. Consumers increasingly value connected vehicles as the automobile as a mobile device has become a key priority overtaking, in our view, vehicle performance. OEMs value increased connectivity given lowered warranty repair costs (OTA software updates) and the integral role vehicle connectivity plays in advanced ADAS & autonomous implementation. Similarly, vehicle connectivity remains a relatively low cost content add and is complementary to consolidated and streamlined electrical architectures necessary to enable advanced ADAS equipped vehicles. For suppliers, connectivity provides increased CPV opportunity as well as the ability to decouple software & hardware enabling increased customer flexibility.

The lone auto channel poised for potential pushback remains auto dealers which benefit from increased service traffic tied to warranty repairs, likely to be cut back if vehicle connectivity continues to ramp. Yet, OTA connectivity likely only resolves 15-25% of recall issues remotely (software recalls) and thus mechanical related demand would be unaffected. Potentially offsetting losses, vehicle connectivity should drive incremental market share away from independent aftermarket repair shops given likely improved access to underlying vehicle data & quicker access to service related warnings.

June 8, 2020
Please see important disclosure information on pages 27 - 32 of this report.

6

# Jefferies

**Chart 5 - Connected Vehicles as a % of Global Production**



Source: Jefferies estimates, Company data

**Chart 6 - Connected Services Total Addressable Market ($B's)**



Source: Jefferies estimates, Company data

*The Role of Voice Assistants*

Voice activation has taken on an increasingly prominent role in the passenger in-vehicle experience as over 50% of vehicle owners have used a voice assistant in the vehicle while 63% of potential buyers take into account voice assistants in the purchasing decision process. 130m US vehicle owners report using in-vehicle voice assistants (as of January 2020) up from 114m in Sept. '18, or +14%. Notably, 84m report monthly usage and 30m report daily usage of voice assistants vs. 77m & 28m, respectively, as of Sept. '18.

OEM adoption of voice assistant technology is also on the rise, and we expect 59% global edge penetration in '18 expands to 80% by 2023. Similarly, we expect connected voice assistant penetration of 12% as of '18 will rise to +40% by 2023. All in, we expect the automotive voice assistant market to grow at a 15% CAGR through '23.

In-vehicle voice assistant technology adoption & growing consumer acceptance coincides with broader adoption & acceptance of voice assistant technology across a variety of platforms including smart speakers, smartphones, appliances, hearables, & wearables.

**Chart 7 - Historical US In-Car Voice Assistant (M's)**

Monthly Active Users excludes Daily Users



Source: Jefferies estimates, Voicebot.ai

June 8, 2020

Please see important disclosure information on pages 27 - 32 of this report.

7

# Jefferies

**Chart 8 - US Share of Adults that Currently Use Personal Assistants (%)**



Source: Jefferies estimates, NPR

**Chart 9 - US Non-Voice Users Interested in a Voice Assistant (%)**



Source: Jefferies estimates, NPR

**Chart 10 - US Smart Speaker Owners (Left Axis, M's) and as a % of Adults 18+**



Source: Jefferies estimates, NPR

**CRNC growth, penetration, market share**

CRNC is the dominant voice assistant player in the automotive industry and is implemented on +330m vehicles worldwide with an estimated 80% market share in edge/license software and +50% in connectivity solutions. Historical sales growth reflects the ramping voice assistant penetration and consumer acceptance, +12.8% 3-year CAGR (FY'16 to FY'19). Notably, this tracks +14.6% above global LVP since 2016, -1.8% CAGR.

Management targets a 15% revenue CAGR from FY'19 to FY'24 although that assumes +2% global LVP growth, which is roughly in-line with historical industry growth. Yet, with FY'20 poised for significant global LVP declines due to COVID-19 related disruption, we estimate -21% yr/yr, we expect sales growth tracks below targeted levels. However, given likely resiliency of the secular voice assistant & connectivity trends, we expect implied outgrowth of +13% vs. production holds despite the ongoing cycle headwinds.

# Jefferies

**Chart 11 - Monthly Transactions per User (Left Axis) and % of Active Users (Right Axis)**



Source: Jefferies estimates, Company data

**Chart 12 - Historical & JEFE Annual Sales (Left Axis, $M's) and Yr/Yr Sales Growth (Right Axis, %)**



Source: Jefferies estimates, Company data

**Derivative safety benefits**

While longer-term collision rates have decreased, distracted driving has increased near-term accident frequency. As illustrated below, accident frequency has decreased from 1988 through 2018 (most recent data). However, more recent trends (2011 to recent) have shown a clear upward bias, in our view the result of distracted driving. From 1988 to 2011, the crash rate per million miles driven decreased from 3.40 to 1.81, while the most recent data (2018) increased to 2.08 crashes per million miles driven. We note that the collision rate per 100 registered motor vehicles shows a similar trend.

**Chart 13 - US Crash Rate per Million Miles Driven**



Source: Jefferies estimates, NHTSA

# Jefferies

From 2011, the increased collision rates can be directly tied to distracted driving, in our view, particularly among newer drivers. Outlined below, we note the significant uptick in the usage of handheld devices among most drivers, particularly the youngest age cohort (16-24), from 2010 to 2011, and has remained elevated since. We also note that among fatal crashes by age group as a result of cell phone usage, drivers under 30 years of age account for 53% of that total. Usage of highly functional voice assistant technology should ultimately assist in the curtailing of distracted driving. Importantly for CRNC, the ability to integrate with Apple CarPlay, Google Auto or Amazon Alexa via cognitive arbitration is also an important differentiator as OEMs aim to provide a suite of solutions for consumers with the ultimate goal of extending the smartphone experience to the automobile (hence the term "the ultimate mobility device") and curtailing the use of the passenger's actual phone.

**Chart 14 - US Drivers Visibly Manipulating Handheld Devices by Age (%)**



Source: Jefferies estimates, NHTSA

**Chart 15 - US Fatal Crashes by Age from Cell Phone Usage ('17)**



Source: Jefferies estimates, NHTSA

# A Transitioning Business Model

**Mix**

CRNC's *License* segment contributes 57% of FY'19 sales, but 83% of the firm's gross profit by generating the highest average margins among CRNC's three segments (99% gross margin profile in FY'19). Since FY'16, annual License segment sales growth has averaged +10.0% yr/yr and most recently posted positive sales growth of +0.9% yr/yr in FY'19 despite a light vehicle production environment that declined -6% (+7% outgrowth).

CRNC's licenses, or edge software components, are embedded within the vehicle and the majority of customers are charged a royalty fee based on the number of vehicles produced. Due to the nature of the sale, light vehicle production trends have the most impact on this business segment. A portion of License revenue is derived from prepay contracts (25% share in FY'19), which provides up-front cash payments (useful during macro events such

# Jefferies

as COVID-19), but are typically offered with a discount. Management expects prepays to be lumpy quarter-to-quarter and flat to slightly down yr/yr in FY'21.

**Chart 16 - FY'19 CRNC Revenue by Segment ($M's)**



- ■ License
- ■ Connected services
- ■ Professional services

Source: Jefferies estimates, Company data

Before a tier one supplier or OEM initiates a software licensing arrangement with CRNC, the *Professional Services* team is involved in the design and integration of the voice solution. Following a new business win, CRNC works closely with the customer for one to two years to customize and integrate their services. Professional Services is less dependent on light vehicle production as OEMs typically maintain development programs for platform upgrades and the segment is typically a leading indicator for future growth in License and Connected Services. Sales are generated as development progress is made, typically spread across the 1.5-3 year Professional Services cycle before implementation (and licensing).

CRNC derived 17% of FY'19 revenue from Professional Services, but due to the level of customization and development, gross margins are the lowest of the three segments (2% gross margin profile in FY'19). Since FY'16, annual segment revenue increased +3.8% yr/yr an average with +14.4% yr/yr growth in FY'19 to $52m.

*Connected Services* is CRNC's fastest growing segment with +30.7% yr/yr sales growth in FY'19. Connected Services is the second largest segment revenue contributor (26% of net sales) and gross profit contributor (20% of consolidated by segment). Since FY'16, annual segment revenue has increased +34.4% yr/yr on average.

June 8, 2020
Please see important disclosure information on pages 27 - 32 of this report.

