# EXHIBIT 16

*(Craig-Hallum analyst report, "Cerence Beats Pre-Covid Guidance In A Very Difficult Auto Market. Significant Catalysts Ahead. Maintaining BUY – Raising Price Target To $90," dated November 17, 2020)*



**Jeff Van Rhee, CFA**
Senior Research Analyst
612-334-6343
jvanrhee@craig-hallum.com

**Rudy Kessinger**
Research Analyst
612-334-6344
rudy.kessinger@craig-hallum.com

**www.craig-hallum.com**

| Changes | Previous | Current |
|---|---|---|
| Rating: | -- | Buy |
| Fundamental Trend | -- | Improving |
| Price Target: | $61 | $90 |
| FY19A Rev (MM): | -- | $303.3 |
| FY20A Rev (MM): | $315.4E | $329.6 |
| FY21E Rev (MM): | $350.4 | $367.9 |
| FY19A EPS*: | -- | $1.73 |
| FY20A EPS*: | $1.36E | $1.68 |
| FY21E EPS*: | $1.61 | $1.94 |

| Profile | |
|---|---|
| Price: | $72.53 |
| 52 Week Range: | $11.39 - $79.84 |
| Avg. Daily Vol. (MM): | 0.5 |
| Diluted Sh. Out (MM): | 43.7 |
| Market Cap (MM): | $3,171 |
| Insiders Own: | 2.6% |
| Stated Book Val/Sh.: | $21.91 |
| Net Cash/Sh.: | ($2.87) |
| Short Int. / Days to Cover | 5.8M / 10.5 |
| LT EPS Growth | 15% |
| Fiscal Year End | September |

| Rev (M) | 2019A | 2020A | 2021E |
|---|---|---|---|
| Dec | $72.5 | $77.5 | $86.6 |
| Mar | 70.3 | 86.5 | 90.6 |
| Jun | 77.6 | 74.8 | 94.1 |
| Sep | 83.0 | 90.9 | 96.6 |
| FY | $303.3 | $329.6 | $367.9 |
| y/y | 10% | 9% | 12% |
| EV/Rev | 10.9x | 10.0x | 9.0x |

| EPS* | 2019A | 2020A | 2021E |
|---|---|---|---|
| Dec | $0.37 | $0.29 | $0.48 |
| Mar | 0.31 | 0.43 | 0.49 |
| Jun | 0.52 | 0.31 | 0.48 |
| Sep | 0.52 | 0.61 | 0.49 |
| FY | $1.73 | $1.68 | $1.94 |
| | | | |
| EBITDA | $94.7 | $114.9 | $133.9 |
| EV/EBITDA | 34.8x | 28.7x | 24.6x |

*Non-GAAP attributable to common.*

| Management | |
|---|---|
| CEO | Sanjay Dhawan |
| CFO | Mark Gallenberger |

**November 17, 2020**
**Institutional Research**

# Cerence, Inc.    **BUY**
(CRNC - $72.53)    Price Target:  $90

**Cerence Beats Pre-Covid Guidance In A Very Difficult Auto Market.  Significant Catalysts Ahead.  Maintaining BUY – Raising Price Target To $90.**

*Cerence, Inc. is a leading provider of speech recognition and voice technologies for automotive applications, offering both Edge (in-car) and Cloud-Connected solutions.*

## OUR CALL

CRNC crushed the quarter, posting $90.9M in revenue versus our $76.6M estimate (EPS of $0.61 vs $0.34).  Bookings of $835M for the year were up 70%, and impressively, the company stated that current pipeline is more than 2x versus a year ago.  CRNC solutions are winning competitively and seeing not only deeper unit penetration but also rising ASPs.  The company beat their pre-COVID guide for FY'20 (end Sept'20), despite an extremely difficult automotive market.  Also, margins are at the target model four years early, and the team noted that they will have to revisit that forward model as it appears too conservative.  We've done extensive, car model by car model, field work to map the competitive landscape and have spoken with many of the largest OEMs and other key players.  We see the product set as highly differentiated and a lot of room to expand ASPs.  In addition, we believe new product introductions/wins (car life, CRNC pay, elevators, two wheelers, etc.) are poised to be meaningful incremental catalysts from here.  We are maintaining our Buy rating and increasing our price target to $90, based on a 30.3x EV/FY'21 (end Sept.) EBITDA multiple (currently trading at 24.6x).

| | Q4'20 (Act.) | | | Q1'21 (Est.) | | | FY'20 (Act.) | | | FY'21 (Est.) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Revenue | Adj. EBITDA | EPS* | Revenue | Adj. EBITDA | EPS* | Revenue | Adj. EBITDA | EPS* | Revenue | Adj. EBITDA | EPS* |
| **Actuals** | $90.9 | $40.3 | $0.61 | - | - | - | $329.6 | $114.9 | $1.69 | - | - | - |
| **CHLM Prev. Est.** | $76.6 | $24.3 | $0.34 | $75.1 | $20.3 | $0.27 | $315.4 | $98.9 | $1.36 | $350.4 | $113.9 | $1.61 |
| **Consensus** | $79.6 | $25.9 | $0.34 | $82.6 | $26.3 | $0.34 | $318.4 | $104.4 | $1.38 | $359.1 | $117.8 | $1.55 |
| **Prev. Guidance** | $76.0 - $80.0 | $23.0 - $26.0 | $0.30 - $0.35 | - | - | - | $314.8 - $318.8 | $97.6 - $100.6 | $1.33 - $1.38 | - | - | - |
| **Revised Guidance** | - | - | - | $85.0 - $90.0 | $30.9 - $34.6 | $0.48 - $0.55 | - | - | - | $360.0 - $380.0 | $122.0 - $135.0 | $1.81 - $2.05 |
| **CHLM Revised Est.** | - | - | - | $86.6 | $32.2 | $0.48 | - | - | - | $367.9 | $133.9 | $1.94 |

\* EPS is non-GAAP attributable to common.

