# EXHIBIT 24

*(Craig-Hallum analyst report, "Torching The Rule Of 40, CRNC Posts 23 Top-Line Growth and 42% EBITDA Margins," dated February 8, 2021)*



**CRAIG-HALLUM**
C A P I T A L   G R O U P   LLC

**Jeff Van Rhee, CFA**
Senior Research Analyst
612-334-6343
jvanrhee@craig-hallum.com

**Rudy Kessinger**
Research Analyst
612-334-6344
rudy.kessinger@craig-hallum.com

**www.craig-hallum.com**

| Changes | Previous | Current |
|---|---|---|
| Rating: | -- | Buy |
| Fundamental Trend | -- | Improving |
| Price Target: | $90 | $135 |
| FY20A Rev (MM): | -- | $329.6 |
| FY21E Rev (MM): | $367.9 | $376.0 |
| FY22E Rev (MM): | -- | $435.0 |
| FY20A EPS*: | -- | $1.68 |
| FY21E EPS*: | $1.94 | $2.03 |
| FY21E EPS*: | -- | $2.24 |

| Profile | |
|---|---|
| Price: | $114.47 |
| 52 Week Range: | $11.39 - $131.80 |
| Avg. Daily Vol. (MM): | 0.7 |
| Diluted Sh. Out (MM): | 43.4 |
| Market Cap (MM): | $4,964 |
| Insiders Own: | 1.8% |
| Stated Book Val/Sh.: | $22.90 |
| Net Cash/Sh.: | ($3.34) |
| Short Int. / Days to Cover | 4.8M / 7.2 |
| LT EPS Growth | 15% |
| Fiscal Year End | September |

| Rev (M) | 2020A | 2021E | 2022E |
|---|---|---|---|
| Dec | $77.5 | $95.0A | -- |
| Mar | 86.5 | 93.5 | -- |
| Jun | 74.8 | 93.5 | -- |
| Sep | 90.9 | 94.0 | -- |
| FY | $329.6 | $376.0 | $435.0 |
| *y/y* | *9%* | *14%* | *16%* |
| EV/Rev | 15.5x | 13.6x | 11.7x |

| EPS* | 2020A | 2021E | 2022E |
|---|---|---|---|
| Dec | $0.29 | $0.59A | -- |
| Mar | 0.43 | 0.53 | -- |
| Jun | 0.31 | 0.47 | -- |
| Sep | 0.61 | 0.44 | -- |
| FY | $1.68 | $2.03 | $2.24 |
| | | | |
| EBITDA | $114.9 | $136.9 | $152.6 |
| EV/EBITDA | 44.5x | 37.3x | 33.5x |

*Non-GAAP attributable to common.*

| Management | |
|---|---|
| CEO | Sanjay Dhawan |
| CFO | Mark Gallenberger |

---

**February 8, 2021**
**Institutional Research**

# Cerence, Inc.        BUY
(CRNC - $114.47 intraday)      Price Target: $135

**Torching The Rule Of 40, CRNC Posts 23% Top-Line Growth And 42% EBITDA Margins. Key Win-Back At 4th Largest Automaker. Maintaining BUY, Raising Price Target To $135.**

*Cerence, Inc. is a leading provider of speech recognition and voice technologies for automotive applications, offering both Edge (in-car) and Cloud-Connected solutions.*

## OUR CALL

CRNC hammered the quarter again, posting 23% y/y revenue growth with 42% EBITDA margins, strong upside, and a solid guide (despite chip shortages causing headwinds). The TAM is large and quickly expanding and execution has made leaps in the past year. On the quarter, the team announced a key win-back at Stellantis (4th largest worldwide auto manufacturer – combination of Fiat-Chrysler & Peugeot), as further evidence of their strengthening competitive position. In addition, the team noted that in instances where they co-exist on a platform with a tech giant (think AMZN, GOOG, etc.), ASPs have not varied, which is consistent with their message of co-existence and cognitive arbitration. We see room for continued upside to numbers and multiple expansion. We are maintaining our Buy rating and raising our price target to $135, based on a 43.8x EV/'21 EBITDA multiple.

| | Q1'21 (Act.) | | | Q2'21 (Est.) | | | FY'21 (Est.) | | | FY'22 (Est.) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Revenue | Adj. EBITDA | EPS* | Revenue | Adj. EBITDA | EPS* | Revenue | Adj. EBITDA | EPS* | Revenue | Adj. EBITDA | EPS* |
| **Actuals** | **$95.0** | **$40.3** | **$0.59** | - | - | - | - | - | - | - | - | - |
| CHLM Prev. Est. | $86.6 | $32.2 | $0.48 | $90.6 | $33.8 | $0.49 | $367.9 | $133.9 | $1.94 | - | - | - |
| Consensus | $87.9 | $33.0 | $0.51 | $93.0 | $31.7 | $0.47 | $377.6 | $134.9 | $1.99 | $429.3 | $153.8 | $2.34 |
| Prev. Guidance | $85.0 - $90.0 | $30.9 - $34.6 | $0.48 - $0.55 | - | - | - | $360.0 - $380.0 | $122.0 - $135.0 | $1.81 - $2.05 | - | - | - |
| Revised Guidance | - | - | - | $92.0 - $95.0 | $34.0 - $37.0 | $0.50 - $0.55 | $370.0 - $380.0 | $131.0 - $140.0 | $1.91 - $2.10 | - | - | - |
| CHLM Revised Est. | - | - | - | $93.5 | $35.0 | $0.53 | $376.0 | $136.9 | $2.03 | $435.0 | $152.6 | $2.24 |

* EPS is non-GAAP attributable to common.

## OUR POINT OF VIEW

**Strong quarter and guide as CRNC continues to power through the COVID headwinds.** Revenue / EBITDA / EPS of $95.0M / $40.3M / $0.59 compared to consensus of $87.9M / $33.0M / $0.51. Despite the global auto SAAR being up just ~5% y/y in the quarter, revenue was up 23% y/y (team usually guides 10-15pts of growth on top of SAAR), propelled by increasing vehicle penetration rates, 20% growth in billings per car over the TTM (excluding legacy connected contract), and very strong PS revenue growth of 56% y/y. Mar'21 and revised FY'21 guidance was ahead all around, particularly on EBITDA / EPS.

