# EXHIBIT 29

*(Craig-Hallum analyst report, "Despite COVID and Chip Shortages, Cerence Continues to Beat and Raise. Another Strong Top and Bottom Line Quarter and Outlook as New SaaS Applications Seeing Strong Uptake. Maintain Buy and $135 Price Target," dated May 10, 2021)*



**CRAIG-HALLUM**
CAPITAL GROUP LLC

**Jeff Van Rhee, CFA**
Senior Research Analyst
612-334-6343
jvanrhee@craig-hallum.com

**Rudy Kessinger, CFA**
Research Analyst
612-334-6344
rudy.kessinger@craig-hallum.com

**www.craig-hallum.com**

| Changes | Previous | Current |
|---|---|---|
| Rating: | -- | Buy |
| Fundamental Trend | -- | Improving |
| Price Target: | -- | $135 |
| FY20A Rev (MM): | -- | $329.6 |
| FY21E Rev (MM): | $376.0 | $386.5 |
| FY22E Rev (MM): | $435.0 | $443.5 |
| FY20A EPS*: | -- | $1.68 |
| FY21E EPS*: | $2.03 | $2.30 |
| FY22E EPS*: | $2.24 | $2.50 |

| Profile | |
|---|---|
| Price: | $88.24 |
| 52 Week Range: | $20.51 - $139.00 |
| Avg. Daily Vol. (MM): | 0.6 |
| Diluted Sh. Out (MM): | 43.9 |
| Market Cap (MM): | $3,870 |
| Insiders Own: | 1.8% |
| Stated Book Val/Sh.: | $22.88 |
| Net Cash/Sh.: | ($3.08) |
| Short Int. / Days to Cover | 4.4M / 11.9 |
| LT EPS Growth | 15% |
| Fiscal Year End | September |

| Rev (M) | 2020A | 2021E | 2022E |
|---|---|---|---|
| Dec | $77.5 | $95.0A | $105.8 |
| Mar | 86.5 | 98.7A | 109.0 |
| Jun | 74.8 | 95.9 | 112.5 |
| Sep | 90.9 | 98.4 | 116.3 |
| FY | $329.6 | $386.5 | $443.5 |
| y/y | 9% | 17% | 15% |
| | | | |
| EV/Rev | 12.1x | 10.4x | 9.0x |

| EPS* | 2020A | 2021E | 2022E |
|---|---|---|---|
| Dec | $0.29 | $0.57A | $0.59 |
| Mar | 0.43 | 0.69A | 0.60 |
| Jun | 0.31 | 0.53 | 0.64 |
| Sep | 0.61 | 0.52 | 0.66 |
| FY | $1.68 | $2.30 | $2.50 |
| | | | |
| EBITDA | $114.9 | $148.1 | $168.7 |
| EV/EBITDA | 34.9x | 27.0x | 23.7x |

*Non-GAAP attributable to common.*

| Management | |
|---|---|
| CEO | Sanjay Dhawan |
| CFO | Mark Gallenberger |

---

**May 10, 2021**
**Institutional Research**

# Cerence, Inc.      BUY
(CRNC - $88.24 intraday)      Price Target: $135

**Despite COVID And Chip Shortages, Cerence Continues To Beat And Raise. Another Strong Top And Bottom Line Quarter And Outlook As New SaaS Applications Seeing Strong Uptake. Maintain Buy And $135 Price Target.**

*Cerence, Inc. is a leading provider of speech recognition and voice technologies for automotive applications, offering both Edge (in-car) and Cloud-Connected solutions.*

## OUR CALL

CRNC hammered home another strong quarter, with 14% y/y revenue growth and 40% EBITDA margins. Guidance was increased nicely. 1H'FY21 (end Mar'21) Bookings of $293M were roughly flat with H2'FY20 (end Sept'20) and Q3 (Jun'21) was noted to be off to a very strong start, with $100M+ in bookings already. In particular, new growth initiatives around Connected and SaaS applications have particular momentum building, while Edge is seeing the benefit of strong prior wins, deeper penetration, and many new Start-Of-Production events. Execution and guidance management have been outstanding since the spin-off and particularly in light of COVID and chip shortages, and the runway looks very long for the company. We sense an exceptionally deep pipeline in the near term and would expect positive headlines and messaging to continue over the near to intermediate term. We are maintaining our Buy rating and $135 target.

| | Q2'21 (Act.) | | | Q3'21 (Est.) | | | FY'21 (Est.) | | | FY'22 (Est.) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Revenue | Adj. EBITDA | EPS* | Revenue | Adj. EBITDA | EPS* | Revenue | Adj. EBITDA | EPS* | Revenue | Adj. EBITDA | EPS* |
| **Actuals** | **$98.7** | **$39.3** | **$0.69** | - | - | - | - | - | - | - | - | - |
| CHLM Prev. Est. | $93.5 | $35.0 | $0.53 | $93.5 | $31.7 | $0.47 | $376.0 | $136.9 | $2.03 | $435.0 | $152.6 | $2.24 |
| Consensus | $93.2 | $35.0 | $0.53 | $94.8 | $33.4 | $0.49 | $380.1 | $142.0 | $2.07 | $438.2 | $161.7 | $2.52 |
| Prev. Guidance | $92.0 - $95.0 | $34.0 - $37.0 | $0.50 - $0.55 | - | - | - | $370.0 - $380.0 | $131.0 - $140.0 | $1.91 - $2.10 | - | - | - |
| Revised Guidance | - | - | - | $94.0 - $97.0 | $34.0 - $37.0 | $0.52 - $0.57 | $380.0 - $390.0 | $143.0 - $152.0 | $2.22 - $2.37 | - | - | - |
| CHLM Revised Est. | - | - | - | $95.9 | $34.8 | $0.53 | $386.5 | $148.1 | $2.30 | $443.5 | $168.7 | $2.50 |

* EPS is non-GAAP attributable to common.

