# EXHIBIT 30

*(Baird Equity Research analyst report, "Initiating Coverage at Outperform; In-Vehicle Technology Leader," dated June 3, 2021)*

# Cerence Inc. (CRNC)

## Initiating Coverage at Outperform; In-Vehicle Technology Leader



**Initiating coverage of Cerence (CRNC) with Outperform rating, $122 price target.** We see CRNC as an attractive growth holding, rooted in the company's industry-leading AI voice platform for mobility/transportation. We also like the company's white label strategy, which helps to keep the spotlight on CRNC's auto customers, especially as industry battle lines increasingly move inside the car. Net, we see secular/company-specific growth drivers alike, which are expected to double both revenue per vehicle and overall revenue over five years – positioning CRNC to significantly outpace the underlying auto market.

- **We rate CRNC Outperform.** Our $122 price target represents 36x 2023E P/FCF (discounted back by 10%), a discount to the stock's current multiple on C2021E, but bridging AI software peers and Vehicle Technology & Mobility peers. Also introducing F2021-F2023 EPS estimates of $2.34, $2.75, and $3.30, respectively.

- **Industry-leading AI platform for the mobility/transportation market.** CRNC is a leading provider of AI software-powered virtual assistants for the mobility/transportation market. 53% of new light vehicles employed the company's conversational AI technology in F2020, which dispenses with staccato keywords (link to demo), and is supplemented by several key complementary technologies/capabilities including "Just Talk" active listening, speech enhancement, multi-seat intelligence, and bespoke vehicle integration. CRNC traces its technology roots to former parent company NUAN (not covered), which is set to be acquired by MSFT (not covered) – also an implicit endorsement of CRNC's technology, in our view.

- **White label strategy aligns CRNC's well with customers.** We believe CRNC's white label strategy is a key attribute amid a rapidly increasing focus on in-vehicle technology as a competitive differentiator for OEMs (a key theme at Baird's March Vehicle Technology & Mobility Conference). The company's technology can be customized/branded for an OEM's technology platform ("Hey Mercedes" and similar), while also supporting the integration of multiple third-party virtual assistants (allowing for differences in regional and individual consumer preferences).

- **Secular and company-specific growth drivers alike.** While so-called "Edge" AI penetration is already fairly high at 67% (and still rising), Connected Services penetration of ~40% is comparatively low and could potentially double longer term in our view. Enhancing the core AI platform is a core focus area organically, while expanding the company's suite of Connected Services provides multiple avenues for growth, with the added advantage of a shorter revenue cycle. Altogether, CRNC's medium-term goal is to double the average dollar content per vehicle, while opportunities also exist to expand into adjacent markets.

- **Net, revenue is on track to double over five years, while margins are well ahead of schedule.** Pulling it all together, revenue is expected to double over five years (F2019-F2024), with adjusted EBITDA margins already above targeted levels (targets which appear set to be revised). Net, we view CRNC as an attractive growth holding with unique attributes for Vehicle Tech investors, and recommend purchase of the stock.

## INITIATING COVERAGE

**1-Year Price Chart**



### Stock Data

| | |
|---|---|
| Rating: | Outperform |
| Suitability: | Higher Risk |
| Price Target: | $122 |
| Price (6/3/21): | $101.98 |
| Market Cap (mil): | $3,998 |
| Shares Out (mil): | 39.2 |
| Average Daily Vol (mil): | 0.48 |
| Dividend Yield: | 0.0% |

### Estimates

| FY Sep | 2020A | 2021E | 2022E |
|---|---|---|---|
| Q1 | 0.30 A | 0.57 A | |
| Q2 | 0.44 A | 0.69 A | |
| Q3 | 0.31 A | 0.55 E | |
| Q4 | 0.61 A | 0.54 E | |
| **Fiscal EPS** | **1.66 A** | **2.34 E** | **2.75 E** |
| Fiscal P/E | 61.4x | 43.6x | 37.1x |
| **Calendar EPS** | **1.93 A** | **2.43 E** | **2.90 E** |
| Calendar P/E | 52.8x | 42.0x | 35.2x |

Chart/Table Sources: FactSet and Baird Data. Price chart reflects most recent closing price.

**[ Please refer to Appendix - Important Disclosures and Analyst Certification ]**

**Cerence is a leading provider of AI software-powered virtual assistants with a focus on the mobility/transportation market.**

**Luke L. Junk, CFA**
Sr. Research Analyst
ljunk@rwbaird.com
414.298.5084

**Alex Barenklau**
Research Analyst
abarenklau@rwbaird.com
414.298.5104

# Business Overview

**Company overview.** With $330 million in F2020 sales, Cerence (NASDAQ: CRNC) is a leading provider of AI software-powered virtual assistants with a focus on the mobility/transportation market. The company is primarily focused on the auto market today but has taken a broad view of potential applications across all forms of transportation longer term. CRNC's solutions are delivered on a white-label basis, helping to build consumer affinity for an OEM customer's brand, while also allowing the OEM to be agnostic to/integrate with a consumer's preferred digital ecosystem. CRNC became an independent company in 2019, following a spin-off from former parent company Nuance. The company reports three main revenue streams: License, Connected Services, and Professional Services.

- **License.** License revenue relates to royalties from the sale of Edge AI software, which is integrated into a vehicle's head unit. Related revenue is recognized on a per-vehicle basis and can be further divided into variable revenue (based on the number of cars that ship with CRNC's software in a given period) or fixed revenue (prepaid by an OEM in exchange for a discount). The latter is immediately recognized as revenue, as the risk of a vehicle shipping is transferred to the OEM. During F2020, 53% of worldwide auto production shipped with CRNC's technology.
- **Connected Services.** Connected Services revenue relates to services that connect natively to the cloud, forming a hybrid architecture with the company's base Edge capabilities, and thus leveraging the strengths of both systems. Related revenue is tied to multi-year contracts which are paid up front (and renewable by the OEM), with resulting deferred revenue recognized over the life of the contract.
- **Professional Services.** Professional Services revenue is project-based in nature (recognized on a percentage of completion basis), primarily relating to the design, development, and deployment of a vehicle head unit program. This may include various aspects of localization (language, grammar, and natural language understanding) in addition to other customizations for a given vehicle platform. Additionally, CRNC also provides maintenance and enhancements during a vehicle platform's lifecycle.

**HYBRID SERVICE OFFERING**



*Source: Company filing*

**Technology overview.** CRNC takes an AI-focused approach to its software technology platform, with the product designed to improve on its own as it gets more experience. The company employs approximately 800 R&D personnel worldwide, including PhD-level scientists, engineers, and technicians. R&D represented more than 25% of sales in F2020, further underscoring CRNC's commitment to AI-driven innovation. Key related technologies include the following.

