# EXHIBIT 34

*(Raymond James Diversified Industrials Conference transcript, dated August 24, 2021)*

Company Name: Cerence Inc
Company Ticker: CRNC US Equity
Date: 2021-08-24

# Raymond James Diversified Industrials Conference

## Company Participants

- Mark Gallenberger, Chief Financial Officer
- Sanjay Dhawan, Chief Executive Officer and Director

## Other Participants

- Brian Gesuale

## Presentation

### Brian Gesuale  {BIO 6018767 <GO>}

Hey, good afternoon, everyone. I'm Brian Gesuale, Senior Analyst covering the industrial technology space for Raymond James. We are delighted to have the worldwide leader in natural language, artificial intelligence here for the automobile to tell their story that company of course is Cerence. This is a stock that has been stellar since their spin out from Nuance, and it's up more than seven fold.

And today we have the company's CEO, Sanjay Dhawan; and CFO, Mark Gallenberger to take us through the story. Many of you know the drill this is fireside chat. Please send me questions along. But with that we'll dive right in. Sanjay, Mark, thank you so much for joining us.

### Sanjay Dhawan  {BIO 4385877 <GO>}

Thank you. Good morning.

## Questions And Answers

### Q - Brian Gesuale  {BIO 6018767 <GO>}
(Question And Answer)

So let's just start off right off the bat and level set the audience here. Would you give us a brief overview of the company's history? How you think about the addressable market? Your strategy and really how you fit into the overall auto tech ecosystem, if you will?

### A - Sanjay Dhawan  {BIO 4385877 <GO>}
Sure. So, let me start again. Thanks for having us, Brian, and good morning again to all the participants. My name is Sanjay Dhawan, I'm CEO of Cerence. We as a company got

FINAL

Bloomberg Transcript

Company Name: Cerence Inc
Company Ticker: CRNC US Equity
Date: 2021-08-24

formed about two years ago, October 1, 2019 was when Cerence was created. It was a public company to public companies spin.

So Nuance who had three main lines of businesses focused on healthcare enterprise and auto decided to spin the auto business into an independent company and that's when Mark and I basically came in and we were created as an independent company.

Our focus is -- we're leader in conversational AI, voice AI platforms. We provide products to enable OEMs to embed voice AI technology inside the car. We're very focused on transportation in mobility segment only, auto being kind of our main focus but we're branching out into other modes of transportation like two wheelers, elevators, et cetera.

And what we do is, we basically provide the voice AI platform to enable the conversations between the driver and the car. So when you sit in your Mercedes and you say, 'Hey Mercedes open the rear windows' 'Hey Mercedes find me the cheapest gas' 'hey Mercedes, I want to do this, do that', all those interactions are basically enabled by our platform.

We ship in about -- we've shipped our platform on 400 million cars, so we have a large installed base, one in two new cars about 40 million to 50 million new cars every year ship with our products. We provide voice AI in 71 global languages, and basically have the global footprint that you would expect from a company like ours.

## Q - Brian Gesuale {BIO 6018767 <GO>}

That's a great overview. Thank you. Maybe if we could just narrow it down and talk a little bit about your reporting segments, to give people an appreciation for your mix of business, may be the exact functionality that's provided in each segment. How you think about penetration rates and really what your share is by those offerings?

## A - Mark Gallenberger {BIO 3693145 <GO>}

Yes. So, Brian, I will take that question. And so, from an SEC technical perspective, we actually operate under one reporting segment. But underneath that reporting segment, we've got three lines of revenue that we externally disclose. The first one is our license revenue, which is really our embedded voice AI technology that gets designed into the head unit, that gets designed into automobiles. And that's approximately half of our business today. And that really enables the voice technology to function inside the car and does not require any sort of cloud connectivity.

The second piece of our revenue stream would be the cloud connectivity portion where we actually provide hosting services to our customers that actually not only buy our embedded solution but they also want to have cloud connectivity natively built into those vehicles. And that currently accounts for about 1/3 of our business.

And then the last piece is our Professional Services Group, and that accounts for about the remainder about 17% to 20% of our total revenue. And the Pro Services Group is really focused on integrating our solutions with our customers, helping to customize any specific

FINAL

Bloomberg Transcript

Company Name: Cerence Inc
Company Ticker: CRNC US Equity
Date: 2021-08-24

needs or requirements that our customers have and really work hand-in-hand with the OEM prior to SOP or start of production. And so that's a very valuable group that we have and a very deep skill set that we have presence around the world working directly with our customers whether that's the auto OEMs themselves or were the tier-1 suppliers.

