# EXHIBIT 35

*(Evercore ISI Autotech & AI Forum transcript,
dated September 21, 2021)*

21-Sep-2021

# Cerence, Inc. (CRNC)

**Evercore ISI Autotech & AI Forum**

**FACTSET:call**street
1-877-FACTSET   www.callstreet.com

Total Pages: 13
Copyright © 2001-2021 FactSet CallStreet, LLC

**Cerence, Inc.** *(CRNC)*

Evercore ISI Autotech & AI Forum

Corrected Transcript
21-Sep-2021

# CORPORATE PARTICIPANTS

**Mark J. Gallenberger**
*Chief Financial Officer, Cerence, Inc.*

**Richard Yerganian**
*Vice President-Investor Relations, Cerence, Inc.*

....................................................................................................................................................................................................................................................................

# OTHER PARTICIPANTS

**Chris McNally**
*Analyst, Evercore ISI International Ltd.*

....................................................................................................................................................................................................................................................................

# MANAGEMENT DISCUSSION SECTION

**Chris McNally**
*Analyst, Evercore ISI International Ltd.*

Welcome back, everyone, to the afternoon sessions of the first day of our Autotech and AI Forum. With us now is Cerence, current leader in automotive voice recognition with plans to broaden that lead into automotive AI.

So, with us today is their CFO, Mark Gallenberger; and Richard Yerganian from IR. Now, readers of our research know we've been big bulls on Cerence ever since their 2019 spin-off. Just a quick little background for some of the generalists, so Cerence is expected to do just under $400 million in revenue this year and it's one of the few pure software components in the vehicle today.

Cerence's voice technologies are in over 50% of cars shipped and their content per vehicle is growing rapidly. On their most recent Q3 call, they upped their 2024 guidance framework to greater than $700 million revenue and roughly 36% EBIT margins. Now, we, in our public research have Cerence rated as an outperformed and we recently upped our target to $150 a share, representing 45% plus upside. But we think 180% upside scenario is not out of the question if the company is able to deliver on almost $5 per share in 2024 EPS.

And with that little intro, Mark, I kick it over to you for some introductory remarks and then we'll go into a fireside chat.

....................................................................................................................................................................................................................................................................

**Mark J. Gallenberger**
*Chief Financial Officer, Cerence, Inc.*

That sounds great. Thanks. Thanks, Chris, and I appreciate that warm introduction. As Chris had mentioned, we are a voice AI technology company and we're focused on that mobility and transportation space. We spun-off from Nuance Communications just about two years ago. We're actually going to have our two-year anniversary on October 1. And that's when we spun out from Nuance. And – but even though we're a two-year old public company, the company has been around for a few decades under the Nuance umbrella.

....................................................................................................................................................................................................................................................................

## Cerence, Inc. *(CRNC)*
Evercore ISI Autotech & AI Forum

 Corrected Transcript
21-Sep-2021

And so, we've got a very long history in voice AI technology that is specifically focused on the auto space. We've got very significant market share. We are the de facto leader for voice AI technology for the global auto OEMs. And so, we're in a very, very good position. Just to give you a sense, our conversational AI and connected service products, we ship in basically one out of every two cars that are actually produced worldwide. So, we've got very significant penetration and presence around the world.

We are a growth company. We've been delivering sequential revenue and earnings growth for several years now. And even last year, even because of COVID, although the auto industry saw a contraction in business, Cerence was able to deliver approximately a 10% year-over-year growth rate. And that was really driven by the secular tailwinds that are happening inside the auto industry as it relates to the digitization of the automobile, as well as the connectivity of cars.

And as a result of our market position, we're actually benefiting very nicely because of these secular tailwinds. And so even though the industry did shrink last year because of COVID, we continue to show sequential growth year-over-year for Cerence.

And so, we're in a good position competitively from a market perspective. And then last but not least, we are – we also are in a good position from a profit perspective. We're delivering you know mid-30s to you know mid-40% EBITDAs on a quarterly basis and so we've got a very good profit model. Gross margins are in the mid-70% range and we're generating free cash. So, all-in-all we're in a very good position.

