# EXHIBIT 36

*(Cerence 4Q2021 Form 8-K,*
*dated November 22, 2021)*

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

## FORM 8-K

**CURRENT REPORT**

**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): November 22, 2021**

# CERENCE INC.
**(Exact name of Registrant as Specified in Its Charter)**

| **Delaware** | **001-39030** | **83-4177087** |
|---|---|---|
| **(State or Other Jurisdiction** | | **(IRS Employer** |
| **of Incorporation)** | **(Commission File Number)** | **Identification No.)** |

**1 Burlington Woods Drive,**
**Suite 301A**
**Burlington, Massachusetts**      **01803**
**(Address of Principal Executive Offices)**      **(Zip Code)**

**Registrant's Telephone Number, Including Area Code: (857) 362-7300**

**Not Applicable**
**(Former Name or Former Address, if Changed Since Last Report)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐    Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Common stock, $0.01 par value** | **CRNC** | **The NASDAQ Stock Market LLC** |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§ 230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§ 240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02 Results of Operations and Financial Condition.**

On November 22, 2021, Cerence Inc. (the "Company") announced its financial results for the fiscal year ended September 30, 2021. The press release, including the financial information contained therein, is attached hereto as Exhibit 99.1, and is incorporated herein by reference.

Also on November 22, 2021, the Company used a presentation on its call with investors, discussing its financial results for the fiscal year ended September 30, 2021, and such earnings release presentation is furnished herewith as Exhibit 99.2. The press release and earnings release presentation include certain non-GAAP financial measures. A description of the non-GAAP measures, the reasons for their use, and GAAP to non-GAAP reconciliations are included in the press release and earnings release presentation.

The information in this Item 2.02 and the exhibit attached hereto are being furnished and shall not be deemed to be "filed" for the purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act") or otherwise subject to the liabilities of that section, nor shall they be deemed incorporated by reference into any filing under the Securities Act of 1933, as amended, or the Exchange Act, regardless of any general incorporation language in such filing.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits.

| Exhibit Number | Description |
|---|---|
| 99.1 | Press Release announcing financial results dated November 22, 2021 |
| 99.2 | Earnings Release Presentation dated November 22, 2021 |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document). |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

Cerence Inc.

Date: November 22, 2021

By: /s/ Mark Gallenberger

Name: Mark Gallenberger
Title: Chief Financial Officer



## Cerence Announces Fourth Quarter and Fiscal Year 2021 Results

**Fourth Quarter and Fiscal Year Highlights**

- **Strong bookings of $590M in FY21 increases backlog to approximately $2 billion**
- **Momentum for new products leads to orders representing nearly 20% of total bookings**
- **Won first major customer in the building mobility market for the connected elevator of the future**
- **VinFast, Vietnam's first domestic car company and a leader in electric vehicle innovation worldwide, selected Cerence to power conversational AI across its lineup of smart EVs**
- **Cerence Pay receives coveted Automotive News PACE Award, the industry benchmark for innovation**
- **Quarterly revenue grew 7.5% year over year, full year revenue grew 17%**
- **Met or exceeded nearly all profitability metrics for the quarter and fiscal year**

**BURLINGTON, Mass., November 22, 2021** – <u>Cerence Inc.</u> (NASDAQ: CRNC), AI for a world in motion, today reported its fourth quarter and fiscal year 2021 results for the year ended September 30, 2021.

**Results Summary** (1)
(in millions, except per share data)

|  | Three Months Ended September 30, | | | | Twelve Months Ended September 30, | | | |
|---|---|---|---|---|---|---|---|---|
|  | **2021** | | **2020** | | **2021** | | **2020** | |
| GAAP Revenue | $ | 98.1 | $ | 91.2 | $ | 387.2 | $ | 331.0 |
| GAAP Gross Margin | | 75.4% | | 72.0% | | 73.9% | | 67.4% |
| Non-GAAP Gross Margin | | 78.1% | | 75.8% | | 77.3% | | 71.6% |
| GAAP Operating Margin | | 11.0% | | 17.8% | | 15.7% | | 6.8% |
| Non-GAAP Operating Margin | | 37.2% | | 42.1% | | 37.8% | | 32.3% |
| GAAP Net Income (Loss) | $ | 8.0 | $ | 8.2 | $ | 45.9 | $ | (18.3) |
| Non-GAAP Net Income | $ | 28.4 | $ | 26.0 | $ | 107.2 | $ | 65.3 |
| Adjusted EBITDA | $ | 38.8 | $ | 40.7 | $ | 155.9 | $ | 116.2 |
| Adjusted EBITDA Margin | | 39.6% | | 44.6% | | 40.3% | | 35.1% |
| GAAP Net Income (Loss) per Share - diluted | $ | 0.20 | $ | 0.21 | $ | 1.17 | $ | (0.50) |
| Non-GAAP Net Income per Share - diluted | $ | 0.66 | $ | 0.62 | $ | 2.53 | $ | 1.70 |

(1)  Please refer to the "Discussion of Non-GAAP Financial Measures" and "Reconciliations of GAAP Financial Measures to Non-GAAP Financial Measures" included elsewhere in this release for more information regarding our use of non-GAAP financial measures.

Sanjay Dhawan, Chief Executive Officer of Cerence, stated, "We finished the year strong, especially considering the production challenges our customers are facing due to semiconductor shortages. Our total company revenue grew 17% compared to the auto production growth of 9% over the same time-period, which is testament to the secular tailwinds, as well as, the innovative products and services we continue to bring to market."

Dhawan continued, "We had another strong year for bookings at $590 million of which 20% were for our new products. These bookings included some key strategic wins, such as VinFast, and included multiple competitive takeaways. We also signed a contract with one of the top elevator manufacturers in the world to deliver voice AI technology and connected services creating the elevator of the future. This represents a key opportunity for

Cerence. All rights reserved



us to expand into a new market with the potential to be a strong revenue contributor to our FY24 target for the new mobility market."

"As we look to fiscal year 2022, accounting for the industry headwinds due to semiconductor shortages and notwithstanding the approximately $23 million revenue reduction from the "legacy*" contract, we still expect to grow above the IHS auto production forecast. We expect to grow the business by continuing to deliver innovative products and world class services for our customers. This focus on innovation and customer service allows us to maintain our market leading position in conversational AI and connected services for the transportation and mobility industries." Dhawan concluded.

*Legacy contract is a connected services contract with Toyota acquired by Nuance through a 2013 acquisition*

## Cerence Key Performance Indicators

To help investors gain further insight into Cerence's business and its performance, management provides a set of key performance indicators that includes:

| Key Performance Indicator[1] | Q4FY21 |
|---|---|
| Percent of worldwide auto production with Cerence Technology (TTM) | 53% |
| Average contract duration - years (TTM): | 7.9 |
| Repeatable software contribution (TTM): | 81% |
| Change in number of Cerence connected cars shipped[2] (TTM over prior year TTM) | 20% |
| Growth in billings per car (TTM over prior year TTM) (excludes legacy contract) | 8% |

[1]  Please refer to the "Key Performance Indicators" included elsewhere in this release for more information regarding the definition and our use of key performance indicators.

[2]  Based on IHS Markit data, global auto production increased 9% over the same time period ended September 30, 2021.

## First Quarter and Full Year Fiscal 2022 Outlook

For the fiscal quarter ending December 31, 2021, revenue is expected to be in the range of $91M to $96M which is flat year-over-year at the midpoint, while IHS auto production forecast is expected to be down 21% for the same period. Adjusted EBITDA is expected to be in the range of approximately $31M to $35M. The adjusted EBITDA guidance excludes acquisition-related costs, amortization of acquired intangible assets, stock-based compensation, and restructuring and other costs.

The full-year guidance is for revenue to be in the range of $400M to $425M representing a 7% increase at the midpoint compared to the prior year. The guidance reflects an expected reduction of $23M in revenue related to our "legacy" contract. Adjusting for the "legacy" decline, our revenue is expected to increase 12% year-over-year at the midpoint, while IHS auto production forecast is expected to be flat for the same period. Adjusted EBITDA for the full year is expected to be in the range of approximately $144M to $163M. Additional details regarding guidance will be provided on the earnings call.

## Fourth Quarter Conference Call

The company will host a live conference call and webcast with slides to discuss the results today at 10:00 a.m. Eastern Time/7:00 a.m. Pacific Time. Interested investors and analysts are invited to dial into the conference call by using 1.844.467.7116 (domestic) or +1.409.983.9838 (international) and entering the pass code

Cerence. All rights reserved



Press Release                                    November 22, 2021

6829375. Webcast access will be available on the Investor Information section of the company's website at https://www.cerence.com/investors/events-and-resources.

The teleconference replay will be available through November 29, 2021. The replay dial-in number is 1.855.859.2056 (domestic) or +1.404.537.3406 (international) using pass code 6829375. A replay of the webcast can be accessed by visiting our web site 90 minutes following the conference call at https://www.cerence.com/investors/events-and-resources.

