# EXHIBIT 38

*(Wells Fargo analyst report, "Surprisingly Painful 2022
Guidance Reset," dated November 22, 2021)*

## Equity Research



Price Target Change — November 22, 2021

**Autos and Auto Parts**

# Cerence Inc. (CRNC)
## CRNC: Surprisingly Painful 2022 Guidance Reset

## Our Call

CRNC Q4 EPS of $0.66 beat VA consensus of $0.53. The beat was driven by margins (see our flash). CRNC announced FY2022 sales guidance of $400-$425m, adj EBITDA margin of $144-$163m, and adj EPS guidance to $2.17-$2.51. The mid-point of guidance was ~7% below consensus sales, ~11% below consensus EBITDA, & ~13% below consensus EPS. The company reaffirmed its 2024 sales target of $700m. The low FY22 guidance and q/q decline in connected sales likely contributed to the large -20.6% stock decline (vs. S&P -0.3%). We are lowering our price target from $95 to $91. Our $91 price target reflects 9.5x (changed) updated 2022E sales. We maintain our Equal Weight rating.

We are lowering our 2022 EPS estimate from $2.70 to $2.40 to reflect the new FY22 guidance for lower sales and margins. Our revised outlook is in-line with EPS guidance of $2.17-$2.51. We are also lowering our 2023 EPS estimate from $3.45 to $3.30, our 2024E from $4.20 to $4.10, and our 2025E from $4.95 to $4.90. The decrease largely reflects a slightly slower growth trajectory and slightly lower mid-term margins.

### Q4 concerns largely explainable

Despite the EPS beat on margin, there were three concerns within Q4 results. One, Connected Services sales fell from $14.4m in Q3 to $9.5m. Q4 was negatively impacted by a $1.7m one-time amortization adjustment and would have been $11.2m excluding this item. Q3 benefited from $3.7m of on-premise deals which are booked in period rather than over the contract life as the OEM manages the hosting. Excluding this benefit, Q3 would have been $10.6m, so underlying connected sales did rise slightly q/q. Overall, we are surprised by the lumpiness of sales, but the underlying trend is still improving. Two, the quarter benefited from an elevated level of prepaid revenue, which helped the quarter, but may be a drag on 2022 and 2023 sales. Lastly, the announced FY bookings of $590m, implied ~flat H2 bookings vs. H1 ($290m) which is surprising given the 2024 outlook raise. Management cited a large contract that is pending signing that would have significantly helped this result and will benefit 2022.

### Guide likely reflects conservatism given record

Management guided below consensus on sales of $400-425m and adj EBITDA of $144-163m; however CRNC has historically guided conservatively. This is evident in their initial 2021 sales guidance of $370m at the mid-point compared to their actual FY21 sales of $387m despite significantly weaker global production. Initial adj EBITDA margins guidance was 34-36% vs. actual margins of 40.3%. That said, the sales guidance of +7% at the mid-point is surprising as it would imply ~30% growth in 2023 and 2024 to hit the $700m 2024 sales target. Management noted that excluding the legacy Connected impact guidance implies 9-16% growth on flat auto production. Moreover, business wins tend to be backend weighted helping the steep ramping in the out-years. On margins, CRNC noted that certain COVID costs continue to roll back on and that the guided range for 2022 is more normal.

Equity Analyst(s)

**Colin M. Langan**
Senior Equity Analyst | Wells Fargo Securities, LLC
Colin.Langan@wellsfargo.com | 212-214-8228

| Rating | Equal Weight |
|---|---|
| Ticker | CRNC |
| Price Target/Prior: | $91.00/$95.00 |
| Upside/(Downside) to Target | 10.2% |
| Price (11/22/2021) | $82.59 |
| 52 Week Range | $78.00 - 139.00 |
| Shares Outstanding | 38,006,493 |
| Market Cap (MM) | $3,139 |
| Enterprise Value (MM) | $3,296 |
| Average Daily Volume | 357,599 |
| Average Daily Value (MM) | $30 |
| Dividend (NTM) | $0.00 |
| Dividend Yield | 0.0% |
| Net Debt (MM) - last reported | $125 |
| ROIC - Current year est. | 7% |
| 3 Yr EPS CAGR from current year (unless otherwise noted) | 32% |

