# EXHIBIT 39

*(Craig-Hallum analyst report, "Auto Headwinds And Weak New Connected Revenue Catch Up To Cerence. Good Bookings And Great Pipe Bode Well For FY'22.  Maintain BUY, Lowering Price Target To $135," dated November 23, 2021)*



**CRAIG-HALLUM**
C A P I T A L   G R O U P   L L C

**Jeff Van Rhee, CFA**
Senior Research Analyst
612-334-6343
jvanrhee@craig-hallum.com

**Aaron Duke**
Research Analyst
612-334-6352
aaron.duke@craig-hallum.com
**www.craig-hallum.com**

| Changes | Previous | Current |
|---|---|---|
| Rating: | -- | Buy |
| Fundamental Trend | -- | Improving |
| Price Target: | $145 | $135 |
| FY20A Rev (MM): | -- | $329.6 |
| FY21A Rev (MM): | $388.2E | $387.2A |
| FY22E Rev (MM): | $435.0 | $401.4 |
| FY20A EPS*: | -- | $1.68 |
| FY21A EPS*: | $2.42E | $2.53A |
| FY22E EPS*: | $2.51 | $2.18 |

| Profile | |
|---|---|
| Price: | $82.59 |
| 52 Week Range: | $78.00 - $139.00 |
| Avg. Daily Vol. (MM): | 0.4 |
| Diluted Sh. Out (MM): | 44.4 |
| Market Cap (MM): | $3,669 |
| Insiders Own: | 1.9% |
| Stated Book Val/Sh.: | $23.23 |
| Net Cash/Sh.: | ($2.37) |
| Short Int. / Days to Cover | 5.3M / 18.6 |
| LT EPS Growth | 15% |
| Fiscal Year End | September |

| Rev (M) | 2020A | 2021A | 2022E |
|---|---|---|---|
| Dec | $77.5 | $95.0 | $91.1 |
| Mar | 86.5 | 98.7 | 93.3 |
| Jun | 74.8 | 96.8 | 103.5 |
| Sep | 90.9 | 98.1 | 113.5 |
| FY | $329.6 | $387.2 | $401.4 |
| *y/y* | *9%* | *17%* | *4%* |
| | | | |
| EV/Rev | 11.4x | 9.8x | 9.4x |

| EPS* | 2020A | 2021A | 2022E |
|---|---|---|---|
| Dec | $0.29 | $0.57 | $0.46 |
| Mar | 0.43 | 0.69 | 0.49 |
| Jun | 0.31 | 0.62 | 0.57 |
| Sep | 0.61 | 0.66 | 0.67 |
| FY | $1.68 | $2.53 | $2.18 |
| | | | |
| EBITDA | $114.9 | $155.9 | $146.4 |
| EV/EBITDA | 32.5x | 24.3x | 25.8x |

*Non-GAAP attributable to. common.*

| Management | |
|---|---|
| CEO | Sanjay Dhawan |
| CFO | Mark Gallenberger |

November 23, 2021
Institutional Research

## Cerence, Inc. — BUY

(CRNC - $82.59)    Price Target:  $135

**Auto Headwinds And Weak New Connected Revenue Catch Up To Cerence.  Good Bookings And Great Pipe Bode Well For FY'22.  Maintain BUY, Lowering Price Target To $135.**

*Cerence, Inc. is a leading provider of speech recognition and voice technologies for automotive applications, offering both Edge (in-car) and Cloud-Connected solutions.*

### OUR CALL

Headline numbers were largely as expected, but under the covers a number of key lines surprised.  Specifically, new connected revenue was down sequentially.  While overall backlog was up from $740M to $941M in the past 12 months, seeming to nicely support the '24 target model, the near-term sequential behavior of new connected was odd with limited clarity provided.  Also, prepaid license was up 40% sequentially and well ahead of us as a few key customers chose to prepay in the quarter.  This revenue is hard to predict and at the same time raises concerns about potentially pulling forward revenue.  Guidance was below the Street on both top and bottom line, reflecting the ongoing chaos in automotive supply chains related to both COVID as well as chip shortages and also building in more spend than assumed (particularly in R&D).  Bookings of $590M for the year was reasonable ($835M FY'20), particularly in light of the operating chaos currently playing out in the space.  In addition, we believe an extremely large deal that pushed out in the quarter is likely $200M+ in value.  This deal likely falls in FY'22 and will greatly aid bookings and backlog growth.  This team has established substantial credibility with us, and we believe they remain on track for their FY'24 target model.  We are modestly reducing our estimates to reflect current headwinds and are tweaking our target as well.  That said, we maintain our Buy rating and believe the competitive position and opportunity for the company remain extremely compelling over the next 5 to 10 years.  Our new price target is $135.

| | Q4'21 (Act.) | | | Q1'22 (Est.) | | | FY'21 (Act.) | | | FY'22 (Est.) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Revenue | Adj. EBITDA | EPS* | Revenue | Adj. EBITDA | EPS* | Revenue | Adj. EBITDA | EPS* | Revenue | Adj. EBITDA | EPS* |
| Actuals | $98.1 | $38.8 | $0.66 | - | - | - | $387.2 | $155.9 | $2.53 | - | - | - |
| CHLM Prev. Est. | $99.1 | $36.4 | $0.55 | $103.3 | $39.6 | $0.59 | $388.2 | $153.4 | $2.42 | $435.0 | $169.3 | $2.51 |
| Consensus | $98.4 | $36.7 | $0.56 | $101.3 | $38.3 | $0.58 | $388.1 | $154.3 | $2.45 | $441.4 | $171.7 | $2.69 |
| Prev. Guidance | $97.0 - $101.0 | $36.0 - $39.0 | $0.55 - $0.61 | - | - | - | $386.1 - $390.1 | $153.1 - $156.1 | $2.42 - $2.48 | - | - | - |
| Revised Guidance | - | - | - | $91.0 - $96.0 | $31.0 - $35.0 | $0.47 - $0.53 | - | - | - | $400.0 - $425.0 | $144.0 - $163.0 | $2.17 - $2.51 |
| CHLM Revised Est. | - | - | - | $91.1 | $31.1 | $0.46 | - | - | - | $401.4 | $146.4 | $2.18 |

*EPS is non-GAAP attributable to common.*

### OUR POINT OF VIEW

Results were mostly in-line with revenue of $98.1M (7% y/y growth; FY'21 revenue grew 17% y/y) coming in just below consensus of $98.4M and EBITDA coming in ahead at $38.8M versus consensus of $36.7M.  The forward guide (FY'22) came in below consensus with revenue / adjusted EBITDA of $412.5M / $153.5M (midpoints) versus consensus of $441.4M / $171.7M and versus our estimates of $435M / $169.3M.  Management pointed to a $23M reduction in legacy revenue (not entirely baked into consensus) and uncertainty/challenges surrounding auto production and associated chip shortages as responsible for the lower-than-expected guide.  Still, the guide implies 7% y/y growth (12% y/y when excluding the legacy revenue).  Over the

same period, global auto production is expected to be flat according to IHS Markit estimates, demonstrating that CRNC expects continued outperformance in its target market. Despite FY'22 guidance coming in below the Street, management reiterated their confidence in the company's '24 targets given last quarter ($700M in revenue, 37% EBITDA margins).

