# EXHIBIT 43

*(Cerence 1Q2022 Form 8-K,*
*dated February 7, 2022)*

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

## FORM 8-K

### CURRENT REPORT
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): February 4, 2022**

# CERENCE INC.
**(Exact name of Registrant as Specified in Its Charter)**

| | | |
|---|---|---|
| **Delaware** | **001-39030** | **83-4177087** |
| **(State or Other Jurisdiction of Incorporation)** | **(Commission File Number)** | **(IRS Employer Identification No.)** |
| **1 Burlington Woods Drive, Suite 301A Burlington, MA** | | **01803** |
| **(Address of Principal Executive Offices)** | | **(Zip Code)** |

**Registrant's Telephone Number, Including Area Code: (857) 362-7300**

**Not Applicable**
**(Former Name or Former Address, if Changed Since Last Report)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Common stock, $0.01 par value** | **CRNC** | **The NASDAQ Stock Market LLC** |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§ 230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§ 240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02**        **Results of Operations and Financial Condition.**

On February 7, 2022, Cerence Inc. (the "Company") announced its financial results for the fiscal quarter ended December 31, 2021. The press release, including the financial information contained therein, is furnished herewith as Exhibit 99.1, and is incorporated herein by reference.

Also on February 7, 2022, the Company used a presentation on its call with investors, discussing its financial results for the fiscal quarter ended December 31, 2021, and such earnings release presentation is furnished herewith as Exhibit 99.2. The press release and earnings release presentation include certain non-GAAP financial measures. A description of the non-GAAP measures, the reasons for their use, and GAAP to non-GAAP reconciliations are included in the press release and earnings release presentation.

The information in this Item 2.02 and the exhibits attached hereto are being furnished and shall not be deemed to be "filed" for the purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that section, nor shall they be deemed incorporated by reference into any filing under the Securities Act of 1933, as amended, or the Exchange Act, regardless of any general incorporation language in such filing.

**Item 5.02**        **Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensation Arrangements of Certain Officers.**

On February 7, 2022, the Company announced that Mark Gallenberger, Chief Financial Officer of the Company, intends to retire from the Company effective March 11, 2022. Mr. Gallenberger advised the Company that his decision to retire did not involve any disagreement with the Company. In connection with his retirement and to assist with an orderly transition of his responsibilities, the Company and Mr. Gallenberger entered into a transitional assistance and retirement agreement on February 4, 2022, pursuant to which Mr. Gallenberger has agreed to remain with the Company in an advisory role and provide transitional assistance as requested by the Company from March 11, 2022 through November 15, 2022. During this transitional advisory period, Mr. Gallenberger's restricted stock units that are scheduled to vest on October 1, 2022 and November 15, 2022 (consisting of 32,204 restricted stock units with time-based vesting and 32,203 restricted stock units with performance-based vesting) will be eligible for continued vesting in accordance with their terms. The agreement also contains a reaffirmation of Mr. Gallenberger's confidentiality obligations to the Company and other restrictive covenants, as well as a general release of claims by Mr. Gallenberger. The Company has commenced a search for a new Chief Financial Officer.

**Item 9.01**        **Financial Statements and Exhibits.**

| Exhibit Number | Description |
|---|---|
| 99.1 | Press release announcing financial results dated February 7, 2022 |
| 99.2 | Earnings release presentation dated February 7, 2022 |
| 104 | Cover page interactive data file (embedded within the Inline XBRL document) |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

Cerence Inc.

Date: February 7, 2022

By:     /s/ Stefan Ortmanns

Name:   Stefan Ortmanns
Title:    Chief Executive Officer

**Exhibit 99.1**





Press Release          February 7, 2022

**Cerence Announces First Quarter Fiscal Year 2022 Results**

**Headlines**

- **Delivered second largest bookings quarter in the Company's history**
- **Exceeded most profitability metrics for the quarter**
- **Secured initial revenue contribution from fitness products, a new mobility market**
- **Won another China-based two-wheeler customer**
- **Company lowers FY2022 guidance**

**BURLINGTON, Mass., February 7, 2022** – Cerence Inc. (NASDAQ: CRNC), AI for a world in motion, today reported its first quarter fiscal year 2022 results for the quarter ended December 31, 2021.

**Results Summary (1)**

(in millions, except per share data)

| | Three Months Ended December 31, | |
| --- | --- | --- |
| | **2021** | **2020** |
| GAAP Revenue | $94.4 | $93.6 |
| GAAP Gross Margin | 74.3% | 71.3% |
| Non-GAAP Gross Margin | 77.5% | 75.0% |
| GAAP Operating Margin | 24.3% | 18.7% |
| Non-GAAP Operating Margin | 36.8% | 38.9% |
| GAAP Net Income | $19.0 | $20.9 |
| Non-GAAP Net Income | $25.3 | $23.6 |
| Adjusted EBITDA | $36.9 | $39.0 |
| Adjusted EBITDA Margin | 39.1% | 41.6% |
| GAAP Net Income per Share—diluted | $0.47 | $0.53 |
| Non-GAAP Net Income per Share—diluted | $0.59 | $0.57 |

(1)    Please refer to the "Discussion of Non-GAAP Financial Measures" and "Reconciliations of GAAP Financial Measures to Non-GAAP Financial Measures" included elsewhere in this release for more information regarding our use of non-GAAP financial measures.

Stefan Ortmanns, Chief Executive Officer at Cerence commented, "We had a strong start to the fiscal year. Our results underscore the strength of our business and reinforces Cerence as the global leader in unique, moving experiences for the mobility world. We've delivered important innovations and leading AI mobility solutions to customers in key markets, and our employees have demonstrated great commitment to supporting our customers and each other."

Ortmanns continued, "We remain focused on the markets, customers, and products that will deliver long-term sustainable growth and that everything we do reinforces our vision of leadership in AI for mobility. We are intensely focused on bold innovation and executing at speed for our customers."

Cerence. All rights reserved



Press Release          February 7, 2022

**Cerence Key Performance Indicators**

To help investors gain further insight into the Cerence business and its performance, management provides a set of key performance indicators that includes:

| Key Performance Indicator[1] | Q1FY22 |
| --- | --- |
| Percent of worldwide auto production with Cerence Technology (TTM) | 52% |
| Average contract duration—years (TTM): | 7.9 |
| Repeatable software contribution (TTM): | 81% |
| Change in number of Cerence connected cars shipped[2] (TTM over prior year TTM) | 11% |
| Growth in billings per car (TTM over prior year TTM) (excludes legacy contract[3]) | 0% |

(1)    Please refer to the "Key Performance Indicators" included elsewhere in this release for more information regarding the definition and our use of key performance indicators.

(2)    Based on IHS Markit data, global auto production increased 2% over the same time period ended December 31, 2021.

(3)    Legacy contract is a connected services contract with Toyota acquired by Nuance through a 2013 acquisition

**Second Quarter and Full Year Fiscal 2022 Outlook**

With recent changes in leadership, year-to-date performance, and further analysis of the business and market conditions, the company is providing guidance for Q2 2022 and updated guidance for the full fiscal year.

Key factors include:

- The rapidly evolving conditions within the automotive industry affecting vehicle production and delivery, including but not limited to ongoing supply chain challenges driven by the semiconductor shortage, and the still unknown and ongoing impact of Covid-19 variants such as Omicron affecting the delivery of new vehicles, factory shutdowns and labor shortages.
- Analysis of each business unit's plans, forecasts and assumptions that suggest the conversion from bookings to revenue will take longer than expected for new products. These new products remain attractive revenue streams and are expected to contribute to future growth, but will take longer than originally expected to recognize revenue.
- Prior guidance assumed a number of one-time technology license opportunities in fiscal 2022. Although attractive opportunities remain, these may not all be realized during our fiscal year as previously expected.

For the fiscal quarter ending March 31, 2022, revenue is expected to be in the range of $82 million to $86 million. Adjusted EBITDA is expected to be in the range of approximately $22 million to $26 million. The adjusted EBITDA guidance excludes acquisition-related costs, amortization of acquired intangible assets, stock-based compensation, and restructuring and other costs.

