# EXHIBIT 45

*(Raymond James analyst report, "New CEO Rips the Band Aid Off Prior to CEO's Guide," dated February 7, 2022)*

# RAYMOND JAMES

US RESEARCH | PUBLISHED BY
RAYMOND JAMES & ASSOCIATES

## CERENCE INC.  (CRNC-NASDAQ)

Advanced Industrial Technology | Auto Technology
**Brian Gesuale** | (727) 567-2287 | brian.gesuale@raymondjames.com
**Ryan Rackley, Sr. Res. Assoc.** | (727) 567-2713 | ryan.rackley@raymondjames.com

**FEBRUARY 7, 2022 | 12:44 PM EST**
**COMPANY COMMENT**

## New CEO Rips the Band Aid Off Prior CEO's Guide

### RECOMMENDATION

Cerence reported in line result with a weak guide this morning and the stock is off 30+% reflecting the messaging as much as the quantitative aspect of the print. The guide is off about 9% on revenue at the midpoint and 19% at the EBITDA line and the 2024 guide is "under review." While we've constantly written about the company taking down estimates towards our Street low and capitalizing on the new CEO having the opportunity early in his tenure to accomplish this with little fallout, the message more so than the magnitude of change have obliterated that thesis. The ugly part of the print has been the amount of previously non disclosed components to revenue that are apparently more one-off in nature. The silver lining (if such a thing exists on gap downs like today's) is the new CEO, cleared the decks and is "fire-hosing" the Street with incremental disclosure to rebuild credibility and reset expectations. While trading will be tough in the near term, reset expectations and attractive valuation coupled with strong secular tailwinds that are unchanged, have us reiterating our **Outperform** rating with a new target of $76.00

**The proverbial kitchen sink if you will.** We are reducing our Street low forecast from FY22-FY24 and lowering our target price but maintaining our Outperform rating given the accelerating auto production, a re-acceleration of Cerence growth in FY23 and a valuation that is either unsustainable in public markets or priming the pumps for a takeout now that two years have passed on the tax-free spin. Recall parent company Nuance was acquired by Microsoft at April 12th, 2021.

**Takeaways**: the print was essentially in line with our model at the headline level. Three items that impact the quality of the print were: 1) a meaningful decline in variable license revenue (down 40%), 2) offset largely by an unexpected non-recurring "other" markets deal, and 3) a new connected services run rate that is a bit lower than anticipated due to non-recurring or less predictable factors.

**Model Changes**: we are lowering our Street-low FY22-FY24 forecasts. For FY22 we move revenue from $400 million to $370 million and our FY24 endpoint forecast moves from $601 to $555 million vs. Street pre print in the $675 million+ range. The biggest deltas are lower variable license and new connected revenue partially offset by better fixed license revenue.

### VALUATION AND ROAD AHEAD

Shares currently trade at 15.5x, 10.5x and 9.0x our FY22, FY23, and FY24 EBITDA forecasts and 5.3, 4.5x and 3.6x sales. This is in in-line with low gross margin auto suppliers APTV and VC who have gross margin 50 percentage points lower This is unsustainable in our view and will likely be corrected in the public markets as credibility is restored or via acquisition. If shares of CRNC languish for too long. Our new price target is $76 or 18x CY23 EBITDA estimate.

**Outperform 2**
**Target Price $76.00** ↓ old: $100.00

| Suitability | MA/ACC |
|---|---|

**MARKET DATA**

| | |
|---|---|
| Current Price (Feb-7-22) | $41.46 |
| Market Cap (mln) | $1,648 |
| Current Net Debt (mln) | $114 |
| Enterprise Value (mln) | $1,762 |
| Shares Outstanding (mln) | 39.7 |
| 30-Day Avg. Daily Value (mln) | $37.5 |
| Dividend | $0.00 |
| Dividend Yield | 0.0% |
| 52-Week Range | $56.32 - $139.00 |

**KEY FINANCIAL METRICS**

| | 1Q | 2Q | 3Q | 4Q |
|---|---|---|---|---|
| Non-GAAP EPS ($, Sep FY) | | | | |
| 2020A | 0.29 | 0.44 | 0.31 | 0.61 |
| 2021A | 0.59 | 0.69 | 0.62 | 0.66 |
| 2022E | 0.49 | 0.55 | 0.59 | 0.64 |
| **new** | **0.59 A** | **0.37** | **0.48** | **0.58** |
| 2023E | 0.76 | 0.83 | 0.87 | 0.89 |
| **new** | **0.69** | **0.73** | **0.78** | **0.77** |

| | 2020A | 2021A | 2022E | 2023E |
|---|---|---|---|---|
| Non-GAAP EPS ($, Sep FY) | | | | |
| old | 1.64 | 2.56 | 2.28 | 3.36 |
| **new** | **1.64** | **2.56** | **2.02** | **2.97** |
| P/E (Non-GAAP) | | | | |
| | 25.2x | 16.2x | 20.5x | 13.9x |
| GAAP EPS ($, Sep FY) | | | | |
| old | (0.58) | 1.17 | 0.89 | 2.39 |
| **new** | **(0.58)** | **1.17** | **0.99** | **2.03** |
| Adj. EBITDA (mln) ($, Sep FY) | | | | |
| old | 115 | 156 | 154 | 210 |
| **new** | **115** | **156** | **128** | **189** |
| Revenue (mln) ($, Sep FY) | | | | |
| old | 330 | 387 | 400 | 485 |
| **new** | **330** | **387** | **370** | **442** |
| CY Revenue (mln) ($, Sep FY) | | | | |
| old | 347 | 392 | 439 | |
| **new** | **347** | **388** | **378** | |
| CY EBITDA (mln) ($, Sep FY) | | | | |
| old | 134 | 151 | 181 | |
| **new** | **134** | **154** | **135** | |

*Source: Thomson One, Raymond James & Associates. Quarterly figures may not add to full year due to rounding.*
*Non-GAAP historicals and projections are Raymond James estimates and exclude one-time and non-core items.*

---

**Please read domestic and foreign disclosure/risk information beginning on page 3 and Analyst Certification on page 4.**

