# EXHIBIT 46

*(Cowen analyst report, "Subdued FY'22 Guide and Withdrawal of '24 Targets Cloud Investor Confidence," dated February 7, 2022)*

COWEN

Mobility Technology

# CERENCE

EQUITY RESEARCH

February 7, 2022

**Price: $43.61** (02/7/2022)
**Price Target: $58.00** (Prior $115.00)

**OUTPERFORM (1)**

**ESG SCORE: 70/100**

**Jeffrey Osborne**
646 562 1391
jeffrey.osborne@cowen.com

**Thomas Boyes**
646 562 1378
thomas.boyes@cowen.com

**Emily Riccio**
646 562 1383
emily.riccio@cowen.com

**Jeffrey Rossetti**
646 562 1335
jeffrey.rossetti@cowen.com

**Shah Imran, CFA**
646 562 1322
shah.imran@cowen.com

**Key Data**

| | |
|---|---|
| Symbol | NASDAQ: CRNC |
| 52-Week Range: | $133.43 - $43.61 |
| Market Cap: | $1.7B |
| Net Debt (MM): | $144.3 |
| Cash/Share: | $1.23 |
| Dil. Shares Out (MM): | 44.4 |
| Enterprise Value (MM): | $2,079.3 |
| BV/Share: | $27.14 |
| Dividend: | $0.00 |
| Yield: | 0.00% |

| FY (Sep) | 2021A | 2022E | 2023E | 2024E |
|---|---|---|---|---|
| **EPS** | | | | |
| Year | $2.52 | $1.95 | $2.92 | $3.54 |
| *Prior Year* | - | *$2.11* | *$2.60* | *$3.84* |
| Consensus EPS | $1.27 | $2.34 | $3.16 | $4.03 |

Consensus source: FactSet

| **Revenue (MM)** | | | | |
|---|---|---|---|---|
| Year | $387.2 | $376.2 | $484.0 | $583.6 |
| *Prior Year* | - | *$405.6* | *$511.1* | *$677.3* |

EARNINGS UPDATE

# SUBDUED FY22 GUIDE AND WITHDRAWAL OF '24 TARGETS CLOUD INVESTOR CONFIDENCE

## THE COWEN INSIGHT

Cerence's F1Q22 results exceeded top- and bottom-line expectations; however, the curtailed FY22 guidance and withdrawal of 2024 targets had a seismic impact on confidence (stock off ~31%). We believe the story isn't broken, but this will take some patience. Bookings strength gives us confidence, but OEMs are not updating legacy platforms (low renewals), and we await new digital cockpits in '23/24.

While Cerence maintains its market-leading position in conversational AI with ~80% share in embedded and ~25% in connected services, investor concerns around lowered FY22 guidance and withdrawal of prior '24 guidance following the appointment of new CEO Stephan Ortmanns has led to a steep selloff. The stock will take time to regain investor trust due to pushed-out revenue from recent bookings and an unclear mid- to long-term profitability profile. We view current lows as a buying opportunity for investors with a 12-18 month perspective.

### Key Takeaways From The Call

(1) Cerence reduced FY22 midpoint revenue guidance by ~10% from ~$413mn to ~$375mn. Furthermore, the company also withdrew its '24 targets. Key reasons include -

- **Supply Chain & Omicron Headwinds:** Management echoed the headwinds from the complex supply chain and semiconductor shortages. Incrementally, the spread of Omicron has affected their OEM and Tier-1 customers interrupting the production and delivery of new vehicles. While IHS light vehicle production volume has held steady, we believe the company's exposure to Toyota (~20% revenue) given Toyota's announcement of paring back production (HERE), and lack of exposure to growth geographies like China (high exposure to slow recovery geographies like North America, Europe, Japan, and Korea) has resulted in lower '22 revenue guide. We believe Cerence will see leverage as these regions accelerate growth.

- **Bookings Realization Delay:** The company reported its second-highest bookings quarter in history, which exemplifies demand for new connected offerings, in our view. We highlight the $149mn deal with the European OEM, new mobility deals in fitness and two-wheeler markets and important design wins in China. Albeit the strong booking trend, management highlighted that conversion of bookings to revenue will take much longer than previously estimated.

(2) OEMs are waiting to roll out connected and new applications as opposed to doing OTA upgrades of existing platforms, which will weigh on renewal rates, which we believe the prior CEO was more optimistic on. Lack of visibility on renewal rates will likely dampen investor enthusiasm for multiple expansion. Essentially 2019 and prior vehicles have tech solutions that are key word based, and OEMs are really solely focused on natural language systems now that have higher usage rates. Cerence's recent $149mn win is for 10 years as opposed to usual contract lengths of 4-6 years in the past, showing OEMs are still firmly committed to new offerings.

# AT A GLANCE

## Our Investment Thesis

Today Cerence is embedded in 1 out of 2 cars being produced globally and the company has a ~90% market share in their segment of the market. As cars get reimagined for the digital era, drivers and passengers are increasingly demanding technology to transfer their digital life outside the car to in the car while keeping them informed, entertained, productive, and safe while on the road. Penetration of Cerence capability today is about 53-55% of vehicles produced, and we see that growing to mid 60s by fiscal 2024 as voice penetration rises and vehicles leverage connectivity and multi-modality in the human to machine interface. Coming out of the COVID-19 environment, we see Cerence's revenue stream more diversified, with about 50% of revenue tied to production via licenses and the remainder deferred over 4 to 5 years for connected solutions, new mobility or for professional services prior to the start of production.

## Forthcoming Catalysts

- SaaS/ARR wins
- Increased connectivity wins to diversify away from licenses, which are tied to production
- New application offerings
- LCV production acceleration in slow recovery regions (NA, EU, Japan and Korea)

## Base Case Assumptions

- Continued growth in licenses revenue in FY22-24
- Company is able to leverage acceleration of current slow growth of LCVs in NA, EU, Japan and Korea
- New mobility adding both license and connected solutions revenue stream in FY22

## Upside Scenario

- The company experiences stronger than anticipated growth in licenses due to higher auto production
- Quick recovery of slow growth regions
- Connected solution contract lengths reaches ~10 years
- Increased penetration in high growth markets

## Downside Scenario

- Competitive threats lead to share losses in cognitive assistance solutions
- Omicron related labor shortage and supply chain hurdles persist
- Connected solution contract lengths remain at current 4-6 years
- Fails to achieve target attach rates in two-wheeler and elevator segments.

