# EXHIBIT 47

*(Craig-Hallum analyst report, "Shockingly Messy Quarter, Guide And Explanation As New Leadership Resets Expectations," dated February 8, 2022)*



**CRAIG-HALLUM**
C A P I T A L   G R O U P   L L C

**Jeff Van Rhee, CFA**
Senior Research Analyst
612-334-6343
jvanrhee@craig-hallum.com

**Aaron Duke**
Research Analyst
612-334-6352
aaron.duke@craig-hallum.com
**www.craig-hallum.com**

| Changes | Previous | Current |
|---|---|---|
| Rating: | -- | Buy |
| Fundamental Trend | Improving | Mixed |
| Price Target: | $135 | $52 |
| FY21A Rev (MM): | -- | $387.2 |
| FY22A Rev (MM): | $401.4 | $365.2 |
| FY23E Rev (MM): | -- | $419.0 |
| FY21A EPS*: | -- | $2.53 |
| FY22A EPS*: | $2.18 | $1.82 |
| FY23E EPS*: | -- | $2.32 |

| Profile | |
|---|---|
| Price: | $43.61 |
| 52 Week Range: | $43.61 - $139.00 |
| Avg. Daily Vol. (MM): | 0.6 |
| Diluted Sh. Out (MM): | 44.4 |
| Market Cap (MM): | $1,935 |
| Insiders Own: | 1.6% |
| Stated Book Val/Sh.: | $23.65 |
| Net Cash/Sh.: | ($2.84) |
| Short Int. / Days to Cover | 4.4M / 8.5 |
| LT EPS Growth | 15% |
| Fiscal Year End | September |

| Rev (M) | 2021A | 2022E | 2023E |
|---|---|---|---|
| Dec | $95.0 | $94.4A | -- |
| Mar | 98.7 | 82.3 | -- |
| Jun | 96.8 | 90.3 | -- |
| Sep | 98.1 | 98.3 | -- |
| FY | $387.2 | $365.2 | $419.0 |
| *y/y* | *17%* | *-6%* | *15%* |
| | | | |
| EV/Rev | 5.3x | 5.6x | 4.9x |

| EPS* | 2021A | 2022E | 2023E |
|---|---|---|---|
| Dec | $0.57 | $0.59A | -- |
| Mar | 0.69 | 0.34 | -- |
| Jun | 0.62 | 0.40 | -- |
| Sep | 0.66 | 0.48 | -- |
| FY | $2.53 | $1.82 | $2.32 |
| | | | |
| EBITDA | $155.9 | $120.9 | $159.0 |
| EV/EBITDA | 13.2x | 17.1x | 13.0x |

*Non-GAAP attributable to. common.*

| Management | |
|---|---|
| CEO | Sanjay Dhawan |
| CFO | Mark Gallenberger |

## Cerence, Inc.       BUY
(CRNC - $43.61)       Price Target: $52

**Shockingly Messy Quarter, Guide And Explanation As New Leadership Resets Expectations. Maintain BUY In Light Of 17x EV/EBITDA Multiple, But Lowering Price Target To $52.**

*Cerence, Inc. is a leading provider of speech recognition and voice technologies for automotive applications, offering both Edge (in-car) and Cloud-Connected solutions.*

### OUR CALL

Wow, what a mess. Leadership turnover, dramatic numbers reset, messy explanations, and a tough software/automotive backdrop to name a few issues. What we know is the company had a very good bookings quarter (second best in their history) and very strong bookings over the past few years, particularly in light of the macro landscape. This validation of the cutting-edge nature of the platform and the scope of the opportunity is the baseline for an investment in CRNC. At the same time, guidance/reporting appear to have been very aggressive versus the realities of the business/marketplace. Revenue streams perceived as recurring have turned out to have been one-timers, churn has shown up in places not thought prone to churn, and new projects that had been explained to have very strong momentum have been re-evaluated and haircut aggressively by a fresh set of eyes (new CEO). We are mid-cycle on another deep dive of the competitive landscape and will be particularly keen on churn/competitive landscape. Prior work included conversations with many of the leading customers, competitors, and key players in the ecosystem, and were very positive about the products and opportunity. With the damage done to shares we have to consider the ~17x EBITDA multiple in light of what we believe will be a 15%+ grower going forward. On that basis, we maintain our Buy and lower our target to $52. Specifics around connected win rates and retention as well as new product momentum/potential will be front and center in our checks.

| | Q1'22 (Act.) | | | Q2'22 (Est.) | | | FY'22 (Est.) | | | FY'23 (Est.) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Revenue | Adj. EBITDA | EPS* | Revenue | Adj. EBITDA | EPS* | Revenue | Adj. EBITDA | EPS* | Revenue | Adj. EBITDA | EPS* |
| Actuals | **$94.4** | **$36.9** | **$0.59** | - | - | - | - | - | - | - | - | - |
| CHLM Prev. Est. | $91.1 | $31.1 | $0.46 | $93.3 | $33.3 | $0.49 | $401.4 | $146.4 | $2.18 | - | - | - |
| Consensus | $95.1 | $33.4 | $0.51 | $99.9 | $37.8 | $0.57 | $413.6 | $157.1 | $2.37 | $520.8 | $209.9 | $3.20 |
| Prev. Guidance | $91.0 - $96.0 | $31.0 - $35.0 | $0.47 - $0.53 | - | - | - | $400.0 - $425.0 | $144.0 - $163.0 | $2.17 - $2.51 | - | - | - |
| Revised Guidance | - | - | - | $82.0 - $86.0 | $21.5 - $25.5 | $0.31 - $0.38 | $365.0 - $385.0 | $118.7 - $138.7 | $1.80 - $2.16 | - | - | - |
| CHLM Revised Est. | - | - | - | $82.3 | $23.9 | $0.34 | $365.2 | $120.9 | $1.82 | $419.0 | $159.0 | $2.32 |

* EPS is non-GAAP attributable to common.

### OUR POINT OF VIEW

Topline numbers were mostly in-line with revenue of $94.4M (1% y/y growth) coming in slightly below consensus of $95.1M. EBITDA came in ahead at $36.9M versus consensus of $33.4M. Notably, the forward guide was taken down considerably. Updated FY'22 revenue guidance was brought down from $412.5M at the midpoint (given at the end of the Sep'21 quarter) to $375M at the midpoint, which implies a y/y decline of ~3%. The EBITDA guide was similarly taken down from ~$154M at the midpoint to $128.7M at the midpoint. Management also pulled their FY'24 target model (last updated on the Q3'21 earnings call) and said they would provide updated targets when they hold their next analyst day. Several factors are influencing the changed outlook for the company and are outlined below.

---

**SEE LAST PAGE FOR IMPORTANT DISCLOSURES**       **Page 1 of 11**

**Edge is seeing revenue headwinds.** Prepaid licenses appear to have gotten well ahead of use recently. Of $71M of pre-paid licenses in FY'21, $46M was consumed in the year, leading to an incremental ~$25M backlog of pre-paid units to work through in the coming quarters. We believe the company is assuming $78M in consumption of pre-paid licenses in FY'22. The team blamed supply chain issues, chip shortages and Omicron/staffing issues as leading their specific set of customers to see lower unit production and consumption than expected. We are revising our estimates to reflect variable revenue plus consumption growth to ~12% (roughly in-line with low single digit global production growth plus the typical 10-15% that the company guides to).

