# EXHIBIT 48

*(Evercore analyst report, "A Long Rest (Downgrade to In Line)," dated February 14, 2022)*

# Evercore ISI

## Global Automotive

**February 14, 2022**

### Cerence Inc
CRNC | $43.34
**In Line (from Outperform) | Target Price/Base Case: $55.00 (from $150.00)**
**Change in Recommendation**

**Chris McNally**
+44 207 847 3502 / (212) 653-9054
chris.mcnally@evercoreisi.com

**Doug Dutton**
347-237-3431
doug.dutton@evercoreisi.com

### Company Statistics

| | |
|---|---|
| Market Capitalization (M) | $1,864 |
| Enterprise Value (M) | $1,981 |
| Shares Outstanding (M) | 43.0 |
| Adj Net Debt (M) | $117 |
| 52-Week Range | $40.11 - $139.00 |
| Fiscal Year End | Dec |

### Earnings Summary

| | 2021E | 2022E | 2023E |
|---|---|---|---|
| Revenue (M) | $387 | $369 | $439 |
| EBITDA (M) | $156 | $126 | $153 |
| EBIT (M) | $146 | $116 | $143 |
| EPS | $2.53 | $1.95 | $2.47 |
| Consensus EPS | $2.53 | $2.01 | $2.60 |
| Div/shr | 0.00 | 0.00 | 0.00 |
| FCF (M) | $0.00 | $(1.56) | $0.00 |
| FCF/shr | $0.00 | $(0.04) | $0.00 |
| EV/Revenue | 5.12 | 5.36 | 4.51 |
| EV/EBITDA | 12.7 | 15.7 | 13.0 |
| P/E | 17.1 | 22.2 | 17.6 |

### 1 Year Price History



*Source: FactSet*

## A Long Reset (Downgrade to In Line)

- **PM Summary** – "*When the facts change, I change my mind*"….unfortunately, the more info that has trickled out of CRNC over the last 6 months (and 6 days in follow-up calls), the worse the outlook for '22/23 has become on top of CEO/CFO leaving, Fixed License '20/21 Rev pull forward >$30MM, Bookings to Rev conversion delays, a myriad of "1-time" sales, & most concerning is a now cloudy secular CPV trend. In an already complicated model, quite frankly, there is little external visibility for what a "new '24" or long-term framework will be (medium-term License outgrowth & Connected growth rate almost impossible to model, with any accuracy, for what appears to be the next 4-5 quarters). *While we are still optimistic about CRNC's IP/tech stack & the growing TAM evident by strong bookings (Display HMI, ADAS co-pilot, & new Mobility markets), we believe CRNC will effectively not be able to convey their growth story for some time and think it is best for us to sit on the sidelines until we (or they) can better explain the fundamental growth drivers of the model to investors.*

- **Revised $55 target is ~22x '23 PE & ~16x updated '24 based on $550-600MM Rev or <u>significantly lower vs previous $700MM target</u>.** Given our continued belief in the underlying strategic value (current Risk Reward may be as wide as $30 by $80-100), we remain open to becoming more positive when/if numbers/strategy/comms become clear again. Our fear is the visibility will be limited for quite some time given new CEO & prior to arrival of new CFO. **CRNC's new PE band** is likely to remain here in its original ~15-24x 2yr fwd range vs return to '21s ~35-50x when it was a beat & raise stock.

- **What went wrong:**

  *CEO & CFO leaving in successive quarters…*

  *'22 & '23 EPS reduced ~30% on consecutive FY guide downs…*

  *'24 framework pulled (vs haircut) for "revaluation by new CEO"…*

  *Various reasons communicated for shortfall do not resonate well during management transition (Fixed sales pull forward, customer mix, bookings conversion, & myriad of "1-times"). Investors to rightfully questioning aggressiveness of original '24 guide…*

- **Please see inside** *for our model, best estimates for revised '24, best-guess '22 Rev Walk, & review of $3-4Bn potential TAM.*

<u>**Please see the analyst certification and important disclosures on page 7 of this report.**</u> Evercore ISI and affiliates do and seek to do business with companies covered in its research reports. Investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.
© 2022. Evercore Group L.L.C. All rights reserved.

## 2024 "Framework" Walk…

Although not explicitly or quantitatively provided by the company, this is our best estimate to the 2024 risks associated with each segment (we now see risk to every segment including the most recent risk is License). **The old $700MM 2024 Rev has risk to ~$550MM in our opinion**. The most concerning issue is the lack of ability to bridge to the old 2024's $300MM License Rev now (which should be unaffected by fixed pre-sales and short term volatility in Auto sales).

