# EXHIBIT 53

*(Berenberg Capital Markets analyst report, "Some Positive Indicators; Visibility Still Limited," dated May 20, 2022)*

# Cerence, Inc. (CRNC US)

## Industrial Technology – Automotive



# Some positive indicators; visibility still limited

- **Strong bookings/pipeline and increased demand for professional and connected services are a positive indicator.** That said, we believe CRNC shares are likely to remain rangebound until investors receive more visibility on the company's multi-year growth profile at the Investor Day planned for later this year. We maintain our Buy rating given the company's strong underlying technology, value proposition to customers, and substantial discount to peers. We lower our price target to $47 (from $65) on lower estimates (lower production, more fixed license, greater professional services mix) and a cut to our applied multiples/FCF yield to account for the lower growth expectations.

- **CRNC maintains full-year guidance but prepay license mix expected to remain elevated as OEMs look for cost savings.** CRNC maintained its full-year guidance despite lower expected industry production volumes. In the current environment we view maintained guidance as the equivalent of a raise. Management expects demand for professional services (a leading indicator of future) and contribution from one-off "specialty deals" to help deliver on the full-year targets. Fixed licenses (minimum commitments and prepays) accounted for 25% of total revenue in H1 versus ~15–20% in prior years. While CRNC has expressed a desire to limit these fixed deals, management expects a similar mix of fixed license revenue in H2. This is a double-edged sword in that the fixed deals help CRNC win business, firm up customer relationships, and open the door for upsell opportunities, but also have the potential to limit future variable growth as a result of prepayment.

- **Potential for CRNC to win business (back) from competitors.** On the earnings call, CEO Ortmanns mentioned that within the company's robust pipeline of potential bookings in H2 it currently sees opportunities to take business away from the competition. We learned more on our follow-up call with management that one of its big tech competitors may have overpromised when it comes to customization of its solution, which creates an issue for OEMs that want to differentiate their user interface from competitors. One of Cerence's key advantages is its ability to provide a custom white label solution that maintains the automaker's brand and gives the user a unique experience.

- **Model updates.** We update our model to reflect several changes: 1) increased fixed license contribution (~25% of total revenue) partly offset by lower vehicle production volumes, 2) higher professional services revenue in H2, and 3) lower connected services revenue as a result of a lower production environment over the previous two years impacting the on-road vehicle base and revenue amortization schedule. The increased professional services mix (lower gross margin) contributes to a reduction in our profitability forecast, but we still expect adj. EBITDA margins to return to the high-30% range by 2024E.

- **Valuation.** We value CRNC using a blend of EV multiples and FCF yield.

## May 20, 2022

**BUY**

| Current price | Price target |
|---|---|
| USD30.95 | USD47.00 |

05/19/2022 NASDAQ Close

| | |
|---|---|
| Market cap (USDm) | 1,402 |
| Reuters | CRNC.O |
| Bloomberg | CRNC US |

### Changes made in this note

| | |
|---|---|
| Rating: | Buy (no change) |
| Price target: | USD47.00 (65.00) |

### Estimates changes

| | 2022E | | 2023E | | 2024E | |
|---|---|---|---|---|---|---|
| | Old | Δ % | Old | Δ % | old | Δ % |
| Revenues | 375 | -1.2 | 447 | -4.3 | 548 | -9.3 |
| Adj. EBIT | 117 | -4.0 | 165 | -9.2 | 206 | -13.6 |
| EPS adjusted | 1.94 | -4.7 | 2.65 | -10.5 | 3.36 | -15.1 |

*Source: BCM estimates*

### Share data

| | |
|---|---|
| Shares outstanding (m) | 45.31 |
| Enterprise value (USDm) | 1,568 |
| Daily trading volume | 590,624 |

### Key data

| | |
|---|---|
| Revenues | 371 |
| Adj. EBIT | 113 |
| EPS adjusted | 1.85 |
| Free Cash Flow (operating Cashflow - CapEx) | 47 |



*Source: FactSet*

**See pages 7-10 for analyst certifications and important disclosures**

| Y/E 09/30, USDm | 2020 | 2021 | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| Revenues | 330 | 389 | 371 | 428 | 497 |
| Adj. EBITDA | 115 | 157 | 122 | 159 | 190 |
| Adj. EBITDA margin | 34.9% | 40.5% | 33.0% | 37.2% | 38.2% |
| EPS adjusted | 1.65 | 2.55 | 1.85 | 2.37 | 2.85 |
| Free Cash Flow (operating Cashflow - CapEx) | 26 | 62 | 47 | 85 | 112 |
| EV / sales | 4.2 | 3.9 | 4.2 | 3.7 | 3.2 |
| EV / EBITDA | 12.0 | 9.7 | 12.8 | 9.8 | 8.3 |

*Source: Company data, BCM estimates*

Michael Filatov
Analyst
+1 646 949 9070
michael.filatov@berenberg-us.com

# Cerence, Inc. (CRNC US)
## Industrial Technology – Automotive


BERENBERG
CAPITAL MARKETS

**BUY**

May 20, 2022

| | |
|---|---|
| Reuters | CRNC.O |
| Bloomberg | CRNC US |

**Current price** — **Price target**

USD30.95    USD47.00

05/19/2022 NASDAQ Close

| | |
|---|---|
| Market cap (USDm) | 1,402 |
| EV (USDm) | 1,568 |
| Trading volume | 590,624 |
| Free float | 97.3% |

**Non-institutional shareholders**
N/A

**Business description**
Cerence builds and supplies AI-powered virtual assistants for the mobility and transportation market.

