# EXHIBIT 54

*(Cerence 3Q2022 Form 8-K,
dated August 9, 2022)*

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

# FORM 8-K

## CURRENT REPORT

Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): August 9, 2022

# CERENCE INC.
(Exact name of Registrant as Specified in Its Charter)

| Delaware | 001-39030 | 83-4177087 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |
| 1 Burlington Woods Drive, Suite 301A Burlington, Massachusetts | | 01803 |
| (Address of Principal Executive Offices) | | (Zip Code) |

Registrant's Telephone Number, Including Area Code: (857) 362-7300

Not Applicable
(Former Name or Former Address, if Changed Since Last Report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐    Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common stock, $0.01 par value | CRNC | The NASDAQ Stock Market LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§ 230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§ 240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Item 2.02 Results of Operations and Financial Condition.

On August 9, 2022, Cerence Inc. (the "Company") announced its financial results for the quarter ended June 30, 2022. The press release, including the financial information contained therein, is attached hereto as Exhibit 99.1, and is incorporated herein by reference.

Also on August 9, 2022, the Company used a presentation on its call with investors, discussing its financial results for the quarter ended June 30, 2022, and such earnings release presentation is furnished herewith as Exhibit 99.2. The press release and earnings release presentation include certain non-GAAP financial measures. A description of the non-GAAP measures, the reasons for their use, and GAAP to non-GAAP reconciliations are included in the press release and earnings release presentation.

The information in this Item 2.02 and the exhibit attached hereto are being furnished and shall not be deemed to be "filed" for the purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act") or otherwise subject to the liabilities of that section, nor shall they be deemed incorporated by reference into any filing under the Securities Act of 1933, as amended, or the Exchange Act, regardless of any general incorporation language in such filing.

Item 9.01 Financial Statements and Exhibits.

(d) Exhibits.

| Exhibit Number | Description |
|---|---|
| 99.1 | Press Release announcing financial results dated August 9, 2022 |
| 99.2 | Earnings Release Presentation dated August 9, 2022 |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document). |

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

Cerence Inc.

Date: August 9, 2022

By: /s/ Thomas L. Beaudoin
Name: Thomas L. Beaudoin
Title: Executive Vice President and Chief Financial Officer



Exhibit 99.1

## Cerence Announces Third Quarter Fiscal Year 2022 Results

Headlines

- Delivered strong performance in core automotive business
- Achieved record professional services revenue, a key indicator of license and connected services growth
- Secured key wins and nominations including a win back from Big Tech
- Maintained strong focus on productivity, performance-based operations and cost structures
- Economics, predictability, and visibility will be enhanced by returning to historical levels of fixed contracts

BURLINGTON, Mass., August 9, 2022 – **Cerence Inc.** (NASDAQ: CRNC), AI for a world in motion, today reported its third quarter fiscal year 2022 results for the quarter ended June 30, 2022.

Results Summary [1]

(in millions, except per share data)

|  | Three Months Ended June 30, | | | | Nine Months Ended June 30, | | | |
|---|---|---|---|---|---|---|---|---|
|  | | 2022 | | 2021 | | 2022 | | 2021 |
| GAAP Revenue | $ | 89.0 | $ | 96.8 | $ | 269.7 | $ | 289.1 |
| GAAP Gross Margin | | 72.8% | | 75.4% | | 73.0% | | 73.4% |
| Non-GAAP Gross Margin | | 73.7% | | 79.1% | | 75.3% | | 77.0% |
| GAAP Operating Margin | | 17.7% | | 15.4% | | 16.7% | | 17.2% |
| Non-GAAP Operating Margin | | 29.4% | | 37.7% | | 30.6% | | 38.0% |
| GAAP Net (Loss) Income [2] | $ | (99.3) | $ | 5.8 | $ | (80.7) | $ | 37.9 |
| Non-GAAP Net Income | $ | 17.0 | $ | 26.1 | $ | 55.9 | $ | 78.8 |
| Adjusted EBITDA | $ | 28.5 | $ | 38.7 | $ | 89.4 | $ | 117.1 |
| Adjusted EBITDA Margin | | 32.0% | | 40.0% | | 33.2% | | 40.5% |
| GAAP Net (Loss) Income per Share - diluted | $ | (2.53) | $ | 0.15 | $ | (2.06) | $ | 0.97 |
| Non-GAAP Net Income per Share - diluted | $ | 0.43 | $ | 0.62 | $ | 1.34 | $ | 1.87 |

[1] Please refer to the "Discussion of Non-GAAP Financial Measures" and "Reconciliations of GAAP Financial Measures to Non-GAAP Financial Measures" included elsewhere in this release for more information regarding our use of non-GAAP financial measures.



(2) During the third quarter of fiscal 2022, we established a valuation allowance of $107.6 million against our deferred tax assets in the Netherlands, which consist of tax amortizable intellectual property and net operating loss carryforwards. This provision is a non-cash event.

Stefan Ortmanns, Chief Executive Officer at Cerence, commented, "Our third quarter brought meaningful and exciting progress across our business, from celebrating 43 customer global SOPs and introducing our new Cerence Cloud services to delivering record professional services revenue and securing a strategic win-back from Big Tech. Notwithstanding external headwinds, we are invigorated for the future and confident in our direction.

Ortmanns continued, "In that vein, in order to enhance predictability and visibility into our future revenue, we have decided to sign no fixed contracts in our fourth quarter and apply an approach in the future to keep the annual contribution of fixed contracts within the historical range of approximately $40 million per year. We are aware of the short-term impact of this decision but stand firm in our belief that, in the long run, this will return the business to more predictable, long-term growth that is consistent with our solid underlying results."

"Overall, we're confident in our ability to make the type of decisions that will set us up for success in the coming quarters and years. We're proud to continue to support our automaker partners as they build the next generation of connected in-vehicle experiences. And, with a strong innovation pipeline in place, we are confident in Cerence's integral role for the digital cabin of the future," Ortmanns concluded.

Cerence Key Performance Indicators

To help investors gain further insight into the Cerence business and its performance, management provides a set of key performance indicators that includes:

| Key Performance Indicator[1] | Q3FY22 |
|---|---|
| Percent of worldwide auto production with Cerence Technology (TTM) | 51 % |
| Average contract duration - years (TTM): | 7.7 |
| Repeatable software contribution (TTM): | 77 % |
| Change in number of Cerence connected cars shipped[2] (TTM over prior year TTM) | (19) % |
| Growth in billings per car (TTM over prior year TTM) (excludes Legacy contract[3]) | 10 % |

(1) Please refer to the "Key Performance Indicators" included elsewhere in this release for more information regarding the definition and our use of key performance indicators.
(2) Based on IHS Markit data, global auto production decreased 8% over the same time period ended on June 30, 2022.
(3) Legacy contract is a connected services contract with Toyota acquired by Nuance through a 2013 acquisition.

Fourth Quarter and Full Year Fiscal 2022 Outlook

As discussed last quarter, the Company has been continuing to assess the right balance of fixed contracts for the business as part of the long-term planning process. In order to further enhance predictability and



visibility into future revenue, after Q3, the Company decided not to book any fixed contracts in the fourth quarter. For future fiscal years, starting in FY23, the company is committed to managing the annual contribution of fixed contracts to stay at the historical level of approximately $40 million per year.

The near-term impact of this decision is materially adverse to the company's financial performance but the Company believes that in the long run this will return the business to predictable, long-term growth that is more consistent with our underlying performance. This shift is also expected to improve the Company's focus on long-term margins and returns while capitalizing on strong demand for Cerence products. In addition to no contribution from fixed contracts in the quarter other factors included in the fourth quarter guidance are uncertainties around non-auto licensing agreements and currency fluctuations.

The Company is convinced the reduction in fixed contracts best serves the long-term interests of the company as this will enhance visibility into the strong core business and will demonstrate more consistent underlying results. Further, the Company would expect these effects to be in fiscal year 2023 allowing for more predictability in revenue in 2024 and beyond.

For the fiscal quarter ending September 30, 2022, revenue is expected to be in the range of $52 million to $58 million. Adjusted EBITDA is expected to be in the range of approximately ($11) million to ($5) million.

For the full fiscal year ending September 30, 2022, revenue is now expected to be in the range of $322 million to $328 million. Adjusted EBITDA is expected to be in the range of approximately $79 million to $85 million.

The adjusted EBITDA guidance excludes acquisition-related costs, amortization of acquired intangible assets, stock-based compensation, and restructuring and other costs.

Additional details regarding guidance will be provided during the earnings call.

Third Quarter Conference Call

The company will host a live conference call and webcast with slides to discuss the results today at 8:30 a.m. Eastern Time/5:30 a.m. Pacific Time. Interested investors and analysts are invited to dial into the conference call by using the following link: Register Here

Webcast access will also be available on the Investor Information section of the company's website at https://www.cerence.com/investors/events-and-resources.

A replay of the webcast can be accessed by visiting our web site 90 minutes following the conference call at https://www.cerence.com/investors/events-and-resources.

