Event Type: Evercore ISI Technology, Media and Telecom Conference    *(Corrected version)*

Date: 2022-09-07

Company: **Cerence, Inc.**

Ticker: CRNC-US

COMPANY PARTICIPANTS
   Unverified Participant
   Thomas L. Beaudoin - Cerence, Inc., Chief Financial Officer & Director
   Richard Yerganian - Cerence, Inc., Vice President-Investor Relations
OTHER PARTICIPANTS

## MANAGEMENT DISCUSSION SECTION

### Unverified Participant

Thanks, everyone, for coming, and appreciate it's the first meeting of the day and the kickoff of the conference. So, really excited to welcome Tom Beaudoin, CFO of Cerence; and Rich Yerganian, Head of IR. Gentlemen, thank you so much for being here.

So, for those of you who are not familiar, Cerence is a pure play in the connected car space; really expanding outwards from their original dominance in the domain of in-car voice recognition. So, their core competency in automotive voice and cognitive assistance is increasingly important in connectivity and distracted driving, which has become somewhat of this paradox where distracted driving has resulted in almost 10% of all vehicle fatalities.

Cerence has partnerships with Ford, GM, Nissan, and VW. We'll come back to some of the big contracts later. And also integrating with all the voice software that you probably know in the car sort of a co-operator such as Amazon, Alexa, or Apple CarPlay or Android Auto. With that said, Tom and Rich, thanks so much.

We're just going to hold a brief Q&A session, where we're going to lead a fireside chat, and then honestly, I want to open it up to you guys for questions.

## QUESTION AND ANSWER SECTION

Unidentified speaker

**Question – Unidentified speaker:** So, maybe we can go into the tech offering itself. Tom, given your long history with Cerence and Nuance prior, if maybe you could break down what you see as Cerence's core value proposition, what you can offer both the OEM and that they can then offer to the consumer.

**Answer – Thomas L. Beaudoin:** Sure. And thank you. Thanks for joining this morning. So, for those of you who don't know, Cerence was a spin-off from Nuance Communications back in October of 2019. And through its history, and I've been involved with the business when I previously was the CFO at Nuance, the auto division business within Nuance and now Cerence has built up over the years a very strong relationship with almost every carmaker in the world.

Our technology resides in about 50% of the cars that are shipped. And we started out with more of kind of a command and control, the little voice button on your steering wheel. But we've advanced significantly beyond that. And what we offer is the OEMs a differentiated solution that they can tailor to create that customer experience that they want. And that's why most people don't know about Cerence. They know about Hey BMW or Hey Mercedes or etcetera.

And the way we do that is we have a very strong professional services and R&D organization that tailors that solution and builds that unique solution for the OEMs. And then we have two ways that we deploy our technology in the automobile. One is an embedded solution where we embed our technology inside the head unit, working with the OEM, working with the Tier 1s. And that's a license revenue, but it's a very strong recurring license revenue model whereby once you get designed into a platform that then rolls out across a number of models, they are usually in that platform for five to seven years.

When a car is shipped, we get a royalty report, we get payment, and we get drop-down revenue associated with that embedded technology. And then more and more, we also offer some of our solutions in a cloud environment whereby when we have to go out to the cloud to get information to provide to the driver or the passengers, then we

©2022, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

offer that solution through a cloud offering. We still get paid when the car is shipped and produced, but then we take that revenue over the – whatever the contract terms are for that cloud solution.

So, a very strong recurring revenue model, again, are on both ends of our technology. We have expanded significantly beyond just command and control within the car. We offer a number of AI-based solutions. And we really believe that what's happening is we're moving from what you'd call the digital cockpit. So, focus on the driver to the digital cabin. We have a lot of technology around signal enhancement and those kinds of offerings, which allows for further experiences within the cockpit between the driver and the passengers being able to do noise cancellation.

