**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CITY OF MIAMI FIRE FIGHTERS' AND POLICE OFFICERS' RETIREMENT TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CERENCE INC., SANJAY DHAWAN, and MARK J. GALLENBERGER,<br><br>　　　　　Defendants. | No. 1:22-cv-10321-ADB |

## NOTICE PURSUANT TO SEPTEMBER 18, 2024 HEARING

In accordance with the Court's instructions during the September 18, 2024 hearing concerning Lead Plaintiff's Unopposed Motion for Preliminary Approval of Settlement and Approval of Notice to the Settlement Class (ECF No. 72), Lead Plaintiff respectfully submits the attached Proposed Order, with its Exhibits, including the Notice, revised only to fill in the specific dates contemplated by the previously-submitted proposed order.

DATED:  September 18, 2024

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER**
**  & GROSSMAN LLP**

/s/ *John Rizio-Hamilton*
Hannah Ross (*pro hac vice*)
John Rizio-Hamilton (*pro hac vice*)
Alec T. Coquin (*pro hac vice*)
Mathews R. de Carvalho (*pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
(212) 554-1400
hannah@blbglaw.com
johnr@blbglaw.com

alec.coquin@blbglaw.com
mathews.decarvalho@blbglaw.com

Jonathan D. Uslaner (*pro hac vice*)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
(310) 819-3470
jonathanu@blbglaw.com

**SAXENA WHITE P.A.**
Maya Saxena (*pro hac vice* forthcoming)
Joseph E. White III (BBO #648498)
7777 Glades Road, Suite 300
Boca Raton, Florida 33434
(561) 394-3399
msaxena@saxenawhite.com
jwhite@saxenawhite.com

Steven B. Singer (*pro hac vice*)
Joshua H. Saltzman (*pro hac vice*)
Sara DiLeo (*pro hac vice*)
10 Bank Street, 8th Floor
White Plains, New York 10606
(914) 437-8551
ssinger@saxenawhite.com
jsaltzman@saxenawhite.com
sdileo@saxenawhite.com

*Lead Counsel for Lead Plaintiff Public
Employees' Retirement System of Mississippi*

**DONNELLY, CONROY
   & GELHAAR, LLP**
T. Christopher Donnelly (BBO #129930)
Peter E. Gelhaar (BBO #188310)
Peter K. Levitt (BBO #565761)
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
(617) 720-2880
tcd@dcglaw.com
peg@dcglaw.com
pkl@dcglaw.com

*Liaison Counsel for Lead Plaintiff Public
Employees' Retirement System of Mississippi*

2

**DAVIDSON BOWIE, PLLC**
John L. Davidson (*pro hac vice*)
1062 Highland Colony Parkway
200 Concourse, Suite 275
Ridgeland, Mississippi 39157
(601) 932-0028
jdavidson@dbslawfirm.net

*Additional Counsel for Lead Plaintiff Public*
*Employees' Retirement System of Mississippi*