UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF MIAMI FIRE FIGHTERS' AND POLICE OFFICERS' RETIREMENT TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CERENCE INC., SANJAY DHAWAN, and MARK J. GALLENBERGER,<br><br>Defendants. | No. 1:22-cv-10321-ADB |

## LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(h) and this Court's Order Preliminarily Approving Settlement and Providing for Notice dated September 23, 2024, and upon (a) the Joint Declaration of Joshua H. Saltzman and John Rizio-Hamilton in Support of (I) Lead Plaintiff's Motion for Final Approval of Settlement and Plan of Allocation, and (II) Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses; (b) the Memorandum of Law in Support of Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses; and (c) all other papers and proceedings herein, Lead Counsel will and do hereby move this Court, before the Honorable Allison D. Burroughs, on December 16, 2024 at 10:00 a.m. in Courtroom 17 of the John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210, or at such other location and time as set by the Court, for entry of an Order awarding attorneys' fees and Litigation Expenses, including reimbursement of Lead Plaintiff's costs pursuant to 15 U.S.C.

§78u-4(a)(4). A proposed Order granting the relief requested will be submitted with Lead Counsel's reply papers after the deadline for objecting to the motion has passed.

DATED: November 11, 2024                    Respectfully submitted,

| | |
|---|---|
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** | **SAXENA WHITE P.A.** |
| /s/ *John Rizio-Hamilton* | /s/ *Steven B. Singer* |
| John Rizio-Hamilton (*pro hac vice*) | Steven B. Singer (*pro hac vice*) |
| Hannah Ross (*pro hac vice*) | Joshua H. Saltzman (*pro hac vice*) |
| Alec T. Coquin (*pro hac vice*) | Sara DiLeo (*pro hac vice*) |
| Mathews R. de Carvalho (*pro hac vice*) | 10 Bank Street, 8th Floor |
| 1251 Avenue of the Americas | White Plains, New York 10606 |
| New York, New York 10020 | (914) 437-8551 |
| (212) 554-1400 | ssinger@saxenawhite.com |
| johnr@blbglaw.com | jsaltzman@saxenawhite.com |
| hannah@blbglaw.com | sdileo@saxenawhite.com |
| alec.coquin@blbglaw.com | |
| mathews.decarvalho@blbglaw.com | |
| | |
| Jonathan D. Uslaner (*pro hac vice*) | Maya Saxena |
| 2121 Avenue of the Stars, Suite 2575 | Joseph E. White III (BBO #648498) |
| Los Angeles, CA 90067 | 7777 Glades Road, Suite 300 |
| (310) 819-3470 | Boca Raton, Florida 33434 |
| jonathanu@blbglaw.com | (561) 394-3399 |
| | msaxena@saxenawhite.com |
| | jwhite@saxenawhite.com |

*Lead Counsel for Lead Plaintiff Public Employees' Retirement System of Mississippi*

**DAVIDSON BOWIE, PLLC**
John L. Davidson (*pro hac vice*)
1062 Highland Colony Parkway
200 Concourse, Suite 275
Ridgeland, Mississippi 39157
(601) 932-0028
jdavidson@dbslawfirm.net

*Additional Counsel for Lead Plaintiff Public Employees' Retirement System of Mississippi*