# Exhibit 5

**EXHIBIT 5**

*City of Miami Fire Fighters' and Police Officers' Retirement Trust v. Cerence Inc.*,
Case No. 1:22-cv-10321-ADB (D. Mass.)

**SUMMARY OF PLAINTIFFS' COUNSEL'S
LODESTAR AND EXPENSES**

| Exhibit | FIRM | HOURS | LODESTAR | EXPENSES |
|---------|------|-------|----------|----------|
| 5A | Bernstein Litowitz Berger & Grossmann LLP | 4,285.50 | $2,769,206.25 | $70,647.75 |
| 5B | Saxena White P.A | 4,706.00 | $2,720,882.50 | $57,887.91 |
| 5C | Donnelly, Conroy & Gelhaar, LLP | 46.70 | $39,195.00 | $1,212.54 |
| 5D | Davidson Bowie, PLLC | 78.25 | $27,387.50 | $0.00 |
| | **TOTAL:** | **9,116.45** | **$5,556,671.25** | **$129,748.20** |