# Exhibit 5D

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF MIAMI FIRE FIGHTERS' AND POLICE OFFICERS' RETIREMENT TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CERENCE INC., SANJAY DHAWAN, and MARK J. GALLENBERGER,<br><br>Defendants. | No. 1:22-cv-10321-ADB |

## DECLARATION OF JOHN L. DAVIDSON ON BEHALF OF DAVIDSON BOWIE, PLLC IN SUPPORT OF LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES

I, John L. Davidson, hereby declare as follows:

1. I am a partner in the law firm of Davidson Bowie, PLLC ("Davidson Bowie"). I submit this declaration in support of Lead Counsel's motion for an award of attorneys' fees in connection with services rendered by Plaintiffs' Counsel in the above-captioned securities class action ("Action").[1] Unless otherwise stated, I have personal knowledge of the facts set forth herein and, if called upon, could and would testify thereto.

2. Davidson Bowie served as additional counsel for Lead Plaintiff Public Employees' Retirement System of Mississippi in the Action. In that capacity, I, on behalf of my firm, assisted Lead Counsel by, among other tasks, reviewing draft pleadings and briefs, assisting in responding

---

[1] All capitalized terms that are not otherwise defined herein shall have the meanings set forth in the Stipulation and Agreement of Settlement dated September 6, 2024 (ECF No. 72-1).

to discovery requests directed toward Lead Plaintiff, advising on issues particular to Mississippi law, and assisting in the mediation and settlement process and strategic decision making.

3.    Attached as Exhibit 1 is a detailed summary showing the amount of time spent by each attorney at Davidson Bowie who devoted ten (10) or more hours to the Action from its inception through and including October 31, 2024, and the lodestar calculation for those individuals based on their current hourly rates.    The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm.    All time expended in preparing this application for fees and expenses has been excluded.

4.    The number of hours expended by Davidson Bowie in the Action, from its inception through October 31, 2024, as reflected in Exhibit 1, is 78.25.    The lodestar for my firm, as reflected in Exhibit 1, is $27,387.50.

5.    I believe that the number of hours expended and the services performed by the attorneys at my firm were reasonable and necessary for the effective and efficient prosecution and resolution of the Action.    My hourly rate listed in Exhibit 1 is consistent with the hourly rate my firm has charged Lead Plaintiff for my services in non-contingent matters.    Hourly rates at Davidson Bowie are largely based on a combination of the title and years of experience for each attorney, as well as market rates for practitioners in the field.

6.    With respect to the standing of my firm, attached hereto as Exhibit 2 is a brief biography of my firm.

I declare, under penalty of perjury, that the foregoing facts are true and correct. Executed on November 6, 2024.

_____
John L. Davidson

2

**EXHIBIT 1**

*City of Miami Fire Fighters' and Police Officers' Retirement Trust v. Cerence Inc.,*
Case No. 1:22-cv-10321-ADB (D. Mass.)

**DAVIDSON BOWIE, PLLC**

**TIME REPORT**

From Inception Through October 31, 2024

| NAME | HOURS | HOURLY RATE | LODESTAR |
|------|-------|-------------|----------|
| **Partners** | | | |
| John L. Davidson | 78.25 | $350 | $27,387.50 |
| | | | |
| TOTALS: | 78.25 | | $27,387.50 |

**EXHIBIT 2**

*City of Miami Fire Fighters' and Police Officers' Retirement Trust v. Cerence Inc.,*
Case No. 1:22-cv-10321-ADB (D. Mass.)

**DAVIDSON BOWIE, PLLC**

**FIRM RESUME**

# DAVIDSON | BOWIE

Davidson Bowie, PLLC was established in 2004 by partners John L. Davidson and F. Lee Bowie. Mr. Davidson and Mr. Bowie have been practicing law since 1990 and collectively, have decades of litigation experience.  Davidson Bowie, PLLC has represented hundreds of individuals involving complex matters, including securities cases.  The firm has obtained recovery on behalf of investors for claims of fraud, breach of fiduciary duty, unsuitable investments, churning and failure to supervise against numerous financial advisors, broker dealers, variable annuity companies and mutual fund companies.  Most notable are the multi-million dollar arbitration awards for retired Kansas City Southern investors and retired American Airlines pilots against Intersecurities, Inc. and Securities America, Inc. for fraud and breach of fiduciary duty.

Some of the firm's most notable awards regarding securities litigation include:

- Awarded $9.3 million for claims filed by three retired American Airlines pilots against Securities America and their financial advisor in Texas for, among other things, excessive trading in leveraged Rydex mutual funds. The firm also represented dozens of retired American Airlines pilots in a multi-million dollar settlement stemming from this trial.

- Awarded $2.2 million for claims against a St. Petersburg, FL broker-dealer to four retired Kansas City Southern railroad workers. The award, which included punitive damages, was directed against InterSecurities Inc., a broker-dealer and registered investment advisor, and two of its representatives in New Orleans, LA. The four claimants, who had opened IRA rollover accounts at the firm, alleged InterSecurities placed excessive amounts of their retirement assets in high-cost, high-fee variable annuities from an affiliate, Western Reserve Life Insurance Co.

Davidson Bowie, PLLC has also represented clients in a variety of other complex cases ranging from class actions to claims on behalf of States for consumer protection and "*parens patriae*" claims.  The firm currently serves as outside counsel for several states' attorney general representing Mississippi, Arkansas, Louisiana and Ohio.  Below are some of the accomplishments of which the firm is most proud:

- The firm filed the first opioid case in the country on behalf of a State, seeking to hold drug makers like Johnson & Johnson, Purdue Pharma, and Teva Pharmaceuticals responsible for the opioid epidemic.

- The firm filed class actions in South Carolina and Florida against StarCraft for their manufacture of thousands of defective church buses that a multi-year investigation revealed failed to meet Federal Motor Vehicle Safety Standards. The result was a multi-million dollar confidential settlement and a NHTSA recall of thousands of vehicles.

- The firm filed a class action against the largest limousine manufacturer in the nation for manufacturing defective limousines that violate the Federal Motor Vehicle Safety Standards.

- The firm filed and settled a national class action against Hibbetts Sporting Goods for violations of the Fair Labor Standards Act.

 John L. Davidson is the managing partner of Davidson Bowie, PLLC.  His firm represents clients throughout the country in matters ranging from complex securities cases to catastrophic injury cases.

Mr. Davidson, J.D. began his legal career in 1990 after graduating from the University of Mississippi Law School.  He worked as a felony prosecutor in both Dallas, Texas and Jackson, Mississippi until 1998.  Mr. Davidson has personally tried dozens of cases, including assisting in the successful re-prosecution of the murder of slain civil rights worker Medgar Evers.  During the last four years of his prosecutorial career he ran the Grand Juries and homicide prosecutions division for the Jackson, Mississippi Circuit Court.

In 1998, Mr. Davidson went into private practice. That firm eventually became the largest plaintiffs practice in Mississippi, handling pharmaceutical cases, crashworthy litigation, and securities fraud claim.

**DAVIDSON BOWIE, PLLC**
1062 Highland Colony Parkway
200 Concourse, Suite 275
Ridgeland, Mississippi 39157
Telephone: (601) 932-0028
Facsimile: (601) 932-0115
https://www.dbslawfirm.net