# Exhibit 6

**EXHIBIT 6**

*City of Miami Fire Fighters' and Police Officers' Retirement Trust v. Cerence Inc.*,
Case No. 1:22-cv-10321-ADB (D. Mass.)

**BREAKDOWN OF PLAINTIFFS' COUNSEL'S
EXPENSES BY CATEGORY**

| CATEGORY | AMOUNT |
|---|---|
| Court Fees | $1,175.00 |
| Online Factual & Legal Research | $35,109.99 |
| Document Management & Litigation Support | $2,517.00 |
| Telephone | $370.64 |
| Postage & Express Mail | $239.36 |
| Printing & Photocopying | $66.50 |
| Transportation, Lodging & Meals | $9,207.21 |
| Experts & Consultants | $64,812.50 |
| Court Reporting & Transcripts | $600.00 |
| Mediation | $15,650.00 |
|  |  |
| **TOTAL:** | **$129,748.20** |