11

# Jefferies

**Chart 17 - Historical CRNC Backlog ($B's)**



Source: Jefferies estimates, Company data

**Shift to connected solutions**

If an OEM or tier one supplier has a licensing agreement with CRNC, they can choose to add connected services for an additional fee (note, connected services cannot be offered standalone). Connected services offer similar voice and AI solutions as license products, while adding increased computational power and access to third-party external content via the cloud (i.e., weather, traffic, news). We believe the shift to connected services revenue will accelerate as vehicle connectivity penetration increases (to est. +40% by 2023 from 12% in 2018). With an average service duration of four to five years, cloud connectivity provides a stable revenue stream that is less affected by short-term headwinds (management noted only marginal impact from COVID-19) and contract renewals are initiated by the OEM or tier one supplier (B2B) as opposed to the owner of the vehicle. Worth monitoring, CRNC has not yet experienced a contract renewal cycle due to the relative infancy of the service. Due to the attractive value proposition for customers via differentiation and monetization, we estimate connected services revenue increases +13% yr/yr in FY'20 before accelerating +18% in FY'21.

# Jefferies

**Historical Annual Connected Services Share of Firm Revenue (%)**



Source: Jefferies estimates, Company data

**Chart 18 - Historical & JEFE Connected Services Sales (Left Axis, $M's) and Gross Margin (Right Axis, %)**



Source: Jefferies estimates, Company data

**Cognitive arbitration**

As the popularity of virtual assistants increases, CRNC has developed a 'cognitive arbitration' system that acts as an intelligent hub that connects various virtual assistants (i.e., Alexa, Siri) and third-party services (i.e., OpenTable, Spotify) within the vehicle. Through cognitive arbitration, CRNC can route a user's request to the appropriate service and automatically learn their preferences over time. Notably, this creates a seamless user experience and allows flexibility to use Google, Apple or other voice assistant while also allowing OEMs to maintain ultimate data control. Cognitive arbitration provides OEMs with customized brand differentiation (i.e., "Hey Mercedes...") and lets them control the in-vehicle experience. Finally, CRNC's solution is particularly adept at processing speech in an often noisy auto cabin environment which, in turn, can enhance the technology company's virtual assistant. As vehicle connectivity proliferates alongside the adoption of various virtual assistants and third-party services, we believe CRNC's white label offering presents a compelling proposition that benefits both users and OEMs.

# Jefferies

**Chart 19 - Consumers Who Prefer an Integrated Voice Assistant in the Vehicle, at Home, and on Mobile**



Source: Jefferies estimates, CapGemini

**Growing CPV**

Growth in hybrid offerings and cognitive arbitration solutions should lead to increased penetration rates over time, but increasing the content per vehicle is another key growth vertical for CRNC. Management's goal is to double content per vehicle in the next two to three years from approximately $5-6 today by adding more features to the software stack. New products in the pipeline include cognitive arbitration, emergency vehicle detection, and multi-modality features such as gaze & gesture control or voice biometrics. Paired with CRNC's cloud connectivity, additional content offerings provide OEMs and tier ones with increased differentiation at comparatively low added costs. For example, a vehicle's average head unit costs $200-300 with software commanding a $50-75 share on average. At $5-6 per vehicle today, CRNC can increase their revenue per vehicle at a comparatively low additional cost to customers. Despite management's goal to double CPV, we believe the cycle reset warrants a more conservative approach and thus we estimate CRNC's content per vehicle grows from est. $5.20 today to $7.22 by FY'23 (9% 4-year CAGR). Regardless, over the next 2-3 years we believe vehicle penetration trajectory will have a greater influence on CRNC's sales ramp given the long dated new product development and ultimate rollout and ramp cycle typical in the auto industry.

# Jefferies

**Chart 20 - Historical & JEFE CRNC CPV ($)**



Source: Jefferies estimates, Company data

### Margin trajectory

CRNC will incur approximately $17m of incremental public company costs in FY'20 (560 bps dilutive to margin) related to the spin-off from Nuance. As mentioned previously, license gross margin runs near 100% while professional services margin runs significantly lower (10%). Professional service margin expansion likely hinges on shifting to offsite, low cost countries. Yet, given Professional Services' on-site, "consulting like" model (team of 450) is key to product development and "stickiness" of customer relationships, we do not view segment margin expansion as core to the CRNC thesis. Thus, Connected Services gross margin expansion, currently running 65-70%, is key to driving consolidated gross margin expansion. Notably, Connected cash payment is incurred immediately upon the vehicle shipment while revenue is typically amortized over the contract lifecycle (3-5 years). Given upfront fixed costs & the delayed revenue impact, Connected Services variable margin is a strong driver of consolidated margin performance.

Despite ongoing cycle headwinds, we expect elevated R&D spend as a percent of sales in FY'20 (est. 29%), but believe CRNC will longer term leverage robust bookings and sales growth to drive improved R&D optimization (to 28.2% of sales by '21, 26.6% by '22). We estimate FY'20 & FY'21 adj. EBIT margins of 24.7% & 27.6%, respectively.

**Chart 21 - CRNC Share of R&D Spend (%)**



Source: Jefferies estimates, Company data

# Jefferies

**Chart 22 - Historical & JEFE Adj. Gross Margin (%)**

GAAP margin shown for FY'18



Source: Jefferies estimates, Company data

**Chart 23 - Historical & JEFE R&D as a Percent of Sales (%)**



Source: Jefferies estimates, Company data

## China

Outside of Japan, CRNC has a relatively small presence in Asia (9% share of FY'19 revenue) due to the lower penetration of cognitive assistant software in emerging market vehicles. However, China is a key growth opportunity as the largest auto market globally, 24m light vehicles produced in 2019 (27% global share) vs. 16m in the US. CRNC currently maintains 50-60% market share, but the fragmented nature of the auto industry in China (90+ OEMs & JVs) poses a different competitive dynamic than NA and Europe. Voice assistants in China must incorporate a number of different dialects and be customized to local languages, internet ecosystems, and use cases. Notably, Google, Amazon, and Facebook are barred access to China, so CRNC collaborates with Alibaba, Baidu, and Tencent. CRNC's ARK platform allows OEMs to scale AI-powered voice solutions quickly, a key leverage point in a market moving quickly to modernize the fleet and looking to become the leading adopter of auto tech. Note, CRNC operations in China returned to normal activity in fiscal 2Q20 post-COVID-19 and management announced a new business win with the largest car manufacturer in China to deploy ARK in all their cars.

## Longer term products, goals

Cerence ARK initially launched in China due to the large number of OEMs (+90) in the region, but the software stack is a key long term growth driver for CRNC. ARK provides customers with a turnkey voice solution that has a customizable, open architecture system. Customers can choose the standalone edge system, which benefits regions such as Indonesia that do not have built-out cloud infrastructures, or purchase the edge and cloud solution together. Regardless of the package, ARK's turnkey nature minimizes development and deployment time and is well suited for low-end vehicles in emerging markets, while CRNC benefits from an increased TAM and reduces the reliance on its low margin professional services team.

June 8, 2020                                                                                      16

Please see important disclosure information on pages 27 - 32 of this report.

## Jefferies

In addition to expanding the ARK platform in emerging markets, CRNC is developing software-as-a-service (SAAS) revenue streams to add to their business model. Management has built out a dedicated SAAS team within the firm and is currently in discussions with half a dozen OEMs about the new contract structure. The new model would multiply CRNC's TAM by tying revenue to the life of the vehicle instead of the number of vehicles shipped by expanding the typical life cycles from 4-5 years to the entire vehicle lifecycle. Management targets $75m in SAAS revenue by FY'24, but as vehicle connectivity proliferates we believe there should be ample runway for the currently nascent fee structure.

Outside of ARK's turnkey solution and the gradual transition to SAAS revenue streams, we see additional opportunities for CRNC through multi-modality offerings, although unlikely to impact near term (through '22) results. As in-vehicle sensors proliferate, CRNC can combine their voice and AI expertise with driver monitoring solutions such as facial and gesture recognition to provide a more personalized experience and enhanced safety features. Safety features are likely the first to potentially gain traction, in our view, and could identify whether the driver is distracted or drowsy. Note, the Euro NCAP, which provides 5-star safety reviews for vehicles in Europe, started incorporating driver monitoring systems into their rating system in 2020. With other regions likely following suit given ongoing push for Level 2+ ADAS and Level 3 semi-autonomous adoption, we believe CRNC has the opportunity to enhance their connected services solution through multi-modality solutions and potentially increase the content per vehicle.

## Competition / Competitive Moat

**Legacy advantage - Professional Services**

As CRNC works with customers, both OEMs and tier one suppliers, up to two to three years prior to license revenue being generated via Professional Services engineers, we believe their legacy advantage is substantial. CRNC engineers work directly onsite with customer product development teams and, thus, familiarity is a key advantage. Finally, as CRNC's software is designed in for model lifecycles, typically four years, while pricing is low ($5-6 vs. head unit of $200-$300, average new vehicle transaction price of $37,900) we believe voice assistance software has a high "stickiness" probability.