## OUR POINT OF VIEW

**Strong quarter and guide, again surprising to the upside despite COVID headwinds.**  Revenue / EBITDA / EPS of $90.9M / $40.3M / $0.61 compared to consensus of $79.6M / $25.9M / $0.34.  For the year, FY'20 revenue was up 9% y/y despite the global new auto sales SAAR being down 19% over the same period, with increased vehicle penetration and higher ASPs accounting for much of the difference (billings per car up 14% on a TTM basis, excluding legacy connected contract).  Dec'20 quarter and FY'21 guidance were both well ahead on the top-line and profitability and team suggested that upward revisions to their FY'24 target model, particularly around margins, will be coming in the future (see target model in table below).

**Bookings totaled $835M for FY'20, up 70% y/y, and pipeline is up 2x+ y/y.**  Bookings were a record for any year in company history and are particularly impressive in light of the COVID disruption.

H1'FY20 bookings were $533M and H2 bookings were $302M. We would repeat that CRNC deals can be massive ($100M+), making the quarterly or even H1, H2 bookings particularly lumpy. While H2 was lower than H1, both periods and the year were blowout numbers. On the quarter, the team called out another strong bookings period, with the only modest negative being that a few SaaS/Car Life deals pushed out as OEMs are figuring out the new process of procuring a non-COGS product like CRNC Connected Services. While 1 was signed in the quarter, most will likely fall in H1'FY21 now. Backlog now stands at $1.8B, up 33% y/y (License backlog up 59% y/y, Connected up 12%, PS up 8%). While the team expected the pipeline to be a bit depleted entering FY'21 considering the record bookings this year, the pipe was noted to be up 2x+ as compared to the end of FY'19.

**License revenue came in at $46.4M (up 3% y/y), beating us substantially (CHLM est.: $33.0M), as new vehicle sales rebounded more than expected as of last quarter.** Variable License revenue of $29.9M (CHLM est.: $19.0M) was up 64% sequentially and down 11% y/y. While the global auto SAAR was down just ~5% y/y in the quarter, Variable License had a tough compare y/y due to some accounting true ups in the year ago quarter. That said, Variable License revenue for FY'20 was -15% y/y while the global auto SAAR was -19% for the same period, with the difference coming from higher vehicle penetration and ASPs. Prepay License revenue of $16.5M was ahead of us as well (CHLM est.: $8M) and was up 46% y/y. While Prepay revenue was up 26% for the year compared to FY'19, it was still in the low 40s – low 50s range the company has posted over the last several years. The company expects Prepay revenue will be down in total dollars in FY'21, but will still in the low 40s to low 50s range.

**Connected revenue came in at $25.0M, slightly below our estimate (CHLM est.: $25.6M).** Legacy Connected revenue of $15.6M was up 3% y/y. As most know, the Legacy Connected contract is a one-off signed ~6 years ago. It continues to flow to revenue, but billings are now minimal, creating a drag on CFFO. Revenue is expected to plateau in FY'21 and decline from there, dropping to just ~$8M in revenue per year by FY'26 (likely final year of revenue). The contract is behaving as expected. New Connected revenue of $9.1M was up 23% y/y and is the key line to focus on in Connected. CEO Sanjay Dhawan touched on the increasing strategic importance of Connected Services in the car, OEMs firm reluctancy to give up control of the user experience to the big tech platforms, and also noted the company signed several win backs over the year, with customers who had made the switch to a competitor but who have now re-signed with CRNC (more on competitive landscape below). Interestingly, the first Connected customer/OEM/model up for renewal, sold ~7 years ago, renewed in the period for continued Connected Services from Cerence.

**PS is a key leading indicator of future revenue growth, and Sep'20 quarterly revenue of $19.5M was a record and up 30% y/y.** The continued strength here is notable. PS revenue ramps up as CRNC goes to work on customizations for recently signed deals, ahead of the revenue to come 18-36 months after signing. The strength is reflective of the record



bookings over FY'20 and bodes well for future revenue streams. The team noted they expect PS revenue to grow in FY'21 over what was a very strong FY'20.

**New products center around Car Life, Cerence Pay, and some new Connected products expected to be announced in December.** The team has noted that the key pillars to their model are product innovation, speed of execution, and cost control. On all three, they are delivering. We have spoken with OEMs about Car Life and believe CRNC is on the right track. The first deal was signed this quarter and while small, it is encouraging. Purchasing behavior of OEMs is typically procuring COGS related products, so there have been some delays as OEMs have to figure out how to procure a recurring online service like that from CRNC. That said, we believe the company can see meaningful ASP uplift from the new products and sense it is a matter of when, not if, with the key buyers. Beyond Car Life, CRNC Pay, and the Connected products coming in December, the company commented on both two wheelers and elevators as incremental opportunities. On two wheelers, hands free is critical, and surprisingly, ASPs appear very strong. Given the unit volumes of two wheelers, particularly in China and India (good CRNC presence in each), they could be a needle mover. In a COVID world, touching elevator buttons is not an attractive option. Manufacturers are well aware and are fully engaged with CRNC. We see opportunities for bookings here over the next few quarters as the company is engaged with the top five players.

**Competitively, small players like SoundHound and iFlytek are seen occasionally in certain segments of the market, but the longer-term competition we spend the most time on are the platform players such as Amazon and Google. It increasingly looks like a future of co-existence.** OEMs will not give up brand control or data to the degree the platforms want. The stalemate appears to be breaking somewhat and the likely norm going forward appears to involve co-existence of the platforms with Cerence (and OEMs keep much greater brand and data control). We believe Cerence, as well as the bellwethers, will be in most cars, in most cases with CRNC as the front end/cognitive arbitrator. Interestingly, Google, who we have heard was pushing very harsh terms and not opening their approach/architecture at all, appears to have softened meaningfully. Recent DOJ anti-trust efforts are likely the root cause behind changed behavior at Google, but either way, they appear to be taking a more open and collaborative approach to the market and deals. At the end of the day, as we've noted extensively, our field work of the past year has steadily improved our conviction and confidence in the long-term competitive strength of the Cerence model.