**License revenue came in at $46.4M (up 14% y/y), beating us substantially (CHLM est.: $43.0M) as new vehicle sales continue to recover faster than expected.** Variable License revenue of $36.3M (CHLM est.: $30M) was up 8% y/y. This compares to the global auto SAAR of +5% y/y in the quarter (expected ~flat to down slightly coming into the quarter), with the difference coming from increased vehicle penetration and adoption of newer products (higher ASPs). This also marks the first quarter of y/y growth for Variable License

---

**SEE LAST PAGE FOR IMPORTANT DISCLOSURES**     

revenue since the onset of COVID, while still not yet lapping COVID impacts.  Prepay License revenue of $10.1M was below us (CHLM est.: $13.0M) and was up 42% y/y.  This line has historically been very lumpy quarter to quarter and will likely remain so.  The company noted again that they expect Prepay to be down y/y for FY'21 (was $54.2M in FY'20), although still likely to be in the middle of the low 40s – low 50s range the company has posted over the last several years.

**Connected revenue came in at $27.3M, up 18% y/y and ahead of our estimate (CHLM est.: $26.1M).**  Legacy Connected revenue was $16.0M (CHLM est.: $15.6M), up 2% y/y.  As most know, the Legacy Connected contract is a one-off signed ~6 years ago.  It continues to flow to revenue, but billings are now minimal, creating a drag on CFFO.  Revenue is expected to plateau in FY'21 and decline from there, dropping to just ~$8M in revenue per year by FY'26 (likely final year of revenue).  The contract is behaving as expected.  New Connected revenue of $11.3M (CHLM est.: $10.5M) was up 24% sequentially and 54% y/y and is the key line to focus on within Connected.  Last quarter, the company noted they had signed several win-backs throughout FY'20 with customers who had left CRNC for other providers while CRNC was still under NUAN.  This quarter, Stellantis (new name for combined business of Fiat Chrysler [FCA] & Peugeot [PSA]) was noted as one of the key win-backs.  Specifically, PSA had moved away from Cerence ~2-3 years ago but came back on their most recent refresh cycle.  Key to the win-back was the very impressive CRNC Drive 2.0 product set.  CRNC already had the FCA side and we would expect a merger of the two platforms in a few years' time.  In addition, the team called out a win at Lear marketplace Xevo, which enables users to connect to a range of merchant brands and services through the in-car system.  Live in "millions" of connected cars today, the service enables embedded ordering (think Starbucks, etc.) and online transactions (think gas payment, etc.).  Revenue here will be a transactional/revenue share model.  Bottom line, Connected bookings and revenue are ramping nicely and results and guidance were ahead of us.

**PS is a key leading indicator of future revenue growth and the Dec'20 quarter was a blowout, with PS revenue coming in at a record $21.3M (CHLM est.: $17.5M) and up a record 56% y/y (was up 33% y/y in FY'20).**  The team noted there were some pull forwards in the quarter (~$2M) and that PS revenue will likely be down in Mar'21 over Dec'20, but that PS should still see solid y/y growth for the quarter and full-year FY'21.  That said, the numbers in the quarter and continued strength here is notable.  PS revenue ramps up as CRNC goes to work on customizations for recently signed deals, ahead of the revenue to come 18-36 months after signing.  Utilization was noted to be 80% for the organization.  In addition, the recent hire of Sunil Shah to head the PS organization continues a trend of exceptional talent additions.  Sunil brings a deep skill set, including very keep knowledge related to the Google product set/capabilities.

**In sum, Cerence execution post spin has been truly exceptional.**  The cultural pivot to innovation is being felt in the field and is reflecting in win

and win-back rates.  In the instances where tech platforms have also landed a position, ASPs are holding and penetration of technology across the board is deepening.  The company is signing new deals with their new SaaS products, which bodes well for the SaaS/ARR revenue target of $75M by '24. Recruiting has been methodical and the depth of talent joining has surprised to the positive.  In the near term, chip shortages are expected to drag on overall results, but despite this, the team increased the outlook.  As noted in our title, the combined revenue growth (23% y/y) and EBITDA margin (42%) puts the company at 65 as compared to the often-cited rule-of-40 for SaaS companies, putting them in truly rarefied air.  We see much more room to expand within autos and the new wins in 2-wheeler (90M units per year TAM), elevators (are in POC with 2 of top 5 manufacturers), and other markets also contribute to expanding the TAM.  We are maintaining our Buy rating and raising our price target to $135, which is based on a 43.8x EV/'21 EBITDA multiple (currently trading at 37.3x).

**Cerence, Inc.**
**Fiscal Year Guidance Revision History**
**Craig-Hallum Capital Group LLC**

| Date Guided | Period Guided | Event | Revenue | Adj. EBITDA | Non-GAAP EPS | CFFO |
|---|---|---|---|---|---|---|
| 9/9/2019 | FY19 | Investor Presentation | $300.0 - $302.0M | $91.0 - $93.0M | N/A | $80 - $85.0M |
| **12/17/2019** | **FY19 (Actual)** | **Reported** | **$303.3M** | **$94.7M** | **$1.73** | **$88.1M** |
| 9/9/2019 | FY20 | Investor Presentation | $321.0 - $336.0M | $89.0 - $96.0M | N/A | $42.0 - $50.0M |
| 12/17/2019 | FY20 | Q4'FY19 Earnings Call | $321.0 - $336.0M | $89.0 - $96.0M | N/A | $42.0 - $50.0M |
| 2/11/2020 | FY20 | Q1'FY20 Earnings Call | $321.0 - $336.0M | $91.0 - $98.0M | $1.07 - $1.21 | $43.0 - $51.0M |
| 5/7/2020 | FY20 | Q2'FY20 Earnings Call | Guidance withdrawn due to uncertainty around the COVID-19 pandemic. | | | |
| 8/4/2020* | FY20 | Q3'FY20 Earnings Call | $314.8 - $318.8M | $97.6 - $100.6M | $1.33 - $1.38 | ~$43M |
| **11/16/2020** | **FY20 (Actual)** | **Reported** | **$329.6M** | **$114.9M** | **$1.68** | **$44.8M** |
| 11/16/2020 | FY21 | Q4'FY20 Earnings Call | $360.0 - $380.0M | $122.0 - $135.0M | $1.81 - $2.05 | $62.0 - $70.0M |
| 2/8/2021 | FY21 | Q1'FY21 Earnings Call | $370.0 - $380.0M | $131.0 - $140.0M | $1.91 - $2.10 | $67.0 - $72.0M |

*Backed into via Q4'FY20 guide

Source: Craig-Hallum Capital Group;  Cerence, Inc.