*Management of CRNC will be meeting with investors virtually at the Craig-Hallum Institutional Investor Conference on June 2, 2021.*

## OUR POINT OF VIEW

**Another strong quarter and guide.** Revenue / EBITDA / EPS of $98.7M / $39.3M / $0.69 compared to consensus of $93.2M / $35.0M / $0.53. Revenue was up 14% y/y, driven by continued increases in vehicle penetration rates and solid ARPU growth (10% growth in billings per car over the TTM, excluding the legacy connected contract). Gross margins came in ~290bps ahead of our estimate and were up an impressive ~690bps y/y, driven by Connected gross margin expansion from 62.4% a year ago to 77.1% in the quarter (77% was noted to be near-peak gross margins for Connected) and the favorable mix shift. Jun'21 and revised FY'21 guidance were nicely ahead all around, with the team calling out a number of new models that are set to start shipping out in the Jun'21 quarter. CFFO was $15.9M in the quarter and the company raised the FY'21 CFFO outlook from $66M to $72M.

---

**SEE LAST PAGE FOR IMPORTANT DISCLOSURES**      **Page 1 of 9**

**1HFY'21 bookings totaled $293M, approximately flat with 2H'FY20 bookings of $302M.** With deals increasingly exceeding $100M+, bookings can be very lumpy. In FY'20, CRNC signed several of the largest deals in company history and booked a total of $835M for the year, which was up 70% from FY'19. While 1H'FY21 bookings puts CRNC on a slower pace than FY'20, it was noted that $100M+ has already been booked in Q3 and the goal is to repeat or exceed the $835M of the prior year. Additionally, the company called out $33M in bookings in the quarter from just their new SaaS application products (Car Life, Tour Guide, Pay, etc.), which is very encouraging and lays a solid foundation for the FY'24 goal of $75M in ARR. We believe there are several very large deals in the pipe that are likely to land in 2H'FY21.

**License revenue came in at $54.4M (up 22% y/y), beating us substantially (CHLM est.: $46.7M) as new vehicle sales continue to recover better than expected and prepays came in higher than expected.** Variable License revenue of $37.1M (CHLM est.: $34.7) was up 32% y/y. While still not fully lapping COVID yet (will next quarter), Variable License growth has accelerated above pre-COVID levels (grew 10% y/y in FY'19, 6% y/y in the Dec'19 quarter). The strong performance despite the tough, albeit recovering automotive environment continues to be driven by increasing vehicle penetration rates and higher ASPs due to adoption of newer products/capabilities. Prepay License revenue of $17.3M was ahead of us (CHLM est.: $12.0M) and was up 6% y/y. Prepays have always been lumpy and hard to predict. It was noted that one customer accounted for over half of the prepays in the quarter. Given the beat this quarter, the team now believes Prepays will be approximately flat with FY'20 ($54.2M), as opposed to previously believing the line would be flat to down. Longer term, the company continues to focus on driving more Variable versus Prepays.

**Connected revenue came in at $27.7M, up 18% y/y and just shy of our estimate (CHLM est.: $28.0M).** Legacy Connected revenue was $15.6M (CHLM est.: $16.0M), up 1% y/y. Revenue from the Legacy Connected contract is expected to remain roughly flat for the next few quarters and then start to decline in FY'22. Previously, the team has noted revenue from this contract will decline from current levels to just ~$8M in FY'26 (likely the final year of revenue recognition from the contract). The contract is behaving as expected. New Connected revenue of $12.1M (CHLM est.: $12.0M) was up 51% y/y and is the key line to focus on within Connected. Strength in new connected is being driven by the new products/capabilities, notably the recently released Cerence Drive 2.0 platform and SaaS applications (as highlighted above in the bookings commentary). Additionally, the team noted that they are seeing New Connected contract durations lengthen beyond the typical 3-5 year range. In sum, New Connected is the future and the revenue key line to focus on and is performing well, despite some delays in contract signings as OEMs are still trying to figure out how to procure subscription like contracts as opposed to COGS contracts.

**PS of $16.6M was below our $18.8M estimate and was down 12% y/y.** PS is a key indicator of future revenue streams, as CRNC goes to work on customizations for recently signed deals 18-36 months ahead of when License/Connected revenue begins to flow. While down y/y, we would note it follows exceptional strength in this line over the last 4 quarters (y/y growth rates of 55%, 25%, 30%, 56% from Q2'FY20 – Q1'FY21). PS gross margins dropped to 8% in the quarter, as compared to 25% last quarter and 12% in FY'20, as the company is adding resources that are not billable yet and therefore saw a lower utilization rate in the quarter. That said, we expect PS margin to rebound gradually over the next few quarters, into the low to mid-teens range.

**The company signed deals with CFMOTO, noted to be "one of the most prestigious and fastest growing" two-wheeler and ATV companies in China, as well as an "iconic" US motorcycle brand.** Two-wheelers are an emerging market for CRNC and although TAM/ASPs here have not been given with much granularity, the team emphasized there are 60-80M two-wheelers shipped annually. The opportunity here, particularly in countries such as China and India where two-wheelers are highly popular, is compelling. We expect greater clarity, particularly on TAM, at the upcoming analyst day.

**Two EVs, the Hyundai IONIQ 5 and Mercedes EQS, were launched in the quarter with CRNC capabilities and have been well received.** Some have questioned whether CRNC would somehow be left out of EVs as they pick up share in the market. With these EVs with CRNC now shipping, and more on the way and in the pipeline, we believe CRNC will continue to increase their vehicle penetration as the share of EVs picks up.

**In sum, Cerence execution post-spin remains exceptional.** The company won all material deals available in the quarter and we believe the pipeline is very strong. Innovation and the pivot to incremental markets have been spot on. SaaS bookings in the quarter of $33M puts a point of emphasis on the prior comment. New SaaS applications have been added at a very aggressive pace, our field checks said the end customers were very interested, and bookings now tell us the buyers are putting their money where their mouth is. Incremental markets, such as two-wheelers, also appear to have been well timed and executed with two new wins called out in the quarter. We are modeling 17% top line growth and 38% EBITDA margins for FY'21 (end Jun), despite the continuing effects of COVID and automotive supply chain (chips) disruptions. On these metrics, we continue to find our $135 price target to be a conservative mark and see room for shares to run much further. We are maintaining our Buy rating and $135 target, which is based on 36x EV/FY'22 EBITDA (currently trading at 23.7x).