1. **Active listening.** The company's "Just Talk" active listening technology dispenses with the need for push-to-talk or wake words (although these methods can also be used), instead listening for keywords, phrases or commands intended to be a virtual assistant request.
2. **Speech enhancement.** Speech enhancement is a foundational tool in the company's technology portfolio, given the unique requirements of an in-vehicle audio environment. CRNC's speech signal enhancement removes noise from microphone inputs and suppresses non-speech noises, reducing error rates by more than 80% overall.
3. **Multi-seat intelligence.** The company's speech enhancement technology can be further leveraged in complex multi-zone scenarios to identify individual speakers, enabling simultaneous interaction with the system by multiple passengers.
4. **Free-form conversational interpretation.** Upon activation, CRNC's technology enables

free-form conversational interpretation (vs. staccato, rigid, pre-defined commands), while also allowing users to correct/modify their requests while already in process.

5. **Natural language understanding.** Once speech has been captured and converted to text, the company's natural language understanding system applies AI reasoning to determine the user's intent and deliver a relevant response. This could include routing a request to a bot or third-party virtual assistant, which is accomplished through cognitive arbitration. The entire process is accomplished by leveraging CRNC's hybrid Edge/Cloud architecture for optimal performance and reliability.

6. **Natural language generation.** With a solution now in hand (average system response time is less than one second for the company's latest software version), the company's text-to-speech technology is available in 70+ languages/dialects, conveyed in a manner consistent with human-like inflection and emotion.

7. **Bespoke vehicle integration.** Lastly, the company's solutions are customized to a given vehicle's components and acoustic characteristics. This is enabled by CRNC's Professional Services organization, which works closely with both OEMs and Tier 1 suppliers. Through this process, and via CRNC's inclusion on the vehicle's head unit, the system is able to access a vehicle's system, sensors, and data interfaces in a way that a phone-projecting solution like Apple CarPlay or Android Auto cannot.

**TECHNOLOGY OVERVIEW**



Source: Company reports, Baird analysis

**White label strategy a key attribute.** We believe CRNC's while label strategy is a key attribute, especially as in-vehicle technology increasingly becomes a competitive differentiator for OEMs. Accordingly, the company's technology can be customized and branded to enhance an individual OEM's technology offering, with the OEM importantly retaining any related customer data – ensuring that the interests of Cerence and its OEM customer never come into conflict. As Mercedes-Benz head of user interaction Nils Schanz explains:

> *"Our device is the car. Our platform, you can also say the operating system, is MBUX. And on top of that, we've built our own Voice Assistant, Hey Mercedes. [For] Apple, the device is the iPhone, the platform is iOS, and the assistant is Siri. We see it exactly the same way… we are not looking for a third-party solution or an out-of-the-box solution, we develop our own ecosystem… and we need it customized and being a perfect fit for our brand and our portfolio."*
> - CRNC February 2020 analyst day

Importantly, CRNC's cognitive arbitration technology also supports the integration of multiple third-party virtual assistants in a vehicle. We also see this as an attractive offering for OEMs vs. aligning with a single company/virtual assistant, given varying consumer loyalty (Apple Siri vs. Amazon Alexa vs. Google Assistant) and differences by region (such as a desire to support Tencent in China, for example). Here, the underlying logic is also dictated by the OEM, another important product feature.

**Global footprint.** Headquartered in Burlington, Massachusetts (with an international headquarters in Heerlen, Netherlands), Cerence operates out of approximately 24 global locations. Development of the company's core voice recognition and natural language understanding solutions primarily takes place in Canada and Germany. Additional R&D is located Belgium, Italy, and the United Kingdom, while the company is also actively shifting certain engineering activities into lower-cost countries, especially India (where the company recently opened a large Professional Services office) and China. Overall, 90% of employees are based outside the US.

**CERENCE GLOBAL FOOTPRINT**



*Source: Company reports, Google Maps, Baird*

**Cost structure.** We estimate that CRNC's cost structure is largely fixed in nature, which should drive attractive incremental profitability on revenue growth.

- **Cost of revenue.** Cost of revenue breaks across CRNC's three revenue streams down as follows.
  - **License.** License gross margin is in the very high-90% range, with cost of revenue consisting only of third-party royalty expense for certain external technologies.
  - **Connected Services.** Cost of revenue includes labor related to software delivery, as well as infrastructure- and communications-related fees (the company's cloud services sit on top of Azure, Alibaba, or similar). Resulting non-GAAP gross margin has been in the mid-70% range in recent quarters.
  - **Professional Services.** Professional Services cost of revenue is significantly higher than for the prior two revenue streams, reflecting costs for employees, contractors, and overhead, yielding resulting gross margins that have been moderately positive on average over the past two years but are trending higher overall.
- **Operating expenses.** CRNC reports operating costs in three categories:
  - **R&D.** R&D expenses include both employee costs and related overhead.
  - **Sales & Marketing.** Includes employee costs related to sales, product marketing, product management, and management cost at the business unit level.
  - **G&A.** Lastly, G&A includes the company's overall overhead, including costs for administration, finance, HR, general management, professional fees, and provisions for doubtful accounts.

**Company history.** Cerence was previously a subsidiary of Nuance Communications, an AI software provider primarily focused on the healthcare and enterprise markets set to be acquired by Microsoft. Given diverging technology trends in automotive and internal competition for resources (auto was Nuance's fastest growing and most profitable segment with a 20+ year track record, but also the smallest), the decision was made to spin out Cerence as a separate company in late 2018 following a strategic portfolio review. Ahead of the separation, a new management team was brought in to run the soon-to-be independent company, including CEO Sanjay Dhawan (most recently President of Harman Connected Services) and CFO Mark Gallenberger (most recently CFO of Xcerra Corporation). The spin-off was completed on October 1, 2019, when Cerence began trading on the NASDAQ under the ticker CRNC.

**June 3, 2021** | **Cerence Inc.**

# Competitive Landscape

**Direct competitors.** We consider smaller, more focused companies to be CRNC's primary competitors. This includes SoundHound in the US, iFlyTek in China, and other regional competitors. We note that neither SoundHound or iFlyTek is exclusively focused on the mobility market (select SoundHound non-auto customers shown below), however, which we believe is a competitive advantage for CRNC in mobility/transportation given overall auto-grade requirements and the high levels of customization needed to optimize a virtual assistant for a given vehicle model. Demonstrating the company's strong competitive positioning, win rates have consistently been in the range of ~90% over the past two years, signaling upside to the company's current market share position, especially in Connected Services.