In terms of the penetration of this technology, if you look at the embedded portion, that's about 70% penetrated. Meaning if you look at all the cars worldwide that are shipped, about 70% of those vehicles have this embedded AI technology designed into those vehicles. And Cerence has the number one market share, we're very strong in that portion of the marketplace, and we own about 80% of that market. So very, very successful, very deep penetration, which has taken many, many years to get to that point. 20 plus years, we've been in this market.

If you look at the connected portion, that penetration is not as great, more and more cars are getting cloud connectivity, but it's not at the same penetration rate as the embedded. And that -- they're in -- and of itself is really where the opportunity lies, right? Because the penetration rates are not as deep. And today, they're just a little bit under 50% for all vehicles worldwide. That's where there's a more of a growth rate and a steeper curve for growth, which is on the cloud connectivity piece.

And we own about -- we're still number one, but our market share is not as dominant there. And we are around 25% to 30% share in that cloud space.

## Q - Brian Gesuale {BIO 6018767 <GO>}

Great. That's helpful. You know question I frequently get is on the competitive environment. This is one that there were lots of concerns initially at this spinoff from Nuance about big tech taking over the digital experience in the automobile, those largely abated as you had some phenomenal bookings last year.

Can you maybe help the audience get an update on where big tech stands, I think particularly Google has been the noisiest of that group. And maybe talk a little bit more specifically about what is happening with some of the recent announcement activity around Ford, GM, Volvo, who talked about embedding Android auto into their infotainment platforms?

## A - Sanjay Dhawan {BIO 4385877 <GO>}

So let me take that Brian. We love big tech. We all use them. I'm an avid user of Apple products and services, Google products and services, Amazon products, Microsoft products every day. I can't live without them. And we have a philosophy in our company that the design principles on which we are building our product portfolio is that, the car technology cannot be a separate technology island, it has to co-exist and -- with big tech.

And the reason for that is that each of us have a life outside the car. We have a work life. We have our office life. We have a phone life. And we want to be totally -- we want our other parts of our digital life to be totally integrated with the car. So that's the core philosophy behind how Cerence thinks about kind of our existence as a company.

FINAL

Bloomberg Transcript

Company Name: Cerence Inc
Company Ticker: CRNC US Equity
Date: 2021-08-24

We also follow a simple philosophy that there is no one single big tech, even Google or even Apple or even Amazon or even Microsoft, who can solely control the digital life of a consumer. There will always be multiple big tech companies who will basically have a participation in the digital life of a consumer.

So with this philosophy in mind, we have built our product portfolio to coexist with multiple big tech companies, so that's point number one. Point number two is that, from our customer standpoint, they care about branding, they want to own the digital experience. They don't want to outsource that digital experience to somebody else. They want to understand what their consumers are doing in the car, in terms of learning the consumer interaction, the driver interaction in the car and improving it, possibly monetizing those interactions in the future and so on.

So, for them to be able to do that, a B2B business model is what they are looking for, which is what companies like ours provide to our OEM customers. So, these are a couple of reasons why we continue to kind of make progress as a company, even though there was like you rightly said, a lot of noise about kind of Google and big tech and all that stuff. We see that as an opportunity to co-exist, not really to kind of you know replace one.

We definitely -- we make many of our products, especially the connected services, that Mark was talking about, compatible with Apple, Google, Microsoft, Amazon, or Alibaba, Tencent, Baidu in China or the Zendesk in Russia, et cetera, right? So we see a coexisting architecture.

## Q - Brian Gesuale {BIO 6018767 <GO>}

Is there anything that we can glean as a follow-up here to what some of the more recent news about Google with Ford or GM, or even Volvo. Are they different tax passes, how does that ecosystem look that, coopetition, I guess, or certainly synergistic ecosystem look in specific with some of those instances?

## A - Sanjay Dhawan {BIO 4385877 <GO>}

Great. So, many, many of these big tech companies have in a very broad product offerings, in Google there is Google Cloud, Google Search and it's Google Maps, there is the Android Operating System, there is the gas offering for the automotive OEMs et cetera. So it's a very broad sort of portfolio, and many of these -- if you look at the Ford announcement for example, in their partnership with Google, it's not only about the partnership inside the car but it's the partnership is targeted at the whole digital transformation of Ford as a company, where OEMs are looking at creating digital dealerships with the help of the big tech companies like Google in this case and so on.