Last quarter just to give you a couple of highlights. We grew our business 29% year-over-year, and our variable license actually grew substantially. It grew 74% year-over-year. If you all recall in the June quarter of last years' when auto production really trough and so we had a very good year-over-year growth rate because of that low point in auto production due to COVID. Also, last quarter we had a record number of SOPs and SOPs stand start of production which basically means that as we get designed into new products in new automobiles eventually those get start of production. And so last quarter we had a record number with over 60 SOPs with more than 15 different OEMs. And so that should also continue to help support our growth in our core business.

And then know we continue to either meet or exceed it on the profit metrics in terms of gross margins, operating margins, EBITDA. We typically have been either meeting or exceeding those – the guidance that we give to the Street and to investors. And then as Chris had mentioned, we did update our 2024 target model, we did increase the top line by approximately $100 million and a lot of that was driven by some of these new products. And some new markets that we've entered into over the last 18 months and so on our last earnings call in August we use that as an opportunity to basically update and refresh that business model.

And so that target model, the biggest change was really the top line and the contribution of some of these new markets that we're entering and some of the new applications that we've already launched, and we expect to launch in the future. We did update some of the profit margin assumptions as well to be more reflective of what our current performance is. So, all-in-all that's a summary of Cerence and where we are in the market.

# QUESTION AND ANSWER SECTION

**Chris McNally**
*Analyst, Evercore ISI International Ltd.*



That's great, Mark. Thanks so much. Maybe let's start with the guideposts in the 2024 guidance. It was definitely better than expected and sort of in this time of lack of visibility. You're talking about in a relatively short period of time from $400 million to $700 million. Could you talk or bring up the new mobility markets next, which is a nice component of that. But outside of that what's giving you that visibility, are these orders that you had discussions with the OEMs that you have a good visibility on there? Started production over the next couple of years?

**Mark J. Gallenberger**
*Chief Financial Officer, Cerence, Inc.*



Yeah, no, it's a good question, Chris. And when we first introduced our model 18 months ago, we were just spun out from Nuance. And so, we wanted to at least set expectations at that point in time. But a lots happened since then, and so I would say that the biggest contributor that that gives us that confidence is the bookings that we had last year. Last year we had over $800 million in new bookings, which is a – which was a record for the company. And so, in prior years we've been, you know I think the last record was maybe just around $500 million or so. So, we had substantial year for bookings last year and that gives us more confidence because these bookings will typically go on. You know that the average bookings can be five, six, seven years in duration. So, it gives us a pretty good visibility and window into what's going to happen in the future for our business. And so those bookings is really the leading indicator, if you will, for what our business will do in the future.

Now, of course, our customers, they don't commit to certain volumes in these new contracts, but they do commit to leverage the Cerence technology in their next-generation platforms. And so that gives us a pretty good window into where our technology will get deployed in the future with many of our global OEM customers. And so that I would say is probably the single biggest change over the last 18 months which gives us confidence in raising that 2024 guide.

**Chris McNally**
*Analyst, Evercore ISI International Ltd.*



And Mark, can you just remind us in that $800 million of orders and I know Sanjay's talked about wanting to hit that level maybe again, I know it's – that the year still has to be completed. But does that include the new mobility markets? Meaning had you already captured much of that in the orders or is that coming into the orders this year?

**Mark J. Gallenberger**
*Chief Financial Officer, Cerence, Inc.*



Really primarily coming this year. So that's even better and better news, I guess, is the fact that a lot of the new markets and some of the new applications – I think we had a little bit last year but the majority of those bookings that are in that bucket of new applications and new markets, those are really coming in this fiscal year.

**Chris McNally**
*Analyst, Evercore ISI International Ltd.*

Q

No, I mean that's a great rule of thumb. And also, look, in a couple of weeks, right, we'll have this year. And when you combine the two – the rule of thumb that we use is orders on a trailing two-year basis can be revenue sort of four years out. So, again, showing that there's a lot of growth [ph] due (10:33) to come.

Copyright © 2001-2021 FactSet CallStreet, LLC

# Cerence, Inc. *(CRNC)*
Evercore ISI Autotech & AI Forum

 Corrected Transcript
21-Sep-2021

All right. so maybe we can now dive into the new mobility markets. And I think this is primarily a two-wheelers and elevators, I know there's maybe some other smaller markets, but I think that's the majority. You now said it's expected to contribute $65 million in 2024 revenue, not a small number when we're starting from zero today. Just give us an idea of how quickly that business is going to ramp, how you're going to market, how you're attracting customers, because like I said that's a – we're talking about now almost a two-year ramp to go from $0 to $65 million.