**Forward Looking Statements**

Statements in this presentation regarding Cerence's future performance, results and financial condition, expected growth, business and market trends, and innovation and our management's future expectations, beliefs, goals, plans or prospects constitute forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Any statements that are not statements of historical fact (including statements containing the words "believes," "plans," "anticipates," "expects," "intends" or "estimates" or similar expressions) should also be considered to be forward-looking statements. Although we believe forward-looking statements are based upon reasonable assumptions, such statements involve known and unknown risk, uncertainties and other factors, which may cause actual results or performance of the company to be materially different from any future results or performance expressed or implied by such forward-looking statements including but not limited to: impacts of the COVID-19 pandemic on our and our customer's businesses; the highly competitive and rapidly changing market in which we operate; adverse conditions in the automotive industry, the related supply chain, or the global economy more generally; our ability to control and successfully manage our expenses and cash position; our strategy to increase cloud offerings; escalating pricing pressures from our customers; our failure to win, renew or implement service contracts; the loss of business from any of our largest customers; effects of customer defaults; our inability to successfully introduce new products, applications and services; the inability to recruit and retain qualified personnel; cybersecurity and data privacy incidents; fluctuating currency rates; and the other factors discussed in our most recent Annual Report on Form 10-K, quarterly reports on Form 10-Q, and other filings with the Securities and Exchange Commission. We disclaim any obligation to update any forward-looking statements as a result of developments occurring after the date of this document.

**Discussion of Non-GAAP Financial Measures**

We believe that providing the non-GAAP information in addition to the GAAP presentation, allows investors to view the financial results in the way management views the operating results. We further believe that providing this information allows investors to not only better understand our financial performance, but more importantly, to evaluate the efficacy of the methodology and information used by management to evaluate and measure such performance. The non-GAAP information should not be considered superior to, or a substitute for, financial statements prepared in accordance with GAAP.

We utilize a number of different financial measures, both GAAP and non-GAAP, in analyzing and assessing the overall performance of the business, for making operating decisions and for forecasting and planning for future periods. While our management uses these non-GAAP financial measures as a tool to enhance their understanding of certain aspects of our financial performance, our management does not consider these measures to be a substitute for, or superior to, the information provided by GAAP financial statements.

Cerence. All rights reserved



Consistent with this approach, we believe that disclosing non-GAAP financial measures to the readers of our financial statements provides such readers with useful supplemental data that, while not a substitute for GAAP financial statements, allows for greater transparency in the review of our financial and operational performance. In assessing the overall health of the business during the three and twelve months ended September 30, 2021 and 2020, our management has either included or excluded the following items in general categories, each of which is described below.

*Adjusted EBITDA*
Adjusted EBITDA is defined as net income attributable to Cerence Inc. before net income (loss) attributable to income tax (benefit) expense, other income (expense) items, net, depreciation and amortization expense, and excluding acquisition-related costs, amortization of acquired intangible assets, stock-based compensation, and restructuring and other costs, net or impairment charges related to fixed and intangible assets and gains or losses on the sale of long-lived assets, if any. From time to time we may exclude from Adjusted EBITDA the impact of events, gains, losses or other charges (such as significant legal settlements) that affect the period-to-period comparability of our operating performance. Other income (expense) items, net include interest expense, interest income, and other income (expense), net (as stated in our Consolidated Statement of Operations). Our management and Board of Directors use this financial measure to evaluate our operating performance. It is also a significant performance measure in our annual incentive compensation programs.

*Restructuring and other costs, net.*
Restructuring and other charges, net include restructuring expenses as well as other charges that are unusual in nature, are the result of unplanned events, and arise outside the ordinary course of our business such as employee severance costs, costs for consolidating duplication facilities, and separation costs directly attributable to the Cerence business becoming a standalone public company.

*Acquisition-related costs, net.*
In the past, we have completed a number of acquisitions, which result in operating expenses, which would not otherwise have been incurred. We provide supplementary non-GAAP financial measures, which exclude certain transition, integration and other acquisition-related expense items resulting from acquisitions, to allow more accurate comparisons of the financial results to historical operations, forward looking guidance and the financial results of less acquisitive peer companies. We consider these types of costs and adjustments, to a great extent, to be unpredictable and dependent on a significant number of factors that are outside of our control. Furthermore, we do not consider these acquisition-related costs and adjustments to be related to the organic continuing operations of the acquired businesses and are generally not relevant to assessing or estimating the long-term performance of the acquired assets. In addition, the size, complexity and/or volume of past acquisitions, which often drives the magnitude of acquisition related costs, may not be indicative of the size, complexity and/or volume of future acquisitions. By excluding acquisition-related costs and adjustments from our non-GAAP measures, management is better able to evaluate our ability to utilize our existing assets and estimate the long-term value that acquired assets will generate for us. We believe that providing a supplemental non-GAAP measure, which excludes these items allows management and investors to consider the ongoing operations of the business both with, and without, such expenses.

Cerence. All rights reserved



These acquisition-related costs fall into the following categories: (i) transition and integration costs; (ii) professional service fees and expenses; and (iii) acquisition-related adjustments. Although these expenses are not recurring with respect to past acquisitions, we generally will incur these expenses in connection with any future acquisitions. These categories are further discussed as follows:

(i)    Transition and integration costs. Transition and integration costs include retention payments, transitional employee costs, and earn-out payments treated as compensation expense, as well as the costs of integration-related activities, including services provided by third-parties.

(ii)   Professional service fees and expenses. Professional service fees and expenses include financial advisory, legal, accounting and other outside services incurred in connection with acquisition activities, and disputes and regulatory matters related to acquired entities.

(iii)  Acquisition-related adjustments. Acquisition-related adjustments include adjustments to acquisition-related items that are required to be marked to fair value each reporting period, such as contingent consideration, and other items related to acquisitions for which the measurement period has ended, such as gains or losses on settlements of pre-acquisition contingencies.

*Amortization of acquired intangible assets.*
We exclude the amortization of acquired intangible assets from non-GAAP expense and income measures. These amounts are inconsistent in amount and frequency and are significantly impacted by the timing and size of acquisitions. Providing a supplemental measure which excludes these charges allows management and investors to evaluate results "as-if" the acquired intangible assets had been developed internally rather than acquired and, therefore, provides a supplemental measure of performance in which our acquired intellectual property is treated in a comparable manner to our internally developed intellectual property. Although we exclude amortization of acquired intangible assets from our non-GAAP expenses, we believe that it is important for investors to understand that such intangible assets contribute to revenue generation. Amortization of intangible assets that relate to past acquisitions will recur in future periods until such intangible assets have been fully amortized. Future acquisitions may result in the amortization of additional intangible assets.

*Non-cash expenses.*
We provide non-GAAP information relative to the following non-cash expenses: (i) stock-based compensation; and (ii) non-cash interest. These items are further discussed as follows:

(i)    Stock-based compensation. Because of varying valuation methodologies, subjective assumptions and the variety of award types, we exclude stock-based compensation from our operating results. We evaluate performance both with and without these measures because compensation expense related to stock-based compensation is typically non-cash and awards granted are influenced by the Company's stock price and other factors such as volatility that are beyond our control. The expense related to stock-based awards is generally not controllable in the short-term and can vary significantly based on the timing, size and nature of awards granted. As such, we do not include such charges in operating plans. Stock-based compensation will continue in future periods.

Cerence. All rights reserved



ii)     Non-cash interest. We exclude non-cash interest because we believe that excluding this expense provides management, as well as other users of the financial statements, with a valuable perspective on the cash-based performance and health of the business, including the current near-term projected liquidity. Non-cash interest expense will continue in future periods.

*Other expenses.*
We exclude certain other expenses that result from unplanned events outside the ordinary course of continuing operations, in order to measure operating performance and current and future liquidity both with and without these expenses. By providing this information, we believe management and the users of the financial statements are better able to understand the financial results of what we consider to be our organic, continuing operations. Included in these expenses are items such as other charges (credits), net, losses from extinguishment of debt, and changes in indemnification assets corresponding with the release of pre-spin liabilities for uncertain tax positions.

*Bookings.*
Bookings is defined as the amount of revenue we expect to earn from an agreement with our customers for products and services. To count as a booking, we expect there to be persuasive evidence of an arrangement, which may be evidenced by a legally binding document or documents, and that the collectability of the amounts payable under the arrangement are reasonably assured. The revenue we may actually recognize from our estimated bookings is subject to multiple factors, including but not limited to the timing of satisfying performance obligations, potential terminations, or changes in the scope of programs utilizing our technology and currency fluctuations. There is no comparable GAAP financial measure.

**Key performance indicators**
We believe that providing key performance indicators ("KPIs"), allows investors to gain insight into the way management views the performance of the business. We further believe that providing KPIs allows investors to better understand information used by management to evaluate and measure such performance. KPIs should not be considered superior to, or a substitute for, operating results prepared in accordance with GAAP. In assessing the performance of the business during the three months ended September 30, 2021, our management has reviewed the following KPIs, each of which is described below:

- *Percent of worldwide auto production with Cerence Technology:* The number of Cerence enabled cars shipped as compared to IHS Markit car production data.
- *Average contract duration:* The weighted average annual period over which we expect to recognize the estimated revenues from new license and connected contracts signed during the quarter, calculated on a trailing twelve months ("TTM") basis and presented in years.
- *Repeatable software contribution:* The percentage of repeatable revenues as compared to total GAAP revenue in the quarter on a TTM basis. Repeatable revenues are defined as the sum of License and Connected Services revenues.
- *Change in number of Cerence connected cars shipped:* The year over year change in the number of cars shipped with Cerence connected solutions. Amounts calculated on a TTM basis.
- *Growth in billings per car:* The rate of growth calculated from the average billings per car based on a TTM basis, excluding legacy contract and adjusted for prepay usage.