| $ EPS | 2020A | 2021A Curr. | 2021A Prior | 2022E Curr. | 2022E Prior |
|---|---|---|---|---|---|
| Q1 (Dec) | 0.29 A | 0.56 A | 0.59A | 0.52 E | 0.61E |
| Q2 (Mar) | 0.43 A | 0.69 A | NC | 0.58 E | 0.65E |
| Q3 (Jun) | 0.31 A | 0.62 A | NC | 0.64 E | 0.71E |
| Q4 (Sep) | 0.61 A | 0.66 A | 0.53E | 0.65 E | 0.72E |
| FY | 1.65 A | 2.53 A | 2.42E | 2.40 E | 2.70E |
| P/E | 50.1x | 32.7x | | 34.5x | |

*Source: Company Data, Wells Fargo Securities estimates, and Refinitiv.*
*NA = Not Available, Volatility = Historical trading volatility*

All estimates/forecasts are as of 11/22/2021 unless otherwise stated. 11/22/2021 19:11:04EST. Please see page 5 for rating definitions, important disclosures and required analyst certifications. Wells Fargo Securities, LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report and investors should consider this report as only a single factor in making their investment decision.

This document is for richard.yerganian@cerence.com and should not be distributed further.

Autos and Auto Parts

Equity Research

**New comp, Soundhound, coming soon**

Last week, a CRNC competitor, Soundhound announced a SPAC merger to go public (see presentation). This will be an interesting comp for CRNC as there are few direct peers. However, the company is much smaller than CRNC with only ~$20m in 2021E sales vs. CRNC's $387m.

Exhibit 1 - CRNC Comp EV to Sales (as of 11/22/2021)



Source: FactSet; Wells Fargo Securities, LLC

This document is for richard.yerganian@cerence.com and should not be distributed further.

Cerence Inc.                                                                                                                    Equity Research