2H'21 bookings came in at $297M, roughly in line with 1H'21 bookings of $293M, with new products representing ~20% of bookings. Total FY'21 bookings of $590M was down 29% y/y from the exceptional $835M the company posted in FY'20 (was ~$490M in FY'19). Management pointed to one very large deal in EMEA that pushed into '22 and would have gotten the company back into the $800M+ range in bookings (and possibly to record level bookings) had it closed in the quarter. The customer is in the midst of a re-org and pushed out due to delays in bringing its software resources from 12 brands all under one roof. We expect the deal will close in early '22.

Key Metrics/Other Notables:

- 53% of worldwide auto production with CRNC tech (also 53% in prior quarter).
- 7.9 year average contract duration (6.8 years in prior quarter).
- 20% TTM increase in cars shipped with CRNC connected technology (12% in prior quarter; global auto production was up 9% in the current quarter).
- 8% growth in TTM billings per car (up 13% TTM in prior quarter).
- Added $200M of backlog in the quarter bringing total backlog to a record $2B.
- Won first major customer for the company's building mobility platform (elevators).
- Won fourteen new logos in FY'21 including five competitive takeaways. We believe that CRNC displaced SoundHound and iFlytek in these takeaways. Management noted the company continues to be involved in co-exist deals and has seen no increased pricing pressure or anything out of the ordinary there.
- 174 starts of production in FY'21 (company record).
- The balance sheet ended the quarter with $166.2M in cash and marketable securities and $271.3M of debt. Q4 FCF of $19.3M compared to $24.7M a year earlier. FY'21 CFFO of $74.4M was notably higher than the prior year's $47.1M.

Revenue/Margin sub-segment breakdown for the quarter:

- Edge (up 11% y/y) reported $51.4M in revenue versus our $51M estimate. Variable revenue was down ~13% y/y due to declines in global auto production/semiconductor woes (this is the area of the business that is most sensitive to auto production). Fixed/prepaid revenue was up ~54% y/y as the company pointed to two larger, unexpected deals that

closed in the quarter. Management believes they will see this number recede in '22 and are factoring it into the annual guide.

- Connected (roughly flat y/y and down ~16% sequentially) reported $25.6M in revenue versus our $30.1M estimate. Legacy connected revenue was in-line with past quarters while new connected came in very light (down 34% sequentially). Management noted the shortfall was due to a $1.7M accounting adjustment as well as usage-based contracts performing poorer than expected. After showing strong growth following the worst days of COVID, monthly active users have plateaued over the past two quarters. Management pointed to declines in auto production and lingering COVID effects as the culprits. Additionally, management noted some revenue was pulled forward in Q3, making the sequential decline appear more significant.
- Professional services revenue was up 8% y/y (27% sequentially), coming in at $21.1M vs our $18.0M estimate. PS revenue was near record highs and was up considerably over the prior two quarters. PS is a key leading indicator of future revenue growth as PS ramps when the company begins working on new customizations for recently signed deals (revenue typically comes 18-36 months after signing a new deal).
- Overall non-GAAP gross margins of 78.1% compared to our 76.5% estimate (76% 2024 target for non-GAAP gross margin) and was led by 29.2% professional service margins versus our 13% estimate.

CRNC finished the year with total backlog of ~$2B, comprised of ~$940M in Connected Services ($150M Legacy, $791M in New), $934M in License, and $120M in PS. Management credited the backlog numbers as giving them confidence in reaching their '24 targets. The company is targeting $700M in '24 revenue, which is comprised of $300M in License (compared to $934M in backlog), $225M in Connected ($940 in backlog), $110M in PS ($120M in backlog, but half of PS is typically booked and shipped intra-quarter), and $65M in New Mobility Markets (landed first major deal, but haven't recognized any bookings out of conservatism).

In sum, the quarter had some messy moving parts, but in general we believe the key indicators point to a business that remains on track for their '24 target model. Importantly, this team has earned a lot of credibility since spin out and when they've laid out numbers, they've routinely beat. The initial guide for FY'21 was $370M at the midpoint and despite COVID and supply-chain/chip shortage chaos, the company posted $387M for the year. For starters, we see the current FY'22 guide as conservative based on a strong track record from the team. Secondly, we believe the pushed-out EMEA deal was extraordinarily large and had it closed as expected could have pushed the $590M bookings number up to possibly exceed the $835M seen in FY'20. This deal appears to have been won but restructuring of purchasing is delaying formal closure. The deal is highly likely to close in H1'22 and will meaningfully boost the bookings numbers and backlog for the year (also new

signings in mobility/other are not being captured in bookings and we believe are big enough to move the needle already).  Thirdly, backlog coverage and growth suggest strong visibility to '24 numbers.  Overall the business is performing very, very well as repeatedly confirmed by our field work.  Near term, we seek greater clarity on the new connected revenue and its behavior. That said, we remain convinced of the quality of the company, their competitive position, and forward prospects.  We maintain our Buy rating but are reducing our target somewhat to $135 given our reduced estimates.