The full-year guidance is for revenue to be in the range of $365 million to $385 million representing a 9% decrease at the midpoint compared to the initial FY22 guidance provided on November 22, 2021, and a 3% decrease at the mid-point compared to last year's actual revenue of $387 million. Adjusted EBITDA for the full year is expected to be in the range of approximately $119 million to $139 million. The adjusted EBITDA guidance excludes acquisition-related costs, amortization of acquired intangible assets, stock-based compensation, and restructuring and other costs.

Cerence. All rights reserved



Press Release                    February 7, 2022

Additional details regarding guidance will be provided on the earnings call.

**First Quarter Conference Call**

The company will host a live conference call and webcast with slides to discuss the results today at 8:30 a.m. Eastern Time/5:30 a.m. Pacific Time. Interested investors and analysts are invited to dial into the conference call by using 844.467.7116 (domestic) or +1.409.983.9838 (international) and entering the pass code 8094176. Webcast access will be available on the Investor Information section of the company's website at https://www.cerence.com/investors/events-and-resources.

The teleconference replay will be available through February 14, 2022. The replay dial-in number is 1.855.859.2056 (domestic) or +1.404.537.3406 (international) using pass code 8094176. A replay of the webcast can be accessed by visiting our web site 90 minutes following the conference call at https://www.cerence.com/investors/events-and-resources.

**Forward Looking Statements**

Statements in this presentation regarding Cerence's future performance, results and financial condition, expected growth, business and market trends, and innovation and our management's future expectations, beliefs, goals, plans or prospects constitute forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Any statements that are not statements of historical fact (including statements containing the words "believes," "plans," "anticipates," "expects," "intends" or "estimates" or similar expressions) should also be considered to be forward-looking statements. Although we believe forward-looking statements are based upon reasonable assumptions, such statements involve known and unknown risk, uncertainties and other factors, which may cause actual results or performance of the company to be materially different from any future results or performance expressed or implied by such forward-looking statements including but not limited to: impacts of the COVID-19 pandemic on our and our customer's businesses; the highly competitive and rapidly changing market in which we operate; adverse conditions in the automotive industry, the related supply chain, or the global economy more generally; our ability to control and successfully manage our expenses and cash position; our strategy to increase cloud offerings; escalating pricing pressures from our customers; our failure to win, renew or implement service contracts; the loss of business from any of our largest customers; effects of customer defaults; our inability to successfully introduce new products, applications and services; the inability to recruit and retain qualified personnel; cybersecurity and data privacy incidents; fluctuating currency rates; and the other factors discussed in our most recent Annual Report on Form 10-K, quarterly reports on Form 10-Q, and other filings with the Securities and Exchange Commission. We disclaim any obligation to update any forward-looking statements as a result of developments occurring after the date of this document.

**Discussion of Non-GAAP Financial Measures**

We believe that providing the non-GAAP information in addition to the GAAP presentation, allows investors to view the financial results in the way management views the operating results. We further believe that providing this information allows investors to not only better understand our financial performance, but more importantly, to evaluate the efficacy of the methodology and information used by management to evaluate and measure such performance. The non-GAAP information should not be considered superior to, or a substitute for, financial statements prepared in accordance with GAAP.

Cerence. All rights reserved



Press Release                    February 7, 2022

We utilize a number of different financial measures, both GAAP and non-GAAP, in analyzing and assessing the overall performance of the business, for making operating decisions and for forecasting and planning for future periods. While our management uses these non-GAAP financial measures as a tool to enhance their understanding of certain aspects of our financial performance, our management does not consider these measures to be a substitute for, or superior to, the information provided by GAAP financial statements.

Consistent with this approach, we believe that disclosing non-GAAP financial measures to the readers of our financial statements provides such readers with useful supplemental data that, while not a substitute for GAAP financial statements, allows for greater transparency in the review of our financial and operational performance. In assessing the overall health of the business during the three months ended December 31, 2021 and 2020, our management has either included or excluded the following items in general categories, each of which is described below.

*Adjusted EBITDA*

Adjusted EBITDA is defined as net income attributable to Cerence Inc. before net income (loss) attributable to income tax (benefit) expense, other income (expense) items, net, depreciation and amortization expense, and excluding acquisition-related costs, amortization of acquired intangible assets, stock-based compensation, and restructuring and other costs, net or impairment charges related to fixed and intangible assets and gains or losses on the sale of long-lived assets, if any. From time to time we may exclude from Adjusted EBITDA the impact of events, gains, losses or other charges (such as significant legal settlements) that affect the period-to-period comparability of our operating performance. Other income (expense) items, net include interest expense, interest income, and other income (expense), net (as stated in our Condensed Consolidated Statement of Operations). Our management and Board of Directors use this financial measure to evaluate our operating performance. It is also a significant performance measure in our annual incentive compensation programs.

*Restructuring and other costs, net.*

Restructuring and other charges, net include restructuring expenses as well as other charges that are unusual in nature, are the result of unplanned events, and arise outside the ordinary course of our business such as employee severance costs, costs for consolidating duplication facilities, and separation costs directly attributable to the Cerence business becoming a standalone public company.

*Acquisition-related costs, net.*

In the past, we have completed a number of acquisitions, which result in operating expenses, which would not otherwise have been incurred. We provide supplementary non-GAAP financial measures, which exclude certain transition, integration and other acquisition-related expense items resulting from acquisitions, to allow more accurate comparisons of the financial results to historical operations, forward looking guidance and the financial results of less acquisitive peer companies. We consider these types of costs and adjustments, to a great extent, to be unpredictable and dependent on a significant number of factors that are outside of our control. Furthermore, we do not consider these acquisition-related costs and adjustments to be related to the

Cerence. All rights reserved



organic continuing operations of the acquired businesses and are generally not relevant to assessing or estimating the long-term performance of the acquired assets. In addition, the size, complexity and/or volume of past acquisitions, which often drives the magnitude of acquisition related costs, may not be indicative of the size, complexity and/or volume of future acquisitions. By excluding acquisition-related costs and adjustments from our non-GAAP measures, management is better able to evaluate our ability to utilize our existing assets and estimate the long-term value that acquired assets will generate for us. We believe that providing a supplemental non-GAAP measure, which excludes these items allows management and investors to consider the ongoing operations of the business both with, and without, such expenses.

These acquisition-related costs fall into the following categories: (i) transition and integration costs; (ii) professional service fees and expenses; and (iii) acquisition-related adjustments. Although these expenses are not recurring with respect to past acquisitions, we generally will incur these expenses in connection with any future acquisitions. These categories are further discussed as follows:

(i)     Transition and integration costs. Transition and integration costs include retention payments, transitional employee costs, and earn-out payments treated as compensation expense, as well as the costs of integration-related activities, including services provided by third-parties.

(ii)    Professional service fees and expenses. Professional service fees and expenses include financial advisory, legal, accounting and other outside services incurred in connection with acquisition activities, and disputes and regulatory matters related to acquired entities.

(iii)   Acquisition-related adjustments. Acquisition-related adjustments include adjustments to acquisition-related items that are required to be marked to fair value each reporting period, such as contingent consideration, and other items related to acquisitions for which the measurement period has ended, such as gains or losses on settlements of pre-acquisition contingencies.

*Amortization of acquired intangible assets.*

We exclude the amortization of acquired intangible assets from non-GAAP expense and income measures. These amounts are inconsistent in amount and frequency and are significantly impacted by the timing and size of acquisitions. Providing a supplemental measure which excludes these charges allows management and investors to evaluate results "as-if" the acquired intangible assets had been developed internally rather than acquired and, therefore, provides a supplemental measure of performance in which our acquired intellectual property is treated in a comparable manner to our internally developed intellectual property. Although we exclude amortization of acquired intangible assets from our non-GAAP expenses, we believe that it is important for investors to understand that such intangible assets contribute to revenue generation. Amortization of intangible assets that relate to past acquisitions will recur in future periods until such intangible assets have been fully amortized. Future acquisitions may result in the amortization of additional intangible assets.