INTERNATIONAL HEADQUARTERS: THE RAYMOND JAMES FINANCIAL CENTER | 880 CARILLON PARKWAY | ST. PETERSBURG FLORIDA 33716

| | 1Q21 Dec | 2Q21 Mar | 3Q21 Jun | 4Q21 Sep | 2021 | 1Q22 Dec | 2Q22E Mar | 3Q22E Jun | 4Q22E Sep | 2022E | 1Q23E Dec | 2Q23E Mar | 3Q23E Jun | 4Q23E Sep | 2023E | 1Q24E Dec | 2Q24E Mar | 3Q24E Jun | 4Q24E Sep | 2024E | | CY2019 | CY2020 | CY2021 | CY2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| License | 46,414 | 54,372 | 49,980 | 51,418 | 202,183 | 46,850 | 48,400 | 50,600 | 47,700 | 193,550 | 53,100 | 55,176 | 59,708 | 58,410 | 226,394 | 58,410 | 60,694 | 65,679 | 64,251 | 249,033 | | 169,143 | 169,915 | 202,620 | 199,800 |
| y/y growth | 13.9% | 21.9% | 54.0% | 10.8% | 23.1% | 0.9% | -11.0% | 1.2% | -7.2% | -4.3% | 13.3% | 14.0% | 18.0% | 22.5% | 17.0% | 10.0% | 10.0% | 10.0% | 10.0% | 10.0% | | -2.5% | 0.5% | 19.2% | -1.4% |
| Connected Services | 27,251 | 27,736 | 30,283 | 25,585 | 109,534 | 28,159 | 19,971 | 23,974 | 25,803 | 97,907 | 28,551 | 29,495 | 32,572 | 35,140 | 125,758 | 37,679 | 43,806 | 49,323 | 55,599 | 186,407 | | 84,456 | 100,378 | 111,763 | 98,299 |
| y/y growth | 18.4% | 19.9% | 21.2% | 2.3% | 13.9% | 3.3% | -28.0% | -20.8% | 0.9% | -10.6% | 1.4% | 47.7% | 35.9% | 36.2% | 28.4% | 32.0% | 48.5% | 51.4% | 58.2% | 48.2% | | 34.6% | 18.9% | 11.3% | -12.0% |
| Professional Services | 21,299 | 16,555 | 16,538 | 21,073 | 75,465 | 19,417 | 17,052 | 18,192 | 22,021 | 76,682 | 20,155 | 18,757 | 20,830 | 25,311 | 85,053 | 20,961 | 20,257 | 22,497 | 26,323 | 90,038 | | 54,690 | 76,858 | 73,583 | 77,420 |
| y/y growth | 55.8% | -11.7% | -4.7% | 8.3% | 9.0% | -8.8% | 3.0% | 10.0% | 4.5% | 1.6% | 3.8% | 10.0% | 14.5% | 14.9% | 10.9% | 4.0% | 8.0% | 8.0% | 4.0% | 5.9% | | 18.9% | 40.5% | -4.3% | 5.2% |
| New Mobility | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 512 | 1,000 | 1,512 | 1,000 | 1,000 | 1,000 | 1,837 | 4,837 | 5,000 | 7,000 | 8,000 | 10,000 | 30,000 | | 0 | 1 | 0 | 0 |
| **Total Revenue** | 94,964 | 98,663 | 96,801 | 98,076 | 387,182 | 94,426 | 85,422 | 93,278 | 96,525 | 369,651 | 102,806 | 104,428 | 114,110 | 120,697 | 442,041 | 122,050 | 131,757 | 145,499 | 156,173 | 555,479 | | 308,289 | 347,152 | 387,966 | 378,030 |
| y/y growth | 22.6% | 14.1% | 29.4% | 7.9% | 17.5% | -0.6% | -13.4% | -3.6% | -1.6% | -4.5% | 8.9% | 22.2% | 22.3% | 25.0% | 19.6% | 18.7% | 26.2% | 27.5% | 29.4% | 25.7% | | 9.2% | 12.6% | 11.8% | -2.6% |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| COGS | | | | | | | | | | | | | | | | | | | | | | | | | |
| License | 674 | 1,181 | 863 | 826 | 3,544 | 721 | 1,452 | 1,012 | 954 | 4,139 | 1,062 | 1,104 | 1,194 | 1,168 | 4,528 | 1,168 | 1,214 | 1,314 | 1,285 | 4,981 | | 2,410 | 2,776 | 3,591 | 4,480 |
| *Gross Margin* | 98.5% | 97.8% | 98.3% | 98.4% | 98.2% | 98.5% | 97.0% | 98.0% | 98.0% | 97.9% | 98.0% | 98.0% | 98.0% | 98.0% | 98.0% | 98.0% | 98.0% | 98.0% | 98.0% | 98.0% | | 98.6% | 98.4% | 98.2% | 97.8% |
| Connected Services (inc New Mob) | 7,013 | 6,839 | 6,108 | 5,767 | 25,727 | 5,724 | 6,790 | 6,122 | 6,701 | 25,336 | 7,151 | 7,319 | 8,057 | 8,874 | 31,402 | 9,816 | 11,685 | 13,184 | 15,088 | 49,774 | | 35,008 | 30,106 | 24,438 | 26,764 |
| *Gross Margin* | 74.3% | 75.3% | 79.8% | 77.5% | 76.5% | 79.7% | 66.0% | 75.0% | 75.0% | 74.1% | 75.8% | 76.0% | 76.0% | 76.0% | 75.0% | 77.0% | 77.0% | 77.0% | 77.0% | 73.3% | | 58.5% | 70.0% | 78.1% | 72.8% |
| Professional Services | 17,315 | 16,325 | 14,985 | 15,655 | 64,287 | 15,903 | 16,199 | 15,281 | 18,498 | 65,881 | 16,729 | 15,512 | 17,289 | 21,008 | 70,537 | 15,721 | 15,193 | 16,872 | 19,742 | 67,529 | | 55,243 | 67,787 | 62,868 | 66,707 |