## Price Performance




Source: Bloomberg

## Company Description

Cerence builds automotive cognitive assistance solutions to power natural and intuitive interactions between automobiles, drivers and passengers, and the broader digital world. Cerence was spun off from Nuance in October 2019, which was founded in 1994 as a spin-off of SRI International's Speech Technology and Research (STAR) Laboratory to commercialize the speaker-independent speech recognition technology developed for the US government. Technology in the car is becoming all about the interface and while the OEM community has aggressively shifted toward digital cockpits over the past few years, we see additional multi-modal solutions evolving leveraging voice, voice biometrics, gesture control and even facial and gaze recognition. Cerence's customers include all major auto OEMs or their tier 1 suppliers worldwide, including BMW, Daimler, FCA Group, Ford, Geely, GM, Renault-Nissan, SAIC, Toyota, Volkswagen Group and Tier 1 suppliers such as Aptiv, Bosch, Continental, DENSO, and Harman.

## Analyst Top Picks

| | Ticker | Price (02/7/2022 ) | Price Target | Rating |
|---|---|---|---|---|
| Aptiv PLC | APTV | $130.84 | $180.00 | Outperform |
| Hannon Armstrong | HASI | $41.69 | $70.00 | Outperform |
| SolarEdge Technologies | SEDG | $240.97 | $344.00 | Outperform |

**Key Takeaways From The Call (Continued...)**

(3) Current CEO Mark Gallenberger will be retiring on March 11 and remain with Cerence in an advisory capacity until November 2022. We note the company has hired Mitch Cohen who brings years of experience serving as CFO and interim executive to several private and public companies. This sudden change is also a source of investor anxiety. Our conversations with the CEO suggest an increased focus on costs in FY22, especially in R&D and professional services.

(4) The team highlighted an expected revision to its guidance on its new markets at its next Analyst Day (timing unconfirmed). Mr. Ortmanns noted given the long sales cycle, hardware component and subsequently lower margins in elevators, the company will rethink its positioning for the longer term. We note this to still be an area of opportunity for Cerence, albeit management noted they are seeing a slowdown.

**Maintain Outperform Rating; Reduce Price Target**

We revise our price target for Cerence to $58. Our price target is derived using an 11x multiple on our 2024 estimated adj. EBITDA of ~$249mn. We reduced our multiple from 17x to 11x due to peer group multiple compression.

Figure 1 - Competitive Valuation Summary

Source: Bloomberg, Cowen and Company

**F1Q22 Exceeds Top- & Bottom-Line Expectations**

Cerence reported total revenue of $94.4mn, above our estimate of $93.9mn and the Street's forecast of $94.6mn. License revenue was $47mn (including new mobility of $5.2mn), which was down 9% from the prior quarter and up 1% vs. the prior year. While y/y fixed license revenue was up 99%, variable license revenue was down 40%. This was due to an increase in the consumption of fixed licenses. Connected services revenue was up 10% sequentially and 9% y/y due to a $0.9mn on premise deal. Professional services decreased 8% sequentially to $19.4mn and was down ~9% compared to the prior year. GAAP EPS of $0.47 came in above our estimate of $0.20 and non-GAAP EPS came in a $0.59, above our $0.53 estimate.

Figure 2 - Earnings Variance Analysis

| Cerence Earnings Analysis<br>$ in millions, except per share data | Actual | % of Rev | Estimate | % of Rev | Variance vs. Estimate<br>$ | % |
|---|---|---|---|---|---|---|
| **Total Revenue** | **$94.4** | **100%** | **$93.9** | **100%** | $0.5 | 0.5% |
| License Revenue | $41.7 | | $46.9 | | (5.3) | -11.2% |
| Connected Services Revenue | $28.2 | | $26.3 | | 1.8 | 7.0% |
| Professional Services Revenue | $19.4 | | $20.7 | | (1.2) | -6.0% |
| Cost of Goods Sold | $24.2 | 25.7% | $23.9 | 25.5% | 0.3 | 1.4% |
| License Gross Profit Margin | 98.3% | | 98.4% | | | 0.0% |
| Connected Services Gross Margin | 91.7% | | 77.5% | | | 0.0% |
| Professional Services Gross Margin | 18.1% | | 25.7% | | | 0.0% |
| Total Gross Profit Margin (GAAP) | 74.3% | | 74.5% | | (0.0) | -0.3% |
| **Total Gross Profit Margin (Non-GAAP)** | 82.5% | | 77.4% | | | |
| Research and Development | 25.8 | 27.3% | 29.1 | 31.0% | (3.3) | -11.5% |
| Sales and Marketing | 5.9 | 6.2% | 9.6 | 10.3% | (3.8) | -39.0% |
| General and Administrative | 7.5 | 8.0% | 14.7 | 15.7% | (7.2) | -48.9% |
| Total Operating Expenses | 47.3 | 50.1% | 56.0 | 59.6% | (8.7) | -15.6% |
| **Operating Income (GAAP)** | **22.9** | **24%** | **14.0** | **15%** | $8.9 | 63.7% |
| **Adjusted EBITDA (Non-GAAP)** | **36.9** | **39%** | **34.3** | **36%** | $2.6 | 7.7% |
| Other (income) expense, incl. intere: | (3.6) | -3.8% | (3.2) | -3.4% | (0.4) | - |
| *Eff. Tax Rate* | *1.5%* | | *25.0%* | | | -23.5% |
| GAAP Net Income | 19.0 | 20.2% | 8.1 | 8.7% | 10.9 | 134.2% |
| Adjusted Net Income | 26.3 | 27.9% | 23.6 | 25.2% | 2.7 | 11.4% |
| **Diluted EPS (GAAP)** | **$0.47** | - | **$0.20** | - | $0.27 | 131.8% |
| **Diluted EPS (Non-GAAP)** | **$0.59** | - | **$0.53** | - | $0.06 | 12.0% |

Source: Company reports, Cowen and Company estimates

**FY22 Guidance Falls Q/Q**

Cerence reduced its FY22 guidance following headwinds from the supply chain, OEM and Tier 1 partners.

Figure 3 - Q/Q FY22 Guidance Change

**1Q22 Call**

| Mid-Point Financial Model<br>FY2022 Guidance | 1Q22 Earnings Call<br>*Current* | 4Q21 Earnings Call<br>*Prior* | Delta (%) |
|---|---|---|---|
| Revenue | $375.0 | $412.5 | -9% |
| Adj. EBITDA | $128.7 | $153.5 | -16% |
| Adj. EPS | $2.0 | $2.3 | -15% |

Source: Company Reports, Cowen and Company

1Q22 decline in prepay and variable licenses was due to an increase in consumption of fixed licenses, which includes prepaid and minimum commitment deals in FY20 and FY21, which will have a dampening effect in FY22. Given the lower production environment we are in, OEMs are using "banked" licenses at a slower pace, which then creates an overhang on the urgency to buy more licenses in 2022. Last year the semiconductor supply chain challenges affected production by about 9-10mn vehicles per IHS estimates. Furthermore, as the company reduces its fixed license deal this year, it will exacerbate the headwind.