**New Connected Revenue is seeing incremental churn**. On the call, two key points of churn were notable:

First, $8M of $46M in new connected revenue is actually composed of legacy connected contracts. Namely, contracts that use very antiquated technology, which is more command-based and with much lower user satisfaction. This is incremental color to us this quarter. Over time, the company had hoped to not only retain these legacy customers, but to up-sell them to newer cloud solutions. In the quarter, the company appears to have come to the clear conclusion that at least some OEMs are choosing not to extend the life/servicing of existing cars on the road, rather they are letting the solutions reach end of life and are focusing on offering cutting edge technology on new platforms. This goes to the long-term issue of usage/value received and whether over time newer connected platform OEMs get in a mode of stickier/more frequent updates to the technology to drive increased usage and longer term/higher levels of renewals. At a minimum, the company has been somewhat surprised by the lack of renewals/churn of legacy connected customers.

Second, bookings from Lear Corporation have now been reversed as they will likely not result in revenue. Lear acquired Xevo in April'19 and was going to build a voice/speech front end and include CRNC Pay in the Lear marketplace. Since then, the company has gone through a substantial reorganization and will not be pursuing the solution. We believe this represents ~$20M in bookings and future revenue that need to be reversed.

**One-time licenses pushed out, impacting Edge and Connected**. In Q4, CRNC signed a tech bellwether to use some of their tools and believed they had other similar deals in the pipeline. Subsequent to that win, the next largest deal with a very large consumer tech name appears to have pushed as the brand likely concluded CRNC was more competitor than partner.

**New revenue opportunities likely to take longer to produce revenue than expected.** As noted above, some of the key SaaS solutions (Pay, etc.) are seeing pushouts. In addition, on the call the team noted headwinds to the elevator opportunity, citing rising rates and inflation as well as uncertainty around pace within this new market as the reasoning behind incremental caution here.



In conjunction with the call, CRNC announced the retirement of CFO Mark Gallenberger. Gallenberger will be with the company until March 11 and then will serve in a transitionary role through November. New CEO Stefan Ortmanns said the company has enlisted the help of an international executive search firm to lead the search for a new CFO. Mitch Cohen will slot in to provide oversight to the finance organization in the interim until the search is complete. Cohen has held several CFO and interim CFO roles over the past two decades including at Asta Funding, S2BN Entertainment, and Athenian Venture Partners.

Other notables from the quarter include:

- Posted second highest bookings quarter and the single largest booking ($149M) in the company's history.
- 52% of worldwide auto production was with CRNC technology (was 53% in prior quarter).
- Average contract duration remained steady at 7.9 years (7.9 years in prior quarter and 6.8 in Q3'21).
- 11% TTM increase in cars shipped with CRNC connected technology (compares to an increase in global auto production of 2% over the same time period).
- 0% growth in TTM billings per car (was up 8% in prior quarter).
- Transactions and monthly active users were up slightly compared to the prior quarter but are still off the pace seen from CY'20 – 1H CY'21.
- Won another two-wheeler customer in China.
- The balance sheet ended the quarter with ~$153M in cash and marketable securities and ~$271M of debt. Q1'22 CFFO was $5.1M which compares to $11.1M in Q1'21.

In sum, this quarter was wildly confusing in light of prior communications as well as our understanding of the revenue categories/lines and how they were contracted and should behave. At the heart of the surprises were three key items: New Connected saw churn in legacy contracts sitting within it, Pre-pays were being leveraged much more aggressively to drive short-term growth at the expense of long-term stability, and a few key customers/deals either pushed or rev-rec will be delayed. We have done extensive competitive landscape work, talking to peers as well as many of the largest customers. The feedback was very positive on the new technology and innovation the company was putting out, and this was reflected in recent bookings strength. At the same time, we clearly didn't have a clean view of each of the existing revenue lines as the baseline reporting/guidance now appears much more aggressive than we appreciated. Given the detail provided today, we will be revisiting many of those sources to try to put things in better perspective and confirm the status of the competitive landscape as well as the scope of the true TAM (and relative value perceived by customers using the latest solutions). At 17x EV/FY'22

**February 8, 2022**

EBITDA, we maintain our Buy rating and are lowering our target to $52 (20x EV/FY'22 multiple, in light of 15% forward year expected revenue growth).

**Cerence, Inc.**
**Fiscal Year Guidance Revision History**
**Craig-Hallum Capital Group LLC**

| Date Guided | Period Guided | Event | Revenue | Adj. EBITDA | Non-GAAP EPS | CFFO |
|---|---|---|---|---|---|---|
| 9/9/2019 | FY19 | Investor Presentation | $300.0 - $302.0M | $91.0 - $93.0M | N/A | $80 - $85.0M |
| **12/17/2019** | **FY19 (Actual)** | **Reported** | **$303.3M** | **$94.7M** | **$1.73** | **$88.1M** |
| 9/9/2019 | FY20 | Investor Presentation | $321.0 - $336.0M | $89.0 - $96.0M | N/A | $42.0 - $50.0M |
| 12/17/2019 | FY20 | Q4'FY19 Earnings Call | $321.0 - $336.0M | $89.0 - $96.0M | N/A | $42.0 - $50.0M |
| 2/11/2020 | FY20 | Q1'FY20 Earnings Call | $321.0 - $336.0M | $91.0 - $98.0M | $1.07 - $1.21 | $43.0 - $51.0M |
| 5/7/2020 | FY20 | Q2'FY20 Earnings Call | Guidance withdrawn due to uncertainty around the COVID-19 pandemic. | | | |
| 8/4/2020* | FY20 | Q3'FY20 Earnings Call | $314.8 - $318.8M | $97.6 - $100.6M | $1.33 - $1.38 | ~$43M |
| **11/16/2020** | **FY20 (Actual)** | **Reported** | **$329.6M** | **$114.9M** | **$1.68** | **$44.8M** |
| 11/16/2020 | FY21 | Q4'FY20 Earnings Call | $360.0 - $380.0M | $122.0 - $135.0M | $1.81 - $2.05 | $62.0 - $70.0M |
| 2/8/2021 | FY21 | Q1'FY21 Earnings Call | $370.0 - $380.0M | $131.0 - $140.0M | $1.91 - $2.10 | $67.0 - $72.0M |
| 5/10/2021 | FY21 | Q2'FY21 Earnings Call | $380.0 - $390.0M | $143.0 - $152.0M | $2.22 - $2.37 | $70.0 - $74.0M |
| 8/9/2021 | FY21 | Q3'FY21 Earnings Call | $386.1 - $390.1M | $153.1 - $156.1M | $2.42 - $2.48 | - |
| **11/22/2021** | **FY21 (Actual)** | **Reported** | **$387.2M** | **$155.9M** | **$2.53** | **$74.4M** |
| 11/22/2021 | FY22 | Q4'FY21 Earnings Call | $400.0 - $425.0M | $144.0 - $163.0M | $2.17 - $2.51 | - |
| 2/7/2022 | FY22 | Q1'FY22 Earnings Call | $365.0 - $385.0M | $118.7 - $138.7M | $1.80 - $2.16 | - |

*Backed into via Q4'FY20 guide

Source: Craig-Hallum Capital Group;   Cerence, Inc.