**Figure 1: 2024 Risk to each Segment - where could a new 2024 go in a more normalized Auto environment?**

**CRNC's 2024 Potential Updated Guidance Framework - how deep are the cuts (or will it be scrapped)?**
we see upside across all Rev streams

| | OLD 2024 Guidance Framework | | New '24 Frameworks (Pre guide down) | | | EvrISI '24 |
| | Prior - Feb '21 | Updated: Sep '22 | 24 (pre Q1 call) | …'post Q1 call | Extreme | |
| **Revenue** | | | | | | |
| License (+New Mkts) | 300 | 300 | 300 | 275 | 250 | |
| Connected (combined w/ Other in new guide) | 140 | 225 | 225 | 200 | 185 | |
| *Other & New Applications (old guide)* | *75* | *90* | *90* | *80* | *50* | |
| New Mobility Markets (2-Wheeler; Elevator) | | 65 | 30 | 30 | 20 | |
| Professional | 85 | 110 | 110 | 95 | 85 | |
| **Total Revenue** | **$600** | **$700** | **$665** | **$600** | **$540** | **$561** |
| **Gross Margin** | 75% | 76% | | | | 79% |
| **EBIT Margin** | 33% | 36% | 37% | 34% | 30% | 35% |
| EBIT | *198* | *252* | *243* | *204* | *162* | *194* |
| **Decremental Margin vs $700MM guide** | | | 25% | 48% | 56% | 42% |
| **Incrmental Margin vs '21** | | | | 27% | 10% | 27% |
| **Incrmental Margin vs '20** | | | | 36% | 27% | 38% |
| **EBITDA Margin** | 35% | 38% | 39% | 36% | 30% | 36% |
| **Implied EPS** | $3.50 | $4.25+ | $4.11 | $3.44 | $2.88 | $3.33 |
| **CFFO/EBITDA Conversion** | 100% | 90-100%? | | | | 86% |
| **FCF Conversion** | | | | | | 107% |

*Source: Company Data, Evercore ISI Research*

**Figure 2: 2022 Revenue Walk and What went Wrong...how $450MM 2022 Rev has now become the updated $365-$385MM guide**

### CRNC Rev Walk over the 2 Guide Downs
..to the best of our estimation as Management has not explictly given this information leading to lower visibility

*Most Damaging to Multi-Yr Story highlighted/bold*

| As of October 2022 | 22 Rev $450 | | Guide Down 1 | | Guide Down 2 | |
|---|---|---|---|---|---|---|
| **1) FY22 Guide on Q4** | | | **$400** | **$425** | | |
| *a) Fixed & Min Commitment Pullforward. ($40MM/yr RR became $54/71MM)* | | | *-$20* | *-$10* | | |
| b) Lower Production | | | -$10 | -$5 | | |
| *c) Lower Connected Growth (poor communication of 1-times in Q321)* | | | *-$15* | *-$10* | | |
| d) Unexplained/Other | | | -5 | 0 | | |
| Total Walk for Guide Down 1 | | | -50 | -25 | | |
| **2) FY22 Guide on Q4** | | | | | **$365** | **$385** |
| *a) Production Schedules/Mix/SoP/Delays + some interplay with Fixed pull forward?* | | | | | *-$20* | *-$20* |
| *b) Bookings to Rev Conversion (Edge, can be multi-yr & New Mobility Markets)* | | | | | *-$15* | *-$10* |
| *c) Lower "1-time" Licensing Deals* | | | | | *-$5* | *-$5* |
| d) Unexplained/Other | | | | | 5 | -5 |
| Total Walk for Guide Down 2 | | | | | -35 | -40 |

| | | | |
|---|---|---|---|
| **Total '22 Rev Revision** | $75 | -17% | |
| **Total '22 EPS Revision** | $0.77 | -26% | |

*Source: Company Data, Evercore ISI Research*

**Figure 3: CRNC's potential $3-4Bn TAM still exists but will take much longer than '24/25 to tap and investors will have to wait, for some time, to draw the line between THEN & NOW**