**Share performance**

| | |
|---|---|
| High 52 weeks | USD127.80 |
| Low 52 weeks | USD24.66 |

**Performance relative to**

| | S&P 500 | NASDAQ |
|---|---|---|
| 1mth | 6.3% | 10.1% |
| 3mth | -9.1% | -3.5% |
| 12mth | -57.4% | -48.3% |

## Investment thesis

- Consumer preferences are driving greater adoption of AI-based in-car virtual assistants and services.

- A growing number of new features and addressable domains should drive ASP growth.

- The market may be underappreciating the potential upside to growth/operating leverage from Connected Services renewals beyond 2024E/2025E.

- CRNC is a Rule of 40 company yet trades well below its Rule of 40 peers, a unique set of software businesses that trade at substantially higher multiples.

- Catalyst: CRNC is planning to host an investor day during Q4 that could provide investors with much needed visibility into the company's mid/long-term growth profile

- We value CRNC based on an equal-weighted blend of EV multiples and FCF yield.

### Profit and loss summary

| USDm | 2020 | 2021 | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| Revenues | 330 | 389 | 371 | 428 | 497 |
| EBITDA | 115 | 157 | 122 | 159 | 190 |
| EBIT | 106 | 148 | 113 | 149 | 178 |
| Associates contribution | - | - | - | - | - |
| Net interest | -20 | -12 | -9 | -9 | -9 |
| Tax | -22 | -28 | -24 | -32 | -39 |
| Minorities | - | - | - | - | - |
| Net income adj. | 65 | 112 | 84 | 108 | 129 |
| EPS reported | 1.65 | 2.46 | 1.76 | 2.37 | 2.85 |
| EPS adjusted | 1.65 | 2.55 | 1.85 | 2.37 | 2.85 |
| Year end shares | 39 | 44 | 45 | 45 | 45 |
| Average shares | 39 | 44 | 45 | 45 | 45 |
| DPS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### Cash flow summary

| USDm | 2020 | 2021 | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| Net income | -21 | 46 | 43 | 46 | 73 |
| Depreciation | 30 | 30 | 25 | 25 | 27 |
| Working capital changes | -26 | -61 | -39 | -3 | -3 |
| Other non-cash items | 61 | 60 | 37 | 38 | 38 |
| Operating cash flow | 45 | 74 | 66 | 107 | 135 |
| Capex | -19 | -12 | -19 | -21 | -23 |
| FCFE | 26 | 62 | 47 | 85 | 112 |
| Acquisitions, disposals | -12 | 0 | 0 | 0 | 0 |
| Other investments CF | 130 | -6 | -4 | 0 | 0 |
| Dividends paid | - | - | - | - | - |
| Buybacks, issuance | -8 | -34 | -13 | 0 | 0 |
| Change in net debt | 137 | 6 | -34 | -85 | -112 |
| Net debt | 137 | 143 | 109 | 24 | -88 |
| FCF per share | 0.66 | 1.42 | 1.03 | 1.88 | 2.47 |

### Growth and margins

| | 2020 | 2021 | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| Revenue growth | 7.1% | 17.7% | -4.5% | 15.5% | 16.1% |
| EBITDA growth | 15.8% | 36.5% | -22.1% | 30.2% | 19.1% |
| EBIT growth | 15.7% | 39.3% | -23.7% | 32.5% | 18.9% |
| EPS adj growth | -66.8% | 54.2% | -27.4% | 28.5% | 20.2% |
| FCF growth | -69.1% | 141.9% | -25.3% | 83.3% | 31.3% |
| EBITDA margin | 34.9% | 40.5% | 33.0% | 37.2% | 38.2% |
| EBIT margin | 32.1% | 38.0% | 30.4% | 34.9% | 35.8% |
| Net income margin | 19.6% | 28.8% | 22.6% | 25.1% | 26.0% |
| FCF Margin | 7.8% | 16.0% | 12.6% | 19.9% | 22.5% |

### Key ratios

| | 2020 | 2021 | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| Net debt / equity | 14.3% | 13.8% | 9.9% | 2.0% | -6.6% |
| Net debt / EBITDA | 1.2 | 0.9 | 0.9 | 0.1 | -0.5 |
| Avg cost of debt | 3.5% | 3.5% | 3.5% | 3.5% | 0.0% |
| Tax rate | 25.1% | 20.8% | 23.2% | 23.2% | 23.2% |
| Interest cover | 6.3 | 14.6 | 12.0 | 15.8 | 18.8 |
| Payout ratio | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| ROCE | 7.1% | 9.6% | 7.1% | 8.8% | 9.8% |
| Capex / sales | 5.8% | 3.1% | 5.3% | 5.0% | 4.7% |
| Capex / depreciation | -208.2% | -127.4% | -201.3% | -213.0% | -190.7% |

### Valuation metrics

| | 2020 | 2021 | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| P / E adjusted | 18.7 | 12.2 | 16.8 | 13.0 | 10.8 |
| P / book value | 1.3 | 1.3 | 1.3 | 1.2 | 1.1 |
| FCF yield | 2.1% | 4.6% | 3.3% | 6.1% | 8.0% |
| Dividend yield | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| EV / sales | 4.2 | 3.9 | 4.2 | 3.7 | 3.2 |
| EV / EBITDA | 12.0 | 9.7 | 12.8 | 9.8 | 8.3 |
| EV / EBIT | 13.0 | 10.3 | 13.9 | 10.5 | 8.8 |
| EV / FCF | 53.5 | 24.5 | 33.7 | 18.4 | 14.0 |
| EV / cap. employed | 0.9 | 1.0 | 1.0 | 0.9 | 0.9 |

*Source: Company data, BCM estimates*

### Key risks to our investment thesis

- COVID-19 pandemic.