Forward Looking Statements

Statements in this release regarding Cerence's future performance, results and financial condition, expected growth, opportunities, business and market trends, our strategy regarding fixed contracts and its impact on financial results, demand for Cerence products, and innovation and new product offerings, and our management's future expectations, beliefs, goals, plans or prospects constitute forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Any statements that are not



statements of historical fact (including statements containing the words "believes," "plans," "anticipates," "expects," "intends" or "estimates" or similar expressions) should also be considered to be forward-looking statements. Although we believe forward-looking statements are based upon reasonable assumptions, such statements involve known and unknown risk, uncertainties and other factors, which may cause actual results or performance of the company to be materially different from any future results or performance expressed or implied by such forward-looking statements including but not limited to: impacts of the COVID-19 pandemic on our and our customers' businesses; the highly competitive and rapidly changing market in which we operate; adverse conditions in the automotive industry, the related supply chain, or the global economy more generally; the impact of the war in Ukraine on our and our customers' businesses; our ability to control and successfully manage our expenses and cash position; our strategy to increase cloud offerings; escalating pricing pressures from our customers; the impact on our business of the transition to a lower level of fixed contracts, including the failure to achieve such a transition; our failure to win, renew or implement service contracts; the loss of business from any of our largest customers; effects of customer defaults; our inability to successfully introduce new products, applications and services; the inability to recruit and retain qualified personnel; disruptions arising from transitions in management personnel; cybersecurity and data privacy incidents; fluctuating currency rates; and the other factors discussed in our most recent Annual Report on Form 10-K, quarterly reports on Form 10-Q, and other filings with the Securities and Exchange Commission. We disclaim any obligation to update any forward-looking statements as a result of developments occurring after the date of this document.

Discussion of Non-GAAP Financial Measures

We believe that providing the non-GAAP information in addition to the GAAP presentation, allows investors to view the financial results in the way management views the operating results. We further believe that providing this information allows investors to not only better understand our financial performance, but more importantly, to evaluate the efficacy of the methodology and information used by management to evaluate and measure such performance. The non-GAAP information should not be considered superior to, or a substitute for, financial statements prepared in accordance with GAAP.

We utilize a number of different financial measures, both GAAP and non-GAAP, in analyzing and assessing the overall performance of the business, for making operating decisions and for forecasting and planning for future periods. While our management uses these non-GAAP financial measures as a tool to enhance their understanding of certain aspects of our financial performance, our management does not consider these measures to be a substitute for, or superior to, the information provided by GAAP financial statements.

Consistent with this approach, we believe that disclosing non-GAAP financial measures to the readers of our financial statements provides such readers with useful supplemental data that, while not a substitute for GAAP financial statements, allows for greater transparency in the review of our financial and operational performance. In assessing the overall health of the business during the three and nine months ended June 30, 2022 and 2021, our management has either included or excluded the following items in general categories, each of which is described below.

Adjusted EBITDA

Adjusted EBITDA is defined as net income attributable to Cerence Inc. before net income (loss) attributable to income tax (benefit) expense, other income (expense) items, net, depreciation and amortization expense, and excluding acquisition-related costs, amortization of acquired intangible assets, stock-based compensation, and restructuring and other costs, net or impairment charges related to fixed and intangible assets and gains or losses on the sale of long-lived assets, if any. From time to time we may exclude from Adjusted EBITDA the impact of events, gains, losses or other charges (such as significant legal settlements) that affect the period-to-period comparability of our operating performance. Other income (expense) items, net include interest expense, interest income, and other income (expense), net (as stated in our Condensed Consolidated Statement of Operations). Our management and Board of Directors use this financial measure to evaluate our operating performance. It is also a significant performance measure in our annual incentive compensation programs.

Restructuring and other costs, net.

Restructuring and other charges, net include restructuring expenses as well as other charges that are unusual in nature, are the result of unplanned events, and arise outside the ordinary course of our business such as employee severance costs, costs for consolidating duplication facilities, and separation costs directly attributable to the Cerence business becoming a standalone public company.

Acquisition-related costs, net.
In the past, we have completed a number of acquisitions, which result in operating expenses, which would not otherwise have been incurred. We provide supplementary non-GAAP financial measures, which exclude certain transition, integration and other acquisition-related expense items resulting from acquisitions, to allow more accurate comparisons of the financial results to historical operations, forward looking guidance and the financial results of less acquisitive peer companies. We consider these types of costs and adjustments, to a great extent, to be unpredictable and dependent on a significant number of factors that are outside of our control. Furthermore, we do not consider these acquisition-related costs and adjustments to be related to the organic continuing operations of the acquired businesses and are generally not relevant to assessing or estimating the long-term performance of the acquired assets. In addition, the size, complexity and/or volume of past acquisitions, which often drives the magnitude of acquisition related costs, may not be indicative of the size, complexity and/or volume of future acquisitions. By excluding acquisition-related costs and adjustments from our non-GAAP measures, management is better able to evaluate our ability to utilize our existing assets and estimate the long-term value that acquired assets will generate for us. We believe



that providing a supplemental non-GAAP measure, which excludes these items allows management and investors to consider the ongoing operations of the business both with, and without, such expenses.

These acquisition-related costs fall into the following categories: (i) transition and integration costs; (ii) professional service fees and expenses; and (iii) acquisition-related adjustments. Although these expenses are not recurring with respect to past acquisitions, we generally will incur these expenses in connection with any future acquisitions. These categories are further discussed as follows:

(i) Transition and integration costs. Transition and integration costs include retention payments, transitional employee costs, and earn-out payments treated as compensation expense, as well as the costs of integration-related activities, including services provided by third-parties.

(ii) Professional service fees and expenses. Professional service fees and expenses include financial advisory, legal, accounting and other outside services incurred in connection with acquisition activities, and disputes and regulatory matters related to acquired entities.

(iii) Acquisition-related adjustments. Acquisition-related adjustments include adjustments to acquisition-related items that are required to be marked to fair value each reporting period, such as contingent consideration, and other items related to acquisitions for which the measurement period has ended, such as gains or losses on settlements of pre-acquisition contingencies.

Amortization of acquired intangible assets.

We exclude the amortization of acquired intangible assets from non-GAAP expense and income measures. These amounts are inconsistent in amount and frequency and are significantly impacted by the timing and size of acquisitions. Providing a supplemental measure which excludes these charges allows management and investors to evaluate results "as-if" the acquired intangible assets had been developed internally rather than acquired and, therefore, provides a supplemental measure of performance in which our acquired intellectual property is treated in a comparable manner to our internally developed intellectual property. Although we exclude amortization of acquired intangible assets from our non-GAAP expenses, we believe that it is important for investors to understand that such intangible assets contribute to revenue generation. Amortization of intangible assets that relate to past acquisitions will recur in future periods until such intangible assets have been fully amortized. Future acquisitions may result in the amortization of additional intangible assets.

Non-cash expenses.

We provide non-GAAP information relative to the following non-cash expenses: (i) stock-based compensation; and (ii) non-cash interest. These items are further discussed as follows:



(i) Stock-based compensation. Because of varying valuation methodologies, subjective assumptions and the variety of award types, we exclude stock-based compensation from our operating results. We evaluate performance both with and without these measures because compensation expense related to stock-based compensation is typically non-cash and awards granted are influenced by the Company's stock price and other factors such as volatility that are beyond our control. The expense related to stock-based awards is generally not controllable in the short-term and can vary significantly based on the timing, size and nature of awards granted. As such, we do not include such charges in operating plans. Stock-based compensation will continue in future periods.

ii) Non-cash interest. We exclude non-cash interest because we believe that excluding this expense provides management, as well as other users of the financial statements, with a valuable perspective on the cash-based performance and health of the business, including the current near-term projected liquidity. Non-cash interest expense will continue in future periods.

Other expenses.

We exclude certain other expenses that result from unplanned events outside the ordinary course of continuing operations, in order to measure operating performance and current and future liquidity both with and without these expenses. By providing this information, we believe management and the users of the financial statements are better able to understand the financial results of what we consider to be our organic, continuing operations. Included in these expenses are items such as other charges (credits), net, losses from extinguishment of debt, and changes in indemnification assets corresponding with the release of pre-spin liabilities for uncertain tax positions.

Adjustments to income tax provision.

Adjustments to our GAAP income tax provision to arrive at non-GAAP net income is determined based on our non-GAAP pre-tax income. Additionally, as our non-GAAP profitability is higher based on the non-GAAP adjustments, we adjust the GAAP tax provision to remove valuation allowances and related effects based on the higher level of reported non-GAAP profitability. We also exclude from our non-GAAP tax provision certain discrete tax items as they occur.

Bookings.

Bookings is defined as the amount of revenue we expect to earn from an agreement with our customers for products and services. To count as a booking, we expect there to be persuasive evidence of an arrangement, which may be evidenced by a legally binding document or documents, and that the collectability of the amounts payable under the arrangement are reasonably assured. The revenue we may actually recognize from our estimated bookings is subject to multiple factors, including but not limited to the timing of satisfying performance obligations, potential terminations, or changes in the scope of programs utilizing our technology and currency fluctuations. There is no comparable GAAP financial measure.