There's actually, I think, an announcement coming out this morning with one of our large OEMs, where that new technology is being deployed. And we have some voice biometrics technology. So, we really have a broad suite of technologies. We have a product called Cerence Sing, which really isn't my thing, but it's karaoke in the car; plays quite well to some of the demographics. And that's where we see our advantage. We do coexist with Google and Apple and Apple CarPlay. We understand that people absolutely need to bring their devices into the car.

So, in some cases, it's a competitive situation, although we continue to win very large deals across the OEMs. We just announced last quarter actually a win-back from a large tech company that a few years ago had moved to that tech company. It wasn't a great experience and so, in their next platform, they've come back to Cerence. That's a little bit of the overview of about the company, our technology, why we win against our competitors and also that very, very strong relationship that we have with pretty much every OEM around the world.

---

Unidentified speaker

**Question – Unidentified speaker:** And it's very helpful, Tom. And I think Doug's (00:07:04) going to come back to the competition question in a little bit. But maybe since you've joined Cerence, obviously, a long history with Nuance, maybe since we have you here, we could talk a little bit about the history of the last, call it, 12 months where there's been some turbulence in numbers. So, maybe if you could just go over for people some of the issues that have arrived from the fixed or forward sales and your decision really post coming on as CFO to sort of change the revenue model to limit the amount of fixed sales versus variable. So, just a little bit of the background for people who may not be familiar.

**Answer – Thomas L. Beaudoin:** Yeah. And I would say, Chris (00:07:48), first and foremost, fixed license contracts, which are – we get built on to a model. We start shipping. And then it's mostly Tier 1s that have contracted this way. And this is historically a better way (00:08:08). We've worked with a certain set of customers for years, at least going back to 2008 when I first got involved with the business. And they will come back to us and say, hey, we want to buy an inventory of licenses. We know the product's doing well. We've got really good line of sight to our production. And we'd like to buy an inventory of products.

And we will do that for a couple of benefits to Cerence. One, we get the cash up front, and they get a discount. And as I said, this is predominantly with Tier 1 suppliers, mostly in Japan and Korea. So, we don't do these with the large OEMs. And over the last couple of years – so we had historically been on a level of $40 million to $50 million of these types of contracts. And then, over the last couple of years, I think some of it driven by what was going on in auto production and the pandemic and the shutdowns in factories and the chip supply. We got additional request to do these types of licensing agreements.

The other form that this takes is in a minimum commitment. So, if a customer will give us a minimum commitment for a number of years, those are slightly different. Those are a lower discount, and we get the cash when the car is produced. So, we had got up to a level of approximately $70 million over the last couple of years. And what that does is you're pulling forward that revenue based on the revenue accounting rules. In 606, you have to take that revenue up front because it's fixed. It's determinable. They have all the technology. And, of course, these are not credit risk customers. So, the accounting rules are you get that revenue up front.

But then you have to wait for that inventory to bleed off, and so you end up with very lumpy growth. And you also – what became really clear to me last quarter, and I joined the company as the CFO in early May, and when I talked to all the investors, it was almost impossible to model our business. And so, Stefane Ortmanns is the CEO, and I and Rich, and we made a determination that we had to get back to a more predictable level of these kinds of contracts.

And so, what we announced at our Q3 earnings is that we were not going to do any of these in Q4 and that, on a go-forward basis, we would cap this to about $40 million per year. That provides us with some room to continue to work with these types of customers that want to contract this way but gets us into, over the long term, a predictable level of these which then I think will provide much more visibility to the underlying strength of the business.

Now, unfortunately, we have to go through a transition as we bleed off this higher level of fixed contracts. That will primarily happen in our Q4 and in FY 2023, and we should return to more normalized growth in 2024 and going

©2022, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

forward. And so, I think it's absolutely the right thing to do. We also provided some additional disclosures with our Q3 earnings around the fact that we think we'll get to a $40 million of these types of contracts and a $40 million of the absorption of those in FY 2025. And so, you can kind of see how the trends will work out.