**Scale advantage**

As is typical in the auto industry, the consolidated nature of Western OEMs typically translates to scaled supplier advantages. Given 75% voice assistant market share, usage across +330M global vehicles and applicability with +70 languages and dialects, we believe this advantage applies to CRNC as OEMs value as high functioning voice assistant system and a supplier capable of providing a variety of solution sets across multiple geographic markets. Setting aside Tech behemoths Amazon, Google and Apple (discussed below), legacy auto competitors are typically niche, regional software providers. This includes SoundHound and, in China, iFLYTEK. CRNC has won business with Geely via their ARK solution from iFLYTEK. While CRNC's connected market share is lower at 50%, connected software can not be sold exclusive without the license product as many functions are embedded in the vehicle (e.g., necessary voice functionality as a vehicle enters a tunnel...). Thus, we expect legacy license scale will translate to connected leadership as the market grows from niche luxury (+13% penetration today) to global.

# Jefferies

**Big Tech - Role Reversal & Not Always a Direct Threat**

While Apple, Google, and Amazon can be competitors, they are not always direct threats and at times even work with CRNC. Similarly, CRNC's cognitive arbitration solution is designed to provide optionality for consumers and OEMs regarding ultimate voice assistant technology. Thus, we foresee a world where CRNC will continue to coexist long term with the Big Tech voice assistant solutions.

Amazon primarily competes with CRNC through their Echo Auto device. Launched globally in 2020, Echo Auto connects to the Alexa assistant through a smartphone application via Bluetooth. The Alexa assistant also comes built-in with certain late-model offerings from Audi, Buick, Ford, Lincoln, and Toyota. Unlike Amazon, Apple and Google both offer an operating system (CarPlay & Android Auto, respectively) that offers a familiar user interface and pairs with their respective voice assistants (Siri & Google Assistant). Apple CarPlay and Android Auto are each offered on +500 models and likely pose the greatest threat to CRNC. Google signed a partnership with GM to begin implementing voice assistant solutions in vehicles beginning in '21. However, unlike their big tech competitors, CRNC offers OEMs greater brand differentiation and customization and, most notably, lets the OEMs own and monetize customer data.

**Chart 24 - Historical Annual US Penetration of Apple CarPlay & Android Auto (%)**



Source: Jefferies estimates, Wards Auto

**China friction a concern worth watching**

CRNC has 50-60% market share within China despite the fragmented nature of the industry (90+ OEMs & JVs). Notably, Google, Amazon, and Facebook are banned in China due to government censorship restrictions, replaced by Alibaba, Baidu, and Tencent, while iFLYTEK is the closest local voice competitor in the region. Although CRNC is the dominant provider of automotive voice and AI solutions within the region, geopolitical tensions could upset the competitive dynamic in the region. China's government has made AI a national strategic initiative and pressure on OEMs & JVs to partner with local software providers could be a longer term headwind. Intellectual property concerns are also warranted, but management has safeguards in place and hasn't had any violations to-date. One residual benefit of the ongoing political friction, Apple, Amazon and Google are banned from China

# Jefferies

thus removing the potential competitive threat in the region. Although Asia was only 9% share of FY'19 revenue, China is key growth priority for CRNC, which makes the competitive dynamic in the region worth monitoring.

## Other Considerations - Balance Sheet, Cash Flow, Capital Allocation

**Balance Sheet**

Following the spinoff from Nuance on October 1, 2019, CRNC entered into a five-year, $270m loan to finance a $153m cash transfer to Nuance and provide approx. $110m in cash to support working capital needs at CRNC. As part of the term loan, quarterly principal payments began on March 31, 2020 in an aggregate annual amount of 3.5% of the original principal. Starting on March 31, 2022, the payback increases to 10% of original principal amount. Interest accrues at a base rate plus 5% or a LIBOR rate plus 6%.

On May 29, 2020, CRNC priced $150m in aggregate principal of 3% convertible senior notes due in 2025. Initial purchasers also have the option to buy up to $25m in additional principal. Closing on 6/2, the conversion rate is 26.7271 shares of CRNC stock per $1,000 in notes. CRNC will use the net proceeds to repay a portion of its senior term loan with an expected annualized savings of $15m.

We view CRNC's balance sheet as healthy. Debt payments in 2020 & 2021 seem manageable, while management is focused on refinancing their remaining term loan b debt to realize savings. However, market conditions have deteriorated since the onset of the COVID-19 pandemic, which could delay refinance timing. Regardless, at 2x levered, CRNC is well below their covenant limit of 6x and has $75m in available liquidity via their revolver.

**Table 3 - Balance Sheet & Liquidity Metrics**

| Days Payable Outstanding | Net Debt ($M's) | Net Debt / Capital | Revolver Amount Outstanding ($M's) | Revolver Amount Available ($M's) | Debt due in 2020 ($M's) | Debt due in 2021 ($M's) |
|---|---|---|---|---|---|---|
| 53 days | $172.7 | 14% | $0 | $75.0 | $4.7 | $9.5 |

Source: Jefferies estimates, Company data, FactSet

**Cash Flow**

CRNC ended fiscal 2Q20 with approximately $96m in cash and management estimates approximately $25-30m of cash is necessary intra-quarter. Despite industry disruption, CRNC has not drawn down its $75m revolver and management does not believe it will be necessary despite the COVID-19 outbreak. CRNC operates an asset-lite business model and CapEx spend is minimal. Management guides to $27m in FY'20 CapEx (+440% yr/yr), but expects an approximately $7m run rate per year in FY'21 onward once one-time investments are lapped. For FY'20, we forecast FCF declines -105% yr/yr to ($4m), which assumes OCF of $23m (-74% yr/yr) and CapEx of $27m (+440% yr/yr and in-line with guidance). Once auto end-markets stabilize and recover from COVID-19 disruption, we estimate fiscal 2021 FCF generation of $60m. FCF will continue to be negatively impacted by an ongoing legacy contract roll-off ($63m total) from a prior Nuance acquisition (Tweddle). Cash was prepaid and thus sales will be recognized from deferred revenue driving a cash flow headwind (note 2Q deferred revenue OCF headwind of $11m).

June 8, 2020
Please see important disclosure information on pages 27 - 32 of this report.

19

# Jefferies

**EQUITY RESEARCH**
**Cerence, Inc. (CRNC)**

**Chart 25 - Historical & JEFE Forecast Free Cash Flow**



Source: Jefferies estimates, Company data

**Capital Allocation Strategy**

CRNC's capital allocation priority is to invest in R&D and fund future product launches organically. Secondarily, management remains opportunistic in regards to potential M&A transactions. CRNC acquired Voicebox Technologies on April 3, 2018 for $94.2m ($79.8m in cash). Voicebox develops conversational AI, which includes voice recognition and natural language processing and the transaction provided CRNC with additional relationships and complementary technology. In the absence of M&A opportunities, management will use excess cash to accelerate the pay-down of debt. CRNC does not have a dividend in place.

## Financial Outlook vs. Consensus

Our estimates and updated FactSet consensus figures are provided below followed by a detailed breakout of 3Q20, FY'20, and FY'21.

 **Jefferies**

**EQUITY RESEARCH**
**Cerence, Inc. (CRNC)**

**Table 4 - Jefferies Estimates vs. Consensus ($M's unless EPS)**

| Jefferies | | | | |
|---|---|---|---|---|
| | **3Q20E** | **FY'20E** | **FY'21E** | **FY'22E** |
| Revenue | 57 | 302 | 351 | 394 |
| *Sales Growth* | *-26.6%* | *-0.3%* | *16.0%* | *12.3%* |
| | | | | |
| Adj. EBIT | 9 | 75 | 97 | 118 |
| *Adj. EBIT Margin* | *15.0%* | *24.7%* | *27.6%* | *30.0%* |
| | | | | |
| Adj. EPS | $ 0.06 | $ 1.15 | $ 1.74 | $ 2.16 |
| | | | | |
| FCF | 14 | (4) | 60 | 76 |
| FCF per share | $ 0.36 | $ (0.10) | $ 1.59 | $ 2.04 |
| FCF yield | *1.0%* | *-0.3%* | *4.2%* | *5.4%* |

| Consensus | | | | |
|---|---|---|---|---|
| | **3Q20E** | **FY'20E** | **FY'21E** | **FY'22E** |
| Revenue | 64 | 302 | 342 | 388 |
| *Sales Growth* | *-17.6%* | *-0.4%* | *13.2%* | *13.5%* |
| | | | | |
| Adj. EPS | $ 0.08 | $ 0.99 | $ 1.39 | $ 1.78 |

Source: Jefferies estimates, Company data, FactSet

**Fiscal 3Q20 Outlook**

We forecast fiscal 3Q20 revenue declines -26.6% yr/yr to $56.9m (consensus of $63.9m) led by a light vehicle production decline of -46% yr/yr (19% outgrowth), a likely industry trough quarter due to COVID-19 shutdowns impact on License revenues. We estimate License and Professional Services revenue declines -35.1% & -34.5% yr/yr, but Connected Services should prove resilient (-2.1% yr/yr) given recurring legacy sales offset. Given expected lower sales volumes, we forecast a sequential decremental margin of 62% in fiscal 3Q, while our adj. EPS estimate of $0.06 compares to consensus of $0.08.