**In sum, the team is flat out getting it done.** In a very difficult market/environment for automotive technology, the company is thriving. Field work has convinced us the company has a strong role to play over the long term, as their technology is proving critical to a differentiated in-car experience going forward. Co-existence in the car, with the tech giants, is what the company guided to and is what appears to be playing out. The culture of the company has changed rapidly, and the team is increasingly



**November 17, 2020**

seen by customers, partners, and competitors as more of a nimble, leading edge technology company.  Customers have noticed this and have called it out in particular.  Given the amount of change since the spin out from NUAN, it is remarkable how precise and accurate the team has been in avoiding disappointments/miscues.  As the company is increasingly seen as a recurring software/technology company (versus automotive/automotive tech), we see room for the EBITDA multiple to expand to 30x (particularly in light of the conservatism, strong bookings, improved pipeline, expanding TAM, impressive margins / incremental margins, etc.).  We are maintaining our Buy rating and increasing our target to $90, which is based on a 30.3x EV/FY'21 EBITDA multiple (currently trading at 24.6x).

**Cerence, Inc.**
**Fiscal Year Guidance Revision History**
**Craig-Hallum Capital Group LLC**

| Date Guided | Period Guided | Event | Revenue | Adj. EBITDA | Non-GAAP EPS | CFFO |
|---|---|---|---|---|---|---|
| 9/9/2019 | FY19 | Investor Presentation | $300.0 - $302.0M | $91.0 - $93.0M | N/A | $80 - $85.0M |
| 12/17/2019 | FY19 (Actual) | Reported | $303.3M | $94.7M | $1.73 | $88.1M |
| 9/9/2019 | FY20 | Investor Presentation | $321.0 - $336.0M | $89.0 - $96.0M | N/A | $42.0 - $50.0M |
| 12/17/2019 | FY20 | Q4'FY19 Earnings Call | $321.0 - $336.0M | $89.0 - $96.0M | N/A | $42.0 - $50.0M |
| 2/11/2020 | FY20 | Q1'FY20 Earnings Call | $321.0 - $336.0M | $91.0 - $98.0M | $1.07 - $1.21 | $43.0 - $51.0M |
| 5/7/2020 | FY20 | Q2'FY20 Earnings Call | Guidance withdrawn due to uncertainty around the COVID-19 pandemic. | | | |
| 8/4/2020* | FY20 | Q3'FY20 Earnings Call | $314.8 - $318.8M | $97.6 - $100.6M | $1.33 - $1.38 | ~$43M |
| 11/16/2020 | FY20 (Actual) | Reported | $329.6M | $114.9M | $1.68 | $44.8M |
| 11/16/2020 | FY21 | Q4'FY20 Earnings Call | $360.0 - $380.0M | $122.0 - $135.0M | $1.81 - $2.05 | $62.0 - $70.0M |

*Backed into via Q4'FY20 guide

Source: Craig-Hallum Capital Group;  Cerence, Inc.

**Key Metrics**
**Cerence, Inc.**
**Craig-Hallum Capital Group LLC**

| | Jun '19 | Sept '19 | FY'19 | Dec '19 | Mar '20 | Jun '20 | Sep'20 | FY'20 |
|---|---|---|---|---|---|---|---|---|
| **ST Deferred Revenue** | 78,194 | 88,233 | | 113,820 | 113,111 | 116,894 | 112,520 | |
| seq | - | 12.8% | | 29.0% | -0.6% | 3.3% | -3.7% | |
| y/y | - | - | | - | - | 49.5% | 27.5% | |
| **LT Deferred Revenue** | 277,232 | 265,051 | | 245,883 | 234,981 | 219,197 | 212,573 | |
| seq | - | -4.4% | | -7.2% | -4.4% | -6.7% | -3.0% | |
| y/y | - | - | | - | - | -20.9% | -19.8% | |
| **Total Deferred Revenue** | 355,426 | 353,284 | | 359,703 | 348,092 | 336,091 | 325,093 | |
| seq | - | -0.6% | | 1.8% | -3.2% | -3.4% | -3.3% | |
| y/y | - | - | | - | - | -5.4% | -8.0% | |
| **PS Backlog** | 80,000 | 98,000 | | - | - | - | 106,000 | |
| seq | - | 22.5% | | - | - | - | - | |
| y/y | - | - | | - | - | - | 8.2% | |
| **Liense Backlog** | 574,000 | 609,000 | | - | - | - | 967,000 | |
| seq | - | 6.1% | | - | - | - | - | |
| y/y | - | - | | - | - | - | 58.8% | |
| **Connected Backlog** | 693,000 | 658,000 | | - | - | - | 740,000 | |
| seq | - | -5.1% | | - | - | - | - | |
| y/y | - | - | | - | - | - | 12.5% | |
| **Total Backlog** | 1,347,000 | 1,365,000 | | - | - | - | 1,813,000 | |
| seq | - | 1.3% | | - | - | - | - | |
| y/y | - | - | | - | - | - | 32.8% | |
| **Total Bookings*** | - | - | 491,176 | 533,000 | | 302,000 | | 835,000 |
| seq | - | - | | - | - | - | - | |
| y/y | - | - | | - | - | - | | 70.0% |
| **% of Cars Shipped with Cerence Tech. (TTM)** | 53% | 54% | | 53% | 55% | 54% | 53% | |
| **Average Contract Duration (years, TTM)** | 5.2 | 5.1 | | 4.9 | 5.7 | 6.2 | 6.1 | |
| **Growth in Billings Per Car YTD vs. Prior Year*** | | | | | | 7% | 14% | |
| **Y/Y Change in # of Connected Cars Shipped (TTM)** | | | | | | -3% | -16% | |

*FY19 bookings estimated based on 70% y/y growth rate given for stated FY20 bookings.