February 8, 2021

**Key Metrics**
**Cerence, Inc.**
**Craig-Hallum Capital Group LLC**

| | Jun '19 | Sept '19 | FY'19 | Dec '19 | Mar '20 | Jun '20 | Sep'20 | FY'20 | Dec '21 |
|---|---|---|---|---|---|---|---|---|---|
| **ST Deferred Revenue** | 78,194 | 88,233 | | 113,820 | 113,111 | 116,894 | 112,520 | | 104,577 |
| seq | - | 12.8% | | 29.0% | -0.6% | 3.3% | -3.7% | | -7.1% |
| y/y | - | - | | - | - | 49.5% | 27.5% | | - |
| **LT Deferred Revenue** | 277,232 | 265,051 | | 245,883 | 234,981 | 219,197 | 212,573 | | 215,692 |
| seq | - | -4.4% | | -7.2% | -4.4% | -6.7% | -3.0% | | 1.5% |
| y/y | - | - | | - | - | -20.9% | -19.8% | | - |
| **Total Deferred Revenue** | 355,426 | 353,284 | | 359,703 | 348,092 | 336,091 | 325,093 | | 320,269 |
| seq | - | -0.6% | | 1.8% | -3.2% | -3.4% | -3.3% | | -1.5% |
| y/y | - | - | | - | - | -5.4% | -8.0% | | - |
| **PS Backlog** | 80,000 | 98,000 | | - | - | - | 106,000 | | - |
| seq | - | 22.5% | | - | - | - | - | | - |
| y/y | - | - | | - | - | - | 8.2% | | - |
| **Liense Backlog** | 574,000 | 609,000 | | - | - | - | 967,000 | | - |
| seq | - | 6.1% | | - | - | - | - | | - |
| y/y | - | - | | - | - | - | 58.8% | | - |
| **Connected Backlog** | 693,000 | 658,000 | | - | - | - | 740,000 | | - |
| seq | - | -5.1% | | - | - | - | - | | - |
| y/y | - | - | | - | - | - | 12.5% | | - |
| **Total Backlog** | 1,347,000 | 1,365,000 | | - | - | - | 1,813,000 | | - |
| seq | - | 1.3% | | - | - | - | - | | - |
| y/y | - | - | | - | - | - | 32.8% | | - |
| **Total Bookings*** | - | - | 491,176 | 533,000 | | 302,000 | | 835,000 | - |
| seq | - | - | - | - | - | - | | - | - |
| y/y | - | - | - | - | - | - | | 70.0% | - |
| **% of Cars Shipped with Cerence Tech. (TTM)** | 53% | 54% | | 53% | 55% | 54% | 53% | | 54% |
| **Average Contract Duration (years, TTM)** | 5.2 | 5.1 | | 4.9 | 5.7 | 6.2 | 6.1 | | 6 |
| **Growth in Billings Per Car YTD vs. Prior Year*** | - | - | | - | - | 7% | - | | - |
| **Growth in Billings Per Car on a TTM Over Prior TTM Basis** | - | - | | - | - | - | 14% | | 20% |
| **Y/Y Change in # of Connected Cars Shipped (TTM)** | - | - | | - | - | -3% | -16% | | -17% |

*FY19 bookings estimated based on 70% y/y growth rate given for stated FY20 bookings.

**Excludes legacy Tweddle/Toyota contract

*Source: Cerence, Inc.; Craig-Hallum Capital Group*

---

**Long-Term Target Model**

| | FY20 Actual | CHLM FY21 Est. | CHLM FY22 Est. | FY24 Targets | 5-Year CAGR |
|---|---|---|---|---|---|
| **Total Revenue** | 329,646 | 375,964 | 435,000 | 600,000 | 15% |
| License Revenue | 164,268 | 185,614 | 223,250 | 300,000 | 12% |
| Connected Revenue | 96,148 | 114,251 | 131,750 | 140,000 | 12% |
| Professional Services Revenue | 69,230 | 76,099 | 80,000 | 85,000 | 12% |
| SaaS / ARR Revenue | - | - | - | 75,000 | N/A |
| **Non-GAAP Gross Margin** | 71.5% | 74.0% | 74.8% | 75% | N/A |
| **Non-GAAP Operating Margin** | 32.1% | 33.9% | 32.7% | 33% | N/A |
| **Adj. EBITDA** | 114,894 | 136,850 | 152,640 | 210,000 | 17% |
| **Adj. EBITDA Margin** | 34.9% | 36.4% | 35.1% | 35% | N/A |
| **CFFO** | 44,789 | 70,432 | 99,892 | 210,000 | 19% |