**Cerence, Inc.**
**Fiscal Year Guidance Revision History**
**Craig-Hallum Capital Group LLC**

| Date Guided | Period Guided | Event | Revenue | Adj. EBITDA | Non-GAAP EPS | CFFO |
|---|---|---|---|---|---|---|
| 9/9/2019 | FY19 | Investor Presentation | $300.0 - $302.0M | $91.0 - $93.0M | N/A | $80 - $85.0M |
| **12/17/2019** | **FY19 (Actual)** | **Reported** | **$303.3M** | **$94.7M** | **$1.73** | **$88.1M** |
| 9/9/2019 | FY20 | Investor Presentation | $321.0 - $336.0M | $89.0 - $96.0M | N/A | $42.0 - $50.0M |
| 12/17/2019 | FY20 | Q4'FY19 Earnings Call | $321.0 - $336.0M | $89.0 - $96.0M | N/A | $42.0 - $50.0M |
| 2/11/2020 | FY20 | Q1'FY20 Earnings Call | $321.0 - $336.0M | $91.0 - $98.0M | $1.07 - $1.21 | $43.0 - $51.0M |
| 5/7/2020 | FY20 | Q2'FY20 Earnings Call | Guidance withdrawn due to uncertainty around the COVID-19 pandemic. | | | |
| 8/4/2020* | FY20 | Q3'FY20 Earnings Call | $314.8 - $318.8M | $97.6 - $100.6M | $1.33 - $1.38 | ~$43M |
| **11/16/2020** | **FY20 (Actual)** | **Reported** | **$329.6M** | **$114.9M** | **$1.68** | **$44.8M** |
| 11/16/2020 | FY21 | Q4'FY20 Earnings Call | $360.0 - $380.0M | $122.0 - $135.0M | $1.81 - $2.05 | $62.0 - $70.0M |
| 2/8/2021 | FY21 | Q1'FY21 Earnings Call | $370.0 - $380.0M | $131.0 - $140.0M | $1.91 - $2.10 | $67.0 - $72.0M |
| 5/10/2021 | FY21 | Q2'FY21 Earnings Call | $380.0 - $390.0M | $143.0 - $152.0M | $2.22 - $2.37 | $70.0 - $74.0M |

*Backed into via Q4'FY20 guide

Source: Craig-Hallum Capital Group;  Cerence, Inc.

**Key Metrics**
**Cerence, Inc.**
**Craig-Hallum Capital Group LLC**

| | Jun '19 | Sept '19 | FY'19 | Dec '19 | Mar '20 | Jun '20 | Sep'20 | FY'20 | Dec '20 | Mar '21 |
|---|---|---|---|---|---|---|---|---|---|---|
| **ST Deferred Revenue** | 78,194 | 88,233 | | 113,820 | 113,111 | 116,894 | 112,520 | | 104,577 | 90,402 |
| seq | - | 12.8% | | 29.0% | -0.6% | 3.3% | -3.7% | | -7.1% | -13.6% |
| y/y | - | - | | - | - | 49.5% | 27.5% | | -8.1% | -20.1% |
| **LT Deferred Revenue** | 277,232 | 265,051 | | 245,883 | 234,981 | 219,197 | 212,573 | | 215,692 | 211,399 |
| seq | - | -4.4% | | -7.2% | -4.4% | -6.7% | -3.0% | | 1.5% | -2.0% |
| y/y | - | - | | - | - | -20.9% | -19.8% | | -12.3% | -10.0% |
| **Total Deferred Revenue** | 355,426 | 353,284 | | 359,703 | 348,092 | 336,091 | 325,093 | | 320,269 | 301,801 |
| seq | - | -0.6% | | 1.8% | -3.2% | -3.4% | -3.3% | | -1.5% | -5.8% |
| y/y | - | - | | - | - | -5.4% | -8.0% | | -11.0% | -13.3% |
| **PS Backlog** | 80,000 | 98,000 | | - | - | - | 106,000 | | - | - |
| seq | - | 22.5% | | - | - | - | - | | - | - |
| y/y | - | - | | - | - | - | 8.2% | | - | - |
| **Liense Backlog** | 574,000 | 609,000 | | - | - | - | 967,000 | | - | - |
| seq | - | 6.1% | | - | - | - | - | | - | - |
| y/y | - | - | | - | - | - | 58.8% | | - | - |
| **Connected Backlog** | 693,000 | 658,000 | | - | - | - | 740,000 | | - | - |
| seq | - | -5.1% | | - | - | - | - | | - | - |
| y/y | - | - | | - | - | - | 12.5% | | - | - |
| **Total Backlog** | 1,347,000 | 1,365,000 | | - | - | - | 1,813,000 | | - | - |
| seq | - | 1.3% | | - | - | - | - | | - | - |
| y/y | - | - | | - | - | - | 32.8% | | - | - |
| **Total Bookings*** | - | | 491,176 | 533,000 | | 302,000 | | 835,000 | 293,000 | |
| seq | - | | - | - | | - | | - | - | |
| y/y | - | | - | - | | - | | 70.0% | -45.0% | |
| **% of Cars Shipped with Cerence Tech. (TTM)** | 53% | 54% | | 53% | 55% | 54% | 53% | | 54% | 52% |
| **Average Contract Duration (years, TTM)** | 5.2 | 5.1 | | 4.9 | 5.7 | 6.2 | 6.1 | | 6.0 | 6.5 |
| **Growth in Billings Per Car YTD vs. Prior Year**** | - | - | | - | - | 7% | - | | - | - |
| **Growth in Billings Per Car on a TTM Over Prior TTM Basis**** | - | - | | - | - | - | 14% | | 20% | 10% |
| **Y/Y Change in # of Connected Cars Shipped (TTM)** | - | - | | - | - | -3% | -16% | | -17% | -10% |

*FY19 bookings estimated based on 70% y/y growth rate given for stated FY20 bookings.