**SOUNDHOUND: SELECT NON-AUTO CUSTOMERS**



*Source: Company website, Baird*

**Large tech companies.** Cerence also competes with large tech companies that offer virtual assistants, including Amazon, Apple, Google, Microsoft, Alibaba, Baidu, and Tencent. As mentioned earlier, however, we believe OEMs will hesitate to tie themselves to just one third-party virtual assistant given differing (and overlapping) consumer loyalties. Consistent with this, we consider Google's decision to open the Android Automotive O/S to outside developers in mid-2019 (Cerence Drive available on Android Automotive OS as of March 2021 – more details in "Recent Event" section below) and Amazon's formation of the Voice Interoperability Initiative in fall 2019 to be important developments, with Jeff Bezos noting at the time that "multiple simultaneous wake words provide the best option for customers." More broadly, we also believe CRNC's technology also compares favorably vs. large tech peers, with the company's AI platform supporting multi-intent interactions for example (many peers, including Apple's Siri do not) across a total of more than 70 languages and dialects (an important factor for global automakers – see comparison vs. large tech companies below). In fact, former parent company Nuance's AI technology served as the original platform for Apple's Siri, shared DNA which we think further bolsters CRNC's tech credentials.

**LANGUAGES & DIALECTS SUPPORTED**



*Source: Company reports, Baird*

**Buyer beware.** Lastly, while we discussed the advantages of CRNC's white label approach for auto OEMs above, we also see corresponding areas of potential downside for OEMs considering closely aligning with large tech companies. Risk of brand commoditization is one obvious risk, while we believe the overall large tech model also comes into direct conflict with the interest of OEMs more broadly. This is particularly the case as OEMs show increasing interest in new recurring revenue streams that rely on access to underlying customer data in the vehicle, data that the likes of Google and Amazon (among others) are also seeking access to for the purposes of selling advertising and/or actual products.

# Secular Growth Outlook

**Edge AI.** Edge AI penetration stands at 67% as of 2019, and is expected to expand to 82% in 2024 according to IHS. Further expansion is primarily incumbent on increasing penetration in the mass market segment, which we see as logical, as we do not consider cost (currently less than $10 per vehicle) to be a significant barrier to Edge AI penetration. Medium-to-longer term, we believe penetration could ultimately near 100%, given the inherent advantages of a voice-based approach to in-vehicle interactions as a means to limit distracted driving and rising consumer affinity for voice-based assistants overall. Based on our auto model and expected penetration rates, we estimate that the Edge AI market will grow at a mid-single-digit rate 2019-2024.

**Connected Services.** The market penetration of connected services is comparatively lower at present (39% as of 2019), providing more significant opportunities for growth vs. Edge AI. As a result, connected services adoption is expected to grow rapidly near-to-medium term, potentially reaching 60% by mid-decade, while we assume medium- to longer-term penetration could ultimately reach 80%. Based on our auto model and expected penetration rates, we estimate that the Connected Services market will grow at a low-double-digit rate 2019-2024.

**EDGE AI/CONNECTED SERVICES PENETRATION**



*Source: HIS, company reports, Baird estimates*

**Other supporting factors.** In addition to the core secular growth drivers outlined above, we believe the "democratization" of active safety and the proliferation of 5G are also positive factors for CRNC's secular growth outlook.

- **"Democratization" of active safety.** L2+ and lower systems requiring related driver monitoring technology remain in focus at present, especially as the democratization of ADAS increasingly drives the addition of this technology to vehicles on the lower end that previously had no ADAS content. Similar to industry efforts to reduce distracted driving, this too should help to drive the adoption of Edge AI in vehicles, given the inherent advantages of voice-based commands vs. button/knob/touchscreen-based controls. Specifically, "consensus" industry forecasts call for ~60% of all vehicles to be Level 1-2 capable by 2025, roughly double current industry penetration rates closer to 30%, while we also see a critical role for voice-based functionality and driver monitoring in Level-3 applications as well.
- **5G Adoption.** Finally, we consider the growth of vehicles with built-in 5G to be another important growth driver, as the increased bandwidth/lower latency afforded by 5G will allow for more fully featured connected services offerings. Projections from IHS show that in-vehicle 5G connectivity should begin ramping faster over the next several years, led initially by China with North America leadership expected to emerge mid-decade. In total, more than 20 million 5G-equipped vehicles are expected to be sold annually by 2026.

# Operating Metrics

**Revenue.** CRNC's revenue has grown at a 12% CAGR F2016-F2020, with growth in every single year including F2020 despite COVID-related disruptions to auto production, reflecting strong company-specific execution and benefits of the secular tailwinds discussed above. Although the company is open to acquisitions (more on this below), the aforementioned growth is nearly all organic and represents mid-teens+ outgrowth vs. underlying auto production. Looking forward, we model mid-teens revenue growth over our estimate horizon, backed in part by expected outsized growth in Connected Services revenue, while we also note that recent strong bookings (which exceeded $830 million in F2020) also signal a significantly larger company in the future and are directionally consistent with CRNC's F2024 revenue target of $600 million (more on this below).

**REVENUE (MILLIONS)**



*Source: Company reports, Baird estimates*

**Adjusted EBITDA.** While we have limited history to draw on given CRNC's short time as an independent public company, early-stage adjusted EBITDA margin trends have been encouraging. Specifically, margins have improved all but one quarter since the beginning of F2020 (2QF20 was the sole quarter that saw declines, amid peak COVID-related headwinds), with average y/y margin improvement of more than 500bps. Segment-level margins help to provide further insight into these trends, showing a significant ramp in Connected Services gross margins (which have already reached levels exceeding the company's 2024 targets) and improving gross margins in Professional Services as well. We see additional gross margin tailwinds ahead, including the recent launch of CRNC's more modular OneCloud architecture, better coverage of fixed costs in Connected Services, and specific initiatives to further improve Professional Services margins. This, coupled with leverage on operating expenses, is expected to drive adjusted EBITDA margins of ~40% in 2023.

**ADJUSTED EBITDA**



*Source: Company reports, Baird estimates*

# Management

**Management.** Cerence is led by CEO Sanjay Dhawan, who was named CEO in mid-2019 ahead of the company's spin-off from Nuance, having most recently served as Chief Technology Officer and President of Connected Services at Harman (in addition to four previous CEO roles pre-Harman). Mark Gallenberger joined as CFO soon thereafter, following nearly two decades as CFO at Xcerra Corporation, culminating in the company's acquisition by Cohu late 2018. The remainder of the executive team was part of the company when it was still part of Nuance with the exception of CTO Prateek Kathpal, who joined Cerence in late 2019 following a brief stint as general manager of AI and IoT Products at View, Inc.

**Board of directors.** CRNC's board of directors is currently separated into three classes of directors, but all directors will stand for election annually beginning with the company's 2023 annual meeting. The board has an independent Chairman (former Vodafone CEO Arun Sarin), one director affiliated with Nuance (their EVP of Corporate Transformation Thomas Beaudoin), and four other independent directors plus CEO Sanjay Dhawan.