So these are -- you know many of them, many of the OEMs do broad partnership, right? Our goal basically is to be the best co-pilot, co-driver assistant experience that we can offer to our OEM customers period. That's it. There will be many assistants in our lives as AI gets kind of more and more mature and so on and so forth, you and I will have many assistants that we will rely upon.

Company Name: Cerence Inc
Company Ticker: CRNC US Equity
Date: 2021-08-24

Many of the these are like Google et cetera are horizontal assistant, like Google CEO loves to kind of give the example of how to schedule a haircut appointment with their -- in one of the -- I think couple of years ago he did a demo and the assistant kind of on its own scheduling a haircut -- haircutting appointment. I love that example. But for a certain sudden standpoint we are focused on driving and co-driver, co-pilot experience. So that is what we are focused on, we are tightly integrated with all the sensors in the car, with -- our focus is to make sure we build the best co-driver assistant for OEMs, that is available through the OEM brand period. That is our goal.

### Q - Brian Gesuale  {BIO 6018767 <GO>}

Great. That's very helpful. Thank you. Let's maybe pivot. You provided some nice intermediate term model guidance recently. I just want to kind of double click on a couple of the key elements of that forecast for 2024. Let's start with the license business. There is really no change in your outlook here. How do we think about what the growth comes -- what growth comes from pricing versus share gain, because I believe the forecast assumes lower production than what was initially laid out around your spin time. And then also, how do we think about prepays in context of that overall license forecast?

### A - Mark Gallenberger  {BIO 3693145 <GO>}

Yes. So, Brian, you're right. We did leave the estimate the same, it was $300 million for our license revenue and that's what we significantly laid out 18 months ago with our first Analyst Day model. And we did see IHS production forecast coming in lower post-COVID. And so those numbers, I believe they were a little over 100 million units pre-COVID, and now they're in the, I think, it's in the low 90 million range. So, we did see that production coming down.

However, over the last 18 months we have seen good progress on our bookings, so we've been able to secure more business over that 18 month timeframe. We have seen pricing trending upward as well, and that's one of the KPIs that we share with investors each quarter, what's our billings per vehicle. And you can see how that has been trending. So those are some of the puts and takes that we build into our model.

In terms of share gains, we have held that basically unchanged. We think that we can still hold on share that we've got. But given the bookings momentum that we've seen -- we've got incrementally more conviction on some of those estimates that we initially put into the model.

Prepays, we historically, we typically see around $40 million to $55 million per year. And so, we're going to see if we're going to keep that those prepays, which we call fixed volume contracts within that historical range. So that's what we built into the forecast as well.

### Q - Brian Gesuale  {BIO 6018767 <GO>}

Great. Thank you. Let's say maybe move on to what's been the fastest-growing segment the connected business. This portion -- the only portion part of your forecast that's modestly lower is the legacy contract and it's by a fairly meagre $5 million. How should

Company Name: Cerence Inc
Company Ticker: CRNC US Equity
Date: 2021-08-24

investors though think of that revenue from a timing perspective, and how it's going to sunset and roll off, and how do we want to view that?

### A - Mark Gallenberger  {BIO 3693145 <GO>}

Sure. Yes. And as I think most investors know by now because we've talked about it for the last two years. We do have this legacy contract, that is going to be slowly winding down over time. Very few cars are shipping under this legacy contract, and basically it's not even material at this point in terms of new billings. But because of the way we recognized revenue for connected which is an amortization schedule, you will see the revenue from the legacy contract decline over the next several years.

If you looked at our fiscal year '20 as well as this current fiscal year, this is the peak revenue years for the legacy contract and we're right around $63 million to $64 million for the entire year. Now starting from fiscal year '22 that's going to start to decline. So you're going to see that legacy revenue come down to about $42 million next year, and then you'll see it decline to about $35 million in the following several years, and then the final tail is probably going to be in fiscal year '26, which will be maybe $7 million or $8 million.

And so that's how it's going to kind of slowly bleed out of the P&L over time. I guess the good news is, this is all non-cash related revenue, all the buildings and all the collections that are recurred on this contract, and so really it's just bleeding down that deferred revenue line.

### Q - Brian Gesuale  {BIO 6018767 <GO>}

That makes a lot of sense. Thank you for laying that out for us.