### Mark J. Gallenberger
*Chief Financial Officer, Cerence, Inc.*

A

Yeah. No. It's a good point. And it will be nonlinear. And we do expect it to be more back-end loaded as it relates to ramping up into that $65 million revenue. But what you got to really focus on today is, where are the bookings and where is that sales pipeline, because that will obviously translate into that revenue contribution in the future.

And two-wheelers, I would say is on a somewhat shorter cycle, sales cycle versus automobiles. But it's not an overnight thing. It's not like you book and ship something, right. So that there is time to go from a bookings which is the design win to when you actually hit SOP for two-wheelers. But it's going to be a little bit shorter timeline versus automobiles. But that's really where you want to focus your thoughts on how is Cerence doing as it relates to two-wheelers in particular because if we're getting bookings today, that will translate into revenue in the next 18 months to 24 months to 36 months.

And right now, we've already announced that we've had three two-wheeler wins since we entered this market. The nice thing about this market is that it's a logical extension into two-wheelers beyond autos where we can really just take our existing technology and leverage it with minimal effort. And so, that's why it's a very logical extension for us to go into the two-wheeler market.

And it's also a concentrated market, meaning, there's not like a huge amount of two-wheeler manufacturers where you have to go and invest heavily in sales and marketing. It's fairly concentrated. And so, we could really focus our efforts, particularly with the Japanese makers and really make a significant impact by just targeting a handful of these two wheelers.

### Chris McNally
*Analyst, Evercore ISI International Ltd.*

Q

And Mark, can you just breakout – two wheelers is very broad. Again, for the journalists where you see the highest demand and actually what the application will be because this is going to be hardware and software, right, as opposed to just software, which you're doing in passenger vehicle.

### Mark J. Gallenberger
*Chief Financial Officer, Cerence, Inc.*

A

Yeah. So, if you look at the two-wheeler market, you're going to have some of the high-end motorcycles and then you're going to have at the very low-end scooters and then things in between. And you're seeing a lot of vehicles that are just getting these tiny displays embedded on the handlebars and that's where we can use that interface and use our voice technology, so that the driver is not distracted. I mean, safety is a huge concern in automobiles. It's even greater concern when it comes to driving a two-wheeler. And so, you want to always have those hands on the handlebar – on the handlebars and so that's where voice becomes even more of a safety factor and an enabler to having a safer environment. So that's why we think it's pretty important to focus in on that market.

---



## Cerence, Inc. *(CRNC)*
Evercore ISI Autotech & AI Forum

And with technology getting cheaper and cheaper, these display units are going to be not only on the high end and the mid-range it's going to trickle down into the lower end vehicles as well. And today, we estimate about 60 million to 70 million two wheelers are manufactured every year. That compares to autos which is around 85 million to 90 million based upon IHS this year it's going to be below that because of the semi shortages. But these are big numbers and for us to get into this market on the ground floor, I think the attach rates are going to be pretty compelling over the next several years.

In terms of hardware and software it's mainly software. The hardware really comes into the elevator market which...

**Chris McNally**
*Analyst, Evercore ISI International Ltd.*

Q

Okay.

**Mark J. Gallenberger**
*Chief Financial Officer, Cerence, Inc.*

A

...we haven't. Yeah, Chris. And so that's where we do have some hardware component to our solution so that we can retrofit existing elevators that are out there to use and leverage our voice technology in the elevator space. And that's where you're going to probably see some margin dilution as of the hardware component. But the software piece is, it's obviously going to still be very, very good margins for us, similar to what you've seen in the auto space.

**Chris McNally**
*Analyst, Evercore ISI International Ltd.*

Q

And Mark, just to detail, nitpicks. For scooters, would there need to be hardware because I'm thinking like that may not have display screens. So, when you provide a sort of attach hardware/software application? And the second for bikes, are we talking about also Bluetooth technology where I can go in...

**Mark J. Gallenberger**
*Chief Financial Officer, Cerence, Inc.*

A

Yep.

**Chris McNally**
*Analyst, Evercore ISI International Ltd.*

Q

...with helmet tech, so that – because it's obviously quite noisy, just practically how it would work?