Cerence. All rights reserved



Press Release                              November 22, 2021

See the tables at the end of this press release for non-GAAP reconciliations to the most directly comparable GAAP measures.

To learn more about Cerence, visit www.cerence.com, and follow the company on LinkedIn and Twitter.

**About Cerence Inc.**
Cerence (NASDAQ: CRNC) is the global industry leader in creating unique, moving experiences for the mobility world. As an innovation partner to the world's leading automakers and mobility OEMs, it is helping advance the future of connected mobility through intuitive, powerful interaction between humans and their cars, two-wheelers, and even elevators, connecting consumers' digital lives to their daily journeys no matter where they are. Cerence's track record is built on more than 20 years of knowledge and more than 400 million cars shipped with Cerence technology. Whether it's connected cars, autonomous driving, e-vehicles, or buildings, Cerence is mapping the road ahead. For more information, visit www.cerence.com.

**Contact Information**
Rich Yerganian
Cerence Inc.
Tel: 617-987-4799
Email: richard.yerganian@cerence.com

Cerence. All rights reserved



Press Release                                   November 22, 2021

**CERENCE INC.**
**Consolidated Statements of Operations**
(in thousands, except per share data)

| | Three Months Ended September 30, | | Twelve Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | **2021** | **2020** | **2021** | **2020** |
| Revenues: | | | | |
| License | $ 51,418 | $ 46,425 | $ 202,183 | $ 164,268 |
| Connected service | 25,585 | 25,360 | 109,534 | 97,469 |
| Professional service | 21,073 | 19,457 | 75,465 | 69,230 |
| Total revenues | 98,076 | 91,242 | 387,182 | 330,967 |
| Cost of revenues: | | | | |
| License | 826 | 439 | 3,544 | 2,783 |
| Connected service | 5,767 | 7,026 | 25,727 | 31,768 |
| Professional service | 15,655 | 16,190 | 64,287 | 64,963 |
| Amortization of intangible assets | 1,879 | 1,929 | 7,516 | 8,337 |
| Total cost of revenues | 24,127 | 25,584 | 101,074 | 107,851 |
| Gross profit | 73,949 | 65,658 | 286,108 | 223,116 |
| Operating expenses: | | | | |
| Research and development | 28,705 | 22,001 | 112,070 | 88,899 |
| Sales and marketing | 10,586 | 8,569 | 38,683 | 33,398 |
| General and administrative | 18,416 | 12,930 | 56,979 | 49,386 |
| Amortization of intangible assets | 3,169 | 3,168 | 12,690 | 12,544 |
| Restructuring and other costs, net | 2,315 | 2,733 | 5,092 | 16,458 |
| Total operating expenses | 63,191 | 49,401 | 225,514 | 200,685 |
| Income from operations | 10,758 | 16,257 | 60,594 | 22,431 |
| Interest income | 41 | 22 | 109 | 585 |
| Interest expense | (3,428) | (3,694) | (13,997) | (22,737) |
| Other income (expense), net | 131 | (2,953) | 1,563 | (23,319) |
| Income (loss) before income taxes | 7,502 | 9,632 | 48,269 | (23,040) |
| (Benefit from) provision for income taxes | (489) | 1,425 | 2,376 | (4,724) |
| Net income (loss) | $ 7,991 | $ 8,207 | $ 45,893 | $ (18,316) |
| Net income (loss) per share: | | | | |
| Basic | 0.21 | 0.22 | 1.22 | (0.50) |
| Diluted | 0.20 | 0.21 | 1.17 | (0.50) |
| Weighted-average common share outstanding: | | | | |
| Basic | 38,015 | 36,765 | 37,752 | 36,428 |
| Diluted | 39,748 | 39,041 | 39,289 | 36,428 |

Cerence. All rights reserved



**CERENCE INC.**
**Consolidated Balance Sheets**
(in thousands, except per share amounts)

|  | September 30, 2021 | September 30, 2020 |
|---|---|---|
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 128,428 | $ 136,067 |
| Marketable securities | 30,435 | 11,662 |
| Accounts receivable, net of allowances of $395 and $1,394 at September 30, 2021 and September 30, 2020, respectively | 45,560 | 50,900 |
| Deferred costs | 6,095 | 7,256 |
| Prepaid expenses and other current assets | 76,530 | 44,220 |
| Total current assets | 287,048 | 250,105 |
| Long-term marketable securities | 7,339 | - |
| Property and equipment, net | 31,505 | 29,529 |
| Deferred costs | 31,702 | 38,161 |
| Operating lease right of use assets | 14,901 | 20,096 |
| Goodwill | 1,128,511 | 1,128,198 |
| Intangible assets, net | 25,348 | 45,616 |
| Deferred tax assets | 159,293 | 160,974 |
| Other assets | 20,081 | 14,938 |
| Total assets | $ 1,705,728 | $ 1,687,617 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Current liabilities: | | |
| Accounts payable | $ 11,636 | $ 8,447 |
| Deferred revenue | 78,394 | 112,156 |
| Short-term operating lease liabilities | 4,562 | 5,700 |
| Short-term debt | 6,250 | 6,250 |
| Accrued expenses and other current liabilities | 64,467 | 66,078 |
| Total current liabilities | 165,309 | 198,631 |
| Long-term debt, net of discounts and issuance costs | 265,093 | 266,872 |
| Deferred revenue, net of current portion | 198,343 | 212,573 |
| Long-term operating lease liabilities | 12,216 | 17,821 |
| Other liabilities | 32,822 | 31,649 |
| Total liabilities | 673,783 | 727,546 |
| Stockholders' Equity: | | |
| Common stock, $0.01 par value, 560,000 shares authorized as of September 30, 2021; 38,025 shares issued and outstanding as of September 30, 2021 | 381 | 369 |
| Accumulated other comprehensive income | 1,634 | 3,711 |
| Additional paid-in capital | 1,002,353 | 974,307 |
| Retained earnings (accumulated deficit) | 27,577 | (18,316) |
| Total stockholders' equity | 1,031,945 | 960,071 |
| Total liabilities and stockholders' equity | $ 1,705,728 | $ 1,687,617 |

Cerence. All rights reserved



Press Release                    November 22, 2021

**CERENCE INC.**
**Consolidated Statements of Cash Flows**
(in thousands)

| | Twelve Months Ended September 30, | |
|---|---|---|
| | 2021 | 2020 |
| **Cash flows from operating activities:** | | |
| Net income (loss) | $ 45,893 | $ (18,316) |
| Adjustments to reconcile net income (loss) to net cash provided by operating activities: | | |
| Depreciation and amortization | 29,661 | 30,041 |
| (Benefit from) provision for doubtful accounts | (415) | 704 |
| Stock-based compensation expense | 60,555 | 47,285 |
| Non-cash interest expense | 5,013 | 5,286 |
| Loss on debt extinguishment | - | 19,279 |
| Deferred tax benefit | (4,419) | (10,568) |
| Other | (606) | - |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | 5,751 | 15,154 |
| Prepaid expenses and other assets | (30,661) | (30,311) |
| Deferred costs | 6,984 | (1,381) |
| Accounts payable | 3,411 | (2,430) |
| Accrued expenses and other liabilities | (1,125) | 26,040 |
| Deferred revenue | (45,653) | (35,994) |
| Net cash provided by operating activities | 74,389 | 44,789 |
| **Cash flows from investing activities:** | | |
| Capital expenditures | (12,047) | (19,012) |
| Purchases of marketable securities | (42,471) | (11,663) |
| Sale and maturities of marketable securities | 16,350 | - |
| Purchase of debt securities | (2,000) | - |
| Payments for equity securities | (2,563) | - |
| Other investing activities | 1,100 | - |
| Net cash used in investing activities | (41,631) | (30,675) |
| **Cash flows from financing activities:** | | |
| Net transactions with Parent | - | 12,964 |
| Distributions to Parent | - | (152,978) |
| Proceeds from long-term debt, net of discount | - | 547,719 |
| Payments for long-term debt issuance costs | (520) | (6,402) |
| Principal payments of long-term debt | (6,252) | (271,563) |
| Common stock repurchases for tax withholdings for net settlement of equity awards | (45,769) | (9,369) |
| Principal payments of lease liabilities arising from a finance lease | (486) | (136) |
| Proceeds from the issuance of common stock | 11,522 | 1,318 |
| Net cash (used in) provided by financing activities | (41,505) | 121,553 |
| Effects of exchange rate changes on cash and cash equivalents | 1,108 | 400 |
| Net change in cash and cash equivalents | (7,639) | 136,067 |
| Cash and cash equivalents at the beginning of the period | 136,067 | - |
| Cash and cash equivalents at the end of the period | $ 128,428 | $ 136,067 |