# Financials

### Exhibit 2 - CRNC Financials

$ in millions, except per share data

| INCOME STATEMENT | 2018A | 2019A | 2020A | 2021A | Q1 '22E | Q2 '22E | Q3 '22E | Q4 '22E | 2022E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Sales | 277.0 | 303.3 | 329.6 | 387.2 | 95.8 | 100.2 | 109.0 | 116.3 | 421.3 | 530.3 | 689.0 | 815.3 |
| Cost of Sales | (80.9) | (88.9) | (93.9) | (87.8) | (22.1) | (21.6) | (23.4) | (27.1) | (94.2) | (115.4) | (163.3) | (191.6) |
| Gross Profit | 196.1 | 214.4 | 235.7 | 299.4 | 73.7 | 78.6 | 85.6 | 89.2 | 327.1 | 414.9 | 525.6 | 623.7 |
| Selling, General & Admin. | (115.5) | (127.5) | (130.0) | (152.9) | (41.2) | (42.1) | (45.8) | (48.8) | (177.9) | (212.1) | (275.6) | (326.1) |
| Operating Income | 80.6 | 86.9 | 105.7 | 146.4 | 32.5 | 36.5 | 39.8 | 40.4 | 149.2 | 202.8 | 250.1 | 297.6 |
| % Margin | 29.1% | 28.7% | 32.1% | 37.8% | 33.9% | 36.4% | 36.5% | 34.7% | 35.4% | 38.2% | 36.3% | 36.5% |
| Interest Expense | 0.0 | 0.0 | (17.5) | (9.0) | (2.2) | (2.2) | (2.2) | (2.2) | (8.8) | (8.8) | (8.8) | (8.8) |
| Other Income | (0.1) | 0.3 | (2.2) | 1.7 | (1.0) | (1.0) | (1.0) | (1.0) | (4.0) | (4.0) | (4.0) | (4.0) |
| Pretax Income | 80.5 | 87.2 | 86.0 | 139.1 | 29.3 | 33.3 | 36.6 | 37.2 | 136.4 | 190.0 | 237.3 | 284.8 |
| Income Taxes | (30.9) | (24.5) | (21.7) | (32.0) | (7.3) | (8.3) | (9.2) | (9.3) | (34.1) | (47.5) | (59.3) | (71.2) |
| Tax Rate | 38.4% | 28.1% | 25.2% | 23.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% |
| Convert | 0.0 | 0.0 | 0.0 | 4.0 | 1.0 | 1.0 | 1.0 | 1.2 | 4.2 | 4.0 | 4.0 | 4.0 |
| Net Income | 49.6 | 62.7 | 64.4 | 111.2 | 23.0 | 26.0 | 28.5 | 29.1 | 106.5 | 146.5 | 181.9 | 217.6 |
| Basic Shares | 36.4 | 36.4 | 36.4 | 37.7 | 38.0 | 38.0 | 38.0 | 38.0 | 38.0 | 38.0 | 38.0 | 38.0 |
| Diluted Shares | 36.4 | 36.4 | 39.0 | 44.0 | 44.4 | 44.4 | 44.4 | 44.4 | 44.4 | 44.4 | 44.4 | 44.4 |
| Diluted EPS | $1.36 | $1.72 | $1.65 | $2.53 | $0.52 | $0.58 | $0.64 | $0.65 | $2.40 | $3.30 | $4.10 | $4.90 |
| Dividends | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| BALANCE SHEET | 2018A | 2019A | 2020A | 2021E | Q1 '22E | Q2 '22E | Q3 '22E | Q4 '22E | 2022E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | |
| Cash and Cash Equivalents | | 0.0 | 147.7 | 158.9 | 145.1 | 178.7 | 235.0 | 285.4 | 285.4 | 440.0 | 644.8 | 864.1 |
| Receivables | | 65.8 | 49.9 | 45.6 | 61.8 | 60.0 | 59.8 | 54.0 | 54.0 | 63.5 | 84.3 | 98.7 |
| Deferred costs | | 9.2 | 7.3 | 6.1 | 7.3 | 6.7 | 8.5 | 7.7 | 7.7 | 8.7 | 12.5 | 14.3 |
| Other Noncurrent Assets | | 17.3 | 44.2 | 76.5 | 76.5 | 76.5 | 76.5 | 76.5 | 76.5 | 76.5 | 76.5 | 76.5 |
| Total Current Assets | | 92.3 | 249.1 | 287.0 | 290.8 | 321.9 | 379.8 | 423.6 | 423.6 | 588.7 | 818.1 | 1,053.7 |
| Net Property, Plant & Equipment | | 20.1 | 29.5 | 31.5 | 28.5 | 25.7 | 23.4 | 21.4 | 21.4 | 15.2 | 15.3 | 20.1 |
| Deferred tax assets | | 150.6 | 161.8 | 159.3 | 159.3 | 159.3 | 159.3 | 159.3 | 159.3 | 159.3 | 159.3 | 159.3 |
| Goodwill | | 1,119.3 | 1,128.2 | 1,128.5 | 1,128.5 | 1,128.5 | 1,128.5 | 1,128.5 | 1,128.5 | 1,128.5 | 1,128.5 | 1,128.5 |
| Other Noncurrent Assets | | 101.4 | 118.8 | 99.4 | 99.4 | 99.4 | 99.4 | 99.4 | 99.4 | 99.4 | 99.4 | 99.4 |
| Total Assets | | 1,483.8 | 1,687.4 | 1,705.7 | 1,706.4 | 1,734.8 | 1,790.4 | 1,832.2 | 1,832.2 | 1,991.1 | 2,220.7 | 2,460.9 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | | | | | | | | | |
| Short Term Debt | | 0.0 | 6.3 | 6.3 | 6.3 | 6.3 | 6.3 | 6.3 | 6.3 | 6.3 | 6.3 | 6.3 |
| Accounts Payable and Accrued Expenses | | 40.9 | 76.3 | 76.1 | 53.8 | 56.2 | 83.4 | 96.1 | 96.1 | 108.5 | 156.1 | 178.8 |
| Other Current Liabilities | | 88.2 | 118.2 | 83.0 | 83.0 | 83.0 | 83.0 | 83.0 | 83.0 | 83.0 | 83.0 | 83.0 |
| Total Current Liabilities | | 129.1 | 200.8 | 165.3 | 143.0 | 145.4 | 172.6 | 185.3 | 185.3 | 197.7 | 245.3 | 268.0 |
| Long-term Debt | | 0.0 | 266.9 | 265.1 | 265.1 | 265.1 | 265.1 | 265.1 | 265.1 | 265.1 | 265.1 | 265.1 |
| Other Long Term Liabilities | | 286.6 | 262.0 | 243.4 | 243.4 | 243.4 | 243.4 | 243.4 | 243.4 | 243.4 | 243.4 | 243.4 |
| Noncontrolling Interests | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total Liabilities | | 415.7 | 729.7 | 673.8 | 651.5 | 653.9 | 681.0 | 693.8 | 693.8 | 706.2 | 753.8 | 776.5 |
| Total Stockholders' Equity | | 1,068.1 | 957.8 | 1,031.9 | 1,054.9 | 1,080.9 | 1,109.4 | 1,138.4 | 1,138.4 | 1,284.9 | 1,466.9 | 1,684.5 |
| Total Liabilities & Equity | | 1,483.8 | 1,687.4 | 1,705.7 | 1,706.4 | 1,734.8 | 1,790.4 | 1,832.2 | 1,832.2 | 1,991.1 | 2,220.7 | 2,460.9 |
| Check | | 0.0 | 0.0 | (0.0) | (0.0) | (0.0) | (0.0) | (0.0) | (0.0) | (0.0) | (0.0) | (0.0) |