**Cerence, Inc.**
**Fiscal Year Guidance Revision History**
**Craig-Hallum Capital Group LLC**

| Date Guided | Period Guided | Event | Revenue | Adj. EBITDA | Non-GAAP EPS | CFFO |
|---|---|---|---|---|---|---|
| 9/9/2019 | FY19 | Investor Presentation | $300.0 - $302.0M | $91.0 - $93.0M | N/A | $80 - $85.0M |
| 12/17/2019 | FY19 (Actual) | Reported | $303.3M | $94.7M | $1.73 | $88.1M |
| 9/9/2019 | FY20 | Investor Presentation | $321.0 - $336.0M | $89.0 - $96.0M | N/A | $42.0 - $50.0M |
| 12/17/2019 | FY20 | Q4'FY19 Earnings Call | $321.0 - $336.0M | $89.0 - $96.0M | N/A | $42.0 - $50.0M |
| 2/11/2020 | FY20 | Q1'FY20 Earnings Call | $321.0 - $336.0M | $91.0 - $98.0M | $1.07 - $1.21 | $43.0 - $51.0M |
| 5/7/2020 | FY20 | Q2'FY20 Earnings Call | Guidance withdrawn due to uncertainty around the COVID-19 pandemic. | | | |
| 8/4/2020* | FY20 | Q3'FY20 Earnings Call | $314.8 - $318.8M | $97.6 - $100.6M | $1.33 - $1.38 | ~$43M |
| 11/16/2020 | FY20 (Actual) | Reported | $329.6M | $114.9M | $1.68 | $44.8M |
| 11/16/2020 | FY21 | Q4'FY20 Earnings Call | $360.0 - $380.0M | $122.0 - $135.0M | $1.81 - $2.05 | $62.0 - $70.0M |
| 2/8/2021 | FY21 | Q1'FY21 Earnings Call | $370.0 - $380.0M | $131.0 - $140.0M | $1.91 - $2.10 | $67.0 - $72.0M |
| 5/10/2021 | FY21 | Q2'FY21 Earnings Call | $380.0 - $390.0M | $143.0 - $152.0M | $2.22 - $2.37 | $70.0 - $74.0M |
| 8/9/2021 | FY21 | Q3'FY21 Earnings Call | $386.1 - $390.1M | $153.1 - $156.1M | $2.42 - $2.48 | - |
| 11/22/2021 | FY21 (Actual) | Reported | $387.2M | $155.9M | $2.53 | $74.4M |
| 11/22/2021 | FY22 | Q4'FY21 Earnings Call | $400.0 - $425.0M | $144.0 - $163.0M | $2.17 - $2.51 | - |

*Backed into via Q4'FY20 guide

Source: Craig-Hallum Capital Group;  Cerence, Inc.

### Long-Term Target Model

| | FY21 Actual | CHLM FY22 Est. | Old FY24 Targets Given Feb'20 | 5-Year CAGR | New FY24 Targets Given Aug'21 | 5-Year CAGR |
|---|---|---|---|---|---|---|
| **Total Revenue** | **387.2M** | **401.4M** | **600.0M** | **15%** | **700.0M** | **18%** |
| License Revenue | 202.2M | 202.8M | 300.0M | 12% | 300.0M | 12% |
| Connected Revenue | 109.5M | 115.6M | 140.0M | 12% | 225.0M | 23% |
| New Connected | 46.6M | 72.5M | - | N/A | 105.0M | 38% |
| Legacy Connected | 62.9M | 43.1M | - | N/A | 30.0M | -12% |
| Professional Services Revenue | 75.5M | 83.0M | 85.0M | 12% | 110.0M | 16% |
| SaaS / ARR Revenue | - | - | 75.0M | N/A | 90.0M | N/A |
| New Mobility Markets | - | - | - | N/A | 65.0M | N/A |
| **Non-GAAP Gross Margin** | **77.3%** | **76.5%** | **75%** | **N/A** | **76%** | **N/A** |
| **Non-GAAP Operating Margin** | **37.8%** | **34.0%** | **33%** | **N/A** | **36%** | **N/A** |
| **Adj. EBITDA** | **155.9M** | **146.4M** | **210.0M** | **17%** | **260.0M** | **22%** |
| **Adj. EBITDA Margin** | **40.3%** | **36.5%** | **35%** | **N/A** | **37%** | **N/A** |
| **CFFO** | **74.4M** | **88.8M** | **210.0M** | **19%** | **260.0M** | **21%** |

Source: Cerence, Inc.; Craig-Hallum Capital Group

**Cerence, Inc.**
**Institutional Research**

**November 23, 2021**

**Key Metrics**
**Cerence, Inc.**
**Craig-Hallum Capital Group LLC**

| | FY'19 | Dec '19 | Mar '20 | Jun '20 | Sep '20 | FY'20 | Dec '20 | Mar '21 | Jun '21 | Sep'21 | FY'21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ST Deferred Revenue** | | 113,820 | 113,111 | 116,894 | 112,091 | | 104,577 | 90,402 | 84,993 | 78,394 | |
| seq | | 29.0% | -0.6% | 3.3% | -4.1% | | -6.7% | -13.6% | -6.0% | -7.8% | |
| y/y | | - | - | 49.5% | 27.0% | | -8.1% | -20.1% | -27.3% | -30.1% | |
| **LT Deferred Revenue** | | 245,883 | 234,981 | 219,197 | 212,573 | | 215,692 | 211,399 | 204,790 | 198,343 | |
| seq | | -7.2% | -4.4% | -6.7% | -3.0% | | 1.5% | -2.0% | -3.1% | -3.1% | |
| y/y | | - | - | -20.9% | -19.8% | | -12.3% | -10.0% | -6.6% | -6.7% | |
| **Total Deferred Revenue** | | 359,703 | 348,092 | 336,091 | 324,664 | | 320,269 | 301,801 | 289,783 | 276,737 | |
| seq | | 1.8% | -3.2% | -3.4% | -3.4% | | -1.4% | -5.8% | -4.0% | -4.5% | |
| y/y | | - | - | -5.4% | -8.1% | | -11.0% | -13.3% | -13.8% | -14.8% | |
| **PS Backlog** | | - | - | - | 106,000 | | - | - | - | 120,000 | |
| seq | | | | | - | | | | | - | |
| y/y | | - | - | - | 8.2% | | - | - | - | 13.2% | |
| **Liense Backlog** | | - | - | - | 967,000 | | - | - | - | 934,000 | |
| seq | | | | | - | | | | | - | |
| y/y | | - | - | - | 58.8% | | - | - | - | -3.4% | |
| **Connected Backlog** | | - | - | - | 740,000 | | - | - | - | 941,000 | |
| seq | | | | | - | | | | | - | |
| y/y | | - | - | - | 12.5% | | - | - | - | 27.2% | |
| **Total Backlog** | | - | - | - | 1,813,000 | | - | - | - | 1,995,000 | |
| seq | | | | | - | | | | | - | |
| y/y | | - | - | - | 32.8% | | - | - | - | 10.0% | |
| **Total Bookings*** | 491,176 | 533,000 | | 302,000 | | 835,000 | 293,000 | | 297000 | | 590,000 |
| seq | | - | | | | | - | | - | | |
| y/y | - | - | | - | | 70.0% | -45.0% | | -1.7% | | -29.3% |
| **% of Cars Shipped with Cerence Tech. (TTM)** | | 53% | 55% | 54% | 53% | | 54% | 52% | 53% | 53% | |
| **Average Contract Duration (years, TTM)** | | 4.9 | 5.7 | 6.2 | 6.1 | | 6.0 | 6.5 | 6.8 | 7.9 | |
| **Growth in Billings Per Car YTD vs. Prior Year**** | | - | - | 7% | - | | - | - | - | | |
| **Growth in Billings Per Car on a TTM Over Prior TTM Basis**** | | - | - | - | 14% | | 20% | 10% | 13% | 8% | |
| **Y/Y Change in # of Connected Cars Shipped (TTM)** | | - | - | -3% | -16% | | -17% | -10% | 12% | 20% | |