*Non-cash expenses.*

We provide non-GAAP information relative to the following non-cash expenses: (i) stock-based compensation; and (ii) non-cash interest. These items are further discussed as follows:

Cerence. All rights reserved



(i)    Stock-based compensation. Because of varying valuation methodologies, subjective assumptions and the variety of award types, we exclude stock-based compensation from our operating results. We evaluate performance both with and without these measures because compensation expense related to stock-based compensation is typically non-cash and awards granted are influenced by the Company's stock price and other factors such as volatility that are beyond our control. The expense related to stock-based awards is generally not controllable in the short-term and can vary significantly based on the timing, size and nature of awards granted. As such, we do not include such charges in operating plans. Stock-based compensation will continue in future periods.

ii)    Non-cash interest. We exclude non-cash interest because we believe that excluding this expense provides management, as well as other users of the financial statements, with a valuable perspective on the cash-based performance and health of the business, including the current near-term projected liquidity. Non-cash interest expense will continue in future periods.

*Other expenses.*

We exclude certain other expenses that result from unplanned events outside the ordinary course of continuing operations, in order to measure operating performance and current and future liquidity both with and without these expenses. By providing this information, we believe management and the users of the financial statements are better able to understand the financial results of what we consider to be our organic, continuing operations. Included in these expenses are items such as other charges (credits), net, losses from extinguishment of debt, and changes in indemnification assets corresponding with the release of pre-spin liabilities for uncertain tax positions.

*Bookings.*

Bookings is defined as the amount of revenue we expect to earn from an agreement with our customers for products and services. To count as a booking, we expect there to be persuasive evidence of an arrangement, which may be evidenced by a legally binding document or documents, and that the collectability of the amounts payable under the arrangement are reasonably assured. The revenue we may actually recognize from our estimated bookings is subject to multiple factors, including but not limited to the timing of satisfying performance obligations, potential terminations, or changes in the scope of programs utilizing our technology and currency fluctuations. There is no comparable GAAP financial measure.

**Key performance indicators**

We believe that providing key performance indicators ("KPIs"), allows investors to gain insight into the way management views the performance of the business. We further believe that providing KPIs allows investors to better understand information used by management to evaluate and measure such performance. KPIs should not be considered superior to, or a substitute for, operating results prepared in accordance with GAAP. In assessing the performance of the business during the three months ended December 31, 2021, our management has reviewed the following KPIs, each of which is described below:

- *Percent of worldwide auto production with Cerence Technology:* The number of Cerence enabled cars shipped as compared to IHS Markit car production data.

Cerence. All rights reserved



Press Release                 February 7, 2022

- *Average contract duration:* The weighted average annual period over which we expect to recognize the estimated revenues from new license and connected contracts signed during the quarter, calculated on a trailing twelve months ("TTM") basis and presented in years.
- *Repeatable software contribution:* The percentage of repeatable revenues as compared to total GAAP revenue in the quarter on a TTM basis. Repeatable revenues are defined as the sum of License and Connected Services revenues.
- *Change in number of Cerence connected cars shipped:* The year over year change in the number of cars shipped with Cerence connected solutions. Amounts calculated on a TTM basis.
- *Growth in billings per car:* The rate of growth calculated from the average billings per car based on a TTM basis, excluding legacy contract and adjusted for prepay usage.

See the tables at the end of this press release for non-GAAP reconciliations to the most directly comparable GAAP measures.

To learn more about Cerence, visit www.cerence.com, and follow the company on LinkedIn and Twitter.

**About Cerence Inc.**

Cerence (NASDAQ: CRNC) is the global industry leader in creating unique, moving experiences for the mobility world. As an innovation partner to the world's leading automakers and mobility OEMs, it is helping advance the future of connected mobility through intuitive, powerful interaction between humans and their cars, two-wheelers, and even elevators, connecting consumers' digital lives to their daily journeys no matter where they are. Cerence's track record is built on more than 20 years of knowledge and more than 400 million cars shipped with Cerence technology. Whether it's connected cars, autonomous driving, e-vehicles, or buildings, Cerence is mapping the road ahead. For more information, visit www.cerence.com.

**Contact Information**

Rich Yerganian
Cerence Inc.
Tel: 617-987-4799
Email: richard.yerganian@cerence.com

Cerence. All rights reserved



Press Release          February 7, 2022

**CERENCE INC.**
**Condensed Consolidated Statements of Operations**
(in thousands, except per share data)

| | Three Months Ended December 31, | |
| --- | --- | --- |
| | 2021 | 2020 |
| Revenues: | | |
| License | $ 46,850 | $ 46,414 |
| Connected services | 28,159 | 25,930 |
| Professional services | 19,417 | 21,299 |
| Total revenues | 94,426 | 93,643 |
| Cost of revenues: | | |
| License | 721 | 674 |
| Connected services | 5,724 | 7,013 |
| Professional services | 15,903 | 17,322 |
| Amortization of intangible assets | 1,879 | 1,879 |
| Total cost of revenues | 24,227 | 26,888 |
| Gross profit | 70,199 | 66,755 |
| Operating expenses: | | |
| Research and development | 25,792 | 24,131 |
| Sales and marketing | 5,879 | 9,008 |
| General and administrative | 7,527 | 12,434 |
| Amortization of intangible assets | 3,154 | 3,158 |
| Restructuring and other costs, net | 4,915 | 480 |
| Total operating expenses | 47,267 | 49,211 |
| Income from operations | 22,932 | 17,544 |
| Interest income | 90 | 18 |
| Interest expense | (3,427) | (3,799) |
| Other income (expense), net | (252) | (2,237) |
| Income before income taxes | 19,343 | 11,526 |
| Provision for (benefit from) income taxes | 299 | (9,415) |
| Net income | $ 19,044 | $ 20,941 |
| Net income per share: | | |
| Basic | $ 0.49 | $ 0.56 |
| Diluted | $ 0.47 | $ 0.53 |
| Weighted-average common share outstanding: | | |
| Basic | 38,839 | 37,180 |
| Diluted | 44,370 | 43,363 |

Cerence. All rights reserved



Press Release          February 7, 2022

**CERENCE INC.**
**Condensed Consolidated Balance Sheets**
(in thousands, except per share amounts)

| | December 31, 2021 (Unaudited) | September 30, 2021 |
|---|---|---|
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 117,236 | 128,428 |
| Marketable securities | 27,905 | 30,435 |
| Accounts receivable, net of allowances of $181 and $395 | 37,765 | 45,560 |
| Deferred costs | 5,894 | 6,095 |
| Prepaid expenses and other current assets | 92,352 | 76,530 |
| Total current assets | 281,152 | 287,048 |
| Long-term marketable securities | 7,720 | 7,339 |
| Property and equipment, net | 34,437 | 31,505 |
| Deferred costs | 29,882 | 31,702 |
| Operating lease right of use assets | 16,525 | 14,901 |
| Goodwill | 1,125,648 | 1,128,511 |
| Intangible assets, net | 20,138 | 25,348 |
| Deferred tax assets | 157,833 | 159,293 |
| Other assets | 19,090 | 20,081 |
| Total assets | $ 1,692,425 | $ 1,705,728 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Current liabilities: | | |
| Accounts payable | $ 8,322 | $ 11,636 |
| Deferred revenue | 71,215 | 78,394 |
| Short-term operating lease liabilities | 5,386 | 4,562 |
| Short-term debt | 6,250 | 6,250 |
| Accrued expenses and other current liabilities | 50,309 | 64,467 |
| Total current liabilities | 141,482 | 165,309 |
| Long-term debt | 264,831 | 265,093 |
| Deferred revenue, net of current portion | 193,443 | 198,343 |
| Long-term operating lease liabilities | 12,998 | 12,216 |
| Other liabilities | 30,170 | 32,822 |
| Total liabilities | 642,924 | 673,783 |
| Stockholders' Equity: | | |
| Common stock, $0.01 par value, 560,000 shares authorized; 39,162 and 38,025 shares issued and outstanding, respectively | 392 | 381 |
| Accumulated other comprehensive (loss) income | (3,717) | 1,634 |
| Additional paid-in capital | 1,006,205 | 1,002,353 |
| Retained earnings | 46,621 | 27,577 |
| Total stockholders' equity | 1,049,501 | 1,031,945 |
| Total liabilities and stockholders' equity | $ 1,692,425 | $ 1,705,728 |