| *Gross Margin* | 18.7% | 1.4% | 9.4% | 25.7% | 14.8% | 18.1% | 5.0% | 16.0% | 16.0% | 14.1% | 17.0% | 17.3% | 17.0% | 17.0% | 17.1% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | | -1.0% | 11.8% | 14.6% | 13.8% |
| Amortization | 1,879 | 1,879 | 1,879 | 1,879 | 7,516 | 1,879 | 900 | 150 | 150 | 3,079 | 150 | 150 | 150 | 150 | 600 | 150 | 150 | 150 | 150 | 600 | | 8,410 | 8,129 | 7,516 | 1,350 |
| Total | 26,881 | 26,224 | 23,835 | 24,127 | 101,074 | 24,227 | 25,341 | 22,565 | 26,303 | 98,435 | 25,092 | 24,084 | 26,690 | 31,200 | 107,067 | 26,855 | 28,242 | 31,520 | 36,265 | 122,883 | | 101,071 | 108,798 | 98,413 | 99,300 |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Gross Profit** | 68,083 | 72,439 | 72,966 | 73,949 | 286,108 | 70,199 | 60,081 | 70,713 | 70,222 | 271,215 | 77,714 | 80,344 | 87,420 | 89,497 | 334,974 | 95,195 | 103,515 | 113,978 | 119,908 | 432,596 | | 207,218 | 238,354 | 289,553 | 278,730 |
| *Margin* | 71.7% | 73.4% | 75.4% | 75.4% | 73.9% | 74.3% | 70.3% | 75.8% | 72.8% | 73.4% | 75.6% | 76.9% | 76.6% | 74.1% | 75.8% | 78.0% | 78.6% | 78.3% | 76.8% | 77.9% | | 67.2% | 68.7% | 74.6% | 73.7% |
| *Adj Margin* | 75.3% | 74.2% | 78.8% | 77.5% | 75.5% | 77.5% | 70.3% | 76.0% | 73.0% | 74.2% | 77.7% | 79.0% | 78.5% | 75.9% | 77.7% | 79.8% | 80.2% | 79.8% | 78.2% | 79.4% | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| R&D | 24,091 | 28,864 | 30,370 | 28,705 | 112,070 | 25,792 | 26,481 | 28,450 | 27,992 | 108,715 | 25,907 | 26,003 | 28,413 | 30,174 | 110,497 | 30,512 | 32,280 | 34,920 | 37,482 | 135,194 | | 92,764 | 89,479 | 113,731 | 108,830 |
| *Margin* | 25.4% | 29.3% | 31.4% | 29.3% | 28.9% | 27.3% | 31.0% | 30.5% | 29.0% | 29.4% | 25.2% | 24.9% | 24.9% | 25.0% | 25.0% | 25.0% | 24.5% | 24.0% | 24.0% | 24.3% | | 30.1% | 25.8% | 29.3% | 28.8% |
| S&M | 8,898 | 9,555 | 9,534 | 10,586 | 38,683 | 5,879 | 10,251 | 9,328 | 8,205 | 33,662 | 9,150 | 9,190 | 10,384 | 10,863 | 39,586 | 11,595 | 12,517 | 13,822 | 14,836 | 52,770 | | 34,760 | 34,353 | 35,554 | 36,933 |
| *Margin* | 9.4% | 9.7% | 9.8% | 10.8% | 10.0% | 6.2% | 12.0% | 10.0% | 8.5% | 9.1% | 8.9% | 8.8% | 9.1% | 9.0% | 9.0% | 9.5% | 9.5% | 9.5% | 9.5% | 9.5% | | 11.3% | 9.9% | 9.2% | 9.8% |
| G&A | 11,617 | 12,956 | 13,173 | 18,416 | 56,979 | 7,527 | 12,813 | 12,593 | 13,031 | 45,964 | 11,309 | 11,696 | 12,438 | 13,035 | 48,478 | 17,087 | 18,446 | 20,370 | 21,864 | 77,767 | | 31,689 | 49,520 | 52,072 | 49,745 |
| *Margin* | 12.2% | 13.1% | 13.6% | 18.8% | 14.7% | 8.0% | 15.0% | 13.5% | 13.5% | 12.4% | 11.0% | 11.2% | 10.9% | 10.8% | 11.0% | 14.0% | 14.0% | 14.0% | 14.0% | 14.0% | | 10.3% | 14.3% | 13.4% | 13.2% |
| Amortization | 3,158 | 3,183 | 3,180 | 3,169 | 12,690 | 3,154 | 3,200 | 2,750 | 2,550 | 11,654 | 2,550 | 2,550 | 2,550 | 2,550 | 10,200 | 2,550 | 2,550 | 2,550 | 2,550 | 10,200 | | 12,522 | 12,571 | 12,686 | 11,050 |
| Restructuring & Other | 47 | 537 | 1,760 | 2,315 | 5,092 | 4,915 | 500 | 450 | 450 | 6,315 | 450 | 450 | 450 | 450 | 1,800 | 450 | 450 | 450 | 450 | 1,800 | | 28,831 | 10,730 | 9,527 | 1,850 |
| M&A Costs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 709 | 0 | 0 | 0 |
| Total OPEX | 47,811 | 55,095 | 58,017 | 63,191 | 225,514 | 47,267 | 53,245 | 53,570 | 52,228 | 206,310 | 49,365 | 49,888 | 54,235 | 57,072 | 210,561 | 62,194 | 66,243 | 72,112 | 77,182 | 277,732 | | 201,275 | 196,654 | 223,570 | 208,408 |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| **EBIT** | 20,272 | 17,344 | 14,949 | 10,758 | 60,594 | 22,932 | 6,836 | 17,143 | 17,994 | 64,906 | 28,348 | 30,456 | 33,184 | 32,424 | 124,413 | 33,001 | 37,271 | 41,866 | 42,726 | 154,864 | | 5,943 | 41,700 | 65,983 | 70,322 |