Figure 4 - Q/Q Variable vs Prepayment License Revenue

Source: Cowen and Company, Company Reports

## Charts & Exhibits

Figure 5 - Historical and Forward Estimated Revenue

Source: Cowen and Company, Company Reports

Figure 6 - Historical and Forward Estimated Gross Profit

Source: Cowen and Company, Company Reports

Figure 7 - Historical and Forward Estimated Operating Income

Source: Cowen and Company, Company Reports

Figure 8 - Historical and Forward Estimated Adjusted EBITDA

Source: Cowen and Company, Company Reports

**Cerence Corporation**
**Summarized Income Statement - December Fiscal Year**
**(Dollar amounts in millions, except per share)**

| | Fiscal Year 2020A | Fiscal Year 2021A | 1QA Dec-21 | 2QE Mar-22 | 3QE Jun-22 | 4QE Sep-22 | Fiscal Year 2022E | 1QE Dec-22 | 2QE Mar-23 | 3QE Jun-23 | 4QE Sep-23 | Fiscal Year 2023E | Fiscal Year 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | **$330.033** | **$387.164** | **$94.43** | **$89.55** | **$92.71** | **$99.47** | **$376.162** | **$113.94** | **$118.79** | **$121.78** | **$129.46** | **$483.971** | **$583.643** |
| *% y-o-y change* | *9%* | *17%* | *1%* | *-9%* | *-4%* | *1%* | *-3%* | *21%* | *33%* | *31%* | *30%* | *29%* | *21%* |
| *Incremental Revenue* | *26.7* | *57.1* | *(3.6)* | *(4.9)* | *3.2* | *6.8* | *(11.0)* | *14.5* | *4.8* | *3.0* | *7.7* | *107.8* | *99.7* |
| Cost of Goods Sold | $107.85 | $101.07 | $24.23 | $24.48 | $23.49 | $27.77 | $99.97 | $29.18 | $29.25 | $29.32 | $34.90 | $122.65 | $142.89 |
| **Gross Profit (GAAP)** | **222.18** | **286.10** | **70.20** | **65.07** | **69.22** | **71.71** | **276.19** | **84.76** | **89.54** | **92.45** | **94.57** | **361.32** | **440.75** |
| *Total Gross Profit Margin (GAAP)* | *67.3%* | *73.9%* | *74.3%* | *72.7%* | *74.7%* | *72.1%* | *73.4%* | *74.4%* | *75.4%* | *75.9%* | *73.0%* | *74.7%* | *75.5%* |
| *Total Gross Profit Margin (Non-GAAP)* | *71.5%* | *77.3%* | *82.5%* | *81.3%* | *83.0%* | *79.8%* | *81.6%* | *81.2%* | *81.9%* | *82.3%* | *79.0%* | *81.0%* | *80.8%* |
| **Operating Expenses** | | | | | | | | | | | | | |
| **Research and Development** | 88.90 | 112.03 | 25.79 | 32.24 | 32.24 | 32.56 | 122.83 | 33.54 | 34.55 | 35.75 | 37.18 | 141.02 | 168.28 |
| *% of Revenues* | *26.9%* | *28.9%* | *27.3%* | *36.0%* | *34.8%* | *32.7%* | *32.7%* | *29.4%* | *29.1%* | *29.4%* | *28.7%* | *29.1%* | *28.8%* |
| **Sales and Marketing** | 33.40 | 38.57 | 5.88 | 7.17 | 7.17 | 7.32 | 27.54 | 7.61 | 7.91 | 8.23 | 8.56 | 32.31 | 39.03 |
| *% of Revenues* | *10.1%* | *10.0%* | *6.2%* | *8.0%* | *7.7%* | *7.4%* | *7.3%* | *6.7%* | *6.7%* | *6.8%* | *6.6%* | *6.7%* | *6.7%* |
| **General and Administrative** | 49.39 | 56.16 | 7.53 | 9.18 | 9.18 | 9.46 | 35.35 | 9.74 | 10.03 | 10.39 | 10.80 | 40.96 | 47.70 |
| *% of Revenues* | *15.0%* | *14.5%* | *8.0%* | *10.3%* | *9.9%* | *9.5%* | *9.4%* | *8.6%* | *8.4%* | *8.5%* | *8.3%* | *8.5%* | *8.2%* |
| **Total Operating Expenses (GAAP)** | **202.46** | **224.11** | **47.27** | **56.25** | **51.75** | **52.49** | **207.76** | **54.04** | **55.65** | **57.52** | **59.70** | **226.91** | **267.01** |
| *% of Revenues* | *61.3%* | *57.9%* | *50%* | *63%* | *56%* | *53%* | *55.2%* | *47%* | *47%* | *47%* | *46%* | *46.9%* | *45.7%* |
| **Operating Income (GAAP)** | **19.72** | **61.98** | **22.93** | **8.82** | **17.47** | **19.21** | **68.44** | **30.71** | **33.89** | **34.93** | **34.87** | **134.41** | **173.74** |
| *EBIT Margin* | *6.0%* | *16.0%* | *24.3%* | *9.8%* | *18.8%* | *19.3%* | *18.2%* | *27.0%* | *28.5%* | *28.7%* | *26.9%* | *27.8%* | *29.8%* |
| *% y-o-y Change* | *82%* | *214%* | *21%* | *-49%* | *17%* | *79%* | *10%* | *34%* | *284%* | *100%* | *81%* | *96%* | *29%* |
| **EBITDA (GAAP)** | **(18.45)** | **65.27** | **23.13** | **9.98** | **16.30** | **18.05** | **67.46** | **29.25** | **32.43** | **33.46** | **33.40** | **128.54** | **167.88** |
| *EBITDA Margin* | *-5.6%* | *16.9%* | *24%* | *11%* | *18%* | *18%* | *17.9%* | *26%* | *27%* | *27%* | *26%* | *26.6%* | *28.8%* |
| *% y-o-y Change* | *-146%* | *-454%* | *38%* | *-53%* | *3%* | *58%* | *3%* | *26%* | *225%* | *105%* | *85%* | *91%* | *31%* |
| **Adjusted EBITDA (Non-GAAP)** | **115.28** | **155.88** | **36.90** | **24.95** | **35.00** | **36.75** | **133.60** | **48.45** | **52.13** | **53.16** | **53.10** | **206.84** | **249.68** |
| *Adjusted EBITDA Margin* | *34.9%* | *40.3%* | *39%* | *28%* | *38%* | *37%* | *35.5%* | *43%* | *44%* | *44%* | *41%* | *42.7%* | *42.8%* |