**February 8, 2022**

**Key Metrics**
Cerence, Inc.
Craig-Hallum Capital Group LLC

| | FY'19 | Dec '19 | Mar '20 | Jun '20 | Sep '20 | FY'20 | Dec '20 | Mar '21 | Jun '21 | Sep'21 | FY'21 | Dec'21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ST Deferred Revenue | | 113,820 | 113,111 | 116,894 | 112,091 | | 104,577 | 90,402 | 84,993 | 78,394 | | 71,215 |
| seq | | 29.0% | -0.6% | 3.3% | -4.1% | | -6.7% | -13.6% | -6.0% | -7.8% | | -9.2% |
| y/y | | - | - | 49.5% | 27.0% | | -8.1% | -20.1% | -27.3% | -30.1% | | -31.9% |
| LT Deferred Revenue | | 245,883 | 234,981 | 219,197 | 212,573 | | 215,692 | 211,399 | 204,790 | 198,343 | | 193,443 |
| seq | | -7.2% | -4.4% | -6.7% | -3.0% | | 1.5% | -2.0% | -3.1% | -3.1% | | -2.5% |
| y/y | | - | - | -20.9% | -19.8% | | -12.3% | -10.0% | -6.6% | -6.7% | | -10.3% |
| Total Deferred Revenue | | 359,703 | 348,092 | 336,091 | 324,664 | | 320,269 | 301,801 | 289,783 | 276,737 | | 264,658 |
| seq | | 1.8% | -3.2% | -3.4% | -3.4% | | -1.4% | -5.8% | -4.0% | -4.5% | | -4.4% |
| y/y | | - | - | -5.4% | -8.1% | | -11.0% | -13.3% | -13.8% | -14.8% | | -17.4% |
| PS Backlog | | - | - | - | 106,000 | | - | - | - | 120,000 | | - |
| seq | | - | - | - | - | | - | - | - | - | | - |
| y/y | | - | - | - | 8.2% | | - | - | - | 13.2% | | - |
| Liense Backlog | | - | - | - | 967,000 | | - | - | - | 934,000 | | - |
| seq | | - | - | - | - | | - | - | - | - | | - |
| y/y | | - | - | - | 58.8% | | - | - | - | -3.4% | | - |
| Connected Backlog | | - | - | - | 740,000 | | - | - | - | 941,000 | | - |
| seq | | - | - | - | - | | - | - | - | - | | - |
| y/y | | - | - | - | 12.5% | | - | - | - | 27.2% | | - |
| Total Backlog | | - | - | - | 1,813,000 | | - | - | - | 1,995,000 | | - |
| seq | | - | - | - | - | | - | - | - | - | | - |
| y/y | | - | - | - | 32.8% | | - | - | - | 10.0% | | - |
| Total Bookings* | 491,176 | 533,000 | | 302,000 | | 835,000 | 293,000 | | 297000 | | 590,000 | - |
| seq | - | - | | - | | | - | | - | | | - |
| y/y | - | - | | - | | 70.0% | -45.0% | | -1.7% | | -29.3% | - |
| % of Cars Shipped with Cerence Tech. (TTM) | | 53% | 55% | 54% | 53% | | 54% | 52% | 53% | 53% | | 52% |
| Average Contract Duration (years, TTM) | | 4.9 | 5.7 | 6.2 | 6.1 | | 6.0 | 6.5 | 6.8 | 7.9 | | 7.9 |
| Growth in Billings Per Car YTD vs. Prior Year** | | - | - | 7% | | | - | - | - | | | - |
| Growth in Billings Per Car on a TTM Over Prior TTM Basis** | | - | - | - | 14% | | 20% | 10% | 13% | 8% | | 0% |
| Y/Y Change in # of Connected Cars Shipped (TTM) | | - | - | -3% | -16% | | -17% | -10% | 12% | 20% | | 11% |

*FY19 bookings estimated based on 70% y/y growth rate given for stated FY20 bookings.

**Excludes legacy Tweddle/Toyota contract

*Source: Cerence, Inc.; Craig-Hallum Capital Group*

**Revenue Splits**
Cerence, Inc.
Craig-Hallum Capital Group LLC

| | Dec '19 | Mar '20 | Jun '20 | Sep '20 | FY'20 | Dec '20 | Mar '21 | Jun '21 | Sep'21 | FY'21 | Dec'21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Connected | 23,021 | 23,131 | 24,996 | 25,000 | 96,148 | 25,930 | 27,736 | 30,283 | 25,585 | 109,534 | 28,159 |
| seq | 0.7% | 0.5% | 8.1% | 0.0% | | 3.7% | 7.0% | 9.2% | -15.5% | | 10.1% |
| y/y | 33.4% | 22.7% | 26.8% | 9.4% | 22.2% | 12.6% | 19.9% | 21.2% | 2.3% | 13.9% | 8.6% |
| New Connected | 7,321 | 7,731 | 9,396 | 9,100 | 33,548 | 10,630 | 12,136 | 14,383 | 9,485 | 46,634 | 12,159 |
| seq | 0.0% | 5.6% | 21.5% | -3.2% | | 16.8% | 14.2% | 18.5% | -34.1% | | 28.2% |
| y/y | 152.4% | 61.1% | 91.8% | 23.0% | 59.8% | 45.2% | 57.0% | 53.1% | 4.2% | 39.0% | 14.4% |
| Legacy Connected | 15,700 | 15,400 | 15,600 | 15,900 | 62,600 | 15,300 | 15,600 | 15,900 | 16,100 | 62,900 | 16,000 |
| seq | 0.0% | -1.9% | 1.3% | 1.9% | | -3.8% | 2.0% | 1.9% | 1.3% | | -0.6% |
| y/y | 9.0% | 9.2% | 5.4% | 3.2% | 7.9% | -2.5% | 1.3% | 1.9% | 1.3% | 0.5% | 4.6% |
| License | 40,767 | 44,622 | 32,454 | 46,425 | 164,268 | 46,414 | 54,371 | 49,980 | 51,418 | 202,183 | 46,850 |
| seq | -9.6% | 9.5% | -27.3% | 43.0% | | 0.0% | 17.1% | -8.1% | 2.9% | | -8.9% |
| y/y | -7.4% | 13.5% | -26.2% | 3.0% | -4.7% | 13.9% | 21.8% | 54.0% | 10.8% | 23.1% | 0.9% |
| Variable License | 33,667 | 28,222 | 18,254 | 29,925 | 110,068 | 36,314 | 37,071 | 31,780 | 20,818 | 125,983 | 21,550 |
| seq | -0.4% | -16.2% | -35.3% | 63.9% | | 21.4% | 2.1% | -14.3% | -34.5% | | 3.5% |
| y/y | 6.2% | -7.8% | -44.3% | -11.4% | -14.7% | 7.9% | 31.4% | 74.1% | -30.4% | 14.5% | -40.7% |
| Fixed/Prepay License | 7,100 | 16,400 | 14,200 | 16,500 | 54,200 | 10,100 | 17,300 | 18,200 | 25,400 | 71,000 | 20,100 |
| seq | -37.2% | 131.0% | -13.4% | 16.2% | | -38.8% | 71.3% | 5.2% | 39.6% | | -20.9% |
| y/y | -42.3% | 88.5% | 27.9% | 46.0% | 26.0% | 42.3% | 5.5% | 28.2% | 53.9% | 31.0% | 99.0% |
| Other Markets License | - | - | - | - | - | - | - | - | 5,200 | 5,200 | 5,200 |
| seq | - | - | - | - | - | - | - | - | - | - | 0.0% |
| y/y | - | - | - | - | - | - | - | - | - | - | - |
| Professional Services | 13,671 | 18,742 | 17,360 | 19,457 | 69,230 | 21,299 | 16,555 | 16,538 | 21,073 | 75,465 | 19,417 |
| seq | -8.9% | 37.1% | -7.4% | 12.1% | | 9.5% | -22.3% | -0.1% | 27.4% | | -7.9% |
| y/y | 21.8% | 54.6% | 25.0% | 29.7% | 32.5% | 55.8% | -11.7% | -4.7% | 8.3% | 9.0% | -8.8% |
| Total | 77,459 | 86,495 | 74,810 | 90,882 | 329,646 | 93,643 | 98,662 | 96,801 | 98,076 | 387,182 | 94,426 |
| seq | -6.6% | 11.7% | -13.5% | 21.5% | | 3.0% | 5.4% | -1.9% | 1.3% | | -3.7% |
| y/y | 6.9% | 23.0% | -3.6% | 9.6% | 8.7% | 20.9% | 14.1% | 29.4% | 7.9% | 17.5% | 0.8% |