### CRNC Potential Cumulative TAM
can management lay out a credible path to $3-4Bn in total TAM?

| | 2025 | → 2030+ | Units | ASP | Comments |
|---|---|---|---|---|---|
| **Current TAM** | | | | | |
| Voice/Car (License + Connected) | ~$0.8Bn | $1.5-$2Bn | 80-->90MM | $10-->$20 | *License $5/car (one-time); Connected $1-2/yr* |
| Advanced HMI/car (Interior, Look/Pay) | $0.1Bn | $0.3Bn | 20-->40MM | $3-->$6 | *Interior = interactive voice (VW ID), Look= gaze/handwriting* |
| **Future TAM** | | | | | |
| SaaS Applications (Pay/Life/Tour) - per yr | $0.1Bn | $0.5Bn+ | 20-->50MM | $1-->$3 | *SaaS could run for 5-15yrs over life of the car* |
| Adjacent Mobility (Cruise, Elevator, 2-Wheel) | $0.1Bn? | $0.3Bn+ | ? | $1-->$2 | *Big Opp to learn more on* |
| ***NEW TAMs (not even discussed yet)** | | | | | |
| ADAS, DMS & Co-Pilot HMI in SaaS | $0.0 | $0.5Bn- $1Bn | 0-->50MM | $3-5? | *Driven by increased regulation around L2+ & DMS* |
| **Total CRNC TAM** | **$1-2Bn** | **$3-4Bn+** | | $20-40/car | ***SaaS over 15yr+ life of car = more upside*** |

*Source: Company Data, Evercore ISI Research*

**Figure 4: CNRC Comps - in addition to internal woes, CRNC has seen their broad software/Auto/AI comp sheet decline by 20-30% valuations over the last 6 months**

### Cerence (CRNC) Broad Comp Universe

| Ticker | Name | Price | Market Cap | Enterprise Value | Rev CAGR % | EBITDA Mgn % | EV/ '23 Rev | EV/ '23 EBITDA | PE '21 | PE '22 | PE '23 | PE '24 | '21-24 CAGR EPS | EV/Rev to Rev CAGR | '23 PEG | % from Peak |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | **Valuation** |
| CRNC | Cerence | $44 | 1,958 | 1,821 | 7% | 36% | 4x | 10x | 17x | 21x | 15x | 13x | 10% | 0.6x | 1.5x | -60% |
| | EvrISI CRNC Tgt | $55 | 2,448 | 2,311 | 7% | 36% | 5x | 15x | 22x | 28x | 22x | 16x | 10% | 0.8x | 2.3x | |
| | Upside | $100 | 4,450 | 4,313 | 7% | 36% | 10x | 28x | 40x | 51x | 41x | 30x | 10% | 1.5x | 4.2x | |
| | Down | $30 | 1,335 | 1,335 | 7% | 36% | 3x | 9x | 12x | 16x | 13x | 10x | 7% | 0.5x | 1.9x | |
| | Risk Reward | 4x | | | | | | | | | | | | | | |
| | SoundHound/ATSPT | $10 | 2,200 | 2,200 | | | 9x | NA | | | | | | | | |
| | | | | | strong | good | 2-12x cheap | 10-25x cheap | | 18-40x cheap | 18-35x cheap | | strong | 0.5-1x avg cheap | strong 1-2x avg cheap | |
| **Software** | | | | | | | | | | | | | | | | |
| MSFT | Microsoft | $295 | 2,211,876 | 2,166,860 | 16% | 50% | 10x | 19x | 51x | 31x | 27x | 23x | 30% | 0.6x | 0.9x | -13% |
| AZPN | Aspen Tech | $140 | 9,330 | 9,438 | 6% | 53% | 12x | 23x | 27x | 26x | 27x | 23x | 5% | 2.1x | 5x | -15% |
| SNPS | Synopsis | $295 | 45,309 | 44,393 | 12% | 34% | 8x | 25x | 43x | 38x | 33x | 28x | 16% | 0.7x | 2.1x | -20% |
| **AutoTech/AI/Computers** | | | | | | | | | | | | | | | | |
| NVDA | Nvidia | $239 | 598,725 | 591,254 | 18% | 51% | 16x | 32x | 96x | 46x | 38x | 31x | 46% | 0.9x | 0.8x | -35% |
| ANSS | Ansys | $319 | 27,835 | 27,634 | 9% | 46% | 12x | 26x | 44x | 40x | 36x | 32x | 12% | 1.3x | 3.1x | -22% |
| GRMN | Garmin | $123 | 23,700 | 21,787 | 6% | 28% | 4x | 13x | 21x | 20x | 18x | 16x | 10% | 0.6x | 1.8x | -30% |
| GNTX | Gentex | $30 | 7,171 | 7,304 | 15% | 30% | 3x | 11x | 20x | 18x | 14x | 12x | 18% | 0.2x | 0.8x | -20% |
| SIRI | Sirius XM | $6 | 24,556 | 33,608 | 4% | 31% | 4x | 11x | 19x | 20x | 18x | 16x | 7% | 0.9x | 2.6x | -4% |
| APTV | Aptiv PLC | $134 | 36,249 | 37,573 | 16% | 14% | 2x | 12x | 51x | 31x | 21x | 18x | 42% | 0.1x | 0.5x | -23% |
| ST | Sensata | $56 | 8,868 | 11,454 | 9% | 24% | 3x | 10x | 16x | 14x | 12x | 11x | 14% | 0.3x | 0.9x | -14% |
| TEL | TE Conn | $143 | 46,704 | 49,725 | 7% | 24% | 3x | 12x | 22x | 20x | 18x | 16x | 12% | 0.4x | 1.5x | -13% |
| **Software average** | | | | | 12% | 50% | 10x | 22x | 40x | 32x | 29x | 25x | 16% | 0.7x | 2.1x | -15% |
| CRNC (Discount) or Premium % | | | | | | | -57% | -54% | -57% | -33% | -47% | -48% | | -17% | -30% | |
| **AT/AI/Chipmaker average** | | | | | 9% | 29% | 3x | 16x | 36x | 26x | 22x | 19x | 13% | 0.5x | 1.2x | -21% |
| high end | | | | | 14% | 37% | 10x | 23x | 64x | 39x | 32x | 27x | 33% | 0.8x | 1.5x | |
| **Universe average** | | | | | 9% | 31% | 4x | 18x | 37x | 28x | 24x | 21x | 14% | 0.6x | 1.5x | -20% |
| CRNC (Discount) or Premium % | | | | | -25% | | 5% | -42% | -53% | -22% | -36% | -37% | | | -3% | |