- An acceleration or deceleration of adoption of in-car or cloud-based assistants.

- Light vehicle sales/production could differ materially from our estimates.

- Competitive risk: consumers could prefer a big consumer tech branded in-car virtual assistant.

Michael Filatov
Analyst
+1 646 949 9070
michael.filatov@berenberg-us.com

# Cerence, Inc. (CRNC US)

## Industrial Technology – Automotive



## Changes to our estimates

**Figure 1: Changes to our annual estimates**

| $m (excl. EPS) | New 2022E | New 2023E | New 2024E | Old 2022E | Old 2023E | Old 2024E | Delta 2022E | Delta 2023E | Delta 2024E |
|---|---|---|---|---|---|---|---|---|---|
| Total Sales | 371 | 428 | 497 | 375 | 447 | 548 | -1.2% | -4.3% | -9.3% |
| | | | | | | | | | |
| Adj. EBITDA | 122 | 159 | 190 | 127 | 174 | 217 | -3.7% | -8.5% | -12.6% |
| margin | 33.0% | 37.2% | 38.2% | 33.9% | 38.9% | 39.7% | -84 | -170 | -147 |
| | | | | | | | | | |
| Adj. Net Income | 84 | 108 | 129 | 89 | 122 | 154 | -6.0% | -11.7% | -16.2% |
| Adj. EPS | 1.85 | 2.37 | 2.85 | 1.94 | 2.65 | 3.36 | -4.7% | -10.5% | -15.1% |
| FCF | $ 47 | $ 85 | $ 112 | $ 72 | $ 94 | $ 128 | -35.4% | -9.3% | -12.4% |

*Source: BCM estimates*

**Figure 2: BCM quarterly estimates**

| ($m except per share) | FQ122 | FQ222 | FQ322E | FQ422E |
|---|---|---|---|---|
| **New estimates** | | | | |
| Revenue | $94 | $86 | $91 | $99 |
| Adj. EBITDA | $37 | $24 | $28 | $33 |
| Adj. EBIT | $35 | $22 | $26 | $30 |
| Adj. EPS | $ 0.59 | $ 0.33 | $ 0.42 | $ 0.50 |
| FCF | $1 | ($4) | $27 | $23 |

*Source: BCM estimates, Company reports*

## Valuation

We arrive at our price target of $47 (from $65) using a blend of EV multiples and FCF yield. We've reduced our estimates to account for a lower light vehicle production outlook, the impact of a higher mix of fixed license and professional services revenue, and several years of low production on the number of new vehicles on the road and the resulting amortization schedule of connected revenue. Our price target reduction is a combination of our lower estimates and a cut to our applied multiples to reflect the reduced visibility/confidence in CRNC's ability to return to double-digit outgrowth and a higher cost of capital. We are still positive on CRNC's underlying technology, competitive advantages, and opportunities for growth both within and outside of automotive. That said, we also believe that the lack of visibility into the mid-term growth profile and limited communication of the new management's outlook for the business will weigh on share price performance until more clarity is provided at the investor day planned for Q4.

Our price target implies a ~14x multiple on our FY23 EBITDA (from ~17x) or ~4% FCF yield. This compares to CRNC's 3-year average multiple of 16x, historical range of ~5.5–32.5x, and is below a broader set of software comps that trade at a median of 21x EBITDA and a 3.5% FCF yield.

## Key risks

**COVID-19 risk:** The economic risk posed by the COVID-19 pandemic is biological rather than financial in nature. It is therefore unprecedented in recent history. While vaccines appear to offer an effective means of controlling the disease, the proportion of vaccinated individuals varies considerably by nation and also within countries. The evolution and spread of more resistant variants of the virus continue to hamper a full reopening of the global economy and pose an unquantifiable future risk in the event more vaccine-resistant strains evolve. Consequently, there is still potential for further disruption to the economy from rolling lockdowns and other precautionary measures that are possible in the event of flare-ups. Upside risk comes from the potential discovery of an effective vaccine; however, evidence does presently suggest the mutability of the virus may prevent a single cure (similar to the flu or the common cold) and the 100% uptake of any combination of vaccines also cannot be assumed, given reluctance from some quarters. This confers some uncertainty regarding the durability of any economic recovery, in our view.

**Adoption rate variability:** Given CRNC's high market share, small discrepancies in the growth rates of Edge software or Cloud Connectivity enabled vehicle penetration could have outsized effects on the company's financial performance.

**Competitive landscape:** CRNC faces competition from big tech's virtual assistants and other suppliers (i.e., SoundHound) that threaten the company's dominant market share in Edge products and growing share in Connected Services. There is significant risk if its technology does not keep up or if competitors drastically undercut CRNC on pricing.

**New management out-year targets:** Management outlined a target financial model for FY24 that includes $700m of revenue and 37% adjusted EBITDA margin. After the resignation of the former CEO, the new CEO Dr. Stefan Ortmanns has retracted this target model. Should the new CEO outline new targets that are meaningfully below consensus it could lead to a negative share price reaction.