Key Performance Indicators

We believe that providing key performance indicators ("KPIs"), allows investors to gain insight into the way management views the performance of the business. We further believe that providing KPIs allows investors to better understand information used by management to evaluate and measure such performance. KPIs should not be considered superior to, or a substitute for, operating results prepared in accordance with GAAP. In assessing the performance of the business during the three months ended June 30, 2022, our management has reviewed the following KPIs, each of which is described below:

- Percent of worldwide auto production with Cerence Technology: The number of Cerence enabled cars shipped as compared to IHS Markit car production data.

- Average contract duration: The weighted average annual period over which we expect to recognize the estimated revenues from new license and connected contracts signed during the quarter, calculated on a trailing twelve months ("TTM") basis and presented in years.

- Repeatable software contribution: The percentage of repeatable revenues as compared to total GAAP revenue in the quarter on a TTM basis. Repeatable revenues are defined as the sum of License and Connected Services revenues.

- Change in number of Cerence connected cars shipped: The year over year change in the number of cars shipped with Cerence connected solutions. Amounts calculated on a TTM basis.

- Growth in billings per car: The rate of growth calculated from the average billings per car based on a TTM basis, excluding legacy contract and adjusted for prepay usage.

See the tables at the end of this press release for non-GAAP reconciliations to the most directly comparable GAAP measures.

To learn more about Cerence, visit www.cerence.com, and follow the company on LinkedIn and Twitter.
About Cerence Inc.
Cerence (NASDAQ: CRNC) is the global industry leader in creating unique, moving experiences for the mobility world. As an innovation partner to the world's leading automakers and mobility OEMs, it is helping advance the future of connected mobility through intuitive, powerful interaction between humans and their vehicles, connecting consumers' digital lives to their daily journeys no matter where they are. Cerence's track record is built on more than 20 years of knowledge and more than 450 million cars shipped with Cerence technology. Whether it's connected cars, autonomous driving, e-vehicles, or two-wheelers, Cerence is mapping the road ahead. For more information, visit www.cerence.com.



Contact Information

Rich Yerganian

Senior Vice President of Investor Relations

Cerence Inc.

Tel: 617-987-4799

Email: richard.yerganian@cerence.com



**CERENCE INC.**
**Condensed Consolidated Statements of Operations**
(in thousands, except per share data)

| | Three Months Ended June 30, | | Nine Months Ended June 30, | |
| | 2022 | 2021 | 2022 | 2021 |
|---|---|---|---|---|
| **Revenues:** | | | | |
| License | $ 46,452 | $ 49,980 | $ 139,610 | $ 150,765 |
| Connected services | 19,990 | 30,283 | 67,475 | 83,949 |
| Professional services | 22,599 | 16,538 | 62,662 | 54,392 |
| Total revenues | 89,041 | 96,801 | 269,747 | 289,106 |
| **Cost of revenues:** | | | | |
| License | 585 | 863 | 1,692 | 2,718 |
| Connected services | 5,391 | 6,108 | 16,766 | 19,960 |
| Professional services | 18,173 | 14,985 | 51,448 | 48,632 |
| Amortization of intangible assets | 103 | 1,879 | 2,879 | 5,637 |
| Total cost of revenues | 24,252 | 23,835 | 72,785 | 76,947 |
| Gross profit | 64,789 | 72,966 | 196,962 | 212,159 |
| **Operating expenses:** | | | | |
| Research and development | 26,040 | 30,370 | 81,808 | 83,365 |
| Sales and marketing | 8,299 | 9,534 | 22,487 | 28,097 |
| General and administrative | 10,614 | 13,173 | 31,941 | 38,563 |
| Amortization of intangible assets | 2,862 | 3,180 | 9,151 | 9,521 |
| Restructuring and other costs, net | 1,197 | 1,760 | 6,586 | 2,777 |
| Total operating expenses | 49,012 | 58,017 | 151,973 | 162,323 |
| Income from operations | 15,777 | 14,949 | 44,989 | 49,836 |
| Interest income | 243 | 34 | 416 | 68 |
| Interest expense | (3,815) | (3,294) | (10,602) | (10,569) |
| Other (expense) income, net | (478) | 173 | (764) | 1,432 |
| Income before income taxes | 11,727 | 11,862 | 34,039 | 40,767 |
| Provision for income taxes | 110,994 | 6,064 | 114,738 | 2,865 |
| Net (loss) income | $ (99,267) | $ 5,798 | $ (80,699) | $ 37,902 |
| **Net (loss) income per share:** | | | | |
| Basic | $ (2.53) | $ 0.15 | $ (2.06) | $ 1.01 |
| Diluted | $ (2.53) | $ 0.15 | $ (2.06) | $ 0.97 |
| **Weighted-average common share outstanding:** | | | | |
| Basic | 39,313 | 37,825 | 39,113 | 37,664 |
| Diluted | 39,313 | 39,296 | 39,113 | 39,135 |



**CERENCE INC.**
**Condensed Consolidated Balance Sheets**
(in thousands, except per share amounts)

| | | June 30, 2022 (Unaudited) | | September 30, 2021 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 108,454 | | 128,428 |
| Marketable securities | | 18,890 | | 30,435 |
| Accounts receivable, net of allowances of $167 and $395 | | 62,698 | | 45,560 |
| Deferred costs | | 7,422 | | 6,095 |
| Prepaid expenses and other current assets | | 57,689 | | 76,530 |
| Total current assets | | 255,153 | | 287,048 |
| Long-term marketable securities | | 8,784 | | 7,339 |
| Property and equipment, net | | 38,027 | | 31,505 |
| Deferred costs | | 24,308 | | 31,702 |
| Operating lease right of use assets | | 16,641 | | 14,901 |
| Goodwill | | 1,114,556 | | 1,128,511 |
| Intangible assets, net | | 12,546 | | 25,348 |
| Deferred tax assets | | 49,780 | | 159,293 |
| Other assets | | 57,042 | | 20,081 |
| Total assets | $ | 1,576,837 | $ | 1,705,728 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ | 15,370 | $ | 11,636 |
| Deferred revenue | | 75,166 | | 78,394 |
| Short-term operating lease liabilities | | 5,486 | | 4,562 |
| Short-term debt | | 9,375 | | 6,250 |
| Accrued expenses and other current liabilities | | 48,990 | | 64,467 |
| Total current liabilities | | 154,387 | | 165,309 |
| Long-term debt | | 261,202 | | 265,093 |
| Deferred revenue, net of current portion | | 173,519 | | 198,343 |
| Long-term operating lease liabilities | | 13,021 | | 12,216 |
| Other liabilities | | 24,596 | | 32,822 |
| Total liabilities | | 626,725 | | 673,783 |
| Stockholders' Equity: | | | | |
| Common stock, $0.01 par value, 560,000 shares authorized; 39,316 and 38,025 shares issued and outstanding, respectively | | 393 | | 381 |
| Accumulated other comprehensive (loss) income | | (21,055) | | 1,634 |
| Additional paid-in capital | | 1,023,896 | | 1,002,353 |
| (Accumulated deficit) Retained earnings | | (53,122) | | 27,577 |
| Total stockholders' equity | | 950,112 | | 1,031,945 |
| Total liabilities and stockholders' equity | $ | 1,576,837 | $ | 1,705,728 |



**CERENCE INC.**
**Condensed Consolidated Statements of Cash Flows**
(in thousands)

| | Nine Months Ended June 30, | |
|---|---|---|
| | 2022 | 2021 |
| **Cash flows from operating activities:** | | |
| Net (loss) income | $ (80,699) | $ 37,902 |
| Adjustments to reconcile net (loss) income to net cash provided by operations: | | |
| Depreciation and amortization | 18,853 | 22,276 |
| Benefit from credit loss reserve | (414) | (412) |
| Stock-based compensation | 23,020 | 42,179 |
| Non-cash interest expense | 3,922 | 3,730 |
| Deferred tax provision (benefit) | 103,394 | (3,812) |
| Other | 5,137 | (1,590) |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | (21,626) | (1,698) |
| Prepaid expenses and other assets | (34,621) | (17,065) |
| Deferred costs | 3,753 | 5,078 |
| Accounts payable | 4,638 | 2,906 |
| Accrued expenses and other liabilities | (2,698) | (4,026) |
| Deferred revenue | (19,844) | (34,400) |
| Net cash provided by operating activities | 2,815 | 51,068 |
| **Cash flows from investing activities:** | | |
| Capital expenditures | (14,418) | (8,055) |
| Purchases of marketable securities | (21,153) | (33,800) |
| Sale and maturities of marketable securities | 31,003 | 9,000 |
| Payments for equity investments | (584) | (2,563) |
| Other investing activities | 1,735 | 702 |
| Net cash used in investing activities | (3,417) | (34,716) |
| **Cash flows from financing activities:** | | |
| Payments for long-term debt issuance costs | - | (520) |
| Principal payments of long-term debt | (4,689) | (4,689) |
| Common stock repurchases for tax withholdings for net settlement of equity awards | (47,960) | (34,089) |
| Principal payment of lease liabilities arising from a finance lease | (289) | (326) |
| Proceeds from the issuance of common stock | 34,943 | 6,682 |
| Net cash used in financing activities | (17,995) | (32,942) |
| Effects of exchange rate changes on cash and cash equivalents | (1,377) | 1,363 |
| Net change in cash and cash equivalents | (19,974) | (15,227) |
| Cash and cash equivalents at beginning of period | 128,428 | 136,067 |
| Cash and cash equivalents at end of period | $ 108,454 | $ 120,840 |