And then we have an Analyst Day on November 29 here in New York at Nasdaq where we'll be laying out our strategy going forward, our FY 2023 guidance and our multiyear plan, which will go out to FY 2026. And I'm really excited for that because I think it will really show the strength of the company, a lot of the new technologies that we have a lot of capabilities for, but we'll also be able to more transparently show this transition through FY 2023 and really the growth projectors that we see going forward.

And we have pretty high predictability and visibility to our revenues over a two- to three-year period because of, as I said, you – we've had very strong bookings the last two years. It takes about 12 months from bookings to revenue. And then when you get on these platforms, you're on those platforms, as I said, for five to seven years. So, we have pretty strong visibility to a fairly large percent of our revenue, looking out two, three, four years. And so, as I said, I'm kind of excited for November. I wish we could do it now, but we're in the planning process.

We've gone through a significant exercise to look at some adjacent markets that the previous CEO was pursuing. They probably fall into three buckets. There's some that we've decided not to pursue aggressively. An example of that would be the elevator space. We don't think it's a very strong market, and we've identified some that we do believe there's some strong capabilities. We just did an announcement last week on Cerence Link, which is a solution that goes into the lower-end cars. So, think about those 50% cars that we're not in today...

---

Unidentified speaker

**Question – Unidentified speaker:** Yes.

**Answer – Thomas L. Beaudoin:** ...that provide some capabilities that you get with some of the higher-end cars. That's a new offering and a new technology for us. It shows some promise. And then we've identified some new markets and some new capabilities that we'll unveil in November.

Just one last point. I led the spin of Cerence from Nuance. Associated with that was a five-year restriction on field of use. So, Cerence was restricted in the transportation market. Think autos, buses, anything with kind of wheels and transportation.

---

Unidentified speaker

**Question – Unidentified speaker:** Yeah.

**Answer – Thomas L. Beaudoin:** And Nuance was restricted from competing in that market, so it's kind of bilateral.

---

Unidentified speaker

**Question – Unidentified speaker:** Yeah.

**Answer – Thomas L. Beaudoin:** That FOU expires two years from October 1, and so we're in the process of trying to identify where we can take advantage of that. I mean, we're not going to wait till October 1 of 2025.

---

Unidentified speaker

**Question – Unidentified speaker:** Yeah.

**Answer – Thomas L. Beaudoin:** We're going to start to look at where we can get ready and maybe do the first sale on October 1, 2025.

---

Unidentified speaker

**Question – Unidentified speaker:** 2024 or 2025 on the...

**Answer – Thomas L. Beaudoin:** By 2024.

---

Unidentified speaker

**Question – Unidentified speaker:** 2024.

©2022, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

**Answer – Thomas L. Beaudoin:** Sorry.

---

Unidentified speaker

**Question – Unidentified speaker:** And last – that's super helpful, Tom. The last financial question for me before we maybe talk a little bit about the competitive set. If we take that 2023 as a transition year, is – and 2024 starts to get back to sort of the normal algorithm of outgrowth. Whatever production is, hopefully, knock on wood, we're back to a normal world where auto production's going towards $90 million. Could you just talk a little bit about – and I don't want to steal any thunder from the Analyst Day, but just some of the growth algorithms about how you may outgrow in, for example, embedded and some of the growth rates associated with connected as you also work through the Toyota issue? Any high-level (00:17:04)?

**Answer – Thomas L. Beaudoin:** Oh, sure, sure. I could talk a little bit about what will be the drivers of that growth in 2024. A big piece of it will be a lot of these wins that we've had over the last couple of years, which also include a fairly significant percentage of not only our embedded technology but our cloud technology. Additionally, a lot of those wins included additional solutions and capabilities, so it'll have an impact on the ASP. So, the average systems price that we're getting both on our embedded and our cloud services, it'll also hopefully benefit from some of these new products and solutions and technologies that we're entering into. And then, of course, global production will hopefully help although, at least for now, in our planning, not to pick on IHS, but they haven't been very predictable the last two years.