Regarding relevant cash flow metrics, we forecast fiscal 3Q operating cash generation of $22m (vs. consensus of $10m) due to strong working capital ($20m inflow; mgmt. noted April collections of $30m) and FCF of $14m, which compares to consensus of $2m.

**Fiscal 2020 Outlook**

Although fiscal 3Q20 is likely a trough quarter due to COVID-19 related shutdowns, we expect a gradual industry ramp starting in fiscal 4Q20 with potential choppiness tied to new safety protocols, a global supply chain, and consumer demand uncertainties. Accordingly, we estimate FY'20 revenue declines modestly (-0.3% yr/yr) to $302.5m vs. consensus of $302.0m. Our estimate reflects significant global LVP disruption on fiscal 2H results (est. -29% yr/yr FY'2H LVP), which we believe will primarily be a headwind to license revenue (est. -8.9% yr/yr), partially offset by growth in Connected Services (+13.0% yr/yr). Our FY'20 adj. EBIT margin estimate of 24.7% comes in 550 bps lower yr/yr driven by lower volumes and elevated R&D spend as a percent of sales (est. 29.3%), while our adj. EPS estimate of $1.15 is above consensus of $0.99.

For FY'20, we forecast FCF declines -105% yr/yr to ($4m), which assumes cash flow from operations of $23m (-74% yr/yr) and CapEx of $27m (+440% yr/yr and in-line with guidance), and compares to consensus FCF of $10m.

# Jefferies

**EQUITY RESEARCH**
**Cerence, Inc. (CRNC)**

**Fiscal 2021 Outlook**

We forecast FY'21 revenue rebounds +16.0% yr/yr to $351.0m (vs. consensus of $341.8m) driven by an +18.5% yr/yr increase in Connected Services. As connectivity mix expands, we believe increased recurring revenues will reduce cycle exposure for CRNC. Additionally, gross margin trajectory should benefit from robust Connected Services incrementals (est. +70% vs. core +55%), while robust bookings and sales growth should drive improved R&D optimization. Thus, we forecast adj. EBIT margins increase 290 bps yr/yr to 27.6%. Our adj. EPS estimate of $1.74 (+51.4% yr/yr) is above consensus of $1.39.

As automotive end-markets stabilize and recover from COVID-19 disruption, we estimate FY'21 FCF generation of $60m (vs. consensus of $79m), which assumes cash flow from operations of $68m (+197% yr/yr) and CapEx of $8m (-70% yr/yr). Note, FCF will continue to be negatively impacted by an ongoing legacy contract roll-off ($63m) from a prior Nuance acquisition (Tweddle) as cash was prepaid and thus sales will be recognized from deferred revenue, driving a cash flow headwind.

# Appendix

### Exhibit 1 - JEFE CRNC DCF Model

| ($ millions, except per share) | FY'16 | FY'17 | FY'18 | FY'19 | FY'20E | FY'21E | FY'22E | FY'23E | FY'24E | FY'25E | FY'26E | FY'27E | FY'28E | FY'29E | Terminal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net sales | 210 | 245 | 277 | 303 | 302 | 351 | 394 | 440 | 485 | 531 | 575 | 621 | 662 | 703 | |
| *% Growth* | | *17%* | *13%* | *10%* | *0%* | *16%* | *12%* | *12%* | *10%* | *9%* | *8%* | *8%* | *7%* | *6%* | |
| Adj. EBIT | 48 | 64 | 97 | 92 | 75 | 97 | 118 | 141 | 158 | 175 | 190 | 205 | 218 | 232 | |
| *% of sales* | *22.8%* | *26.0%* | *35.1%* | *30.2%* | *24.7%* | *27.6%* | *30.0%* | *32.0%* | *32.5%* | *33.0%* | *33.0%* | *33.0%* | *33.0%* | *33.0%* | |
| *% tax rate* | *26.1%* | *25.2%* | *84.0%* | *22.3%* | *33.5%* | *27.0%* | *27.0%* | *27.0%* | *27.0%* | *27.0%* | *27.0%* | *27.0%* | *27.0%* | *27.0%* | |
| NOPAT | 35 | 48 | 16 | 71 | 50 | 71 | 86 | 103 | 115 | 128 | 139 | 150 | 159 | 169 | |
| FCFF | $ 108 | $ 90 | $ 84 | $ 126 | $ 28 | $ 83 | $ 88 | $ 127 | $ 137 | $ 148 | $ 155 | $ 162 | $ 167 | $ 171 | 180 |
| *% Growth* | | *-16%* | *-7%* | *50%* | *-78%* | *200%* | *5%* | *45%* | *8%* | *8%* | *5%* | *5%* | *3%* | *2%* | *5%* |
| NPV of FCFF | | | | | $ 28 | $ 75 | $ 72 | $ 94 | $ 91 | $ 89 | $ 84 | $ 80 | $ 74 | $ 69 | 1,257 |
| Cumulative NPV of FCFF | | | | | $ 28 | $ 103 | $ 175 | $ 268 | $ 360 | $ 448 | $ 533 | $ 612 | $ 686 | $ 755 | 2,012 |

| | | | | | | | | Terminal Growth | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Risk free | 3.0% | Debt to Total Cap | 22.3% | | | | 4.0% | 4.5% | 5.0% | 5.5% | 6.0% |
| Historical RF Rate | 5.0% | Equity to Total Cap | 77.7% | | | 9.7% | $ 56 | $ 60 | $ 64 | $ 70 | $ 77 |
| Market Rate | 11.5% | | | | | 10.2% | $ 52 | $ 55 | $ 59 | $ 63 | $ 68 |
| Beta | 1.3 | WACC | 10.7% | Discount rate (WACC) | | 10.7% | $ 49 | $ 51 | $ 54 | $ 57 | $ 61 |
| Cost of equity | 11.8% | Terminal growth rate | 5.0% | | | 11.2% | $ 46 | $ 48 | $ 50 | $ 53 | $ 56 |
| Cost of debt | 9.9% | | | | | 11.7% | $ 43 | $ 45 | $ 47 | $ 49 | $ 51 |
| Tax rate | 29.2% | **Cumulative NPV of FCFF** | $ 2,012 | | | | | | | | |
| After tax cost of debt | 7.0% | Diluted shares | 37.4 | | | | | | | | |
| **Implied Price Target** | | | $ 54 | | | | | | | | |

Source: Jefferies estimates, Company data, FactSet

### Exhibit 2 - Historical & JEFE Regional Production Outlook

| | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020E | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| North America | 11,910,219 | 13,087,087 | 15,383,854 | 16,096,527 | 16,946,602 | 17,440,568 | 17,732,798 | 16,991,537 | 16,878,619 | 16,214,506 | 12,331,224 | 13,636,603 |
| *Y/Y* | *39.2%* | *9.9%* | *17.5%* | *4.6%* | *5.3%* | *2.9%* | *1.7%* | *-4.2%* | *-0.7%* | *-3.9%* | *-23.9%* | *10.6%* |
| Europe | 18,688,922 | 20,291,504 | 19,276,248 | 19,256,617 | 19,924,216 | 20,518,427 | 20,995,548 | 21,675,570 | 21,560,263 | 20,527,616 | 15,268,660 | 15,855,279 |
| *Y/Y* | *15.5%* | *8.6%* | *-5.0%* | *-0.1%* | *3.5%* | *3.0%* | *2.3%* | *3.2%* | *-0.5%* | *-4.8%* | *-25.6%* | *3.8%* |
| South America | 4,120,902 | 4,062,711 | 4,043,867 | 4,356,616 | 3,632,523 | 2,900,669 | 2,575,636 | 3,091,753 | 3,231,134 | 3,132,078 | 2,343,880 | 2,367,319 |
| *Y/Y* | *16.3%* | *-1.4%* | *-0.5%* | *7.7%* | *-16.6%* | *-20.1%* | *-11.2%* | *20.0%* | *4.5%* | *-3.1%* | *-25.2%* | *1.0%* |
| China | 16,775,447 | 17,137,393 | 18,222,936 | 20,897,635 | 22,565,248 | 23,599,514 | 26,956,824 | 27,453,571 | 26,375,209 | 23,913,497 | 19,613,002 | 20,700,629 |
| *Y/Y* | *33.2%* | *2.2%* | *6.3%* | *14.7%* | *8.0%* | *4.6%* | *14.2%* | *1.8%* | *-3.9%* | *-9.3%* | *-18.0%* | *5.5%* |
| **Total** | **51,495,490** | **54,578,695** | **56,926,905** | **60,607,395** | **63,068,589** | **64,459,178** | **68,260,806** | **69,212,431** | **68,045,225** | **63,787,698** | **49,556,766** | **52,559,830** |
| *Y/Y* | *33.2%* | *6.0%* | *4.3%* | *6.5%* | *4.1%* | *2.2%* | *5.9%* | *1.4%* | *-1.7%* | *-6.3%* | *-22.3%* | *6.1%* |
| **GLOBAL** | **76,386,305** | **78,687,495** | **83,498,363** | **87,100,508** | **89,022,769** | **90,161,768** | **94,045,743** | **96,173,831** | **95,027,377** | **89,081,602** | **70,439,579** | **74,958,885** |
| | *33.2%* | *3.0%* | *6.1%* | *4.3%* | *2.2%* | *1.3%* | *4.3%* | *2.3%* | *-1.2%* | *-6.3%* | *-20.9%* | *6.4%* |