*Excludes legacy Tweddle/Toyota contract

Source: Cerence, Inc.; Craig-Hallum Capital Group



**November 17, 2020**

## Long-Term Target Model

| | FY20 Guidance* | FY20 Actual | CHLM FY21E | FY24 Targets | 5-Year CAGR |
|---|---|---|---|---|---|
| **Total Revenue** | 316,800 | 329,646 | 367,900 | 600,000 | 15% |
| License Revenue | N/A | 164,268 | 186,000 | 300,000 | 12% |
| Connected Revenue | N/A | 96,148 | 110,400 | 140,000 | 12% |
| Professional Services Revenue | N/A | 69,230 | 71,500 | 85,000 | 12% |
| SaaS / ARR Revenue | N/A | - | - | 75,000 | N/A |
| **Non-GAAP Gross Margin** | 69.7% | 71.5% | 73.5% | 75% | N/A |
| **Non-GAAP Operating Margin** | 28.3% | 32.1% | 33.8% | 33% | N/A |
| **Adj. EBITDA** | 99,100 | 114,894 | 133,898 | 210,000 | 17% |
| **Adj. EBITDA Margin** | 31.3% | 34.9% | 36.4% | 35% | N/A |
| **CFFO** | ~43,000 | 43,201 | 83,198 | 210,000 | 19% |

*Mid-point. Backed into via Q4'FY20 guide given 8/4/20.
**Hope to sign first contracts in Q4'FY20.
*Source: Cerence, Inc.; Craig-Hallum Capital Group*

## Income Statement Analysis

| | EST 3Q20 | ACT 3Q20 | Variance | Seq Growth | Y/Y Growth | Comments |
|---|---|---|---|---|---|---|
| **Total Revenue** | 76,600 | 90,882 | 14,282 | 21% | 10% | Variable License revenue of $29.9M vs. our $19.0M estimate, due to stronger than expected recovery in new car sales in the quarter. Prepay License revenue $2.5M ahead of our estimate and PS revenue $1.5M ahead of our estimate as well. |
| Cost of Sales | 24,159 | 22,067 | (2,092) | -6% | -9% | |
| **Gross Profit** | 52,441 | 68,815 | 16,374 | 34% | 17% | Flow thorugh of the License revenue beat as well as higher than expected PS gross margin (22.8%, highest since FY17). |
| R&D | 17,000 | 17,981 | 981 | 6% | -6% | |
| S&M | 5,999 | 5,578 | (421) | -6% | -20% | |
| G&A | 7,800 | 7,198 | (602) | 0% | 9% | |
| Operating Expenses | 30,799 | 30,757 | (42) | 2% | -6% | |
| **Operating Profit** | 21,642 | 38,058 | 16,416 | 79% | 47% | |
| **Adj. EBITDA (ex. SBC)** | 24,292 | 40,313 | 16,021 | 70% | 45% | |
| **Pre-Tax Income** | 18,746 | 33,909 | 15,163 | 113% | 29% | |
| Tax (refund) | 5,249 | 8,177 | 2,928 | 116% | 15% | |
| **Net Income** | 13,497 | 25,732 | 12,235 | 112% | 35% | |
| **Diluted EPS*** | $0.34 | $0.61 | $0.27 | 94% | 17% | |
| *Diluted Shares* | 39,800 | 43,717 | 3,917 | 11% | 20% | |

All figures are Non-GAAP unless noted otherwise.
*Attributable to Common. Gross of interest on convertible senior notes, net of tax.
Source: Craig-Hallum Capital Group; Cerence, Inc.



| Margin Analysis | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ACT 4Q19 | ACT 1Q20 | EST 2Q20 | ACT 2Q20 | ACT 3Q20 | EST 4Q20 | ACT 4Q20 | Varience | Comments |
| **Gross Margin** | **70.8%** | **70.8%** | **69.3%** | **70.1%** | **68.7%** | **68.5%** | **75.7%** | **7.3%** | Well ahead on the License revenue beat as well as higher than expected PS gross margin (22.8%, highest since FY17). |
| R&D | 8.0% | 10.7% | 11.2% | 9.8% | 9.6% | 10.2% | 7.9% | -2.3% | |
| S&M | 23.0% | 26.5% | 29.6% | 22.4% | 22.8% | 22.2% | 19.8% | -2.4% | |
| G&A | 8.4% | 8.2% | 7.2% | 6.9% | 8.0% | 7.8% | 6.1% | -1.7% | |
| Operating Expenses | 39.5% | 45.4% | 48.1% | 39.1% | 40.4% | 40.2% | 33.8% | -6.4% | |
| **Operating Margin** | **31.3%** | **25.4%** | **21.2%** | **31.0%** | **28.4%** | **28.3%** | **41.9%** | **13.6%** | |
| **EBITDA Margin** | **33.6%** | **28.1%** | **24.9%** | **33.6%** | **31.8%** | **31.7%** | **44.4%** | **12.6%** | Bolstered by cost cuts made earlier in the year. FY21 guide points to 34.7% at the mid-point. That said, the team suggested margins in the FY24 target model (35% for EBTIDA) are likely conservative and will see upward revisions at some point in the future. |
| Pre-Tax Margin | 31.6% | 18.5% | 13.1% | 25.3% | 21.3% | 24.5% | 37.3% | 12.8% | |
| Tax Rate | 27.3% | 27.8% | 28.0% | 26.3% | 23.8% | 28.0% | 24.1% | -3.9% | |
| **Net Margin** | **23.0%** | **13.3%** | **9.4%** | **18.7%** | **16.2%** | **17.6%** | **28.3%** | **10.7%** | |

All figures are Non-GAAP unless noted otherwise.

Source: Craig-Hallum Capital Group; Cerence, Inc.

## STOCK OPPORTUNITY

We are maintaining our Buy rating and raising our price target to $90, based on a 30.3x EV/FY'21 EBITDA multiple (currently trading at 24.6x). Automotive peers with much lower margins and revenue streams less recurring in nature trade at ~16x EV/'21 EBITDA while much more similar slow growth (~13% in '21) SaaS peers trade at ~31x. We have said previously that we believe, over time, with the execution we expected and continued shift to more recurring/highly visible revenue streams, the slow growth recurring peers would become the dominant of the two potential comp groups, having a greater influence on valuation. With record bookings, pipeline up 2x+ y/y, and competitive positioning improving, we continue to believe that to be the case.