*Source: Cerence, Inc.; Craig-Hallum Capital Group*

---

**Cerence, Inc.**
**Institutional Research**

**February 8, 2021**

### Income Statement Analysis

| | EST 1Q21 | ACT 1Q21 | Variance | Seq Growth | Y/Y Growth | Comments |
|---|---|---|---|---|---|---|
| **Total Revenue** | **86,600** | **94,964** | **8,364** | **4%** | **23%** | Variable License revenue of $36.3M vs. our $30.0M estimate, due to stronger than expected recovery in new car sales in the quarter.  PS Revenue of $21.3M vs. our $17.5M estiamte as well, with ~$2M in pull forwards in the quarter. |
| Cost of Sales | 24,092 | 23,417 | (675) | 6% | 4% | |
| **Gross Profit** | **62,509** | **71,547** | **9,039** | **4%** | **30%** | Flow thorugh of the License revenue beat,  higher than expected PS gross margin (24.8%, highest since FY17), and slower add back of expenses / hiring than expected. |
| R&D | 18,400 | 19,993 | 1,593 | 11% | -3% | |
| S&M | 5,977 | 6,369 | 392 | 14% | 0% | |
| G&A | 8,400 | 7,478 | (922) | 4% | -10% | |
| Operating Expenses | 32,777 | 33,840 | 1,063 | 10% | -4% | |
| **Operating Profit** | **29,732** | **37,707** | **7,975** | **-1%** | **92%** | |
| **Adj. EBITDA (ex. SBC)** | **32,232** | **40,294** | **8,062** | **0%** | **85%** | |
| **Pre-Tax Income** | **27,232** | **32,919** | **5,687** | **-3%** | **130%** | |
| Tax (refund) | 7,625 | 8,326 | 701 | **2%** | **109%** | |
| **Net Income** | **19,607** | **24,593** | **4,986** | **-4%** | **138%** | |
| **Diluted EPS*** | **$0.48** | **$0.59** | **$0.11** | **-3%** | **106%** | |
| *Diluted Shares* | *43,250* | *43,363* | *113* | *-1%* | *20%* | |

All figures are Non-GAAP unless noted otherwise.

Source: Craig-Hallum Capital Group;  Cerence, Inc.

### Margin Analysis

| | ACT 1Q20 | EST 2Q20 | ACT 2Q20 | ACT 3Q20 | ACT 4Q20 | EST 1Q21 | ACT 1Q21 | Varience | Comments |
|---|---|---|---|---|---|---|---|---|---|
| **Gross Margin** | **70.8%** | **69.3%** | **70.1%** | **68.7%** | **75.7%** | **72.2%** | **75.3%** | **3.2%** | Flow thorugh of the License revenue beat,  higher than expected PS gross margin (24.8%, highest since FY17), and slower add back of expenses / hiring than expected. |
| R&D | 10.7% | 11.2% | 9.8% | 9.6% | 7.9% | 9.7% | 7.9% | -1.8% | |
| S&M | 26.5% | 29.6% | 22.4% | 22.8% | 19.8% | 21.2% | 21.1% | -0.2% | |
| G&A | 8.2% | 7.2% | 6.9% | 8.0% | 6.1% | 6.9% | 6.7% | -0.2% | |
| Operating Expenses | 45.4% | 48.1% | 39.1% | 40.4% | 33.8% | 37.8% | 35.6% | -2.2% | |
| **Operating Margin** | **25.4%** | **21.2%** | **31.0%** | **28.4%** | **41.9%** | **34.3%** | **39.7%** | **5.4%** | |
| **EBITDA Margin** | **28.1%** | **24.9%** | **33.6%** | **31.8%** | **44.4%** | **37.2%** | **42.4%** | **5.2%** | Will come down throughout FY'21 as COVID cost cuts are added back.  Still see upside to FY'24 target of 35%. |
| Pre-Tax Margin | 18.5% | 13.1% | 25.3% | 21.3% | 37.3% | 31.4% | 34.7% | 3.2% | |
| Tax Rate | 27.8% | 28.0% | 26.3% | 23.8% | 24.1% | 28.0% | 25.3% | -2.7% | |
| **Net Margin** | **13.3%** | **9.4%** | **18.7%** | **16.2%** | **28.3%** | **22.6%** | **25.9%** | **3.3%** | |

All figures are Non-GAAP unless noted otherwise.

Source: Craig-Hallum Capital Group;  Cerence, Inc.

# STOCK OPPORTUNITY

We are maintaining our Buy rating and raising our price target to $135, which is based on a 43.8x EV/FY'21 EBITDA multiple (currently trading at 37.3x).  Automotive peers with much lower margins and revenue streams less recurring in nature trade at ~22x EV/'21 EBITDA while much more similar growth (~24% in '21) SaaS peers trade at ~57x.  We have said previously that we believe, over time, with the execution we expected and continued shift to more recurring/highly visible revenue streams, the more similar growth recurring peers would become the dominant of the two potential comp groups, having a greater influence on valuation.  With record

results and bookings despite a very challenged auto environment due to COVID, and competitive positioning improving, we continue to believe that to be the case.

## RISKS

We believe an investment in Cerence involves the following risks:

- Now an independent public company, Cerence may incur additional standalone/public company costs than expected, which could hurt results.

- The automotive industry is cyclical, subjecting Cerence to macroeconomic risk. A slowdown/reduction in the number of vehicles shipped could negatively affect the business.

- Big tech companies such as Apple and Google are increasingly looking to integrate their mobile virtual assistants into the vehicle, which could eat into Cerence's dominant market share position.