**Excludes legacy Tweddle/Toyota contract

Source: Cerence, Inc.; Craig-Hallum Capital Group

**Long-Term Target Model**

| | FY20 Actual | CHLM FY21 Est. | CHLM FY22 Est. | FY24 Targets | 5-Year CAGR |
|---|---|---|---|---|---|
| **Total Revenue** | **329.6M** | **386.5M** | **443.5M** | **600.0M** | **15%** |
| License Revenue | 164.3M | 201.3M | 228.8M | 300.0M | 12% |
| Connected Revenue | 96.1M | 111.3M | 134.8M | 140.0M | 12% |
| Professional Services Revenue | 69.2M | 73.9M | 80.0M | 85.0M | 12% |
| SaaS / ARR Revenue | - | - | - | 75.0M | N/A |
| **Non-GAAP Gross Margin** | **71.5%** | **75.9%** | **76.4%** | **75%** | **N/A** |
| **Non-GAAP Operating Margin** | **32.1%** | **35.8%** | **35.7%** | **33%** | **N/A** |
| **Adj. EBITDA** | **114.9M** | **148.1M** | **168.7M** | **210.0M** | **17%** |
| **Adj. EBITDA Margin** | **34.9%** | **38.3%** | **38.0%** | **35%** | **N/A** |
| **CFFO** | **44.8M** | **72.5M** | **111.8M** | **210.0M** | **19%** |

Source: Cerence, Inc.; Craig-Hallum Capital Group

**Cerence, Inc.**
**Institutional Research**



**May 10, 2021**

| **Income Statement Analysis** | | | | | | |
|---|---|---|---|---|---|---|
| | EST 2Q21 | ACT 2Q21 | Variance | Seq Growth | Y/Y Growth | Comments |
| **Total Revenue** | **93,500** | **98,662** | **5,162** | **5%** | **14%** | Prepays were $5.3M ahead of our estimate. Variable License was $2.4M ahead of our estimate as well, but PS offset, coming in $2.2M below. |
| Cost of Sales | 24,194 | 22,700 | (1,494) | -3% | -12% | |
| **Gross Profit** | **69,306** | **75,962** | **6,656** | **8%** | **25%** | |
| R&D | 21,350 | 24,399 | 3,049 | 22% | 26% | |
| S&M | 6,778 | 6,617 | (161) | 4% | 12% | |
| G&A | 8,250 | 7,860 | (390) | 5% | -7% | |
| Operating Expenses | 36,378 | 38,876 | 2,498 | 15% | 15% | |
| **Operating Profit** | **32,928** | **37,086** | **4,158** | **2%** | **38%** | |
| **Adj. EBITDA (ex. SBC)** | **35,028** | **39,347** | **4,319** | **1%** | **35%** | |
| **Pre-Tax Income** | **29,978** | **38,346** | **8,368** | **21%** | **75%** | |
| Tax (refund) | 7,794 | 9,267 | 1,473 | **16%** | **61%** | |
| **Net Income** | **22,183** | **29,079** | **6,896** | **23%** | **80%** | |
| **Diluted EPS\*** | **$0.53** | **$0.69** | **$0.16** | **21%** | **59%** | |
| *Diluted Shares* | *43,800* | *43,854* | *54* | 1% | 17% | |

All figures are Non-GAAP unless noted otherwise.

Source: Craig-Hallum Capital Group; Cerence, Inc.

| **Margin Analysis** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | ACT 2Q20 | ACT 3Q20 | ACT 4Q20 | ACT 1Q21 | EST 2Q21 | ACT 2Q21 | Variance | Comments |
| **Gross Margin** | **70.1%** | **68.7%** | **75.7%** | **75.0%** | **74.1%** | **77.0%** | **2.9%** | Flow through of the License beat as well as higher than expected Connected gross margins (77% vs. our 74% estimate, up from 62% a year ago. 77% noted to be near the peak). |
| R&D | 9.8% | 9.6% | 7.9% | 8.0% | 8.8% | 8.0% | -0.9% | |
| S&M | 22.4% | 22.8% | 19.8% | 21.4% | 22.8% | 24.7% | 1.9% | |
| G&A | 6.9% | 8.0% | 6.1% | 6.8% | 7.2% | 6.7% | -0.5% | |
| Operating Expenses | 39.1% | 40.4% | 33.8% | 36.1% | 38.9% | 39.4% | 0.5% | |
| **Operating Margin** | **31.0%** | **28.4%** | **41.9%** | **38.9%** | **35.2%** | **37.6%** | **2.4%** | |
| **EBITDA Margin** | **33.6%** | **31.8%** | **44.4%** | **41.6%** | **37.5%** | **39.9%** | **2.4%** | |
| Pre-Tax Margin | 25.3% | 21.3% | 37.3% | 33.7% | 32.1% | 38.9% | 6.8% | |
| Tax Rate | 26.3% | 23.8% | 24.1% | 25.3% | 26.0% | 24.2% | -1.8% | |
| **Net Margin** | **18.7%** | **16.2%** | **28.3%** | **25.2%** | **23.7%** | **29.5%** | **5.7%** | |

All figures are Non-GAAP unless noted otherwise.

Source: Craig-Hallum Capital Group; Cerence, Inc.

## STOCK OPPORTUNITY

We are maintaining our Buy rating and our price target of $135, which is based on a 36x EV/FY'22 EBITDA multiple (currently trading at 23.7x). Automotive peers with much lower margins and revenue streams less recurring in nature trade at ~17x EV/'22 EBITDA while much more similar growth (~14% in '21) SaaS peers trade at ~31x. We have said previously that we believe, over time, with the execution we expect and continued shift to more recurring/highly visible revenue streams, the more similar growth recurring peers would become the dominant of the two potential comp groups, having a greater influence on valuation. With record results and bookings despite a very challenged auto environment due to COVID, and competitive positioning improving, we continue to believe that to be the case.