**KEY EXECUTIVES, DIRECTORS, AND SHAREHOLDERS**

| | Title | Years with CRNC | Shares (000s) |
|---|---|---|---|
| **Executives** | | | |
| Sanjay Dhawan | CEO and Director | 2 | 315 |
| Mark Gallenberger | CFO | 2 | 21 |
| Stefan Ortmanns | EVP, Core Products | 18* | 149 |
| Bridget Collins | Chief Information Officer | 4* | NA |
| Udo Haiber | EVP, R&D and Services | 10* | NA |
| Egon Jungheim | SVP, Global Sales | 18* | NA |
| Prateek Kathpal | Chief Technology Officer | 2 | NA |
| Charles Kuai | President, Greater China Region | 8* | NA |
| Nils Lenke | VP & GM, Applications | 16* | NA |
| Richard Mack | Chief Marketing Officer | 20* | NA |
| Leanne Fitzgerald | General Counsel and Secretary | 13* | 45 |
| **Directors** | | | |
| Arun Sarin | Chairman | | 39 |
| Thomas Beaudoin | Director | | 24 |
| Marianne Budnik | Director | | 23 |
| Sanjay Jha | Director | | 23 |
| Kristi Ann Matus | Director | | 17 |
| Alfred Nietzel | Director | | 18 |
| **5% Shareholders** | | | |
| The Vanguard Group | | | |
| BlackRock Fund Advisors | | | |
| ClearBridge Investments | | | |
| Columbia Management Investment Advisers | | | |

*Source: Company filings and website, FactSet *Includes tenure at Nuance pre-spin*

# Strategic Overview

**Growth formula.** CRNC's mid-term financial targets contemplate overall revenue growth in the mid-teens F2021-2024, backed in part by underlying auto production (underpinning License revenue) and growth in the overall global car parc (key driver for Connected Services). Secular tailwinds from increasing market penetration should significantly add to underlying market growth, with incremental content/higher ASPs further driving increases in the company's revenue. Lastly, plans also call for entry into adjacent mobility markets to supplement core auto market growth in the future.

**GROWTH BUILD-UP**



*Source: Baird analysis*

**Driving higher content per vehicle.** CRNC's overall goal is to double average revenue per car over the next several years via product enhancements and new product launches, including a $75 million target for SaaS revenue by 2024.

- **License.** The core AI platform remains CRNC's number one focus area, with enhancements aimed at adding capabilities to the software stack that the company can get paid for. For example, emergency vehicle detection uses existing microphones to recognize emergency siren signals and their direction, and upon identification lowers the vehicle's radio/media volume and alerts the driver. Other enhancements to the software stack include the integration of additional languages and dialects over time, gaze and gesture control, voice biometrics, and voice cloning.
- **Connected Services.** Expanding the company's suite of Connected Services is also key to doubling content per vehicle, with the faster revenue cycle of these products a key advantage in this regard (vs. comparatively slower new car R&D cycles). Recently introduced products include Cerence Pay (contactless in-car payments for gas, coffee, etc.) – where CRNC has a strategic collaboration with Lear's Xevo market platform, making the service available on 40 million vehicles, while the product is also sold independently – as well as Cerence Car Life (an AI-powered smart car manual) and Cerence Tour Guide (bringing third-party travel content into the car). Other capabilities powered by the company's ecosystem of services/domains are shown below.

**CERENCE CLOUD**



*Source: Company presentation*

**Products for adjacent markets.** While CRNC is limited to transportation and mobility applications for the first five years post-spin (per the field of use terms in the company's separation agreement with Nuance), the company is not limited to applications solely in the automotive market. Two-wheelers and Elevators both represent interesting medium-term opportunities, while the company is also exploring avenues to enter the retrofit market.

- **Two-wheelers.** The two-wheeler market represents a significant opportunity for CRNC (60-80 million units globally), and the company has already signed its first three two-wheeler customers (CFMOTO and Xiaomi in China, and an "iconic" domestic motorcycle brand). We believe two-wheelers represent a good use case for conversational AI as a means to minimize driver distractions, while the use case for the company's speech enhancement technology is especially strong in this market segment.
- **Elevators.** Elevators also represent an interesting market adjacency, with approximately 1 million units shipped annually and a global installed base nearing 20 million units. While the idea for the business was born out of the desire for touchless elevator operations post-COVID, we also see a strong use case for CRNC's extensive language support, voice biometrics capabilities, and potential AI applications such as smart building directories (i.e., simply telling the elevator where to take you). The company is already engaged with the top five elevator OEMs, including two proof of concepts started late last year/early this year.
- **Retrofit.** Lastly, the company is also actively exploring ways to bring the company's conversational AI technology to cars currently on the road with limited or no related technology. No related products have been announced to date, but we see this as an intriguing opportunity regardless given its significant potential scope.

**Capital deployment.** We see near-term capital deployment as mainly focused on organic investments (i.e., R&D) and debt repayment, with acquisitions possible (but not likely) and share repurchases more likely to come under consideration in the future.

- **R&D.** Organic investments/R&D are CRNC's primary capital allocation priorities, in support of the initiatives outlined above. TTM R&D totaled approximately $90 million, or just over 25% of revenue, including certain COVID-related cost containment measures.
- **Debt repayment.** Debt repayment is the company's next capital allocation priority, with CRNC having begun its life as a public company with approximately $250 million in long-term debt post-spin and $265 million as of 2QF21.
- **Acquisitions.** We believe the likelihood of M&A is fairly low, although management would consider acquisitions improving CRNC's innovation (enhancing the core product), speed of execution (especially in adjacent markets), or cost.
- **Share repurchases.** Share repurchases do not appear to be under consideration at this time, but could be an avenue for excess cash as the company's debt balance declines.
- **Capex.** Lastly, capex needs for the business are fairly low overall, at around 2% of revenue.

**2024 financial targets.** Pulling it all together, CRNC's F2024 financial targets imply overall revenue growth in the mid-teens, including low-double-digit growth in License Revenue and a five-fold increase in new Connected Services revenue (partially offset by the wind-down of a large legacy contract). While the company has also provided mid-term targets for non-GAAP gross margins (75%) and adjusted EBITDA margins (35%), we have not included these in the table below due to the fact that TTM results are already at/above these levels, with the related targets likely to be recast at the company's upcoming September analyst meeting. Lastly, CRNC also has a target for F2024 operating cash flow of $210 million, supporting the company's plans to de-leverage as noted above.