### A - Sanjay Dhawan  {BIO 4385877 <GO>}

Sure.

### Q - Brian Gesuale  {BIO 6018767 <GO>}

One of the areas that seems to have a lot of momentum is the new services work, and one of the things that's been really noticeable for me as the company spun-out of Nuance is, just your innovation cycle has really accelerated, your cadence has been just really exceptional. Can you maybe talk about what services you're most excited about and what early successes you may want to point investors to?

### A - Mark Gallenberger  {BIO 3693145 <GO>}

Yes. We have a really nice pipeline of new products that we've been launching over the past 12 months. Very exciting. And it's pretty amazing for me to see how quickly we can design some of these new products and get those out to our customers for their evaluation. And so, it's hard for me to pinpoint any specific one, Brian, I think they're all pretty exciting and pretty compelling.

FINAL

Bloomberg Transcript

Company Name: Cerence Inc
Company Ticker: CRNC US Equity
Date: 2021-08-24

I think the one that comes to mind for me, is Cerence Pay. I like that one because it really makes e-commerce in the vehicle that much easier for the consumer, where you can use your voice as authentication and it just makes transactions occurring in the car that much more seamless. So, I kind of like that one. It kind of sort of resonates with me personally, but I think there is -- if you ask somebody else, somebody else might say 'hey, I really like Car Life or Tour Guide' right? But it really comes down for me I like Cerence Pay, it's pretty cool.

### Q - Brian Gesuale {BIO 6018767 <GO>}

It's good that there's a few options of need offerings, but I think that's really a testament to the innovation cycle as I mentioned. Maybe the last part and kind of to wrap up the -- that intermediate model, I want to hit on the new mobility, which is new to our forecast and clearly opens the addressable market. Can you talk about some of your recent successes in the two-wheeler market? And then how the elevator market may play out? What assumptions may be should we think about applying in terms of the mix between those two markets in the new mobility line and how we might think about units and penetration?

### A - Mark Gallenberger {BIO 3693145 <GO>}

Yes. So I think we've had some good successes in the two-wheeler market that we've been able to announce two or three wins in that market. If you look at the size of the two wheeler market, there's around 60 million to 70 million units that are shipped every single year, much more than I actually ever envisioned. So it's pretty sizable market. And a lot of those two wheelers are actually sold in Asia. And so that's where I think we're going to see some good growth from our two-wheeler solution. So that I think is showing very good progress. Like I said, we've got a couple of wins under our belt, and we'll be expecting to generate revenue from that new market this year. So clearly making some good progress there.

Elevator market, it's a different animal, if you will, because it doesn't ship tens of millions of elevators per year. It's a more concentrated market. However, there's a very large installed base of elevators. The lifespan of an elevator is 20, 30, 40 plus years. And so, there's a pretty large installed base that we can tap into in addition to the new ones that are getting installed each year. And so, our solution does not need to go into just new elevators, that install base, and I believe it's around 20 million units, that is also an environment that we can tap into as well for our elevator solution.

So, making decent progress there. We have yet to announce any specific wins there. But I think the opportunities and the momentums does exist there.

### Q - Brian Gesuale {BIO 6018767 <GO>}

Great. That's exciting. I want to move on to profits. This is an area that you've consistently surpassed my expectations and street expectations. Execution has just been very crisp, at both the gross and EBITDA margin lines. Would you talk to investors about how they should think about the near term profitability of the business, but then also maybe extend it out to how we might think about scaling this in 2024.

Company Name: Cerence Inc
Company Ticker: CRNC US Equity
Date: 2021-08-24

FINAL

Bloomberg Transcript

### A - Mark Gallenberger  {BIO 3693145 <GO>}

Yes. One of the things that we did going into COVID is we did cut back on some of our expenses. For example, we cut back on our external contractors, travel of course went to zero, no surprise. And we froze hiring. And so that really benefitted the second half of last fiscal year from a profitability perspective.

Going into this fiscal year, we are starting to phase in those expenses that we had cut back. But at the same time, we do have some sustainable improvements that we've made to the business model. For example, in our connected margins, those continue to expand nicely because we've done some redesign of the architecture of our cloud solution, and we've also negotiated some more favorable commercial agreements with some third-party providers that we've got. And our pro services team, they've done a very good job of changing some of the mix of our resources and offshoring some of the activities into lower-cost regions.