**Mark J. Gallenberger**
*Chief Financial Officer, Cerence, Inc.*

A

Yes. You could have that, so you could have Bluetooth in the helmet, or you could actually have microphones on the unit, on the – like the handlebars which could actually benefit from our SSE technology for noise cancelling and filtering out some noise. And so, you don't necessarily have to have all of the Bluetooth connections inside the helmet. You could actually use some of the microphones that could actually be on the scooter itself and so that's another benefit. Now we want to provide those microphones, but we would use – we would use our SSE technology which is software to leverage those microphones that are already installed similar to what we do with the automobile today.

Copyright © 2001-2021 FactSet CallStreet, LLC

# Cerence, Inc. *(CRNC)*
Evercore ISI Autotech & AI Forum

**Chris McNally**
Analyst, Evercore ISI International Ltd.

**Q**

And then, and I think you mentioned this on the software alone, I mean, if I'm trying to come up with a TAM for the market, is the software alone opportunity in the range of kind of a typical car in that $5 to $10 or would it be probably on the lower-end?

---

**Mark J. Gallenberger**
Chief Financial Officer, Cerence, Inc.

**A**

I think it's going to be at the lower-end. If you kind of look at – even though you could make an argument that we should be value pricing this and [indiscernible] (17:47) perspective the value is even greater with our solution when it comes to two wheelers versus automobiles. But at the end of the day, we have to be practical. And if you look at the [ph] bottom (17:57) of an automobile versus, the [ph] bottom (17:59) of a two wheeler, it's yellow.

---

**Chris McNally**
Analyst, Evercore ISI International Ltd.

**Q**

Yeah.

---

**Mark J. Gallenberger**
Chief Financial Officer, Cerence, Inc.

**A**

And so, I do expect us to be on the lower end...

---

**Chris McNally**
Analyst, Evercore ISI International Ltd.

**Q**

Makes sense.

---

**Mark J. Gallenberger**
Chief Financial Officer, Cerence, Inc.

**A**

...because of – just because of that that difference.

---

**Chris McNally**
Analyst, Evercore ISI International Ltd.

**Q**

Makes sense. I've been asking everyone involved in the chain. I mean I know it's a tough question. Bu everyone is asking about obviously chips, right?

---

**Mark J. Gallenberger**
Chief Financial Officer, Cerence, Inc.

**A**

Yeah. Yeah.

---

**Chris McNally**
Analyst, Evercore ISI International Ltd.

**Q**

We all know it's tough. It sounds like September to October is even tougher. And we're all trying to figure a little bit about not only just 2022. But this structural, when will we get back to pre-COVID. How long before we're able to see front end capacity in Malaysia, all these different questions. So, I just wanted to give you an opportunity for Cerence to talk about maybe the broad impact. I know you're not going to give hard guidance. But – and I remind

## Cerence, Inc. *(CRNC)*
Evercore ISI Autotech & AI Forum

**Corrected Transcript**
21-Sep-2021

everyone on the call that there are only about 40% to 50% exposed to new car sales. But Mark, any insight you could give would be really helpful.

**Mark J. Gallenberger**
*Chief Financial Officer, Cerence, Inc.*

A

Yeah. No, it's a very difficult thing to predict. Even the experts are having a hard time predicting it and they're constantly revising downwards some of their auto production estimates for this year and now even going into next year. So, it's a challenge. It's a definite challenge. The good news as you mentioned, we do – we don't have 100% exposure. About one-third of our business is directly tied to what we get from our customers each quarter which are – which we call quarterly royalty reports. And we take revenue, our license revenue based upon these quarterly royalty reports. And that tells us how many cars did our customers ship in that given three-month window and based upon those reports we obviously invoice and revenue based upon those reports. And that accounts for about a third of the company's total revenue. The other two thirds is a combination of fixed contracts, volume contracts which some people call as prepays.

Then we also have our connected services business, which is more steady because that's really a lot of our deferred revenue on the balance sheet that gets amortized over the service contract duration period. And then we also have our professional services business which accounts for about 20% in total and that's volume independent. And that's really geared towards working with our customers on next generation designs and helping them integrate our solutions into their overall infotainment systems.

So that's just a bit of a background as to our revenue makeup and basically how much exposure do we have – direct exposure do we have to what's happening with the semi shortages in any given quarter. So, it's about a third. But with that said, we're not immune, right. And it's hard for us to predict, right. So, we obviously look at IHS reports. We get reports from our customers and try to figure out as best as we can what the impact is. But there is an offset to all this, the offset is the increasing penetration rate, right.