Cerence. All rights reserved



Press Release                    November 22, 2021

**CERENCE INC.**
**Reconciliations of GAAP Financial Measures to Non-GAAP Financial Measures**
(unaudited - in thousands)

|  | Three Months Ended September 30, | | Twelve Months Ended September 30, | |
|---|---|---|---|---|
|  | 2021 | 2020 | 2021 | 2020 |
| **GAAP revenue** | $ 98,076 | $ 91,242 | $ 387,182 | $ 330,967 |
|  |  |  |  |  |
| **GAAP gross profit** | $ 73,949 | $ 65,658 | $ 286,108 | $ 223,116 |
| Stock-based compensation | 815 | 1,588 | 5,760 | 5,573 |
| Amortization of intangible assets | 1,879 | 1,929 | 7,516 | 8,337 |
| **Non-GAAP gross profit** | $ 76,643 | $ 69,175 | $ 299,384 | $ 237,026 |
| **GAAP gross margin** | 75.4% | 72.0% | 73.9% | 67.4% |
| **Non-GAAP gross margin** | 78.1% | 75.8% | 77.3% | 71.6% |
|  |  |  |  |  |
| **GAAP operating income** | $ 10,758 | $ 16,257 | $ 60,594 | $ 22,431 |
| Stock-based compensation | 18,376 | 14,331 | 60,555 | 47,285 |
| Amortization of intangible assets | 5,048 | 5,097 | 20,206 | 20,881 |
| Restructuring and other costs, net | 2,315 | 2,733 | 5,092 | 16,458 |
| **Non-GAAP operating income** | $ 36,497 | $ 38,418 | $ 146,447 | $ 107,055 |
| **GAAP operating margin** | 11.0% | 17.8% | 15.7% | 6.8% |
| **Non-GAAP operating margin** | 37.2% | 42.1% | 37.8% | 32.3% |
|  |  |  |  |  |
| **GAAP net income (loss)** | $ 7,991 | $ 8,207 | $ 45,893 | $ (18,316) |
| Stock-based compensation | 18,376 | 14,331 | 60,555 | 47,285 |
| Amortization of intangible assets | 5,048 | 5,097 | 20,206 | 20,881 |
| Restructuring and other costs, net | 2,315 | 2,733 | 5,092 | 16,458 |
| Depreciation | 2,337 | 2,240 | 9,455 | 9,160 |
| Total other income (expense), net | (3,256) | (6,625) | (12,325) | (45,471) |
| (Benefit from) provision for income taxes | (489) | 1,425 | 2,376 | (4,724) |
| **Adjusted EBITDA** | $ 38,834 | $ 40,658 | $ 155,902 | $ 116,215 |
| **GAAP net income (loss) margin** | 8.1% | 9.0% | 11.9% | -5.5% |
| **Adjusted EBITDA margin** | 39.6% | 44.6% | 40.3% | 35.1% |

Cerence. All rights reserved



**CERENCE INC.**
**Reconciliations of GAAP Financial Measures to Non-GAAP Financial Measures (cont.)**
(unaudited - in thousands, except per share data)

| | Three Months Ended September 30, | | Twelve Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2021 | 2020 | 2021 | 2020 |
| **GAAP net income (loss)** | $ 7,991 | $ 8,207 | $ 45,893 | $ (18,316) |
| Stock-based compensation | 18,376 | 14,331 | 60,555 | 47,285 |
| Amortization of intangible assets | 5,048 | 5,097 | 20,206 | 20,881 |
| Restructuring and other costs, net | 2,315 | 2,733 | 5,092 | 16,458 |
| Loss on debt extinguishment | - | - | - | 19,279 |
| Non-cash interest expense | 1,283 | 1,261 | 5,013 | 5,286 |
| Indemnification asset release | - | 1,215 | - | 1,215 |
| Adjustments to income tax expense | (6,599) | (6,841) | (29,582) | (26,742) |
| **Non-GAAP net income** | $ 28,414 | $ 26,003 | $ 107,177 | $ 65,346 |
| | | | | |
| **Adjusted EPS:** | | | | |
| **GAAP Numerator:** | | | | |
| Net income (loss) attributed to common shareholders | $ 7,991 | $ 8,207 | $ 45,893 | $ (18,316) |
| | | | | |
| **Non-GAAP Numerator:** | | | | |
| Net income attributed to common shareholders | $ 28,414 | $ 26,003 | $ 107,177 | $ 65,346 |
| Interest on Convertible Senior Notes, net of tax | 1,019 | 998 | 4,043 | 1,323 |
| Net income attributed to common shareholders - diluted | $ 29,433 | $ 27,001 | $ 111,220 | $ 66,669 |
| | | | | |
| **GAAP Denominator:** | | | | |
| Weighted-average common shares outstanding - basic | 38,015 | 36,765 | 37,752 | 36,428 |
| Adjustment for diluted shares | 1,733 | 2,276 | 1,537 | - |
| Weighted-average common shares outstanding - diluted | **39,748** | **39,041** | **39,289** | **36,428** |
| | | | | |
| **Non-GAAP Denominator:** | | | | |
| Weighted-average common shares outstanding- basic | 38,015 | 36,765 | 37,752 | 36,428 |
| Adjustment for diluted shares | 6,410 | 6,952 | 6,214 | 2,747 |
| Weighted-average common shares outstanding - diluted | **44,425** | **43,717** | **43,966** | **39,175** |
| | | | | |
| **GAAP net income (loss) per share - diluted** | $ 0.20 | $ 0.21 | $ 1.17 | $ (0.50) |
| **Non-GAAP net income per share - diluted** | $ 0.66 | $ 0.62 | $ 2.53 | $ 1.70 |
| | | | | |
| **GAAP net cash provided by operating activities** | $ 23,321 | $ 26,212 | $ 74,389 | $ 44,789 |
| Capital expenditures | (3,992) | (2,937) | (12,047) | (19,012) |
| **Free Cash Flow** | $ 19,329 | $ 23,275 | $ 62,342 | $ 25,777 |

Cerence. All rights reserved



Press Release                November 22, 2021

**CERENCE INC.**
**Reconciliations of GAAP Financial Measures to Non-GAAP Financial Measures (cont.)**
(unaudited - in thousands)

|  | Q4FY21 | Q3FY21 | Q2FY21 | Q1FY21 |
|---|---|---|---|---|
| **GAAP revenues** | $ 98,076 | $ 96,801 | $ 98,662 | $ 93,643 |
| Less: Professional services revenue | 21,073 | 16,538 | 16,555 | 21,299 |
| **Non-GAAP Repeatable revenues** | $ 77,003 | $ 80,263 | $ 82,107 | $ 72,344 |
|  |  |  |  |  |
| **GAAP revenues TTM** | $ 387,182 |  |  |  |
| Less: Professional services revenue TTM | 75,465 |  |  |  |
| **Non-GAAP Repeatable revenues TTM** | $ 311,717 |  |  |  |
| **Repeatable software contribution** | 81% |  |  |  |

Cerence. All rights reserved

Press Release                    November 22, 2021

**CERENCE INC.**
**Reconciliations of GAAP Financial Measures to Non-GAAP Financial Measures (cont.)**
(unaudited - in thousands)

| | Q1 2022 | | | FY2022 | | |
| | Low | | High | | Low | | High |
|---|---:|---:|---:|---:|---:|---:|---:|
| **GAAP revenue** | $ | 91,000 | $ | 96,000 | $ 400,000 | $ | 425,000 |
| | | | | | | | |
| **GAAP gross profit** | $ | 66,000 | $ | 71,000 | $ 298,000 | $ | 321,000 |
| Stock-based compensation | | 1,300 | | 1,300 | 5,600 | | 5,600 |
| Amortization of intangible assets | | 1,900 | | 1,900 | 3,000 | | 3,000 |
| **Non-GAAP gross profit** | $ | 69,200 | $ | 74,200 | $ 306,600 | $ | 329,600 |
| **GAAP gross margin** | | 73 % | | 74 % | 75 % | | 76 % |
| **Non-GAAP gross margin** | | 76 % | | 77 % | 77 % | | 78 % |
| | | | | | | | |
| **GAAP operating income** | $ | 11,800 | $ | 15,300 | $ 67,400 | $ | 86,300 |
| Stock-based compensation | | 10,900 | | 10,900 | 48,200 | | 48,200 |
| Amortization of intangible assets | | 5,000 | | 5,000 | 14,700 | | 14,700 |
| Restructuring and other costs, net | | 1,100 | | 1,100 | 2,300 | | 2,300 |
| **Non-GAAP operating income** | $ | 28,800 | $ | 32,300 | $ 132,600 | $ | 151,500 |
| **GAAP operating margin** | | 13 % | | 16 % | 17 % | | 20 % |
| **Non-GAAP operating margin** | | 32 % | | 34 % | 33 % | | 36 % |
| | | | | | | | |
| **GAAP net income** | $ | 8,000 | $ | 10,200 | $ 33,900 | $ | 43,000 |
| Stock-based compensation | | 10,900 | | 10,900 | 48,200 | | 48,200 |
| Amortization of intangible assets | | 5,000 | | 5,000 | 14,700 | | 14,700 |
| Restructuring and other costs, net | | 1,100 | | 1,100 | 2,300 | | 2,300 |
| Depreciation | | 2,300 | | 2,300 | 11,400 | | 11,400 |
| Total other income (expense), net | | (3,400) | | (3,400) | (13,500) | | (13,500) |
| Provision for income taxes | | 400 | | 1,700 | 20,000 | | 29,800 |
| **Adjusted EBITDA** | $ | 31,100 | $ | 34,600 | $ 144,000 | $ | 162,900 |
| **GAAP net income margin** | | 9 % | | 11 % | 8 % | | 10 % |
| **Adjusted EBITDA margin** | | 34 % | | 36 % | 36 % | | 38 % |