| CASH FLOW | 2018A | 2019A | 2020A | 2021E | Q1 '22E | Q2 '22E | Q3 '22E | Q4 '22E | 2022E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Income | 5.9 | 100.3 | (20.6) | 45.9 | 23.0 | 26.0 | 28.5 | 29.1 | 106.5 | 146.5 | 181.9 | 217.6 |
| Depreciation & Amortization | 25.8 | 28.8 | 30.0 | 29.7 | 7.8 | 7.8 | 7.8 | 7.8 | 31.1 | 32.7 | 34.3 | 36.1 |
| Stock Comp | 22.0 | 29.7 | 47.3 | 60.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Restructuring | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Deferred Tax Provision | 12.5 | (101.2) | (11.4) | (4.4) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other Non-Cash Charges | 0.0 | 0.0 | 25.3 | 4.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Non-cash Charges | 66.2 | 57.6 | 70.6 | 135.7 | 30.8 | 33.8 | 36.2 | 36.9 | 137.6 | 179.2 | 216.3 | 253.6 |
| Working Capital Adjustment | 49.1 | 30.5 | (25.8) | (61.3) | (39.8) | 4.8 | 25.5 | 19.3 | 10.0 | 1.9 | 23.0 | 6.4 |
| Cash Flow from Operating Activities | 115.3 | 88.1 | 44.8 | 74.4 | (9.0) | 38.6 | 61.8 | 56.2 | 147.6 | 181.1 | 239.3 | 260.1 |
| Capital Expenditures | (6.5) | (4.5) | (19.0) | (12.0) | (4.8) | (5.0) | (5.4) | (5.8) | (21.1) | (26.5) | (34.4) | (40.8) |
| Net Sales & Acqusitions | 0.0 | 0.0 | (11.7) | (30.7) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other | (79.8) | 0.0 | 0.0 | 1.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Cash Flows from Investing Activities | (86.3) | (4.5) | (30.7) | (41.6) | (4.8) | (5.0) | (5.4) | (5.8) | (21.1) | (26.5) | (34.4) | (40.8) |
| Changes in Debt | 0.0 | 0.0 | 269.6 | (7.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net transactions with Parent | (28.9) | (83.6) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other | 0.0 | 0.0 | (149.4) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Cash Flow from Financing Activities | (28.9) | (83.6) | 121.6 | 4.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Increase (Decrease) in Cash | (0.0) | (0.0) | 136.1 | 38.1 | (13.8) | 33.6 | 56.3 | 50.4 | 126.5 | 154.6 | 204.9 | 219.3 |
| Free Cash Flow | 108.7 | 83.6 | 25.8 | 62.3 | (13.8) | 33.6 | 56.3 | 50.4 | 126.5 | 154.6 | 204.9 | 219.3 |

Source: Company Reports, Wells Fargo Securities, LLC estimates

This document is for richard.yerganian@cerence.com and should not be distributed further.