*FY19 bookings estimated based on 70% y/y growth rate given for stated FY20 bookings.
**Excludes legacy Tweddle/Toyota contract
*Source: Cerence, Inc.; Craig-Hallum Capital Group*

**Revenue Splits**
**Cerence, Inc.**
**Craig-Hallum Capital Group LLC**

| | Dec '19 | Mar '20 | Jun '20 | Sep '20 | FY'20 | Dec '20 | Mar '21 | Jun '21 | Sep'21 | FY'21 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Connected** | 23,021 | 23,131 | 24,996 | 25,000 | 96,148 | 25,930 | 27,736 | 30,283 | 25,585 | 109,534 |
| seq | 0.7% | 0.5% | 8.1% | 0.0% | | 3.7% | 7.0% | 9.2% | -15.5% | |
| y/y | 33.4% | 22.7% | 26.8% | 9.4% | 22.2% | 12.6% | 19.9% | 21.2% | 2.3% | 13.9% |
| New Connected | 7,321 | 7,731 | 9,396 | 9,100 | 33,548 | 10,630 | 12,136 | 14,383 | 9,485 | 46,634 |
| seq | 0.0% | 5.6% | 21.5% | -3.2% | | 16.8% | 14.2% | 18.5% | -34.1% | |
| y/y | 152.4% | 61.1% | 91.8% | 23.0% | 59.8% | 45.2% | 57.0% | 53.1% | 4.2% | 39.0% |
| Legacy Connected | 15,700 | 15,400 | 15,600 | 15,900 | 62,600 | 15,300 | 15,600 | 15,900 | 16,100 | 62,900 |
| seq | 0.0% | -1.9% | 1.3% | 1.9% | | -3.8% | 2.0% | 1.9% | 1.3% | |
| y/y | 9.0% | 9.2% | 5.4% | 3.2% | 7.9% | -2.5% | 1.3% | 1.9% | 1.3% | 0.5% |
| **License** | 40,767 | 44,622 | 32,454 | 46,425 | 164,268 | 46,414 | 54,371 | 49,980 | 51,418 | 202,183 |
| seq | -9.6% | 9.5% | -27.3% | 43.0% | | 0.0% | 17.1% | -8.1% | 2.9% | |
| y/y | -7.4% | 13.5% | -26.2% | 3.0% | 13.9% | 13.9% | 21.8% | 54.0% | 10.8% | 23.1% |
| Variable License | 33,667 | 28,222 | 18,254 | 29,925 | 110,068 | 36,314 | 37,071 | 31,780 | 26,018 | 131,183 |
| seq | -0.4% | -16.2% | -35.3% | 63.9% | | 21.4% | 2.1% | -14.3% | -18.1% | |
| y/y | 6.2% | -7.8% | -44.3% | -11.4% | -14.7% | 7.9% | 31.4% | 74.1% | -13.1% | 19.2% |
| Fixed/Prepay License | 7,100 | 16,400 | 14,200 | 16,500 | 54,200 | 10,100 | 17,300 | 18,200 | 25,400 | 71,000 |
| seq | -37.2% | 131.0% | -13.4% | 16.2% | | -38.8% | 71.3% | 5.2% | 39.6% | |
| y/y | -42.3% | 88.5% | 27.9% | 46.0% | 26.0% | 42.3% | 5.5% | 28.2% | 53.9% | 31.0% |
| **Professional Services** | 13,671 | 18,742 | 17,360 | 19,457 | 69,230 | 21,299 | 16,555 | 16,538 | 21,073 | 75,465 |
| seq | -8.9% | 37.1% | -7.4% | 12.1% | | 9.5% | -22.3% | -0.1% | 27.4% | |
| y/y | 21.8% | 54.6% | 25.0% | 29.7% | 32.5% | 55.8% | -11.7% | -4.7% | 8.3% | 9.0% |
| **Total** | 77,459 | 86,495 | 74,810 | 90,882 | 329,646 | 93,643 | 98,662 | 96,801 | 98,076 | 387,182 |
| seq | -6.6% | 11.7% | -13.5% | 21.5% | | 3.0% | 5.4% | -1.9% | 1.3% | |
| y/y | 6.9% | 23.0% | -3.6% | 9.6% | 8.7% | 20.9% | 14.1% | 29.4% | 7.9% | 17.5% |

*Source: Cerence, Inc.; Craig-Hallum Capital Group*

### Income Statement Analysis

| | EST 4Q21 | ACT 4Q21 | Variance | Seq Growth | Y/Y Growth | Comments |
|---|---|---|---|---|---|---|
| **Total Revenue** | **99,050** | **98,076** | **(974)** | **1%** | **7%** | |
| Cost of Sales | 23,291 | 21,433 | (1,858) | 6% | -3% | |
| **Gross Profit** | **75,759** | **76,643** | **884** | **0%** | **11%** | |
| R&D | 27,035 | 23,320 | (3,715) | -9% | 30% | |
| S&M | 6,633 | 6,910 | 277 | 2% | 24% | |
| G&A | 8,104 | 9,916 | 1,812 | 28% | 38% | |
| Operating Expenses | 41,772 | 40,146 | (1,626) | 0% | 31% | |
| **Operating Profit** | **33,987** | **36,497** | **2,510** | **0%** | **-5%** | |
| **Adj. EBITDA (ex. SBC)** | **36,362** | **38,834** | **2,472** | **0%** | **-5%** | |
| **Pre-Tax Income** | **31,537** | **34,524** | **2,987** | **0%** | **1%** | |
| Tax (refund) | 8,200 | 6,110 | (2,090) | -29% | -32% | |
| **Net Income** | **23,337** | **28,414** | **5,077** | **9%** | **12%** | |
| | | | | | | |
| **Diluted EPS\*** | **$0.55** | **$0.66** | **$0.11** | **8%** | **10%** | |
| *Diluted Shares* | *44,400* | *44,425* | *25* | *1%* | *2%* | |

All figures are Non-GAAP unless noted otherwise.

Source: Craig-Hallum Capital Group; Cerence, Inc.