Cerence. All rights reserved



Press Release          February 7, 2022

**CERENCE INC.**
**Condensed Consolidated Statements of Cash Flows**
(in thousands)

| | Three Months Ended December 31, | |
| --- | --- | --- |
| | 2021 | 2020 |
| **Cash flows from operating activities:** | | |
| Net income | $ 19,044 | $ 20,941 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Depreciation and amortization | 7,210 | 7,624 |
| Benefit from credit loss reserve | (418) | (410) |
| Stock-based compensation expense | 5,841 | 13,325 |
| Non-cash interest expense | 1,301 | 1,230 |
| Deferred tax benefit | (1,455) | (16,137) |
| Other | 551 | — |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | 7,555 | (7,155) |
| Prepaid expenses and other assets | (19,707) | 1,025 |
| Deferred costs | 1,509 | 2,051 |
| Accounts payable | (3,153) | (3,655) |
| Accrued expenses and other liabilities | (2,797) | (1,527) |
| Deferred revenue | (10,336) | (6,503) |
| Net cash provided by operating activities | 5,145 | 10,809 |
| **Cash flows from investing activities:** | | |
| Capital expenditures | (4,410) | (2,369) |
| Purchases of marketable securities | (3,593) | (6,358) |
| Sale and maturities of marketable securities | 5,706 | — |
| Other investing activities | 559 | — |
| Net cash used in investing activities | (1,738) | (8,727) |
| **Cash flows from financing activities:** | | |
| Payments for long-term debt issuance costs | — | (520) |
| Principal payments of long-term debt | (1,563) | (1,563) |
| Common stock repurchases for tax withholdings for net settlement of equity awards | (44,573) | (30,258) |
| Principal payments of lease liabilities arising from a finance lease | (155) | (101) |
| Proceeds from the issuance of common stock | 32,139 | 3,663 |
| Net cash used in financing activities | (14,152) | (28,779) |
| Effects of exchange rate changes on cash and cash equivalents | (447) | 990 |
| Net change in cash and cash equivalents | (11,192) | (25,707) |
| Cash and cash equivalents at the beginning of the period | 128,428 | 136,067 |
| Cash and cash equivalents at the end of the period | $117,236 | $110,360 |

Cerence. All rights reserved



Press Release          February 7, 2022

**CERENCE INC.**
**Reconciliations of GAAP Financial Measures to Non-GAAP Financial Measures**
(unaudited - in thousands)

| | Three Months Ended December 31, | |
| --- | --- | --- |
| | **2021** | **2020** |
| **GAAP revenue** | **$94,426** | **$93,643** |
| **GAAP gross profit** | **$70,199** | **$66,755** |
| Stock-based compensation | 1,092 | 1,592 |
| Amortization of intangible assets | 1,879 | 1,879 |
| **Non-GAAP gross profit** | **$73,170** | **$70,226** |
| **GAAP gross margin** | **74.3%** | **71.3%** |
| **Non-GAAP gross margin** | **77.5%** | **75.0%** |
| **GAAP operating income** | **$22,932** | **$17,544** |
| Stock-based compensation* | 1,841 | 13,325 |
| Amortization of intangible assets | 5,033 | 5,037 |
| Restructuring and other costs, net* | 4,915 | 480 |
| **Non-GAAP operating income** | **$34,721** | **$36,386** |
| **GAAP operating margin** | **24.3%** | **18.7%** |
| **Non-GAAP operating margin** | **36.8%** | **38.9%** |
| **GAAP net income** | **$19,044** | **$20,941** |
| Stock-based compensation* | 1,841 | 13,325 |
| Amortization of intangible assets | 5,033 | 5,037 |
| Restructuring and other costs, net* | 4,915 | 480 |
| Depreciation | 2,177 | 2,587 |
| Total other income (expense), net | (3,589) | (6,018) |
| Provision for (benefit from) income taxes | 299 | (9,415) |
| **Adjusted EBITDA** | **$36,898** | **$38,973** |
| **GAAP net income margin** | **20.2%** | **22.4%** |
| **Adjusted EBITDA margin** | **39.1%** | **41.6%** |

\*    - $4.0 million in stock-based compensation is included in Restructuring and other costs, net

Cerence. All rights reserved



Press Release     February 7, 2022

**CERENCE INC.**

**Reconciliations of GAAP Financial Measures to Non-GAAP Financial Measures (cont.)**
(unaudited - in thousands, except per share data)

| | Three Months Ended December 31, | |
|---|---|---|
| | 2021 | 2020 |
| **GAAP net income** | **$19,044** | **$20,941** |
| Stock-based compensation* | 1,841 | 13,325 |
| Amortization of intangible assets | 5,033 | 5,037 |
| Restructuring and other costs, net* | 4,915 | 480 |
| Non-cash interest expense | 1,301 | 1,230 |
| Indemnification asset release | 1,302 | — |
| Adjustments to income tax expense | (8,108) | (17,416) |
| **Non-GAAP net income** | **$25,328** | **$23,597** |
| **Adjusted EPS:** | | |
| **GAAP Numerator:** | | |
| Net income attributed to common shareholders | **$19,044** | **$20,941** |
| Interest on Convertible Senior Notes, net of tax | 1,911 | 1,831 |
| Net income attributed to common shareholders—diluted | **$20,955** | **$22,772** |
| **Non-GAAP Numerator:** | | |
| Net income attributed to common shareholders | $ 25,328 | $ 23,597 |
| Interest on Convertible Senior Notes, net of tax | 1,019 | 1,005 |
| Net income attributed to common shareholders—diluted | **$26,347** | **$24,602** |
| **GAAP Denominator:** | | |
| Weighted-average common shares outstanding—basic | 38,839 | 37,180 |
| Adjustment for diluted shares | 5,531 | 6,183 |
| Weighted-average common shares outstanding—diluted | **44,370** | **43,363** |
| **Non-GAAP Denominator:** | | |
| Weighted-average common shares outstanding- basic | 38,839 | 37,180 |
| Adjustment for diluted shares | 5,531 | 6,183 |
| Weighted-average common shares outstanding—diluted | **44,370** | **43,363** |
| **GAAP net income per share—diluted** | **$ 0.47** | **$ 0.53** |
| **Non-GAAP net income per share—diluted** | **$ 0.59** | **$ 0.57** |
| **GAAP net cash provided by operating activities** | **$ 5,145** | **$10,809** |
| Capital expenditures | (4,410) | (2,369) |
| **Free Cash Flow** | **$ 735** | **$ 8,440** |

\*      - $4.0 million in stock-based compensation is included in Restructuring and other costs, net

Cerence. All rights reserved



Press Release

February 7, 2022

**CERENCE INC.**
**Reconciliations of GAAP Financial Measures to Non-GAAP Financial Measures (cont.)**
(unaudited - in thousands)

| | Q1FY22 | Q4FY21 | Q3FY21 | Q2FY21 |
|---|---|---|---|---|
| **GAAP revenues** | $ 94,426 | $98,076 | $96,801 | $98,662 |
| Less: Professional services revenue | 19,417 | 21,073 | 16,538 | 16,555 |
| **Non-GAAP Repeatable revenues** | $ 75,009 | $77,003 | $80,263 | $82,107 |
| **GAAP revenues TTM** | $387,965 | | | |
| Less: Professional services revenue TTM | 73,583 | | | |
| **Non-GAAP Repeatable revenues TTM** | $314,382 | | | |
| **Repeatable software contribution** | 81% | | | |