| *EBIT Margin* | 21.3% | 17.6% | 15.4% | 11.0% | 15.7% | 24.3% | 8.0% | 18.4% | 18.6% | 17.6% | 27.6% | 29.2% | 29.1% | 26.9% | 28.1% | 27.0% | 28.3% | 28.8% | 27.4% | 27.9% | | 1.9% | 12.0% | 18.6% | |
| *AEBIT Margin* | 39.7% | 37.6% | 37.7% | 37.2% | 38.2% | 36.8% | 23.9% | 32.7% | 33.1% | 31.8% | 40.4% | 41.8% | 40.6% | 37.8% | 40.0% | 37.8% | 38.3% | 37.8% | 35.8% | 37.3% | | 28.8% | 35.7% | 37.3% | 0.0% |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| **AEBITDA** | 40,294 | 39,347 | 38,748 | 38,834 | 155,902 | 36,898 | 22,936 | 33,093 | 34,744 | 127,672 | 44,498 | 46,606 | 49,334 | 48,574 | 189,013 | 49,151 | 53,421 | 58,016 | 58,876 | 219,464 | | 96,703 | 133,647 | 153,827 | 135,272 |
| *AEBITDA Margin* | 42.4% | 39.9% | 40.0% | 39.6% | 40.3% | 39.1% | 26.9% | 35.5% | 36.0% | 34.5% | 43.3% | 44.6% | 43.2% | 40.2% | 42.8% | 40.3% | 40.5% | 39.9% | 37.7% | 39.5% | | 31.4% | 38.5% | 39.6% | 35.8% |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| Interest Income | 18 | 16 | 34 | 41 | 109 | 90 | 272 | 330 | 428 | 1,120 | 445 | 543 | 633 | 728 | 2,349 | 836 | 919 | 1,003 | 1,116 | 3,874 | | | | | |
| Interest Expense | 3,799 | 3,476 | 3,294 | 3,428 | 13,997 | 3,427 | 3,627 | 3,827 | 3,827 | 14,708 | 3,229 | 3,173 | 3,117 | 3,060 | 12,579 | 3,081 | 3,018 | 2,956 | 2,893 | 11,948 | | 6,798 | 19,494 | 13,625 | 14,510 |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other Income | (2,237) | 3,496 | 173 | 131 | 1,563 | (252) | (252) | (252) | (252) | (1,008) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 201 | (25,410) | 3,548 | (756) |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pretax Income | 14,254 | 17,379 | 11,862 | 7,502 | 48,269 | 19,343 | 3,229 | 13,394 | 14,344 | 50,310 | 25,565 | 27,826 | 30,700 | 30,092 | 114,184 | 30,756 | 35,172 | 39,913 | 40,948 | 146,789 | | (373) | (2,882) | 56,086 | 56,532 |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| Taxes | (7,384) | 6,216 | 6,064 | (489) | 2,376 | 299 | 800 | 6,027 | 2,869 | 9,995 | 7,158 | 7,791 | 8,596 | 8,426 | 31,971 | 8,612 | 9,848 | 11,176 | 11,465 | 41,101 | | (86,621) | (15,895) | 12,090 | 16,854 |
| *Tax Rate* | -51.8% | 35.8% | 51.1% | -6.5% | 4.9% | 1.5% | 20.0% | 45.0% | 20.0% | 19.9% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | 28.0% | | 23222.8% | 551.6% | 21.6% | 29.8% |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Net Income** | 21,638 | 11,163 | 5,798 | 7,991 | 45,893 | 19,044 | 2,429 | 7,367 | 11,475 | 40,315 | 18,407 | 20,035 | 22,104 | 21,667 | 82,212 | 22,144 | 25,324 | 28,738 | 29,483 | 105,688 | | 86,248 | 13,013 | 43,996 | 39,678 |
| y/y growth | -284.0% | -12.4% | -120.6% | 17.2% | -325.1% | -12.0% | -78.2% | 27.1% | 43.6% | -12.2% | -3.3% | 724.7% | 200.1% | 88.8% | 103.9% | 20.3% | 26.4% | 30.0% | 36.1% | 28.6% | | 1128.0% | -84.9% | 238.1% | -9.8% |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| Shares Outstanding (GAAP diluted) | 43 | 39 | 39 | 40 | 39.3 | 44 | 44 | 40 | 40 | 42.2 | 40 | 40 | 40 | 40 | 40.4 | 40 | 40 | 40 | 40 | 40.4 | | 36 | 43 | 44 | 44 |
| | | | | | | | | | | | | | | | | | | | | | | | | | |
| **GAAP EPS** | 0.54 | 0.28 | 0.15 | 0.20 | 1.17 | 0.47 | 0.06 | 0.18 | 0.28 | 0.99 | 0.46 | 0.50 | 0.55 | 0.54 | 2.03 | 0.55 | 0.63 | 0.71 | 0.73 | 2.62 | | 2.40 | 0.29 | 1.11 | 0.98 |
| **Adj EPS** | 0.59 | 0.69 | 0.62 | 0.66 | 2.56 | 0.59 | 0.37 | 0.48 | 0.58 | 2.02 | 0.69 | 0.73 | 0.78 | 0.77 | 2.97 | 0.80 | 0.87 | 0.96 | 0.98 | 3.61 | | 1.72 | 1.95 | 2.56 | 2.12 |