| *% y-o-y Change* | *22%* | *35%* | *-5%* | *-37%* | *-10%* | *-5%* | *-14%* | *31%* | *109%* | *52%* | *45%* | *55%* | *21%* |
| **Other (income) expense, net** | **(45.47)** | **(12.33)** | **(3.59)** | **(3.17)** | **(4.20)** | **(4.20)** | **(15.16)** | **(4.20)** | **(4.20)** | **(4.20)** | **(4.20)** | **(16.80)** | **(16.80)** |
| Interest income | 0.59 | 0.11 | 0.09 | 0.03 | 0.30 | 0.30 | 0.72 | 0.30 | 0.30 | 0.30 | 0.30 | 1.20 | 1.20 |
| Interest expense | (22.74) | (14.00) | (3.43) | (3.20) | (4.50) | (4.50) | (15.63) | (4.50) | (4.50) | (4.50) | (4.50) | (18.00) | (18.00) |
| Pre-Tax Income | (25.75) | 49.66 | 19.34 | 5.65 | 13.27 | 15.01 | 53.28 | 26.51 | 29.69 | 30.73 | 30.67 | 117.61 | 156.94 |
| Income Taxes (Credit) | (5.51) | 4.41 | 0.30 | 1.41 | 3.32 | 3.75 | 8.78 | 6.63 | 7.42 | 7.68 | 7.67 | 29.40 | 39.24 |
| *Effective Tax Rate* | *21.4%* | *8.9%* | *1.5%* | *25.0%* | *25.0%* | *25.0%* | *16.5%* | *25.0%* | *25.0%* | *25.0%* | *25.0%* | *25.0%* | *25.0%* |
| Reported Net Income (Loss) | (20.24) | 45.25 | 19.04 | 4.24 | 9.95 | 11.26 | 44.50 | 19.89 | 22.27 | 23.05 | 23.00 | 88.20 | 117.71 |
| **Diluted EPS (GAAP)** | **($0.60)** | **$1.10** | **$0.47** | **$0.09** | **$0.21** | **$0.23** | **$1.01** | **$0.41** | **$0.45** | **$0.47** | **$0.47** | **$1.79** | **$2.37** |
| **Diluted EPS (Non-GAAP)** | **$1.66** | **$2.52** | **$0.59** | **$0.36** | **$0.49** | **$0.50** | **$1.95** | **$0.68** | **$0.74** | **$0.75** | **$0.75** | **$2.92** | **$3.54** |
| Weighted Average Share Count - Basic | 36.67 | | 38.84 | | | | | | | | | | |
| Weighted Average Share Count - Diluted | 39.17 | 40.40 | 44.37 | 45.26 | 47.07 | 48.95 | 46.41 | 49.07 | 49.20 | 49.32 | 49.44 | 49.26 | 49.75 |
| Weighted Average Share Count - Non-GAAP Diluted | | 43.90 | 44.37 | 45.26 | 47.07 | 48.95 | 46.41 | 49.07 | 49.20 | 49.32 | 49.44 | 49.26 | 49.75 |
| **Selected Balance Sheet Items and Statistics** | | | | | | | | | | | | | |
| **Cash, Equivalents & ST Investments** | $136.1 | $128.4 | $117.2 | $136.4 | $153.6 | $161.9 | $161.9 | $165.0 | $190.8 | $221.0 | $238.5 | $238.5 | $345.1 |
| *Sequential % Change* | *24%* | *-6%* | *-9%* | *16%* | *13%* | *5%* | *26%* | *2%* | *16%* | *16%* | *8%* | *47%* | *45%* |
| *Sequential Absolute Change* | *$26* | *($8)* | *($11)* | *$19* | *$17* | *$8* | *$33* | *$3* | *$26* | *$30* | *$18* | *$77* | *$107* |
| **Cash & Equivalents** | $136.1 | $128.4 | $117.2 | $136.4 | $153.6 | $161.9 | $161.9 | $165.0 | $190.8 | $221.0 | $238.5 | $238.5 | $345.1 |
| **Accounts Receivables** | $49.9 | $45.6 | $37.8 | $69.7 | $72.1 | $77.4 | $77.4 | $88.6 | $92.4 | $94.7 | $100.7 | $100.7 | $123.6 |
| **DSOs** | 55 | 43 | 36 | 70 | 70 | 70 | 75 | 70 | 70 | 70 | 70 | 76 | 77 |
| **Accounts Payable** | $8.4 | $11.6 | $8.3 | $15.0 | $14.4 | $17.0 | $17.0 | $17.8 | $17.9 | $17.9 | $21.3 | $21.3 | $25.7 |
| Short Term Deferred Revenue | $112.5 | $78.4 | $71.2 | $85.5 | $86.3 | $87.1 | $87.1 | $88.1 | $89.0 | $90.0 | $90.9 | $90.9 | $96.1 |
| Long Term Deferred Revenue | $212.6 | $198.3 | $193.4 | $181.7 | $183.4 | $185.1 | $185.1 | $187.1 | $189.1 | $191.2 | $193.2 | $193.2 | $204.1 |
| **Deferred Revenue** | $325.1 | $276.7 | $264.7 | $267.2 | $269.7 | $272.2 | $272.2 | $275.2 | $278.2 | $281.2 | $284.2 | $284.2 | $300.2 |
| **Estimated Cash Flows (Operating Activities Only, Does Not Include Financing etc...)** | | | | | | | | | | | | | |
| Change in Accounts Receivables (Cash Dec.) | 15.84 | 4.38 | 7.80 | (31.89) | (2.46) | (5.26) | (31.81) | (11.25) | (3.77) | (2.32) | (5.98) | (23.33) | (22.93) |
| Change in Accounts Payables (Cash Dec.) | (8.24) | 3.19 | 3.31 | (6.64) | 0.61 | (2.61) | 5.33 | (0.87) | (0.04) | (0.04) | (3.41) | 4.36 | 4.36 |
| Change in Deferred Revenue (Cash Dec.) | (28.19) | (48.36) | 264.66 | 2.50 | 2.50 | 2.50 | 272.16 | 3.00 | 3.00 | 3.00 | 3.00 | 12.00 | 16.00 |
| **Estimated Cash from Operating Activities** | 2.35 | 74.34 | 5.15 | 21.18 | 19.22 | 10.23 | 55.77 | 5.12 | 27.77 | 32.21 | 19.54 | 84.64 | 114.64 |
| **Est. Free Cash Flow (CFO minus Capex)** | (16.66) | 62.29 | 0.74 | 19.18 | 17.22 | 8.23 | 45.36 | 3.12 | 25.77 | 30.21 | 17.54 | 76.64 | 106.64 |
| Capital Expenditures | (19.01) | (12.05) | (4.41) | (2.00) | (2.00) | (2.00) | (10.41) | (2.00) | (2.00) | (2.00) | (2.00) | (8.00) | (8.00) |
| Depreciation and amortization | 30.04 | 29.61 | 7.21 | 7.53 | 7.53 | 7.53 | 29.81 | 7.23 | 7.23 | 7.23 | 7.23 | 28.93 | 28.93 |