*Source: Cerence, Inc.; Craig-Hallum Capital Group*

**CRAIG-HALLUM**
CAPITAL GROUP LLC

**February 8, 2022**

---

**Cerence, Inc.**
**Additional Key Commentary and Guidance**
**Craig-Hallum Capital Group LLC**

| | |
|---|---|
| **Q2'21 Earnings Call** <br> 5/10/2021 | • 1H'21 bookings came in at $293M, roughly flat with 2H'20 bookings. Expect strong 2H'21. Already seen $100M in bookings in Q3 to date. <br> • Believe they can achieve last year's bookings number of $800M in FY'21. <br> • Saw minimal effects from semiconductor shortages in the quarter, but are incorporating a modest impact into Q3 guidance. <br> • Only 35-40% of business is directly impacted by auto production in any given quarter. <br> • Win rates continue to be strong. Saw no meaningful competitive loss in 1H'21 and won back important multinational customer. <br> • Notable wins include: Hyundai, notable Japanese car company, fast growing two wheeler company in China, and iconic motorcycle brand in US. <br> • $33M in bookings for new application products (supports $75M revenue target for applications revenue in FY'24). <br> • Seeing increased penetration in the Chinese car market. <br> • Believe pre-pay line item will be flat to up y/y in FY'21. <br> • Slowly adding back OpEx that was cut during COVID. Expect to add $3M back in Q3 and $2-$3M in Q4. |
| **Q3'21 Earnings Call** <br> 8/9/2021 | • Updated FY'24 target model with notable upward revisions to revenue and margins. <br> • Had over 60 different car models from 15+ OEMs reach SOP in the quarter (record level). Roughly a dozen SOPs involved Chinese car models. <br> • Believe variable license revenue was impacted by semiconductor shortages, but can't quantify how much of an impact there was. <br> • See semiconductor headwinds bleeding into '22. <br> • According to IHS, forecasted penetration rates for edge AI and connected AI products have increased since publishing of last target model. <br> • New target model revises revenue target up by $100M and increases gross margin by 100 bps. <br> • Heavily engaged with two-wheeler OEMs in Japan (Japan produces ~50% of two-wheelers globally). <br> • Revenue from some of the new products and markets will be back-end loaded, scaling more as we get closer to FY'24. <br> • Expansion in PS margins will be driven by improved utilization rates of resources and shifting mix of onshore and offshore resources. <br> • Will first prioritize organic growth, then inorganic growth, and then pay down of debt with excess cash flow. <br> • Expect an uptick in PS revenue sequentially in Q4. <br> • Continue to believe that they can reach or surpass bookings number seen in FY'20 ($835M). |
| **Q4'21 Earnings Call** <br> 11/22/2021 | • FY'21 bookings came in at $590M with a notable large booking (~$150M) pushing into Q1'22. $120M was for new products and services. <br> • Finished the year with total backlog of ~$2B, up ~$180M y/y. <br> • Have now won business in both the elevator and two-wheeler markets. <br> • Expect to start production with first two-wheeler product in CY'22. <br> • Recorded 14 new logo wins (five competitive takeaways) and a record 174 starts of production in FY'21. <br> • Chip shortages continue to weigh on the business. Do not know when headwinds will abate, but expect auto production to be flat y/y in FY'22. <br> • Legacy connected revenue will begin to wind down in FY'22 with a drop of $23M occurring during the fiscal year. <br> • Reiterated targets in new FY'24 model. <br> • Fixed license revenue came in above expectations in Q4. Don't expect this trend to continue in FY'22 (expect prepaid rev of ~$55-$60M in '22). <br> • Expect all COVID-related expense reductions to be back in the P&L in FY'22. <br> • Sequential weakness in connected revenue due to usage based contract revenue coming in lower than expected. <br> • Seeing more and more customers committing to longer contract durations. <br> • Have 41.2% market share with OEMs in China. |
| **Q1'22 Earnings Call** <br> 2/7/2022 | • Recorded second best bookings quarter and single largest booking ($149M) in the quarter. <br> • Announced retirement of CFO. Mitch Cohen will take over as interim CFO. <br> • Withdrew FY'24 target model. Will update targets and release at next analyst day. <br> • Disclosed one-time revenue of $5.2M related to a deal with a fitness customer. <br> • Chip shortages continue to weigh on the business. Also seeing challenges with churn and fewer than anticipated one-time opportunities. <br> • Churn of certain customer programs expected to be a $6M drag on connected revenue line in FY'22. <br> • Added another two-wheeler customer in China. <br> • Legacy connected revenue expected to come in at ~$8M per quarter for the remainder of the year. <br> • Maintain belief that bookings are very healthy and trajectory in FY'22 is strong. <br> • Minimal conviction around elevator market. Will reevaluate and discuss more at analyst day. |

Source: Craig-Hallum Capital Group; Cerence, Inc.

---

### Income Statement Analysis

| | EST 1Q22 | ACT 1Q22 | Variance | Seq Growth | Y/Y Growth | Comments |
|---|---|---|---|---|---|---|
| **Total Revenue** | **91,100** | **94,426** | **3,326** | **-4%** | **1%** | |
| Cost of Sales | 23,019 | 21,256 | (1,763) | -1% | -9% | |
| **Gross Profit** | **68,081** | **73,170** | **5,089** | **-5%** | **4%** | |
| R&D | 24,900 | 25,542 | 642 | 0% | 28% | |
| S&M | 6,640 | 5,629 | (1,010) | -12% | -12% | |
| G&A | 8,000 | 7,277 | (723) | -11% | -3% | |
| Operating Expenses | 39,540 | 38,449 | (1,091) | -4% | 14% | |
| **Operating Profit** | **28,542** | **34,721** | **6,179** | **-5%** | **-5%** | |
| **Adj. EBITDA (ex. SBC)** | **31,067** | **36,898** | **5,831** | **-5%** | **-5%** | |
| **Pre-Tax Income** | **26,255** | **33,735** | **7,480** | **-2%** | **7%** | |
| Tax (refund) | 6,826 | 8,407 | 1,581 | 38% | 5% | |
| **Net Income** | **19,428** | **25,328** | **5,900** | **-11%** | **7%** | |
| | | | | | | |
| **Diluted EPS*** | **$0.46** | **$0.59** | **$0.14** | **-10%** | **5%** | |
| *Diluted Shares* | *44,700* | *44,370* | *(330)* | *0%* | *2%* | |

All figures are Non-GAAP unless noted otherwise.