*Source: Company Data, Evercore ISI Research*

**Figure 5: CRNC Updated Financial Model - 30%+ revisions to '22/23 and 20-25% Revisions '24 EPS**

| Cerence | FY-18 | FY-19 | FY-20 | 1Q21 | 2Q21 | 3Q21 | 4Q21 | FY-21 | 1Q22 | 2Q22E | 3Q22E | 4Q22E | FY-22E | FY-23E | FY-24E | FY-25E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Earnings (in $MMs)* | | | | | | | | | | | | | | | | |
| **Revenue** | | | | | | | | | | | | | | | | |
| License | 171.1 | 172.2 | 164.3 | 46.4 | 54.4 | 50.0 | 51.4 | 202.2 | 46.9 | 43.5 | 47.0 | 49.7 | 187.0 | 217.0 | 240.8 | 269.7 |
| Connected services | 60.2 | 79.1 | 96.1 | 25.9 | 27.7 | 30.3 | 25.6 | 109.5 | 28.2 | 21.6 | 24.2 | 25.4 | 99.4 | 117.4 | 154.9 | 192.4 |
| Professional services | 45.5 | 52.2 | 69.2 | 21.3 | 16.6 | 16.5 | 21.1 | 75.5 | 19.4 | 20.0 | 19.6 | 21.0 | 80.0 | 90.0 | 100.0 | 100.0 |
| Other (ASC 605 / 606 adjustments) | 4.9 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 1.0 | 1.0 | 3.0 | 15.0 | 65.0 | 80.0 |
| **Total revenues** | 281.7 | 303.7 | 329.6 | 93.6 | 98.7 | 96.8 | 98.1 | 387.2 | 94.4 | 86.1 | 91.8 | 97.1 | 369.4 | 439.3 | 560.7 | 642.2 |
| **Rev Growth** | | | | | | | | | | | | | | | | |
| License | | 1% | -5% | 14% | 22% | 54% | 11% | 23% | 1% | -20% | -6% | -3% | -7% | 16% | 11% | 12% |
| Connected services | | 31% | 22% | 13% | 20% | 21% | 2% | 14% | 9% | -22% | -20% | -1% | -9% | 18% | 32% | 24% |
| Professional services | | 15% | 33% | 56% | -12% | -5% | 8% | 9% | -9% | 21% | 18% | 0% | 6% | 13% | 11% | 0% |
| Other (ASC 605 / 606 adjustments) | | -97% | | | | | | | | | | | 400% | 333% | 23% | |
| **Total Rev Growth** | | 8% | 9% | 21% | 14% | 29% | 8% | 17% | 1% | -13% | -5% | -1% | -5% | 19% | 28% | 15% |
| **Gross profit** | 200.8 | 208.8 | 235.7 | 70.2 | 76.0 | 76.6 | 76.7 | 299.4 | 73.2 | 0.0 | 0.0 | 0.0 | 281.1 | 341.0 | 445.4 | 517.1 |
| **EBIT** | 89.4 | 81.6 | 105.7 | 36.4 | 37.1 | 36.5 | 37.5 | 146.5 | 34.7 | 23.3 | 27.8 | 30.4 | 116.3 | 142.9 | 193.9 | 226.4 |
| *Mgn, %* | 32% | 27% | 32% | 39% | 38% | 38% | 38% | 38% | 37% | 27% | 30% | 31% | 31% | 33% | 35% | 35% |
| **EBIT PF\*** | | | 64.6 | | | | | | | | | | | | | |
| **Adj EBITDA** | 98.5 | 90.2 | 114.9 | 39.0 | 39.3 | 38.7 | 39.8 | 155.9 | 36.9 | 25.8 | 30.3 | 33.0 | 126.0 | 152.9 | 204.2 | 237.1 |
| *Mgn, %* | 35% | 30% | 35% | 42% | 40% | 40% | 40% | 40% | 39% | 30% | 33% | 34% | 34% | 35% | 36% | 37% |
| PBT | 63.4 | 57.5 | 87.4 | 32.6 | 39.3 | 35.7 | 36.5 | 141.5 | 34.0 | 22.6 | 27.0 | 29.7 | 113.3 | 142.9 | 196.9 | 231.4 |
| Tax | (3.2) | (16.1) | (21.7) | (8.3) | (9.3) | (8.6) | (7.1) | (31.8) | (7.5) | (5.6) | (6.5) | (7.0) | (26.6) | (34.3) | (47.2) | (53.2) |
| *Tax rate, %* | 5% | 28% | 25% | 26% | 24% | 24% | 19% | 23% | 22% | 25% | 24% | 24% | 24% | 24% | 24% | 23% |
| Adj Net income | 60.2 | 41.4 | 65.7 | 24.3 | 30.1 | 27.1 | 29.4 | 110.8 | 26.3 | 16.9 | 20.6 | 22.7 | 86.7 | 108.6 | 149.6 | 178.2 |
| **EPS** | 1.67 | 1.15 | 1.68 | 0.56 | 0.69 | 0.62 | 0.66 | 2.53 | 0.59 | 0.38 | 0.46 | 0.51 | 1.95 | 2.47 | 3.33 | 3.89 |
| *YoY change* | | (31%) | 46% | 95% | 59% | 101% | 8% | 51% | 6% | (44%) | (25%) | (23%) | (23%) | 26% | 35% | 17% |
| Diluted shares | 36.1 | 36.1 | 39.2 | 43.4 | 43.9 | 44.0 | 44.4 | 43.0 | 44.4 | 44.4 | 44.4 | 44.4 | 44.4 | 44.0 | 44.9 | 45.8 |
| **PF EPS (Historical)** | | 0.94 | 1.68 | 0.56 | 0.69 | 0.62 | 0.66 | 2.53 | 0.59 | 0.38 | 0.46 | 0.51 | 1.95 | 2.47 | 3.33 | 3.89 |