# Cerence, Inc. (CRNC US)

Industrial Technology – Automotive



## Financials

**Profit and loss account**

| Year-end September (USDm) | 2020 | 2021 | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| Revenues | 330 | 389 | 371 | 428 | 497 |
| Cost of sales | -94 | -88 | -90 | -102 | -115 |
| Gross profit | 236 | 301 | 281 | 326 | 382 |
| Sales and marketing | -33 | -39 | -31 | -43 | -49 |
| General and administration | -49 | -56 | -46 | -54 | -60 |
| Research and development | -89 | -112 | -112 | -113 | -124 |
| Other operating expenses | -31 | -17 | -19 | -19 | -19 |
| Unusual or infrequent items | 86 | 84 | 50 | 61 | 56 |
| EBIT | 106 | 148 | 113 | 149 | 178 |
| Depreciation | 9 | 9 | 10 | 10 | 12 |
| Amortisation of intangible assets | -13 | -13 | -13 | -12 | -12 |
| EBITDA | 115 | 157 | 122 | 159 | 190 |
| Interest expense | -17 | -10 | -9 | -9 | -9 |
| Other financial result | -3 | -1 | 0 | 0 | 0 |
| Net interest | -20 | -12 | -9 | -9 | -9 |
| Income on ordinary activities before taxes | 86 | 136 | 104 | 140 | 168 |
| EBT | 86 | 136 | 104 | 140 | 168 |
| Tax | -22 | -28 | -24 | -32 | -39 |
| Net Income from continuing operations | 65 | 108 | 80 | 108 | 129 |
| Net Income | 65 | 108 | 80 | 108 | 129 |
| Net Profit | 65 | 108 | 80 | 108 | 129 |
| Net income adj. | 65 | 112 | 84 | 108 | 129 |

*Source: Company data, BCM estimates*

# Cerence, Inc. (CRNC US)
## Industrial Technology – Automotive



**Balance sheet**

| Year-end September (USDm) | 2020 | 2021 | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|
| Intangible assets | 1,174 | 1,154 | 1,140 | 1,140 | 1,140 |
| Property, plant and equipment | 30 | 32 | 42 | 53 | 64 |
| Financial assets | 200 | 191 | 182 | 182 | 182 |
| Other non-current assets | 35 | 42 | 78 | 78 | 78 |
| **Fixed assets** | **1,438** | **1,419** | **1,441** | **1,452** | **1,463** |
| Accounts receivable | 50 | 46 | 44 | 49 | 56 |
| Other current assets | 63 | 113 | 107 | 118 | 130 |
| Liquid assets | 136 | 128 | 162 | 247 | 359 |
| **Current assets** | **249** | **287** | **312** | **414** | **546** |
| **Total Assets** | **1,687** | **1,706** | **1,753** | **1,866** | **2,009** |
| | | | | | |
| Long-term debt | 267 | 265 | 263 | 263 | 263 |
| Other Non-current liabilities | 262 | 243 | 227 | 227 | 227 |
| **Non-current liabilities** | **529** | **508** | **490** | **490** | **490** |
| Short-term debt | 6 | 6 | 8 | 8 | 8 |
| Accounts payable | 8 | 12 | 15 | 17 | 19 |
| Other liabilities | 74 | 69 | 52 | 52 | 52 |
| Deferred income | 113 | 78 | 84 | 96 | 111 |
| Total working capital | 201 | 165 | 158 | 172 | 189 |
| **Current liabilities** | **201** | **165** | **158** | **172** | **189** |
| **Total Liabilities** | **730** | **674** | **648** | **662** | **679** |
| | | | | | |
| **EQUITY** | | | | | |
| Shareholders' equity | 958 | 1,032 | 1,105 | 1,204 | 1,330 |
| **Shareholders' equity** | **958** | **1,032** | **1,105** | **1,204** | **1,330** |

*Source: Company data, BCM estimates*

# Cerence, Inc. (CRNC US)

## Industrial Technology – Automotive



**Cash flow statement**

| USDm | 2020 | 2021 | 2022E | 2023E | 2024E |
|---|---:|---:|---:|---:|---:|
| **Net profit/loss** | **-21** | **46** | **43** | **46** | **73** |
| Depreciation of fixed assets | 30 | 30 | 25 | 25 | 27 |
| Other | 61 | 60 | 37 | 38 | 38 |
| **Operating CF before changes in working capital** | **71** | **136** | **105** | **109** | **138** |
| Working capital changes | -26 | -61 | -39 | -3 | -3 |
| **Operating cash flow** | **45** | **74** | **66** | **107** | **135** |
| **Operating CF less maintenance capex** | **45** | **74** | **66** | **107** | **135** |
| Capex, excluding maintenance | -19 | -12 | -19 | -21 | -23 |
| Payments (acquisitions) | -12 | 0 | 0 | 0 | 0 |
| **Cash flow from investing activities** | **-31** | **-12** | **-19** | **-21** | **-23** |
| Change in debt position | 270 | -7 | -3 | 0 | 0 |
| Purchase of own shares | -8 | -34 | -13 | 0 | 0 |
| Others | -140 | 0 | 0 | 0 | 0 |
| Effects of exchange rate changes on cash | 0 | 1 | -1 | 0 | 0 |
| **Cash flow from financing activities** | **122** | **-40** | **-17** | **0** | **0** |
| Liquid assets at end of period | 136 | 128 | 162 | 247 | 359 |
| **Free Cash Flow (operating Cashflow - CapEx)** | **26** | **62** | **47** | **85** | **112** |
| **FCFE** | **26** | **62** | **47** | **85** | **112** |
| Change in net debt | 137 | 6 | -34 | -85 | -112 |
| Net debt | 137 | 143 | 109 | 24 | -88 |
| | | | | | |
| Other investment CF | 130 | -6 | -4 | 0 | 0 |

*Source: Company data, BCM estimates*

# Cerence, Inc. (CRNC US)

## Industrial Technology – Automotive





**Rating and Price Target History for Cerence, Inc. (CRNC US)**
**Closing Price: May 19, 2022: USD30.95**

# Disclosures

This document has been prepared by Berenberg Capital Markets LLC, a registered broker-dealer and member of FINRA.