**CERENCE INC.**
**Reconciliations of GAAP Financial Measures to Non-GAAP Financial Measures**
(unaudited - in thousands)

| | Three Months Ended June 30, | | | Nine Months Ended June 30, | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2022 | | 2021 | 2022 | | 2021 |
| **GAAP revenue** | $ 89,041 | $ | 96,801 | $ 269,747 | $ | 289,106 |
| | | | | | | |
| **GAAP gross profit** | $ 64,789 | $ | 72,966 | $ 196,962 | $ | 212,159 |
| Stock-based compensation | 722 | | 1,708 | 3,384 | | 4,945 |
| Amortization of intangible assets | 103 | | 1,879 | 2,879 | | 5,637 |
| **Non-GAAP gross profit** | $ 65,614 | $ | 76,553 | $ 203,225 | $ | 222,741 |
| **GAAP gross margin** | 72.8 % | | 75.4 % | 73.0 % | | 73.4 % |
| **Non-GAAP gross margin** | 73.7 % | | 79.1 % | 75.3 % | | 77.0 % |
| | | | | | | |
| **GAAP operating income** | $ 15,777 | $ | 14,949 | $ 44,989 | $ | 49,836 |
| Stock-based compensation* | 6,253 | | 14,710 | 19,020 | | 42,179 |
| Amortization of intangible assets | 2,965 | | 5,059 | 12,030 | | 15,158 |
| Restructuring and other costs, net* | 1,197 | | 1,760 | 6,586 | | 2,777 |
| **Non-GAAP operating income** | $ 26,192 | $ | 36,478 | $ 82,625 | $ | 109,950 |
| **GAAP operating margin** | 17.7 % | | 15.4 % | 16.7 % | | 17.2 % |
| **Non-GAAP operating margin** | 29.4 % | | 37.7 % | 30.6 % | | 38.0 % |
| | | | | | | |
| **GAAP net (loss) income** | $ (99,267 ) | $ | 5,798 | $ (80,699 ) | $ | 37,902 |
| Stock-based compensation* | 6,253 | | 14,710 | 19,020 | | 42,179 |
| Amortization of intangible assets | 2,965 | | 5,059 | 12,030 | | 15,158 |
| Restructuring and other costs, net* | 1,197 | | 1,760 | 6,586 | | 2,777 |
| Depreciation | 2,314 | | 2,270 | 6,823 | | 7,118 |
| Total other income (expense), net | (4,050 ) | | (3,087 ) | (10,950 ) | | (9,069 ) |
| Provision for income taxes | 110,994 | | 6,064 | 114,738 | | 2,865 |
| **Adjusted EBITDA** | $ 28,506 | $ | 38,748 | $ 89,448 | $ | 117,068 |
| **GAAP net (loss) income margin** | -111.5 % | | 6.0 % | -29.9 % | | 13.1 % |
| **Adjusted EBITDA margin** | 32.0 % | | 40.0 % | 33.2 % | | 40.5 % |

* - $4.0 million in stock-based compensation is included in Restructuring and other costs, net



**CERENCE INC.**
**Reconciliations of GAAP Financial Measures to Non-GAAP Financial Measures (cont.)**
(unaudited - in thousands, except per share data)

| | Three Months Ended June 30, | | | | Nine Months Ended June 30, | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2022 | | 2021 | | 2022 | | 2021 |
| **GAAP net (loss) income** | $ | (99,267) | $ | 5,798 | $ | (80,699) | $ | 37,902 |
| Stock-based compensation* | | 6,253 | | 14,710 | | 19,020 | | 42,179 |
| Amortization of intangible assets | | 2,965 | | 5,059 | | 12,030 | | 15,158 |
| Restructuring and other costs, net* | | 1,197 | | 1,760 | | 6,586 | | 2,777 |
| Non-cash interest expense | | 1,327 | | 1,276 | | 3,922 | | 3,730 |
| Indemnification asset release | | - | | - | | 1,302 | | - |
| Adjustments to income tax expense | | 104,487 | | (2,517) | | 93,768 | | (22,984) |
| **Non-GAAP net income** | $ | 16,962 | $ | 26,086 | $ | 55,929 | $ | 78,762 |
| | | | | | | | | |
| **Adjusted EPS:** | | | | | | | | |
| **GAAP Numerator:** | | | | | | | | |
| Net (loss) income attributed to common shareholders - basic and diluted | $ | (99,267) | $ | 5,798 | $ | (80,699) | $ | 37,902 |
| | | | | | | | | |
| **Non-GAAP Numerator:** | | | | | | | | |
| Net income attributed to common shareholders | $ | 16,962 | $ | 26,086 | $ | 55,929 | $ | 78,762 |
| Interest on Convertible Senior Notes, net of tax | | - | | 988 | | 3,024 | | 2,965 |
| Net income attributed to common shareholders - diluted | $ | 16,962 | $ | 27,074 | $ | 58,953 | $ | 81,727 |
| | | | | | | | | |
| **GAAP Denominator:** | | | | | | | | |
| Weighted-average common shares outstanding - basic | | 39,313 | | 37,825 | | 39,113 | | 37,664 |
| Adjustment for diluted shares | | - | | 1,471 | | - | | 1,471 |
| Weighted-average common shares outstanding - diluted | | 39,313 | | 39,296 | | 39,113 | | 39,135 |
| | | | | | | | | |
| **Non-GAAP Denominator:** | | | | | | | | |
| Weighted-average common shares outstanding- basic | | 39,313 | | 37,825 | | 39,113 | | 37,664 |
| Adjustment for diluted shares | | - | | 6,148 | | 5,046 | | 6,148 |
| Weighted-average common shares outstanding - diluted | | 39,313 | | 43,973 | | 44,159 | | 43,812 |
| | | | | | | | | |
| **GAAP net (loss) income per share - diluted** | $ | (2.53) | $ | 0.15 | $ | (2.06) | $ | 0.97 |
| **Non-GAAP net income per share - diluted** | $ | 0.43 | $ | 0.62 | $ | 1.34 | $ | 1.87 |
| | | | | | | | | |
| **GAAP net cash (used in) provided by operating activities** | $ | (3,928) | $ | 24,059 | $ | 2,815 | $ | 51,068 |
| Capital expenditures | | (4,433) | | (2,874) | | (14,418) | | (8,055) |
| **Free Cash Flow** | $ | (8,361) | $ | 21,185 | $ | (11,603) | $ | 43,013 |

* - $4.0 million in stock-based compensation is included in Restructuring and other costs, net



CERENCE INC.
Reconciliations of GAAP Financial Measures to Non-GAAP Financial Measures (cont.)
(unaudited - in thousands)

| | Q3FY22 | | Q2FY22 | | Q1FY22 | | Q4FY21 |
|---|---|---|---|---|---|---|---|
| GAAP revenues | $ | 89,041 | $ | 86,280 | $ | 94,426 | $ | 98,076 |
| Less: Professional services revenue | | 22,599 | | 20,646 | | 19,417 | | 21,073 |
| Non-GAAP Repeatable revenues | $ | 66,442 | $ | 65,634 | $ | 75,009 | $ | 77,003 |
| | | | | | | | | |
| GAAP revenues TTM | $ | 367,823 | | | | | | |
| Less: Professional services revenue TTM | | 83,735 | | | | | | |
| Non-GAAP Repeatable revenues TTM | $ | 284,088 | | | | | | |
| Repeatable software contribution | | 77% | | | | | | |