---

Unidentified speaker

**Question – Unidentified speaker:** For about six years, yeah.

**Answer – Thomas L. Beaudoin:** And so, we're trying to take a conservative approach to that.

---

Unidentified speaker

**Question – Unidentified speaker:** Yeah.

**Answer – Thomas L. Beaudoin:** I think, historically, we've just used IHS. And when I came in, I said, no, we're going to discount that a little bit because we can't use that as an excuse.

---

Unidentified speaker

**Question – Unidentified speaker:** Yeah.

**Answer – Thomas L. Beaudoin:** We have to – because we have data and visibility through all of our royalty reporting, and we need to use all of our data and information to help understand what our plans are going forward. So, those are some of the critical drivers that you'll see when we lay out the full plan in November.

---

Unidentified speaker

**Question – Unidentified speaker:** Doug, do you want to ask on competition?

---

Unidentified speaker

**Question – Unidentified speaker:** Great. Yeah. Absolutely. Tom and Rich, thank you again for being with us today. So, just moving back to the tech and competition, specifically with Android, Apple, Amazon, whoever's playing in the center console here, it sounds like they can be co-inhabitants. Has anything changed to increase their competitiveness that you see them making a move into your territory? For example, Apple moving further into the center console, how do you view that? What is the risk there?

**Answer – Richard Yerganian:** Yeah. I'll start on that one. So, if we start with the Apple CarPlay, the new Apple CarPlay, it does have the ability to go deeper into the dashboard, if you will. The challenge that I think carmakers have today is do they really want to do that because the concern is they want to create their own branded experience, right? So, if you hand that off to someone else, then you're losing that identity with your customer, number one. But just as importantly, when things are done through the phone, all that data goes through the phone, right? And so, when a car manufacturer, as they're looking to provide services and connectivity inside a car for their customers, they're not doing that out of the altruistic heart. They're doing it because they see the opportunity to monetize the life of the car rather than just component sale (00:20:19).

©2022, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

And so, that's why all the car companies are so focused on developing and spending money in R&D, on developing their own unique experiences inside the car that still provide access to the features or the capabilities that customers need outside the car. But they want to develop a system where the consumer chooses to use the embedded system because that's when they get the opportunity to monetize that experience. Again, if it's a connected phone, if you're tethering your phone, the car manufacturer doesn't get any access to that data, right? And so, that's a key thing there.

So, the data is probably number one; the experience is number two because whether it be Google's product in the car or whether it be Apple CarPlay, the idea is that you don't want a homogenous solution that cuts across all levels of cars, all levels of manufacturers. You want one that's branded to yourself, especially as the cars become more digital and more electric that the differentiation that may have existed in the past for horsepower and engine and all, it isn't as important into the future. What's more important is that cabin experience, and that's what we seek to really help our customers differentiate themselves from one to another.

---

Unidentified speaker

**Question – Unidentified speaker:** And, Rich, can you just give a real granular example of some of the capabilities of your getting in the car, what you're able to add on to that center console experience versus the very basic Apple CarPlay where it plays the music?

**Answer – Richard Yerganian:** Yeah. So, we have a hybrid solution, right? Number one. So, our solution is embedded inside the infotainment system which gives us access to all of the sensors and things that can go on inside the car, right? And so, what we can do is – and that's something that – an Apple CarPlay doesn't have access to all of that information. So, we can rely – we can take that information and act on it. Number one.