Source: Jefferies estimates, Wards Auto

# Jefferies

**Exhibit 3 - Historical & JEFE Regional Production Outlook**

|  | 1Q18 | 2Q18 | 3Q18 | 4Q18 | 1Q19 | 2Q19 | 3Q19 | 4Q19 | 1Q20E | 2Q20E | 3Q20E | 4Q20E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| North America | -3.3% | -2.2% | 1.5% | 1.8% | -2.7% | -1.9% | -0.8% | -9.8% | -11.4% | -66.5% | -20.0% | 5.4% |
| Europe | 0.5% | 5.6% | -4.8% | -3.9% | -4.3% | -7.2% | -2.0% | -5.2% | -18.5% | -57.0% | -20.0% | -4.5% |
| South America | 13.8% | 10.1% | 3.4% | -7.5% | -4.8% | -1.6% | -3.6% | -2.5% | -13.9% | -58.0% | -11.0% | -15.5% |
| China | -1.9% | 11.0% | -4.6% | -15.8% | -15.1% | -16.0% | -7.5% | 0.9% | -46.5% | -25.0% | 0.0% | -4.0% |
| **Total** | **-0.2%** | **4.7%** | **-2.7%** | **-5.7%** | **-5.9%** | **-8.1%** | **-3.8%** | **-4.7%** | **-24.7%** | **-45.6%** | **-10.3%** | **-3.0%** |

Source: Jefferies estimates, Wards Auto

**Exhibit 4 - Most Popular Use Cases for In-Vehicle Voice Assistants in the US**



Source: Jefferies estimates, Voicebot.ai

---

Please see important disclosure information on pages 27 - 32 of this report.

# Jefferies

**EQUITY RESEARCH**
Cerence, Inc. (CRNC)

**Exhibit 5 - CRNC Income Statement**

| ($ millions, except per share) | FY16 | FY17 | FY18 | FY19 | 1Q20 | 2Q20 | 3Q20E | 4Q20E | FY20E | 1Q21E | 2Q21E | 3Q21E | 4Q21E | FY21E | FY22E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| License | 130 | 149 | 171 | 172 | 41 | 45 | 29 | 43 | 157 | 48 | 45 | 40 | 47 | 180 | 200 |
| Connected services | 32 | 46 | 60 | 79 | 23 | 23 | 19 | 23 | 89 | 24 | 26 | 27 | 28 | 105 | 121 |
| Professional services | 47 | 50 | 46 | 52 | 14 | 19 | 9 | 15 | 57 | 15 | 22 | 13 | 17 | 66 | 73 |
| Net sales | 211.1 | 244.7 | 277.0 | 303.3 | 77.5 | 86.5 | 56.9 | 81.6 | 302.5 | 86.4 | 92.9 | 79.5 | 92.2 | 351.0 | 394.2 |
| License | 1 | 1 | 1 | 2 | 1 | 1 | 1 | 1 | 3 | 1 | 1 | 1 | 1 | 4 | 4 |
| Connected services | 24 | 25 | 33 | 38 | 9 | 9 | 8 | 9 | 35 | 9 | 10 | 10 | 11 | 39 | 41 |
| Professional services | 29 | 36 | 41 | 51 | 14 | 17 | 10 | 16 | 57 | 14 | 21 | 12 | 16 | 64 | 70 |
| Amortization of intangible assets | 7 | 7 | 8 | 8 | 2 | 2 | 2 | 2 | 8 | 2 | 2 | 2 | 2 | 8 | 8 |
| Cost of sales | 61 | 69 | 83 | 99 | 26 | 29 | 20 | 28 | 103 | 26 | 34 | 25 | 30 | 116 | 122 |
| Gross profit | 150.6 | 176.2 | 194.0 | 204.0 | 51.5 | 57.8 | 36.6 | 53.6 | 199.5 | 60.0 | 58.8 | 54.3 | 62.3 | 235.3 | 271.7 |
| R&D | 54 | 57 | 81 | 93 | 24 | 21 | 21 | 23 | 89 | 24 | 26 | 22 | 26 | 99 | 105 |
| Sales & marketing | 27 | 30 | 31 | 36 | 8 | 8 | 8 | 9 | 33 | 9 | 8 | 8 | 8 | 33 | 35 |
| General & administrative | 14 | 17 | 20 | 26 | 11 | 11 | 8 | 11 | 41 | 10 | 11 | 10 | 11 | 42 | 45 |
| Amortization of intangibles | 6 | 6 | 9 | 13 | 3 | 3 | 3 | 3 | 12 | 3 | 4 | 3 | 4 | 13 | 16 |
| Restructuring and other costs, net | 2 | 2 | 13 | 24 | 8 | 3 | 5 | 5 | 20 | 4 | 4 | 4 | 4 | 16 | - |
| Acquisition-related costs | 0 | 1 | 4 | 1 | - | - | | | - | | | | | - | |
| Operating expenses | 103 | 113 | 157 | 193 | 54 | 46 | 45 | 51 | 195 | 51 | 53 | 47 | 53 | 203 | 201 |
| Operating income | 47.8 | 63.7 | 36.9 | 10.9 | (2.1) | 12.0 | (8.0) | 2.9 | 4.8 | 9.4 | 5.6 | 7.6 | 9.4 | 31.9 | 70.4 |
| Interest income | | | | | 0 | 0 | | | 1 | | | | | - | - |
| Interest expense | | | | | (7) | (7) | (7) | (3) | (23) | (3) | (3) | (3) | (3) | (12) | (12) |
| Other income (expense), net | (1) | (0) | (0) | 0 | (0) | 0 | | | 0 | | | | | - | - |
| Income before income taxes | 47 | 63 | 37 | 11 | (9) | 6 | (15) | 0 | (18) | 6 | 3 | 5 | 6 | 20 | 59 |
| Income tax expense | 12 | 16 | 31 | (89) | 3 | (7) | (2) | 0 | (6) | 2 | 1 | 1 | 2 | 5 | 16 |
| Net income from continuing operations | 34.9 | 47.3 | 5.9 | 100.3 | (11.8) | 12.5 | (12.5) | 0.0 | (11.8) | 4.7 | 1.9 | 3.4 | 4.7 | 14.8 | 42.9 |
| Net loss from discontinued operations | | | | | | | | | | | | | | | |
| Net income | 34.9 | 47.3 | 5.9 | 100.3 | (11.8) | 12.5 | (12.5) | 0.0 | (11.8) | 4.7 | 1.9 | 3.4 | 4.7 | 14.8 | 42.9 |
| Net income attributable to noncontrolling interest | | | | | | | | | | | | | | | |
| Net income attributable to CRNC | 34.9 | 47.3 | 5.9 | 100.3 | (11.8) | 12.5 | (12.5) | 0.0 | (11.8) | 4.7 | 1.9 | 3.4 | 4.7 | 14.8 | 42.9 |
| Basic shares outstanding | | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 35 | 36 | 36 | 36 | 36 | 36 | 36 |
| Diluted shares outstanding | | 36 | 36 | 36 | 36 | 37 | 37 | 37 | 36 | 37 | 37 | 37 | 37 | 37 | 37 |
| Diluted EPS | | $ 1.30 | $ 0.16 | $ 2.76 | $ (0.33) | $ 0.33 | $ (0.33) | $ 0.00 | $ (0.33) | $ 0.13 | $ 0.05 | $ 0.09 | $ 0.13 | $ 0.40 | $ 1.15 |
| Adjusted Gross Profit reconciliation | | | | | | | | | | | | | | | |
| Adjusted Gross profit | | | 208.6 | 219.1 | 54.8 | 60.6 | 39.6 | 56.6 | 211.7 | 63.0 | 61.8 | 57.3 | 65.3 | 247.3 | 283.7 |
| Adjusted Operating income reconciliation | | | | | | | | | | | | | | | |
| Adjusted Operating income | | | 97.2 | 91.7 | 19.6 | 26.8 | 8.5 | 19.8 | 74.8 | 25.6 | 22.1 | 23.4 | 25.9 | 96.9 | 118.4 |
| Adjusted EBITDA reconciliation | | | | | | | | | | | | | | | |
| Adjusted EBITDA | | | 106.3 | 99.5 | 21.8 | 29.0 | 10.2 | 21.8 | 82.9 | 27.7 | 24.4 | 25.3 | 28.2 | 105.7 | 128.2 |
| Adjusted Net Income reconciliation | | | | | | | | | | | | | | | |
| Adjusted Net income | | | | | 10.3 | 16.1 | 2.4 | 13.8 | 42.7 | 17.3 | 14.8 | 15.7 | 17.5 | 65.2 | 80.9 |
| Adjusted Net income per share | | | | | $ 0.29 | $ 0.43 | $ 0.06 | $ 0.37 | $ 1.15 | $ 0.46 | $ 0.39 | $ 0.42 | $ 0.47 | $ 1.74 | $ 2.16 |
| MARGIN ANALYSIS | | | | | | | | | | | | | | | |
| Gross profit | 71.3% | 72.0% | 70.0% | 67.2% | 66.5% | 66.8% | 64.2% | 65.7% | 65.9% | 69.4% | 63.3% | 68.2% | 67.5% | 67.0% | 68.9% |
| Adj. Gross profit | | | 72.2% | 72.2% | 70.8% | 70.1% | 69.5% | 69.4% | 70.0% | 72.8% | 66.6% | 72.0% | 70.8% | 70.5% | 72.0% |
| R&D | | | 29.2% | 30.7% | 30.4% | 24.7% | 37.0% | 28.0% | 29.3% | 28.2% | 28.2% | 28.2% | 28.2% | 28.2% | 26.6% |
| Sales & marketing | | | 11.0% | 12.0% | 10.3% | 8.9% | 14.0% | 11.0% | 10.8% | 10.0% | 9.0% | 10.0% | 9.0% | 9.5% | 9.0% |
| General & administrative | | | 7.2% | 8.5% | 14.8% | 12.4% | 14.0% | 13.5% | 13.6% | 12.0% | 12.0% | 12.0% | 12.0% | 12.0% | 11.5% |
| EBIT Margin | 22.6% | 26.0% | 13.3% | 3.6% | -2.7% | 13.9% | -14.1% | 3.6% | 1.6% | 10.8% | 6.0% | 9.5% | 10.2% | 9.1% | 17.9% |
| Adjusted EBIT | | | 35.1% | 30.2% | 25.4% | 31.0% | 15.0% | 24.3% | 24.7% | 29.6% | 23.8% | 29.4% | 28.1% | 27.6% | 30.0% |
| Adjusted EBITDA | | | | 32.8% | 28.1% | 33.6% | 18.0% | 26.8% | 27.4% | 32.1% | 26.3% | 31.9% | 30.6% | 30.1% | 32.5% |
| Net income margin | 16.5% | 19.3% | 2.1% | 33.1% | -15.2% | 14.4% | -22.0% | 0.0% | -3.9% | 5.5% | 2.1% | 4.3% | 5.1% | 4.2% | 10.9% |
| Adj. Net income margin | | | 0.0% | 33.1% | 13.3% | 18.7% | 4.2% | 16.9% | 14.1% | 20.0% | 15.9% | 19.7% | 19.0% | 18.6% | 20.5% |
| Tax Rate | 26.1% | 25.2% | 84.0% | -796.5% | -34.3% | -116.3% | 15.0% | 23.0% | 33.5% | 27.0% | 27.0% | 27.0% | 27.0% | 27.0% | 27.0% |
| Effective Tax Rate | | | | | 27.8% | 26.3% | 15.0% | 23.0% | 25.1% | 27.0% | 27.0% | 27.0% | 27.0% | 27.0% | 27.0% |
| % CHANGE YR/YR | | | | | | | | | | | | | | | |
| Net sales | | 15.9% | 13.2% | 9.5% | 6.9% | 23.0% | -26.6% | -1.6% | -0.3% | 11.6% | 7.4% | 39.6% | 13.0% | 16.0% | 12.3% |