## RISKS

We believe an investment in Cerence involves the following risks:

- Now an independent public company, Cerence may incur additional standalone/public company costs than expected, which could hurt results.

- The automotive industry is cyclical, subjecting Cerence to macroeconomic risk. A slowdown/reduction in the number of vehicles shipped could negatively affect the business.

- Big tech companies such as Apple and Google are increasingly looking to integrate their mobile virtual assistants into the vehicle, which could eat into Cerence's dominant market share position.

**Cerence, Inc.**
(CRNC)
**Income Statement**

Acquisition History

| (data in thousands, except per share) | Fiscal 2016 (ASC 605) | Fiscal 2017 (ASC 605) | Fiscal 2018 (ASC 605) | Dec'18 (ASC 606) | Mar'19 (ASC 606) | Jun'19 (ASC 606) | Sep'19 (ASC 606) | Fiscal 2019 (ASC 606) | Dec'19 (ASC 606) | Mar'20 (ASC 606) | Jun'20 (ASC 606) | Sep'20 (ASC 606) | Fiscal 2020 (ASC 606) | Dec'20E (ASC 606) | Mar'21E (ASC 606) | Jun'21E (ASC 606) | Sep'21E (ASC 606) | Fiscal 2021E (ASC 606) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| License | 130,180 | 148,803 | 171,075 | 44,002 | 39,324 | 43,961 | 45,092 | 172,379 | 40,767 | 44,622 | 32,454 | 46,425 | 164,268 | | | | | |
| Connected | 32,450 | 45,696 | 60,227 | 17,255 | 18,858 | 19,717 | 22,860 | 78,690 | 23,021 | 23,131 | 24,996 | 25,000 | 96,148 | | | | | |
| Professional Services and Other | 48,506 | 50,230 | 45,682 | 11,227 | 12,122 | 13,891 | 15,006 | 52,246 | 13,671 | 18,742 | 17,360 | 19,457 | 69,230 | | | | | |
| **Revenue** | 211,136 | 244,729 | 276,984 | 72,484 | 70,304 | 77,569 | 82,958 | 303,315 | 77,459 | 86,495 | 74,810 | 90,882 | 329,646 | 86,600 | 90,600 | 94,100 | 96,600 | 367,900 |
| COGS License | 784 | 772 | 1,144 | 335 | 564 | 515 | 634 | 2,048 | 681 | 843 | 820 | 439 | 2,783 | | | | | |
| COGS Connected | 21,991 | 23,552 | 32,424 | 11,101 | 8,641 | 8,136 | 8,857 | 36,735 | 8,323 | 8,688 | 6,768 | 6,607 | 30,386 | | | | | |
| COGS Professional Services and Other | 28,387 | 35,124 | 39,554 | 10,216 | 12,465 | 12,718 | 14,767 | 50,166 | 13,620 | 16,320 | 15,811 | 15,021 | 60,772 | | | | | |
| **COGS** | 51,162 | 59,448 | 73,122 | 21,652 | 21,670 | 21,369 | 24,258 | 88,949 | 22,624 | 25,851 | 23,399 | 22,067 | 93,941 | 24,092 | 23,908 | 24,668 | 24,853 | 97,521 |
| **Gross Profit** | | 185,281 | 203,862 | 50,832 | 48,634 | 56,200 | 58,700 | 214,366 | 54,835 | 60,644 | 51,411 | 68,815 | 235,705 | 62,509 | 66,692 | 69,432 | 71,747 | 270,380 |
| R&D | 46,334 | 48,993 | 69,845 | 20,354 | 19,271 | 18,375 | 19,115 | 77,115 | 20,536 | 19,398 | 17,040 | 17,981 | 74,955 | 18,400 | 20,400 | 22,200 | 22,700 | 83,700 |
| S&M | 21,574 | 24,908 | 26,568 | 7,977 | 8,233 | 6,914 | 7,001 | 30,125 | 6,353 | 5,930 | 5,957 | 5,578 | 23,818 | 5,977 | 5,277 | 6,002 | 6,377 | 23,632 |
| G&A | 10,205 | 12,642 | 15,003 | 4,449 | 4,505 | 4,654 | 6,616 | 20,224 | 8,302 | 8,497 | 7,201 | 7,198 | 31,198 | 8,400 | 9,650 | 10,000 | 10,500 | 38,550 |
| **Operating Expenses** | 78,113 | 86,543 | 111,416 | 32,780 | 32,009 | 29,943 | 32,732 | 127,464 | 35,191 | 33,825 | 30,198 | 30,757 | 129,971 | 32,777 | 35,327 | 38,202 | 39,577 | 145,882 |
| **Operating Profit** | | 98,738 | 92,446 | 18,052 | 16,625 | 26,257 | 25,968 | 86,902 | 19,644 | 26,819 | 21,213 | 38,058 | 105,734 | 29,732 | 31,365 | 31,230 | 32,170 | 124,498 |
| **Adjusted EBITDA (ex. Stock comp.)** | 88,069 | 105,746 | 101,605 | 20,089 | 18,701 | 28,094 | 27,840 | 94,724 | 21,785 | 29,043 | 23,753 | 40,313 | 114,894 | 32,232 | 33,765 | 33,480 | 34,420 | 133,898 |
| Other Income (net of non-cash interest expense) | | (483) | (54) | (16) | 266 | (150) | 231 | 331 | (5,331) | (4,915) | (5,296) | (4,149) | (19,691) | (2,500) | (2,439) | (2,439) | (2,439) | (9,817) |
| Pre-Tax Income | | 98,255 | 92,392 | 18,036 | 16,891 | 26,107 | 26,199 | 87,233 | 14,313 | 21,904 | 15,917 | 33,909 | 86,043 | 27,232 | 28,926 | 28,791 | 29,731 | 114,681 |
| Tax | | | | 4,579 | 5,551 | 7,180 | 7,140 | 24,450 | 3,978 | 5,755 | 3,783 | 8,177 | 21,693 | 7,625 | 8,099 | 8,062 | 8,325 | 32,111 |
| **Net Income** | | | | 13,457 | 11,340 | 18,927 | 19,059 | 62,783 | 10,335 | 16,149 | 12,134 | 25,732 | 64,350 | 19,607 | 20,827 | 20,730 | 21,407 | 82,570 |
| Interest on Convertible Senior Notes, net of tax | | | | | | | | | | 325 | 998 | 1,323 | 1,005 | 1,005 | 1,005 | 1,005 | 4,020 | |