**CRAIG-HALLUM**
CAPITAL GROUP LLC

**February 8, 2021**

## Cerence, Inc.
(CRNC)
Income Statement

Acquisition History

| (data in thousands, except per share) | ASC 605 Fiscal 2017 | ASC 605 Fiscal 2018 | ASC 606 Dec'18 | ASC 606 Mar'19 | ASC 606 Jun'19 | ASC 606 Sep'19 | ASC 606 Fiscal 2019 | ASC 606 Dec'19 | ASC 606 Mar'20 | ASC 606 Jun'20 | ASC 606 Sep'20 | ASC 606 Fiscal 2020 | ASC 606 Dec'20 | ASC 606 Mar'21E | ASC 606 Jun'21E | ASC 606 Sep'21E | ASC 606 Fiscal 2021E | ASC 606 Fiscal 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| License | 148,803 | 171,075 | 44,002 | 39,324 | 43,961 | 45,092 | 172,379 | 40,767 | 44,622 | 32,454 | 46,425 | 164,268 | 46,414 | | | | | |
| Connected | 45,696 | 60,227 | 17,255 | 18,858 | 19,717 | 22,860 | 78,690 | 23,021 | 23,131 | 24,996 | 25,000 | 96,148 | 27,251 | | | | | |
| Professional Services and Other | 50,230 | 45,682 | 11,227 | 12,122 | 13,891 | 15,006 | 52,246 | 13,671 | 18,742 | 17,360 | 19,457 | 69,230 | 21,299 | | | | | |
| **Revenue** | **244,729** | **276,984** | **72,484** | **70,304** | **77,569** | **82,958** | **303,315** | **77,459** | **86,495** | **74,810** | **90,882** | **329,646** | **94,964** | **93,500** | **93,500** | **94,000** | **375,964** | **435,000** |
| COGS License | 772 | 1,144 | 335 | 564 | 515 | 634 | 2,048 | 681 | 843 | 820 | 439 | 2,783 | 674 | | | | | |
| COGS Connected | 23,552 | 32,424 | 11,101 | 8,641 | 8,136 | 8,857 | 36,735 | 8,323 | 8,688 | 6,768 | 6,607 | 30,386 | 6,722 | | | | | |
| COGS Professional Services and Other | 35,124 | 39,554 | 10,216 | 12,465 | 12,718 | 14,767 | 50,166 | 13,620 | 16,320 | 15,811 | 15,021 | 60,772 | 16,021 | | | | | |
| **COGS** | **59,448** | **73,122** | **21,652** | **21,670** | **21,369** | **24,258** | **88,949** | **22,624** | **25,851** | **23,399** | **22,067** | **93,941** | **23,417** | **24,194** | **24,710** | **25,280** | **97,601** | **109,496** |
| **Gross Profit** | **185,281** | **203,862** | **50,832** | **48,634** | **56,200** | **58,700** | **214,366** | **54,835** | **60,644** | **51,411** | **68,815** | **235,705** | **71,547** | **69,306** | **68,790** | **68,720** | **278,363** | **325,504** |
| R&D | 48,993 | 69,845 | 20,354 | 19,271 | 18,375 | 19,115 | 77,115 | 20,536 | 19,398 | 17,040 | 17,981 | 74,955 | 19,993 | 21,350 | 22,675 | 23,925 | 87,943 | 104,000 |
| S&M | 24,908 | 26,568 | 7,977 | 8,233 | 6,914 | 7,001 | 30,125 | 6,353 | 5,930 | 5,957 | 5,578 | 23,818 | 6,369 | 6,778 | 7,178 | 7,253 | 27,579 | 36,964 |
| G&A | 12,642 | 15,003 | 4,449 | 4,505 | 4,654 | 6,616 | 20,224 | 8,302 | 8,497 | 7,201 | 7,198 | 31,198 | 7,478 | 8,250 | 9,600 | 10,100 | 35,428 | 42,400 |
| **Operating Expenses** | **86,543** | **111,416** | **32,780** | **32,009** | **29,943** | **32,732** | **127,464** | **35,191** | **33,825** | **30,198** | **30,757** | **129,971** | **33,840** | **36,378** | **39,453** | **41,278** | **150,950** | **183,364** |
| **Operating Profit** | **98,738** | **92,446** | **18,052** | **16,625** | **26,257** | **25,968** | **86,902** | **19,644** | **26,819** | **21,213** | **38,058** | **105,734** | **37,707** | **32,928** | **29,337** | **27,442** | **127,413** | **142,140** |
| **Adjusted EBITDA (ex. Stock comp.)** | **105,746** | **101,605** | **20,089** | **18,701** | **28,094** | **27,840** | **94,724** | **21,785** | **29,043** | **23,753** | **40,313** | **114,894** | **40,294** | **35,028** | **31,712** | **29,817** | **136,850** | **152,640** |
| Other Income (net of non-cash interest expense) | (483) | (54) | (16) | 266 | (150) | 231 | 331 | (5,331) | (4,915) | (5,296) | (4,149) | (19,691) | (4,788) | (2,950) | (2,450) | (2,450) | (12,638) | (10,800) |
| Pre-Tax Income | 98,255 | 92,392 | 18,036 | 16,891 | 26,107 | 26,199 | 87,233 | 14,313 | 21,904 | 15,917 | 33,909 | 86,043 | 32,919 | 29,978 | 26,887 | 24,992 | 114,775 | 131,340 |
| Tax | | | 4,579 | 5,551 | 7,180 | 7,140 | 24,450 | 3,978 | 5,755 | 3,783 | 8,177 | 21,693 | 8,326 | 7,794 | 6,991 | 6,498 | 29,609 | 34,148 |
| **Net Income** | | | **13,457** | **11,340** | **18,927** | **19,059** | **62,783** | **10,335** | **16,149** | **12,134** | **25,732** | **64,350** | **24,593** | **22,183** | **19,896** | **18,494** | **85,166** | **97,192** |
| Interest on Convertible Senior Notes, net of tax | | | | | | | | | | 325 | 998 | 1,323 | 1,005 | 1,005 | 1,005 | 1,005 | 4,020 | 4,020 |
| **Net Income Attributable to Common** | | | **13,457** | **11,340** | **18,927** | **19,059** | **62,783** | **10,335** | **16,149** | **12,459** | **26,730** | **65,673** | **25,598** | **23,188** | **20,901** | **19,499** | **89,186** | **101,212** |
| | | | | | | | | | | | | | | | | | | |
| **Diluted EPS** | | | **0.37** | **0.31** | **0.52** | **0.52** | **1.73** | **0.29** | **0.43** | **0.31** | **0.61** | **1.68** | **0.59** | **0.53** | **0.47** | **0.44** | **2.03** | **2.24** |
| Diluted Shares | | | 36,391 | 36,391 | 36,391 | 36,391 | 36,391 | 35,995 | 37,392 | 39,556 | 43,717 | 39,165 | 43,363 | 43,800 | 44,100 | 44,400 | 43,916 | 45,150 |
| Diluted GAAP EPS | | | 0.06 | 0.01 | 0.05 | 2.63 | 2.76 | (0.33) | 0.33 | (0.77) | 0.17 | (0.55) | 0.50 | 0.14 | 0.15 | 0.11 | 0.92 | 0.85 |
| Diluted GAAP Shares | | | 36,391 | 36,391 | 36,391 | 36,391 | 36,391 | 35,995 | 37,392 | 36,509 | 39,041 | 37,234 | 43,363 | 39,100 | 39,200 | 39,300 | 40,241 | 39,800 |
| | | | | | | | | | | | | | | | | | | |
| **Free Cash Flow/ Share** | | | **0.45** | **0.65** | **0.71** | **0.49** | **2.30** | **0.16** | **(0.45)** | **0.34** | **0.53** | **0.66** | **0.19** | | | | | |