**May 10, 2021**

# RISKS

We believe an investment in Cerence involves the following risks:

- Now an independent public company, Cerence may incur additional standalone/public company costs than expected, which could hurt results.

- The automotive industry is cyclical, subjecting Cerence to macroeconomic risk. A slowdown/reduction in the number of vehicles shipped could negatively affect the business.

- Big tech companies such as Apple and Google are increasingly looking to integrate their mobile virtual assistants into the vehicle, which could eat into Cerence's dominant market share position.

CRAIG-HALLUM
CAPITAL GROUP LLC

May 10, 2021

## Cerence, Inc.
### (CRNC)
### Income Statement

Acquisition History

| (data in thousands, except per share) | ASC 605 Fiscal 2018 | ASC 606 Fiscal 2019 | ASC 606 Dec'19 | ASC 606 Mar'20 | ASC 606 Jun'20 | ASC 606 Sep'20 | ASC 606 Fiscal 2020 | ASC 606 Dec'20 | ASC 606 Mar'21 | ASC 606 Jun'21E | ASC 606 Sep'21E | ASC 606 Fiscal 2021E | ASC 606 Dec'21E | ASC 606 Mar'22E | ASC 606 Jun'22E | ASC 606 Sep'22E | ASC 606 Fiscal 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| License | 171,075 | 172,379 | 40,767 | 44,622 | 32,454 | 46,425 | 164,268 | 46,414 | 54,371 | | | | | | | | |
| Connected | 60,227 | 78,690 | 23,021 | 23,131 | 24,996 | 25,000 | 96,148 | 25,930 | 27,736 | | | | | | | | |
| Professional Services and Other | 45,682 | 52,246 | 13,671 | 18,742 | 17,360 | 19,457 | 69,230 | 21,299 | 16,555 | | | | | | | | |
| **Revenue** | **276,984** | **303,315** | **77,459** | **86,495** | **74,810** | **90,882** | **329,646** | **93,643** | **98,662** | **95,850** | **98,350** | **386,505** | **105,750** | **109,000** | **112,500** | **116,250** | **443,500** |
| COGS License | 1,144 | 2,048 | 681 | 843 | 820 | 439 | 2,783 | 674 | 1,181 | | | | | | | | |
| COGS Connected | 32,424 | 36,735 | 8,323 | 8,688 | 6,768 | 6,607 | 30,386 | 6,722 | 6,358 | | | | | | | | |
| COGS Professional Services and Other | 39,554 | 50,166 | 13,620 | 16,320 | 15,811 | 15,021 | 60,772 | 16,021 | 15,161 | | | | | | | | |
| **COGS** | **73,122** | **88,949** | **22,624** | **25,851** | **23,399** | **22,067** | **93,941** | **23,417** | **22,700** | **23,171** | **23,724** | **93,012** | **25,783** | **26,058** | **26,271** | **26,705** | **104,816** |
| **Gross Profit** | **203,862** | **214,366** | **54,835** | **60,644** | **51,411** | **68,815** | **235,705** | **70,226** | **75,962** | **72,680** | **74,626** | **293,494** | **79,968** | **82,943** | **86,229** | **89,545** | **338,684** |
| R&D | 69,845 | 77,115 | 20,536 | 19,398 | 17,040 | 17,981 | 74,955 | 19,993 | 24,399 | 25,785 | 27,035 | 97,212 | 27,935 | 29,435 | 29,535 | 30,285 | 117,190 |
| S&M | 26,568 | 30,125 | 6,353 | 5,930 | 5,957 | 5,578 | 23,818 | 6,369 | 6,617 | 6,545 | 6,920 | 26,451 | 7,030 | 7,518 | 8,043 | 8,605 | 31,196 |
| G&A | 15,003 | 20,224 | 8,302 | 8,497 | 7,201 | 7,198 | 31,198 | 7,478 | 7,860 | 7,904 | 8,104 | 31,346 | 7,904 | 7,904 | 7,904 | 8,404 | 32,116 |
| **Operating Expenses** | **111,416** | **127,464** | **35,191** | **33,825** | **30,198** | **30,757** | **129,971** | **33,840** | **38,876** | **40,234** | **42,059** | **155,009** | **42,869** | **44,857** | **45,482** | **47,294** | **180,502** |
| **Operating Profit** | **92,446** | **86,902** | **19,644** | **26,819** | **21,213** | **38,058** | **105,734** | **36,386** | **37,086** | **32,445** | **32,567** | **138,484** | **37,098** | **38,086** | **40,747** | **42,251** | **158,182** |
| **Adjusted EBITDA (ex. Stock comp.)** | **101,605** | **94,724** | **21,785** | **29,043** | **23,753** | **40,313** | **114,894** | **38,973** | **39,347** | **34,820** | **34,942** | **148,082** | **39,723** | **40,711** | **43,372** | **44,876** | **168,682** |
| Other Income (net of non-cash interest expense) | (54) | 331 | (5,331) | (4,915) | (5,296) | (4,149) | (19,691) | (4,788) | 1,260 | (2,450) | (2,450) | (8,428) | (2,700) | (2,700) | (2,700) | (2,700) | (10,800) |
| Pre-Tax Income | 92,392 | 87,233 | 14,313 | 21,904 | 15,917 | 33,909 | 86,043 | 31,598 | 38,346 | 29,995 | 30,117 | 130,056 | 34,398 | 35,386 | 38,047 | 39,551 | 147,382 |
| Tax | 24,450 | 3,978 | 5,755 | 3,783 | 8,177 | 21,693 | 8,001 | 9,267 | 7,799 | 7,830 | 32,897 | 8,944 | 9,200 | 9,892 | 10,283 | 38,319 |
| **Net Income** | | 62,783 | 10,335 | 16,149 | 12,134 | 25,732 | 64,350 | 23,597 | 29,079 | 22,197 | 22,286 | 97,159 | 25,455 | 26,185 | 28,155 | 29,268 | 109,063 |
| Interest on Convertible Senior Notes, net of tax | | | | | 325 | 998 | 1,323 | 1,005 | 978 | 1,005 | 1,005 | 3,993 | 1,005 | 1,005 | 1,005 | 1,005 | 4,020 |
| **Net Income Attributable to Common** | | 62,783 | 10,335 | 16,149 | 12,459 | 26,730 | 65,673 | 24,602 | 30,057 | 23,202 | 23,291 | 101,152 | 26,460 | 27,190 | 29,160 | 30,273 | 113,083 |
| | | | | | | | | | | | | | | | | | |
| **Diluted EPS** | | **1.73** | **0.29** | **0.43** | **0.31** | **0.61** | **1.68** | **0.57** | **0.69** | **0.53** | **0.52** | **2.30** | **0.59** | **0.60** | **0.64** | **0.66** | **2.50** |
| Diluted Shares | | 36,391 | 35,995 | 37,392 | 39,556 | 43,717 | 39,165 | 43,363 | 43,854 | 44,100 | 44,400 | 43,929 | 44,700 | 45,000 | 45,300 | 45,600 | 45,150 |
| Diluted GAAP EPS | | 2.76 | (0.33) | 0.33 | (0.77) | 0.17 | (0.55) | 0.48 | 0.28 | 0.13 | 0.13 | 1.06 | 0.21 | 0.23 | 0.27 | 0.30 | 1.01 |
| Diluted GAAP Shares | | 36,391 | 35,995 | 37,392 | 36,509 | 39,041 | 37,234 | 43,363 | 39,177 | 39,200 | 39,300 | 40,260 | 39,500 | 39,700 | 39,900 | 40,100 | 39,800 |
| | | | | | | | | | | | | | | | | | |
| **Free Cash Flow/ Share** | | **2.30** | **0.16** | **(0.45)** | **0.34** | **0.53** | **0.66** | **0.20** | **0.30** | | | | | | | | |