**F2024 FINANCIAL TARGETS**

|  | F2019 | F2020 | F2024 Target | 5-year CAGR |
|---|---|---|---|---|
| **Revenue** | **$303** | **$330** | **$600** | **15%** |
| License | 172 | 164 | 300 | 12% |
| Connected | 79 | 96 | 140 | 12% |
| *New* | *20* | *34* | *105* | *39%* |
| *Legacy* | *59* | *63* | *35* | *-10%* |
| Professional Services | 52 | 69 | 85 | 10% |
| SaaS |  |  | 75 |  |

*Source: Company reports, FactSet, Baird estimates*

# Recent Events

**Android Automotive OS availability.** Cerence announced on March 31 that the Cerence Drive 2.0 AI platform is now available on Android Automotive OS, bolstering the company's desire to provide an OS-agnostic offering to automotive OEMs. This follows Google's decision to open the platform to outside developers in mid-2019 as discussed earlier, with Cerence Drive 2.0 fully compliant with Android Automotive OS specifications including native use of the platform's Voice Interaction Service, which enables CRNC's voice assistant to be the default assistant in car. We consider this to be an important strategic milestone for the company, further underscoring our belief that automotive OEMs desire to retain ownership of their branding as enabled by CRNC. Below, we outline the growing adoption of Android Automotive OS at a high level, following its initial announcement in March 2017.

**ANDROID AUTOMOTIVE TIMELINE**



*Source: Company reports, company websites, Baird*

**Former parent company Nuance to be acquired by Microsoft.** We believe Microsoft's recently announced intention to acquire Nuance also has positive implications for CRNC, both with respect to the company's technology and valuation.

- **Technology.** We see Microsoft's pending acquisition of Nuance as an implicit endorsement of the technology underpinning CRNC's product offering as well. Specifically, Microsoft has highlighted several technological aspects that are also features of CRNC's product set, as highlighted in both Microsoft's press release and acquisition conference call.

  > *"Nuance is a recognized leader in conversational AI for intelligent customer engagement through interactive voice response, virtual assistants and voice biometrics."*
  > - Microsoft CEO Satya Nadella

- **Valuation.** Microsoft's consideration for Nuance represents a total enterprise value of $19.7 billion including assumed debt. Using FactSet consensus for F2022, this represents an EV/sales multiple of ~13.5x and price-to-free cash flow multiple of in excess of 50x. We believe this is supportive of our valuation framework for CRNC outlined below, which conservatively assumes multiples at an approximate 20-30% discount to these levels.

**2QF21 (March) results.** CRNC reported 2QF21 (March) results in early May that were broadly above Street expectations. Details were as follows.

- **Adjusted EPS.** Adjusted EPS was $0.69 vs. $0.44 y/y, well above $0.52 consensus.
- **Revenue.** Revenue was $98.7 million vs. $86.8 million y/y (+13.6%), also above $93.4 million consensus.
- **Margins.** Non-GAAP gross margin was 77.0% vs. 70.2% y/y, while adjusted EBITDA margin was 39.9% vs. 33.8% y/y.

# Valuation

**Price target valuation.** Our $122 price target is based on 36x 2023E P/FCF (discounted back by 10%). This is a discount to the stock's current multiple on C2021E and ~10% below AI software peers, but represents a premium to the Vehicle Technology & Mobility Universe, which we believe is deserved due to CRNC's strong double-digit growth above market and structurally higher software margins. Our price target also represents approximately 10.5x EV/2023E sales (similarly discounted back 10%), roughly equal to current levels but a slight discount to the stock's ~11x 6-month NTM average, which we consider to be a more relevant frame of reference given the rapid revaluation CRNC has undergone since its October 2019 spin-off.

**COMPARABLE COMPANIES**

| | Price (6/2/21) | Mkt Cap (billions) | P/E | EV/ Sales | P/FCF | EBITDA Margin | ROIC |
|---|---|---|---|---|---|---|---|
| | | | | **Calendar 2021E** | | | |
| **AI Software** | | | | | | | |
| Alphabet (GOOGL) | $ 2,370.59 | $ 1,589 | 27.1 | 6.2 | 25.9 | 39% | 17% |
| Amazon (AMZN) | 3,233.99 | 1,631 | 58.3 | 3.3 | 45.0 | 15% | 14% |
| Apple (AAPL) | 125.06 | 2,087 | 24.4 | 6.1 | 22.3 | 32% | 32% |
| Microsoft (MSFT) | 247.30 | 1,863 | 31.9 | 11.5 | 34.3 | 48% | 24% |
| Nuance Communications (NUAN) | 53.12 | 15 | 69.2 | 11.2 | 60.6 | 23% | NM |
| Salesforce (CRM) | 234.62 | 217 | 61.8 | 8.1 | 47.5 | 29% | 9% |
| Mean | | | 45.5 | 7.7 | 39.3 | 31% | 19% |
| Median | | | 45.1 | 7.2 | 39.6 | 30% | 17% |
| **Vehicle Technology & Mobility** | | | | | | | |
| Amphenol (APH) | $ 67.76 | $ 40 | 32.2 | 4.7 | 34.2 | 24% | 17% |
| Gentex (GNTX) | 34.02 | 8 | 17.2 | 3.9 | 15.7 | 34% | 31% |
| Littelfuse (LFUS) | 258.57 | 6 | 32.7 | 3.6 | 38.0 | 18% | 13% |
| Sensata (ST) | 60.10 | 9 | 18.6 | 3.3 | 22.5 | 24% | 14% |
| TE Connectivity (TEL) | 137.17 | 45 | 23.4 | 3.4 | 26.9 | 23% | 15% |
| Mean | | | 24.8 | 3.8 | 27.5 | 25% | 18% |
| Median | | | 23.4 | 3.6 | 26.9 | 24% | 15% |
| **Cerence (CRNC)** | **$100.34** | **3.8** | **41.3** | **10.4** | **50.5** | **38%** | **10%** |

*Source: Company reports, FactSet, Baird estimates*

**NTM EV/SALES**



*Source: FactSet*

June 3, 2021  |  Cerence Inc.

# Investment Thesis

**Quick summary:**

- **The call.** We rate CRNC Outperform. We see CRNC as an attractive growth holding, rooted in the company's industry-leading AI platform for mobility/transportation markets. We also like the company's white label strategy, which helps to keep the spotlight on CRNC's auto customers, especially as the industry battle lines increasingly move inside the car. Net, we see secular and company-specific growth drivers alike, which are expected to double both revenue per vehicle and overall revenue over five years – positioning CRNC to significantly outpace the underlying auto market.

- **Valuation.** Our $122 price target is based on 36x 2023E P/FCF (discounted back by 10%), a slight discount to the stock's current multiple on C2021E, but bridging AI software peers and Vehicle Technology & Mobility peers. Our price target also represents approximately 10.5x EV/2023E sales (similarly discounted back 10%), roughly equal to current levels but a slight discount to the stock's ~11x 6-month NTM average, which we consider to be a more relevant frame of reference given the rapid revaluation CRNC has undergone since its October 2019 spin-off.