So those activities are sustainable. And so we think that -- the margins today are very good. If you look at our intermediate model that as you call it for FY '24, those margins are going to largely stay in the same zip code as where we are today. But at the same time, keep in mind, we're going to keep investing very heavily in R&D, while being able to still hold onto these margins EBITDA for example is going to be in the mid-to-high 30% range.

### Q - Brian Gesuale  {BIO 6018767 <GO>}

Yes, very profitable model. I'm glad you mentioned R&D, we've seen an acceleration organically in Cerence as a public company and you have this very valuable real estate in the automobile. How do we think about leveraging your technology platform? It seems versatile enough that you could plug in other technologies that would be very complimentary. Some of that could be done on an organic basis I assume but there probably are also some inorganic opportunities, how likely you think of Cerence from an inorganic standpoint of capital deployment.

### A - Sanjay Dhawan  {BIO 4385877 <GO>}

Let me take that. So Brian, as I said our vision, our tag line with which we started our company was AI for the world in motion. The thought was to kind of in a -- be the brains for the automotive and for us to be the AI brains for the car we want, we have a very strong starting point with voice, as voice input and voice output which is one mode of interaction with our AI engine. But we're -- we want to enhance it with vision.

So we're very focused on that, because as you and I know, as humans when we interact, if you look at our session right now, we're using voice, voice-out voice-in but we are also using our eyes and hands and gestures to kind of interact with each other, right? And all these inputs and expressions are all going into our brains which is processing and kind of creating the output that we are using to interact with each other. Same thing in a between human and machines, right?

Company Name: Cerence Inc
Company Ticker: CRNC US Equity
Date: 2021-08-24

And so we're -- we want to expand with vision, and voice and vision I think we'll be the first company to combine the two and provide AI for the driver, AI for the cabin, AI for the road. Our goal is to be the best co-pilot, co-driving system that the world has ever seen, right?

So, that is the goal, and that's how we're basically expanding our technology footprint to -- we have taken some small steps, organic steps already. We announced a product called Cerence Look, which get -- got launched in the new Mercedes-Benz S-class. Mercedes-Benz calls it Travel Knowledge. That was our first kind of step into bringing vision and voice together.

But we want to do kind of in a more much, much more deeply, and for that, probably an inorganic expansion would be the right move, because we don't have the time to sit and build all the vision models, the training and all that stuff takes a long time. So, we're definitely looking for the right fit, and as soon as we are ready we'll come and talk to you and others.

## Q - Brian Gesuale  {BIO 6018767 <GO>}

That's great. This has been very helpful. As you may know I'd like to give you the final word, your drop the mic moment, if you will, with no follow-up from me. So whatever I did not ask if anything or what message do you want investors to hear straight from the boss's mouth directly?

## A - Sanjay Dhawan  {BIO 4385877 <GO>}

That's interesting question. So I struggle a lot in terms of, you noticed from what Mark said, we're strongly at 35% to 40% EBITDA company. And I struggle a lot to basically say that are there opportunities that we can invest more to kind of grow more aggressively. But then I look at the P&Ls of many-many of other great companies in the AI space and I have a fundamental issues when I see companies spending more on sales and marketing than their total revenue, I have fundamental disagreements when for years-and-years, for 8 to 10 to 12 years companies are not able to show a profitable path.

And the thing that I'm most proud of from a Cerence standpoint is that we are EBITDA strong, EBITDA company but we are also growing very well. If you look at our revised guidance both -- for this year that we have been upping it a couple of times, and then you look at the mid-term model we're at comfortable 15, 18, 20 plus percent top line growth company with a solid 35%, 40% EBITDA company. As they say rule of -- 50 rule of 60 company. And that's -- and we feel very comfortable to kind of build the business with that model in mind rather than kind of building a company that's spending more on sales and marketing than its revenue, right?

So that's what I want customers to do notice that our earnings call are real earnings call, Brian. They are not just earnings calls with losses.

## Q - Brian Gesuale  {BIO 6018767 <GO>}

Company Name: Cerence Inc
Company Ticker: CRNC US Equity
Date: 2021-08-24

That's great. And I couldn't agree more. With that we're out of time. But I want to thank you Sanjay, Mark for taking us through the story, and all the investors have listened in. Thanks very much and have a great day.

## A - Sanjay Dhawan  {BIO 4385877 <GO>}

Thank you so much.

## A - Mark Gallenberger  {BIO 3693145 <GO>}

Thanks, Brian.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2022, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

FINAL

Bloomberg Transcript