There's more and more cars are getting connected. More and more cars are getting digital or digitized if you will. And so, with the increasing attach rates of our technology that helps us to at least provide a little bit of buffer to some of the ups and downs as it relates to the semi shortages. And as I mentioned earlier, last year, for example, when the auto industry shrank from a unit volume perspective, we continue to grow. And that's because of the secular tailwind that's – that we're benefiting from. We're benefiting from this for many, many years and we expect that trend to continue because the penetration rates are still well below 100%, especially so on the connected where it's only about 50% penetrated.

So, I think it's a long winded answer to your question, but I think at the end of the day it's a supply side issue. It will get corrected. It's not a demand-driven issue. The good news is the demand is still there, and that seems to be very healthy. And so long as that demand continues, the supply chain will eventually catch up. It's just taking longer than what everybody had anticipated because there's a lot of demands that are being put on the semi supply chain beyond just autos.

It's consumer electronics. It's a lot of other industries where semiconductor content is just continuing to grow. So, as a result of that, they need to add more capacity and that takes time for that new capacity whether it's front-end capital equipment or back end capital equipment to come back online. And that's why it is taking a while to relieve this bottleneck.

**Chris McNally**
*Analyst, Evercore ISI International Ltd.*

Q

# Cerence, Inc. *(CRNC)*
Evercore ISI Autotech & AI Forum

**C** Corrected Transcript

21-Sep-2021

Now, and I think whatever 2022 production is 9%, 10%, right? Whatever that number is I think for Cerence, it's also going to be even different for the mix because you are on some of the highest spec vehicles whether that's ADAS or EV connectivity. You're just clearly a link because of the next-gen architecture.

So, I appreciate the comments. Mark, maybe we could talk a little bit about margins. If I was to put on my buy-side, my former buy-side cap on for a little bit. When I looked at your 2024 guidance, the 36% margin in 2024, when I look at this year, you could be doing 36% or 37% EBIT and I recognize you want to be conservative and also that there is some hardware in the elevator mobility markets but that still maybe only 100 BPS diluted. Is this at least an area that there maybe is upside or are we just not realizing heavy investment because you have a history of being conservative. So, I just wanted to throw it out there.

### Mark J. Gallenberger
*Chief Financial Officer, Cerence, Inc.*

A

Sure. Sure. Now that's a – it's okay to try to call me a sandbagger. But one thing I do want to [indiscernible] (24:08) Chris, as well as investors that are on the call is that we cautioned everybody about a year ago that in fiscal year 2021 our margins would be elevated because of the actions that we took going into COVID 18 months ago. We made some pretty dramatic cuts because when COVID hit all of us, we had no idea the extent and the magnitude of what was happening and so we wanted to be cautious. And so, we put on a hiring freeze, we reduced a lot of our contractors. We cut back on a lot of different things. And because of that our Q3 of last year and our Q4 of last year we had elevated margins, right? Our EBITDA margins were actually in the low 40% range. But then we cautioned people going into fiscal year 2021 that hey, now that COVID is starting to relieve itself a little bit. We're going to start bringing back these expenses. We're not going to bring them back as a step function like we did when we cut them, but we're going to phase those in. Yeah. We're going to phase them in over the next four quarters.

And so, as we exit fiscal 2021, we should in theory be back to where we were pre-COVID levels. And so that's why you saw elevated margins going through this fiscal year. But we just said – we do have to remind people that those margins were inflated.

Now we did have some sustainable improvements, right? We've talked about that in the past where over the last 18 months we've improved our connected services gross margins by about 10 points. We improved our professional services gross margins and those we think are going to – are sustainable and they're going to continue.

But in terms of bringing back these expenses, it's going to put a little bit of downward pressure on our EBIT margins, but we're comfortable with what we've guided for fiscal year 2024. I don't want to say if it's conserved or not, but I think it's realistic. And we do want to keep investing in R&D because...

### Chris McNally
*Analyst, Evercore ISI International Ltd.*

Q

Of course.

### Mark J. Gallenberger
*Chief Financial Officer, Cerence, Inc.*

A

...we – if we stop investing in R&D, I think our growth rates will slow and we don't want that to happen. So, if anything we're going to be biased towards making those investments because our priority is growing the top line.