Cerence. All rights reserved

**CERENCE INC.**
**Reconciliations of GAAP Financial Measures to Non-GAAP Financial Measures (cont.)**
(unaudited - in thousands, except per share data)

| | Q1 2022 | | FY2022 | |
| --- | --- | --- | --- | --- |
| | Low | High | Low | High |
| **GAAP net income** | $    8,000 | $    10,200 | $    33,900 | $    43,000 |
| Stock-based compensation | 10,900 | 10,900 | 48,200 | 48,200 |
| Amortization of intangible assets | 5,000 | 5,000 | 14,700 | 14,700 |
| Restructuring and other costs, net | 1,100 | 1,100 | 2,300 | 2,300 |
| Non-cash interest expense | 1,300 | 1,300 | 5,300 | 5,300 |
| Income tax impact of Non-GAAP adjustments | (6,400) | (6,000) | (11,100) | (5,100) |
| **Non-GAAP net income** | $    19,900 | $    22,500 | $    93,300 | $    108,400 |
| | | | | |
| **Adjusted EPS:** | | | | |
| **GAAP Numerator:** | | | | |
| Net income attributed to common shareholders | $    8,000 | $    10,200 | $    33,900 | $    43,000 |
| | | | | |
| **Non-GAAP Numerator:** | | | | |
| Net income attributed to common shareholders | $    19,900 | $    22,500 | $    93,300 | $    108,400 |
| Interest on Convertible Senior Notes, net of tax | 1,000 | 1,000 | 4,000 | 4,000 |
| Net income attributed to common shareholders - diluted | $    20,900 | $    23,500 | $    97,300 | $    112,400 |
| | | | | |
| **GAAP Denominator:** | | | | |
| Weighted-average common shares outstanding - basic | 38,800 | 38,800 | 39,200 | 39,200 |
| Adjustment for diluted shares | 900 | 900 | 900 | 900 |
| Weighted-average common shares outstanding - diluted | **39,700** | **39,700** | **40,100** | **40,100** |
| | | | | |
| **Non-GAAP Denominator:** | | | | |
| Weighted-average common shares outstanding- basic | 38,800 | 38,800 | 39,200 | 39,200 |
| Adjustment for diluted shares | 5,600 | 5,600 | 5,600 | 5,600 |
| Weighted-average common shares outstanding - diluted | **44,400** | **44,400** | **44,800** | **44,800** |
| | | | | |
| **GAAP net income per share - diluted** | $    0.20 | $    0.26 | $    0.85 | $    1.07 |
| **Non-GAAP net income per share - diluted** | $    0.47 | $    0.53 | $    2.17 | $    2.51 |

Cerence. All rights reserved



# Forward-Looking Statements

This material and any oral statements made in connection with this material include "forward-looking statements" within the meaning of the Securities Act of 1933 and the Securities Exchange Act of 1934. Statements made which provide the Company's or management's intentions, beliefs, expectations or predictions for the future are forward-looking statements and are inherently uncertain. The opinions, forecasts, projections or other statements other than statements of historical fact, including, without limitation, plans and objectives of management of the Company are forward-looking statements. It is important to note that actual results could differ materially from those discussed in such forward-looking statements. Important factors that could cause actual results to differ materially include the risk factors and other cautionary statements contained from time to time in the Company's SEC filings, which may be obtained by contacting the Company or the SEC. These filings are also available through the Company's web site at http://www.cerence.com or through the SEC's Electronic Data Gathering and Analysis Retrieval System (EDGAR) at http://www.sec.gov. We undertake no obligation to publicly update or revise any forward-looking statement.



cerence                                    © 2021 Cerence Inc.                                    2

# Cerence Delivers Strong Q4FY21.....

*Exceeded quarterly guidance on nearly all profitability metrics despite industry headwinds*

**$98.1M** Revenue

**7.5%** Year Over Year Growth

**75.4%** GAAP Gross Margin

**78.1%** Non-GAAP Gross Margin

**$8.0M** GAAP Net Income

**$38.8M 39.6%** Adjusted EBITDA

**$0.20** GAAP EPS -diluted

**$0.66** Non-GAAP EPS -diluted

**$23.3M** CFFO[1]

(1) CFFO equals GAAP net cash provided by operating activities

NOTE: Refer to the Appendix for more information on GAAP to non-GAAP reconciliations

cerence                    © 2021 Cerence Inc.                    3

## ... and Fiscal Year 2021

*Met or exceeded original guidance on all metrics despite semi-shortages*

**$387.2M**
Revenue

**17%**
Year Over
Year Growth

**73.9%**
GAAP Gross
Margin

**77.3%**
Non-GAAP
Gross
Margin

**$45.9M**
GAAP
Net Income

**$155.9M**
**40.3%**
Adjusted
EBITDA

**$1.17**
GAAP EPS
-diluted

**$2.53**
Non-GAAP
EPS -diluted

**$74.4M**
CFFO[1]

(1) CFFO equals GAAP
net cash provided by
operating activities

**$590M**
Bookings

NOTE: Refer to the Appendix for more information on GAAP to non-GAAP reconciliations

cerence

© 2021 Cerence Inc.

4

# Innovation is Key to Future Growth

**New Product Launches**
**FY21**














# Industry Recognition of Cerence Leadership





 cerence

**Baidu Maps Award**
*Best Ecological Cooperation Developer of 2020*



**Gaogong Auto Golden Globe Award**
*Leading Intelligent Voice Supplier Award -first half year of 2021 voice supply share leader*



**Jin Yan (Golden Wild Goose) Awards**
- *2021 China AI Innovative Technology Award*
- *2021 China AI Innovative Enterprise*



**Automotive News PACE Award**
*For Cerence Pay, Cerence's In-Car Payment Product*



**2021 Project Voice Awards**

- *Outstanding Achievement of the Year*
- *Voice Developer of the Year*
- *Sanjay Dhawan named Voice/AI Executive of the Year*
- *Independent Voice AI Company of the Year*
- *Automotive Voice AI Developer of the Year*
- *Best Use of Synthetic Voices*



**Informa Tech Automotive Award**
*Software Supplier of the Year*



## Building a Strong Foundation for Growth

 Key win in the two-wheeler market

 First win in the building mobility market

 Strong bookings for new products and services

 14 new logo wins, including 5 competitive takeaways (3 in China)

 Record number of 174 SoPs (Start of Production)

 cerence

© 2021 Cerence Inc.

7

# KPIs Indicate Sustainable Growth Potential









**53%**
Of worldwide Auto production with Cerence Technology (TTM)

**7.9**
Average Contract Duration in years (TTM)

**81%**
Repeatable software revenue contribution (TTM)

**+20%**
Change in number of Cerence cloud-connected cars shipped (TTM over prior year TTM change in auto production for the same period according to IHS data is 9%)

**+8%**
Growth in billings per car (TTM over prior year TTM, and excludes legacy contract)

NOTE: Refer to the Appendix for more information on KPI definitions

cerence

© 2021 Cerence Inc.

8

# Adoption KPIs on a Strong Positive Trend



*Transactions are defined as the number of initiated user interactions with the Company's cloud computing platforms.*
© 2021 Cerence Inc.

# Long-Term Goal | Key Provider of AI for Mobility



© 2021 Cerence Inc.