## Price Target Basis and Risk

**Price Target for CRNC: $91.00 from $95.00**

Our $91 price target is based on 9.5x 2022E EV to Sales. Our base case reflects an ~12% y/y increase in FY 2022E global production (16% N America, 15% Europe, & 11% China). This reflects continued capacity constraints from the semiconductor shortage.

**Risk for CRNC**

Upside risks: Acquisitions are a key upside risk, either CRNC seeking to expand its product capabilities or a larger company bringing Cerence tech in-house.

Downside risks: CRNC is at risk from rising competition, particularly from big tech companies. In addition, software is constantly being improved, so if CRNC does not keep up with these changes it could face market share declines.

## Investment Thesis

CRNC
Since its spinoff, CRNC has delivered a surprisingly strong operating performance along with positive technology developments. The company has already exceeded 2024 gross margin targets, and the leadership has been highly proactive with products rolling outs. That said, we expect the margin gains to moderate and sales expectations are already elevated. Consequently, we think investors should wait for a better entry point. We are Equal Weight.

This document is for richard.yerganian@cerence.com and should not be distributed further.

Cerence Inc.                                                                                              Equity Research

## Required Disclosures

I, Colin M. Langan, certify that:

1) All views expressed in this research report accurately reflect my personal views about any and all of the subject securities or issuers discussed; and

2) No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by me in this research report.

Wells Fargo Securities, LLC does not compensate its research analysts based on specific investment banking transactions. Wells Fargo Securities, LLC's research analysts receive compensation that is based upon and impacted by the overall profitability and revenue of the firm, which includes, but is not limited to investment banking revenue.

## Additional Information Available Upon Request



Cerence Inc. Rating History as of 11-19-2021

Initiation (I); Drop Coverage (D); Overweight (BUY); Equal Weight (HOLD); Underweight (SELL); Suspended (SR); Not Rated (NR); No Estimate (NE)

Wells Fargo Securities, LLC and/or its affiliates, have beneficial ownership of 0.5% or more of any class of the common stock of Cerence Inc..

Wells Fargo Securities, LLC, maintains a market in the common stock of Cerence Inc..

Wells Fargo Securities, LLC and/or its affiliates, have beneficial ownership of 1% or more of any class of the common stock of Cerence Inc..

Wells Fargo Securities, LLC, or any of its affiliates, intends to seek or expects to receive compensation for investment banking services from Cerence Inc. in the next three months.

Wells Fargo Securities, LLC, received compensation for products or services other than investment banking services from Cerence Inc. in the past 12 months.

Cerence Inc. currently is, or during the 12 month period preceding the date of distribution of the research report was, a client of Wells Fargo Securities, LLC. Wells Fargo Securities, LLC, provided non-securities services to Cerence Inc..

Wells Fargo Securities, LLC, or its affiliates has a significant financial interest in Cerence Inc..

**STOCK RATING**

**1=Overweight**: Total return on stock expected to be 10%+ over the next 12 months. BUY

**2=Equal Weight**: Total return on stock expected to be 0-10% over the next 12 months. HOLD

**3=Underweight**: Total return on stock expected to lag the Overweight- and Equal Weight-rated stocks within the analyst's coverage universe over the next 12 months. SELL

**As of November 21, 2021**
55.7% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Overweight.
35.2% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Equal Weight.
9.1% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Underweight.
Wells Fargo Securities, LLC has provided investment banking services for 57.3% of its Equity Research Overweight-rated companies.

This document is for richard.yerganian@cerence.com and should not be distributed further.

Wells Fargo Securities, LLC has provided investment banking services for 44.6% of its Equity Research Equal Weight-rated companies.
Wells Fargo Securities, LLC has provided investment banking services for 38.2% of its Equity Research Underweight-rated companies.

**Important Disclosure for U.S. Clients**

This report was prepared by Wells Fargo Securities Global Research Department ("WFS Research") personnel associated with Wells Fargo Securities and Structured Asset Investors, LLC ("SAI"), an investment adviser subsidiary of Wells Fargo & Co. If you are paying directly for this research, it is being provided by SAI. For all other recipients in the U.S. this report is being provided by Wells Fargo Securities.