### Margin Analysis

| | ACT 4Q20 | ACT 1Q21 | ACT 2Q21 | ACT 3Q21 | EST 4Q21 | ACT 4Q21 | Variance | Comments |
|---|---|---|---|---|---|---|---|---|
| **Gross Margin** | **75.8%** | **75.0%** | **77.0%** | **79.1%** | **76.5%** | **78.1%** | **1.7%** | Outperformance driven by improved PS margins. |
| R&D | 7.9% | 8.0% | 8.0% | 8.0% | 8.2% | 10.1% | 1.9% | |
| S&M | 19.7% | 21.4% | 24.7% | 26.4% | 27.3% | 23.8% | -3.5% | |
| G&A | 6.1% | 6.8% | 6.7% | 7.0% | 6.7% | 7.0% | 0.3% | |
| Operating Expenses | 33.7% | 36.1% | 39.4% | 41.4% | 42.2% | 40.9% | -1.2% | |
| **Operating Margin** | **42.1%** | **38.9%** | **37.6%** | **37.7%** | **34.3%** | **37.2%** | **2.9%** | |
| **EBITDA Margin** | **44.6%** | **41.6%** | **39.9%** | **40.0%** | **36.7%** | **39.6%** | **2.9%** | |
| Pre-Tax Margin | 37.6% | 33.7% | 38.9% | 35.8% | 31.8% | 35.2% | 3.4% | |
| Tax Rate | 26.0% | 25.3% | 24.2% | 24.8% | 26.0% | 17.7% | -8.3% | |
| **Net Margin** | **27.8%** | **25.2%** | **29.5%** | **26.9%** | **23.6%** | **29.0%** | **5.4%** | |

All figures are Non-GAAP unless noted otherwise.

Source: Craig-Hallum Capital Group; Cerence, Inc.

## STOCK OPPORTUNITY

We are maintaining our Buy rating and lowering our price target to $135, which is based on a 42x EV/FY'22 EBITDA multiple (currently trading at 25.8x). Automotive peers with much lower margins and revenue streams less recurring in nature trade at ~18x EV/'22 EBITDA while much more similar growth (~15% in '21) SaaS peers trade at ~36x. We have said previously that we believe, over time, with the execution we expect and continued shift to more recurring/highly visible revenue streams, the more similar recurring growth peers would become the dominant of the two potential comp groups, having a greater influence on valuation. With a solid year of results and bookings despite a very challenged auto environment due to COVID, and competitive positioning improving, we continue to believe that to be the case.

## RISKS

We believe an investment in Cerence involves the following risks:

- Now an independent public company, Cerence may incur additional standalone/public company costs than expected, which could hurt results.



- The automotive industry is cyclical, subjecting Cerence to macroeconomic risk. A slowdown/reduction in the number of vehicles shipped could negatively affect the business.

- Big tech companies such as Apple and Google are increasingly looking to integrate their mobile virtual assistants into the vehicle, which could eat into Cerence's dominant market share position.



**November 23, 2021**

## Cerence, Inc.
### (CRNC)
### Income Statement

| (data in thousands, except per share) | ASC 605 Fiscal 2018 | ASC 606 Fiscal 2019 | ASC 606 Dec'19 | ASC 606 Mar'20 | ASC 606 Jun'20 | ASC 606 Sep'20 | ASC 606 Fiscal 2020 | ASC 606 Dec'20 | ASC 606 Mar'21 | ASC 606 Jun'21 | ASC 606 Sep'21 | ASC 606 Fiscal 2021 | ASC 606 Dec'21E | ASC 606 Mar'22E | ASC 606 Jun'22E | ASC 606 Sep'22E | ASC 606 Fiscal 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| License | 171,075 | 172,379 | 40,767 | 44,622 | 32,454 | 46,425 | 164,268 | 46,414 | 54,371 | 49,980 | 51,418 | 202,183 | | | | | |
| Connected | 60,227 | 78,690 | 23,267 | 23,459 | 25,383 | 25,360 | 97,469 | 25,930 | 27,736 | 30,283 | 25,585 | 109,534 | | | | | |
| Professional Services and Other | 45,682 | 52,246 | 13,671 | 18,742 | 17,360 | 19,457 | 69,230 | 21,299 | 16,555 | 16,538 | 21,073 | 75,465 | | | | | |
| **Revenue** | 276,984 | 303,315 | 77,705 | 86,823 | 75,197 | 91,242 | 330,967 | 93,643 | 98,662 | 96,801 | 98,076 | 387,182 | 91,100 | 93,250 | 103,500 | 113,500 | 401,350 |
| COGS License | 1,144 | 2,048 | 681 | 843 | 820 | 439 | 2,783 | 674 | 1,181 | 863 | 826 | 3,544 | | | | | |
| COGS Connected | 32,424 | 36,735 | 8,323 | 8,688 | 6,768 | 6,607 | 30,386 | 6,722 | 6,358 | 5,943 | 5,677 | 24,700 | | | | | |
| COGS Professional Services and Other | 39,554 | 50,166 | 13,620 | 16,320 | 15,811 | 15,021 | 60,772 | 16,021 | 15,161 | 13,442 | 14,930 | 59,554 | | | | | |
| **COGS** | 73,122 | 88,949 | 22,624 | 25,851 | 23,399 | 22,067 | 93,941 | 23,417 | 22,700 | 20,248 | 21,433 | 87,798 | 23,019 | 22,106 | 24,113 | 25,053 | 94,290 |
| **Gross Profit** | 203,862 | 214,366 | 55,081 | 60,972 | 51,798 | 69,175 | 237,026 | 70,226 | 75,962 | 76,553 | 76,643 | 299,384 | 68,081 | 71,144 | 79,388 | 88,448 | 307,061 |
| R&D* | 69,845 | 77,115 | 20,536 | 19,398 | 17,040 | 17,981 | 74,955 | 19,993 | 24,399 | 25,596 | 23,320 | 93,308 | 24,900 | 25,400 | 28,500 | 29,250 | 108,050 |
| S&M* | 26,568 | 30,125 | 6,353 | 5,930 | 5,957 | 5,578 | 23,818 | 6,369 | 6,617 | 6,760 | 6,910 | 26,656 | 6,640 | 6,962 | 7,600 | 9,000 | 30,201 |
| G&A* | 15,003 | 20,224 | 8,302 | 8,497 | 7,201 | 7,198 | 31,198 | 7,478 | 7,860 | 7,719 | 9,916 | 32,973 | 8,000 | 8,000 | 8,000 | 8,500 | 32,500 |
| **Operating Expenses** | 111,416 | 127,464 | 35,191 | 33,825 | 30,198 | 30,757 | 129,971 | 33,840 | 38,876 | 40,075 | 40,146 | 152,937 | 39,540 | 40,362 | 44,100 | 46,750 | 170,751 |
| **Operating Profit** | 92,446 | 86,902 | 19,890 | 27,147 | 21,600 | 38,418 | 107,055 | 36,386 | 37,086 | 36,478 | 36,497 | 146,447 | 28,542 | 30,782 | 35,288 | 41,698 | 136,310 |
| **Adjusted EBITDA (ex. Stock comp.)** | 101,605 | 94,724 | 22,031 | 29,371 | 24,140 | 40,673 | 116,215 | 38,973 | 39,347 | 38,748 | 38,834 | 155,902 | 31,067 | 33,307 | 37,813 | 44,223 | 146,410 |
| Other Income (net of non-cash interest expense) | (54) | 331 | (5,331) | (4,915) | (5,296) | (4,149) | (19,691) | (4,788) | 1,260 | (1,811) | (1,973) | (7,312) | (2,287) | (2,287) | (2,287) | (2,287) | (9,148) |
| Pre-Tax Income | 92,392 | 87,233 | 14,559 | 22,232 | 16,304 | 34,269 | 87,364 | 31,598 | 38,346 | 34,667 | 34,524 | 139,135 | 26,255 | 28,495 | 33,001 | 39,411 | 127,162 |
| Tax | | 24,450 | 3,745 | 5,766 | 4,041 | 8,926 | 22,478 | 8,001 | 9,267 | 8,581 | 6,110 | 31,959 | 6,826 | 7,409 | 8,580 | 10,247 | 33,062 |
| **Net Income** | | 62,783 | 10,814 | 16,466 | 12,263 | 25,343 | 64,886 | 23,597 | 29,079 | 26,086 | 28,414 | 107,176 | 19,428 | 21,087 | 24,421 | 29,164 | 94,100 |
| Interest on Convertible Senior Notes, net of tax | | | | | 325 | 998 | 1,323 | 1,005 | 978 | 988 | 1,019 | 3,990 | 1,005 | 1,005 | 1,005 | 1,005 | 4,020 |
| **Net Income Attributable to Common** | | 62,783 | 10,814 | 16,466 | 12,588 | 26,341 | 66,209 | 24,602 | 30,057 | 27,074 | 29,433 | 111,166 | 20,433 | 22,092 | 25,426 | 30,169 | 98,120 |
| | | | | | | | | | | | | | | | | | |
| **Diluted EPS** | | 1.73 | 0.30 | 0.44 | 0.32 | 0.60 | 1.69 | 0.57 | 0.69 | 0.62 | 0.66 | 2.53 | 0.46 | 0.49 | 0.57 | 0.67 | 2.18 |
| Diluted Shares | | 36,391 | 35,995 | 37,392 | 39,556 | 43,717 | 39,165 | 43,363 | 43,854 | 43,973 | 44,425 | 43,904 | 44,700 | 45,000 | 45,000 | 45,000 | 44,925 |
| Diluted GAAP EPS | | 2.76 | (0.31) | 0.34 | (0.77) | 0.21 | (0.49) | 0.48 | 0.28 | 0.15 | 0.20 | 1.14 | 0.14 | 0.09 | 0.17 | 0.21 | 0.60 |
| Diluted GAAP Shares | | 36,391 | 35,995 | 37,392 | 36,509 | 39,041 | 37,234 | 43,363 | 39,177 | 39,296 | 39,748 | 40,396 | 39,500 | 39,700 | 39,900 | 40,100 | 39,800 |
| | | | | | | | | | | | | | | | | | |
| **Free Cash Flow/ Share** | | 2.30 | 0.18 | (0.44) | 0.34 | 0.56 | 0.72 | 0.20 | 0.30 | 0.48 | 0.44 | (0.27) | | | | | |