Cerence. All rights reserved



Press Release        February 7, 2022

**CERENCE INC.**
**Reconciliations of GAAP Financial Measures to Non-GAAP Financial Measures (cont.)**
(unaudited - in thousands)

| | Q2 2022 | | FY2022 | |
| --- | --- | --- | --- | --- |
| | Low | High | Low | High |
| **GAAP revenue** | $82,000 | $86,000 | $365,000 | $385,000 |
| **GAAP gross profit** | $58,400 | $62,400 | $267,900 | $287,900 |
| Stock-based compensation | 1,200 | 1,200 | 4,700 | 4,700 |
| Amortization of intangible assets | 900 | 900 | 3,000 | 3,000 |
| **Non-GAAP gross profit** | $60,500 | $64,500 | $275,600 | $295,600 |
| **GAAP gross margin** | 71% | 73% | 73% | 75% |
| **Non-GAAP gross margin** | 74% | 75% | 76% | 77% |
| **GAAP operating income** | $ 5,400 | $ 9,400 | $ 59,300 | $ 79,300 |
| Stock-based compensation | 9,000 | 9,000 | 28,400 | 28,400 |
| Amortization of intangible assets | 4,100 | 4,100 | 14,700 | 14,700 |
| Restructuring and other costs, net | 500 | 500 | 6,300 | 6,300 |
| **Non-GAAP operating income** | $19,000 | $23,000 | $108,700 | $128,700 |
| **GAAP operating margin** | 7% | 11% | 16% | 21% |
| **Non-GAAP operating margin** | 23% | 27% | 30% | 33% |
| **GAAP net income** | $ 1,300 | $ 3,700 | $ 34,400 | $ 49,200 |
| Stock-based compensation | 9,000 | 9,000 | 28,400 | 28,400 |
| Amortization of intangible assets | 4,100 | 4,100 | 14,700 | 14,700 |
| Restructuring and other costs, net | 500 | 500 | 6,300 | 6,300 |
| Depreciation | 2,500 | 2,500 | 10,000 | 10,000 |
| Total other income (expense), net | (3,300) | (3,300) | (13,500) | (13,500) |
| Provision for income taxes | 800 | 2,400 | 11,400 | 16,600 |
| **Adjusted EBITDA** | $21,500 | $25,500 | $118,700 | $138,700 |
| **GAAP net income margin** | 2% | 4% | 9% | 13% |
| **Adjusted EBITDA margin** | 26% | 30% | 33% | 36% |

Cerence. All rights reserved



Press Release                February 7, 2022

**CERENCE INC.**
**Reconciliations of GAAP Financial Measures to Non-GAAP Financial Measures (cont.)**
(unaudited - in thousands, except per share data)

| | Q2 2022 | | FY2022 | |
| --- | --- | --- | --- | --- |
| | Low | High | Low | High |
| **GAAP net income** | $ 1,300 | $ 3,700 | $34,400 | $49,200 |
| Stock-based compensation | 9,000 | 9,000 | 28,400 | 28,400 |
| Amortization of intangibles | 4,100 | 4,100 | 14,700 | 14,700 |
| Restructuring and other costs, net | 500 | 500 | 6,300 | 6,300 |
| Non-cash interest expense | 1,300 | 1,300 | 5,300 | 5,300 |
| Adjustments to income tax expense | (3,400) | (2,800) | (13,100) | (12,100) |
| **Non-GAAP net income** | $12,800 | $15,800 | $76,000 | $91,800 |
| **Adjusted EPS:** | | | | |
| **GAAP Numerator:** | | | | |
| Net income attributed to common shareholders | $ 1,300 | $ 3,700 | $34,400 | $49,200 |
| **Non-GAAP Numerator:** | | | | |
| Net income attributed to common shareholders | $ 12,800 | $ 15,800 | $ 76,000 | $ 91,800 |
| Interest on Convertible Senior Notes, net of tax | 1,000 | 1,000 | 4,000 | 4,000 |
| Net income attributed to common shareholders - diluted | $13,800 | $16,800 | $80,000 | $95,800 |
| **GAAP Denominator:** | | | | |
| Weighted-average common shares outstanding - basic | 39,200 | 39,200 | 39,100 | 39,100 |
| Adjustment for diluted shares | 600 | 600 | 700 | 700 |
| Weighted-average common shares outstanding - diluted | 39,800 | 39,800 | 39,800 | 39,800 |
| **Non-GAAP Denominator:** | | | | |
| Weighted-average common shares outstanding - basic | 39,200 | 39,200 | 39,100 | 39,100 |
| Adjustment for diluted shares | 5,200 | 5,200 | 5,300 | 5,300 |
| Weighted-average common shares outstanding - diluted | 44,400 | 44,400 | 44,400 | 44,400 |
| **GAAP net income per share—diluted** | $ 0.03 | $ 0.09 | $ 0.86 | $ 1.24 |
| **Non-GAAP net income per share—diluted** | $ 0.31 | $ 0.38 | $ 1.80 | $ 2.16 |

Cerence. All rights reserved

Exhibit 99.2





# Forward-Looking Statements

This material and any oral statements made in connection with this material include "forward-looking statements" within the meaning of the Securities Act of 1933 and the Securities Exchange Act of 1934. Statements made which provide the Company's or management's intentions, beliefs, expectations or predictions for the future are forward-looking statements and are inherently uncertain. The opinions, forecasts, projections or other statements other than statements of historical fact, including, without limitation, plans and objectives of management of the Company are forward-looking statements. It is important to note that actual results could differ materially from those discussed in such forward-looking statements. Important factors that could cause actual results to differ materially include the risk factors and other cautionary statements contained from time to time in the Company's SEC filings, which may be obtained by contacting the Company or the SEC. These filings are also available through the Company's web site at http://www.cerence.com or through the SEC's Electronic Data Gathering and Analysis Retrieval System (EDGAR) at http://www.sec.gov. We undertake no obligation to publicly update or revise any forward-looking statement.

© 2022 Cerence Inc.



# Automotive Industry at a Tipping Point

*More cars powered by electricity will accelerate the transition to a fully digital cockpit and cabin, transforming the driver and passenger experience*



cerence·    © 2022 Cerence Inc.    4

# Positioned to Lead the Dynamic Field of Conversational AI



**Critical part of the connected car ecosystem**

**Work with incumbent car makers and new electric vehicle makers**

**Industry-leading technology**

**Global delivery team helping customers create unique experiences**

**World-class employees**

cerence·

© 2022 Cerence Inc.

5

**$94.4M**
Revenue

**74.3%**
GAAP Gross Margin

**$19.0M**
GAAP Net Income

**$0.47**
GAAP EPS -diluted

**$5.1M**
CFFO[1]
(1) CFFO equals GAAP net cash provided by operating activities

# Cerence Delivers Strong Q1FY22

**Exceeded quarterly guidance on most profitability metrics despite industry headwinds**

**1%**
Year Over Year Growth

**77.5%**
Non-GAAP Gross Margin

**$36.9M**
39.1% Adjusted EBITDA

**$0.59**
Non-GAAP EPS-diluted

NOTE: Refer to the Appendix for more information on GAAP to non-GAAP reconciliations

cerence

© 2022 Cerence Inc.

6

# Building a Strong Foundation for Growth

 Largest contract in company history

 Second highest bookings quarter in company history

 Initial contribution from fitness, a new mobility market

 Won a new China-based two-wheeler customer

cerence

© 2022 Cerence Inc.