**COMPANY DESCRIPTION**

Cerence designs and builds cognitive assistance solutions (think Apple's Siri or Amazon's Alexa) that serve as the foundation for interactions between the digital world, a vehicle, the driver, and passengers. Cerence is the leading provider of these auto-based virtual assistant solutions which we believe will be integral to the evolution of auto technology and autonomous vehicles.

Its customers span all the major OEMs and Tier 1 suppliers, and the company delivers its solution on a white-label basis which allows OEMs to brand (and name) the solution in a way that best strengthens their bond with the end user.



# IMPORTANT INVESTOR DISCLOSURES

Unless otherwise specified, the term "Raymond James" shall denote, where appropriate, Raymond James & Associates, Inc. (RJA), Raymond James Ltd. (RJL), and their affiliates, subsidiaries and related entities.

## Analyst Information

**Analyst Compensation**: Research analysts and associates at Raymond James are compensated on a salary and bonus system. Several factors enter into the compensation determination for an analyst, including: i) research quality and overall productivity, including success in rating stocks on an absolute basis and relative to the local exchange composite index and/or sector index; ii) recognition from institutional investors; iii) support effectiveness to the institutional and retail sales forces and traders; iv) commissions generated in stocks under coverage that are attributable to the analyst's efforts; v) net revenues of the overall Equity Capital Markets Group; and vi) comparable compensation levels for research analysts at competing peer firms.

**Registration of Non-U.S. Analysts**: The analysts listed on the front of this report who are not employees of, or associated with, RJA are not registered/qualified as research analysts under FINRA rules and are not subject to FINRA Rule 2241 restrictions on communications with covered companies, trading securities held by a research analyst account, and obligations related to identifying and managing conflicts of interest.

This global disclosure considers all entities of Raymond James and its affiliates. The jurisdiction where the analyst(s) is registered will determine what is permitted. For example, if the persons responsible for the content of this report are not licensed as research analysts in accordance with applicable rules promulgated by the regulatory organization(s) where this report is distributed, any client wishing to effect trades in any security should contact their Raymond James representative.

**The analyst Brian Gesuale, primarily responsible for the preparation of this research report, attests to the following: (1) that the views and opinions rendered in this research report reflect his or her personal views about the subject companies or issuers and (2) that no part of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views in this research report. In addition, said analyst(s) has not received compensation from any subject company in the last 12 months.**

## Company Specific Disclosures

**Methodology:** The Raymond James methodology for assigning ratings and target prices includes a number of qualitative and quantitative factors, including an assessment of industry size, structure, business trends, and overall attractiveness; management effectiveness; competition; visibility; financial condition; and expected total return, among other factors. Collectively, these factors are subject to change depending on overall economic conditions or industry- or company-specific occurrences.

**Target Prices:** The information below indicates Raymond James' target price and rating changes for any subject companies over the past three years.



## Valuation Methodology

### Cerence Inc.

Currently we attempt to value CRNC using EV/EBITDA and EV/Sales multiples; and DCF analysis.

### General Risk Factors

Following are some general risk factors that pertain to the businesses of the subject companies and the projected target prices and recommendations included on Raymond James research: (1) Industry fundamentals with respect to customer demand or product/service pricing could change and adversely impact expected revenues and earnings; (2) issues relating to major competitors or market shares or new product expectations could change investor attitude toward the sector or this stock; (3) Unforeseen developments with respect to the management, financial condition or accounting policies or practices could alter the prospective valuation.

### Company Specific Risk Factors

### Cerence Inc.

**Competition.** The cognitive assistance market is intensely competitive. Cerence competes with third party solutions such as Apple CarPlay. Cerence's success in fending off competition will be reliant on the company's ability to enhance current products and introduce new products, all the while making sure it maintains its alignment with OEMs.

**Macro Exposure.** While a large part of our thesis is rooted in Cerence's penetration opportunity and better than average growth, it unquestionably has material exposure to the automotive industry and the global economy. To the extent the global economy suffers and consumers purchase fewer vehicles, Cerence's customers will be financially stressed and would demand lower volumes of Cerence's products. A major economic downturn would also likely result in end users seeking out cheaper alternatives to Cerence's solutions. Finally, exposure to the automotive industry translates into exposure to changes in interest rate levels and credit availability, consumer confidence, fuel costs, fuel availability, governmental incentives and regulatory requirements, and political volatility. We believe Cerence can offset these dynamics to a greater extent than other auto tech investment opportunities, which would provide a level of relative performance cushion.

**Fueling the R&D Machine.** Cerence's success in increasing cloud connected services will be critical and at the same time cloud connected services doesn't entirely mesh with the company's historical expertise in edge software technology. We would also note that developing cloud technology is expensive, which could put a damper on our expectations for margin expansion. That said, Cerence's competitive foothold is impressive and management's track record provides us with the confidence we need.

**Customer Purchasing Power.** Cerence's customer pool is largely focused on Tier 1 suppliers and vehicle OEMs, two groups that tend to have concentrated market shares. This dynamic could result in unfavorable purchasing power that could lead to pricing pressure for Cerence. We believe Cerence's focus on reducing costs and competitive advantages will support its ability to maintain its pricing structure.

### Relationship Disclosures

Certain affiliates of Raymond James expect to receive or intend to seek compensation for investment banking services from all companies under research coverage within the next three months. The person(s) responsible for the production of this report declare(s) that, as far as they are aware, there are no relationships or circumstances (including conflicts of interest) that may in any way impair the objectivity of this recommendation directly or indirectly. This statement applies equally to any persons closely associated with him or her. However, it is possible that persons making communications in relation to a security may have a holding in that security and this will be disclosed. As stated, Raymond James has controls

in place to manage such risks.

In the event that this is a compendium report (i.e., covers six or more subject companies), Raymond James may choose to provide specific disclosures for the subject companies by reference. To access these disclosures, clients should refer to: raymondjames.bluematrix.com/sellside/ Disclosures.action or call toll free at 1.800.237.5643 in the United States or 1.800.667.2899 in Canada. In other jurisdictions, please contact your local Raymond James' representative.

| Company Name | Disclosure |
|---|---|
| Cerence Inc. | Raymond James & Associates, Inc. makes a market in the shares of Cerence Inc.. |

## Investor Disclosures

In the United States (or U.S.), RJA is registered with the Financial Industry Regulatory Authority (FINRA) as a member firm. RJA is responsible for the preparation and distribution of reports created in the United States. RJA is located at The Raymond James Financial Center, 880 Carillon Parkway, St. Petersburg, Florida 33716 (Raymond James Financial (RJF) Corporate Headquarters), 727.567.1000. Raymond James Financial Services, Inc. (RJFS) is registered with FINRA as a Member Firm. RJFS is located at the RJF Corporate Headquarters.