*Source: Company data, Cowen and Company estimates*

| | |
|---|---|
| **Industry Primer** | **Sustainability & Energy Transition Primer – Ahead Of The Curve + Video** |
| **Transportation Technology** | **Future Of Mobility Primer - Ahead Of The Curve Series + Video** |

| | |
|---|---|
| Electric Last Mile Solution (ELMS) | Downgrade to Market Perform; Hitting Pause Amid Management Change |
| REE Automotive (REE) | Highlights from the Road: All Programs On Track for '23 Inflection |
| Sustainability and Mobility Technology | Watts Happening: Strong Q4 From TSLA To Start Earnings; APTV and MELE Next Week |
| Li-Cycle (LICY) | New Spokes Announced; 2025 Roll Out Guide Intact Though Applying Slower Ramp |
| Sustainability and Mobility Technology | Sustainability and Mobility Technology Short Interest (1/27/22) |
| Tesla (TSLA) | FCF and GM Impress; A Few Curve Balls Thrown at Bulls |
| Sustainability and Mobility Technology | 4Q21 Mobility Tech Preview; Expect Cautious '22 Guidance |
| Sustainability and Mobility Technology | Watts Happening: FTCI 22 Outlook Addresses Strained Module Supply; TSLA on Deck |
| SunPower (SPWR) | Preannounces Soft 4Q21 Due to Rain; Connector Replacement for C&I Costs ~$31mn |
| Sustainability and Mobility Technology | Cowen's Energy Transition Series - Discussion With UGE, a Solar IPP |
| Plug Power (PLUG) | Business Update Reiterates FY Guide & Highlights Optimism for '22 Bookings |
| Sustainability and Mobility Technology | Watts Happening: APTV Acquires Wind River, PLUG & FTCI Updates Next Week |
| Aptiv (APTV) | Wind River Acquisition Broadens Software Scope |
| Acuity Brands (AYI) | Strong Execution Continues; Navigating Headwinds Well |
| Sustainability and Mobility Technology | Watts Happening: CES '22 Prioritizes Connectivity; Tesla Post Delivery Beat |
| Mobility Tech | Dispatches from CES: Transition to EVs and ADAS Continues to Accelerate |
| Sustainability and Mobility Technology | Sustainability and Mobility Technology Short Interest (1/12/22) |
| Tesla (TSLA) | Blowout Deliveries in 4Q21; Busy '22 On Deck |

## VALUATION METHODOLOGY AND RISKS

### Valuation Methodology

**Mobility Technology:**

Our primary inputs to valuation are earnings and earnings growth (P/E and PEG) for the next two years. In cases where GAAP net income includes large, non-cash items (e.g., SBC or intangible amortization), we may use non-GAAP EPS. For companies with an emerging business model, we may use future-year earnings discounted back. As a cross check to an earnings multiple, we may also use a DCF analysis. For situations where earnings are not visible within our forecast horizon, we may use asset values (P/Book, P/TBV).

We make investment recommendations on certain early stage, pre-revenue companies based upon an assessment of their business model, technology, probability of market success, and the potential market opportunity, balanced by an assessment of applicable risks. Such companies may not be assigned a price target.

### Investment Risks

**Mobility Technology:**

Demand for Mobility Technology is largely a function of global automotive and truck production. A slowdown in sales would lead to lower demand by OEMs for content from suppliers. The pace of adoption for connected vehicle, autonomous systems, vehicle electrification, and safety may be strongly influenced by government regulations, subsidies, and mandates. Share prices and financial results may be sensitive to policy changes and outcomes may be difficult to predict, due to the political nature of the process.

### Risks To The Price Target

**Rapidly Changing Environment Drawing the Attention of Big Tech Companies**

There are a number of companies that develop or may develop products that compete in the automotive cognitive assistance market. The market for auto tech products and services leveraging voice and AI is characterized by intense competition, evolving industry and regulatory standards, emerging business and distribution models, disruptive software technology developments, short product and service life cycles, price sensitivity on the part of customers, and frequent new product introductions, including alternatives for certain of our products that offer limited functionality at significantly lower costs or free of charge.

**Adverse Macro Conditions in the Automotive Industry or the Global Economy May Impact Results**

Cerence is dependent on a healthy automotive market. Automotive production and sales are highly cyclical and depend on general economic conditions and other factors such as consumer spending, credit availability, and in some regions government incentives. Cerence's license revenue segment is solely tied to automotive production whereas connected services, professional services and SaaS revenue streams are independent of current production dynamics.

**Cerence's Long-Term Guidance Implies a Shift from License Revenue to Cloud and SaaS Based Solutions**

Should Cerence be unable to navigate the shift from its historic embedded approach toward hybrid-based solutions leveraging cloud connectivity, the company will likely exhibit slower growth than anticipated.

# ADDENDUM

## Stocks Mentioned In Important Disclosures

| Ticker | Company Name |
|---|---|
| APTV | Aptiv PLC |
| CRNC | Cerence |
| HASI | Hannon Armstrong |
| SEDG | SolarEdge Technologies |

## Analyst Certification

Each author of this research report hereby certifies that (i) the views expressed in the research report accurately reflect his or her personal views about any and all of the subject securities or issuers, and (ii) no part of his or her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed in this report.

## Important Disclosures

Cowen and Company, LLC and or its affiliates make a market in the stock of Cerence, Aptiv PLC, Hannon Armstrong and SolarEdge Technologies securities.