Source: Craig-Hallum Capital Group;  Cerence, Inc.

### Margin Analysis

| | ACT 1Q21 | ACT 2Q21 | ACT 3Q21 | ACT 4Q21 | EST 1Q22 | ACT 1Q22 | Variance | Comments |
|---|---|---|---|---|---|---|---|---|
| **Gross Margin** | **75.0%** | **77.0%** | **79.1%** | **78.1%** | **74.7%** | **77.5%** | **2.8%** | Driven by favorable product mix. |
| R&D | 8.0% | 8.0% | 8.0% | 8.4% | 8.8% | 7.7% | -1.1% | |
| S&M | 21.4% | 24.7% | 26.4% | 26.0% | 27.3% | 27.1% | -0.3% | |
| G&A | 6.8% | 6.7% | 7.0% | 6.5% | 7.3% | 6.0% | -1.3% | |
| Operating Expenses | 36.1% | 39.4% | 41.4% | 40.9% | 43.4% | 40.7% | -2.7% | |
| **Operating Margin** | **38.9%** | **37.6%** | **37.7%** | **37.2%** | **31.3%** | **36.8%** | **5.4%** | |
| **EBITDA Margin** | **41.6%** | **39.9%** | **40.0%** | **39.6%** | **0.0%** | **39.1%** | **39.1%** | |
| Pre-Tax Margin | 33.7% | 38.9% | 35.8% | 35.2% | 28.8% | 35.7% | 6.9% | |
| Tax Rate | 25.3% | 24.2% | 24.8% | 17.7% | 26.0% | 24.9% | -1.1% | |
| **Net Margin** | **25.2%** | **29.5%** | **26.9%** | **29.0%** | **21.3%** | **26.8%** | **5.5%** | |

All figures are Non-GAAP unless noted otherwise.

Source: Craig-Hallum Capital Group;  Cerence, Inc.

## STOCK OPPORTUNITY

We are maintaining our Buy rating but lowering our price target to $52, which is based on a 20x EV/FY'22 EBITDA multiple (currently trading at 17.1x). Automotive peers with much lower margins and revenue streams less recurring in nature trade at ~18.7x EV/'22 EBITDA while much more similar growth (~15% expected in '23) SaaS peers trade at ~28x. We have said previously that we believe, over time, with the execution we expect and continued shift to more recurring/highly visible revenue streams, the more similar recurring growth peers would become the dominant of the two potential comp groups, having a greater influence on valuation.

## RISKS

We believe an investment in Cerence involves the following risks:

- Now an independent public company, Cerence may incur additional standalone/public company costs than expected, which could hurt results.

- The automotive industry is cyclical, subjecting Cerence to macroeconomic risk. A slowdown/reduction in the number of vehicles shipped could negatively affect the business.



- Big tech companies such as Apple and Google are increasingly looking to integrate their mobile virtual assistants into the vehicle, which could eat into Cerence's dominant market share position.

February 8, 2022

## Cerence, Inc.
### (CRNC)
### Income Statement

| (data in thousands, except per share) | ASC 605 Fiscal 2018 | ASC 606 Fiscal 2019 | ASC 606 Dec'19 | ASC 606 Mar'20 | ASC 606 Jun'20 | ASC 606 Sep'20 | ASC 606 Fiscal 2020 | ASC 606 Dec'20 | ASC 606 Mar'21 | ASC 606 Jun'21 | ASC 606 Sep'21 | ASC 606 Fiscal 2021 | ASC 606 Dec'21 | ASC 606 Mar'22E | ASC 606 Jun'22E | ASC 606 Sep'22E | ASC 606 Fiscal 2022E | ASC 611 Fiscal 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| License | 171,075 | 172,379 | 40,767 | 44,622 | 32,454 | 46,425 | 164,268 | 46,414 | 54,371 | 49,980 | 51,418 | 202,183 | 46,850 | | | | | |
| Connected | 60,227 | 78,690 | 23,267 | 23,459 | 25,383 | 25,360 | 97,469 | 25,930 | 27,736 | 30,283 | 25,585 | 109,534 | 28,159 | | | | | |
| Professional Services and Other | 45,682 | 52,246 | 13,671 | 18,742 | 17,360 | 19,457 | 69,230 | 21,299 | 16,555 | 16,538 | 21,073 | 75,465 | 19,417 | | | | | |
| **Revenue** | 276,984 | 303,315 | 77,705 | 86,823 | 75,197 | 91,242 | 330,967 | 93,643 | 98,662 | 96,801 | 98,076 | 387,182 | 94,426 | 82,250 | 90,250 | 98,250 | 365,176 | 419,000 |
| COGS License | 1,144 | 2,048 | 681 | 843 | 820 | 439 | 2,783 | 674 | 1,181 | 863 | 826 | 3,544 | 721 | | | | | |
| COGS Connected | 32,424 | 36,735 | 8,323 | 8,688 | 6,768 | 6,607 | 30,386 | 6,722 | 6,358 | 5,943 | 5,839 | 24,862 | 5,474 | | | | | |
| COGS Professional Services and Other | 39,554 | 50,166 | 13,620 | 16,320 | 15,811 | 15,021 | 60,772 | 16,021 | 15,161 | 13,442 | 14,768 | 59,392 | 15,061 | | | | | |
| **COGS** | 73,122 | 88,949 | 22,624 | 25,851 | 23,399 | 22,067 | 93,941 | 23,417 | 22,700 | 20,248 | 21,433 | 87,798 | 21,256 | 20,736 | 22,678 | 23,578 | 88,247 | 95,401 |
| **Gross Profit** | 203,862 | 214,366 | 55,081 | 60,972 | 51,798 | 69,175 | 237,026 | 70,226 | 75,962 | 76,553 | 76,643 | 299,384 | 73,170 | 61,514 | 67,573 | 74,673 | 276,929 | 323,599 |
| R&D* | 69,845 | 77,115 | 20,536 | 19,398 | 17,040 | 17,981 | 74,955 | 19,993 | 24,399 | 25,596 | 25,544 | 95,532 | 25,542 | 25,400 | 26,500 | 27,250 | 104,692 | 111,250 |
| S&M* | 26,568 | 30,125 | 6,353 | 5,930 | 5,957 | 5,578 | 23,818 | 6,369 | 6,617 | 6,760 | 6,404 | 26,150 | 5,629 | 5,303 | 6,503 | 7,703 | 25,138 | 26,712 |
| G&A* | 15,003 | 20,224 | 8,302 | 8,497 | 7,201 | 7,198 | 31,198 | 7,478 | 7,860 | 7,719 | 8,198 | 31,255 | 7,277 | 9,400 | 9,500 | 10,000 | 36,177 | 37,500 |
| **Operating Expenses** | 111,416 | 127,464 | 35,191 | 33,825 | 30,198 | 30,757 | 129,971 | 33,840 | 38,876 | 40,075 | 40,146 | 152,937 | 38,449 | 40,103 | 42,503 | 44,953 | 166,008 | 175,462 |
| **Operating Profit** | 92,446 | 86,902 | 19,890 | 27,147 | 21,600 | 38,418 | 107,055 | 36,386 | 37,086 | 36,478 | 36,497 | 146,447 | 34,721 | 21,411 | 25,070 | 29,720 | 110,922 | 148,137 |
| Adjusted EBITDA (ex. Stock comp.) | 101,605 | 94,724 | 22,031 | 29,371 | 24,140 | 40,673 | 116,215 | 38,973 | 39,347 | 38,748 | 38,834 | 155,902 | 36,898 | 23,936 | 27,670 | 32,370 | 120,874 | 159,037 |
| Other Income (net of non-cash interest expense) | (54) | 331 | (5,331) | (4,915) | (5,296) | (4,149) | (19,691) | (4,788) | 1,260 | (1,811) | (1,973) | (7,312) | (986) | (2,287) | (2,287) | (2,287) | (9,149) | (9,148) |
| Pre-Tax Income | 92,392 | 87,233 | 14,559 | 22,232 | 16,304 | 34,269 | 87,364 | 31,598 | 38,346 | 34,667 | 34,524 | 139,135 | 33,735 | 19,124 | 22,783 | 27,433 | 103,075 | 138,989 |
| Tax | | 24,450 | 3,745 | 5,766 | 4,041 | 8,926 | 22,478 | 8,001 | 9,267 | 8,581 | 6,110 | 31,959 | 8,407 | 4,972 | 5,923 | 7,132 | 26,435 | 36,137 |
| **Net Income** | | 62,783 | 10,814 | 16,466 | 12,263 | 25,343 | 64,886 | 23,597 | 29,079 | 26,086 | 28,414 | 107,176 | 25,328 | 14,152 | 16,859 | 20,300 | 76,639 | 102,852 |
| Interest on Convertible Senior Notes, net of tax | | | | | 325 | 998 | 1,323 | 1,005 | 978 | 988 | 1,019 | 3,990 | 1,019 | 1,005 | 1,005 | 1,005 | 4,034 | 4,020 |
| **Net Income Attributable to Common** | | 62,783 | 10,814 | 16,466 | 12,588 | 26,341 | 66,209 | 24,602 | 30,057 | 27,074 | 29,433 | 111,166 | 26,347 | 15,157 | 17,864 | 21,305 | 80,673 | 106,872 |
| | | | | | | | | | | | | | | | | | | |
| **Diluted EPS** | | 1.73 | 0.30 | 0.44 | 0.32 | 0.60 | 1.69 | 0.57 | 0.69 | 0.62 | 0.66 | 2.53 | 0.59 | 0.34 | 0.40 | 0.48 | 1.82 | 2.32 |
| Diluted Shares | | 36,391 | 35,995 | 37,392 | 39,556 | 43,717 | 39,165 | 43,363 | 43,854 | 43,973 | 44,425 | 43,904 | 44,370 | 44,400 | 44,400 | 44,400 | 44,393 | 46,125 |
| Diluted GAAP EPS | | 2.76 | (0.31) | 0.34 | (0.77) | 0.21 | (0.49) | 0.48 | 0.28 | 0.15 | 0.20 | 1.14 | 0.43 | 0.06 | 0.12 | 0.20 | 0.83 | 1.18 |
| Diluted GAAP Shares | | 36,391 | 35,995 | 37,392 | 36,509 | 39,041 | 37,234 | 43,363 | 39,177 | 39,296 | 39,748 | 40,396 | 44,370 | 39,700 | 39,900 | 40,100 | 41,018 | 41,125 |
| | | | | | | | | | | | | | | | | | | |
| Free Cash Flow/ Share | | 2.30 | 0.18 | (0.44) | 0.34 | 0.56 | 0.72 | 0.20 | 0.30 | 0.48 | 0.44 | 1.42 | 0.02 | | | | | |