*\*Note - 2019 EBITDA/EBIT/EPS is adjusted historically for PF new corp expenses post spin to make like-for-like comparisons with 2020E onwards*

*Source: Company Data, Evercore ISI Research*

**Figure 6: CRNC's new PE range is likely to move back towards its earlier, original post-spin, 15-24x 2yr forward vs '21s 35-50x**



Source: Company Data, Evercore ISI Research

## VALUATION METHODOLOGY

In general, we derive our target prices using industrial multiples, Sum of the Parts, EV/EBITDA and P/E, either in combination or isolation. We consider automotive valuations in a global context as well as relative to companies' own histories. We assess future earnings growth, operating margins, free cash flow generation and returns on capital employed when determining whether a company is deserving of higher or lower multiples

## RISKS

Automotive companies are global, cyclically exposed, highly complex businesses. As a result, they are exposed to both positive and negative risks from broader political, economic and social factors. They also face both operational and execution risk, as well as risks from changes in key personnel. Any failure to adequately assess exposure to such risks in a timely fashion may result in our estimates/forecasts proving too high and/or too low

## COMPANIES UNDER COVERAGE BY AUTHOR

| Symbol | Company | Rating | Price (2022-14-02) | Evercore ISI Target |
|---|---|---|---|---|
| ALV | Autoliv, Inc. | Outperform | $98.69 | $130.00 |
| APTV | Aptiv Plc | Outperform | $134.00 | $200.00 |
| BWA | BorgWarner Inc. | In Line | $43.39 | $55.00 |
| CHPT | ChargePoint Holdings, Inc | Outperform | $13.50 | $34.00 |
| CON.GY | Continental AG | In Line | €89.58 | €115.00 |
| CRNC | Cerence Inc | In Line | $43.34 | $55.00 |
| EVGO | EVgo, Inc. | Outperform | $9.40 | $22.00 |
| F | Ford Motor Co. | In Line | $17.55 | $18.00 |
| FR.FP | Valeo SA | Outperform | €25.96 | €42.00 |
| GM | General Motors Company | Outperform | $48.83 | $65.00 |
| IOT | Samsara Inc | In Line | $20.93 | $25.00 |
| LEA | Lear Corp. | Outperform | $160.39 | $220.00 |
| LYFT | Lyft, Inc | Outperform | $39.99 | $60.00 |
| MGA | Magna International Inc. | Outperform | $75.71 | $110.00 |
| NKLA | Nikola Corporation | In Line | $7.79 | $14.00 |
| TSLA | Tesla Motors, Inc. | In Line | $860.00 | $900.00 |
| UBER | Uber Technologies, Inc | Outperform | $35.29 | $77.00 |
| VNE | Veoneer Inc | In Line | $35.25 | $31.25 |
| VTSC.GY | Vitesco Technologies Group AG | In Line | €41.80 | €60.00 |