### Analyst Attestations

I Michael Filatov hereby certify that all of the views in this report accurately reflect my personal views about any and all of the subject securities or issuers discussed herein.

I hereby certify that no part of my compensation was, is, or will be, directly or indirectly related to the specific recommendations or views expressed in this research report, nor is it tied to any specific investment banking transaction undertaken by Berenberg Capital Market, LLC ("BCM") or its affiliates.

# Important Disclosures

### Berenberg Capital Markets, LLC Disclosures

| Company | Disclosures |
|---|---|
| Cerence, Inc. | no disclosures |

(1) BCM or its affiliates owned 1% or more of the outstanding shares of any class of the subject company by the end of the prior month.

(2) The subject company is or was, during the 12-month period preceding the date of distribution of this report, a client of BCM or its affiliates. BCM or its affiliates provided the subject company non-investment banking, securities-related services.

(3) BCM or its affiliates received compensation from the subject company during the past 12 months for products or services other than investment banking services.

(4) During the previous 12 months, BCM or its affiliates has managed or co-managed any public offering for the subject company.

(5) BCM is making a market in the subject securities at the time of the report.

(6) The subject company is or was, during the 12-month period preceding the date of distribution of this report, a client of BCM or its affiliates. BCM or its affiliates provided the subject company investment banking, securities-related services.

(7) BCM or its affiliates received compensation for investment banking services in the past 12 months, or expects to receive such compensation in the next 3 months.

(8) There is another potential conflict of interest of the analyst(s), BCM, of which the analyst knows or has reason to know at the time of publication of this research report.

(9) The research analyst or a member of the research analyst's household serves as an officer, director, or advisory board member of the

# Cerence, Inc. (CRNC US)
## Industrial Technology – Automotive


BERENBERG
CAPITAL MARKETS

subject company.

(10) The research analyst or a member of the research analyst's household has a financial interest in the equity or debt securities of the subject company (including options, rights, warrants, or futures).

(11) The research analyst has received compensation from the subject company in the previous 12 months.

Please refer to https://www.berenberg-us.com/compliance-disclosures/ for company-specific disclosures referenced in this report. Disclosure information is also available from Compliance, 1251 Avenue of the Americas, 53rd Floor, New York, NY 10020.

## Valuation Basis/Rating Key

Recommendations made by BCM's Equity Research department are made on an absolute basis for which the following rating key is applicable:

**Buy:** Sustainable upside potential of more than 15% to the current share price within 12 months.

**Sell:** Sustainable downside potential of more than 15% to the current share price within 12 months.

**Hold:** Upside/downside potential regarding the current share price limited; no immediate catalyst visible.

**NR:** The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations or BCM policies.

**Suspended:** BCM has suspended coverage due to analyst departure.

**NC:** Not covered. BCM does not cover this company.

**Restricted:** Describes issuers where, in conjunction with BCM engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

**Under Review:** Following the release of significant news from this company, the rating has been temporarily placed under review until sufficient information has been obtained and assessed by the analyst.

NB: During periods of high market, sector, or stock volatility, or in special situations, the recommendation system criteria may be breached temporarily.

BCM Equity Research ratings distribution and in proportion to investment banking services as of May 20, 2022

| Rating Category | Percent | IB Serv./Past 12 Mos. |
| --- | --- | --- |
| Buy | 72.76% | 10.50% |
| Sell | 0.00% | 0.00% |
| Hold | 18.94% | 3.51% |

## General Disclosures

BCM has made every effort to carefully research all information contained in this financial analysis. The information on which the financial analysis is based has been obtained from sources that we believe to be reliable such as, Thomson Reuters, Bloomberg, and other relevant specialized press, as well as the subject company of this financial analysis.

Only those parts of a draft research report necessary for factual review may be made available to the subject company prior to publication. Should this result in material changes this will be disclosed in the Berenberg Capital Markets, LLC Disclosures section of this report. Opinions expressed in this financial analysis are our current opinions as of the issuing date indicated on this document. The functional job title of the person(s) responsible for the recommendations contained in this report is 'Equity Research Analyst'.

## Legal Disclaimer

This document has been prepared exclusively by BCM. This document does not claim accuracy, completeness, timeliness, suitability, or otherwise regarding all the information on the securities, stock markets, or developments referred to within.

On no account should the document be regarded as a substitute for the recipient procuring information for himself/herself or exercising his/her own judgments. BCM is not responsible for any recipient(s) use of this information.

The document has been produced for informational purposes for institutional client(s) and market professionals, but not for retail investors or private customers. It is not for distribution to or the use of retail investors or private customers. This document is not a solicitation or an offer to buy or sell any of the securities contained herein. This information does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of securities referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain securities.

The document may include certain descriptions, statements, estimates, and conclusions underlining potential market and company

# Cerence, Inc. (CRNC US)
## Industrial Technology – Automotive


BERENBERG
CAPITAL MARKETS

development. These reflect assumptions, which may turn out to be incorrect. BCM nor its employees accept no liability whatsoever for any direct or consequential loss or damages of any kind arising out of the use of this document or any part of its content.