**CERENCE INC.**
**Reconciliations of GAAP Financial Measures to Non-GAAP Financial Measures (cont.)**
(unaudited - in thousands)

|  | Q4 2022 | | FY2022 | |
|  | Low | High | Low | High |
| --- | --- | --- | --- | --- |
| **GAAP revenue** | $ 52,000 | $ 58,000 | $ 322,000 | $ 328,000 |
|  |  |  |  |  |
| **GAAP gross profit** | $ 27,200 | $ 33,200 | $ 224,700 | $ 230,700 |
| Stock-based compensation | 800 | 800 | 3,900 | 3,900 |
| Amortization of intangible assets | 100 | 100 | 3,000 | 3,000 |
| **Non-GAAP gross profit** | $ 28,100 | $ 34,100 | $ 231,600 | $ 237,600 |
| **GAAP gross margin** | 52 % | 57 % | 70 % | 70 % |
| **Non-GAAP gross margin** | 54 % | 59 % | 72 % | 72 % |
|  |  |  |  |  |
| **GAAP operating (loss) income** | $ (25,700) | $ (19,700) | $ 19,500 | $ 25,500 |
| Stock-based compensation | 6,500 | 6,500 | 25,600 | 25,600 |
| Amortization of intangible assets | 2,500 | 2,500 | 14,500 | 14,500 |
| Restructuring and other costs, net | 3,300 | 3,300 | 9,900 | 9,900 |
| **Non-GAAP operating (loss) income** | $ (13,400) | $ (7,400) | $ 69,500 | $ 75,500 |
| **GAAP operating margin** | -49 % | -34 % | 6 % | 8 % |
| **Non-GAAP operating margin** | -26 % | -13 % | 22 % | 23 % |
|  |  |  |  |  |
| **GAAP net (loss) income** | $ (32,800) | $ (26,100) | $ (113,200) | $ (106,500) |
| Stock-based compensation | 6,500 | 6,500 | 25,600 | 25,600 |
| Amortization of intangible assets | 2,500 | 2,500 | 14,500 | 14,500 |
| Restructuring and other costs, net | 3,300 | 3,300 | 9,900 | 9,900 |
| Depreciation | 3,000 | 3,000 | 9,800 | 9,800 |
| Total other income (expense), net | (3,700) | (3,700) | (14,600) | (14,600) |
| Provision for income taxes | 3,300 | 2,600 | 118,000 | 117,300 |
| **Adjusted EBITDA** | $ (10,500) | $ (4,500) | $ 79,200 | $ 85,200 |
| **GAAP net (loss) income margin** | -63 % | -45 % | -35 % | -32 % |
| **Adjusted EBITDA margin** | -20 % | -8 % | 25 % | 26 % |



**CERENCE INC.**
**Reconciliations of GAAP Financial Measures to Non-GAAP Financial Measures (cont.)**
(unaudited - in thousands, except per share data)

|  | Q4 2022 | | FY2022 | |
|  | Low | High | Low | High |
| --- | --- | --- | --- | --- |
| **GAAP net (loss) income** | $ (32,800) | $ (26,100) | $ (113,200) | $ (106,500) |
| Stock-based compensation | 6,500 | 6,500 | 25,600 | 25,600 |
| Amortization of intangibles | 2,500 | 2,500 | 14,500 | 14,500 |
| Restructuring and other costs, net | 3,300 | 3,300 | 9,900 | 9,900 |
| Non-cash interest expense | 1,400 | 1,400 | 5,300 | 5,300 |
| Indemnification asset release | - | - | 1,300 | 1,300 |
| Adjustments to income tax expense | 6,400 | 4,600 | 100,300 | 97,900 |
| **Non-GAAP net (loss) income** | $ (12,700) | $ (7,800) | $ 43,700 | $ 48,000 |
|  |  |  |  |  |
| **Adjusted EPS:** |  |  |  |  |
| **GAAP Numerator:** |  |  |  |  |
| Net (loss) income attributed to common shareholders | $ (32,800) | $ (26,100) | $ (113,200) | $ (106,500) |
|  |  |  |  |  |
| **Non-GAAP Numerator:** |  |  |  |  |
| Net (loss) income attributed to common shareholders | $ (12,700) | $ (7,800) | $ 43,700 | $ 48,000 |
| Interest on Convertible Senior Notes, net of tax | - | - | 4,000 | 4,000 |
| Net (loss) income attributed to common shareholders - diluted | $ (12,700) | $ (7,800) | $ 47,700 | $ 52,000 |
|  |  |  |  |  |
| **GAAP Denominator:** |  |  |  |  |
| Weighted-average common shares outstanding - basic and diluted | 39,400 | 39,400 | 39,200 | 39,200 |
|  |  |  |  |  |
| **Non-GAAP Denominator:** |  |  |  |  |
| Weighted-average common shares outstanding- basic | 39,400 | 39,400 | 39,200 | 39,200 |
| Adjustment for diluted shares | - | - | 5,000 | 5,000 |
| Weighted-average common shares outstanding - diluted | 39,400 | 39,400 | 44,200 | 44,200 |
|  |  |  |  |  |
| **GAAP net (loss) income per share - diluted** | $ (0.83) | $ (0.66) | $ (2.89) | $ (2.72) |
| **Non-GAAP net (loss) income per share - diluted** | $ (0.32) | $ (0.20) | $ 1.08 | $ 1.18 |



# Forward-Looking Statements

Statements in this release regarding Cerence's future performance, results and financial condition, expected growth, opportunities, business and market trends, our strategy regarding fixed contracts and its impact on financial results, demand for Cerence products, and innovation and new product offerings, and our management's future expectations, beliefs, goals, plans or prospects constitute forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Any statements that are not statements of historical fact (including statements containing the words "believes," "plans," "anticipates," "expects," "intends" or "estimates" or similar expressions) should also be considered to be forward-looking statements. Although we believe forward-looking statements are based upon reasonable assumptions, such statements involve known and unknown risk, uncertainties and other factors, which may cause actual results or performance of the company to be materially different from any future results or performance expressed or implied by such forward-looking statements including but not limited to: impacts of the COVID-19 pandemic on our and our customers' businesses; the highly competitive and rapidly changing market in which we operate; adverse conditions in the automotive industry, the related supply chain, or the global economy more generally; the impact of the war in Ukraine on our and our customers' businesses; our ability to control and successfully manage our expenses and cash position; our strategy to increase cloud offerings; escalating pricing pressures from our customers; the impact on our business of the transition to a lower level of fixed contracts, including the failure to achieve such a transition; our failure to win, renew or implement service contracts; the loss of business from any of our largest customers; effects of customer defaults; our inability to successfully introduce new products, applications and services; the inability to recruit and retain qualified personnel; disruptions arising from transitions in management personnel; cybersecurity and data privacy incidents; fluctuating currency rates; and the other factors discussed in our most recent Annual Report on Form 10-K, quarterly reports on Form 10-Q, and other filings with the Securities and Exchange Commission. We disclaim any obligation to update any forward-looking statements as a result of developments occurring after the date of this document.

 cerence

© 2022 Cerence Inc.

2



# Key Accomplishments in Q3FY22

 Strong quarter of SOPs with 43 (Start of Production)

 Key program win back formerly awarded to consumer tech

 Successful launch of new cloud services platform

 First Cerence Technology Conference sparks innovation

 Core business delivered solid performance despite auto production headwinds

© 2022 Cerence Inc.

3



# Highly Focused on Controllables

| Tailwinds | Headwinds |
|---|---|
| • 43 SOPs will contribute to revenue over the next few years<br>• Vendor of choice with several important design wins, including key win back<br>• Record quarter for professional services<br>• Enhanced user experience with launch of cloud services<br>• Strong pipeline and healthy backlog | • Continued chip shortage driving lower auto manufacturing production<br>• Currency risks<br>• Inflation and recession concerns |

cerence                    © 2022 Cerence Inc.                    4



## Strategic Decision to Return Fixed Contracts to Historical Level of Approximately $40M Annually

**Enhanced clarity** into revenue streams and strong underlying business

**More predictable** results that are comparable period to period

**Mitigate economic** pressures as customers seek higher discounts and concessions

**Transitional year in Fiscal 2023 followed by strong growth in license revenue and earnings potential**

cerence    © 2022 Cerence Inc.    5



# Finishing Strong in Fiscal 2022

- Convert pipeline of opportunities to strong bookings performance for the full year
- Maintain strict focus on operational efficiencies
- Finalize planning on long-term strategy to drive FY23 guidance and multi-year plan

## CRNC Analyst Day
November 29, 2022 | New York City

© 2022 Cerence Inc.

6



# Fiscal Q3 2022 Results

| In millions, except per share amounts | Q3FY21 Actual Results | Q2FY22 Actual Results | Q3FY22 Actual Results | Q3FY22 Guidance |
|---|---|---|---|---|
| Revenue | $96.8 | $86.3 | $89.0 | $90 - $94 |
| GAAP Gross Margin | 75.4% | 71.8% | 72.8% | 74% - 75% |
| Non-GAAP Gross Margin [1] | 79.1% | 74.7% | 73.7% | 75% - 76% |
| GAAP Net (Loss) Income [3] | $5.8 | ($0.5) | ($99.3) | $6 - $9 |
| Adjusted EBITDA [1] | $38.7 | $24.0 | $28.5 | $26 - $30 |
| Adjusted EBITDA Margin [1] | 40.0% | 27.9% | 32.0% | 29% - 32% |
| GAAP Net (Loss) Income per share – diluted [2,3] | $0.15 | ($0.01) | ($2.53) | $0.16 - $0.22 |
| Non-GAAP Net Income per share – diluted [1] | $0.62 | $0.33 | $0.43 | $0.40 - $0.47 |
| CFFO [d] | | $1.6 | ($3.9) | n/a |

1) Non-GAAP excludes acquisition-related costs, amortization of acquired intangible assets, restructuring expense, and stock-based compensation. Refer to the Appendix for more information on GAAP to non-GAAP reconciliations
2) Based on CRNC shares outstanding of 39,313,000
3) During the third quarter of fiscal 2022, we established a valuation allowance of $107.6 million against our deferred tax assets in the Netherlands, which consist of tax amortizable intellectual property and net operating loss carryforwards. This provision is a non-cash event.
4) CFFO equals GAAP net cash provided by operating activities

 cerence

© 2022 Cerence Inc.