And number two, we have that cloud connectivity as well that can provide that connectivity for when a driver is making a request to something that requires information from the cloud, whether it be traffic and navigation, flight information, and making a restaurant reservation, whatever it may be. So, ours is a hybrid solution that still, again, is branded to the customers' desire and how they want to structure it. And that just allows us to be more innovative having that hybrid solution for providing different capabilities to the customer. In addition to things like emergency vehicle detection, is a relatively new capability that we've come out with that allow – we rely on the microphones inside the car to determine or to hear the approach of an oncoming emergency vehicle and be able to alert the driver so that they can safely get out of the way.

That's a technology that should be in every car really. But at this point in time, it's just starting in the higher-end premium models in terms of that capability. What we expect to see over time is that it will waterfall into more of the mass market cars. But what it does is it takes the technology that we have inside the car, relies on the microphones there. And even if you're listening to music, you're engaged in a conversation with someone and don't hear it, our technology can hear that – that can differentiate that emergency vehicles approaching. And, again, alert the driver to safely get out of the way.

At the end of the day, that's the core of where we came from, is providing that level of safety because using your voice is where it all starts, and that allows you to keep your eyes on the road and your hands on the wheel. And so, that safety was where the foundation of our technology came from. But now, as time goes by, we're expanding it more into the cabin, more into infotainment, and that will just continue to grow over time.

---

Unidentified speaker

**Question – Unidentified speaker:** Wonderful. So, it sounds like there's some pretty significant differentiation there. So, with that being said, who would you currently say is your biggest near-term competitor? Is it an iFLYTEK in China? Is it a SoundHound? Is there another comp that maybe we're unaware of that you have your eye on?

**Answer – Richard Yerganian:** I would say you always have to be cognizant of the Googles and the Amazons, right? I mean, we're – we have what we believe is a strong differentiation. In many ways, they're frenemies because we'll work with them to incorporate their technology in the car. And then in other cases, they may be a competitor. So, it is a kind of a mixed relationship there. But those are certainly the ones that you need to be aware of and consider, and that's what continues to drive us to continuously innovate new products and ideas and technologies inside the car.

**Answer – Thomas L. Beaudoin:** I think one of the important things is to keep a close eye on the competition to maintain and strengthen those relationships we have with the OEMs, leveraging all of the things we offer the OEMs that Rich talked about that is difficult for some of our competitors to offer at the same time. But our biggest opportunity is to continue to leverage that and to really get all of the OEMs to keep including higher levels of our technology into their cars. As Rich said, they have a tendency to start at some of the higher ends of the cars and then to work down. And the faster we can get them to embrace – and I think this announcement that you'll see this

©2022, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

morning, which is a really good example of what Rich talked about, where we're moving beyond just speech using some of our signal enhancement technologies and really expanding to that digital cockpit and enhancing that experience for everybody in the car. And one of the examples is that there's a technology that – think of a mother in a three-seater trying to yell at her kid in the third row of the seat. And what does she do? She turns around.

Unidentified speaker

**Question – Unidentified speaker:** Yeah.

**Answer – Thomas L. Beaudoin:** And we have some technology that allows her – it takes out the other background noise and allows her to have a direct conversation with that child or a person in the back seat.

Unidentified speaker

**Question – Unidentified speaker:** Is that – and is that hands-free or is it...

**Answer – Thomas L. Beaudoin:** Yeah. Yeah, it's hands-free.

Unidentified speaker

**Question – Unidentified speaker:** Wow. Fantastic.

**Answer – Thomas L. Beaudoin:** So, she can keep her eye on the road but still have that kind of direct conversation with the misbehaved person in the...