Source: Jefferies estimates, Company data

June 8, 2020

Please see important disclosure information on pages 27 - 32 of this report.

24

# Jefferies

**Exhibit 6 - CRNC Balance Sheet**

| ($ millions, except per share) | FY18 | FY19 | 1Q20 | 2Q20 | 3Q20E | 4Q20E | FY20E | FY21E | FY22E |
|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | |
| Current assets: | | | | | | | | | |
| Cash & cash equivalents | | | 113 | 96 | 109 | 103 | 103 | 162 | 238 |
| Accounts receivable | 72 | 66 | 65 | 92 | 70 | 81 | 81 | 87 | 100 |
| Deferred costs | 7 | 9 | 7 | 7 | 7 | 7 | 7 | 7 | 7 |
| Prepaid expenses & other | 4 | 17 | 36 | 28 | 28 | 28 | 28 | 28 | 28 |
| Other current assets | | | | | | | | | |
| Total current assets | 83 | 92 | 221 | 223 | 215 | 218 | 218 | 285 | 373 |
| Property and equipment, net | 13 | 20 | 24 | 26 | 33 | 39 | 39 | 39 | 39 |
| Deferred costs | 44 | 32 | 36 | 36 | 36 | 36 | 36 | 36 | 36 |
| Operating leases | | | 20 | 19 | 19 | 19 | 19 | 19 | 19 |
| Goodwill | 1,120 | 1,119 | 1,123 | 1,118 | 1,118 | 1,118 | 1,118 | 1,118 | 1,118 |
| Intangible assets, net | 85 | 66 | 61 | 55 | 55 | 55 | 55 | 55 | 55 |
| Deferred tax assets | 51 | 151 | 164 | 162 | 162 | 162 | 162 | 162 | 162 |
| Other assets | 1 | 3 | 14 | 15 | 15 | 15 | 15 | 15 | 15 |
| **Total Assets** | **1,398** | **1,484** | **1,662** | **1,653** | **1,652** | **1,662** | **1,662** | **1,728** | **1,817** |
| | | | | | | | | | |
| **Liabilities & Shareholders' Equity** | | | | | | | | | |
| Current liabilities: | | | | | | | | | |
| Accounts payable | 7 | 17 | 15 | 19 | 18 | 17 | 17 | 23 | 23 |
| Deferred revenue | 85 | 88 | 114 | 113 | 112 | 111 | 111 | 103 | 93 |
| Short-term operating lease liabilities | | | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Short-term debt | | | 9 | 9 | 9 | 9 | 9 | 9 | 9 |
| Accrued expenses & other current liabilities | 30 | 24 | 51 | 43 | 43 | 43 | 43 | 43 | 43 |
| Other | | | | | | | | | |
| Total current liabilities | 122 | 129 | 194 | 189 | 188 | 185 | 185 | 183 | 183 |
| Long-term debt | | | 239 | 238 | 238 | 238 | 238 | 238 | 238 |
| Deferred revenue, net of current portion | 264 | 265 | 246 | 235 | 235 | 235 | 235 | 235 | 235 |
| Long-term operating lease liabilities | | | 17 | 16 | 16 | 16 | 16 | 16 | 16 |
| Other liabilities | 19 | 22 | 39 | 39 | 39 | 39 | 39 | 39 | 39 |
| **Total Liabilities** | **404** | **416** | **736** | **717** | **715** | **713** | **713** | **711** | **711** |
| | | | | | | | | | |
| Total Shareholders Equity | 993 | 1,068 | 926 | 936 | 936 | 949 | 949 | 1,017 | 1,106 |
| **Total Liabilities & Shareholders' Equity** | **1,398** | **1,484** | **1,662** | **1,653** | **1,652** | **1,662** | **1,662** | **1,728** | **1,817** |