| **Net Income Attributable to Common** | | | | 13,457 | 11,340 | 18,927 | 19,059 | 62,783 | 10,335 | 16,149 | 12,459 | 26,730 | 65,673 | 20,612 | 21,832 | 21,735 | 22,412 | 86,590 |
| | | | | | | | | | | | | | | | | | | |
| **Diluted EPS** | | | | 0.37 | 0.31 | 0.52 | 0.52 | 1.73 | 0.29 | 0.43 | 0.31 | 0.61 | 1.68 | 0.48 | 0.49 | 0.48 | 0.49 | 1.94 |
| Diluted Shares | | | | 36,391 | 36,391 | 36,391 | 36,391 | 36,391 | 35,995 | 37,392 | 39,556 | 43,717 | 39,165 | 43,250 | 44,500 | 45,000 | 45,500 | 44,563 |
| Diluted GAAP EPS | | | | 0.06 | 0.01 | 0.05 | 2.63 | 2.76 | (0.33) | 0.33 | (0.77) | 0.17 | (0.55) | 0.18 | 0.23 | 0.19 | 0.16 | 0.76 |
| Diluted GAAP Shares | | | | 36,391 | 36,391 | 36,391 | 36,391 | 36,391 | 35,995 | 37,392 | 36,509 | 39,041 | 37,234 | 39,200 | 39,700 | 40,200 | 40,700 | 39,950 |
| | | | | | | | | | | | | | | | | | | |
| **Free Cash Flow/ Share** | | | | 0.45 | 0.65 | 0.71 | 0.49 | 2.30 | 0.16 | (0.45) | 0.34 | 0.50 | 0.62 | | | | | |
| **Margin Analysis** | | | | | | | | | | | | | | | | | | |
| License GM | 99.4% | 99.5% | 99.3% | 99.2% | 98.6% | 98.8% | 98.6% | 98.8% | 98.3% | 98.1% | 97.5% | 99.1% | 98.3% | | | | | |
| Connected GM | 32.2% | 48.5% | 46.2% | 35.7% | 54.2% | 58.7% | 61.3% | 53.3% | 63.8% | 62.4% | 72.9% | 73.6% | 68.4% | | | | | |
| Professional Services and Other GM | 41.5% | 30.1% | 13.4% | 9.0% | (2.8%) | 8.4% | 1.6% | 4.0% | 0.4% | 12.9% | 8.9% | 22.8% | 12.2% | | | | | |
| Gross Margin | | 75.7% | 73.6% | 70.1% | 69.2% | 72.5% | 70.8% | 70.7% | 70.8% | 70.1% | 68.7% | 75.7% | 71.5% | 72.2% | 73.6% | 73.8% | 74.3% | 73.5% |
| R&D | | 5.2% | 5.4% | 28.1% | 27.4% | 23.7% | 8.0% | 6.7% | 10.7% | 9.8% | 9.6% | 7.9% | 9.5% | 9.7% | 10.7% | 10.6% | 10.9% | 10.5% |
| S&M | | 20.0% | 25.2% | 11.0% | 11.7% | 8.9% | 23.0% | 25.4% | 26.5% | 22.4% | 22.8% | 19.8% | 22.7% | 21.2% | 22.5% | 23.6% | 23.5% | 22.8% |
| G&A | | 10.2% | 9.6% | 6.1% | 6.4% | 6.0% | 8.4% | 9.9% | 8.2% | 6.9% | 8.0% | 6.1% | 7.2% | 6.9% | 5.8% | 6.4% | 6.6% | 6.4% |
| Operating Expenses | | 35.4% | 40.2% | 45.2% | 45.5% | 38.6% | 39.5% | 42.0% | 45.4% | 39.1% | 40.4% | 33.8% | 39.4% | 37.8% | 39.0% | 40.6% | 41.0% | 39.7% |
| **Operating Profit** | | 40.3% | 33.4% | 24.9% | 23.6% | 33.8% | 31.3% | 28.7% | 25.4% | 31.0% | 28.4% | 41.9% | 32.1% | 34.3% | 34.6% | 33.2% | 33.3% | 33.8% |
| Adjusted EBITDA (ex Stock comp.) | | 42.6% | 36.1% | 27.7% | 26.6% | 36.2% | 33.6% | 31.2% | 28.1% | 33.6% | 31.8% | 44.4% | 34.9% | | | | | 36.4% |
| Pre-Tax Income | | 40.1% | 33.4% | 24.9% | 24.0% | 33.7% | 31.6% | 28.8% | 18.5% | 25.3% | 21.3% | 37.3% | 26.1% | 31.4% | 31.9% | 30.6% | 30.8% | 31.2% |
| Tax Rate | | | | 25.4% | 32.9% | 27.5% | 27.3% | 28.0% | 27.8% | 26.3% | 23.8% | 24.1% | 25.2% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% |
| **Net Income** | | | | 18.6% | 16.1% | 24.4% | 23.0% | 20.7% | 13.3% | 18.7% | 16.2% | 28.3% | 19.5% | 22.6% | 23.0% | 22.0% | 22.2% | 22.4% |
| **Net Income Attributable to Common** | | | | 18.6% | 16.1% | 24.4% | 23.0% | 20.7% | 13.3% | 18.7% | 16.7% | 29.4% | 19.9% | 23.8% | 24.1% | 23.1% | 23.2% | 23.5% |
| **Y/Y Growth Rates** | | | | | | | | | | | | | | | | | | |
| License | | 14% | 15% | | | | -6% | 1% | -7% | 13% | -26% | 3% | -5% | | | | | |
| Connected | | 41% | 32% | | | | 41% | 31% | 33% | 23% | 27% | 9% | 22% | | | | | |
| Professional Services | | 4% | -9% | | | | 32% | 14% | 22% | 55% | 25% | 30% | 33% | | | | | |
| Total Revenue | | | 13% | | | | 10% | 10% | 7% | 23% | -4% | 10% | 9% | 12% | 5% | 26% | 6% | 12% |
| S&M | | 15% | 7% | | | | -1% | 13% | -20% | -28% | -14% | -20% | -21% | -6% | -11% | 1% | 14% | -1% |
| G&A | | 24% | 19% | | | | 72% | 35% | 87% | 89% | 55% | 9% | 54% | 1% | 14% | 39% | 46% | 24% |
| R&D | | 6% | 43% | | | | 1% | 10% | 1% | 1% | -7% | -6% | -3% | -10% | 5% | 30% | 26% | 12% |
| Operating Expenses | | 11% | 29% | | | | 10% | 14% | 7% | 6% | 1% | -6% | 2% | -7% | 4% | 27% | 29% | 12% |
| Operating Profit | | | -6% | | | | 0% | -6% | 9% | 61% | -19% | 47% | 22% | 51% | 17% | 47% | -15% | 18% |
| Net Income | | | | | | | | | -23% | 42% | -36% | 35% | 2% | 90% | 29% | 71% | -17% | 28% |
| Net Income Attributable to Common | | | | | | | | | -23% | 42% | -34% | 40% | 5% | 99% | 35% | 74% | -16% | 32% |
| EPS | | | | | | | | | -22% | 39% | -39% | 17% | -3% | 66% | 14% | 53% | -19% | 16% |