### Margin Analysis

| | ASC 605 Fiscal 2017 | ASC 605 Fiscal 2018 | Dec'18 | Mar'19 | Jun'19 | Sep'19 | Fiscal 2019 | Dec'19 | Mar'20 | Jun'20 | Sep'20 | Fiscal 2020 | Dec'20 | Mar'21E | Jun'21E | Sep'21E | Fiscal 2021E | Fiscal 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| License GM | 99.5% | 99.3% | 99.2% | 98.6% | 98.8% | 98.6% | 98.8% | 98.3% | 98.1% | 97.5% | 99.1% | 98.3% | 98.5% | | | | | |
| Connected GM | 48.5% | 46.2% | 35.7% | 54.2% | 58.7% | 61.3% | 53.3% | 63.8% | 62.4% | 72.9% | 73.6% | 68.4% | 75.3% | | | | | |
| Professional Services and Other GM | 30.1% | 13.4% | 9.0% | (2.8%) | 8.4% | 1.6% | 4.0% | 0.4% | 12.9% | 8.9% | 22.8% | 12.2% | 24.8% | | | | | |
| **Gross Margin** | **75.7%** | **73.6%** | **70.1%** | **69.2%** | **72.5%** | **70.8%** | **70.7%** | **70.8%** | **70.1%** | **68.7%** | **75.7%** | **71.5%** | **75.3%** | **74.1%** | **73.6%** | **73.1%** | **74.0%** | **74.8%** |
| R&D | 5.2% | 5.4% | 28.1% | 27.4% | 23.7% | 8.0% | 6.7% | 10.7% | 9.8% | 9.6% | 7.9% | 9.5% | 7.9% | 8.8% | 10.3% | 10.7% | 9.4% | 9.7% |
| S&M | 20.0% | 25.2% | 11.0% | 11.7% | 8.9% | 23.0% | 25.4% | 26.5% | 22.4% | 22.8% | 19.8% | 22.7% | 21.1% | 22.8% | 24.3% | 25.5% | 23.4% | 23.9% |
| G&A | 10.2% | 9.6% | 6.1% | 6.4% | 6.0% | 8.4% | 9.9% | 8.2% | 6.9% | 8.0% | 6.1% | 7.2% | 6.7% | 7.2% | 7.7% | 7.7% | 7.3% | 8.5% |
| Operating Expenses | 35.4% | 40.2% | 45.2% | 45.5% | 38.6% | 39.5% | 42.0% | 45.4% | 39.1% | 40.4% | 33.8% | 39.4% | 35.6% | 38.9% | 42.2% | 43.9% | 40.2% | 42.2% |
| **Operating Profit** | **40.3%** | **33.4%** | **24.9%** | **23.6%** | **33.8%** | **31.3%** | **28.7%** | **25.4%** | **31.0%** | **28.4%** | **41.9%** | **32.1%** | **39.7%** | **35.2%** | **31.4%** | **29.2%** | **33.9%** | **32.7%** |
| **Adjusted EBITDA (ex Stock comp.)** | **42.6%** | **36.1%** | **27.7%** | **26.6%** | **36.2%** | **33.6%** | **31.2%** | **28.1%** | **33.6%** | **31.8%** | **44.4%** | **34.9%** | **42.4%** | **37.5%** | **33.9%** | **31.7%** | **36.4%** | **35.1%** |
| Pre-Tax Income | 40.1% | 33.4% | 24.9% | 24.0% | 33.7% | 31.6% | 28.8% | 18.5% | 25.3% | 21.3% | 37.3% | 26.1% | 34.7% | 32.1% | 28.8% | 26.6% | 30.5% | 30.2% |
| Tax Rate | | | 25.4% | 32.9% | 27.5% | 27.3% | 28.0% | 27.8% | 26.3% | 23.8% | 24.1% | 25.2% | 25.3% | 26.0% | 26.0% | 26.0% | 25.8% | 26.0% |
| **Net Income** | | | **18.6%** | **16.1%** | **24.4%** | **23.0%** | **20.7%** | **13.3%** | **18.7%** | **16.2%** | **28.3%** | **19.5%** | **25.9%** | **23.7%** | **21.3%** | **19.7%** | **22.7%** | **22.3%** |
| **Net Income Attributable to Common** | | | **18.6%** | **16.1%** | **24.4%** | **23.0%** | **20.7%** | **13.3%** | **18.7%** | **16.7%** | **29.4%** | **19.9%** | **27.0%** | **24.8%** | **22.4%** | **20.7%** | **23.7%** | **23.3%** |