### Margin Analysis

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| License GM | 99.3% | 98.8% | 98.3% | 98.1% | 97.5% | 99.1% | 98.3% | 98.5% | 97.8% | | | | | | | | |
| Connected GM | 46.2% | 53.3% | 63.8% | 62.4% | 72.9% | 73.6% | 68.4% | 74.1% | 77.1% | | | | | | | | |
| Professional Services and Other GM | 13.4% | 4.0% | 0.4% | 12.9% | 8.9% | 22.8% | 12.2% | 24.8% | 8.4% | | | | | | | | |
| **Gross Margin** | **73.6%** | **70.7%** | **70.8%** | **70.1%** | **68.7%** | **75.7%** | **71.5%** | **75.0%** | **77.0%** | **75.8%** | **75.9%** | **75.9%** | **75.6%** | **76.1%** | **76.6%** | **77.0%** | **76.4%** |
| R&D | 5.4% | 6.7% | 10.7% | 9.8% | 9.6% | 7.9% | 9.5% | 8.0% | 8.0% | 8.2% | 8.2% | 8.1% | 7.5% | 7.3% | 7.0% | 7.2% | 7.2% |
| S&M | 25.2% | 25.4% | 26.5% | 22.4% | 22.8% | 19.8% | 22.7% | 21.4% | 24.7% | 26.9% | 27.5% | 25.2% | 26.4% | 27.0% | 26.3% | 26.1% | 26.4% |
| G&A | 9.6% | 9.9% | 8.2% | 6.9% | 8.0% | 6.1% | 7.2% | 6.8% | 6.7% | 6.8% | 7.0% | 6.8% | 6.6% | 6.9% | 7.1% | 7.4% | 7.0% |
| Operating Expenses | 40.2% | 42.0% | 45.4% | 39.1% | 40.4% | 33.8% | 39.4% | 36.1% | 39.4% | 42.0% | 42.8% | 40.1% | 40.5% | 41.2% | 40.4% | 40.7% | 40.7% |
| **Operating Profit** | **33.4%** | **28.7%** | **25.4%** | **31.0%** | **28.4%** | **41.9%** | **32.1%** | **38.9%** | **37.6%** | **33.9%** | **33.1%** | **35.8%** | **35.1%** | **34.9%** | **36.2%** | **36.3%** | **35.7%** |
| **Adjusted EBITDA (ex Stock comp.)** | **36.1%** | **31.2%** | **28.1%** | **33.6%** | **31.8%** | **44.4%** | **34.9%** | **41.6%** | **39.9%** | **36.3%** | **35.5%** | **38.3%** | | | | | **38.0%** |
| Pre-Tax Income | 33.4% | 28.8% | 18.5% | 25.3% | 21.3% | 37.3% | 26.1% | 33.7% | 38.9% | 31.3% | 30.6% | 33.6% | 32.5% | 32.5% | 33.8% | 34.0% | 33.2% |
| Tax Rate | | 28.0% | 27.8% | 26.3% | 23.8% | 24.1% | 25.2% | 25.3% | 24.2% | 26.0% | 26.0% | 25.3% | 26.0% | 26.0% | 26.0% | 26.0% | 26.0% |
| **Net Income** | | **20.7%** | **13.3%** | **18.7%** | **16.2%** | **28.3%** | **19.5%** | **25.2%** | **29.5%** | **23.2%** | **22.7%** | **25.1%** | **24.1%** | **24.0%** | **25.0%** | **25.2%** | **24.6%** |
| **Net Income Attributable to Common** | | **20.7%** | **13.3%** | **18.7%** | **16.7%** | **29.4%** | **19.9%** | **26.3%** | **30.5%** | **24.2%** | **23.7%** | **26.2%** | **25.0%** | **24.9%** | **25.9%** | **26.0%** | **25.5%** |