**Investment thesis:**

- **Industry-leading AI platform for the mobility/transportation market.** CRNC is a leading provider of AI software-powered virtual assistants for the mobility/transportation market. 53% of new light vehicles employed the company's conversational AI technology in F2020, which dispenses with staccato keywords (link to demo), and is supplemented by several key complementary technologies/capabilities including "Just Talk" active listening, speech enhancement, multi-seat intelligence, and bespoke vehicle integration. CRNC traces its technology roots to former parent company NUAN (not covered), which is set to be acquired by MSFT (not covered) – also an implicit endorsement of CRNC's technology, in our view.

- **White label strategy aligns CRNC's well with customers.** We believe CRNC's white label strategy is a key attribute amid a quickly increasing focus on in-vehicle technology as a competitive differentiator for OEMs (a key theme at Baird's March Vehicle Technology & Mobility Conference). The company's technology can be customized and branded for an OEM's technology platform ("Hey Mercedes" and similar), while also supporting the integration of multiple third-party virtual assistants (allowing for differences in regional and individual consumer preferences).

- **Secular and company-specific growth drivers alike.** While so-called "Edge" AI penetration is already fairly high at 67% (and still rising), Connected Services penetration of ~40% is comparatively low and could potentially double longer term in our view. Enhancing the core AI platform is a core focus area, while expanding the company's suite of Connected Services provides multiple avenues for growth, and has the added advantage of a shorter revenue cycle. Altogether, CRNC's medium-term goal is to double the average dollar content per vehicle.

- **Net, revenue is on track to double over five years, while margins are well ahead of schedule.** Pulling it all together, revenue is expected to double over five years (F2019-F2024), with adjusted EBITDA margins already above targeted levels (targets which appear set to be revised). Net, we view CRNC as an attractive growth holding with unique attributes for Vehicle Tech investors, and recommend purchase of the stock.

- **Risks to our Outperform rating.** Risks include sentiment shifts within the broader technology universe, accentuated by CRNC's premium valuation, while underlying cyclical risks relating to the auto industry are also an investment consideration.

# Risks & Caveats

- **Economic sensitivity.** Automotive-related sales carry above-average cyclical risk. However, we believe the company's secular tailwinds help to mitigate these risks, as does the trend toward increasing Connected Services sales, which are tied to growth in the car parc rather than light vehicle production.

- **Competition.** The AI voice assistant market is highly competitive, encompassing both smaller more focused competitors, as well as large tech companies with much more significant resources. While we believe the company's competitive position is defendable, the presence of these larger companies nonetheless raises CRNC's risk profile.

- **Annual price downs.** Annual price downs are common in the auto industry, potentially subjecting Cerence to fixed price contracts or long-term sales agreements with annual price downs. We believe the company has tools to mitigate this headwind by increasing overall content per vehicle, however.

- **International operations.** Cerence has a significant international presence, as more than 60% of the company's revenue comes from outside the US. While international markets present certain challenges, Cerence demonstrated success for many years before becoming an independent company. However, unforeseen political, economic and currency risks could potentially impact results.

- **Intellectual property.** The company in the past has been subject to claims/legal actions alleging that Cerence and/or customers are infringing on another company's intellectual property rights. Conversely, unauthorized use of the company's intellectual property could also cause harm.

- **Partially unionized workforce.** Most of the company's European employees are represented by work councils, but management believes that current employee relationships are good.

- **Leverage.** The company's leverage ratio (net debt/TTM adjusted EBITDA) is slightly above 1x, but should move lower over time as the company deploys cash flow to pay down debt.

- **Significant goodwill and intangible assets.** Cerence carries approximately $1.2 billion of goodwill and intangible assets. Goodwill represents the vast majority of this figure, and is subject to annual impairment tests and could be written down in the future if business fundamentals deteriorate.

- **Premium valuation.** Lastly, while we believe CRNC's premium valuation is supported by the company's software-based business model and strong growth outlook, the stock nonetheless trades at a premium to our Vehicle Technology & Mobility universe.

# Company Description

With $330 million in F2020 sales, Cerence (NASDAQ: CRNC) is a leading provider of AI software-powered virtual assistants with a focus on the mobility/transportation market. The company is primarily focused on the auto market today but has taken a broad view of potential applications across all forms of transportation longer term. CRNC's solutions are delivered on a white-label basis, helping to build consumer affinity for an OEM customer's brand, while also allowing the OEM to be agnostic to/integrate with a consumer's preferred digital ecosystem. CRNC became an independent company in 2019, following a spin-off from former parent company Nuance.

# Cerence Inc.



(CRNC - NASDAQ)

| | | |
|---|---|---|
| Recent Price | $100.00 | |
| Fiscal Year End | September | |
| Date Printed | June 3, 2021 | |

*($ in thousands, except per share)*

**Luke  L. Junk, CFA  Senior Research Analyst  414.298.5084**
**Alex Barenklau  Research Analyst  414.298.5104**

| Fiscal Year | Revenue $ | Revenue Chg | Adj. EBITDA $ | Adj. EBITDA % | Adj. EBITDA Chg | Diluted EPS $ | Diluted EPS Chg |
|---|---|---|---|---|---|---|---|
| **2017** | **244,729** | **15.9%** | | | | | |
| **2018** | **276,984** | **13.2%** | | | | | |
| Q1 | 72,484 | | 20,089 | 27.7% | | 0.37 | |
| Q2 | 70,304 | | 18,701 | 26.6% | | 0.31 | |
| Q3 | 77,569 | | 28,094 | 36.2% | | 0.52 | |
| Q4 | 82,958 | | 27,840 | 33.6% | | 0.52 | |
| **2019** | **303,315** | **9.5%** | **94,724** | **31.2%** | | **1.73** | |
| Q1 | 77,705 | 7.2% | 22,031 | 28.4% | 9.7% | 0.30 | -18.8% |
| Q2 | 86,823 | 23.5% | 29,371 | 33.8% | 57.1% | 0.44 | 41.3% |
| Q3 | 74,810 | -3.6% | 23,753 | 31.8% | -15.5% | 0.31 | -41.0% |
| Q4 | 90,882 | 9.6% | 40,313 | 44.4% | 44.8% | 0.61 | 16.7% |
| **2020** | **330,220** | **8.9%** | **115,468** | **35.0%** | **21.9%** | **1.66** | **-3.8%** |
| Q1E | 93,643 | 20.5% | 38,973 | 41.6% | 76.9% | 0.57 | 88.8% |
| Q2E | 98,662 | 13.6% | 39,347 | 39.9% | 34.0% | 0.69 | 55.6% |
| Q3E | 96,797 | 29.4% | 36,163 | 37.4% | 52.2% | 0.55 | 77.8% |
| Q4E | 99,343 | 9.3% | 36,140 | 36.4% | -10.4% | 0.54 | -11.4% |
| **2021E** | **388,445** | **17.6%** | **150,623** | **38.8%** | **30.4%** | **2.34** | **41.0%** |
| **2022E** | **449,575** | **15.7%** | **174,745** | **38.9%** | **16.0%** | **2.75** | **17.6%** |
| **2023E** | **513,335** | **14.2%** | **204,725** | **39.9%** | **17.2%** | **3.30** | **19.8%** |