Copyright © 2001-2021 FactSet CallStreet, LLC

## Cerence, Inc. *(CRNC)*
Evercore ISI Autotech & AI Forum

Corrected Transcript
21-Sep-2021

And if that means we have to give up a few margin points to achieve that extra growth rate on the top line, we'll do that.

**Chris McNally**
*Analyst, Evercore ISI International Ltd.*

Q

Great. Mark, last question from me before I go to some of the written-in questions. I wanted to talk about this idea of an expanded TAM for you. When I initiated two years ago, we talked about $1 billion voice TAM, $10 per car, 100 million cars. Maybe that's $2 billion in a sort of – a next gen voice.

But a couple of months ago when I started looking through connected car, HMI, the new SaaS models and particularly this opportunity for co-pilot and voice in ADAS. So, we started to think that maybe there's a $4-billion-plus TAM, really exciting opportunities and particularly ADAS hasn't even started yet. So just wanted to give you an opportunity to talk about how you could potentially play a role as co-pilot or voice in ADAS opportunities.

**Mark J. Gallenberger**
*Chief Financial Officer, Cerence, Inc.*

A

Yeah, for sure. That's definitely a clear vision that we have for the company is to expand our presence inside the automobile beyond just voice, right? And the next logical extension, in our mind, is vision. And we see some interesting use cases where combining voice and vision will just add that much more of a richer experience inside the automobile. And if both of these technologies are evolving inside the car like they are today, why not integrate them? Because eventually they will get integrated. And so that's why we think that could be the next level of integration to provide seamless solutions which we call the copilot, right?

We want to be that preferred choice of a copilot inside the automobile where we can combine our historical voice technology with vision. And that vision is going to – it could take two forms, whether we invest in it organically or we make inorganic investments. We could certainly get there faster if we do it inorganically. But we are thinking about some of the valuations that are out there right now which can be difficult to get deals done. So, we should think about organic investments as well so that we can combine these two technologies. But that certainly would significantly increase our TAM, and so that's how we look at it.

And as I mentioned before, we want to balance growth and profitability. But we want to grow that top line, first and foremost. And if that means we have to take a few margin point hit to do that, we'd certainly be willing to do that because our business model is very strong right now, our profit model, right? It's mid-30s to low-40s in terms of [ph] VPAs. (29:29)

And so, I think we can afford to make additional investments, so long as that really does translate into incremental growth on a top line.

**Chris McNally**
*Analyst, Evercore ISI International Ltd.*

Q

And Mark, that copilot voice plus DMS, I assume you mean for internal vision. Would that be direct to the OEM, or would that be something that you would work with an ADAS Tier 1?

**Mark J. Gallenberger**
*Chief Financial Officer, Cerence, Inc.*

A

You know I think we could do both. I think – we have established relationships with the auto OEMs, and we have them with the Tier 1s, many times at least for voice, it's the auto OEM that makes that decision. And then either

# Cerence, Inc. *(CRNC)*
Evercore ISI Autotech & AI Forum

 Corrected Transcript
21-Sep-2021

we work directly with them, or we work with the Tier 1s. And so, we've got a history of working and collaborating with both of them. And so, I think for vision, it would be the same kind of model.

---

**Chris McNally** Q
Analyst, Evercore ISI International Ltd.

Going to go to the written Q&A. Got some good technology questions here. And Mark, this is around some of the initial sort of discussions we had around the initiation and your launch, talking about your moat, particularly in natural language processing, NLP. So, the question first is do you need a custom semi chip, or do you use something off the rack like a DSP?

---

**Mark J. Gallenberger** A
Chief Financial Officer, Cerence, Inc.

No, we would – it would be – there's nothing – there's no ASIC or a custom chip that's required. So, a lot of the GPUs that are put into designs into the automobiles, they – our technology will just simply ride on that – on those chips. And so, there's nothing unique or nothing special. As a matter of fact, from an operating system, we – we're agnostic, right? So, there's nothing specific – no specific requirements in terms of an operating system either.

---

**Chris McNally** Q
Analyst, Evercore ISI International Ltd.

So if there's a general processor – a GPU like...

---

**Mark J. Gallenberger** A
Chief Financial Officer, Cerence, Inc.

Yeah.

---

**Chris McNally** Q
Analyst, Evercore ISI International Ltd.

... [indiscernible] (31:34)...