10



## Q4 Exceeded Guidance on Most Profitability Metrics

| | Q4FY21 Actual Results | Q4FY21 Guidance | Q4FY20 Actual Results |
|---|---|---|---|
| Revenue | $98.1M | $97M - $101M | $91.2M |
| GAAP Gross Margin | 75.4% | 74% - 75% | 72.0% |
| Non-GAAP Gross Margin [a] | 78.1% | 77% - 78% | 75.8% |
| GAAP Operating Margin | 11.0% | 14% - 17% | 17.8% |
| Non-GAAP Operating Margin [a] | 37.2% | 35% - 37% | 42.1% |
| GAAP Net Income | $8.0M | $3.3M - $6.6M | $8.2M |
| Adjusted EBITDA [a] | $38.8M | $36M - $39M | $40.7M |
| Adjusted EBITDA Margin [a] | 39.6% | 37% - 39% | 44.6% |
| GAAP Net Income per share – diluted | $0.20 | $0.08 - $0.17 | $0.21 |
| Non-GAAP EPS – diluted [a] | $0.66 | $0.55 - $0.61 | $0.62 |
| CFFO | $23.3M | n/a | $26.2M |

Footnote:
a)   Non-GAAP excludes acquisition-related costs, amortization of acquired intangible assets, restructuring expense, and stock-based compensation.   Refer to the Appendix for more information on GAAP to non-GAAP reconciliations

cerence                                   © 2021 Cerence Inc.                                   12

# Revenue Growth Powered by License and Pro Services

| | Q4FY21 | Q4FY20 | YoY Growth |
|---|---|---|---|
| **License:** | $51.4M | $46.4M | ⬆ 11% |
| Variable | $26.0M | $29.9M | ⬇ (13%) |
| Fixed[1] | $25.4M | $16.5M | ⬆ 54% |
| **Connected Services:** | $25.6M | $25.4M | ⬆ 1% |
| New | $9.5M $11.2M[2] | $9.5M | 0% 18%[2] |
| Legacy | $16.1M | $15.9M | ⬆ 1% |
| **Professional Services** | $21.1M | $19.4M | ⬆ 9% |
| **Total Revenue:** | $98.1M | $91.2M | ⬆ 8% |

[1]Fixed license revenue includes prepaid and minimum commitment deals.
[2]Excluding a one-time accounting adjustment of $1.7M to correct an amortization schedule, year-over-year growth would have been 18%

cerence    © 2021 Cerence Inc.    13

# FY21 Exceeded Guidance on Nearly All Metrics

| | FY21 Actual Results | FY21 Guidance (Original) | FY20 Actual Results |
|---|---|---|---|
| Revenue | $387.2M | $360M - $380M | $331.0M |
| GAAP Gross Margin | 73.9% | 69% - 71% | 67.4% |
| Non-GAAP Gross Margin [a] | 77.3% | 72% - 74% | 71.6% |
| GAAP Operating Margin | 15.7% | 13% - 16% | 6.8% |
| Non-GAAP Operating Margin [a] | 37.8% | 31% - 33% | 32.3% |
| GAAP Net Income (Loss) | $45.9M | $18M - $31M | $(18.3M) |
| Adjusted EBITDA [a] | $155.9M | $122M - $135M | $116.2M |
| Adjusted EBITDA Margin [a] | 40.3% | 34% - 36% | 35.1% |
| GAAP Net Income (Loss) per share – diluted | $1.17 | $0.50 - $0.79 | $(0.50) |
| Non-GAAP EPS – diluted [a] | $2.53 | $1.81 - $2.05 | $1.70 |
| CFFO (% conversion of Adjusted EBITDA) | $74.4M 48% | $62M - $70M | $44.8M 39% |

Footnote:
a)   Non-GAAP excludes acquisition-related costs, amortization of acquired intangible assets, restructuring expense, and stock-based compensation.   Refer to the Appendix for more information on GAAP to non-GAAP reconciliations

cerence

© 2021 Cerence Inc.

14

# Revenue Growth Powered by License and Pro Services

|  | FY21 | FY20 | YoY Growth |
|---|---|---|---|
| **License:** | $202.2M | $164.3M | ⬆ 23% |
| Variable | $131.2M | $110.2M | ⬆ 19% |
| Fixed[1] | $71.0M | $54.1M | ⬆ 31% |
| **Connected Services:** | $109.5M | $97.5M | ⬆ 12% |
| New | $45.8M $47.5M[2] | $34.9M | ⬆ 31% 36%[2] |
| Legacy | $63.7M | $62.6M | ⬆ 2% |
| **Professional Services** | $75.5M | $69.2M | ⬆ 9% |
| **Total Revenue:** | $387.2M | $331.0M | ⬆ 17% |

[1]Fixed license revenue includes prepaid and minimum commitment deals.
[2]Excluding a one-time accounting adjustment of $1.7M to correct an amortization schedule, year-over-year growth would have been 36%

 cerence

© 2021 Cerence Inc.

15

# Backlog Increased by $200M to a Record of Approximately $2 Billion
*Enables High Revenue Visibility and Stability*



Backlog as of September 30, 2021[1]

Pro Services $120M

Connected Services (Legacy); $150M

License $934M

Connected Services (New) $791M

(1) These figures are estimates and based on existing customer contracts and management estimates about future vehicle shipments. The revenue that we actually recognize from our backlog is subject to several factors, including the number and timing of vehicles our customers ship, potential terminations or changes in scope of customer contracts and currency fluctuations

cerence                                    © 2021 Cerence Inc.                                    16

## Legacy Contract Revenue Schedule



- Legacy (Toyota) contract dates back to 2013
- One-off contract for providing connected services
- Customer transitioned to "New" connected services model

## FY22 Full Year Guidance

| | FY22E | | FY21 | YoY |
| | Low | High | Actual | Growth |
|---|---|---|---|---|
| Revenue | $400M | $425M | $387.2M | 3% – 10%<br>9% - 16%[b] |
| GAAP Gross Margin | 75% | 76% | 73.9% | 110 – 210bps |
| Non-GAAP Gross Margin [a] | 77% | 78% | 77.3% | (30) - 70bps |
| GAAP Operating Margin | 17% | 20% | 15.7% | 130 - 430bps |
| Non-GAAP Operating Margin [a] | 33% | 36% | 37.8% | (480) – (180)bps |
| GAAP Net Income | $34M | $43M | $45.9M | (26%) - (6%) |
| Adjusted EBITDA[a] | $144M | $163M | $155.9M | (8%) - 5% |
| Adjusted EBITDA Margin [a] | 36% | 38% | 40.3% | (430) - (230)bps |
| GAAP EPS – diluted | $0.85 | $1.07 | $1.17 | (27%) - (9%) |
| Non-GAAP EPS – diluted [a] | $2.17 | $2.51 | $2.53 | (14%) - (1%) |
| CFFO<br>(% conversion of Adjusted EBITDA) | $73M<br>51% | $83M<br>51% | $74.4M<br>48% | (2%) - 12% |

Footnote:
[a] Non-GAAP excludes acquisition-related costs, amortization of acquired intangible assets, restructuring expense, and stock-based compensation.  Refer to the Appendix for more information on GAAP to non-GAAP reconciliations
[b] Pro forma adjusted growth rate excluding the $23M decline in legacy connected revenue in FY22

cerence

© 2021 Cerence Inc.

18

## Q1FY22 Guidance

| | Q1FY22E | | Q1FY21 | YoY |
|---|---|---|---|---|
| | Low | High | Actual | Growth |
| Revenue | $91M | $96M | $93.6M | (3%) - 3% |
| GAAP Gross Margin | 73% | 74% | 71.3% | 170 -270bps |
| Non-GAAP Gross Margin [a] | 76% | 77% | 75.0% | 100 – 200bps |
| GAAP Operating Margin | 13% | 16% | 18.7% | (570) – (270)bps |
| Non-GAAP Operating Margin [a] | 32% | 34% | 38.9% | (690) – (490)bps |
| GAAP Net Income | $8M | $10M | $20.9M | (62%) – (52%) |
| Adjusted EBITDA [a] | $31M | $35M | $39.0M | (21%) – (10%) |
| Adjusted EBITDA Margin [a] | 34% | 36% | 41.6% | (760) – (560)bps |
| GAAP EPS – diluted | $0.20 | $0.26 | $0.53 | (62%) – (51%) |
| Non-GAAP EPS – diluted [a] | $0.47 | $0.53 | $0.57 | (18%) – (7%) |

Footnote:
a]    Non-GAAP excludes acquisition-related costs, amortization of acquired intangible assets, restructuring expense, and stock-based compensation.   Refer to the Appendix
      for more information on GAAP to non-GAAP reconciliations

cerence                                        © 2021 Cerence Inc.                                        19





# Non-GAAP Financial Measures – Definitions

Discussion of Non-GAAP Financial Measures

We believe that providing the non-GAAP information in addition to the GAAP presentation, allows investors to view the financial results in the way management views the operating results. We further believe that providing this information allows investors to not only better understand our financial performance, but more importantly, to evaluate the efficacy of the methodology and information used by management to evaluate and measure such performance. The non-GAAP information should not be considered superior to, or a substitute for, financial statements prepared in accordance with GAAP.

We utilize a number of different financial measures, both GAAP and non-GAAP, in analyzing and assessing the overall performance of the business, for making operating decisions and for forecasting and planning for future periods. While our management uses these non-GAAP financial measures as a tool to enhance their understanding of certain aspects of our financial performance, our management does not consider these measures to be a substitute for, or superior to, the information provided by GAAP financial statements.

Consistent with this approach, we believe that disclosing non-GAAP financial measures to the readers of our financial statements provides such readers with useful supplemental data that, while not a substitute for GAAP financial statements, allows for greater transparency in the review of our financial and operational performance. In assessing the overall health of the business during the three months and twelve ended September 30, 2021 and 2020, our management has either included or excluded the following items in general categories, each of which is described below.