Wells Fargo Securities' research department may, from time to time, provide clients with short-term trading views in its research reports regarding subject companies on which Wells Fargo Securities currently has equity research coverage. A short-term trading view offers a view on how the market price of a subject company's common equity may trend in absolute terms during the 30 days following the date of the short-term trading view. A short-term trading view on a subject company's common equity does not impact our fundamental investment rating or price target for that company, which reflect our view of how the subject company's common equity may perform over a one-year period. A short-term trading view may reach a different conclusion than the firm's fundamental investment rating and price target for a subject company and, therefore, short-term trading views could result in short-term price movements that are contrary to our fundamental investment rating and price target. Short-term trading views are not ratings and the firm does not intend, nor undertakes any obligation, to maintain, update or close out short-term trading views. Short-term trading views may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any short-term trading views discussed in Wells Fargo Securities research reports.

**Important Disclosure for International Clients**

**United Kingdom** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the United Kingdom, this report is distributed by Wells Fargo Securities International Limited ("WFSIL"). WFSIL is a UK incorporated investment firm authorised and regulated by the Financial Conduct Authority. For the purposes of Section 21 of the UK Financial Services and Markets Act 2000 (the "Act"), the content of this report has been approved by WFSIL, an authorised person under the Act. WFSIL does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). The FCA rules made under the Financial Services and Markets Act 2000 for the protection of retail clients will therefore not apply, nor will the Financial Services Compensation Scheme be available. This report is not intended for, and should not be relied upon by, retail clients.

**EEA** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the EEA, this report is distributed by WFSIL or Wells Fargo Securities Europe S.A. ("WFSE"). WFSE is a French incorporated investment firm authorized and regulated by the Autorité de contrôle prudentiel et de résolution and the Autorité des marchés financiers. WFSE does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). This report is not intended for, and should not be relied upon by, retail clients.

**Australia** – Wells Fargo Securities, LLC, Wells Fargo Securities International Limited and Wells Fargo Securities Asia Limited are exempt from the requirements to hold an Australian financial services license in respect of the financial services they provide to wholesale clients in Australia. Wells Fargo Securities, LLC is regulated under the laws of the United States, Wells Fargo Securities International Limited is regulated under laws of the United Kingdom, and Wells Fargo Securities Asia Limited is regulated under the laws of Hong Kong. All such laws differ from Australian laws. Any offer or documentation provided to Australian recipients by Wells Fargo Securities, LLC, Wells Fargo Securities International Limited or Wells Fargo Securities Asia Limited in the course of providing the financial services will be prepared in accordance with the laws of the United States, United Kingdom or Hong Kong and not Australian laws.

**Canada** – This report is distributed in Canada by Wells Fargo Securities Canada, Ltd., a registered investment dealer in Canada and member of the Investment Industry Regulatory Organization of Canada (IIROC) and Canadian Investor Protection Fund (CIPF). Wells Fargo Securities, LLC's research analysts may participate in company events such as site visits but are generally prohibited from accepting payment or reimbursement by the subject companies for associated expenses unless pre-authorized by members of Research Management.

**Hong Kong** – This report is issued and distributed in Hong Kong by Wells Fargo Securities Asia Limited ("WFSAL"), a Hong Kong incorporated investment firm licensed and regulated by the Securities and Futures Commission to carry on types 1, 4, 6 and 9 regulated activities (as defined in the Securities and Futures Ordinance (Cap. 571 The Laws of Hong Kong), "the SFO"). This report is not intended for, and should not be relied on by, any person other than professional investors (as defined in the SFO). Any securities and related financial instruments described herein are not intended for sale, nor will be sold, to any person other than professional investors (as defined in the SFO). The author or authors of this report is or are not licensed by the Securities and Futures Commission. Professional investors who receive this report should direct any queries regarding its contents to Kelly Chiang and Mandy Wan at WFSAL (email: wfsalresearch@wellsfargo.com).