**Margin Analysis**

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| License GM | 99.3% | 98.8% | 98.3% | 98.1% | 97.5% | 99.1% | 98.3% | 98.5% | 97.8% | 98.3% | 98.4% | 98.2% | | | | | |
| Connected GM | 46.2% | 53.3% | 64.2% | 63.0% | 73.3% | 73.9% | 68.8% | 74.1% | 77.1% | 80.4% | 77.8% | 77.4% | | | | | |
| Professional Services and Other GM | 13.4% | 4.0% | 0.4% | 12.9% | 8.9% | 22.8% | 12.2% | 24.8% | 8.4% | 18.7% | 29.2% | 21.1% | | | | | |
| **Gross Margin** | 73.6% | 70.7% | 70.9% | 70.2% | 68.9% | 75.8% | 71.6% | 75.0% | 77.0% | 79.1% | 78.1% | 77.3% | 74.7% | 76.3% | 76.7% | 77.9% | 76.5% |
| R&D* | 5.4% | 6.7% | 10.7% | 9.8% | 9.6% | 7.9% | 9.4% | 8.0% | 8.0% | 8.0% | 10.1% | 8.5% | 8.8% | 8.6% | 7.7% | 7.5% | 8.1% |
| S&M* | 25.2% | 25.4% | 26.4% | 22.3% | 22.7% | 19.7% | 22.6% | 21.4% | 24.7% | 26.4% | 23.8% | 24.1% | 27.3% | 27.2% | 27.5% | 25.8% | 26.9% |
| G&A* | 9.6% | 9.9% | 8.2% | 6.8% | 7.9% | 6.1% | 7.2% | 6.8% | 6.7% | 7.0% | 7.0% | 6.9% | 7.3% | 7.4% | 7.3% | 7.9% | 7.5% |
| Operating Expenses | 40.2% | 42.0% | 45.3% | 39.0% | 40.2% | 33.7% | 39.3% | 36.1% | 39.4% | 41.4% | 40.9% | 39.5% | 43.4% | 43.3% | 42.6% | 41.2% | 42.5% |
| **Operating Profit** | 33.4% | 28.7% | 25.6% | 31.3% | 28.7% | 42.1% | 32.3% | 38.9% | 37.6% | 37.7% | 37.2% | 37.8% | 31.3% | 33.0% | 34.1% | 36.7% | 34.0% |
| **Adjusted EBITDA (ex Stock comp.)** | 36.1% | 31.2% | 28.4% | 33.8% | 32.1% | 44.6% | 35.1% | 41.6% | 39.9% | 40.0% | 39.6% | 40.3% | | | | | 36.5% |
| Pre-Tax Income | 33.4% | 28.8% | 18.7% | 25.6% | 21.7% | 37.6% | 26.4% | 33.7% | 38.9% | 35.8% | 35.2% | 35.9% | 28.8% | 30.6% | 31.9% | 34.7% | 31.7% |
| Tax Rate | | 28.0% | 25.7% | 25.9% | 24.8% | 26.0% | 25.7% | 25.3% | 24.2% | 24.8% | 17.7% | 23.0% | 26.0% | 26.0% | 26.0% | 26.0% | 26.0% |
| **Net Income** | | 20.7% | 13.9% | 19.0% | 16.3% | 27.8% | 19.6% | 25.2% | 29.5% | 26.9% | 29.0% | 27.7% | 21.3% | 22.6% | 23.6% | 25.7% | 23.4% |
| **Net Income Attributable to Common** | | 20.7% | 13.9% | 19.0% | 16.7% | 28.9% | 20.0% | 26.3% | 30.5% | 28.0% | 30.0% | 28.7% | 22.4% | 23.7% | 24.6% | 26.6% | 24.4% |