7



# Q1 Exceeded Guidance on Most Profitability Metrics

| In millions, except per share amounts | Q1FY22 Actual Results | Q1FY22 Guidance | Q1FY21 Actual Results |
|---|---|---|---|
| Revenue | $94.4 | $91 - $96 | $93.6 |
| GAAP Gross Margin | 74.3% | 73% - 74% | 71.3% |
| Non-GAAP Gross Margin [a] | 77.5% | 76% - 77% | 75.0% |
| GAAP Operating Margin | 24.3% | 13% - 16% | 18.7% |
| Non-GAAP Operating Margin [a] | 36.8% | 32% - 34% | 38.9% |
| GAAP Net Income | $19.0 | $8 - $10 | $20.9 |
| Adjusted EBITDA [a] | $36.9 | $31 - $35 | $39.0 |
| Adjusted EBITDA Margin [a] | 39.1% | 34% - 36% | 41.6% |
| GAAP Net Income per share – diluted | $0.47 | $0.20 - $0.26 | $0.53 |
| Non-GAAP EPS – diluted [a] | $0.59 | $0.47 - $0.53 | $0.57 |
| CFFO | $5.1 | n/a | $10.8 |

Footnote:
a)    Non-GAAP excludes acquisition-related costs, amortization of acquired intangible assets, restructuring expense, and stock-based compensation.  Refer to the Appendix for more information on GAAP to non-GAAP reconciliations

cerence

© 2022 Cerence Inc.

9

# Detailed Revenue Breakdown

| In millions | Q1FY22 | Q4FY21 | Q1FY21 | QoQ | YoY |
|---|---|---|---|---|---|
| License: | $46.9 | $51.4 | $46.4 | (9%) | +1% |
| Variable | $21.6 | $20.8 | $36.3 | +4% | (40%) |
| Fixed[1] | $20.1 | $25.4 | $10.1 | (21%) | +99% |
| Other Markets | $5.2 | $5.2 | - | +0% | n/a |
| Connected Services: | $28.2 | $25.6 | $25.9 | +10% | +9% |
| New | $12.2 | $9.5 $11.2[2] | $9.9 | +28% +9% | +23% |
| Legacy | $16.0 | $16.1 | $16.0 | (1%) | 0% |
| Professional Services | $19.4 | $21.1 | $21.3 | (8%) | (9%) |
| Total Revenue: | $94.4 | $98.1 | $93.6 | (4%) | +1% |

[1]Fixed license revenue includes prepaid and minimum commitment deals.
[2]Excluding a one-time accounting adjustment of $1.7M to correct an amortization schedule.

- YoY variable license decline was caused by increase in consumption of Fixed[1] licenses.

- Other Markets revenue in Q1 is a 1-time volume commit of $5.2M with a fitness customer. Q4 revenue of $5.2M was with a big tech giant.

- New connected revenue was up +23% YoY, including a $0.9m on-premise deal. Excluding on-premise, new connected was up 14% YoY.

- New connected revenue was up +28% QoQ. Excluding the $0.9M on-premise deal in Q1 and the $1.7M accounting adjustment in Q4, QoQ growth was +1%.

 cerence

© 2022 Cerence Inc.

10

# Cerence Guidance Considerations

## 1 Macro Conditions

Rapidly evolving conditions in automotive, including supply chain challenges, semiconductor shortage and ongoing impact of Covid-19 / Omicron affecting delivery of vehicles, factory shutdowns and labor shortages.

## 2 Bookings to Revenue

Analysis of each BU suggests bookings to revenue conversion for new products will take longer than expected. Offerings provide compelling revenue streams and can contribute to future growth, but will take longer than expected to recognize revenue.

## 3 License Deals

Prior guidance assumed a number of one-time technology license opportunities in fiscal 2022. Although attractive opportunities remain, these may not all be realized during our fiscal year as previously expected.

cerence

© 2022 Cerence Inc.

11

# FY22 Full Year Guidance Update

| In millions except per share amounts | FY22E | | FY21 |
| --- | --- | --- | --- |
| | Low | High | Actual |
| Revenue | $365 | $385 | $387.2 |
| GAAP Gross Margin | 73% | 75% | 73.9% |
| Non-GAAP Gross Margin [a] | 76% | 77% | 77.3% |
| GAAP Operating Margin | 16% | 21% | 15.7% |
| Non-GAAP Operating Margin [a] | 30% | 33% | 37.8% |
| GAAP Net Income | $34 | $49 | $45.9 |
| Adjusted EBITDA[a] | $119 | $139 | $155.9 |
| Adjusted EBITDA Margin [a] | 33% | 36% | 40.3% |
| GAAP EPS – diluted | $0.86 | $1.24 | $1.17 |
| Non-GAAP EPS – diluted [a] | $1.80 | $2.16 | $2.53 |

Footnote:
(a) Non-GAAP excludes acquisition-related costs, amortization of acquired intangible assets, restructuring expense, and stock-based compensation.  Refer to the Appendix for more information on GAAP to non-GAAP reconciliations

 cerence

© 2022 Cerence Inc.

# Q2FY22 Guidance

| In millions except per share amounts | Q2FY22E | | Q2FY21 |
| --- | --- | --- | --- |
| | Low | High | Actual |
| Revenue | $82 | $86 | $98.7 |
| GAAP Gross Margin | 71% | 73% | 73.4% |
| Non-GAAP Gross Margin [a] | 74% | 75% | 77.5% |
| GAAP Operating Margin | 7% | 11% | 17.6% |
| Non-GAAP Operating Margin [a] | 23% | 27% | 37.6% |
| GAAP Net Income | $1 | $4 | $11.2 |
| Adjusted EBITDA [a] | $22 | $26 | $39.3 |
| Adjusted EBITDA Margin [a] | 26% | 30% | 39.9% |
| GAAP EPS – diluted | $0.03 | $0.09 | $0.28 |
| Non-GAAP EPS – diluted [a] | $0.31 | $0.38 | $0.69 |

Footnote:
a)   Non-GAAP excludes acquisition-related costs, amortization of acquired intangible assets, restructuring expense, and stock-based compensation.  Refer to the Appendix for more information on GAAP to non-GAAP reconciliations

 cerence

© 2022 Cerence Inc.

13

# Long-Term Goal | Key Provider of AI for Mobility



© 2022 Cerence Inc.

14

# Thank you.

cerence·                              © 2022 Cerence Inc.                              15



# Adoption KPIs on a Strong Positive Trend



*Transactions are defined as the number of initiated user interactions with the Company's cloud computing platforms.*

© 2022 Cerence Inc.

17

# Non-GAAP Financial Measures – Definitions

**Discussion of Non-GAAP Financial Measures**

We believe that providing the non-GAAP information in addition to the GAAP presentation, allows investors to view the financial results in the way management views the operating results. We further believe that providing this information allows investors to not only better understand our financial performance, but more importantly, to evaluate the efficacy of the methodology and information used by management to evaluate and measure such performance. The non-GAAP information should not be considered superior to, or a substitute for, financial statements prepared in accordance with GAAP.

We utilize a number of different financial measures, both GAAP and non-GAAP, in analyzing and assessing the overall performance of the business, for making operating decisions and for forecasting and planning for future periods. While our management uses these non-GAAP financial measures as a tool to enhance their understanding of certain aspects of our financial performance, our management does not consider these measures to be a substitute for, or superior to, the information provided by GAAP financial statements.

Consistent with this approach, we believe that disclosing non-GAAP financial measures to the readers of our financial statements provides such readers with useful supplemental data that, while not a substitute for GAAP financial statements, allows for greater transparency in the review of our financial and operational performance. In assessing the overall health of the business during the three months December 31, 2021 and 2020, our management has either included or excluded the following items in general categories, each of which is described below.

**Adjusted EBITDA**

Adjusted EBITDA is defined as net income attributable to Cerence Inc. before net income (loss) attributable to income tax (benefit) expense, other income (expense) items, net, depreciation and amortization expense, and excluding acquisition-related costs, amortization of acquired intangible assets, stock-based compensation, and restructuring and other costs, net or impairment charges related to fixed and intangible assets and gains or losses on the sale of long-lived assets, if any. From time to time we may exclude from Adjusted EBITDA the impact of events, gains, losses or other charges (such as significant legal settlements) that affect the period-to-period comparability of our operating performance. Other income (expense) items, net include interest expense, interest income, and other income (expense), net (as stated in our Condensed Consolidated Statement of Operations). Our management and Board of Directors use this financial measure to evaluate our operating performance. It is also a significant performance measure in our annual incentive compensation programs.