RJA non-U.S. affiliates, which are not FINRA member firms (with the exception of Raymond James (USA) Ltd.), include the following entities, which are responsible for the creation or distribution of reports in their respective areas:

In Canada, RJL is registered with the Investment Industry Regulatory Organization of Canada (IIROC) as a member firm. RJL is responsible for the preparation and distribution of reports created in Canada. RJL is located at Suite 2100, 925 West Georgia Street, Vancouver, BC V6C 3L2 (RJL Head Office), 604.659.8200. Raymond James (USA) Ltd. (RJLU) is registered with FINRA as a member firm, which is responsible for the distribution of reports created in Canada and the United States to both American clients living in Canada and Canadian clients living in the United States. RJLU is located at the RJL Head Office.

In the United Kingdom, Raymond James Financial International Ltd. (RJFI) and Raymond James Investment Services, Ltd. (RJIS) are authorised and regulated by the Financial Conduct Authority (FCA). RJFI and RJIS are located at Ropemaker Place, 25 Ropemaker Street, London, England, EC2Y 9LY, +44 203 798 5600.

This report is not directed to, or intended for distribution to or use by, any person or entity that is a citizen or resident of or located in a locality, state, province, country, or other jurisdiction where such distribution, publication, availability, or use would be strictly prohibited or contrary to law or regulation. The securities discussed in this report may not be eligible for sale in some jurisdictions. This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It is not investment advice and does not constitute a personal recommendation, nor does it take into account the particular investment objectives, financial situations, or needs of individual clients. Information in this report should not be construed as advice designed to meet the individual objectives of any particular investor. Investors should consider this report as only a single factor in making their investment decision. Some investments discussed in this report may have a high level of volatility. High volatility investments may experience sudden and large falls in their value causing losses when that investment is realized. Those losses may equal your original investment. Consultation with your Raymond James representative is recommended. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Nothing in this report constitutes investment, legal, accounting or tax advice or is a representation that any investment or strategy is suitable or appropriate to your individual circumstances or otherwise constitutes a personal recommendation to you.

The information provided is as of the date above and is subject to change and may or may not be updated. This report should not be deemed a recommendation to buy or sell any security. Certain information has been obtained from third-party sources Raymond James considers reliable, but Raymond James does not guarantee that such information is accurate or complete. Persons within Raymond James may have information that is not available to the contributors of the information contained in this report. Raymond James, including affiliates and employees, may execute transactions in the securities listed in this report that may not be consistent with the ratings appearing in this report.

With respect to materials prepared by Raymond James, all expressions of opinion reflect the judgment of the Research Departments of Raymond James, or its affiliates, as of the date above and are subject to change. Raymond James may perform investment banking or other services for, or solicit investment banking business from, any company mentioned in this report.

Raymond James reports are disseminated and available to Raymond James clients simultaneously via electronic publication to Raymond James' internal proprietary websites (RJA: RJ Client Access & raymondjames.com; RJL: RJL ECM Client Access, RJL Retail Client Access & raymondjames.ca). Not all reports are directly distributed to clients or third-party aggregators. Certain reports may only be disseminated on Raymond James' internal proprietary websites; however, such reports will not contain estimates or changes to earnings forecasts, target price, valuation, or investment or suitability rating. Individual Raymond James associates may also opt to circulate published reports to one or more clients electronically. This electronic communication distribution is discretionary and is done only after the report has been publically disseminated via RJ's internal proprietary websites. The level and types of communications provided by Raymond James associates to clients may vary depending on various factors including, but not limited to, the client's individual preference as to the frequency and manner of receiving communications. For reports, models, or other data available on a particular security, please contact your Raymond James representative or

financial advisor or visit for RJA: RJ Client Access & raymondjames.com; RJL: RJL ECM Client Access, RJL Retail Client Access & raymondjames.ca.

Raymond James' policy is to update reports as it deems appropriate, based on developments with the subject company, the sector or the market that may have a material impact on the research views or opinions stated in a report. Raymond James' policy is only to publish reports that are impartial, independent, clear, and fair and not misleading. Any information relating to the tax status of the securities discussed in this report is not intended to provide tax advice or to be used by anyone to provide tax advice. Investors are urged to seek tax advice based on their particular circumstances from an independent tax professional.

Links to third-party websites are being provided for information purposes only. Raymond James is not affiliated with and does not endorse, authorize, or sponsor any of the listed websites or their respective sponsors. Raymond James is not responsible for the content of any third-party website or the collection or use of information regarding any website's users and/or members. Raymond James has not reviewed any such third-party websites and takes no responsibility for the content contained therein. Such address or hyperlink (including addresses or hyperlinks to Raymond James' own website material) is provided solely for your convenience and information, and the content of any such website does not in any way form part of this report. Accessing such website or following such link through this report or Raymond James' website shall be at your own risk. Additional information is available on request.

All right, title, and interest in any Raymond James reports is the exclusive property of Raymond James Financial, Inc. and its affiliates, except as otherwise expressly stated. Raymond James® is the registered trademark of Raymond James Financial, Inc. All trademarks, service marks, slogans, logos, trade dress and other identifiers, third-party data and/or market data ("intellectual property") displayed in the Raymond James reports are the property of Raymond James, or of other parties. The names of other companies and third-party products or services or other intellectual property mentioned in the Raymond James reports may be the copyright, trademarks, or service marks of their respective owners. U.S. and foreign copyright, trademark, common law rights and statutes protect this intellectual property. You are prohibited from using any intellectual property for any purpose including, but not limited to, use on other materials, in presentations, as domain names, or as metatags, without the express written permission of Raymond James or such other party that may own the marks.

**Notice to RJA PCG Financial Advisors** - Non-U.S. securities discussed in this report are generally not eligible for sale in the U.S. unless they are listed on a U.S. securities exchange. This report may not be used to solicit the purchase or sale of a security in any state where such a solicitation would be illegal. By accessing this report, you agree to not solicit the purchase or sale of any security mentioned in the report that is not listed on a U.S. securities exchange, or is not otherwise registered under applicable state Blue Sky laws. Furthermore, you acknowledge that you will be solely responsible for any and all costs associated with the rescission of trades in unregistered securities. Please contact the International Research Liaison with any questions at 727.567.5559.