Cowen and Company, LLC compensates research analysts for activities and services intended to benefit the firm's investor clients. Individual compensation determinations for research analysts, including the author(s) of this report, are based on a variety of factors, including the overall profitability of the firm and the total revenue derived from all sources, including revenues from investment banking, sales and trading or principal trading revenues. Cowen and Company, LLC does not compensate research analysts based on specific investment banking transactions or specific sales and trading or principal trading revenues.

## Disclaimer

Cowen leverages technology from Truvalue Labs to generate our ESG scores. Truvalue Labs uses artificial intelligence to capture the stakeholder view of how companies are performing on ESG metrics, using the Sustainability Accounting Standards Board (SASB) materiality framework (www.sasb.org). (See below.) These data are leveraged to calculate a score for each company, which allows Cowen to have a **common framework** and uniform way to approach ESG discussions with our clients. Cowen ESG scores appear on Company and Company Quick Take notes and are updated daily.

The process begins with capturing unstructured data from more than 100,000 sources, in 14 languages. These data are culled from a wide range of sources with varied perspectives, including industry publications, news outlets, NGOs, trade unions, government sources, legal and regulatory filings, and academic publications.

Natural language processing is used to interpret semantic content from the original sources and generate analytics by applying criteria consistent with established sustainability and ESG frameworks. Performance is scored on a 0 to 100 scale. **A score of 50 represents a neutral impact**. Scores above 50 indicate more positive performance, and scores below reflect more negative performance. A score of NA means not enough data is available on the company to generate a score.

The algorithms are sensitive to both **intensity** and **frequency**. Truvalue Labs data contribute an indication of how stakeholder issues and potential controversies may affect a company, based on real-time information. Truvalue assesses positive and negative ESG events contained in unstructured data and assigns a score per topic for each passage based on the magnitude of sentiment. The score reflects not only whether performance is positive or negative, but also how positively or negatively the company is performing on the topic reflected in the datapoint. For example, the algorithms would assign a relatively more negative score to a catastrophic oil spill affecting multiple workers and communities than to a workplace incident that caused a minor injury to one worker. In both cases, the sentiment-based score would be negative, but performance would be evaluated as significantly more negative in the first case than in the second case.

Cowen introduced its own ESG scoring methodology because we believe that existing ratings systems are mostly backward-looking. Data are often supplied by companies and thus are subject to "greenwashing" (i.e., using data selectively to spin a story that is better than it actually is). In addition, most ratings systems generally don't align with SASB, which we think is emerging as a standard on the buy side.

Dynamic Materiality™ is Truvalue Labs' approach acknowledging that companies, industries, and sectors have unique materiality signatures that evolve over time, determined by factors such as shifts in business models, changing consumer preferences, emerging technologies, and new regulations. Dynamic Materiality™ is driven by how stakeholders respond to events, behaviors, and externalities experienced in relation to a company or an industry. This stands in contrast to the view that materiality is relatively static and can be defined by a company. For example, if a company appeared in 100 different sources over a trailing 12-month period, and 30 of the sources were related to the SASB Employee Health & Safety category, the Employee Health & Safety Dynamic Materiality™ would be 30%. Furthermore, 30% of the company's overall score would be driven by the Employee Health and Safety Insight Score.

Our research reports are simultaneously available to all clients are on our client website. Research reports are for our clients only. Not all research reports are disseminated, e-mailed or made available to third-party aggregators. Cowen and Company, LLC is not responsible for the redistribution of research by third party aggregators. Selected research reports are available in printed form in addition to an electronic form. All published research reports can be obtained on the firm's client website, https://cowenlibrary.bluematrix.com/client/library.jsp.

The information, opinions, estimates and forecasts are as of the date of this report and subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Research reports are published at irregular intervals as appropriate in the analyst's judgement.

Further information on subject securities may be obtained from our offices. This research report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Other than disclosures relating to Cowen and Company, LLC, the information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. The opinions and recommendations herein do not take into account individual client circumstances, objectives or needs and are not intended as recommendations of investment strategy. The recipients of this report must make their own independent decisions regarding any securities subject to this research report. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. To the extent that this report discusses any legal proceedings or issues, it has not been prepared to express or intended to express any legal conclusion, opinion or advice. Our salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in our research. Our principal trading area and investing businesses may make investment decisions that are inconsistent with recommendations or views expressed in our research. Cowen and Company, LLC maintains physical, electronic and procedural information barriers to address the flow of information between and among departments within Cowen and Company, LLC in order to prevent and avoid conflicts of interest with respect to analyst recommendations.

For important disclosures regarding the companies that are the subject of this research report, please contact Compliance Department, Cowen and Company, LLC, 599 Lexington Avenue, 20th Floor, New York, NY 10022. In addition, the same important disclosures, with the exception of the valuation methods and risks, are available on the Firm's disclosure website at https://cowen.bluematrix.com/sellside/Disclosures.action.

**Equity Research Price Targets:** Cowen and Company, LLC assigns price targets on all companies covered in equity research unless noted otherwise. The equity research price target for an issuer's stock represents the value that the analyst reasonably expects the stock to reach over a performance period of twelve months. Any price targets in equity securities in this report should be considered in the context of all prior published Cowen and Company, LLC equity research reports (including the disclosures in any such equity report or on the Firm's disclosure website), which may or may not include equity research price targets, as well as developments relating to the issuer, its industry and the financial markets. For equity research price target valuation methodology and risks associated with the achievement of any given equity research price target, please see the analyst's equity research report publishing such targets.

**Cowen Cross-Asset Research:** Due to the nature of the fixed income market, the issuers or debt securities of the issuers discussed in "Cowen Cross-Asset Research" reports do not assign ratings and price targets and may not be continuously followed. Accordingly, investors must regard such branded reports as providing stand-alone analysis and reflecting the analyst's opinion as of the date of the report and should not expect continuing analysis or additional reports relating to such issuers or debt securities of the issuers.

From time to time "Cowen Cross-Asset Research" analysts provide investment recommendations on securities that are the subject of this report. These recommendations are intended only as of the time and date of publication and only within the parameters specified in each individual report. "Cowen Cross-Asset Research" investment recommendations are made strictly on a case-by-case basis, and no recommendation is provided as part of an overarching rating system or other set of consistently applied benchmarks. The views expressed in "Cross-Asset Research" report may differ from the views offered in the firm's equity research reports prepared for our clients.

**Notice to UK Investors:** This publication is produced by Cowen and Company, LLC which is regulated in the United States by FINRA. It is to be communicated only to persons of a kind described in Articles 19 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005. It must not be further transmitted to any other person without our consent.