### Margin Analysis

| | ASC 605 Fiscal 2018 | ASC 606 Fiscal 2019 | Dec'19 | Mar'20 | Jun'20 | Sep'20 | Fiscal 2020 | Dec'20 | Mar'21 | Jun'21 | Sep'21 | Fiscal 2021 | Dec'21 | Mar'22E | Jun'22E | Sep'22E | Fiscal 2022E | Fiscal 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| License GM | 99.3% | 98.8% | 98.3% | 98.1% | 97.5% | 99.1% | 98.3% | 98.5% | 97.8% | 98.3% | 98.4% | 98.2% | 98.5% | | | | | |
| Connected GM | 46.2% | 53.3% | 64.2% | 63.0% | 73.3% | 73.9% | 68.8% | 74.1% | 77.1% | 80.4% | 77.2% | 77.3% | 80.6% | | | | | |
| Professional Services and Other GM | 13.4% | 4.0% | 0.4% | 12.9% | 8.9% | 22.8% | 12.2% | 24.8% | 8.4% | 18.7% | 29.9% | 21.3% | 22.4% | | | | | |
| **Gross Margin** | 73.6% | 70.7% | 70.9% | 70.2% | 68.9% | 75.8% | 71.6% | 75.0% | 77.0% | 79.1% | 78.1% | 77.3% | 77.5% | 74.8% | 74.9% | 76.0% | 75.8% | 77.2% |
| R&D* | 5.4% | 6.7% | 10.7% | 9.8% | 9.6% | 7.9% | 9.4% | 8.0% | 8.0% | 8.0% | 8.4% | 8.1% | 7.7% | 11.4% | 10.5% | 10.2% | 9.9% | 8.9% |
| S&M* | 25.2% | 25.4% | 26.4% | 22.3% | 22.7% | 19.7% | 22.6% | 21.4% | 24.7% | 26.4% | 26.0% | 24.7% | 27.1% | 30.9% | 29.4% | 27.7% | 28.7% | 26.6% |
| G&A* | 9.6% | 9.9% | 8.2% | 6.8% | 6.7% | 6.1% | 7.2% | 6.8% | 6.7% | 7.0% | 6.5% | 6.8% | 6.0% | 6.4% | 7.2% | 7.8% | 6.9% | 6.4% |
| Operating Expenses | 40.2% | 42.0% | 45.3% | 39.0% | 40.2% | 33.7% | 39.3% | 36.1% | 39.4% | 41.4% | 40.9% | 39.5% | 40.7% | 48.8% | 47.1% | 45.8% | 45.5% | 41.9% |
| **Operating Profit** | 33.4% | 28.7% | 25.6% | 31.3% | 28.7% | 42.1% | 32.3% | 38.9% | 37.6% | 37.7% | 37.2% | 37.8% | 36.8% | 26.0% | 27.8% | 30.2% | 30.4% | 35.4% |
| **Adjusted EBITDA (ex Stock comp.)** | 36.1% | 31.2% | 28.4% | 33.8% | 32.1% | 44.6% | 35.1% | 41.6% | 39.9% | 40.0% | 39.6% | 40.3% | 39.1% | | | | 33.1% | 38.0% |
| Pre-Tax Income | 33.4% | 28.8% | 18.7% | 25.6% | 21.7% | 37.6% | 26.4% | 33.7% | 38.9% | 35.8% | 35.2% | 35.9% | 35.7% | 23.3% | 25.2% | 27.9% | 28.2% | 33.2% |
| Tax Rate | | 28.0% | 25.7% | 25.9% | 24.8% | 26.0% | 25.7% | 25.3% | 24.2% | 24.8% | 17.7% | 23.0% | 24.9% | 26.0% | 26.0% | 26.0% | 25.6% | 26.0% |
| **Net Income** | | 20.7% | 13.9% | 19.0% | 16.3% | 27.8% | 19.6% | 25.2% | 29.5% | 26.9% | 29.0% | 27.7% | 26.8% | 17.2% | 18.7% | 20.7% | 21.0% | 24.5% |
| **Net Income Attributable to Common** | | 20.7% | 13.9% | 19.0% | 16.7% | 28.9% | 20.0% | 26.3% | 30.5% | 28.0% | 30.0% | 28.7% | 27.9% | 18.4% | 19.8% | 21.7% | 22.1% | 25.5% |