## TIMESTAMP

**(Article 3(1)e and Article 7 of MAR)**

Time of dissemination: February 14 2022 4:12 AM ET

## ANALYST CERTIFICATION

The analysts, Doug Dutton, Chris McNally, primarily responsible for the preparation of this research report attest to the following: (1) that the views and opinions rendered in this research report reflect his or her personal views about the subject companies or issuers; and (2) that no part of the research analyst's compensation was, is, or will be directly related to the specific recommendations or views in this research report.

The analysts, Chris McNally are non-U.S. analysts who contributed to this research report. Non-U.S. analysts may not be associated persons of Evercore Group and therefore are not registered or qualified with the NYSE or FINRA as research analysts, and may not be subject to FINRA Rule 2241 restrictions on communications with subject companies, public appearances and trading securities held by the analysts.

## IMPORTANT DISCLOSURES

This report is approved and/or distributed  by Evercore Group L.L.C. ("Evercore Group"), a U.S. licensed broker-dealer regulated by the Financial Industry Regulatory  Authority ("FINRA"), and Evercore ISI International Limited ("ISI UK"), which is authorised and regulated in the United Kingdom by the Financial Conduct Authority. The institutional sales, trading and research businesses of Evercore Group and ISI UK collectively operate under the global marketing brand name Evercore ISI ("Evercore ISI"). Both Evercore Group and ISI UK are subsidiaries of Evercore Inc. ("Evercore "). The trademarks, logos and service marks shown on this report are registered trademarks of Evercore.

The analysts and associates responsible for preparing this report receive compensation based on various factors, including Evercore's Partners' total revenues, a portion of which is generated by affiliated investment banking transactions. Evercore ISI seeks to update its research as appropriate, but various regulations may prevent this from happening in certain instances.  Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Evercore ISI generally prohibits analysts, associates and members of their households from maintaining a financial interest in the securities of any company in the analyst's area of coverage.  Any exception to this policy requires specific approval by a member of our Compliance Department. Such ownership is subject to compliance with applicable regulations and disclosure.  Evercore ISI also prohibits analysts, associates and members of their households from serving as an officer, director, advisory board member or employee of any company that the analyst covers.

This report may include a Tactical Call, which describes a near-term event or catalyst affecting the subject company or the market overall and which is expected to have a short-term price impact on the equity shares of the subject company. This Tactical Call is separate from the analyst's long-term recommendation (Outperform, In Line or Underperform) that reflects a stock's forward 12-month expected return, is not a formal rating and may differ from the target prices and recommendations reflected in the analyst's long-term view.

**Applicable current disclosures regarding the subject companies covered in this report are available at the offices of Evercore ISI: 55 East 52nd Street, New York, NY 10055, and at the following site: https://evercoreisi.mediasterling.com/disclosure.**

Evercore and its affiliates, and I or their respective directors, officers, members and employees, may have, or have had, interests or qualified holdings on issuers mentioned in this report. Evercore and its affiliates may have, or have had, business relationships with the companies mentioned in this report.

Additional information on securities or financial instruments mentioned in this report is available upon request.

---

**Ratings Definitions**

**Current Ratings Definition**

Evercore ISI's recommendations are based on a stock's total forecasted return over the next 12 months. Total forecasted return is equal to the expected percentage price return plus gross dividend yield. We divide our stocks under coverage into three primary ratings categories, with the following return guidelines:

**Outperform**- the total forecasted return is expected to be greater than the expected total return of the analyst's coverage sector.
**In Line**- the total forecasted return is expected to be in line with the expected total return of the analyst's coverage sector.
**Underperform**- the total forecasted return is expected to be less than the expected total return of the analyst's coverage sector.
**Coverage  Suspended**- the rating and target price have been removed pursuant  to Evercore  ISI policy when Evercore is acting in an advisory capacity in a merger or strategic transaction  involving this company  and in certain other circumstances.*
**Rating Suspended**- Evercore ISI has suspended the rating and target price for this stock because there is not sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, a rating or target price. The previous rating and target price, if any, are no longer in effect for this company  and should not be relied upon.*

*Prior to October 10, 2015, the "Coverage Suspended" and "Rating Suspended" categories were included in the category "Suspended."