BCM or its employees, excluding BCM Research Department employees, may hold, buy, or sell positions in any securities mentioned in this document, related derivatives, or related financial products. BCM or its affiliate(s) may underwrite issues for any securities mentioned in this document, related derivatives, or related financial products or seek to perform capital market or underwriting services.

### Remarks Regarding Foreign Investors

The preparation of this document is subject to regulation by U.S. law. The distribution of this document in other jurisdictions may be restricted by law, and persons into whose possession this document comes should inform themselves about, and observe, any such restrictions.

This document has been prepared exclusively by BCM. Although Joh. Berenberg, Gossler & Co. KG ("Berenberg"), an affiliate of BCM, distributes this document to certain customers on a third party basis, Berenberg does not provide input into its contents, nor does this document constitute research of Berenberg. In addition, this document is meant exclusively for institutional investors and market professionals.

### Disclosures in respect of Article 20 of Regulation (EU) No. 596/2014 of the European Parliament and of the Council of 16 April 2014 on market abuse (market abuse regulation - MAR)
#### Affiliate Research Disclosures (Joh. Berenberg, Gossler & Co. KG ("Berenberg")

| Company | Disclosures |
|---|---|
| Cerence, Inc. | no disclosures |

(1) Berenberg and/or its affiliate(s) was Lead Manager or Co-Lead Manager over the previous 12 months of a public offering of this company.

(2) Berenberg acts as Designated Sponsor/Market Maker for this company.

(3) Over the previous 12 months, Berenberg and/or its affiliate(s) has effected an agreement with this company for investment Banking services or received compensation or a promise to pay from this company for investment banking services.

(4) Berenberg and/or its affiliate(s) holds 5% or more of the share capital of this company.

(5) Berenberg holds a long position of more than 0.5% in shares of this company.

(6) Berenberg holds a short position of more than 0.5% in shares of this company.

Positions held within investment funds managed by Berenberg fall within disclosure (5) above and are calculated using the latest available data at the time of publication of this report.

Production of the recommendation completed: 05.20.2022, 07:37 GMT

### Historical price target and rating changes for Cerence, Inc. in the last 12 months

| Date | Price target - USD | Rating | First dissemination GMT | Initiation of coverage |
|---|---|---|---|---|
| June 01, 2021 | 119.00 | Buy | 2021-06-01 09:50 | December 10, 2020 |
| July 20, 2021 | 135.00 | Buy | 2021-07-20 09:56 | |
| August 10, 2021 | 141.00 | Buy | 2021-08-10 09:30 | |
| November 24, 2021 | 123.00 | Buy | 2021-11-24 08:09 | |
| January 26, 2022 | 105.00 | Buy | 2022-01-26 09:28 | |
| February 09, 2022 | 65.00 | Buy | 2022-02-09 08:12 | |

Berenberg, an affiliate of Berenberg Capital Markets, LLC, distributes this document on a third-party basis to certain customers outside of the U.S. Berenberg is authorized to carry out banking business and provide financial services by the German Federal Financial Supervisory Authority (BaFin) at Graurheindorfer Str. 108, 53117 Bonn, Germany (Banking Supervision) and Marie-Curie-Str. 24-28, 60439 Frankfurt on the Main, Germany (Securities Supervision/ Asset Management).

The dissemination to clients of BCM happens at the same time than the dissemination to clients of Berenberg. Please see Rating and Price Target History for date and time of first dissemination.

# Cerence, Inc. (CRNC US)
## Industrial Technology – Automotive



Copyright

© 2022 Berenberg Capital Markets, LLC

Berenberg Capital Markets, LLC, a registered broker-dealer and member of FINRA, reserves all the rights in this document. No part of the document or its content may be rewritten, copied, photocopied, or duplicated in any form by any means or redistributed without the prior written consent of Berenberg Capital Markets, LLC.

# Contacts



**BERENBERG CAPITAL MARKETS**

BERENBERG CAPITAL MARKETS LLC    Member FINRA & SIPC    Internet www.berenberg-us.com    E-mail: firstname.lastname@berenberg-us.com

## EQUITY RESEARCH

**CONSTRUCTION**

| | |
|---|---|
| Daniel Wang | +1 646 949 9025 |

**CONSUMER DISCRETIONARY**

| | |
|---|---|
| Anthony Graziano | +1 646 949 9023 |
| Brian C. McNamara | +1 646 949 9046 |
| Alok Patel | +1 646 285 2687 |
| Zachary Silverberg | +1 646 949 9074 |
| John Stansel | +1 646 901 7301 |
| Rudy Yang | +1 646 949 9047 |

**INDUSTRIAL TECHNOLOGY**

| | |
|---|---|
| Andrew Azzi | +1 646 949 9096 |
| Andrew Buscaglia | +1 646 949 9040 |
| Michael Filatov | +1 646 949 9070 |
| Alexander Leach | +1 646 949 9038 |
| Jared Maymon | +1 646 949 9065 |

**HEALTHCARE**

**BIOTECH/THERAPEUTICS**

| | |
|---|---|
| Esther Hong | +1 646 949 9039 |
| Avantika Joshi | +1 646 949 9059 |
| Amy Qian | +1 646 949 9049 |
| Zhiqiang Shu | +1 917 797 7610 |