8

# Detailed GAAP Revenue Breakdown

| In millions | Q3FY21 | Q4FY21 | Q1FY22 | Q2FY22 | Q3FY22 |
|---|---|---|---|---|---|
| Total License: | $50.0 | $51.4 | $46.8 | $46.3 | $46.4 |
| Variable[1] | $31.8 | $20.8 | $21.5 | $20.2 | $22.3 |
| Total Fixed[2] | $18.2 | $25.4 | $20.1 | $25.6 | $23.3 |
| Prepaid (cash upfront) | $18.2 | $3.3 | - | $5.7 | $13.2 |
| Minimum Commitment (no cash upfront) | - | $22.1 | $20.1 | $19.9 | $10.1 |
| Other Markets[3] | - | $5.2 | $5.2 | $0.5 | $0.8 |
| Connected Services: | $30.2 | $25.6 | $28.2 | $19.3 | $20.0 |
| Total New | $14.3 | $9.5[4] | $12.2 | $11.0 | $11.6 |
| Subscription/Usage | $10.6 | $9.5[4] | $11.3 | $11.0 | $9.9 |
| Customer Hosted[5] | $3.7 | - | $0.9 | - | $1.7 |
| Legacy[6] | $15.9 | $16.1 | $16.0 | $8.3 | $8.4 |
| Professional Services | $16.6 | $21.1 | $19.4 | $20.7 | $22.6 |
| Total Revenue: | $96.8 | $98.1 | $94.4 | $86.3 | $89.0 |

[1] Based on volume shipments of licenses net of the consumption of fixed licenses
[2] Fixed license revenue includes prepaid and minimum commitment deals
[3] Non-automotive revenue
[4] Includes a negative one-time adjustment of $1.7M
[5] Customer Hosted is a software license that allows the customer to take possession of the software and enable hosting by the customer or a third party
[6] Legacy contract is a connected services contract with Toyota acquired by Nuance through a 2013 acquisition

cerence

© 2022 Cerence Inc.

Strong revenue performance in core offset by absence of expected one-time specialty deal and currency impact

License revenue remains solid

Connected services revenue down as expected due to declining legacy contract revenue and expiring contracts

Record professional services revenue, serves as key indicator for future license and connected services growth

9

# License Business Remains Strong

($ millions)

| | Fiscal Year 2021 | | | | Fiscal Year 2022 | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 |
| **Fixed Contracts** | 10.1 | 17.3 | 18.2 | 25.4 | 20.1 | 25.6 | 23.3 |
| **Pro Forma Royalties**[1] | 48.6 | 47.4 | 42.9 | 34.0 | 39.6 | 39.7 | 41.5 |
| **Consumption of Fixed Licenses**[2] | (12.3) | (10.3) | (11.1) | (13.2) | (18.0) | (19.5) | (19.2) |
| **Variable** *(as reported)* | 36.3 | 37.1 | 31.8 | 20.8 | 21.6 | 20.2 | 22.3 |
| ***IHS Production*** *(million units)* | 23.6 | 20.7 | 18.8 | 16.6 | 21.2 | 20.0 | 18.8 |

1)  Pro forma measure of the total value of licenses shipped in a quarter
2)  Licenses shipped in the quarter associated with fixed contracts

cerence                                                © 2022 Cerence Inc.

**Pro forma royalties remain solid without volatility of new fixed contracts and consumption of prior ones**

**Elevated fixed contracts, related consumption rates and customers seeking higher discounts and concessions drive decision to reduce fixed contracts**

**Return to historical levels of approximately $40 million annually will lead to strong license growth in FY24**

**Expect that in FY25 new fixed contracts will approximate consumption**

10

# Fiscal Q4 and Full-Year 2022 Guidance

| In millions except per share amounts | Q4 FY21 Actual | Q4 FY22 Guidance Low | Q4 FY22 Guidance High | FY22 Guidance Low | FY22 Guidance High |
|---|---|---|---|---|---|
| Revenue | $98.1M | $52 | $58 | $322 | $328 |
| GAAP Gross Margin | 75.4% | 52% | 57% | 70% | 70% |
| Non-GAAP Gross Margin [1] | 78.1% | 54% | 59% | 72% | 72% |
| GAAP Operating Margin | 11.0% | (49%) | (34%) | 6% | 8% |
| Non-GAAP Operating Margin [1] | 37.2% | (26%) | (13%) | 22% | 23% |
| GAAP Net (Loss) Income [2] | $8.0M | ($33) | ($26) | ($113) | ($107) |
| Adjusted EBITDA [1] | $38.8M | ($11) | ($5) | $79 | $85 |
| Adjusted EBITDA Margin [1] | 39.6% | (20%) | (8%) | 25% | 26% |
| GAAP EPS – diluted | $0.20 | ($0.83) | ($0.66) | ($2.89) | ($2.72) |
| Non-GAAP EPS – diluted [1] | $0.66 | ($0.32) | ($0.20) | $1.08 | $1.18 |

1) Non-GAAP excludes acquisition-related costs, amortization of acquired intangible assets, restructuring expense, and stock-based compensation. Refer to the Appendix for more information on GAAP to non-GAAP reconciliations
2) During the third quarter of fiscal 2022, we established a valuation allowance of $107.6 million against our deferred tax assets in the Netherlands, which consist of tax amortizable intellectual property and net operating loss carryforwards. This provision is a non-cash event.

cerence                                                    © 2022 Cerence Inc.                                                    11



Case 1:22-cv-10321-ADB    Document 41-54    Filed 09/09/22    Page 36 of 47



# License Business Revenue Recognition

| Type of Contract | Description | GAAP Revenue Recognition | Cash Receipt |
|---|---|---|---|
| Variable | License applied at production | Quarter car is produced. Based on volume | Quarter following GAAP revenue recognition |
| Fixed (Pre-Pay) | Bulk inventory purchase ($ based) | Full value of contract at signing. Volume independent | Standard payment terms for full value (upfront payment) |
| Fixed (Minimum Commitment) | Commitment to purchase ($ based) in a specified time period. (1 – 5 years) | Full value of contract at signing. Volume independent | Based on shipment volumes over multiple years |

*The fixed contracts only apply to the license business. If a car is also using our connected services, it will follow the normal billing and revenue recognition process regardless of whether a variable or fixed license was applied.*

*The fixed contracts typically provide the customer with a price discount and can include the conversion of a variable contract that is already in our variable backlog.*

 cerence

© 2022 Cerence Inc.

14

## Connected and Professional Services Revenue Recognition

| Connected Services | Typical Period | GAAP Revenue Recognition | Cash Receipt |
|---|---|---|---|
| Subscription Term | 1 – 5 years | Amortized evenly over subscription period | Billed/collected full amount at start of subscription period (value added to deferred revenue) |
| Usage Contract[1,2] | 1 – 5 years | Recognized at same time of billing based on actual usage | Billed every quarter based on actual usage |
| Customer Hosted[3] | License | Quarter in which license is delivered to customer | Upon delivery |

1. Approximately 30% of new connected revenue is usage based and is primarily with one customer.
2. Usage can be defined by number of active users or number of monthly transactions
3. Customer Hosted is a software license that allows the customer to take possession of the software and enable hosting by the customer or a third-party

| Professional Services | Period | GAAP Revenue Recognition | Cash Receipt |
|---|---|---|---|
| Custom Design Services | Ongoing | Revenue is recognized over time based upon the progress towards completion of the project | Billed/collected on milestone completion |

 cerence

© 2022 Cerence Inc.

15

# KPI Measures – Definitions

**Key performance indicators**

We believe that providing key performance indicators ("KPIs"), allows investors to gain insight into the way management views the performance of the business. We further believe that providing KPIs allows investors to better understand information used by management to evaluate and measure such performance. KPIs should not be considered superior to, or a substitute for, operating results prepared in accordance with GAAP. In assessing the performance of the business during the three months ended June 30, 2022, our management has reviewed the following KPIs, each of which is described below:

- **Percent of worldwide auto production with Cerence technology:** The number of Cerence enabled cars shipped as compared to IHS Markit car production data.

- **Average contract duration:** The weighted average annual period over which we expect to recognize the estimated revenues from new license and connected contracts signed during the quarter, calculated on a trailing twelve months ("TTM") basis and presented in years.

- **Repeatable software contribution:** The percentage of repeatable revenues as compared to total GAAP revenue in the quarter on a TTM basis. Repeatable revenues are defined as the sum of License and Connected Services revenues.

- **Change in number of Cerence connected cars shipped:** The year over year change in the number of cars shipped with Cerence connected solutions. Amounts are calculated on a TTM basis.

- **Growth in billings per car:** The rate of growth calculated from the average billings per car based on a trailing twelve month comparison while excluding legacy contract and adjusted for prepay usage.

 cerence

© 2022 Cerence Inc.