Unidentified speaker

**Question – Unidentified speaker:** Yeah. Yeah, individual sounds (00:27:23) is a fantastic thing.

**Answer – Thomas L. Beaudoin:** Yeah. And that – and we can do that because we're utilizing the speaker system...

Unidentified speaker

**Question – Unidentified speaker:** That's already built in.

**Answer – Thomas L. Beaudoin:** ...that's already built in into the car, right? We don't provide those speakers.

Unidentified speaker

**Question – Unidentified speaker:** Yeah.

**Answer – Thomas L. Beaudoin:** We just provide the technology.

Unidentified speaker

**Question – Unidentified speaker:** We have about five, seven minutes left, so I really just want to open it up for questions. If anyone has their own questions, I have a bunch more, we'd move on to the VW deal, but I just wanted to see if anyone had any questions of their own. Okay. It's early, so people are shy. So, VW, the – one of the largest – I think the largest deal you've ever signed, 10 million-plus units. What VW does, we always are paying attention. Can you talk about the scope and the scale of that deal and maybe some of the features that they will be using that will be the first that are going into the car?

**Answer – Thomas L. Beaudoin:** I don't know if it's...

**Answer – Richard Yerganian:** Yeah, we haven't specifically said who the customer's name was. We've said a major European manufacturer, just to be clear.

Unidentified speaker

©2022, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

**Question – Unidentified speaker:** Oh, okay. If we just assume a very large European, just anything that you can talk about because I think you have given the size of the actual win.

**Answer – Richard Yerganian:** Yeah. The contracts, yes.

---

Unidentified speaker

**Question – Unidentified speaker:** Yeah. Okay.

**Answer – Richard Yerganian:** Yeah, we've talked about the contracts. I think there's a couple of things to – that's worth noting in that customer's particular decision, is that they're basically going all-in in terms of the connectivity of their various makes and models. And so, it's a very broad distribution of the technology versus before, people would take maybe one model or one brand and do it. This is more all-encompassing. I think the other thing from our perspective, from a revenue perspective for us is that these are deals, again, as Tom said, take time to actually get to market.

---

Unidentified speaker

**Question – Unidentified speaker:** Yeah.

**Answer – Richard Yerganian:** And so, these are deals that have been penned over the last year or two, and we expect the beginning of those cars to be hitting the road sometime mid next calendar year.

---

Unidentified speaker

**Question – Unidentified speaker:** Okay.

**Answer – Richard Yerganian:** So, those deals, which are the three largest in the company's history, none of those have generated any product revenue.

---

Unidentified speaker

**Question – Unidentified speaker:** And this gets to the conversation we were having about that 2024 into 2026 ramp because it also takes time.

**Answer – Richard Yerganian:** Right.

---

Unidentified speaker

**Question – Unidentified speaker:** They have to wait for the natural cadence of the new program.

**Answer – Richard Yerganian:** Right.

---

Unidentified speaker

**Question – Unidentified speaker:** So, one by one, it sort of – it builds in this in a stairstep function.

**Answer – Richard Yerganian:** Yeah.

**Answer – Thomas L. Beaudoin:** Yeah. And then their platforms have a have a curve too.

---

Unidentified speaker

**Question – Unidentified speaker:** Yeah.

**Answer – Thomas L. Beaudoin:** They have to ramp up, and then they have a nice – the good news is they have a nice long tail to them too. And then clearly on the connected side of it, even once they start producing...

---

Unidentified speaker

**Question – Unidentified speaker:** You wait for the install mix.

©2022, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

**Answer – Thomas L. Beaudoin:** ...we've got an amortized revenue stream.

---

Unidentified speaker

**Question – Unidentified speaker:** And so, on this one large contract, it's both embedded and cloud built on top of each other.

**Answer – Richard Yerganian:** Yes. So, we have three contracts that we referenced over the last two fiscal years.

---

Unidentified speaker

**Question – Unidentified speaker:** Yeah.

**Answer – Richard Yerganian:** One was the beginning of this past fiscal year, and then two, the previous fiscal year. One was for embedded and two were for connected.

---

Unidentified speaker

**Question – Unidentified speaker:** And also just, again, for people who are less familiar with the story, we can actually track a lot of your forward progress by looking at the professional division, right, which is more of is your engineer sitting at the OEM. But it's sort of an idea if you're working with that large customer, it's about future progress.