Source: Jefferies estimates, Company data

# Jefferies

**Exhibit 7 - CRNC Cash Flow Statement**

| ($ millions, except per share) | FY18 | FY19 | 1Q20 | 2Q20 | 3Q20E | 4Q20E | FY20E | FY21E | FY22E |
|---|---|---|---|---|---|---|---|---|---|
| **Cash flow from operating activities** | | | | | | | | | |
| Net income | 5.9 | 100.3 | (11.8) | 12.5 | (12.5) | 0.0 | (11.8) | 14.8 | 42.9 |
| *Adjustments:* | | | | | | | | | |
| Depreciation | 26 | 8 | 2 | 2 | 2 | 2 | 8 | 9 | 10 |
| Amortization of intangible assets | | 21 | 5 | 5 | 5 | 5 | 20 | 21 | 24 |
| Stock-based compensation | 22 | 30 | 9 | 7 | 7 | 7 | 30 | 28 | 28 |
| Non-cash interest expense | | | 1 | 1 | 1 | 1 | 5 | 4 | 4 |
| Deferred tax benefit | 12 | (101) | (5) | 0 | | | (5) | - | - |
| Provision for doubtful accounts | | | | 0 | | | 0 | - | - |
| Other | | | | | | | - | - | - |
| *Changes in operating assets and liabilities* | | | | | | | | | |
| Accounts receivable | 8 | 1 | 2 | (28) | 22 | (10) | (15) | (7) | (13) |
| Prepaid expenses & other | (3) | (9) | (18) | 5 | - | - | (14) | - | - |
| Deferred costs | (13) | 4 | (0) | (1) | - | - | (1) | - | - |
| Accounts payable | (6) | 10 | 1 | 5 | (1) | (2) | 4 | 6 | 0 |
| Accrued expenses & other liabilities | 13 | 6 | 22 | (9) | - | - | 13 | - | - |
| Deferred revenue | 49 | 18 | 2 | (11) | (1) | (1) | (10) | (8) | (10) |
| Other | | | | | | | - | - | - |
| Total change in net working capital | 49 | 31 | 8 | (39) | 20 | (13) | (23) | (9) | (22) |
| **Net cash provided by operating activities** | **115.3** | **88.1** | **9** | **(10)** | **22** | **2** | **23** | **68** | **86** |
| | | | | | | | | | |
| **Cash flow from investing activities** | | | | | | | | | |
| Capital expenditures | (7) | (5) | (4) | (7) | (9) | (9) | (27) | (8) | (10) |
| Payments for business acquisitions, net of cash acquired | (80) | | | | | | | | |
| Other | | | | | | | | | |
| **Net cash used in investing activities** | **(86.3)** | **(4.5)** | **(4)** | **(7)** | **(9)** | **(9)** | **(27)** | **(8)** | **(10)** |
| | | | | | | | | | |
| **Cash flow from financing activities** | | | | | | | | | |
| Net transaction with Parent | (29) | (84) | 11 | 2 | | | 14 | - | - |
| Distribution to Parent | | | (153) | - | | | (153) | - | - |
| Proceeds from long-term debt | | | 250 | - | | | 250 | - | - |
| Payments of long-term debt | | | | (2) | | | (2) | - | - |
| Payments for long-term debt issuance costs | | | (1) | - | | | (1) | - | - |
| Common stock repurchases | | | (0) | (1) | | | (1) | - | - |
| Principal payment of finance lease liabilities | | | (0) | (0) | | | (0) | - | - |
| Other | | | | | | | - | - | - |
| **Net cash provided by financing activities** | **(28.9)** | **(83.6)** | **107** | **(1)** | **-** | **-** | **106** | **-** | **-** |
| Effect of foreign exchange changes on cash & cash equivalents | | | 0 | (0) | | | 0 | | |
| Net change in cash & cash equivalents | - | - | 113 | (18) | 14 | (6) | 103 | 60 | 76 |
| | | | | | | | | | |
| Cash & cash equivalents at beginning of the period | - | - | - | 113 | 96 | 109 | - | 103 | 162 |
| Cash & cash equivalents at end of the period | - | - | 113 | 96 | 109 | 103 | 103 | 162 | 238 |
| | | | | | | | | | |
| **Total Free cash flow** | **109** | **84** | **6** | **(17)** | **14** | **(6)** | **(4)** | **60** | **76** |

Source: Jefferies estimates, Company data

---

Please see important disclosure information on pages 27 - 32 of this report.

# Jefferies

**EQUITY RESEARCH**
**Cerence, Inc. (CRNC)**

## Company Description

**Cerence**

Cerence builds automotive cognitive assistance solutions to power interactions between autos, drivers & passengers, and the broader digital world, in addition to providing AI-powered assistants for connected & autonomous vehicles. Cerence primarily derives revenue from software license arrangements, connected services, and professional services. Cerence's regional portfolio consists of a sales mix (FY'19) of 43% in the United States, 26% in Germany, 15% in Japan, and 16% in the rest of the world.

## Company Valuation/Risks

**Cerence**

Our $47 PT is based on a blended DCF and comp analysis (EV/sales) & represents 5.5x our '21 revenue estimate of $351m. For our comp analysis, we equally weight small cap software & best-in-class auto tech names. Risks include production, customer, regulatory, and other risks.

## Analyst Certification:

I, David L. Kelley, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, Gavin Kennedy, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

As is the case with all Jefferies employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receives compensation based in part on the overall performance of the firm, including investment banking income. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgement.

## Investment Recommendation Record

**(Article 3(1)e and Article 7 of MAR)**

Recommendation Published         June 7, 2020 , 18:07 ET.
Recommendation Distributed       June 8, 2020 , 00:00 ET.

## Explanation of Jefferies Ratings

Buy - Describes securities that we expect to provide a total return (price appreciation plus yield) of 15% or more within a 12-month period.

Hold - Describes securities that we expect to provide a total return (price appreciation plus yield) of plus 15% or minus 10% within a 12-month period.

Underperform - Describes securities that we expect to provide a total return (price appreciation plus yield) of minus 10% or less within a 12-month period.

The expected total return (price appreciation plus yield) for Buy rated securities with an average security price consistently below $10 is 20% or more within a 12-month period as these companies are typically more volatile than the overall stock market. For Hold rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is plus or minus 20% within a 12-month period. For Underperform rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is minus 20% or less within a 12-month period.

NR - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Jefferies policies.

CS - Coverage Suspended. Jefferies has suspended coverage of this company.

NC - Not covered. Jefferies does not cover this company.

Restricted - Describes issuers where, in conjunction with Jefferies engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

Monitor - Describes securities whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

# Jefferies

**Valuation Methodology**

Jefferies' methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF, P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

**Jefferies Franchise Picks**

Jefferies Franchise Picks include stock selections from among the best stock ideas from our equity analysts over a 12 month period. Stock selection is based on fundamental analysis and may take into account other factors such as analyst conviction, differentiated analysis, a favorable risk/reward ratio and investment themes that Jefferies analysts are recommending. Jefferies Franchise Picks will include only Buy rated stocks and the number can vary depending on analyst recommendations for inclusion. Stocks will be added as new opportunities arise and removed when the reason for inclusion changes, the stock has met its desired return, if it is no longer rated Buy and/or if it triggers a stop loss. Stocks having 120 day volatility in the bottom quartile of S&P stocks will continue to have a 15% stop loss, and the remainder will have a 20% stop. Franchise Picks are not intended to represent a recommended portfolio of stocks and is not sector based, but we may note where we believe a Pick falls within an investment style such as growth or value.

**Risks which may impede the achievement of our Price Target**

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based upon their specific investment objectives and financial situation utilizing their own financial advisors as they deem necessary. Past performance of the financial instruments recommended in this report should not be taken as an indication or guarantee of future results. The price, value of, and income from, any of the financial instruments mentioned in this report can rise as well as fall and may be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's home currency, a change in exchange rates may adversely affect the price of, value of, or income derived from the financial instrument described in this report. In addition, investors in securities such as ADRs, whose values are affected by the currency of the underlying security, effectively assume currency risk.

## Other Companies Mentioned in This Report

- Cerence, Inc. (CRNC: $35.69, BUY)



**Rating and Price Target History for: Cerence, Inc. (CRNC) as of 06-04-2020**

**Notes:** Each box in the Rating and Price Target History chart above represents actions over the past three years in which an analyst initiated on a company, made a change to a rating or price target of a company or discontinued coverage of a company.
Legend:

I: Initiating Coverage

D: Dropped Coverage

# Jefferies

B: Buy

H: Hold

UP: Underperform

**Distribution of Ratings**

| Distribution of Ratings | | | | | | |
|---|---|---|---|---|---|---|
| | | | IB Serv./Past12 Mos. | | JIL Mkt Serv./Past12 Mos. | |
| | Count | Percent | Count | Percent | Count | Percent |
| **BUY** | 1317 | 54.11% | 104 | 7.90% | 9 | 0.68% |
| **HOLD** | 955 | 39.24% | 31 | 3.25% | 2 | 0.21% |
| **UNDERPERFORM** | 162 | 6.66% | 1 | 0.62% | 1 | 0.62% |



**Other Important Disclosures**

Jefferies does business and seeks to do business with companies covered in its research reports, and expects to receive or intends to seek compensation for investment banking services among other activities from such companies. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Jefferies Equity Research refers to research reports produced by analysts employed by one of the following Jefferies Group LLC ("Jefferies") group companies:

**United States:** Jefferies LLC which is an SEC registered broker-dealer and a member of FINRA (and distributed by Jefferies Research Services, LLC, an SEC registered Investment Adviser, to clients paying separately for such research).