All figures are Non-GAAP unless otherwise noted and exclude one-time charges, equity compensation, and amortization of intangibles.

*As of 9/30/2019, Cerence had $14.2M of U.S. federal NOLs and $16.6M of foreign NOLs.

November 16, 2020



# Cerence, Inc.
## (CRNC)
### Balance Sheet & Cash Flows

| (data in thousands) | ASC 605 Fiscal 2016 | ASC 605 Fiscal 2017 | ASC 605 Fiscal 2018 | ASC 606 Dec'18 | ASC 606 Mar'19 | ASC 606 Jun'19 | ASC 606 Sep'19 | ASC 606 Fiscal 2019 | ASC 606 Dec'19 | ASC 606 Mar'20 | ASC 606 Jun'20 | ASC 606 Sep'20 | ASC 606 Fiscal 2020 | ASC 606 Dec'20E | ASC 606 Mar'21E | ASC 606 Jun'21E | ASC 606 Sep'21E | ASC 606 Fiscal 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance Sheet** | | | | | | | | | | | | | | | | | | |
| **Cash & Equivalents** | 0 | 0 | 0 | | | | 0 | | 113,396 | 95,584 | 132,844 | 136,067 | | | | | | |
| **Marketable Securities** | | | | | | | 0 | | 0 | 0 | 0 | 11,662 | | | | | | |
| **Accounts Receivable** | 55,161 | 74,019 | 72,084 | | | | 65,787 | | 64,928 | 92,272 | 62,566 | 49,943 | | | | | | |
| Other | 3,997 | 6,788 | 10,883 | | | | 26,538 | | 42,545 | 34,999 | 41,068 | 51,476 | | | | | | |
| CURRENT ASSETS | 59,158 | 80,807 | 82,967 | | | | 92,325 | | 220,869 | 222,855 | 236,478 | 249,148 | | | | | | |
| PPE | 15,575 | 13,305 | 13,406 | | | | 20,113 | | 24,070 | 26,206 | 28,366 | 29,529 | | | | | | |
| Goodwill and Intangible Assets | 1,128,986 | 1,126,111 | 1,204,758 | | | | 1,184,890 | | 1,183,578 | 1,172,684 | 1,171,768 | 1,173,814 | | | | | | |
| Deferred Tax Assets | 0 | 67,000 | 51,053 | | | | 150,629 | | 164,027 | 161,943 | 160,140 | 161,759 | | | | | | |
| Operating Lease ROU Assets | 0 | 0 | 0 | | | | 0 | | 19,681 | 18,593 | 19,547 | 20,096 | | | | | | |
| Other | 89,321 | 48,529 | 45,364 | | | | 35,872 | | 49,702 | 51,009 | 52,776 | 53,099 | | | | | | |
| TOTAL ASSETS | 1,293,040 | 1,335,752 | 1,397,548 | | | | 1,483,829 | | 1,661,927 | 1,653,290 | 1,669,075 | 1,687,445 | | | | | | |
| Accounts Payable | 6,475 | 5,525 | 6,510 | | | | 16,687 | | 15,242 | 18,786 | 11,637 | 8,447 | | | | | | |
| **Deferred Revenues** | 51,615 | 66,747 | 84,862 | | | 78,194 | 88,233 | | 113,820 | 113,111 | 116,894 | 112,520 | | | | | | |
| ST Operating Lease Liabilities | 0 | 0 | 0 | | | | 0 | | 4,986 | 5,270 | 5,727 | 5,700 | | | | | | |
| ST Note Payable | 0 | 0 | 0 | | | | 0 | | 9,396 | 9,450 | 6,250 | 6,250 | | | | | | |
| Other | 21,550 | 22,134 | 30,434 | | | | 24,194 | | 51,033 | 42,581 | 54,672 | 67,857 | | | | | | |
| CURRENT LIABILITIES | 79,640 | 94,406 | 121,806 | | | | 129,114 | | 194,477 | 189,198 | 195,180 | 200,774 | | | | | | |
| **Deferred Revenues - LT** | 191,800 | 233,435 | 263,787 | | | 277,232 | 265,051 | | 245,883 | 234,981 | 219,197 | 212,573 | | | | | | |
| LT Operating Lease Liabilities | 0 | 0 | 0 | | | | 0 | | 17,040 | 15,669 | 16,305 | 17,821 | | | | | | |
| LT Note Payable | 0 | 0 | 0 | | | | 0 | | 239,026 | 237,925 | 267,172 | 266,872 | | | | | | |
| Other | 10,210 | 10,732 | 18,636 | | | | 21,536 | | 39,286 | 39,138 | 32,528 | 31,649 | | | | | | |
| TOTAL LIABILITIES | 281,650 | 338,573 | 404,229 | | | | 415,701 | | 735,712 | 716,911 | 730,382 | 729,689 | | | | | | |
| Owners Equity | 1,011,390 | 997,179 | 993,319 | | | | 1,068,128 | | 926,215 | 936,379 | 938,693 | 957,756 | | | | | | |
| TOTAL LIAB. & EQUITY | 1,293,040 | 1,335,752 | 1,397,548 | | | | 1,483,829 | | 1,661,927 | 1,653,290 | 1,669,075 | 1,687,445 | | | | | | |