### Y/Y Growth Rates

| | ASC 605 Fiscal 2017 | ASC 605 Fiscal 2018 | Dec'18 | Mar'19 | Jun'19 | Sep'19 | Fiscal 2019 | Dec'19 | Mar'20 | Jun'20 | Sep'20 | Fiscal 2020 | Dec'20 | Mar'21E | Jun'21E | Sep'21E | Fiscal 2021E | Fiscal 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| License | 14% | 15% | | | | -6% | 1% | -7% | 13% | -26% | 3% | -5% | 14% | | | | | |
| Connected | 41% | 32% | | | | 41% | 31% | 33% | 23% | 27% | 9% | 22% | 18% | | | | | |
| Professional Services | 4% | -9% | | | | 32% | 14% | 22% | 55% | 25% | 30% | 33% | 56% | | | | | |
| Total Revenue | | 13% | | | | 10% | 10% | 7% | 23% | -4% | 10% | 9% | 23% | 8% | 25% | 3% | 14% | 16% |
| S&M | 15% | 7% | | | | -1% | 13% | -20% | -28% | -14% | -20% | -21% | 0% | 14% | 21% | 30% | 16% | 34% |
| G&A | 24% | 19% | | | | 72% | 35% | 87% | 89% | 55% | 9% | 54% | -10% | -3% | 33% | 40% | 14% | 20% |
| R&D | 6% | 43% | | | | 1% | 10% | 1% | 1% | -7% | -6% | -3% | -3% | 10% | 33% | 33% | 17% | 18% |
| Operating Expenses | 11% | 29% | | | | 10% | 14% | 7% | 6% | 1% | -6% | 2% | -4% | 8% | 31% | 34% | 16% | 21% |
| Operating Profit | | -6% | | | | 0% | -6% | 9% | 61% | -19% | 47% | 22% | 92% | 23% | 38% | -28% | 21% | 12% |
| Net Income | | | | | | | | -23% | 42% | -36% | 35% | 2% | 138% | 37% | 64% | -28% | 32% | 14% |
| Net Income Attributable to Common | | | | | | | | -23% | 42% | -34% | 40% | 5% | 148% | 44% | 68% | -27% | 36% | 13% |
| EPS | | | | | | | | -22% | 39% | -39% | 17% | -3% | 106% | 23% | 50% | -28% | 21% | 10% |

All figures are Non-GAAP unless otherwise noted and exclude one-time charges, equity compensation, and amortization of intangibles.

*As of 9/30/2019, Cerence had $14.2M of U.S. federal NOLs and $16.6M of foreign NOLs.



**February 8, 2021**

## Cerence, Inc.
### (CRNC)
### Balance Sheet & Cash Flows

| (data in thousands) | ASC 605 Fiscal 2017 | ASC 605 Fiscal 2018 | ASC 606 Dec'18 | ASC 606 Mar'19 | ASC 606 Jun'19 | ASC 606 Sep'19 | ASC 606 Fiscal 2019 | ASC 606 Dec'19 | ASC 606 Mar'20 | ASC 606 Jun'20 | ASC 606 Sep'20 | ASC 606 Fiscal 2020 | ASC 606 Dec'20 | ASC 606 Mar'21E | ASC 606 Jun'21E | ASC 606 Sep'21E | ASC 606 Fiscal 2021E | ASC 606 Fiscal 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance Sheet** | | | | | | | | | | | | | | | | | | |
| **Cash & Equivalents** | 0 | 0 | | | | 0 | | 113,396 | 95,584 | 132,844 | 136,067 | | 110,360 | | | | | |
| **Marketable Securities** | | | | | | 0 | | 0 | 0 | 0 | 11,662 | | 17,088 | | | | | |
| **Accounts Receivable** | 74,019 | 72,084 | | | | 65,787 | | 64,928 | 92,272 | 62,566 | 49,943 | | 60,426 | | | | | |
| Other | 6,788 | 10,883 | | | | 26,538 | | 42,545 | 34,999 | 41,068 | 51,476 | | 51,451 | | | | | |
| CURRENT ASSETS | 80,807 | 82,967 | | | | 92,325 | | 220,869 | 222,855 | 236,478 | 249,148 | | 239,325 | | | | | |
| PPE | 13,305 | 13,406 | | | | 20,113 | | 24,070 | 26,206 | 28,366 | 29,529 | | 29,708 | | | | | |
| Goodwill and Intangible Assets | 1,126,111 | 1,204,758 | | | | 1,184,890 | | 1,183,578 | 1,172,684 | 1,171,768 | 1,173,814 | | 1,177,426 | | | | | |
| Deferred Tax Assets | 67,000 | 51,053 | | | | 150,629 | | 164,027 | 161,943 | 160,140 | 161,759 | | 180,166 | | | | | |
| Operating Lease ROU Assets | 0 | 0 | | | | 0 | | 19,681 | 18,593 | 19,547 | 20,096 | | 20,630 | | | | | |
| Other | 48,529 | 45,364 | | | | 35,872 | | 49,702 | 51,009 | 52,776 | 53,099 | | 53,493 | | | | | |
| TOTAL ASSETS | 1,335,752 | 1,397,548 | | | | 1,483,829 | | 1,661,927 | 1,653,290 | 1,669,075 | 1,687,445 | | 1,700,748 | | | | | |
| Accounts Payable | 5,525 | 6,510 | | | | 16,687 | | 15,242 | 18,786 | 11,637 | 8,447 | | 4,806 | | | | | |
| **Deferred Revenues** | 66,747 | 84,862 | | | 78,194 | 88,233 | | 113,820 | 113,111 | 116,894 | 112,520 | | 104,577 | | | | | |
| ST Operating Lease Liabilities | 0 | 0 | | | | 0 | | 4,986 | 5,270 | 5,727 | 5,700 | | 6,259 | | | | | |
| ST Note Payable | 0 | 0 | | | | 0 | | 9,396 | 9,450 | 6,250 | 6,250 | | 6,250 | | | | | |
| Other | 22,134 | 30,434 | | | | 24,194 | | 51,033 | 42,581 | 54,672 | 67,857 | | 52,200 | | | | | |
| CURRENT LIABILITIES | 94,406 | 121,806 | | | | 129,114 | | 194,477 | 189,198 | 195,180 | 200,774 | | 174,092 | | | | | |
| **Deferred Revenues - LT** | 233,435 | 263,787 | | | 277,232 | 265,051 | | 245,883 | 234,981 | 219,197 | 212,573 | | 215,692 | | | | | |
| LT Operating Lease Liabilities | 0 | 0 | | | | 0 | | 17,040 | 15,669 | 16,305 | 17,821 | | 16,823 | | | | | |
| LT Note Payable | 0 | 0 | | | | 0 | | 239,026 | 237,925 | 267,172 | 266,872 | | 266,019 | | | | | |
| Other | 10,732 | 18,636 | | | | 21,536 | | 39,286 | 39,138 | 32,528 | 31,649 | | 34,994 | | | | | |
| TOTAL LIABILITIES | 338,573 | 404,229 | | | | 415,701 | | 735,712 | 716,911 | 730,382 | 729,689 | | 707,620 | | | | | |
| Owners Equity | 997,179 | 993,319 | | | | 1,068,128 | | 926,215 | 936,379 | 938,693 | 957,756 | | 993,128 | | | | | |
| TOTAL LIAB. & EQUITY | 1,335,752 | 1,397,548 | | | | 1,483,829 | | 1,661,927 | 1,653,290 | 1,669,075 | 1,687,445 | | 1,700,748 | | | | | |