### Y/Y Growth Rates

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| License | 15% | 1% | -7% | 13% | -26% | 3% | -5% | 14% | 22% | | | | | | | | |
| Connected | 32% | 31% | 33% | 23% | 27% | 9% | 22% | 13% | 20% | | | | | | | | |
| Professional Services | -9% | 14% | 22% | 55% | 25% | 30% | 33% | 56% | -12% | | | | | | | | |
| Total Revenue | 13% | 10% | 7% | 23% | -4% | 10% | 9% | 21% | 14% | 28% | 8% | 17% | 13% | 10% | 17% | 18% | 15% |
| S&M | 7% | 13% | -20% | -28% | -14% | -20% | -21% | 0% | 12% | 10% | 24% | 11% | 10% | 14% | 23% | 24% | 18% |
| G&A | 19% | 35% | 87% | 89% | 55% | 9% | 54% | -10% | -7% | 10% | 13% | 0% | 6% | 1% | 0% | 4% | 2% |
| R&D | 43% | 10% | 1% | 1% | -7% | -6% | -3% | -3% | 26% | 51% | 50% | 30% | 40% | 21% | 15% | 12% | 21% |
| Operating Expenses | 29% | 14% | 7% | 6% | 1% | -6% | 2% | -4% | 15% | 33% | 37% | 19% | 27% | 15% | 13% | 12% | 16% |
| Operating Profit | -6% | -6% | 9% | 61% | -19% | 47% | 22% | 85% | 38% | 53% | -14% | 31% | 2% | 3% | 26% | 30% | 14% |
| Net Income | | | -23% | 42% | -36% | 35% | 2% | 128% | 80% | 83% | -13% | 51% | 8% | -10% | 27% | 31% | 12% |
| Net Income Attributable to Common | | | -23% | 42% | -34% | 40% | 5% | 138% | 86% | 86% | -13% | 54% | 8% | -10% | 26% | 30% | 12% |
| EPS | | | -22% | 39% | -39% | 17% | -3% | 98% | 59% | 67% | -14% | 37% | 4% | -12% | 22% | 27% | 9% |

All figures are Non-GAAP unless otherwise noted and exclude one-time charges, equity compensation, and amortization of intangibles.

*As of 9/30/2019, Cerence had $14.2M of U.S. federal NOLs and $16.6M of foreign NOLs.

C

In



**May 10, 2021**

# Cerence, Inc.
### (CRNC)
### Balance Sheet & Cash Flows

| (data in thousands) | ASC 605 Fiscal 2018 | ASC 606 Fiscal 2019 | ASC 606 Dec'19 | ASC 606 Mar'20 | ASC 606 Jun'20 | ASC 606 Sep'20 | ASC 606 Fiscal 2020 | ASC 606 Dec'20 | ASC 606 Mar'21 | ASC 606 Jun'21E | ASC 606 Sep'21E | ASC 606 Fiscal 2021E | ASC 606 Dec'21E | ASC 606 Mar'22E | ASC 606 Jun'22E | ASC 606 Sep'22E | ASC 606 Fiscal 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance Sheet** | | | | | | | | | | | | | | | | | |
| **Cash & Equivalents** | 0 | 0 | 113,396 | 95,584 | 132,844 | 136,067 | | 110,360 | 119,546 | | | | | | | | |
| **Marketable Securities** | | | 0 | 0 | 0 | 11,662 | | 17,088 | 17,096 | | | | | | | | |
| **Accounts Receivable** | 72,084 | 65,787 | 64,928 | 92,272 | 62,566 | 49,943 | | 60,426 | 59,091 | | | | | | | | |
| Other | 10,883 | 26,538 | 42,545 | 34,999 | 41,068 | 51,476 | | 51,451 | 58,236 | | | | | | | | |
| CURRENT ASSETS | 82,967 | 92,325 | 220,869 | 222,855 | 236,478 | 249,148 | | 239,325 | 253,969 | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| PPE | 13,406 | 20,113 | 24,070 | 26,206 | 28,366 | 29,529 | | 29,708 | 29,544 | | | | | | | | |
| Goodwill and Intangible Assets | 1,204,758 | 1,184,890 | 1,183,578 | 1,172,684 | 1,171,768 | 1,173,814 | | 1,177,426 | 1,166,038 | | | | | | | | |
| Deferred Tax Assets | 51,053 | 150,629 | 164,027 | 161,943 | 160,140 | 161,759 | | 180,166 | 167,264 | | | | | | | | |
| Operating Lease ROU Assets | 0 | 0 | 19,681 | 18,593 | 19,547 | 20,096 | | 20,630 | 19,189 | | | | | | | | |
| Other | 45,364 | 35,872 | 49,702 | 51,009 | 52,776 | 53,099 | | 53,493 | 53,943 | | | | | | | | |
| TOTAL ASSETS | 1,397,548 | 1,483,829 | 1,661,927 | 1,653,290 | 1,669,075 | 1,687,445 | | 1,700,748 | 1,689,947 | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| Accounts Payable | 6,510 | 16,687 | 15,242 | 18,786 | 11,637 | 8,447 | | 4,806 | 4,002 | | | | | | | | |
| **Deferred Revenues** | 84,862 | 88,233 | 113,820 | 113,111 | 116,894 | 112,520 | | 104,577 | 90,402 | | | | | | | | |
| ST Operating Lease Liabilities | 0 | 0 | 4,986 | 5,270 | 5,727 | 5,700 | | 6,259 | 5,602 | | | | | | | | |
| ST Note Payable | 0 | 0 | 9,396 | 9,450 | 6,250 | 6,250 | | 6,250 | 6,250 | | | | | | | | |
| Other | 30,434 | 24,194 | 51,033 | 42,581 | 54,672 | 67,857 | | 52,200 | 55,042 | | | | | | | | |
| CURRENT LIABILITIES | 121,806 | 129,114 | 194,477 | 189,198 | 195,180 | 200,774 | | 174,092 | 161,298 | | | | | | | | |
| **Deferred Revenues - LT** | 263,787 | 265,051 | 245,883 | 234,981 | 219,197 | 212,573 | | 215,692 | 211,399 | | | | | | | | |
| LT Operating Lease Liabilities | 0 | 0 | 17,040 | 15,669 | 16,305 | 17,821 | | 16,823 | 13,987 | | | | | | | | |
| LT Note Payable | 0 | 0 | 239,026 | 237,925 | 267,172 | 266,872 | | 266,019 | 265,681 | | | | | | | | |
| Other | 18,636 | 21,536 | 39,286 | 39,138 | 32,528 | 31,649 | | 34,994 | 34,141 | | | | | | | | |
| TOTAL LIABILITIES | 404,229 | 415,701 | 735,712 | 716,911 | 730,382 | 729,689 | | 707,620 | 686,506 | | | | | | | | |
| Owners Equity | 993,319 | 1,068,128 | 926,215 | 936,379 | 938,693 | 957,756 | | 993,128 | 1,003,441 | | | | | | | | |
| TOTAL LIAB. & EQUITY | 1,397,548 | 1,483,829 | 1,661,927 | 1,653,290 | 1,669,075 | 1,687,445 | | 1,700,748 | 1,689,947 | | | | | | | | |