| Cal Year | Calendar EPS $ | Calendar EPS Chg |
|---|---|---|
| **2019** | 1.66 | |
| **2020** | 1.93 | 16.3% |
| **2021E** | 2.43 | 26.2% |
| **2022E** | 2.90 | 19.5% |
| **2023E** | 3.45 | 18.7% |

**Source: Company reports, Robert W. Baird & Co. estimates**

Research disclosures can be accessed at http://www.rwbaird.com/research-insights/research/coverage/research-disclosure.aspx

# Appendix - Important Disclosures and Analyst Certification

Approved on 03 June 2021 16:00EDT/ Published on 03 June 2021 16:05EDT.



1 Robert W. Baird & Co. Incorporated makes a market in the securities of CRNC.

**Appendix – Important Disclosures and Analyst Certification**

Robert W. Baird & Co. Incorporated ("Baird") and/or its affiliates expect to receive or intend to seek investment-banking related compensation from the company or companies mentioned in this report within the next three months. Baird may not be licensed to execute transactions in all foreign listed securities directly. Transactions in foreign listed securities may be prohibited for residents of the United States. Please contact a Baird representative for more information.

**Investment Ratings: Outperform (O)** - Expected to outperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months. **Neutral (N)** - Expected to perform in line with the broader U.S. equity market over the next 12 months. **Underperform (U)** - Expected to underperform on a total return, risk-adjusted basis the broader U.S. equity market over the next 12 months.

**Risk Ratings: L - Lower Risk** – Higher-quality companies for investors seeking capital appreciation or income with an emphasis on safety. Company characteristics may include: stable earnings, conservative balance sheets, and an established history of revenue and earnings. **A - Average Risk** – Growth situations for investors seeking capital appreciation with an emphasis on safety. Company characteristics may include: moderate volatility, modest balance-sheet leverage, and stable patterns of revenue and earnings. **H - Higher Risk** – Higher-growth situations appropriate for investors seeking capital appreciation with the acceptance of risk. Company characteristics may include: higher balance-sheet leverage, dynamic business environments, and higher levels of earnings and price volatility. **S - Speculative Risk** – High growth situations appropriate only for investors willing to accept a high degree of volatility and risk. Company characteristics may include: unpredictable earnings, small capitalization, aggressive growth strategies, rapidly changing market dynamics, high leverage, extreme price volatility and unknown competitive challenges.

**Valuation, Ratings and Risks.** The recommendation and price target contained within this report are based on a time horizon of 12 months but there is no guarantee the objective will be achieved within the specified time horizon. Price targets are determined by a subjective review of fundamental and/or quantitative factors of the issuer, its industry, and the security type. A variety of methods may be used to determine the value of a security including, but not limited to, discounted cash flow, earnings multiples, peer group comparisons, and sum of the parts. Overall market risk, interest rate risk, and general economic risks impact all securities. Specific information regarding the price target and recommendation is provided in the text of our most recent research report.

**Distribution of Investment Ratings.** As of May 28, 2021, Baird U.S. Equity Research covered 728 companies, with 65% rated Outperform/ Buy, 34% rated Neutral/Hold and 1% rated Underperform/Sell. Within these rating categories, 14% of Outperform/Buy-rated and 4% of Neutral/Hold-rated companies have compensated Baird for investment banking services in the past 12 months and/or Baird managed or co-managed a public offering of securities for these companies in the past 12 months.

**Analyst Compensation.** Research analyst compensation is based on: (1) the correlation between the research analyst's recommendations and stock price performance; (2) ratings and direct feedback from our investing clients, our institutional and retail sales force (as applicable) and from independent rating services; (3) the research analyst's productivity, including the quality of such analyst's research and such analyst's contribution to the growth and development of our overall research effort; (4) compliance with all of Baird's internal policies and procedures; and (5) other considerations, such as Baird's assessment of the prevailing market rates for talent in the sector the research analyst covers, but excluding the analyst's contributions to Baird's investment banking services activities. This compensation criteria and actual compensation is reviewed and approved on an annual basis by Baird's Research Oversight Committee. Analyst compensation is derived from all revenue sources of the firm, including revenues from investment banking. Baird does not compensate research analysts based on specific investment banking transactions.

June 3, 2021 | **Cerence Inc.**

A complete listing of all companies covered by Baird U.S. Equity Research and applicable research disclosures can be accessed at http://www.rwbaird.com/research-insights/research/coverage/third-party-research-disclosures.aspx. You can also call 800-792-2473 or write: Robert W. Baird & Co., Equity Research, 777 E. Wisconsin Avenue, Milwaukee, WI 53202.

**Analyst Certification**

The research analyst primarily responsible for the preparation of this research report certifies that the views expressed in this research report and/or financial model accurately reflect such research analyst's personal views about the subject securities or issuers and that no part of his or her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in the research report.

**Disclaimers**

**Baird prohibits analysts from owning stock in companies they cover.**

This is not a complete analysis of every material fact regarding any company, industry or security. The opinions expressed here reflect our judgment at this date and are subject to change. The information has been obtained from sources we consider to be reliable, but we cannot guarantee the accuracy.

**ADDITIONAL INFORMATION ON COMPANIES MENTIONED HEREIN IS AVAILABLE UPON REQUEST**

The Dow Jones Industrial Average, S&P 500, S&P 400 and Russell 2000 are unmanaged common stock indices used to measure and report performance of various sectors of the stock market; direct investment in indices is not available. Baird is exempt from the requirement to hold an Australian financial services license. Baird is regulated by the United States Securities and Exchange Commission, FINRA, and various other self-regulatory organizations and those laws and regulations may differ from Australian laws. This report has been prepared in accordance with the laws and regulations governing United States broker-dealers and not Australian laws.