---

**Mark J. Gallenberger** A
Chief Financial Officer, Cerence, Inc.

NVIDIA, Qualcomm, what have you. Yeah. It's – it doesn't require any special ASICs or custom chips.

---

**Chris McNally** Q
Analyst, Evercore ISI International Ltd.

And then the second sort of set of questions is, what then differentiates your NLP versus what's out there, right, from existing libraries? Why is yours work – you've talked about things about automotive grade and also this general form of competition from Google, right...

---

**Mark J. Gallenberger** A
Chief Financial Officer, Cerence, Inc.

Yeah.

---

**Chris McNally** Q
Analyst, Evercore ISI International Ltd.

...and Android OS. What makes your NLP differentiated?

---

Copyright © 2001-2021 FactSet CallStreet, LLC

# Cerence, Inc. *(CRNC)*
Evercore ISI Autotech & AI Forum

## Mark J. Gallenberger
*Chief Financial Officer, Cerence, Inc.*

A

Yeah. So, we are vertically focused on the auto industry, and we have been for a couple of decades now, right? And so, when you look at some of the large tech giants, they have more of a general purpose framework for their voice assistant capabilities. And so that – that's one differentiator that we have is the – is our deep focus on the auto industry.

And our embedded technology, it gets designed into the head unit. And so that gives us a unique advantage where we can access all the different sensors that get designed into the automobile whether it's the engine sensor, tire pressure sensors, and all the other different types of sensors. And so, some of our large tech competitors, they don't have that immediate access into that – those sensors in the automobile. So that gives us an advantage because we can provide a richer and better experience quite frankly for the driver and for the passengers.

And then also, we do have a long history in invoice, of course. And as a result of that, we've got the best language coverage. We cover over 70 different languages. And no one can compare it us when it comes to that. And so, when you're selling into global auto OEMs, they want to make sure that you can cover all the different languages that their vehicles are going to be going into, with all the various countries. And so that gives us a clear advantage as well.

And then you've got this natural tension, if you will, between the auto OEMs and the large tech giants. Their objectives are not completely aligned because everybody wants to get access to the automobile and the large tech giants like Google for example, they want to get embedded in there because they want to monetize the data. Well, that's not always consistent with what the auto OEMs want to do. They want to be able to monetize the data.

Our business model aligns well with the auto OEMs because we're there to enable and differentiate their brand. And if the auto OEMs we want to monetize that, there's no friction. There's no natural friction between us and them because our business model is to sell the best voice experience. It's not the monetized data.

## Chris McNally
*Analyst, Evercore ISI International Ltd.*

Q

Perfect. And then last technical question, a good one. I think people know about the connected version where you can basically Cerence's AI will be updated through over-the-air architectures. The actual embedded chips, does that have any learning functions or OTA functions or is that sort of as shipped and then basically supplemented with the connected versions on top of it?

## Mark J. Gallenberger
*Chief Financial Officer, Cerence, Inc.*

A

Well, historically that used to be the case where once the car ships you can't really update the software that's embedded. But that's changing, you know, that – and in the next generation of vehicles you're starting to see more and more of even the embedded software having the ability to have OTA updates. So, you're going to see that shifting quite a bit over the next probably five years or so versus what you've seen over the last 10 years where you had very limited ability to make those types of updates.

## Chris McNally
*Analyst, Evercore ISI International Ltd.*



# Cerence, Inc. *(CRNC)*
Evercore ISI Autotech & AI Forum

Corrected Transcript
21-Sep-2021

Mark, that's a great place to end. I think next gen architectures and the convergence of compute and AI is really what we're hearing almost in every session. So, I really appreciate that, that's great insight.

Mark, Rich, thank you so much for joining. Really appreciate it. Look forward to learning more. You guys have the September year-end. So, we get forward thoughts quicker than the rest of my universe. I'm looking forward to that. And thanks again for joining us. It's been a pleasure as always. For those on the line, EVgo is next in 10 minutes.

## Mark J. Gallenberger
*Chief Financial Officer, Cerence, Inc.*

Thanks a lot, Chris. We appreciate it.

## Richard Yerganian
*Vice President-Investor Relations, Cerence, Inc.*

Thanks, Chris.

## Chris McNally
*Analyst, Evercore ISI International Ltd.*

Thanks guys.

Disclaimer
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2021 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.