*Adjusted EBITDA*

Adjusted EBITDA is defined as net income attributable to Cerence Inc. before net income (loss) attributable to income tax (benefit) expense, other income (expense) items, net, depreciation and amortization expense, and excluding acquisition-related costs, amortization of acquired intangible assets, stock-based compensation, and restructuring and other costs, net or impairment charges related to fixed and intangible assets and gains or losses on the sale of long-lived assets, if any. From time to time we may exclude from Adjusted EBITDA the impact of events, gains, losses or other charges (such as significant legal settlements) that affect the period-to-period comparability of our operating performance. Other income (expense) items, net include interest expense, interest income, and other income (expense), net (as stated in our Consolidated Statement of Operations). Our management and Board of Directors use this financial measure to evaluate our operating performance. It is also a significant performance measure in our annual incentive compensation programs.

 cerence

© 2021 Cerence Inc.

22

# Non-GAAP Financial Measures – Definitions

*Restructuring and other costs, net.*
Restructuring and other charges, net include restructuring expenses as well as other charges that are unusual in nature, are the result of unplanned events, and arise outside the ordinary course of our business such as employee severance costs, costs for consolidating duplication facilities, and separation costs directly attributable to the Cerence business becoming a standalone public company.

*Acquisition-related costs, net.*
In recent years, we have completed a number of acquisitions, which result in operating expenses, which would not otherwise have been incurred. We provide supplementary non-GAAP financial measures, which exclude certain transition, integration and other acquisition-related expense items resulting from acquisitions, to allow more accurate comparisons of the financial results to historical operations, forward looking guidance and the financial results of less acquisitive peer companies. We consider these types of costs and adjustments, to a great extent, to be unpredictable and dependent on a significant number of factors that are outside of our control. Furthermore, we do not consider these acquisition-related costs and adjustments to be related to the organic continuing operations of the acquired businesses and are generally not relevant to assessing or estimating the long-term performance of the acquired assets. In addition, the size, complexity and/or volume of past acquisitions, which often drives the magnitude of acquisition related costs, may not be indicative of the size, complexity and/or volume of future acquisitions. By excluding acquisition-related costs and adjustments from our non-GAAP measures, management is better able to evaluate our ability to utilize our existing assets and estimate the long-term value that acquired assets will generate for us. We believe that providing a supplemental non-GAAP measure, which excludes these items allows management and investors to consider the ongoing operations of the business both with, and without, such expenses.

These acquisition-related costs fall into the following categories: (i) transition and integration costs; (ii) professional service fees and expenses; and (iii) acquisition-related adjustments. Although these expenses are not recurring with respect to past acquisitions, we generally will incur these expenses in connection with any future acquisitions. These categories are further discussed as follows:
Transition and integration costs. Transition and integration costs include retention payments, transitional employee costs, and earn-out payments treated as compensation expense, as well as the costs of integration-related activities, including services provided by third-parties.
Professional service fees and expenses. Professional service fees and expenses include financial advisory, legal, accounting and other outside services incurred in connection with acquisition activities, and disputes and regulatory matters related to acquired entities.
Acquisition-related adjustments. Acquisition-related adjustments include adjustments to acquisition-related items that are required to be marked to fair value each reporting period, such as contingent consideration, and other items related to acquisitions for which the measurement period has ended, such as gains or losses on settlements of pre-acquisition contingencies.

 cerence

© 2021 Cerence Inc.

23

# Non-GAAP Financial Measures – Definitions

*Amortization of acquired intangible assets.*
We exclude the amortization of acquired intangible assets from non-GAAP expense and income measures. These amounts are inconsistent in amount and frequency and are significantly impacted by the timing and size of acquisitions. Providing a supplemental measure which excludes these charges allows management and investors to evaluate results "as-if" the acquired intangible assets had been developed internally rather than acquired and, therefore, provides a supplemental measure of performance in which our acquired intellectual property is treated in a comparable manner to our internally developed intellectual property. Although we exclude amortization of acquired intangible assets from our non-GAAP expenses, we believe that it is important for investors to understand that such intangible assets contribute to revenue generation. Amortization of intangible assets that relate to past acquisitions will recur in future periods until such intangible assets have been fully amortized. Future acquisitions may result in the amortization of additional intangible assets.

Non-cash expenses.
We provide non-GAAP information relative to the following non-cash expenses: (i) stock-based compensation; and (ii) non-cash interest. These items are further discussed as follow

(i)Stock-based compensation. Because of varying valuation methodologies, subjective assumptions and the variety of award types, we exclude stock-based compensation from our operating results. We evaluate performance both with and without these measures because compensation expense related to stock-based compensation is typically non-cash and awards granted are influenced by the Company's stock price and other factors such as volatility that are beyond our control. The expense related to stock-based awards is generally not controllable in the short-term and can vary significantly based on the timing, size and nature of awards granted. As such, we do not include such charges in operating plans. Stock-based compensation will continue in future periods.

ii)Non-cash interest. We exclude non-cash interest because we believe that excluding this expense provides management, as well as other users of the financial statements, with a valuable perspective on the cash-based performance and health of the business, including the current near-term projected liquidity. Non-cash interest expense will continue in future periods.

Other expenses.
We exclude certain other expenses that result from unplanned events outside the ordinary course of continuing operations, in order to measure operating performance and current and future liquidity both with and without these expenses. By providing this information, we believe management and the users of the financial statements are better able to understand the financial results of what we consider to be our organic, continuing operations. Included in these expenses are items such as other charges (credits), net, losses from extinguishment of debt, and changes in indemnification assets corresponding with the release of pre-spin liabilities for uncertain tax positions.

 cerence

© 2021 Cerence Inc.

24

# KPI Measures – Definitions

**Key performance indicators**

We believe that providing key performance indicators ("KPIs"), allows investors to gain insight into the way management views the performance of the business. We further believe that providing KPIs allows investors to better understand information used by management to evaluate and measure such performance. KPIs should not be considered superior to, or a substitute for, operating results prepared in accordance with GAAP. In assessing the performance of the business during the three months ended September 30, 2021, our management has reviewed the following KPIs, each of which is described below:

- Percent of worldwide auto production with Cerence Technology: The number of Cerence enabled cars shipped as compared to IHS Markit car production data.

- Average contract duration: The weighted average annual period over which we expect to recognize the estimated revenues from new license and connected contracts signed during the quarter, calculated on a trailing twelve months ("TTM") basis and presented in years.

- Repeatable software contribution: The percentage of repeatable revenues as compared to total GAAP revenue in the quarter on a TTM basis. Repeatable revenues are defined as the sum of License and Connected Services revenues.

- Change in number of Cerence connected cars shipped: The year over year change in the number of cars shipped with Cerence connected solutions. Amounts calculated on a TTM basis.

- Growth in billings per car: The rate of growth calculated from the average billings per car based on a trailing twelve month comparison while excluding legacy contract and adjusted for prepay usage.

 cerence

© 2021 Cerence Inc.

25

# Q4FY21 Reconciliations of GAAP to non-GAAP Results

| (unaudited – in thousands, except per share data) | Three Months Ended September 30, | | Twelve Months Ended September 30, | |
|---|---|---|---|---|
| | 2021 | 2020 | 2021 | 2020 |
| GAAP revenue | $ 98,076 | $ 91,262 | $ 387,182 | $ 330,967 |
| | | | | |
| GAAP gross profit | $ 73,949 | $ 65,858 | $ 286,108 | $ 221,116 |
| Stock-based compensation | 815 | 1,588 | 5,760 | 5,573 |
| Amortization of intangible assets | 1,879 | 2,929 | 7,316 | 8,337 |
| Non-GAAP gross profit | $ 76,643 | $ 60,375 | $ 299,184 | $ 237,026 |
| GAAP gross margin | 75.4% | 72.0% | 73.9% | 67.4% |
| Non-GAAP gross margin | 78.1% | 75.8% | 77.3% | 71.6% |
| | | | | |
| GAAP operating income | $ 10,758 | $ 16,257 | $ 60,594 | $ 22,431 |
| Stock-based compensation | 18,376 | 14,331 | 60,555 | 47,285 |
| Amortization of intangible assets | 5,048 | 5,097 | 20,206 | 20,881 |
| Restructuring and other costs, net | 2,315 | 2,733 | 5,092 | 16,458 |
| Non-GAAP operating income | $ 36,497 | $ 38,418 | $ 146,447 | $ 107,055 |
| GAAP operating margin | 11.0% | 17.8% | 15.7% | 6.8% |
| Non-GAAP operating margin | 37.2% | 42.1% | 37.8% | 32.5% |
| | | | | |
| GAAP net income (loss) | $ 7,991 | $ 8,207 | $ 45,893 | $ (18,316) |
| Stock-based compensation | 18,376 | 14,331 | 60,555 | 47,285 |
| Amortization of intangible assets | 5,048 | 5,097 | 20,206 | 20,881 |
| Restructuring and other costs, net | 2,315 | 2,733 | 5,092 | 16,458 |
| Depreciation | 2,537 | 2,240 | 9,455 | 9,160 |
| Total other income (expense), net | (3,258) | (6,625) | (12,325) | (45,471) |
| (Benefit from) provision for income taxes | (689) | 1,425 | 2,376 | (4,724) |
| Adjusted EBITDA | $ 38,834 | $ 40,858 | $ 155,902 | $ 118,215 |
| GAAP net income (loss) margin | 8.1% | 9.0% | 11.9% | -5.5% |
| Adjusted EBITDA margin | 39.8% | 44.6% | 40.3% | 35.1% |