**Japan** – This report is distributed in Japan by Wells Fargo Securities (Japan) Co., Ltd, registered with the Kanto Local Finance Bureau to conduct broking and dealing of type 1 and type 2 financial instruments and agency or intermediary service for entry into investment advisory or discretionary investment contracts. This report is intended for distribution only to professional investors (Tokutei Toushika) and is not intended for, and should not be relied upon by, ordinary customers (Ippan Toushika).

The ratings stated on the document are not provided by rating agencies registered with the Financial Services Agency of Japan (JFSA) but by group companies of JFSA-registered rating agencies. These group companies may include Moody's Investors Services Inc., Standard & Poor's Rating Services and/or Fitch Ratings. Any decisions to invest in securities or transactions should be made after reviewing policies and methodologies used for assigning credit ratings and assumptions, significance and limitations of the credit ratings stated on the respective rating agencies' websites.

**About Wells Fargo Securities**

Wells Fargo Securities is the trade name for the capital markets and investment banking services of Wells Fargo & Company and its subsidiaries, including but not limited to Wells Fargo Securities, LLC, a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of NYSE, FINRA, NFA and SIPC, Wells Fargo Prime Services, LLC, a member of FINRA, NFA and SIPC, Wells Fargo Securities Canada, Ltd., a member of IIROC and CIPF, Wells Fargo Bank, N.A. and Wells Fargo Securities International Limited, authorized and regulated by the Financial Conduct Authority.

This document is for richard.yerganian@cerence.com and should not be distributed further.

Cerence Inc.

Equity Research

This report is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or instruments named or described in the report. This report, including any ratings it contains, should not be considered a recommendation tailored to a particular investor with respect to (i) the security or securities or (ii) any investment strategy or strategies discussed in the report. Interested parties are advised to contact the entity with which they deal, or the entity that provided this report to them, if they desire further information or they wish to effect transactions in the securities discussed in this report. The information in this report has been obtained or derived from sources believed by Wells Fargo Securities Global Research Department ("WFS Research"), to be reliable, but WFS Research does not represent that this information is accurate or complete. Any opinions or estimates contained in this report represent the judgment of WFS Research, at this time, and are subject to change without notice. Certain text, images, graphics, screenshots and audio or video clips included in this report are protected by copyright law and owned by third parties (collectively, "Third Party Content"). Third Party Content is made available to clients by Wells Fargo under license or otherwise in accordance with applicable law. Any use or publication of Third Party Content included in this report for purposes other than fair use requires permission from the copyright owner. Any external website links included in this publication are not maintained, controlled or operated by Wells Fargo Securities. Wells Fargo Securities does not provide the products and services on these websites and the views expressed on these websites do not necessarily represent those of Wells Fargo Securities. Please review the applicable privacy and security policies and terms and conditions for the website you are visiting. All Wells Fargo Securities and SAI research reports published by WFS Research are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Additional distribution may be effected via email, fax or regular mail. Clients may also receive our research via third party vendors. Not all research content is redistributed to our clients or available to third-party aggregators, nor is WFS Research responsible for the redistribution of our research by third party aggregators. Equity Strategists focus on investment themes across the equity markets and sectors. Any discussion within an Equity Strategy report of specific securities is not intended to provide a fundamental analysis of any individual company described therein. The information provided in Equity Strategy reports is subject to change without notice, and investors should not expect continuing information or additional reports relating to any security described therein. Wells Fargo Securities' Signature Picks is a product of the Equity Strategy team and represents a portfolio of stocks selected from the Equity Research Department's universe of Overweight rated stocks. Stocks with this designation are selected by the Signature Picks Committee based on factors such as volatility, risks, market cap and liquidity and may not represent the fundamental analysts' top rated stock in their respective coverage universe. For research or other data available on a particular security, please contact your sales representative or go to http://research.wellsfargosecurities.com. For the purposes of the U.K. Financial Conduct Authority's rules, this report constitutes impartial investment research. Each of Wells Fargo Securities, LLC, Wells Fargo Securities International Limited and Wells Fargo Securities Europe S.A. is a separate legal entity and distinct from affiliated banks. Copyright © 2021 Wells Fargo Securities, LLC

SECURITIES: NOT FDIC-INSURED - MAY LOSE VALUE - NO BANK GUARANTEE

This document is for richard.yerganian@cerence.com and should not be distributed further.