**Y/Y Growth Rates**

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| License | 15% | 1% | -7% | 13% | -26% | 3% | -5% | 14% | 22% | 54% | 11% | 23% | | | | | |
| Connected | 32% | 31% | 35% | 24% | 29% | 11% | 24% | 11% | 18% | 19% | 1% | 12% | | | | | |
| Professional Services | -9% | 14% | 22% | 55% | 25% | 30% | 33% | 56% | -12% | -5% | 8% | 9% | | | | | |
| Total Revenue | 13% | 10% | 7% | 23% | -3% | 10% | 9% | 21% | 14% | 29% | 7% | 17% | -3% | -5% | 7% | 16% | 4% |
| S&M* | 7% | 13% | -20% | -28% | -14% | -20% | -21% | 0% | 12% | 13% | 24% | 12% | 4% | 5% | 12% | 30% | 13% |
| G&A* | 19% | 35% | 87% | 89% | 55% | 9% | 54% | -10% | -7% | 7% | 38% | 6% | 7% | 2% | 4% | -14% | -1% |
| R&D* | 43% | 10% | 1% | 1% | -7% | -6% | -3% | -3% | 26% | 50% | 30% | 24% | 25% | 4% | 11% | 25% | 16% |
| Operating Expenses | 29% | 14% | 7% | 6% | 1% | -6% | 2% | -4% | 15% | 33% | 31% | 18% | 17% | 4% | 10% | 16% | 12% |
| Operating Profit | -6% | -6% | 10% | 63% | -18% | 48% | 23% | 83% | 37% | 69% | -5% | 37% | -22% | -17% | -3% | 14% | -7% |
| Net Income | | | -20% | 45% | -35% | 33% | 3% | 118% | 77% | 113% | 12% | 65% | -18% | -27% | -6% | 3% | -12% |
| Net Income Attributable to Common | | | -20% | 45% | -33% | 38% | 5% | 128% | 83% | 115% | 12% | 68% | -17% | -27% | -6% | 3% | -12% |
| EPS | | | -19% | 41% | -39% | 15% | -2% | 89% | 56% | 93% | 10% | 50% | -19% | -28% | -8% | 1% | -14% |

All figures are Non-GAAP unless otherwise noted and exclude one-time charges, equity compensation, and amortization of intangibles.
*Current quarter and year end numbers are estimates. Full stock-based compensation breakout only provided in 10-K.

November 23, 2021



**November 23, 2021**

## Cerence, Inc.
### (CRNC)
### Balance Sheet & Cash Flows

| (data in thousands) | ASC 605 Fiscal 2018 | ASC 606 Fiscal 2019 | ASC 606 Dec'19 | ASC 606 Mar'20 | ASC 606 Jun'20 | ASC 606 Sep'20 | ASC 606 Fiscal 2020 | ASC 606 Dec'20 | ASC 606 Mar'21 | ASC 606 Jun'21 | ASC 606 Sep'21 | ASC 606 Fiscal 2021 | ASC 606 Dec'21E | ASC 606 Mar'22E | ASC 606 Jun'22E | ASC 606 Sep'22E | ASC 606 Fiscal 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance Sheet** | | | | | | | | | | | | | | | | | |
| **Cash & Equivalents** | **0** | **0** | **113,396** | **95,584** | **132,844** | **137,024** | | **110,360** | **119,546** | **120,840** | **128,428** | | | | | | |
| **Marketable Securities** | | | **0** | **0** | **0** | **11,662** | | **17,088** | **17,096** | **29,100** | **30,435** | | | | | | |
| **Accounts Receivable** | **72,084** | **65,787** | **64,928** | **92,272** | **62,566** | **49,943** | | **60,426** | **59,091** | **53,141** | **45,560** | | | | | | |
| Other | 10,883 | 26,538 | 42,545 | 34,999 | 41,068 | 51,476 | | 51,451 | 58,236 | 68,658 | 82,625 | | | | | | |
| CURRENT ASSETS | 82,967 | 92,325 | 220,869 | 222,855 | 236,478 | 250,105 | | 239,325 | 253,969 | 271,739 | 287,048 | | | | | | |
| PPE | 13,406 | 20,113 | 24,070 | 26,206 | 28,366 | 29,529 | | 29,708 | 29,544 | 30,723 | 31,505 | | | | | | |
| Goodwill and Intangible Assets | 1,204,758 | 1,184,890 | 1,183,578 | 1,172,684 | 1,171,768 | 1,173,814 | | 1,177,426 | 1,166,038 | 1,163,515 | 1,153,859 | | | | | | |
| Deferred Tax Assets | 51,053 | 150,629 | 164,027 | 161,943 | 160,140 | 161,759 | | 180,166 | 167,264 | 165,077 | 159,293 | | | | | | |
| Operating Lease ROU Assets | 0 | 0 | 19,681 | 18,593 | 19,547 | 20,096 | | 20,630 | 19,189 | 16,837 | 14,901 | | | | | | |
| Other | 45,364 | 35,872 | 49,702 | 51,009 | 52,776 | 52,314 | | 53,493 | 53,943 | 53,800 | 51,783 | | | | | | |
| TOTAL ASSETS | 1,397,548 | 1,483,829 | 1,661,927 | 1,653,290 | 1,669,075 | 1,687,617 | | 1,700,748 | 1,689,947 | 1,709,039 | 1,705,728 | | | | | | |
| | | | | | | | | | | | | | | | | | |
| Accounts Payable | 6,510 | 16,687 | 15,242 | 18,786 | 11,637 | 8,018 | | 4,806 | 4,002 | 11,187 | 11,636 | | | | | | |
| **Deferred Revenues** | **84,862** | **88,233** | **113,820** | **113,111** | **116,894** | **112,091** | | **104,577** | **90,402** | **84,993** | **78,394** | | | | | | |
| ST Operating Lease Liabilities | 0 | 0 | 4,986 | 5,270 | 5,727 | 5,271 | | 6,259 | 5,602 | 5,497 | 4,562 | | | | | | |
| ST Note Payable | 0 | 0 | 9,396 | 9,450 | 6,250 | 5,821 | | 6,250 | 6,250 | 6,250 | 6,250 | | | | | | |
| Other | 30,434 | 24,194 | 51,033 | 42,581 | 54,672 | 67,428 | | 52,200 | 55,042 | 60,955 | 64,467 | | | | | | |
| CURRENT LIABILITIES | 121,806 | 129,114 | 194,477 | 189,198 | 195,180 | 198,631 | | 174,092 | 161,298 | 168,882 | 165,309 | | | | | | |
| **Deferred Revenues - LT** | **263,787** | **265,051** | **245,883** | **234,981** | **219,197** | **212,573** | | **215,692** | **211,399** | **204,790** | **198,343** | | | | | | |
| LT Operating Lease Liabilities | 0 | 0 | 17,040 | 15,669 | 16,305 | 17,821 | | 16,823 | 13,987 | 13,157 | 12,216 | | | | | | |
| LT Note Payable | 0 | 0 | 239,026 | 237,925 | 267,172 | 266,872 | | 266,019 | 265,681 | 265,372 | 265,093 | | | | | | |
| Other | 18,636 | 21,536 | 39,286 | 39,138 | 32,528 | 31,649 | | 34,994 | 34,141 | 34,989 | 32,822 | | | | | | |
| TOTAL LIABILITIES | 404,229 | 415,701 | 735,712 | 716,911 | 730,382 | 727,546 | | 707,620 | 686,506 | 687,190 | 673,783 | | | | | | |
| Owners Equity | 993,319 | 1,068,128 | 926,215 | 936,379 | 938,693 | 960,071 | | 993,128 | 1,003,441 | 1,021,849 | 1,031,945 | | | | | | |
| TOTAL LIAB. & EQUITY | 1,397,548 | 1,483,829 | 1,661,927 | 1,653,290 | 1,669,075 | 1,687,617 | | 1,700,748 | 1,689,947 | 1,709,039 | 1,705,728 | | | | | | |