# Non-GAAP Financial Measures – Definitions

**Restructuring and other costs, net.**
Restructuring and other charges, net include restructuring expenses as well as other charges that are unusual in nature, are the result of unplanned events, and arise outside the ordinary course of our business such as employee severance costs, costs for consolidating duplication facilities, and separation costs directly attributable to the Cerence business becoming a standalone public company.

**Acquisition-related costs, net.**
In recent years, we have completed a number of acquisitions, which result in operating expenses, which would not otherwise have been incurred. We provide supplementary non-GAAP financial measures, which exclude certain transition, integration and other acquisition-related expense items resulting from acquisitions, to allow more accurate comparisons of the financial results to historical operations, forward looking guidance and the financial results of less acquisitive peer companies. We consider these types of costs and adjustments, to a great extent, to be unpredictable and dependent on a significant number of factors that are outside of our control. Furthermore, we do not consider these acquisition-related costs and adjustments to be related to the organic continuing operations of the acquired businesses and are generally not relevant to assessing or estimating the long-term performance of the acquired assets. In addition, the size, complexity and/or volume of past acquisitions, which often drives the magnitude of acquisition related costs, may not be indicative of the size, complexity and/or volume of future acquisitions. By excluding acquisition-related costs and adjustments from our non-GAAP measures, management is better able to evaluate our ability to utilize our existing assets and estimate the long-term value that acquired assets will generate for us. We believe that providing a supplemental non-GAAP measure, which excludes these items allows management and investors to consider the ongoing operations of the business both with, and without, such expenses.

These acquisition-related costs fall into the following categories: (i) transition and integration costs; (ii) professional service fees and expenses; and (iii) acquisition-related adjustments. Although these expenses are not recurring with respect to past acquisitions, we generally will incur these expenses in connection with any future acquisitions. These categories are further discussed as follows:
- **Transition and integration costs.** Transition and integration costs include retention payments, transitional employee costs, and earn-out payments treated as compensation expense, as well as the costs of integration-related activities, including services provided by third-parties.
- **Professional service fees and expenses.** Professional service fees and expenses include financial advisory, legal, accounting and other outside services incurred in connection with acquisition activities, and disputes and regulatory matters related to acquired entities.
- Acquisition-related adjustments. Acquisition-related adjustments include adjustments to acquisition-related items that are required to be marked to fair value each reporting period, such as contingent consideration, and other items related to acquisitions for which the measurement period has ended, such as gains or losses on settlements of pre-acquisition contingencies.

 cerence

© 2022 Cerence Inc.

19

# Non-GAAP Financial Measures – Definitions

**Amortization of acquired intangible assets.**
We exclude the amortization of acquired intangible assets from non-GAAP expense and income measures. These amounts are inconsistent in amount and frequency and are significantly impacted by the timing and size of acquisitions. Providing a supplemental measure which excludes these charges allows management and investors to evaluate results "as-if" the acquired intangible assets had been developed internally rather than acquired and, therefore, provides a supplemental measure of performance in which our acquired intellectual property is treated in a comparable manner to our internally developed intellectual property. Although we exclude amortization of acquired intangible assets from our non-GAAP expenses, we believe that it is important for investors to understand that such intangible assets contribute to revenue generation. Amortization of intangible assets that relate to past acquisitions will recur in future periods until such intangible assets have been fully amortized. Future acquisitions may result in the amortization of additional intangible assets.

**Non-cash expenses.**
We provide non-GAAP information relative to the following non-cash expenses: (i) stock-based compensation; and (ii) non-cash interest. These items are further discussed as follow:
- (i)Stock-based compensation. Because of varying valuation methodologies, subjective assumptions and the variety of award types, we exclude stock-based compensation from our operating results. We evaluate performance both with and without these measures because compensation expense related to stock-based compensation is typically non-cash and awards granted are influenced by the Company's stock price and other factors such as volatility that are beyond our control. The expense related to stock-based awards is generally not controllable in the short-term and can vary significantly based on the timing, size and nature of awards granted. As such, we do not include such charges in operating plans. Stock-based compensation will continue in future periods.
- ii)Non-cash interest. We exclude non-cash interest because we believe that excluding this expense provides management, as well as other users of the financial statements, with a valuable perspective on the cash-based performance and health of the business, including the current near-term projected liquidity. Non-cash interest expense will continue in future periods.

**Other expenses.**
We exclude certain other expenses that result from unplanned events outside the ordinary course of continuing operations, in order to measure operating performance and current and future liquidity both with and without these expenses. By providing this information, we believe management and the users of the financial statements are better able to understand the financial results of what we consider to be our organic, continuing operations. Included in these expenses are items such as other charges (credits), net, losses from extinguishment of debt, and changes in indemnification assets corresponding with the release of pre-spin liabilities for uncertain tax positions.

 cerence

© 2022 Cerence Inc.

# KPI Measures – Definitions

**Key performance indicators**

We believe that providing key performance indicators ("KPIs"), allows investors to gain insight into the way management views the performance of the business. We further believe that providing KPIs allows investors to better understand information used by management to evaluate and measure such performance. KPIs should not be considered superior to, or a substitute for, operating results prepared in accordance with GAAP. In assessing the performance of the business during the three months ended December 31, 2021, our management has reviewed the following KPIs, each of which is described below:

- Percent of worldwide auto production with Cerence Technology: The number of Cerence enabled cars shipped as compared to IHS Markit car production data.
- Average contract duration: The weighted average annual period over which we expect to recognize the estimated revenues from new license and connected contracts signed during the quarter, calculated on a trailing twelve months ("TTM") basis and presented in years.
- Repeatable software contribution: The percentage of repeatable revenues as compared to total GAAP revenue in the quarter on a TTM basis. Repeatable revenues are defined as the sum of License and Connected Services revenues.
- Change in number of Cerence connected cars shipped: The year over year change in the number of cars shipped with Cerence connected solutions. Amounts calculated on a TTM basis.
- Growth in billings per car: The rate of growth calculated from the average billings per car based on a trailing twelve month comparison while excluding legacy contract and adjusted for prepay usage.

 cerence

© 2022 Cerence Inc.

21

# Q1FY22 Reconciliations of GAAP to non-GAAP Results

| (unaudited - in thousands, except per share data) | | Three Months Ended December 31, | | |
|---|---|---|---|---|
| | | 2021 | | 2020 |
| **GAAP revenue** | $ | 94,426 | $ | 93,643 |
| | | | | |
| **GAAP gross profit** | $ | 70,199 | $ | 66,755 |
| Stock-based compensation | | 1,092 | | 1,592 |
| Amortization of intangible assets | | 1,879 | | 1,879 |
| **Non-GAAP gross profit** | $ | 73,170 | $ | 70,226 |
| **GAAP gross margin** | | 74.3% | | 71.3% |
| **Non-GAAP gross margin** | | 77.5% | | 75.0% |
| | | | | |
| **GAAP operating income** | $ | 22,932 | $ | 17,544 |
| Stock-based compensation* | | 1,841 | | 13,325 |
| Amortization of intangible assets | | 5,033 | | 5,037 |
| Restructuring and other costs, net* | | 4,915 | | 480 |
| **Non-GAAP operating income** | $ | 34,721 | $ | 36,386 |
| **GAAP operating margin** | | 24.3% | | 18.7% |
| **Non-GAAP operating margin** | | 36.8% | | 38.9% |
| | | | | |
| **GAAP net income** | $ | 19,044 | $ | 20,941 |
| Stock-based compensation* | | 1,841 | | 13,325 |
| Amortization of intangible assets | | 5,033 | | 5,037 |
| Restructuring and other costs, net* | | 4,915 | | 480 |
| Depreciation | | 2,177 | | 2,587 |
| Total other income (expense), net | | (3,589) | | (6,018) |
| Provision for (benefit from) income taxes | | 299 | | (9,415) |
| **Adjusted EBITDA** | $ | 36,898 | $ | 38,973 |
| **GAAP net income margin** | | 20.2% | | 22.4% |
| **Adjusted EBITDA margin** | | 39.1% | | 41.6% |