## Ratings and Definitions

**RJA (U.S.) Definitions: Strong Buy (SB1)** The security is expected to appreciate, produce a total return of at least 15%, and outperform the S&P 500 over the next six to 12 months. For higher yielding and more conservative equities, such as REITs and certain MLPs, a total return of at least 15% is expected to be realized over the next 12 months. **Outperform (MO2)** The security is expected to appreciate or outperform the S&P 500 over the next 12-18 months. For higher yielding and more conservative equities, such as REITs and certain MLPs, an Outperform rating is used for securities where Raymond James is comfortable with the relative safety of the dividend and expects a total return modestly exceeding the dividend yield over the next 12-18 months. **Market Perform (MP3)** The security is expected to perform generally in line with the S&P 500 over the next 12 months and could potentially be used as a source of funds for more highly rated securities. **Underperform (MU4)** The security is expected to underperform the S&P 500 or its sector over the next six to 12 months and should be sold. **Suspended (S)** The security's rating and price target have been suspended temporarily. This action may be due to market events that made coverage impracticable or to comply with applicable regulations or firm policies in certain circumstances. When a security's research coverage has been suspended, the previous rating and price target are no longer in effect for this security, and they should not be relied upon.

**RJL (Canada) Definitions: Strong Buy (SB1)** The security is expected to appreciate and produce a total return of at least 15% and outperform the S&P/TSX Composite Index over the next six to 12 months. **Outperform (MO2)** The security is expected to appreciate and outperform the S&P/TSX Composite Index over the next 12-18 months. **Market Perform (MP3)** The security is expected to perform generally in line with the S&P/TSX composite Index over the next 12 months and could potentially be used as a source of funds for more highly rated securities. **Underperform (MU4)** The security is expected to underperform the S&P/TSX Composite Index or its sector over the next six to 12 months and should be sold. **Suspended (S)** The security's rating and price target have been suspended temporarily. This action may be due to market events that made coverage impracticable or to comply with applicable regulations or firm policies in certain circumstances or may otherwise have a perceived conflict of interest. When a security's research coverage has been suspended, the previous rating and price target are no longer in effect for this security, and they should not be relied upon.

| | Coverage Universe Rating Distribution* | | | | Investment Banking Relationships | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | RJA | | RJL | | RJA | | RJL | |
| Strong Buy and Outperform (Buy) | 604 | 64% | 201 | 79% | 182 | 30% | 69 | 34% |
| Market Perform (Hold) | 317 | 34% | 53 | 21% | 42 | 13% | 8 | 15% |
| Underperform (Sell) | 20 | 2% | 2 | 1% | 5 | 25% | 0 | 0% |
| Total Number of Companies | 941 | 100% | 256 | 100% | 229 | | 77 | |

*Columns may not add to 100% due to rounding.*

*Total does not include companies with a suspended rating.*

### RJA Suitability Ratings (SR)

**Moderate Risk/Provide Income (M/INC)** Larger capitalization, lower volatility (beta) equities of companies with sound financials, consistent earnings, and dividend yields meaningfully above that of the S&P 500. Many securities in this category are structured with a focus on providing a consistent dividend or return of capital. **Moderate Risk/Wealth Accumulation (M/ACC)** Larger capitalization equities of companies with sound financials, consistent earnings growth, the potential for long-term price appreciation, and often a dividend yield. **Moderately Aggressive Risk/Provide Income (MA/INC)** Generally equities of companies that are structured with a focus on providing a dividend meaningfully above that of the S&P 500. These companies typically feature sound financials, positive earnings, and the potential for long-term price appreciation. **Moderately Aggressive Risk/Wealth Accumulation (MA/ACC)** Generally equities of companies in fast growing and competitive industries with less predictable earnings (or losses), potentially more leveraged balance sheets, rapidly changing market dynamics, and potential risk of principal. **Aggressive Risk/Provide Income (A/INC)** Generally equities of companies that are structured with a focus on providing a meaningful dividend but may face less predictable earnings (or losses), more leveraged balance sheets, rapidly changing market dynamics, financial and competitive issues, higher price volatility (beta), and meaningful risk of loss of principal. Securities of companies in this category may have a more volatile income stream from dividends or distributions of capital. **Aggressive Risk/Wealth Accumulation (A/ACC)** Generally equities of companies with a short or unprofitable operating history, limited or less predictable revenues, high risk associated with success, high volatility (beta), potential significant financial or legal issues, and the meaningful risk of loss of principal.

### RJL Suitability Ratings

RJL has developed a proprietary algorithm for risk rating individual securities. The algorithm utilizes data from multiple vendors, and all data is refreshed at least monthly. Accordingly, suitability ratings are updated monthly. The suitability rating shown on this report is current as of the report's published date. In the event that a suitability rating changes after the published date, the new rating will not be reflected until the analyst publishes a subsequent report.

## International Disclosures

**For clients of RJA:** Any foreign securities discussed in this report are generally not eligible for sale in the United States unless they are listed on a U.S. exchange. This report is being provided to you for informational purposes only and does not represent a solicitation for the purchase or sale of a security in any state where such a solicitation would be illegal. Investing in securities of issuers organized outside of the United States, including ADRs, may entail certain risks.

The securities of non-U.S. issuers may not be registered with, nor be subject to, the reporting requirements of the U.S. Securities and Exchange Commission. There may be limited information available on such securities. Investors who have received this report may be prohibited in certain states or other jurisdictions from purchasing the securities mentioned in this report. Please ask your RJA financial advisor for additional details and to determine if a particular security is eligible for purchase in your state or jurisdiction.

**For clients of RJFS:** This report was prepared and published by Raymond James and is being provided to you by RJFS solely for informative purposes. Any person receiving this report from RJFS should direct all questions and requests for additional information to their RJFS financial advisor.

**For RJA and RJFS clients in Canada:** In the Canadian provinces of Alberta, British Columbia, New Brunswick, Ontario and Quebec (collectively, the "Canadian Jurisdictions"), both RJA and RJFS are relying on the international dealer exemption (the "IDE"), and RJA is also relying on the international adviser exemption (the "IAE"), pursuant to sections 8.18 and 8.26 of National Instrument 31-103 Registration Requirements, Exemptions and Ongoing Registrant Obligations ("NI 31-103"). RJA and RJFS are not registered to make a trade nor is RJA registered to provide advice in the Canadian Jurisdictions. Neither RJA nor RJFS are members of the Investment Industry Regulatory Organization of Canada.