**Notice to European Union Investors:** Individuals producing recommendations are required to obtain certain licenses by the Financial Regulatory Authority (FINRA). You can review the author's current licensing status and history, employment history and, if any, reported regulatory, customer dispute, criminal and other matters via "Brokercheck by FINRA" at http://brokercheck.finra.org/. An individual's licensing status with FINRA should not be construed as an endorsement by FINRA. General biographical information is also available for each Research Analyst at www.cowen.com.

Additionally, the complete preceding 12-month recommendations history related to recommendation in this research report is available at https://cowen.bluematrix.com/sellside/Disclosures.action

The recommendation contained in this report was produced at February 07, 2022, 18:59 ET. and disseminated at February 07, 2022, 18:59 ET.

**Copyright, User Agreement and other general information related to this report**

© 2022 Cowen and Company, LLC. All rights reserved. Member NYSE, FINRA and SIPC. This research report is prepared for the exclusive use of Cowen clients and may not be reproduced, displayed, modified, distributed, transmitted or disclosed, in whole or in part, or in any form or manner, to others outside your organization without the express prior written consent of Cowen. Cowen research reports are distributed simultaneously to all clients eligible to receive such research reports. Any unauthorized use or disclosure is prohibited. Receipt and/or review of this research constitutes your agreement not to reproduce, display, modify, distribute, transmit, or disclose to others outside your organization. All Cowen trademarks displayed in this report are owned by Cowen and may not be used without its prior written consent.

**Cowen and Company, LLC. New York** 646 562 1010 **Boston** 617 946 3700 **San Francisco** 415 646 7200 **Chicago** 312 577 2240 **Cleveland** 440 331 3531 **Atlanta** 866 544 7009 **Stamford** 646 616 3000 **Washington, D.C.** 202 868 5300 **London** (affiliate) 44 207 071 7500

**COWEN AND COMPANY EQUITY RESEARCH RATING DEFINITIONS**

**Outperform (1):** The stock is expected to achieve a total positive return of at least 15% over the next 12 months

**Market Perform (2):** The stock is expected to have a total return that falls between the parameters of an Outperform and Underperform over the next 12 months

**Underperform (3):** Stock is expected to achieve a total negative return of at least 10% over the next 12 months

**Assumption:** The expected total return calculation includes anticipated dividend yield

## Cowen and Company Equity Research Rating Distribution

**Distribution of Ratings/Investment Banking Services (IB) as of 12/31/21**

| Rating | Count | Ratings Distribution | Count | IB Services/Past 12 Months |
|---|---|---|---|---|
| Buy (a) | 694 | 72.14% | 227 | 32.71% |
| Hold (b) | 260 | 27.03% | 24 | 9.23% |
| Sell (c) | 8 | 0.83% | 0 | 0.00% |

(a) Corresponds to "Outperform" rated stocks as defined in Cowen and Company, LLC's equity research rating definitions. (b) Corresponds to "Market Perform" as defined in Cowen and Company, LLC's equity research ratings definitions. (c) Corresponds to "Underperform" as defined in Cowen and Company, LLC's equity research ratings definitions. Cowen and Company Equity Research Rating Distribution Table does not include any company for which the equity research rating is currently suspended or any debt security followed by Cowen Credit Research and Trading.

Note: "Buy", "Hold" and "Sell" are not terms that Cowen and Company, LLC uses in its ratings system and should not be construed as investment options. Rather, these ratings terms are used illustratively to comply with FINRA regulation.



Aptiv PLC Rating History as of 02/04/2022
powered by: BlueMatrix
(1):$96.00 01/31/19
(1):$105.00 04/22/19
(1):$100.00 05/02/19
(1):$97.00 05/28/19
(1):$95.00 07/19/19
(1):$102.00 07/31/19
(1):$108.00 09/24/19
(1):$107.00 10/08/19
(1):$106.00 10/31/19
(1):$112.00 12/17/19
(1):$109.00 01/31/20
(1):$82.00 03/26/20
(1):$75.00 04/22/20
250
200
150
100
50
0
Apr 19
Jul 19
Oct 19
Jan 20
Apr 20
Jul 20
Oct 20
Jan 21
Apr 21
Jul 21
Oct 21
Jan 22
(1):$86.00 05/05/20
(1):$96.00 06/18/20
(1):$117.00 10/13/20
(1):$119.00 10/29/20
(1):$143.00 12/17/20
(1):$155.00 01/25/21
(1):$160.00 02/03/21
(1):$163.00 04/22/21
(1):$166.00 05/06/21
(1):$184.00 08/05/21
(1):$200.00 11/04/21
(1):$180.00 02/03/22
Closing Price
Target Price

Cerence Rating History as of 02/04/2022
powered by: BlueMatrix
I:(1):$28.00 05/12/20
(1):$39.00 05/29/20
(1):$62.50 08/04/20
(1):$85.00 11/16/20
(1):$105.00 12/17/20
(1):$130.00 01/19/21
(1):$126.00 02/08/21
(1):$119.00 04/22/21
(1):$133.00 05/10/21
(1):$146.00 08/09/21
(1):$115.00 11/22/21
160
140
120
100
80
60
40
20
0
Apr 19
Jul 19
Oct 19
Jan 20
Apr 20
Jul 20
Oct 20
Jan 21
Apr 21
Jul 21
Oct 21
Jan 22
Closing Price
Target Price

Hannon Armstrong Rating History as of 02/04/2022
powered by: BlueMatrix
(1):$27.00 11/05/18
(1):$29.50 02/26/19
(1):$31.50 05/07/19
(1):$32.00 08/07/19
(1):$37.50 11/04/19
(1):$40.00 02/14/20
(1):$32.00 03/26/20
(1):$31.00 04/15/20
(1):$34.00 05/11/20
(1):$42.00 08/10/20
(1):$44.50 08/26/20
(1):$48.00 10/20/20
(1):$50.00 11/10/20
(1):$65.00 12/17/20
80
70
60
50
40
30
20
10
Apr 19
Jul 19
Oct 19
Jan 20
Apr 20
Jul 20
Oct 20
Jan 21
Apr 21
Jul 21
Oct 21
Jan 22
(1):$68.00 02/23/21
(1):$70.00 08/09/21
Closing Price
Target Price