### Y/Y Growth Rates

| | ASC 605 Fiscal 2018 | ASC 606 Fiscal 2019 | Dec'19 | Mar'20 | Jun'20 | Sep'20 | Fiscal 2020 | Dec'20 | Mar'21 | Jun'21 | Sep'21 | Fiscal 2021 | Dec'21 | Mar'22E | Jun'22E | Sep'22E | Fiscal 2022E | Fiscal 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| License | 15% | 1% | -7% | 13% | -26% | 3% | -5% | 14% | 22% | 54% | 11% | 23% | 1% | | | | | |
| Connected | 32% | 31% | 35% | 24% | 29% | 11% | 24% | 11% | 18% | 19% | 1% | 12% | 9% | | | | | |
| Professional Services | -9% | 14% | 22% | 55% | 25% | 30% | 33% | 56% | -12% | -5% | 8% | 9% | -9% | | | | | |
| Total Revenue | 13% | 10% | 7% | 23% | -3% | 10% | 9% | 21% | 14% | 29% | 7% | 17% | 1% | -17% | -7% | 0% | -6% | 15% |
| S&M* | 7% | 13% | -20% | -28% | -14% | -20% | -21% | 0% | 12% | 13% | 15% | 10% | -12% | -20% | -4% | 20% | -4% | 6% |
| G&A* | 19% | 35% | 87% | 89% | 55% | 9% | 54% | -10% | -7% | 7% | 14% | 0% | -3% | 20% | 23% | 22% | 16% | 4% |
| R&D* | 43% | 10% | 1% | 1% | -7% | -6% | -3% | -3% | 26% | 50% | 42% | 27% | 28% | 4% | 4% | 7% | 10% | 6% |
| Operating Expenses | 29% | 14% | 7% | 6% | 1% | -6% | 2% | -4% | 15% | 33% | 31% | 18% | 14% | 3% | 6% | 12% | 9% | 6% |
| Operating Profit | -6% | -6% | 10% | 63% | -18% | 48% | 23% | 83% | 37% | 69% | -5% | 37% | -5% | -42% | -31% | -19% | -24% | 34% |
| Net Income | | | -20% | 45% | -35% | 33% | 3% | 118% | 77% | 113% | 12% | 65% | 7% | -51% | -35% | -29% | -28% | 34% |
| Net Income Attributable to Common | | | -20% | 45% | -33% | 38% | 5% | 128% | 83% | 115% | 12% | 68% | 7% | -50% | -34% | -28% | -27% | 32% |
| EPS | | | -19% | 41% | -39% | 15% | -2% | 89% | 56% | 93% | 10% | 50% | 5% | -50% | -35% | -28% | -28% | 27% |

All figures are Non-GAAP unless otherwise noted and exclude one-time charges, equity compensation, and amortization of intangibles.

*Current quarter numbers are estimates. Full stock-based compensation breakout only provided in 10-Q/K.

February 8, 2022

**CRAIG-HALLUM**
CAPITAL GROUP LLC

**February 8, 2022**

## Cerence, Inc.
### (CRNC)
### Balance Sheet & Cash Flows

(data in thousands)

| | ASC 605 Fiscal 2018 | ASC 606 Fiscal 2019 | ASC 606 Dec'19 | ASC 606 Mar'20 | ASC 606 Jun'20 | ASC 606 Sep'20 | ASC 606 Fiscal 2020 | ASC 606 Dec'20 | ASC 606 Mar'21 | ASC 606 Jun'21 | ASC 606 Sep'21 | ASC 606 Fiscal 2021 | ASC 606 Dec'21 | ASC 606 Mar'22E | ASC 606 Jun'22E | ASC 606 Sep'22E | ASC 606 Fiscal 2022E | ASC 606 Fiscal 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance Sheet** | | | | | | | | | | | | | | | | | | |
| **Cash & Equivalents** | 0 | 0 | 113,396 | 95,584 | 132,844 | 137,024 | | 110,360 | 119,546 | 120,840 | 128,428 | | 117,236 | | | | | |
| **Marketable Securities** | | 0 | 0 | 0 | 0 | 11,662 | | 17,088 | 17,096 | 29,100 | 30,435 | | 27,905 | | | | | |
| **Accounts Receivable** | 72,084 | 65,787 | 64,928 | 92,272 | 62,566 | 49,943 | | 60,426 | 59,091 | 53,141 | 45,560 | | 37,765 | | | | | |
| Other | 10,883 | 26,538 | 42,545 | 34,999 | 41,068 | 51,476 | | 51,451 | 58,236 | 68,658 | 82,625 | | 98,246 | | | | | |
| CURRENT ASSETS | 82,967 | 92,325 | 220,869 | 222,855 | 236,478 | 250,105 | | 239,325 | 253,969 | 271,739 | 287,048 | | 281,152 | | | | | |
| PPE | 13,406 | 20,113 | 24,070 | 26,206 | 28,366 | 29,529 | | 29,708 | 29,544 | 30,723 | 31,505 | | 34,437 | | | | | |
| Goodwill and Intangible Assets | 1,204,758 | 1,184,890 | 1,183,578 | 1,172,684 | 1,171,768 | 1,173,814 | | 1,177,426 | 1,166,038 | 1,163,515 | 1,153,859 | | 1,145,786 | | | | | |
| Deferred Tax Assets | 51,053 | 150,629 | 164,027 | 161,943 | 160,140 | 161,759 | | 180,166 | 167,264 | 165,077 | 159,293 | | 157,833 | | | | | |
| Operating Lease ROU Assets | 0 | 0 | 19,681 | 18,593 | 19,547 | 20,096 | | 20,630 | 19,189 | 16,837 | 14,901 | | 16,525 | | | | | |
| Other | 45,364 | 35,872 | 49,702 | 51,009 | 52,776 | 52,314 | | 53,493 | 53,943 | 53,800 | 51,783 | | 48,972 | | | | | |
| TOTAL ASSETS | 1,397,548 | 1,483,829 | 1,661,927 | 1,653,290 | 1,669,075 | 1,687,617 | | 1,700,748 | 1,689,947 | 1,709,039 | 1,705,728 | | 1,692,425 | | | | | |
| | | | | | | | | | | | | | | | | | | |
| Accounts Payable | 6,510 | 16,687 | 15,242 | 18,786 | 11,637 | 8,018 | | 4,806 | 4,002 | 11,187 | 11,636 | | 8,322 | | | | | |
| **Deferred Revenues** | 84,862 | 88,233 | 113,820 | 113,111 | 116,894 | 112,091 | | 104,577 | 90,402 | 84,993 | 78,394 | | 71,215 | | | | | |
| ST Operating Lease Liabilities | 0 | 0 | 4,986 | 5,270 | 5,727 | 5,271 | | 6,259 | 5,602 | 5,497 | 4,562 | | 5,386 | | | | | |
| ST Note Payable | 0 | 0 | 9,396 | 9,450 | 6,250 | 5,821 | | 6,250 | 6,250 | 6,250 | 6,250 | | 6,250 | | | | | |
| Other | 30,434 | 24,194 | 51,033 | 42,581 | 54,672 | 67,428 | | 52,200 | 55,042 | 60,955 | 64,467 | | 50,309 | | | | | |
| CURRENT LIABILITIES | 121,806 | 129,114 | 194,477 | 189,198 | 195,180 | 198,631 | | 174,092 | 161,298 | 168,882 | 165,309 | | 141,482 | | | | | |
| **Deferred Revenues - LT** | 263,787 | 265,051 | 245,883 | 234,981 | 219,197 | 212,573 | | 215,692 | 211,399 | 204,790 | 198,343 | | 193,443 | | | | | |
| LT Operating Lease Liabilities | 0 | 0 | 17,040 | 15,669 | 16,305 | 17,821 | | 16,823 | 13,987 | 13,157 | 12,216 | | 12,998 | | | | | |
| LT Note Payable | 0 | 0 | 239,026 | 237,925 | 267,172 | 266,872 | | 266,019 | 265,681 | 265,372 | 265,093 | | 264,831 | | | | | |
| Other | 18,636 | 21,536 | 39,286 | 39,138 | 32,528 | 31,649 | | 34,994 | 34,141 | 34,989 | 32,822 | | 30,170 | | | | | |
| TOTAL LIABILITIES | 404,229 | 415,701 | 735,712 | 716,911 | 730,382 | 727,546 | | 707,620 | 686,506 | 687,190 | 673,783 | | 642,924 | | | | | |
| Owners Equity | 993,319 | 1,068,128 | 926,215 | 936,379 | 938,693 | 960,071 | | 993,128 | 1,003,441 | 1,021,849 | 1,031,945 | | 1,049,501 | | | | | |
| TOTAL LIAB. & EQUITY | 1,397,548 | 1,483,829 | 1,661,927 | 1,653,290 | 1,669,075 | 1,687,617 | | 1,700,748 | 1,689,947 | 1,709,039 | 1,705,728 | | 1,692,425 | | | | | |