**FINRA requires that members who use a ratings system with terms other than "Buy," "Hold/Neutral" and "Sell" to equate their own ratings to these categories.  For this purpose, and in the Evercore ISI ratings distribution below, our Outperform, In Line, and Underperform ratings can be equated to Buy, Hold and Sell, respectively.**

**Historical Ratings Definitions**

Prior to March 2, 2017, Evercore ISI's recommendations were based on a stock's total forecasted return over the next 12 months:

7

**Buy**- the total forecasted return is expected to be greater than 10%
**Hold**- the total forecasted return is expected to be greater than or equal to 0% and less than or equal to 10%
**Sell** -the total forecasted return is expected to be less than 0%

On October 31, 2014, Evercore Partners acquired International Strategy & Investment Group LLC ("ISI Group") and ISI UK (the "Acquisition") and transferred Evercore Group's research, sales and trading businesses to ISI Group. On December 31, 2015, the combined research, sales and trading businesses were transferred back to Evercore Group in an internal reorganization. Since the Acquisition, the combined research, sales and trading businesses have operated under the global marketing brand name Evercore ISI.

**ISI Group and ISI UK:**

Prior to October 10, 2014, the ratings system of ISI Group LLC and ISI UK which was based on a 12-month risk adjusted total return:

Strong Buy- Return > 20%
Buy- Return 10% to 20%
Neutral - Return 0% to 10%
Cautious- Return -10% to 0%
Sell- Return< -10%

For disclosure purposes, ISI Group and ISI UK ratings were viewed as follows: Strong Buy and Buy equate to Buy, Neutral equates to Hold, and Cautious and Sell equate to Sell.

**Evercore Group:**

Prior to October 10, 2014, the rating system of Evercore Group was based on a stock's expected total return relative to the analyst's coverage universe over the following 12 months. Stocks under coverage were divided into three categories:

Overweight- the stock is expected to outperform the average total return of the analyst's coverage universe over the next 12 months.
Equal-Weight- the stock is expected to perform in line with the average total return of the analyst's coverage universe over the next 12 months.
Underweight -the stock is expected to underperform the average total return of the analyst's coverage universe over the next 12 months.
Suspended- the company rating, target price and earnings estimates have been temporarily suspended.

For disclosure purposes, Evercore Group's prior "Overweight," "Equal-Weight" and "Underweight" ratings were viewed as "Buy," "Hold" and "Sell," respectively.

**Ratings Definitions for Portfolio-Based Coverage**

Evercore ISI utilizes an alternate rating system for companies covered by analysts who use a model portfolio-based approach to determine a company's investment recommendation. Covered companies are included or not included as holdings in the analyst's Model Portfolio, and have the following ratings:

**Long**- the stock is a positive holding in the model portfolio; the total forecasted return is expected to be greater than 0%.
**Short**- the stock is a negative holding in the model portfolio; the total forecasted return is expected to be less than 0%.
**No Position**- the stock is not included in the model portfolio.
**Coverage Suspended**- the rating and target price have been removed pursuant to Evercore ISI policy when Evercore is acting in an advisory capacity in a merger or strategic transaction involving this company, and in certain other circumstances; a stock in the model portfolio is removed.
**Rating Suspended** - Evercore ISI has suspended the rating and/or target price for this stock because there is not sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, a rating or target price. The previous rating and target price, if any, are no longer in effect for this company and should not be relied upon; a stock in the model portfolio is removed.

Stocks included in the model portfolio will be weighted from 0 to 100% for Long and 0 to -100% for Short. A stock's weight in the portfolio reflects the analyst's degree of conviction in the stock's rating relative to other stocks in the portfolio. The model portfolio may also include a cash component. At any given time the aggregate weight of the stocks included in the portfolio and the cash component must equal100%.

Stocks assigned ratings under the alternative model portfolio-based coverage system cannot also be rated by Evercore ISI's Current Ratings definitions of Outperform, In Line and Underperform.

**FINRA requires that members who use a ratings system with terms other than "Buy," "Hold/Neutral" and "Sell," to equate their own ratings to these categories. For this purpose, and in the Evercore ISI ratings distribution below, our Long, No Position and Short ratings can be equated to Buy, Hold and Sell respectively.**

**Evercore ISI rating (as of 02/14/2022)**

| Coverage Universe | | | Investment Banking Services I Past 12 Months | | |
|---|---|---|---|---|---|
| Ratings | Count | Pct. | Ratings | Count | Pct. |
| Buy | 544 | 62 | Buy | 112 | 21 |
| Hold | 291 | 33 | Hold | 30 | 10 |
| Sell | 14 | 2 | Sell | 0 | 0 |
| Coverage Suspended | 12 | 1 | Coverage Suspended | 2 | 17 |
| Rating Suspended | 11 | 1 | Rating Suspended | 6 | 55 |

**Issuer-Specific Disclosures (as of February 14, 2022)**

8

An employee, director or consultant of Evercore ISI or one of its affiliates (but not a research analyst or a member of a research analyst's household) is an officer of Cerence Inc.