**HEALTHCARE TECHNOLOGY**

| | |
|---|---|
| Gaurav Goparaju | +1 646 949 9024 |
| Dev Weerasuriya | +1 646 949 9076 |

**PHARMACEUTICALS**

| | |
|---|---|
| Anita Dushyanth | +1 646 949 9027 |

**INDUSTRIAL MATERIALS**

| | |
|---|---|
| Paretosh Misra | +1 646 949 9031 |
| Christopher Rieger | +1 646 949 9075 |

**REAL ESTATE**

| | |
|---|---|
| Justin Ages | +1 646 949 9077 |
| Keegan Carl | +1 646 949 9052 |
| Nate Crossett | +1 646 949 9030 |
| Connor Siversky | +1 646 949 9037 |

**SOFTWARE & IT SERVICES**

| | |
|---|---|
| Andrew DeGasperi | +1 646 949 9044 |
| Sunil Rajgopal | +1 646 949 9089 |
| Alexandra Yaseen | +1 646 949 9075 |

**ECONOMICS**

| | |
|---|---|
| Mahmoud Abu Ghzalah | +1 646 949 9098 |
| Mickey Levy | +1 646 949 9099 |

JOH. BERENBERG, GOSSLER & CO. KG    Internet www.berenberg.com    E-mail: firstname.lastname@berenberg.com

## EQUITY RESEARCH

**GENERAL MID CAP**

**MID CAP - DACH**

| | |
|---|---|
| Catharina Claes | +44 20 3207 7855 |
| Charlotte Friedrichs | +44 20 3753 3077 |
| Gustav Froberg | +44 20 3465 2655 |
| Thomas Junghanns | +49 69 9130 90470 |
| Igor Kim | +49 69 9130 90471 |
| Erik Moberg | +44 20 3753 3099 |
| Gerhard Orgonas | +44 20 3465 2635 |
| Benjamin Thielmann | +49 69 9130 90593 |
| Wolfgang Specht | +49 69 9130 90476 |
| Yasmin Steilen | +49 69 9130 90739 |
| Lasse Stueben | +44 20 3753 3208 |
| Karl-Oskar Vikstroem | +44 20 3465 2647 |

**MID CAP - EU core**

| | |
|---|---|
| Edward Bottomley | +44 20 3465 2746 |
| Fraser Donlon | +44 20 3465 2674 |
| Anna Frontani | +44 20 3465 2697 |
| Remi Grenu | +44 20 3207 7806 |
| Christoph Greulich | +44 20 3753 3119 |
| Vasiliki Kotlida | +44 20 3207 7844 |
| Andreas Markou | +44 20 3753 3022 |
| Giovanni Selvetti | +44 20 3753 2660 |
| Axel Stasse | +44 20 3753 3191 |
| Trion Reid | +44 20 3753 3113 |

**MID CAP - UK**

| | |
|---|---|
| Charlotte Barrie | +44 20 3753 3123 |
| Calum Battersby | +44 20 3753 3118 |
| James Bayliss | +44 20 3753 3274 |
| Michael Benedict | +44 20 3753 3175 |
| Joseph Bloomfield | +44 20 3753 3248 |
| Alexander Bowers | +44 20 3753 3275 |
| Robert Chantry | +44 20 3207 7861 |
| Thomas Davies | +44 20 3753 3104 |
| Joseph George | +44 20 3207 7880 |
| Ned Hammond | +44 20 3753 3017 |
| Tom Horne | +44 20 3207 7913 |
| Edward James | +44 20 3207 7811 |
| Lydia Kenny | +44 20 3753 3105 |
| Kieran Lee | +44 20 3465 2736 |
| William Lindsay | +44 20 3753 3242 |
| Lush Mahendrarajah | +44 20 3207 7896 |
| Benjamin May | +44 20 3465 2667 |
| Bharath Nagaraj | +44 20 3753 3044 |
| Ekaterina Naumova | +44 20 3753 3055 |
| Ashton Olds | +44 20 3753 3236 |
| James Pardon | +44 20 3207 7893 |
| Anthony Plom | +44 20 3207 7908 |
| Annita Ramanen | +44 20 3753 3191 |
| Jonathan Richards | +44 20 3753 3171 |
| Owen Shirley | +44 20 3465 2731 |
| Donald Tait | +44 20 3753 3031 |

**BUSINESS SERVICES, LEISURE & TRANSPORT**

**BUSINESS SERVICES**

| | |
|---|---|
| Tom Burlton | +44 20 3207 7852 |
| Cormac Keane | +44 20 3753 3220 |

**LEISURE**

| | |
|---|---|
| Jack Cummings | +44 20 3753 3161 |
| Stuart Gordon | +44 20 3207 7858 |
| Benjamin Sandland-Taylor | +44 20 3753 3151 |

**TRANSPORT & LOGISTICS**

| | |
|---|---|
| Conor Dwyer | +44 20 3753 3216 |
| William Fitzalan Howard | +44 20 3465 2640 |

**CONSUMER**

**BEVERAGES**

| | |
|---|---|
| Oliver Anderson | +44 20 3753 3173 |
| Javier Gonzalez Lastra | +44 20 3465 2719 |
| Ellis Gooden | +44 20 3753 3199 |

**FOOD MANUFACTURING AND HPC**

| | |
|---|---|
| Fulvio Cazzol | +44 20 3207 7840 |
| Samantha Darbyshire | +44 20 3753 3144 |
| James Targett | +44 20 3207 7873 |