18





# Non-GAAP Financial Measures – Definitions

**Discussion of Non-GAAP Financial Measures**

We believe that providing the non-GAAP information in addition to the GAAP presentation, allows investors to view the financial results in the way management views the operating results. We further believe that providing this information allows investors to not only better understand our financial performance, but more importantly, to evaluate the efficacy of the methodology and information used by management to evaluate and measure such performance. The non-GAAP information should not be considered superior to, or a substitute for, financial statements prepared in accordance with GAAP.

We utilize a number of different financial measures, both GAAP and non-GAAP, in analyzing and assessing the overall performance of the business, for making operating decisions and for forecasting and planning for future periods. While our management uses these non-GAAP financial measures as a tool to enhance their understanding of certain aspects of our financial performance, our management does not consider these measures to be a substitute for, or superior to, the information provided by GAAP financial statements.

Consistent with this approach, we believe that disclosing non-GAAP financial measures to the readers of our financial statements provides such readers with useful supplemental data that, while not a substitute for GAAP financial statements, allows for greater transparency in the review of our financial and operational performance. In assessing the overall health of the business during the three months ending June 30, 2022 and 2021, our management has either included or excluded the following items in general categories, each of which is described below.

**Adjusted EBITDA**

Adjusted EBITDA is defined as net income attributable to Cerence Inc. before net income (loss) attributable to income tax (benefit) expense, other income (expense) items, net, depreciation and amortization expense, and excluding acquisition-related costs, amortization of acquired intangible assets, stock-based compensation, and restructuring and other costs, net or impairment charges related to fixed and intangible assets and gains or losses on the sale of long-lived assets, if any. From time to time we may exclude from Adjusted EBITDA the impact of events, gains, losses or other charges (such as significant legal settlements) that affect the period-to-period comparability of our operating performance. Other income (expense) items, net include interest expense, interest income, and other income (expense), net (as stated in our Condensed Consolidated Statement of Operations). Our management and Board of Directors use this financial measure to evaluate our operating performance. It is also a significant performance measure in our annual incentive compensation programs.

 cerence

© 2022 Cerence Inc.

13

# Non-GAAP Financial Measures – Definitions

**Restructuring and other costs, net.**
Restructuring and other charges, net include restructuring expenses as well as other charges that are unusual in nature, are the result of unplanned events, and arise outside the ordinary course of our business such as employee severance costs, costs for consolidating duplication facilities, and separation costs directly attributable to the Cerence business becoming a standalone public company.

**Acquisition-related costs, net.**
In recent years, we have completed a number of acquisitions, which result in operating expenses, which would not otherwise have been incurred. We provide supplementary non-GAAP financial measures, which exclude certain transition, integration and other acquisition-related expense items resulting from acquisitions, to allow more accurate comparisons of the financial results to historical operations, forward looking guidance and the financial results of less acquisitive peer companies. We consider these types of costs and adjustments, to a great extent, to be unpredictable and dependent on a significant number of factors that are outside of our control. Furthermore, we do not consider these acquisition-related costs and adjustments to be related to the organic continuing operations of the acquired businesses and are generally not relevant to assessing or estimating the long-term performance of the acquired assets. In addition, the size, complexity and/or volume of past acquisitions, which often drives the magnitude of acquisition related costs, may not be indicative of the size, complexity and/or volume of future acquisitions. By excluding acquisition-related costs and adjustments from our non-GAAP measures, management is better able to evaluate our ability to utilize our existing assets and estimate the long-term value that acquired assets will generate for us. We believe that providing a supplemental non-GAAP measure, which excludes these items allows management and investors to consider the ongoing operations of the business both with, and without, such expenses.

These acquisition-related costs fall into the following categories: (i) transition and integration costs; (ii) professional service fees and expenses; and (iii) acquisition-related adjustments. Although these expenses are not recurring with respect to past acquisitions, we generally will incur these expenses in connection with any future acquisitions. These categories are further discussed as follows:
- **Transition and integration costs.** Transition and integration costs include retention payments, transitional employee costs, and earn-out payments treated as compensation expense, as well as the costs of integration-related activities, including services provided by third-parties.
- **Professional service fees and expenses.** Professional service fees and expenses include financial advisory, legal, accounting and other outside services incurred in connection with acquisition activities, and disputes and regulatory matters related to acquired entities.
- **Acquisition-related adjustments.** Acquisition-related adjustments include adjustments to acquisition-related items that are required to be marked to fair value each reporting period, such as contingent consideration, and other items related to acquisitions for which the measurement period has ended, such as gains or losses on settlements of pre-acquisition contingencies.

 cerence

© 2022 Cerence Inc.

15

# Non-GAAP Financial Measures – Definitions

**Amortization of acquired intangible assets.**

We exclude the amortization of acquired intangible assets from non-GAAP expense and income measures. These amounts are inconsistent in amount and frequency and are significantly impacted by the timing and size of acquisitions. Providing a supplemental measure which excludes these charges allows management and investors to evaluate results "as-if" the acquired intangible assets had been developed internally rather than acquired and, therefore, provides a supplemental measure of performance in which our acquired intellectual property is treated in a comparable manner to our internally developed intellectual property. Although we exclude amortization of acquired intangible assets from our non-GAAP expenses, we believe that it is important for investors to understand that such intangible assets contribute to revenue generation. Amortization of intangible assets that relate to past acquisitions will recur in future periods until such intangible assets have been fully amortized. Future acquisitions may result in the amortization of additional intangible assets.

**Non-cash expenses.**

We provide non-GAAP information relative to the following non-cash expenses: (i) stock-based compensation; and (ii) non-cash interest. These items are further discussed as follow:

- (i)Stock-based compensation. Because of varying valuation methodologies, subjective assumptions and the variety of award types, we exclude stock-based compensation from our operating results. We evaluate performance both with and without these measures because compensation expense related to stock-based compensation is typically non-cash and awards granted are influenced by the Company's stock price and other factors such as volatility that are beyond our control. The expense related to stock-based awards is generally not controllable in the short-term and can vary significantly based on the timing, size and nature of awards granted. As such, we do not include such charges in operating plans. Stock-based compensation will continue in future periods.
- ii)Non-cash interest. We exclude non-cash interest because we believe that excluding this expense provides management, as well as other users of the financial statements, with a valuable perspective on the cash-based performance and health of the business, including the current near-term projected liquidity. Non-cash interest expense will continue in future periods.

**Other expenses.**

We exclude certain other expenses that result from unplanned events outside the ordinary course of continuing operations, in order to measure operating performance and current and future liquidity both with and without these expenses. By providing this information, we believe management and the users of the financial statements are better able to understand the financial results of what we consider to be our organic, continuing operations. Included in these expenses are items such as other charges (credits), net, losses from extinguishment of debt, and changes in indemnification assets corresponding with the release of pre-spin liabilities for uncertain tax positions.

**Adjustments to income tax provision.**

Adjustments to our GAAP income tax provision to arrive at non-GAAP net income is determined based on our non-GAAP pre-tax income. Additionally, as our non-GAAP profitability is higher based on the non-GAAP adjustments, we adjust the GAAP tax provision to remove valuation allowances and related effects based on the higher level of reported non-GAAP profitability. We also exclude from our non-GAAP tax provision certain discrete tax items as they occur.

 Cerence

© 2022 Cerence Inc.

20

# Q3 FY22 Reconciliations of GAAP to Non-GAAP Results

| (unaudited - in thousands, except per share data) | Three Months Ended June 30, | | Nine Months Ended June 30, | |
|---|---|---|---|---|
| | 2022 | 2021 | 2022 | 2021 |
| GAAP revenue | $ 89,041 | $ 96,801 | $ 269,747 | $ 289,106 |
| GAAP gross profit | $ 64,789 | $ 72,966 | $ 196,962 | $ 212,139 |
| Stock-based compensation | 722 | 1,708 | 3,364 | 4,046 |
| Amortization of intangible assets | 103 | 1,879 | 2,879 | 5,637 |
| Non-GAAP gross profit | $ 65,614 | $ 76,553 | $ 203,225 | $ 222,741 |
| GAAP gross margin | 72.8% | 75.4% | 73.0% | 73.4% |
| Non-GAAP gross margin | 73.7% | 79.1% | 75.3% | 77.0% |
| GAAP operating income | $ 15,777 | $ 14,949 | $ 44,989 | $ 49,836 |
| Stock-based compensation* | 6,253 | 14,710 | 19,020 | 42,179 |
| Amortization of intangible assets | 2,965 | 6,059 | 12,030 | 15,168 |
| Restructuring and other costs, net* | 1,197 | 1,760 | 6,586 | 2,777 |
| Non-GAAP operating income | $ 26,192 | $ 36,478 | $ 82,625 | $ 109,950 |
| GAAP operating margin | 17.7% | 15.4% | 16.7% | 17.2% |
| Non-GAAP operating margin | 29.4% | 37.7% | 30.6% | 38.0% |
| GAAP net (loss) income | $ (99,267) | $ 5,798 | $ (80,699) | $ 37,902 |
| Stock-based compensation* | 6,253 | 14,710 | 19,020 | 42,179 |
| Amortization of intangible assets | 2,965 | 6,059 | 12,030 | 15,168 |
| Restructuring and other costs, net* | 1,197 | 1,760 | 6,586 | 2,777 |
| Depreciation | 2,314 | 2,270 | 6,923 | 7,118 |
| Total other income (expense), net | (4,050) | (3,087) | (10,950) | (9,069) |
| Provision for income taxes | 110,994 | 6,064 | 114,738 | 2,865 |
| Adjusted EBITDA | $ 28,506 | $ 38,748 | $ 89,448 | $ 117,068 |
| GAAP net (loss) income margin | -111.5% | 6.0% | -29.9% | 13.1% |
| Adjusted EBITDA margin | 32.0% | 40.0% | 33.2% | 40.5% |