**Answer – Thomas L. Beaudoin:** It is a good indicator of professional services revenue, and we do talk about SOPs.

---

Unidentified speaker

**Question – Unidentified speaker:** Yeah.

**Answer – Thomas L. Beaudoin:** How many SOPs did we have in the quarter? That's – think of that as first revenue shift. That's when the product is finished. So, we don't focus on growing our professional services revenue.

---

Unidentified speaker

**Question – Unidentified speaker:** Yeah.

**Answer – Thomas L. Beaudoin:** It is profitable, but it's not license-profitable or cloud-profitable.

---

Unidentified speaker

**Question – Unidentified speaker:** Yeah.

**Answer – Thomas L. Beaudoin:** But it is a significant differentiator for us and an important element of the business. But as you see us having strong professional services and strong SOPs, it's a really good early indicator that those bookings are now turning into a revenue stream both on the embedded and cloud portions of our business.

---

Unidentified speaker

**Question – Unidentified speaker:** And then I'm conscious of time, so maybe the last topic of a – the idea of ADAS and Cerence Co-Pilots, ADAS and distracted driving and sort of the transition to higher forms of autonomy; very close to the team's hearts and interest. Can you talk a little bit about the Co-Pilot offering? What voice and also access to some of those other sensors could offer? And it's super early. So, this is not revenue for the company. I'm not even sure you've talked about wins or potential wins. But just can you go over a little bit about Cerence Co-Pilot and how it can relate to ADAS?

**Answer – Richard Yerganian:** Yeah. So, the idea is the way that technology has worked to this point is you have a request and you ask the system, right? And so, you say, I'm cold, and the system says, okay, I'll raise temperature by a degree and so forth. But what we're looking at is using the information that comes from all of the various sensors within the car and using that to proactively inform the driver of something, right? If it's – in the long-range

©2022, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

vision, it could be there's enough data going on from the performance of the engine or performance of a certain part of the car where it's wearing down. And the technology is able to alert the driver based on that data.

---

Unidentified speaker

**Question – Unidentified speaker:** Proactive maintenance, yeah.

**Answer – Richard Yerganian:** Yeah, the maintenance requirements. Or it could be as simple as someone was looking to navigate from point A to point B, and that's a certain mileage. And the system determines they don't have enough fuel to get there from point A to point B and saying, hey, you may need to get some fuel. Would you like me to...

---

Unidentified speaker

**Question – Unidentified speaker:** Or charge.

**Answer – Richard Yerganian:** Yeah, or charge.

(00:33:33)

**Answer – Richard Yerganian:** Right. Hey, would you like me to navigate...

---

Unidentified speaker

**Question – Unidentified speaker:** Yeah.

**Answer – Richard Yerganian:** ...to one that's close by, and what have you. So, those are the kind of things that, again, being so embedded inside the car allows us to do that kind of technology. But it's being more proactive rather than just reactive in terms of whatnot (00:33:53).

**Answer – Thomas L. Beaudoin:** And I'll just add, it's small right now, but we're also seeing that in some of the autonomous driving, they have a propensity to want more of our technology...

---

Unidentified speaker

**Question – Unidentified speaker:** Yeah.

**Answer – Thomas L. Beaudoin:** ...because it really plays to that digital cabin.

---

Unidentified speaker

**Question – Unidentified speaker:** Yeah. And driver monitoring where here – it's a very big aspect of Level 2-plus, yeah.

**Answer – Richard Yerganian:** Yeah.

**Answer – Thomas L. Beaudoin:** And that's a small piece right now, but we're seeing some indicators that they have a tendency to want more of the overall menu of offerings that we have.

Well, gentlemen, I think that is time. Tom, Rich, thank you so much for joining. If anyone wants to learn more about Cerence, reach out to the team or management. But thank you so much.

Thank you.

Thank you.

Appreciate it, guys.

Copyright © 2022 FactSet Research Systems Inc. All rights reserved.

©2022, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.