**United Kingdom:** Jefferies International Limited, which is authorized and regulated by the Financial Conduct Authority; registered in England and Wales No. 1978621; registered office: 100 Bishopsgate, London EC2N 4JL; telephone +44 (0)20 7029 8000; facsimile +44 (0)20 7029 8010.

**Hong Kong:** Jefferies Hong Kong Limited, which is licensed by the Securities and Futures Commission of Hong Kong with CE number ATS546; located at Suite 2201, 22nd Floor, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

**Singapore:** Jefferies Singapore Limited, which is licensed by the Monetary Authority of Singapore; located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950.

**Japan:** Jefferies (Japan) Limited, Tokyo Branch, which is a securities company registered by the Financial Services Agency of Japan and is a member of the Japan Securities Dealers Association; located at Tokyo Midtown Hibiya 30F Hibiya Mitsui Tower, 1-1-2 Yurakucho, Chiyoda-ku, Tokyo 100-0006; telephone +813 5251 6100; facsimile +813 5251 6101.

**India:** Jefferies India Private Limited (CIN - U74140MH2007PTC200509), licensed by the Securities and Exchange Board of India for: Stock Broker (NSE & BSE) INZ000243033, Research Analyst INH000000701 and Merchant Banker INM000011443, located at 42/43, 2 North Avenue, Maker Maxity, Bandra-Kurla Complex, Bandra (East), Mumbai 400 051, India; Tel +91 22 4356 6000.

**Australia:** Jefferies (Australia) Securities Pty Limited (ACN 610 977 074), which holds an Australian financial services license (AFSL 487263) and is located at Level 22, 60 Martin Place, Sydney NSW 2000; telephone +61 2 9364 2800.

This report was prepared by personnel who are associated with Jefferies (Jefferies International Limited, Jefferies Hong Kong Limited, Jefferies Singapore Limited, Jefferies (Japan) Limited, Tokyo Branch, Jefferies India Private Limited), Jefferies (Australia) Pty Ltd; or by personnel who are associated with both Jefferies LLC and Jefferies Research Services LLC ("JRS"). Jefferies LLC is a US registered broker-dealer and is affiliated with JRS, which is a US registered investment adviser. JRS does not create tailored or personalized research and all research provided by JRS is impersonal. If you are paying separately for this research, it is being provided to you by JRS. Otherwise, it is being provided by Jefferies LLC. Jefferies LLC, JRS, and their affiliates are collectively referred to below as "Jefferies". Jefferies may seek to do business with companies covered in this research report. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only one of many factors in making their investment decisions. Specific conflict of interest and other disclosures that are required by FINRA and other rules are set forth in this disclosure section.

* * *

If you are receiving this report from a non-US Jefferies entity, please note the following: Unless prohibited by the provisions of Regulation S of the U.S. Securities Act of 1933, as amended, this material is distributed in the United States by Jefferies LLC, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. Transactions by or on behalf of any US person may only be effected through Jefferies LLC. In the United Kingdom and European Economic Area this report is issued and/or approved for distribution by Jefferies International Limited ("JIL") and is intended for use only by persons who have, or have been assessed as having, suitable professional experience and expertise, or by persons to whom it can be otherwise lawfully distributed.

JIL allows its analysts to undertake private consultancy work. JIL's conflicts management policy sets out the arrangements JIL employs to manage any potential conflicts of interest that may arise as a result of such consultancy work. Jefferies LLC, JIL and their affiliates, may make a market or provide liquidity in the financial instruments referred to in this report; and where they do make a market, such activity is disclosed specifically in this report under "company specific disclosures".

For Canadian investors, this material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "Designated

Please see important disclosure information on pages 27 - 32 of this report.

# Jefferies

Institution" as defined by the Securities Act (Ontario). In Singapore, Jefferies Singapore Limited ("JSL") is regulated by the Monetary Authority of Singapore. For investors in the Republic of Singapore, this material is provided by JSL pursuant to Regulation 32C of the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act (Cap. 289 of Singapore). If there are any matters arising from, or in connection with this material, please contact JSL, located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950. In Japan, this material is issued and distributed by Jefferies (Japan) Limited to institutional investors only. In Hong Kong, this report is issued and approved by Jefferies Hong Kong Limited and is intended for use only by professional investors as defined in the Hong Kong Securities and Futures Ordinance and its subsidiary legislation. In the Republic of China (Taiwan), this report should not be distributed. The research in relation to this report is conducted outside the People's Republic of China ("PRC"). This report does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. In India, this report is made available by Jefferies India Private Limited. In Australia, this report is issued and/or approved for distribution by, or on behalf of, Jefferies (Australia) Securities Pty Ltd. It is directed solely at wholesale clients within the meaning of the Corporations Act 2001 of Australia (the "Corporations Act"), in connection with their consideration of any investment or investment service that is the subject of this report. This report may contain general financial product advice. Where this report refers to a particular financial product, you should obtain a copy of the relevant product disclosure statement or offer document before making any decision in relation to the product. Recipients of this document in any other jurisdictions should inform themselves about and observe any applicable legal requirements in relation to the receipt of this document.

This report is not an offer or solicitation of an offer to buy or sell any security or derivative instrument, or to make any investment. Any opinion or estimate constitutes the preparer's best judgment as of the date of preparation, and is subject to change without notice. Jefferies assumes no obligation to maintain or update this report based on subsequent information and events. Jefferies, and their respective officers, directors, and employees, may have long or short positions in, or may buy or sell any of the securities, derivative instruments or other investments mentioned or described herein, either as agent or as principal for their own account. This material is provided solely for informational purposes and is not tailored to any recipient, and is not based on, and does not take into account, the particular investment objectives, portfolio holdings, strategy, financial situation, or needs of any recipient. As such, any advice or recommendation in this report may not be suitable for a particular recipient. Jefferies assumes recipients of this report are capable of evaluating the information contained herein and of exercising independent judgment. A recipient of this report should not make any investment decision without first considering whether any advice or recommendation in this report is suitable for the recipient based on the recipient's particular circumstances and, if appropriate or otherwise needed, seeking professional advice, including tax advice. Jefferies does not perform any suitability or other analysis to check whether an investment decision made by the recipient based on this report is consistent with a recipient's investment objectives, portfolio holdings, strategy, financial situation, or needs.

By providing this report, neither JRS nor any other Jefferies entity accepts any authority, discretion, or control over the management of the recipient's assets. Any action taken by the recipient of this report, based on the information in the report, is at the recipient's sole judgment and risk. The recipient must perform his or her own independent review of any prospective investment. If the recipient uses the services of Jefferies LLC (or other affiliated broker-dealers), in connection with a purchase or sale of a security that is a subject of these materials, such broker-dealer may act as principal for its own accounts or as agent for another person. Only JRS is registered with the SEC as an investment adviser; and therefore neither Jefferies LLC nor any other Jefferies affiliate has any fiduciary duty in connection with distribution of these reports.

The price and value of the investments referred to herein and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This report may contain forward looking statements that may be affected by inaccurate assumptions or by known or unknown risks, uncertainties, and other important factors. As a result, the actual results, events, performance or achievements of the financial product may be materially different from those expressed or implied in such statements.

This report has been prepared independently of any issuer of securities mentioned herein and not as agent of any issuer of securities. No Equity Research personnel have authority whatsoever to make any representations or warranty on behalf of the issuer(s). Any comments or statements made herein are those of the Jefferies entity producing this report and may differ from the views of other Jefferies entities.



This report may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Jefferies does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. Third-party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Neither Jefferies nor any third-party content provider shall be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

Jefferies research reports are disseminated and available electronically, and, in some cases, also in printed form. Electronic research is simultaneously made available to all clients. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Jefferies. Neither Jefferies nor any of its respective directors, officers or employees, is responsible for guaranteeing the financial success of any investment, or accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents. Nothing herein shall be construed to waive any liability Jefferies has under applicable U.S. federal or state securities laws.

For Important Disclosure information relating to JRS, please see https://adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=483878 and https://adviserinfo.sec.gov/Firm/292142 or visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action, or www.jefferies.com, or call 1.888.JEFFERIES.

© 2020 Jefferies Group LLC

June 8, 2020
Please see important disclosure information on pages 27 - 32 of this report.

32