| | Fiscal 2016 | Fiscal 2017 | Fiscal 2018 | Dec'18 | Mar'19 | Jun'19 | Sep'19 | Fiscal 2019 | Dec'19 | Mar'20 | Jun'20 | Sep'20 | Fiscal 2020 | Dec'20E | Mar'21E | Jun'21E | Sep'21E | Fiscal 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Flow and Other Metrics** | | | | | | | | | | | | | | | | | | |
| **CASH FROM OPERATIONS** | | 96,784 | 115,259 | 16,698 | 25,552 | 26,408 | 19,414 | 88,072 | 9,456 | (10,196) | 19,302 | 24,639 | 43,201 | | | | | |
| **CASH FROM INVESTING** | (8,294) | (4,714) | (86,312) | (498) | (1,974) | (396) | (1,649) | (4,517) | (3,612) | (6,533) | (5,930) | (14,600) | (30,675) | | | | | |
| **CASH FROM FINANCING** | (105,622) | (92,070) | (28,947) | (16,202) | (23,577) | (26,012) | (17,763) | (83,554) | 107,400 | (1,024) | 23,855 | (8,678) | 121,553 | | | | | |
| Cash From Operations | | 96,784 | 115,259 | 16,698 | 25,552 | 26,408 | 19,414 | 88,072 | 9,456 | (10,196) | 19,302 | 24,639 | 43,201 | | | | | |
| CapEx | | (4,714) | (6,510) | (498) | (1,974) | (396) | (1,649) | (4,517) | (3,612) | (6,533) | (5,930) | (2,937) | (19,012) | | | | | |
| **Free Cash Flow** | | 92,070 | 108,749 | 16,200 | 23,578 | 26,012 | 17,765 | 83,555 | 5,844 | (16,729) | 13,372 | 21,702 | 24,189 | | | | | |
| Net increase (decrease) in cash | | | | | | | | | 113,396 | (17,812) | 37,260 | 3,223 | 134,479 | | | | | |
| Cash at Period start (From Balance Sheet) | | | | | | | | | 0 | 113,396 | 95,584 | 132,844 | 0 | | | | | |
| Cash at Period end (From Balance Sheet) | | | | | | | 0 | | 113,396 | 95,584 | 132,844 | 136,067 | 136,067 | | | | | |

*Only showing deferred revenue for Q3'19 because the rest of the balance sheet was pro-forma based on a higher amount of debt (ended up drawing $270M vs. $425M).

November 16, 2020

**November 17, 2020**

## REQUIRED DISCLOSURES



Source: FactSet

Initiate:    September 16, 2019 – Rating: NA – Price Target:  NA
December 18, 2019 – Rating: Buy – Price Target:  $24
February 11, 2020 – Rating: Buy – Price Target:  $27
August 4, 2020 – Rating: Buy – Price Target: $61
November 17, 2020 – Rating: Buy – Price Target: $90

**Ratings definitions:**

**Buy** rated stocks generally have twelve month price targets that are more than 20% above the current price.  **Hold** rated stocks generally have twelve month price targets near the current price.  **Sell** rated stocks generally have no price target and we would sell the stock.

**Fundamental trend definitions:**
**Improving** means growth rates of key business metrics are generally accelerating.  **Stable** means growth rates of key business metrics are generally steady.  **Mixed** means growth rates of some key business metrics are positive but others are negative.  **Declining** means growth rates of key business metrics are generally decelerating.

**Ratings Distribution (9/30/2020)**

| Rating | % Of Companies Covered | % With Investment Banking Relationships |
|---|---|---|
| Buy | 81% | 21% |
| Hold | 19% | 8% |
| Sell | 1% | 0% |
| Total | 100% | 18% |

## Information about risks can be found in the "RISKS" section of this report.

CHLM makes a market in this security.

CHLM has managed or co-managed an offering of securities for the subject company in the last 12 months.  CHLM has received investment banking revenue from the subject company in the last 12 months.  CHLM expects to receive or intends to seek compensation for investment banking services from the subject company in the next three months. Analysts receive no direct compensation in connection with the firm's investment banking business.

Analysts may be eligible for bonus compensation based on the overall profitability of the firm, which takes into account revenues from all of the firm's business, including investment banking.

## OTHER DISCLOSURES

Although the statements of fact in this report have been obtained from and are based upon recognized statistical services, issuer reports or communications, or other sources that Craig-Hallum believes to be reliable, we cannot guarantee their accuracy. All opinions and estimates included in this report constitute Craig-Hallum's judgment as of the date of this report and are subject to change without notice. Craig-Hallum may effect transactions as principal or agent in the securities mentioned herein.  The securities discussed or recommended in this report may be unsuitable for investors depending on their specific investment objectives and financial position. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. Additional information available upon request. Member SIPC.

## REGULATION AC CERTIFICATION

I, Jeff Van Rhee, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject security and issuer. No part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views contained herein.