| | Fiscal 2017 | Fiscal 2018 | Dec'18 | Mar'19 | Jun'19 | Sep'19 | Fiscal 2019 | Dec'19 | Mar'20 | Jun'20 | Sep'20 | Fiscal 2020 | Dec'20 | Mar'21E | Jun'21E | Sep'21E | Fiscal 2021E | Fiscal 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Flow and Other Metrics** | | | | | | | | | | | | | | | | | | |
| **CASH FROM OPERATIONS** | 96,784 | 115,259 | 16,698 | 25,552 | 26,408 | 19,414 | 88,072 | 9,456 | (10,196) | 19,302 | 26,227 | 44,789 | 10,809 | | | | | |
| **CASH FROM INVESTING** | (4,714) | (86,312) | (498) | (1,974) | (396) | (1,649) | (4,517) | (3,612) | (6,533) | (5,930) | (14,600) | (30,675) | (8,727) | | | | | |
| **CASH FROM FINANCING** | (92,070) | (28,947) | (16,202) | (23,577) | (26,012) | (17,763) | (83,554) | 107,400 | (1,024) | 23,855 | (8,678) | 121,553 | (28,779) | | | | | |
| Cash From Operations | 96,784 | 115,259 | 16,698 | 25,552 | 26,408 | 19,414 | 88,072 | 9,456 | (10,196) | 19,302 | 26,227 | 44,789 | 10,809 | | | | | |
| CapEx. | (4,714) | (6,510) | (498) | (1,974) | (396) | (1,649) | (4,517) | (3,612) | (6,533) | (5,930) | (2,937) | (19,012) | (2,369) | | | | | |
| **Free Cash Flow** | 92,070 | 108,749 | 16,200 | 23,578 | 26,012 | 17,765 | 83,555 | 5,844 | (16,729) | 13,372 | 23,290 | 25,777 | 8,440 | | | | | |
| Net increase (decrease) in cash | | | | | | | | 113,396 | (17,812) | 37,260 | 3,223 | 136,067 | (25,707) | | | | | |
| Cash at Period start (From Balance Sheet) | | | | | | | | 0 | 113,396 | 95,584 | 132,844 | 0 | 136,067 | | | | | |
| Cash at Period end (From Balance Sheet) | | | | | | 0 | | 113,396 | 95,584 | 132,844 | 136,067 | 136,067 | 110,360 | | | | | |

*Only showing deferred revenue for Q3'19 because the rest of the balance sheet was pro-forma based on a higher amount of debt (ended up drawing $270M vs. $425M).

February 8, 2021

**February 8, 2021**

## REQUIRED DISCLOSURES



Source: FactSet

| | | |
|---|---|---|
| Initiate: | September 16, 2019 – Rating: NA – Price Target: NA | |
| December 18, 2019 – Rating: Buy – Price Target: $24 | | |
| February 11, 2020 – Rating: Buy – Price Target: $27 | | |
| August 4, 2020 – Rating: Buy – Price Target: $61 | | |
| November 17, 2020 – Rating: Buy – Price Target: $90 | | |
| February 8, 2021 – Rating: Buy – Price Target: $135 | | |

**Ratings definitions:**

**Buy** rated stocks generally have twelve month price targets that are more than 20% above the current price. **Hold** rated stocks generally have twelve month price targets near the current price. **Sell** rated stocks generally have no price target and we would sell the stock.

**Fundamental trend definitions:**

**Improving** means growth rates of key business metrics are generally accelerating. **Stable** means growth rates of key business metrics are generally steady. **Mixed** means growth rates of some key business metrics are positive but others are negative. **Declining** means growth rates of key business metrics are generally decelerating.

**Ratings Distribution (12/31/2020)**

| Rating | % Of Companies Covered | % With Investment Banking Relationships |
|---|---|---|
| Buy | 82% | 24% |
| Hold | 17% | 8% |
| Sell | 1% | 0% |
| Total | 100% | 21% |

## Information about risks can be found in the "RISKS" section of this report.

CHLM makes a market in this security.

CHLM has managed or co-managed an offering of securities for the subject company in the last 12 months. CHLM has received investment banking revenue from the subject company in the last 12 months. CHLM expects to receive or intends to seek compensation for investment banking services from the subject company in the next three months.

Analysts receive no direct compensation in connection with the firm's investment banking business. Analysts may be eligible for bonus compensation based on the overall profitability of the firm, which takes into account revenues from all of the firm's business, including investment banking.

## OTHER DISCLOSURES

Although the statements of fact in this report have been obtained from and are based upon recognized statistical services, issuer reports or communications, or other sources that Craig-Hallum believes to be reliable, we cannot guarantee their accuracy. All opinions and estimates included in this report constitute Craig-Hallum's judgment as of the date of this report and are subject to change without notice. Craig-Hallum may effect transactions as principal or agent in the securities mentioned herein. The securities discussed or recommended in this report may be unsuitable for investors depending on their specific investment objectives and financial position. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. Additional information available upon request. Member SIPC.

## REGULATION AC CERTIFICATION

I, Jeff Van Rhee, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject security and issuer. No part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views contained herein.