| | Fiscal 2018 | Fiscal 2019 | Dec'19 | Mar'20 | Jun'20 | Sep'20 | Fiscal 2020 | Dec'20 | Mar'21 | Jun'21E | Sep'21E | Fiscal 2021E | Dec'21E | Mar'22E | Jun'22E | Sep'22E | Fiscal 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Flow and Other Metrics** | | | | | | | | | | | | | | | | | |
| **CASH FROM OPERATIONS** | 115,259 | 88,072 | 9,456 | (10,196) | 19,302 | 26,227 | 44,789 | 11,086 | 15,923 | | | | | | | | |
| **CASH FROM INVESTING** | (86,312) | (4,517) | (3,612) | (6,533) | (5,930) | (14,600) | (30,675) | (8,727) | (5,120) | | | | | | | | |
| **CASH FROM FINANCING** | (28,947) | (83,554) | 107,400 | (1,024) | 23,855 | (8,678) | 121,553 | (28,779) | (2,260) | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| Cash From Operations | 115,259 | 88,072 | 9,456 | (10,196) | 19,302 | 26,227 | 44,789 | 11,086 | 15,923 | | | | | | | | |
| CapEx. | (6,510) | (4,517) | (3,612) | (6,533) | (5,930) | (2,937) | (19,012) | (2,369) | (2,812) | | | | | | | | |
| **Free Cash Flow** | 108,749 | 83,555 | 5,844 | (16,729) | 13,372 | 23,290 | 25,777 | 8,717 | 13,111 | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| Net increase (decrease) in cash | | | 113,396 | (17,812) | 37,260 | 3,223 | 136,067 | (25,707) | (16,521) | | | | | | | | |
| Cash at Period start (From Balance Sheet) | | | 0 | 113,396 | 95,584 | 132,844 | 0 | 136,067 | 136,067 | | | | | | | | |
| Cash at Period end (From Balance Sheet) | | | 113,396 | 95,584 | 132,844 | 136,067 | 136,067 | 110,360 | 119,546 | | | | | | | | |

*Only showing deferred revenue for Q3'19 because the rest of the balance sheet was pro-forma based on a higher amount of debt (ended up drawing $270M vs. $425M).

May 10, 2021

---

**Cerence, Inc.**
**Institutional Research**

**May 10, 2021**

## REQUIRED DISCLOSURES



| | Initiate: | September 16, 2019 – Rating: NA – Price Target:  NA |
| | December 18, 2019 – Rating: Buy – Price Target:  $24 |
| | February 11, 2020 – Rating: Buy – Price Target:  $27 |
| | August 4, 2020 – Rating: Buy – Price Target: $61 |
| | November 17, 2020 – Rating: Buy – Price Target: $90 |
| | February 8, 2021 – Rating: Buy – Price Target: $135 |

*Source:  FactSet*

**Ratings definitions:**

**Buy** rated stocks generally have twelve month price targets that are more than 20% above the current price.  **Hold** rated stocks generally have twelve month price targets near the current price.  **Sell** rated stocks generally have no price target and we would sell the stock.

**Fundamental trend definitions:**

**Improving** means growth rates of key business metrics are generally accelerating.  **Stable** means growth rates of key business metrics are generally steady.  **Mixed** means growth rates of some key business metrics are positive but others are negative.  **Declining** means growth rates of key business metrics are generally decelerating.

### Ratings Distribution (3/31/2021)

| Rating | % Of Companies Covered | % With Investment Banking Relationships |
|---|---|---|
| Buy | 81% | 31% |
| Hold | 18% | 12% |
| Sell | 1% | 0% |
| Total | 100% | 28% |

## Information about risks can be found in the "RISKS" section of this report.

CHLM makes a market in this security.

CHLM has managed or co-managed an offering of securities for the subject company in the last 12 months.  CHLM has received investment banking revenue from the subject company in the last 12 months.  CHLM expects to receive or intends to seek compensation for investment banking services from the subject company in the next three months.

Analysts receive no direct compensation in connection with the firm's investment banking business.  Analysts may be eligible for bonus compensation based on the overall profitability of the firm, which takes into account revenues from all of the firm's business, including investment banking.

## OTHER DISCLOSURES

Although the statements of fact in this report have been obtained from and are based upon recognized statistical services, issuer reports or communications, or other sources that Craig-Hallum believes to be reliable, we cannot guarantee their accuracy. All opinions and estimates included in this report constitute Craig-Hallum's judgment as of the date of this report and are subject to change without notice. Craig-Hallum may effect transactions as principal or agent in the securities mentioned herein.  The securities discussed or recommended in this report may be unsuitable for investors depending on their specific investment objectives and financial position. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. Additional information available upon request. Member SIPC.

## REGULATION AC CERTIFICATION

I, Jeff Van Rhee, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject security and issuer. No part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views contained herein.