**Other Disclosures**

The information and rating included in this report represent the research analyst's views based on a time horizon of 12 months, as described above, unless otherwise stated. In our standard company-specific research reports, the subject company may be designated as a "Fresh Pick", representing that the research analyst believes the company to be a high-conviction investment idea based on a subjective review of one or more fundamental or quantitative factors until an expiration date specified by the analyst but not to exceed nine months. The Fresh Pick designation and specified expiration date will be displayed in standard company-specific research reports on the company until the occurrence of the expiration date or such time as the analyst removes the Fresh Pick designation from the company in a subsequent, standard company-specific research report. The research analyst(s) named in this report may, at times and at the request of clients or their Baird representatives, provide particular investment perspectives or trading strategies based primarily on the analyst's understanding of the individual client's objectives. These perspectives or trading strategies generally are responsive to client inquiries and based on criteria the research analyst considers relevant to the client. As such, these perspectives and strategies may differ from the research analyst's views contained in this report.

Baird and/or its affiliates may provide to certain clients additional or research supplemental products or services, such as outlooks, commentaries and other detailed analyses, which focus on covered stocks, companies, industries or sectors. Not all clients who receive our standard company-specific research reports are eligible to receive these additional or supplemental products or services. Baird determines in its sole discretion the clients who will receive additional or supplemental products or services, in light of various factors including the size and scope of the client relationships. These additional or supplemental products or services may feature different analytical or research techniques and information than are contained in Baird's standard research reports. Any ratings and recommendations contained in such additional or research supplemental products are consistent with the research analyst's ratings and recommendations contained in more broadly disseminated standard research reports. Baird disseminates its research reports to all clients simultaneously by posting such reports to Baird's password-protected client portal, https://bol.rwbaird.com/Login("BairdOnline"). All clients may access BairdOnline and at any time. All clients are advised to check BairdOnline for Baird's most recent research reports. After research reports are posted to BairdOnline, such reports may be emailed to clients, based on, among other things, client interest, coverage, stock ownership and indicated email preferences, and electronically distributed to certain third-party research aggregators, who may make such reports available to entitled clients on password-protected, third-party websites. Not all research reports posted to BairdOnline will be emailed to clients or electronically distributed to such research aggregators. To request access to Baird Online, please visit https://bol.rwbaird.com/Login/RequestInstLogin or contact your Baird representative.

**Dividend Yield.** As used in this report, the term "dividend yield" refers, on a percentage basis, to the historical distributions made by the issuer relative to its current market price. Such distributions are not guaranteed, may be modified at the issuer's discretion, may exceed operating cash flow, subsidized by borrowed funds or include a return of investment principal.

**United Kingdom ("UK") disclosure requirements for the purpose of distributing this research into the UK and other countries for which Robert W. Baird Limited holds a MiFID passport.**

The contents of this report may contain an "investment recommendation", as defined by the Market Abuse Regulation EU No 596/2014 ("MAR"). This report does not contain a "personal recommendation" or "investment advice", as defined by the Market in Financial Instruments Directive 2014/65/EU ("MiFID"). Please therefore be aware of the important disclosures outlined below. Unless otherwise stated, this report was completed and first disseminated at the date and time provided on the timestamp of the report. If you would like further information on dissemination times, please contact us. The views contained in this report: (i) do not necessarily correspond to, and may differ from, the views of Robert W. Baird Limited or any other entity within the Baird Group, in particular Robert W. Baird & Co. Incorporated; and (ii) may differ from the views of another individual of Robert W. Baird Limited.

**June 3, 2021**  |  **Cerence Inc.**

This material is distributed in the UK and the European Economic Area ("EEA") by Robert W. Baird Limited, which has an office at Finsbury Circus House, 15 Finsbury Circus, London EC2M 7EB and is authorized and regulated by the Financial Conduct Authority ("FCA") in the UK. For the purposes of the FCA requirements, this investment research report is classified as investment research and is objective. This material is only directed at and is only made available to persons in the EEA who would satisfy the criteria of being "Professional" investors under MiFID and to persons in the UK falling within Articles 19, 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). Accordingly, this document is intended only for persons regarded as investment professionals (or equivalent) and is not to be distributed to or passed onto any other person (such as persons who would be classified as Retail clients under MiFID).

All substantially material sources of the information contained in this report are disclosed. All sources of information in this report are reliable, but where there is any doubt as to reliability of a particular source, this is clearly indicated. There is no intention to update this report in future. Where, for any reason, an update is made, this will be made clear in writing on the research report. Such instances will be occasional only.

Please note that this report may provide views which differ from previous recommendations made by the same individual in respect of the same financial instrument or issuer in the last 12 months. Information and details regarding previous recommendations in relation to the financial instruments or issuer referred to in this report are available at https://baird.bluematrix.com/sellside/MAR.action.

Robert W. Baird Limited or one of its affiliates may at any time have a long or short position in the company or companies mentioned in this report. Where Robert W. Baird Limited or one of its affiliates holds a long or short position exceeding 0.5% of the total issued share capital of the issuer, this will be disclosed separately by your Robert W. Baird Limited representative upon request.

Investment involves risk. The price of securities may fluctuate and past performance is not indicative of future results. Any recommendation contained in the research report does not have regard to the specific investment objectives, financial situation and the particular needs of any individuals. You are advised to exercise caution in relation to the research report. If you are in any doubt about any of the contents of this document, you should obtain independent professional advice.

Robert W. Baird Limited and Robert W. Baird & Co. Incorporated have in place organisational and administrative arrangements for the prevention, avoidance, and disclosure of conflicts of interest with respect to research recommendations. Robert W. Baird Limited's Conflicts of Interest Policy, available here, outlines the approach Robert W. Baird Limited takes in relation to conflicts of interest and includes detail as to its procedures in place to identify, manage and control conflicts of interest. Robert W. Baird Limited and or one of its affiliates may be party to an agreement with the issuer that is the subject of this report relating to the provision of services of investment firms. Robert W. Baird & Co. Incorporated's policies and procedures are designed to identify and effectively manage conflicts of interest related to the preparation and content of research reports and to promote objective and reliable research that reflects the truly held opinions of research analysts. Robert W. Baird & Co. Incorporated's research analysts certify on a quarterly basis that such research reports accurately reflect their personal views.

This material is strictly confidential to the recipient and not intended for persons in jurisdictions where the distribution or publication of this research report is not permitted under the applicable laws or regulations of such jurisdiction.

Robert W. Baird Limited is exempt from the requirement to hold an Australian financial services license and is regulated by the FCA under UK laws, which may differ from Australian laws. As such, this document has not been prepared in accordance with Australian laws.

**Copyright 2021 Robert W. Baird & Co. Incorporated**

This information is prepared for the use of Baird clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of Baird. Any unauthorized use or disclosure is prohibited. Receipt and review of this information constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion, or information contained in this information (including any investment ratings, estimates or price targets) without first obtaining expressed permission from an authorized officer of Baird.

Ask the analyst a question                          Click here to unsubscribe