| (unaudited – in thousands, except per share data) | Three Months Ended September 30, | | Twelve Months Ended September 30, | |
|---|---|---|---|---|
| | 2021 | 2020 | 2021 | 2020 |
| GAAP net income (loss) | $ 7,991 | $ 8,207 | $ 45,893 | $ (18,316) |
| Stock-based compensation | 18,376 | 14,331 | 60,555 | 47,285 |
| Amortization of intangible assets | 5,048 | 5,097 | 20,206 | 20,881 |
| Restructuring and other costs, net | 2,315 | 2,733 | 5,092 | 16,458 |
| Loss on debt extinguishment | — | — | — | 19,279 |
| Non-cash interest expense | 1,283 | 1,261 | 5,013 | 5,286 |
| Indemnification asset release | — | 1,215 | — | 1,215 |
| Adjustments to income tax expense | (6,599) | (6,841) | (20,582) | (26,742) |
| Non-GAAP net income | $ 28,414 | $ 26,003 | $ 107,177 | $ 65,346 |
| | | | | |
| **Adjusted EPS:** | | | | |
| GAAP Numerator: | | | | |
| Net income (loss) attributed to common shareholders | $ 7,991 | $ 8,207 | $ 45,893 | $ (18,316) |
| | | | | |
| Non-GAAP Numerator: | | | | |
| Net income attributed to common shareholders | $ 28,414 | $ 26,003 | $ 107,177 | $ 65,346 |
| Interest on Convertible Senior Notes, net of tax | 1,019 | 998 | 4,043 | 1,323 |
| Net income attributed to common shareholders – diluted | $ 29,433 | $ 27,001 | $ 111,220 | $ 66,669 |
| | | | | |
| GAAP Denominator: | | | | |
| Weighted-average common shares outstanding – basic | 38,015 | 36,765 | 37,752 | 36,428 |
| Adjustment for diluted shares | 1,733 | 2,276 | 1,537 | — |
| Weighted-average common shares outstanding – diluted | 39,748 | 39,041 | 39,289 | 36,428 |
| | | | | |
| Non-GAAP Denominator: | | | | |
| Weighted-average common shares outstanding – basic | 38,015 | 36,765 | 37,752 | 36,428 |
| Adjustment for diluted shares | 6,410 | 6,952 | 6,214 | 2,747 |
| Weighted-average common shares outstanding – diluted | 44,425 | 43,717 | 43,966 | 39,175 |
| | | | | |
| GAAP net income (loss) per share – diluted | $ 0.20 | $ 0.21 | $ 1.17 | $ (0.50) |
| Non-GAAP net income per share – diluted | $ 0.66 | $ 0.62 | $ 2.53 | $ 1.70 |
| | | | | |
| GAAP net cash provided by operating activities | $ 23,321 | $ 26,212 | $ 74,389 | $ 44,789 |
| Capital expenditures | (3,992) | (2,937) | (12,047) | (19,012) |
| Free Cash Flow | $ 19,329 | $ 23,275 | $ 62,342 | $ 25,777 |

cerence

© 2021 Cerence Inc.

26

# Calculation of Repeatable Revenue Software Contribution

| (unaudited - in thousands) | Q4FY21 | | Q3FY21 | | Q2FY21 | | Q1FY21 | |
|---|---|---|---|---|---|---|---|---|
| GAAP revenues | $ | 98,076 | $ | 96,801 | $ | 98,662 | $ | 93,643 |
| Less: Professional services revenue | | 21,073 | | 16,538 | | 16,555 | | 21,299 |
| Non-GAAP Repeatable revenues | $ | 77,003 | $ | 80,263 | $ | 82,107 | $ | 72,344 |
| | | | | | | | | |
| GAAP revenues TTM | $ | 387,182 | | | | | | |
| Less: Professional services revenue TTM | | 75,465 | | | | | | |
| Non-GAAP Repeatable revenues TTM | $ | 311,717 | | | | | | |
| Repeatable software contribution | | 81% | | | | | | |

cerence

© 2021 Cerence Inc.

27

## Q1FY22 and FY22 Reconciliations of GAAP to non-GAAP Guidance

| (unaudited - in thousands) | Q1 2022 Low | Q1 2022 High | FY2022 Low | FY2022 High |
|---|---|---|---|---|
| GAAP revenue | $ 91,000 | $ 96,000 | $ 400,000 | $ 425,000 |
| GAAP gross profit | $ 66,000 | $ 71,000 | $ 298,000 | $ 321,000 |
| Stock-based compensation | 1,300 | 1,300 | 5,600 | 5,600 |
| Amortization of intangible assets | 1,900 | 1,900 | 3,000 | 3,000 |
| Non-GAAP gross profit | $ 69,200 | $ 74,200 | $ 306,600 | $ 329,600 |
| GAAP gross margin | 73% | 74% | 75% | 76% |
| Non-GAAP gross margin | 76% | 77% | 77% | 78% |
| GAAP operating income | $ 11,800 | $ 15,300 | $ 67,400 | $ 86,300 |
| Stock-based compensation | 10,900 | 10,900 | 48,200 | 48,200 |
| Amortization of intangible assets | 5,000 | 5,000 | 14,700 | 14,700 |
| Restructuring and other costs, net | 1,100 | 1,100 | 2,300 | 2,300 |
| Non-GAAP operating income | $ 28,800 | $ 32,300 | $ 132,600 | $ 151,500 |
| GAAP operating margin | 13% | 16% | 17% | 20% |
| Non-GAAP operating margin | 32% | 34% | 33% | 36% |
| GAAP net income | $ 8,000 | $ 10,200 | $ 33,900 | $ 43,000 |
| Stock-based compensation | 10,900 | 10,900 | 48,200 | 48,200 |
| Amortization of intangible assets | 5,000 | 5,000 | 14,700 | 14,700 |
| Restructuring and other costs, net | 1,100 | 1,100 | 2,300 | 2,300 |
| Depreciation | 2,300 | 2,300 | 11,400 | 11,400 |
| Total other income (expense), net | (3,400) | (3,400) | (13,500) | (13,500) |
| Provision for income taxes | 400 | 1,700 | 20,000 | 29,800 |
| Adjusted EBITDA | $ 31,100 | $ 34,600 | $ 144,000 | $ 162,900 |
| GAAP net income margin | 9% | 11% | 8% | 10% |
| Adjusted EBITDA margin | 34% | 36% | 36% | 38% |

cerence

© 2021 Cerence Inc.

28

# Q1FY22 and FY22 Reconciliations of GAAP to non-GAAP Guidance

| [unaudited - in thousands, except per share data] | Q1 2022 | | FY2022 | |
|---|---|---|---|---|
| | Low | High | Low | High |
| GAAP net income | $ 8,000 $ | 10,200 | $ 33,900 $ | 43,000 |
| Stock-based compensation | 10,900 | 10,900 | 48,200 | 48,200 |
| Amortization of intangible assets | 5,000 | 5,000 | 14,700 | 14,700 |
| Restructuring and other costs, net | 1,100 | 1,100 | 2,300 | 2,300 |
| Non-cash interest expense | 1,300 | 1,300 | 5,300 | 5,300 |
| Income tax impact of Non-GAAP adjustments | (6,400) | (6,000) | (11,100) | (5,100) |
| Non-GAAP net income | $ 19,900 $ | 22,500 | $ 93,300 $ | 108,400 |
| | | | | |
| **Adjusted EPS:** | | | | |
| **GAAP Numerator:** | | | | |
| Net income attributed to common shareholders | $ 8,000 $ | 10,200 | $ 33,900 $ | 43,000 |
| | | | | |
| **Non-GAAP Numerator:** | | | | |
| Net income attributed to common shareholders | $ 19,900 $ | 22,500 | $ 93,300 $ | 108,400 |
| Interest on Convertible Senior Notes, net of tax | 1,000 | 1,000 | 4,000 | 4,000 |
| Net income attributed to common shareholders - diluted | $ 20,900 $ | 23,500 | $ 97,300 $ | 112,400 |
| | | | | |
| **GAAP Denominator:** | | | | |
| Weighted-average common shares outstanding - basic | 38,800 | 38,800 | 39,200 | 39,200 |
| Adjustment for diluted shares | 900 | 900 | 900 | 900 |
| Weighted-average common shares outstanding - diluted | 39,700 | 39,700 | 40,100 | 40,100 |
| | | | | |
| **Non-GAAP Denominator:** | | | | |
| Weighted-average common shares outstanding- basic | 38,800 | 38,800 | 39,200 | 39,200 |
| Adjustment for diluted shares | 5,600 | 5,600 | 5,600 | 5,600 |
| Weighted-average common shares outstanding - diluted | 44,400 | 44,400 | 44,800 | 44,800 |
| | | | | |
| GAAP net income per share - diluted | $ 0.20 $ | 0.26 | $ 0.85 $ | 1.07 |
| Non-GAAP net income per share - diluted | $ 0.47 $ | 0.53 | $ 2.17 $ | 2.51 |

cerence

© 2021 Cerence Inc.

29