| | Fiscal 2018 | Fiscal 2019 | Dec'19 | Mar'20 | Jun'20 | Sep'20 | Fiscal 2020 | Dec'20 | Mar'21 | Jun'21 | Sep'21 | Fiscal 2021 | Dec'21E | Mar'22E | Jun'22E | Sep'22E | Fiscal 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Flow and Other Metrics** | | | | | | | | | | | | | | | | | |
| **CASH FROM OPERATIONS** | **115,259** | **88,072** | **9,935** | **(9,879)** | **19,431** | **27,617** | **47,104** | **11,086** | **15,923** | **24,059** | **23,321** | **74,389** | | | | | |
| **CASH FROM INVESTING** | **(86,312)** | **(4,517)** | **(3,612)** | **(6,533)** | **(5,930)** | **(14,600)** | **(30,675)** | **(8,727)** | **(5,120)** | **(20,869)** | **(6,915)** | **(54,518)** | | | | | |
| **CASH FROM FINANCING** | **(28,947)** | **(83,554)** | **107,400** | **(1,024)** | **23,855** | **(8,678)** | **121,553** | **(28,779)** | **(2,260)** | **(1,903)** | **(8,563)** | **(41,505)** | | | | | |
| | | | | | | | | | | | | | | | | | |
| Cash From Operations | 115,259 | 88,072 | 9,935 | (9,879) | 19,431 | 27,617 | 47,104 | 11,086 | 15,923 | 24,059 | 23,321 | 74,389 | | | | | |
| CapEx. | (6,510) | (4,517) | (3,612) | (6,533) | (5,930) | (2,937) | (19,012) | (2,369) | (2,812) | (2,874) | (3,992) | (12,047) | | | | | |
| **Free Cash Flow** | **108,749** | **83,555** | **6,323** | **(16,412)** | **13,501** | **24,680** | **28,092** | **8,717** | **13,111** | **21,185** | **19,329** | **62,342** | | | | | |
| | | | | | | | | | | | | | | | | | |
| Net increase (decrease) in cash | | | 113,396 | (17,812) | 37,260 | 4,180 | 138,382 | (26,664) | (17,478) | 10,480 | 8,882 | (7,639) | | | | | |
| Cash at Period start (From Balance Sheet) | | | 0 | 113,396 | 95,584 | 132,844 | | 137,024 | 137,024 | 110,360 | 119,546 | | | | | | |
| Cash at Period end (From Balance Sheet) | | | 113,396 | 95,584 | 132,844 | 137,024 | 137,024 | 110,360 | 119,546 | 120,840 | 128,428 | 128,428 | | | | | |

*Only showing deferred revenue for Q3'19 because the rest of the balance sheet was pro-forma based on a higher amount of debt (ended up drawing $270M vs. $425M).

November 23, 2021

![Craig-Hallum logo]

November 23, 2021

## REQUIRED DISCLOSURES



Source: FactSet

Initiate:    September 16, 2019 – Rating: NA – Price Target:  NA
December 18, 2019 – Rating: Buy – Price Target:  $24
February 11, 2020 – Rating: Buy – Price Target:  $27
August 4, 2020 – Rating: Buy – Price Target: $61
November 17, 2020 – Rating: Buy – Price Target: $90
February 8, 2021 – Rating: Buy – Price Target: $135
August 10, 2021 – Rating: Buy – Price Target: $145
November 23, 2021 – Rating: Buy – Price Target: $135

**Ratings definitions:**

**Buy** rated stocks generally have twelve month price targets that are more than 20% above the current price.  **Hold** rated stocks generally have twelve month price targets near the current price.  **Sell** rated stocks generally have no price target and we would sell the stock.

**Fundamental trend definitions:**
**Improving** means growth rates of key business metrics are generally accelerating.  **Stable** means growth rates of key business metrics are generally steady.  **Mixed** means growth rates of some key business metrics are positive but others are negative. **Declining** means growth rates of key business metrics are generally decelerating.

### Ratings Distribution (9/30/2021)

| Rating | % Of Companies Covered | % With Investment Banking Relationships |
|---|---|---|
| Buy | 83% | 30% |
| Hold | 16% | 8% |
| Sell | 1% | 50% |
| Total | 100% | 26% |

## Information about risks can be found in the "RISKS" section of this report.

CHLM makes a market in this security.

CHLM expects to receive or intends to seek compensation for investment banking services from the subject company in the next three months.

Analysts receive no direct compensation in connection with the firm's investment banking business.  Analysts may be eligible for bonus compensation based on the overall profitability of the firm, which takes into account revenues from all of the firm's business, including investment banking.

## OTHER DISCLOSURES

Although the statements of fact in this report have been obtained from and are based upon recognized statistical services, issuer reports or communications, or other sources that Craig-Hallum believes to be reliable, we cannot guarantee their accuracy. All opinions and estimates included in this report constitute Craig-Hallum's judgment as of the date of this report and are subject to change without notice. Craig-Hallum may effect transactions as principal or agent in the securities mentioned herein.  The securities discussed or recommended in this report may be unsuitable for investors depending on their specific investment objectives and financial position. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. Additional information available upon request. Member SIPC.

## REGULATION AC CERTIFICATION

I, Jeff Van Rhee, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject security and issuer. No part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views contained herein.