| (unaudited - in thousands, except per share data) | | Three Months Ended December 31, | | |
|---|---|---|---|---|
| | | 2021 | | 2020 |
| **GAAP net income** | $ | 19,044 | $ | 20,941 |
| Stock-based compensation* | | 1,841 | | 13,325 |
| Amortization of intangible assets | | 5,033 | | 5,037 |
| Restructuring and other costs, net* | | 4,915 | | 480 |
| Non-cash interest expense | | 1,301 | | 1,230 |
| Indemnification asset release | | 1,302 | | - |
| Adjustments to income tax expense | | (8,108) | | (17,416) |
| **Non-GAAP net income** | $ | 25,328 | $ | 23,597 |
| | | | | |
| **Adjusted EPS:** | | | | |
| **GAAP Numerator:** | | | | |
| Net income attributed to common shareholders | $ | 19,044 | $ | 20,941 |
| Interest on Convertible Senior Notes, net of tax | | 1,911 | | 1,831 |
| Net income attributed to common shareholders - diluted | $ | 20,955 | $ | 22,772 |
| | | | | |
| **Non-GAAP Numerator:** | | | | |
| Net income attributed to common shareholders | $ | 25,328 | $ | 23,597 |
| Interest on Convertible Senior Notes, net of tax | | 1,019 | | 1,005 |
| Net income attributed to common shareholders - diluted | $ | 26,347 | $ | 24,602 |
| | | | | |
| **GAAP Denominator:** | | | | |
| Weighted-average common shares outstanding - basic | | 38,839 | | 37,180 |
| Adjustment for diluted shares | | 5,531 | | 6,184 |
| Weighted-average common shares outstanding - diluted | | 44,370 | | 43,364 |
| | | | | |
| **Non-GAAP Denominator:** | | | | |
| Weighted-average common shares outstanding - basic | | 38,839 | | 37,180 |
| Adjustment for diluted shares | | 5,531 | | 6,184 |
| Weighted-average common shares outstanding - diluted | | 44,370 | | 43,364 |
| | | | | |
| **GAAP net income per share - diluted** | $ | 0.47 | $ | 0.53 |
| **Non-GAAP net income per share - diluted** | $ | 0.59 | $ | 0.57 |
| | | | | |
| **GAAP net cash provided by operating activities** | $ | 5,145 | $ | 10,809 |
| Capital expenditures | | (4,410) | | (2,369) |
| **Free Cash Flow** | $ | 735 | $ | 8,440 |

# Q2FY22 and FY22 Reconciliations of GAAP to non-GAAP Guidance

(unaudited - in thousands, except per share data)

| | | Q2 2022 | | | | FY2022 | |
|---|---|---|---|---|---|---|---|
| | | Low | | High | | Low | | High |
| **GAAP revenue** | $ | 82,000 | $ | 86,000 | $ | 365,000 | $ | 385,000 |
| | | | | | | | | |
| **GAAP gross profit** | $ | 58,400 | $ | 62,400 | $ | 267,900 | $ | 287,900 |
| Stock-based compensation | | 1,200 | | 1,200 | | 4,700 | | 4,700 |
| Amortization of intangible assets | | 900 | | 900 | | 3,000 | | 3,000 |
| **Non-GAAP gross profit** | $ | 60,500 | $ | 64,500 | $ | 275,600 | $ | 295,600 |
| **GAAP gross margin** | | 71% | | 73% | | 73% | | 75% |
| **Non-GAAP gross margin** | | 74% | | 75% | | 76% | | 77% |
| | | | | | | | | |
| **GAAP operating income** | $ | 5,400 | $ | 9,400 | $ | 59,300 | $ | 79,300 |
| Stock-based compensation | | 9,000 | | 9,000 | | 28,400 | | 28,400 |
| Amortization of intangible assets | | 4,100 | | 4,100 | | 14,700 | | 14,700 |
| Restructuring and other costs, net | | 500 | | 500 | | 6,300 | | 6,300 |
| **Non-GAAP operating income** | $ | 19,000 | $ | 23,000 | $ | 108,700 | $ | 128,700 |
| **GAAP operating margin** | | 7% | | 11% | | 16% | | 21% |
| **Non-GAAP operating margin** | | 23% | | 27% | | 30% | | 33% |
| | | | | | | | | |
| **GAAP net income** | $ | 1,300 | $ | 3,700 | $ | 34,400 | $ | 49,200 |
| Stock-based compensation | | 9,000 | | 9,000 | | 28,400 | | 28,400 |
| Amortization of intangible assets | | 4,100 | | 4,100 | | 14,700 | | 14,700 |
| Restructuring and other costs, net | | 500 | | 500 | | 6,300 | | 6,300 |
| Depreciation | | 2,500 | | 2,500 | | 10,000 | | 10,000 |
| Total other income (expense), net | | (3,300) | | (3,300) | | (13,500) | | (13,500) |
| Provision for income taxes | | 800 | | 2,400 | | 11,400 | | 16,600 |
| **Adjusted EBITDA** | $ | 21,500 | $ | 25,500 | $ | 118,700 | $ | 138,700 |
| **GAAP net income margin** | | 2% | | 4% | | 9% | | 13% |
| **Adjusted EBITDA margin** | | 26% | | 30% | | 33% | | 36% |

# Q2FY22 and FY22 Reconciliations of GAAP to non-GAAP Guidance

(unaudited - in thousands)

| | Q2 2022 | | FY2022 | |
| --- | --- | --- | --- | --- |
| | Low | High | Low | High |
| **GAAP net income** | $ 1,300 $ | 3,700 | $ 34,400 $ | 49,200 |
| Stock-based compensation | 9,000 | 9,000 | 28,400 | 28,400 |
| Amortization of intangibles | 4,100 | 4,100 | 14,700 | 14,700 |
| Restructuring and other costs, net | 500 | 500 | 6,300 | 6,300 |
| Non-cash interest expense | 1,300 | 1,300 | 5,300 | 5,300 |
| Adjustments to income tax expense | (3,400) | (2,800) | (13,100) | (12,100) |
| **Non-GAAP net income** | $ 12,800 $ | 15,800 | $ 76,000 $ | 91,800 |
| | | | | |
| **Adjusted EPS:** | | | | |
| **GAAP Numerator:** | | | | |
| Net income attributed to common shareholders | $ 1,300 $ | 3,700 | $ 34,400 $ | 49,200 |
| | | | | |
| **Non-GAAP Numerator:** | | | | |
| Net income attributed to common shareholders | $ 12,800 $ | 15,800 | $ 76,000 $ | 91,800 |
| Interest on Convertible Senior Notes, net of tax | 1,000 | 1,000 | 4,000 | 4,000 |
| Net income attributed to common shareholders - diluted | $ 13,800 $ | 16,800 | $ 80,000 $ | 95,800 |
| | | | | |
| **GAAP Denominator:** | | | | |
| Weighted-average common shares outstanding - basic | 39,200 | 39,200 | 39,100 | 39,100 |
| Adjustment for diluted shares | 600 | 600 | 700 | 700 |
| Weighted-average common shares outstanding - diluted | 39,800 | 39,800 | 39,800 | 39,800 |
| | | | | |
| **Non-GAAP Denominator:** | | | | |
| Weighted-average common shares outstanding- basic | 39,200 | 39,200 | 39,100 | 39,100 |
| Adjustment for diluted shares | 5,200 | 5,200 | 5,300 | 5,300 |
| Weighted-average common shares outstanding - diluted | 44,400 | 44,400 | 44,400 | 44,400 |
| | | | | |
| **GAAP net income per share - diluted** | $ 0.03 $ | 0.09 | $ 0.86 $ | 1.24 |
| **Non-GAAP net income per share - diluted** | $ 0.31 $ | 0.38 | $ 1.80 $ | 2.16 |