This report is intended solely for residents of the Canadian Jurisdictions who are permitted clients as set forth in NI 31-103. Neither RJA, RJFS nor their representatives are making an offer to sell or soliciting an offer to buy any security issued by an issuer incorporated, formed or created under the laws of Canada ("Canadian issuers") and discussed in this report. Any trades by permitted clients in any securities of Canadian issuers (whether listed on a U.S., Canadian or other exchange) discussed in this report may not be made through a relationship with RJA or RJFS and shall be directed to RJL for execution. Relationships with clients residing in Canadian Jurisdictions for trading in securities of Canadian issuers

must be established through a Canadian registered firm, such as RJL. For additional information regarding establishing a relationship with RJL, Canadian clients should contact 1-888-545-6624.

**For clients of RJL:** In the case where there is Canadian analyst contribution, the report meets all applicable IIROC disclosure requirements. RJL is a member of the Canadian Investor Protection Fund.

**For clients of RJFI:** This report is prepared for and distributed by RJFI, and any investment to which this report relates is intended for the sole use of the persons to whom it is addressed, being persons who are Eligible Counterparties or Professional Clients as described in the FCA rules or persons described in Articles 19(5) (Investment professionals) or 49(2) (High net worth companies, unincorporated associations, etc.) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended) or any other person to whom this promotion may lawfully be directed. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons and may not be relied upon by such persons and is, therefore, not intended for private individuals or those who would be classified as retail clients.

**For clients of RJIS:** This report is prepared for and distributed by RJIS, and is for the use of professional investment advisers and managers and is not intended for use by retail clients.

For purposes of the FCA requirements, this report is classified as independent with respect to conflict of interest management. RJFI and RJIS are authorised and regulated by the FCA.

**For clients of Raymond James Euro Equities (RJEE):** RJEE is authorised and regulated by the Autorite de Controle Prudentiel et de Resolution and the Autorite des Marches Financiers. As of 30 November, 2020, RJEE is an unaffiliated entity of Raymond James. RJEE is located at SAS, 45 Avenue George V, 75008, Paris, France, +33 1 45 61 64 90. This report is prepared for and distributed by RJEE pursuant to an agreement with Raymond James, and any investment to which this report relates is intended for the sole use of the persons to whom it is addressed, being persons who are Eligible Counterparties or Professional Clients as described in "Code Monetaire et Financier" and Reglement General de l'Autorite des Marches Financiers. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons and may not be relied upon by such persons and is, therefore, not intended for private individuals or those who would be classified as retail clients.

**For recipients in Brazil:** This is a strictly privileged and confidential communication between Raymond James & Associates and its selected clients. This communication contains information addressed only to specific individuals in Brazil and is not intended for distribution to, or use by, any person other than the named addressee. This communication (i) is provided for informational purposes only, (ii) should not be construed in any manner as any solicitation or offer to buy or sell any investment opportunities or any related financial instruments, and (iii) should not be construed in any manner as a public offer of any investment opportunities or any related financial instruments. If you are not the named addressee, you should not disseminate, distribute, or copy this communication. Please notify the sender immediately if you have mistakenly received this communication.

The investments analyzed in this report may not be offered or sold to the public in Brazil. Accordingly, the investments in this report have not been and will not be registered with the Brazilian Securities and Exchange Commission (Comissão de Valores Mobiliários, the "CVM"), nor have they been submitted to the foregoing agency for approval. Documents relating to the investments in this report, as well as the information contained therein, may not be: (i) supplied to the public in Brazil, as the offering of investment products is not a public offering of securities in Brazil; nor (ii) used in connection with any offer for subscription or sale of securities to the public in Brazil.

**For clients in Australia:** Despite anything in this report to the contrary, this report is prepared for and distributed in Australia by RJFI with the assistance of RJA, and RJA at times will act on behalf of RJFI. This report is only available in Australia to persons who are "wholesale clients" (within the meaning of the Corporations Act 2001 (Cth)) and is supplied solely for the use of such wholesale clients and shall not be distributed or passed on to any other person. You represent and warrant that if you are in Australia, you are a "wholesale client". This research is of a general nature only and has been prepared without taking into account the objectives, financial situation, or needs of the individual recipient. RJFI and RJA do not hold an Australian financial services license. RJFI is exempt from the requirement to hold an Australian financial services license under the Corporations Act 2001 (Cth) in respect of financial services provided to Australian wholesale clients under the exemption in ASIC Class Order 03/1099 (as continued by ASIC Corporations (Repeal and Transitional) Instrument 2016/396). RJFI is regulated by the UK FCA under UK laws, which differ from Australian laws. RJA is acting on behalf of RJFI with respect to distribution and communications related to this report.

**For clients in New Zealand:** In New Zealand, this report is prepared for and may only be distributed by RJFI to persons who are wholesale clients pursuant to Section 5C of the New Zealand Financial Advisers Act 2008.

## Proprietary Rights Notice

By accepting a copy of this report, you acknowledge and agree as follows:

This report is provided to clients of Raymond James only for your personal, noncommercial use. Except as expressly authorized by Raymond James, you may not copy, reproduce, transmit, sell, display, distribute, publish, broadcast, circulate, modify, disseminate, or commercially exploit the information contained in this report, in printed, electronic, or any other form, in any manner, without the prior express written consent of Raymond James. You also agree not to use the information provided in this report for any unlawful purpose.

This report and its contents are the property of Raymond James and are protected by applicable copyright, trade secret or other intellectual

property laws (of the United States and other countries). United States law, 17 U.S.C. Sec. 501 et. seq., provides for civil and criminal penalties for copyright infringement. No copyright claimed in incorporated U.S. government works.

© 2022 Raymond James Financial, Inc. All rights reserved.

© 2022 Raymond James & Associates, Inc.

© 2022 Raymond James Ltd., Member Canadian Investor Protection Fund