**COWEN**
EQUITY RESEARCH
Cerence
February 7, 2022

SolarEdge Technologies Rating History as of 02/04/2022
powered by: BlueMatrix
(1):$51.00 10/29/18
(1):$52.00 02/21/19
(1):$65.00 05/07/19
(1):$74.00 07/12/19
(1):$85.00 08/07/19
(1):$102.00 09/25/19
(1):$108.00 11/07/19
(1):$118.00 11/26/19
(1):$136.00 02/14/20
(1):$145.00 02/20/20
(1):$138.00 03/26/20
(1):$134.00 04/23/20
(1):$189.00 07/15/20
500
400
300
200
100
0
Apr 19
Jul 19
Oct 19
Jan 20
Apr 20
Jul 20
Oct 20
Jan 21
Apr 21
Jul 21
Oct 21
Jan 22
(1):$209.00 08/04/20
(1):$216.00 09/21/20
(1):$328.00 10/20/20
(1):$308.00 11/02/20
(1):$347.00 12/17/20
(1):$333.00 05/03/21
(1):$356.00 10/18/21
(1):$400.00 11/03/21
(1):$344.00 02/03/22
Closing Price
Target Price

**Legend for Price Chart:**

I = Initiation | 1 = Outperform | 2 = Market Perform | 3 = Underperform | UR = Price Target Under Review | T = Terminated Coverage | $xx = Price Target | NA = Not Available | S=Suspended

**COWEN**.COM

13

# COWEN ESG SCORES

## HOW ARE COWEN'S ESG SCORES CALCULATED?

Cowen leverages technology from Truvalue Labs to generate our ESG scores. Truvalue Labs uses artificial intelligence to capture the stakeholder view of how companies are performing on ESG metrics, using the Sustainability Accounting Standards Board (SASB) materiality framework (www.sasb.org). (See below.) These data are leveraged to calculate a score for each company, which allows Cowen to have a **common framework** and uniform way to approach ESG discussions with our clients. Cowen ESG scores appear on Company and Company Quick Take notes and are updated daily.

### UNIVERSE OF 26 SUSTAINABILITY ISSUES ACROSS 5 AREAS

## HOW DOES THE PROCESS WORK?

The process begins with capturing unstructured data from more than 100,000 sources, in 14 languages. These data are culled from a wide range of sources with varied perspectives, including industry publications, news outlets, NGOs, trade unions, government sources, legal and regulatory filings, and academic publications.

Natural language processing is used to interpret semantic content from the original sources and generate analytics by applying criteria consistent with established sustainability and ESG frameworks. Performance is scored on a 0 to 100 scale. **A score of 50 represents a neutral impact**. Scores above 50 indicate more positive performance, and scores below reflect more negative performance. A score of NA means not enough data is available on the company to generate a score.

The algorithms are sensitive to both **intensity** and **frequency**. Truvalue Labs data contribute an indication of how stakeholder issues and potential controversies may affect a company, based on real-time information. Truvalue assesses positive and negative ESG events contained in unstructured data and assigns a score per topic for each passage based on the magnitude of sentiment. The score reflects not only whether performance is positive or negative, but also how positively or negatively the company is performing on the topic reflected in the datapoint. For example, the algorithms would assign a relatively more negative score to a catastrophic oil spill affecting multiple workers and communities than to a workplace incident that caused a minor injury to one worker. In both cases, the sentiment-based score would be negative, but performance would be evaluated as significantly more negative in the first case than in the second case.

## WHY DO WE BELIEVE THAT OUR APPROACH IS BETTER THAN OTHERS?

Cowen introduced its own ESG scoring methodology because we believe that existing ratings systems are mostly backward-looking. Data are often supplied by companies and thus are subject to "greenwashing" (i.e., using data selectively to spin a story that is better than it actually is). In addition, most ratings systems generally don't align with SASB, which we think is emerging as a standard on the buy side.

## DYNAMIC MATERIALITY™

Dynamic Materiality™ is Truvalue Labs' approach acknowledging that companies, industries, and sectors have unique materiality signatures that evolve over time, determined by factors such as shifts in business models, changing consumer preferences, emerging technologies, and new regulations. Dynamic Materiality™ is driven by how stakeholders respond to events, behaviors, and externalities experienced in relation to a company or an industry. This stands in contrast to the view that materiality is relatively static and can be defined by a company. For example, if a company appeared in 100 different sources over a trailing 12-month period, and 30 of the sources were related to the SASB Employee Health & Safety category, the Employee Health & Safety Dynamic Materiality™ would be 30%. Furthermore, 30% of the company's overall score would be driven by the Employee Health and Safety Insight Score.

COWEN
EQUITY RESEARCH
Cerence
February 7, 2022

COWEN.COM
15

# POINTS OF CONTACT

## Analyst Profiles

**Jeffrey Osborne**
Stamford
646 562 1391
jeffrey.osborne@cowen.com

Jeff Osborne covers sustainability and mobility technology. He has a BS from Trinity University and an MBA from Wayne State University.

**Thomas Boyes**
New York
646 562 1378
thomas.boyes@cowen.com

Thomas Boyes is on the sustainability team covering bioproduct and environmental services. He has a BS in finance from Saint Joseph's University.

**Emily Riccio**
New York
646 562 1383
emily.riccio@cowen.com

Emily Riccio is an associate covering sustainable energy technology. She received a BA in economics from Trinity College.

**Jeffrey Rossetti**
New York
646 562 1335
jeffrey.rossetti@cowen.com

Jeff Rossetti is an associate covering sustainable energy technology. He joined Cowen in December 2014.

**Shah Imran, CFA**
New York
646 562 1322
shah.imran@cowen.com

Shah Imran is an associate covering sustainable energy technology. He has an MSc in economics from Texas A&M University.

## Reaching Cowen

### Main U.S. Locations

**New York**
599 Lexington Avenue
New York, NY 10022
646 562 1010
800 221 5616

**Boston**
Two International Place
Boston, MA 02110
617 946 3700
800 343 7068

**Cleveland**
20006 Detroit Road
Suite 100
Rocky River, OH 44116
440 331 3531

**San Francisco**
One Maritime Plaza, 9th Floor
San Francisco, CA 94111
415 646 7200
800 858 9316

**Atlanta**
3424 Peachtree Road NE
Suite 2200
Atlanta, GA 30326
866 544 7009

**Chicago**
181 West Madison Street
Suite 3135
Chicago, IL 60602
312 577 2240

**Stamford**
262 Harbor Drive
Stamford, CT 06902
646 616 3000

**Washington, D.C.**
2900 K Street, NW
Suite 520
Washington, DC 20007
202 868 5300

### International Location

**Cowen International Limited**

**London**
1 Snowden Street - 11th Floor
London EC2A 2DQ
United Kingdom
44 20 7071 7500

COWEN INC.