| | Fiscal 2018 | Fiscal 2019 | Dec'19 | Mar'20 | Jun'20 | Sep'20 | Fiscal 2020 | Dec'20 | Mar'21 | Jun'21 | Sep'21 | Fiscal 2021 | Dec'21 | Mar'22E | Jun'22E | Sep'22E | Fiscal 2022E | Fiscal 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash Flow and Other Metrics** | | | | | | | | | | | | | | | | | | |
| **CASH FROM OPERATIONS** | 115,259 | 88,072 | 9,935 | (9,879) | 19,431 | 27,617 | 47,104 | 11,086 | 15,923 | 24,059 | 23,321 | 74,389 | 5,145 | | | | | |
| **CASH FROM INVESTING** | (86,312) | (4,517) | (3,612) | (6,533) | (5,930) | (14,600) | (30,675) | (8,727) | (5,120) | (20,869) | (6,915) | (54,518) | (1,738) | | | | | |
| **CASH FROM FINANCING** | (28,947) | (83,554) | 107,400 | (1,024) | 23,855 | (8,678) | 121,553 | (28,779) | (2,260) | (1,903) | (8,563) | (41,505) | (14,152) | | | | | |
| | | | | | | | | | | | | | | | | | | |
| Cash From Operations | 115,259 | 88,072 | 9,935 | (9,879) | 19,431 | 27,617 | 47,104 | 11,086 | 15,923 | 24,059 | 23,321 | 74,389 | 5,145 | | | | | |
| CapEx. | (6,510) | (4,517) | (3,612) | (6,533) | (5,930) | (2,937) | (19,012) | (2,369) | (2,812) | (2,874) | (3,992) | (12,047) | (4,410) | | | | | |
| **Free Cash Flow** | 108,749 | 83,555 | 6,323 | (16,412) | 13,501 | 24,680 | 28,092 | 8,717 | 13,111 | 21,185 | 19,329 | 62,342 | 735 | | | | | |
| | | | | | | | | | | | | | | | | | | |
| Net increase (decrease) in cash | | | 113,396 | (17,812) | 37,260 | 4,180 | 138,382 | (26,664) | (17,478) | 10,480 | 8,882 | (7,639) | (11,192) | | | | | |
| Cash at Period start (From Balance Sheet) | | | 0 | 113,396 | 95,584 | 132,844 | | 137,024 | 137,024 | 110,360 | 119,546 | | 128,428 | | | | | |
| Cash at Period end (From Balance Sheet) | | | 113,396 | 95,584 | 132,844 | 137,024 | 137,024 | 110,360 | 119,546 | 120,840 | 128,428 | 128,428 | 117,236 | | | | | |

*Only showing deferred revenue for Q3'19 because the rest of the balance sheet was pro-forma based on a higher amount of debt (ended up drawing $270M vs. $425M).

February 8, 2022

**February 8, 2022**

## REQUIRED DISCLOSURES



Initiate:    September 16, 2019 – Rating: NA – Price Target:  NA
December 18, 2019 – Rating: Buy – Price Target:  $24
February 11, 2020 – Rating: Buy – Price Target:  $27
August 4, 2020 – Rating: Buy – Price Target: $61
November 17, 2020 – Rating: Buy – Price Target: $90
February 8, 2021 – Rating: Buy – Price Target: $135
August 10, 2021 – Rating: Buy – Price Target: $145
November 22, 2021 – Rating: Buy – Price Target: $135
February 8, 2022 – Rating: Buy – Price Target: $52

*Source:  FactSet*

**Ratings definitions:**

**Buy** rated stocks generally have twelve month price targets that are more than 20% above the current price.  **Hold** rated stocks generally have twelve month price targets near the current price.  **Sell** rated stocks generally have no price target and we would sell the stock.

**Fundamental trend definitions:**
**Improving** means growth rates of key business metrics are generally accelerating.  **Stable** means growth rates of key business metrics are generally steady.  **Mixed** means growth rates of some key business metrics are positive but others are negative.  **Declining** means growth rates of key business metrics are generally decelerating.

### Ratings Distribution (12/31/2021)

| Rating | % Of Companies Covered | % With Investment Banking Relationships |
|---|---|---|
| Buy | 85% | 29% |
| Hold | 14% | 16% |
| Sell | 1% | 0% |
| Total | 100% | 27% |

## Information about risks can be found in the "RISKS" section of this report.

CHLM makes a market in this security.

CHLM expects to receive or intends to seek compensation for investment banking services from the subject company in the next three months.

Analysts receive no direct compensation in connection with the firm's investment banking business.  Analysts may be eligible for bonus compensation based on the overall profitability of the firm, which takes into account revenues from all of the firm's business, including investment banking.

## OTHER DISCLOSURES

Although the statements of fact in this report have been obtained from and are based upon recognized statistical services, issuer reports or communications, or other sources that Craig-Hallum believes to be reliable, we cannot guarantee their accuracy. All opinions and estimates included in this report constitute Craig-Hallum's judgment as of the date of this report and are subject to change without notice. Craig-Hallum may effect transactions as principal or agent in the securities mentioned herein.  The securities discussed or recommended in this report may be unsuitable for investors depending on their specific investment objectives and financial position. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. Additional information available upon request. Member SIPC.

## REGULATION AC CERTIFICATION

I, Jeff Van Rhee, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject security and issuer. No part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views contained herein.