**Price Charts**



**Ratings Key**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B | Buy | OP | Outperform | L | Long | CS | Coverage Suspended |
| H | Hold | IL | In Line | NP | No Position | RS | Rating Suspended |
| S | Sell | UP | Underperform | S | Short | | |

## GENERAL DISCLOSURES

This report is approved and/or distributed by Evercore Group L.L.C. ("Evercore Group"), a U.S. licensed broker-dealer regulated by the Financial Industry Regulatory Authority ("FINRA") and by Evercore ISI International Limited ("ISI UK"), which is authorised and regulated in the United Kingdom by the Financial Conduct Authority. The institutional sales, trading and research businesses of Evercore Group and ISI UK collectively operate under the global marketing brand name Evercore ISI ("Evercore ISI"). Both Evercore Group and ISI UK are subsidiaries of Evercore Inc. ("Evercore"). The trademarks, logos and service marks shown on this report are registered trademarks of Evercore Inc.

This report is provided for informational purposes only. It is not to be construed as an offer to buy or sell or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy in any jurisdiction. The information and opinions in this report were prepared by registered employees of Evercore ISI. The information herein is believed by Evercore ISI to be reliable and has been obtained from public sources believed to be reliable, but Evercore ISI makes no representation as to the accuracy or completeness of such information. Opinions, estimates and projections in this report constitute the current judgment of the author as of the date of this report. They do not necessarily reflect the opinions of Evercore and are subject to change without notice. In addition, opinions, estimates and projections in this report may differ from or be contrary to those expressed by other business areas or groups of Evercore and its affiliates. Evercore ISI has no obligation to update, modify or amend this report or to otherwise notify a reader thereof in the event that any matter stated herein, or any opinion, projection, forecast or estimate set forth herein, changes or subsequently becomes inaccurate. Facts and views in Evercore ISI research reports and notes have not been reviewed by, and may not reflect information known to, professionals in other Evercore affiliates or business areas, including investment banking personnel.

Evercore ISI does not provide individually tailored investment advice in research reports. This report has been prepared without regard to the particular investments and circumstances of the recipient. The financial instruments discussed in this report may not suitable for all investors and investors must make their own investment decisions using their own independent advisors as they believe necessary and based upon their specific financial situations and investment objectives. Securities and other financial instruments discussed in this report, or recommended or offered by Evercore ISI, are not insured by the Federal Deposit Insurance Corporation and are not deposits of or other obligations of any insured depository institution. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the price or value of, or the income derived from the financial instrument, and such investor effectively assumes such currency risk. In addition, income from an investment may fluctuate and the price or value of financial instruments described in this report, either directly or indirectly, may rise or fall. Estimates of future performance are based on assumptions that may not be realized. Furthermore, past performance is not necessarily indicative of future performance.

Evercore ISI salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in this research. Our asset management affiliates and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

Electronic research is simultaneously available to all clients. This report is provided to Evercore ISI clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of Evercore ISI. Receipt and review of this research report constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion or

information contained in this report (including any investment recommendations, estimates or target prices) without first obtaining express permission from Evercore ISI.

This report is not intended for distribution to, or use by any person or entity in any jurisdiction or country where such distribution or use would be contrary to local law or regulation.

For investors in the UK: In making this report available, Evercore makes no recommendation to buy, sell or otherwise deal in any securities or investments whatsoever and you should neither rely or act upon, directly or indirectly, any of the information contained in this report in respect of any such investment activity. This report is being directed at or distributed to, (a) persons who fall within the definition of Investment Professionals (set out in Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order")); (b) persons falling within the definition of high net worth companies, unincorporated associations, etc. (set out in Article 49(2) of the Order); (c) other persons to whom it may otherwise lawfully be communicated (all such persons together being referred to as "relevant persons"). This report must not be acted on or relied on by persons who are not relevant persons.

**Applicable current disclosures regarding the subject companies covered in this report are available at the offices of Evercore ISI: 55 East 52nd Street, New York, NY 10055, and at the following site: https://evercoreisi.mediasterling.com/disclosure.**

In compliance with the European Securities and Markets Authority's Market Abuse Regulation, a list of all Evercore ISI recommendations disseminated in the preceding 12 months for the subject companies herein, may be found at the following site: https://evercoreisi.mediasterling.com/disclosure.

*© 2022. Evercore Group L.L.C. All rights reserved.*