**GENERAL RETAIL**

| | |
|---|---|
| Sam Parry | +44 20 3465 2690 |
| Graham Renwick | +44 20 3207 7851 |

**ENERGY**

**OIL & GAS**

| | |
|---|---|
| Daniel Bothe | +44 20 3753 3231 |
| James Carmichael | +44 20 3465 2749 |
| Richard Dawson | +44 20 3207 7835 |
| David Eves | +44 20 3207 7843 |
| Henry Tarr | +44 20 3207 7827 |

**UTILITIES**

| | |
|---|---|
| Andrew Fisher | +44 20 3207 7937 |
| Amber Gleeson | +44 20 3753 3034 |
| Marc Ip Tat Kuen | +44 20 3465 2682 |

**FINANCIALS**

**BANKS AND DIVERSIFIED FINANCIALS**

| | |
|---|---|
| Adam Barrass | +44 20 3207 7923 |
| Michael Christodoulou | +44 20 3207 7920 |
| Andrew Lowe | +44 20 3465 2743 |
| Hugh Moorhead | +44 20 3207 7859 |

**BANKS AND DIVERSIFIED FINANCIALS (ctd)**

| | |
|---|---|
| Eoin Mullany | +44 20 3207 7854 |
| Hal Potter | +44 20 3207 7932 |
| Peter Richardson | +44 20 3465 2681 |

**INSURANCE**

| | |
|---|---|
| Thomas Bateman | +44 20 3465 2665 |
| Michael Huttner | +44 20 3207 7892 |
| Kathryn Fear | +44 20 3753 3247 |
| Tryfonas Spyrou | +44 20 3753 3058 |

**REAL ESTATE**

| | |
|---|---|
| Kai Klose | +44 20 3207 7888 |
| Nithin Kumar Devaraj | +44 20 3465 2680 |

**HEALTHCARE**

**MED. TECH/SERVICES**

| | |
|---|---|
| Beatrice Allen | +44 20 3465 2662 |
| Sam England | +44 20 3465 2687 |
| Tom Jones | +44 20 3207 7877 |
| Victoria Lambert | +44 20 3753 7829 |
| Edward Leane | +44 20 3753 3047 |
| Odysseas Manesiotis | +44 20 3753 3200 |

**PHARMACEUTICALS**

| | |
|---|---|
| Xian Deng | +44 20 3753 3014 |
| Luisa Hector | +44 20 3753 3266 |
| Kerry Holford | +44 20 3207 7934 |
| Diana Na | +44 20 3753 3181 |
| Ellie Roberts | +44 20 3753 3127 |

**INDUSTRIALS**

**AEROSPACE & DEFENCE**

| | |
|---|---|
| Ross Law | +44 20 3465 2692 |
| George McWhirter | +44 20 3753 3163 |

**AUTOMOTIVES**

| | |
|---|---|
| Romain Gourvil | +44 20 3465 2722 |
| Adrian Yanoshik | +44 20 3753 3073 |

**CAPITAL GOODS**

| | |
|---|---|
| Laurence Brunt | +44 20 3753 3162 |
| Marta Bruska | +44 20 3753 3187 |
| Philip Buller | +44 20 3753 3071 |
| Philippe Lorrain | +44 20 3207 7823 |
| Anthony Manning | +44 20 3753 3092 |
| Philip Modu | +44 20 3465 2620 |
| Joel Spungin | +44 20 3207 7867 |

**MATERIALS**

**CHEMICALS**

| | |
|---|---|
| Sebastian Bray | +44 20 3753 3011 |
| Andres Castanos-Mollor | +44 20 3753 3218 |
| Adrien Tamagno | +44 20 3753 3057 |

**CONSTRUCTION**

| | |
|---|---|
| Harry Goad | +44 20 3753 3061 |

**METALS & MINING**

| | |
|---|---|
| Oliver Grewcock | +44 20 3753 3215 |
| Jonathan Guy | +44 20 3753 3379 |
| Richard Hatch | +44 20 3753 3070 |
| Charlie Rothbarth | +44 20 3753 3105 |

**TMT**

**TECHNOLOGY**

| | |
|---|---|
| Nay Soe Naing | +44 20 3753 3131 |
| Tammy Qiu | +44 20 3465 2673 |

**MEDIA**

| | |
|---|---|
| Jamie Bass | +44 20 3753 3217 |
| Laura Janssens | +44 20 3465 2639 |
| Saim Saeed | +44 20 3465 2748 |
| Sarah Simon | +44 20 3207 7830 |

**TELECOMMUNICATIONS**

| | |
|---|---|
| Usman Ghazi | +44 20 3207 7824 |
| Laura Janssens | +44 20 3465 2639 |
| Abhilash Mohapatra | +44 20 3465 2644 |
| Carl Murdock-Smith | +44 20 3207 7918 |

**ECONOMICS**

| | |
|---|---|
| Kallum Pickering | +44 20 3465 2672 |
| Holger Schmieding | +44 20 3207 7889 |

**EQUITY STRATEGY**

| | |
|---|---|
| Edward Abbott | +44 20 3207 7871 |
| Jonathan Stubbs | +44 20 3207 7916 |

**ESG**

| | |
|---|---|
| Ned Hammond | +44 20 3753 3017 |

**INVESTMENT TRUSTS**

| | |
|---|---|
| Myrto Charamis | +44 20 3465 2716 |
| Max Haycock | +44 20 3753 3098 |

**THEMATIC RESEARCH**

| | |
|---|---|
| Toni Gurhy | +44 20 3753 3185 |