* - $4.0 million in stock-based compensation is included in Restructuring and other costs, net

Free cash flow is net cash provided by operating activities determined in accordance with GAAP less capital expenditures.
Free cash flow is not a measure of cash available for discretionary expenditures.

| (unaudited - in thousands, except per share data) | Three Months Ended June 30, | | Nine Months Ended June 30, | |
|---|---|---|---|---|
| | 2022 | 2021 | 2022 | 2021 |
| GAAP net (loss) income | $ (99,267) | $ 5,798 | $ (80,699) | $ 37,902 |
| Stock-based compensation* | 6,253 | 14,710 | 19,020 | 42,179 |
| Amortization of intangible assets | 2,965 | 5,059 | 12,030 | 15,168 |
| Restructuring and other costs, net* | 1,197 | 1,760 | 6,586 | 2,777 |
| Non-cash interest expense | 1,327 | 1,276 | 3,922 | 3,730 |
| Indemnification asset release | - | - | 1,302 | - |
| Adjustments to income tax expense | 104,487 | (2,517) | 93,768 | (22,994) |
| Non-GAAP net income | $ 16,962 | $ 26,086 | $ 55,929 | $ 78,762 |
| **Adjusted EPS:** | | | | |
| GAAP Numerator: | | | | |
| Net (loss) income attributed to common shareholders – basic and diluted | $ (99,267) | $ 5,798 | $ (80,699) | $ 37,902 |
| Non-GAAP Numerator: | | | | |
| Net income attributed to common shareholders | $ 16,962 | $ 26,086 | $ 55,929 | $ 78,762 |
| Interest on Convertible Senior Notes, net of tax | - | 988 | 3,024 | 2,965 |
| Net income attributed to common shareholders – diluted | $ 16,962 | $ 27,074 | $ 58,953 | $ 81,727 |
| GAAP Denominator: | | | | |
| Weighted-average common shares outstanding – basic | 39,313 | 37,825 | 39,113 | 37,664 |
| Adjustment for diluted shares | - | 1,471 | - | 1,471 |
| Weighted-average common shares outstanding – diluted | 39,313 | 39,296 | 39,113 | 39,135 |
| Non-GAAP Denominator: | | | | |
| Weighted-average common shares outstanding – basic | 39,313 | 37,825 | 39,113 | 37,664 |
| Adjustment for diluted shares | - | 6,148 | 5,046 | 6,148 |
| Weighted-average common shares outstanding – diluted | 39,313 | 43,973 | 44,159 | 43,812 |
| GAAP net (loss) income per share - diluted | $ (2.53) | $ 0.15 | $ (2.06) | $ 0.97 |
| Non-GAAP net income per share - diluted | $ 0.43 | $ 0.62 | $ 1.34 | $ 1.87 |
| GAAP net cash (used in) provided by operating activities | $ (3,928) | $ 24,053 | $ 2,815 | $ 51,068 |
| Capital expenditures | (4,430) | (2,874) | (14,418) | (8,055) |
| Free Cash Flow | $ (8,351) | $ 21,185 | $ (11,603) | $ 43,013 |

* - $4.0 million in stock-based compensation is included in Restructuring and other costs, net

cerence   © 2022 Cerence Inc.   21

# Q4 FY22 and Full Year FY22 Reconciliations of GAAP to non-GAAP Guidance

| (unaudited - in thousands) | Q4 2022 | | FY2022 | |
| --- | --- | --- | --- | --- |
| | Low | High | Low | High |
| GAAP revenue | $ 52,000 $ | 58,000 | $ 322,000 | $ 328,000 |
| | | | | |
| GAAP gross profit | $ 27,200 $ | 33,200 | $ 224,700 | $ 230,700 |
| Stock-based compensation | 800 | 800 | 3,900 | 3,900 |
| Amortization of intangible assets | 100 | 100 | 3,000 | 3,000 |
| Non-GAAP gross profit | $ 28,100 $ | 34,100 | $ 231,600 | $ 237,600 |
| GAAP gross margin | 52% | 57% | 70% | 70% |
| Non-GAAP gross margin | 54% | 59% | 72% | 72% |
| | | | | |
| GAAP operating (loss) income | $ (25,700) $ | (19,700) | $ 19,500 $ | 25,500 |
| Stock-based compensation | 6,500 | 6,500 | 25,600 | 25,600 |
| Amortization of intangible assets | 2,500 | 2,500 | 14,500 | 14,500 |
| Restructuring and other costs, net | 3,300 | 3,300 | 9,900 | 9,900 |
| Non-GAAP operating (loss) income | $ (13,400) $ | (7,400) | $ 69,500 $ | 75,500 |
| GAAP operating margin | -49% | -34% | 6% | 8% |
| Non-GAAP operating margin | -26% | -13% | 22% | 23% |
| | | | | |
| GAAP net (loss) income | $ (32,800) $ | (26,100) | $ (113,200) | $ (106,500) |
| Stock-based compensation | 6,500 | 6,500 | 25,600 | 25,600 |
| Amortization of intangible assets | 2,500 | 2,500 | 14,500 | 14,500 |
| Restructuring and other costs, net | 3,300 | 3,300 | 9,900 | 9,900 |
| Depreciation | 3,000 | 3,000 | 9,800 | 9,800 |
| Total other income (expense), net | (3,700) | (3,700) | (14,600) | (14,600) |
| Provision for income taxes | 3,300 | 2,600 | 118,000 | 117,300 |
| Adjusted EBITDA | $ (10,500) $ | (4,500) | $ 79,200 $ | 85,200 |
| GAAP net (loss) income margin | -63% | -45% | -35% | -32% |
| Adjusted EBITDA margin | -20% | -8% | 25% | 26% |

cerence    © 2022 Cerence Inc.    22

# Q4 FY22 and FY22 Reconciliations of GAAP to Non-GAAP Guidance

| (unaudited - in thousands) | Q4 2022 | | FY2022 | |
| --- | --- | --- | --- | --- |
| | Low | High | Low | High |
| GAAP net (loss) income | $ (32,800) | $ (26,100) | $ (113,200) | $ (106,500) |
| Stock-based compensation | 6,500 | 6,500 | 25,600 | 25,600 |
| Amortization of intangibles | 2,500 | 2,500 | 14,500 | 14,500 |
| Restructuring and other costs, net | 3,300 | 3,300 | 9,900 | 9,900 |
| Non-cash interest expense | 1,400 | 1,400 | 5,300 | 5,300 |
| Indemnification asset release | - | - | 1,300 | 1,300 |
| Adjustments to income tax expense | 6,400 | 4,600 | 100,300 | 97,900 |
| Non-GAAP net (loss) income | $ (12,700) | $ (7,800) | $ 43,700 | $ 48,000 |
| | | | | |
| Adjusted EPS: | | | | |
| GAAP Numerator: | | | | |
| Net (loss) income attributed to common shareholders | $ (32,800) | $ (26,100) | $ (113,200) | $ (106,500) |
| | | | | |
| Non-GAAP Numerator: | | | | |
| Net (loss) income attributed to common shareholders | $ (12,700) | $ (7,800) | $ 43,700 | $ 48,000 |
| Interest on Convertible Senior Notes, net of tax | - | - | 4,000 | 4,000 |
| Net (loss) income attributed to common shareholders - diluted | $ (12,700) | $ (7,800) | $ 47,700 | $ 52,000 |
| | | | | |
| GAAP Denominator: | | | | |
| Weighted-average common shares outstanding - basic and diluted | 39,400 | 39,400 | 39,200 | 39,200 |
| | | | | |
| Non-GAAP Denominator: | | | | |
| Weighted-average common shares outstanding - basic | 39,400 | 39,400 | 39,200 | 39,200 |
| Adjustment for diluted shares | - | - | 5,000 | 5,000 |
| Weighted-average common shares outstanding - diluted | 39,400 | 39,400 | 44,200 | 44,200 |
| | | | | |
| GAAP net (loss) income per share - diluted | $ (0.83) | $ (0.66) | $ (2.89) | $ (2.72) |
| Non-GAAP net (loss) income per share - diluted | $ (0.32) | $ (0.20) | $ 1.08 | $ 1.18 |

cerence

© 2022 Cerence Inc.

23

