**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CITY OF MIAMI FIRE FIGHTERS' AND :
POLICE OFFICERS' RETIREMENT TRUST,    Case No. 1:22-cv-10321-ADB
Individually and on Behalf of All Others :
Similarly Situated,    Hon. Allison D. Burroughs

                          :

           Plaintiff,

                          :

    v.

                          :

CERENCE INC., SANJAY DHAWAN, and
MARK J. GALLENBERGER,    :

          Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DECLARATION OF KATHERINE G. McKENNEY
### REGARDING NOTICE PURSUANT TO 28 U.S.C. § 1715

I, Katherine G. McKenney, declare as follows:

1.      I am a counsel at the law firm Goodwin Procter LLP and represent defendants Cerence, Inc. ("Cerence"), Sanjay Dhawan, and Mark Gallenberger (collectively, "Defendants") in the above-captioned matter (the "Action"). I make this Declaration upon personal knowledge and if asked, I could and would competently testify to these matters.

2.      On September 6, 2024, Lead Plaintiff in the Action filed a motion for preliminary approval of settlement and approval of notice to the settlement class. Dkt. No. 72. The stipulation of settlement between the parties was filed with Lead Plaintiff's motion. Dkt. No. 72-1.

3.      At the direction of Defendants' Counsel, A.B. Data prepared notice packets for delivery to the appropriate federal and state officials pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715 ("CAFA") (collectively, the "CAFA Notice Packets").  Each CAFA Notice

1

Packet included the same notice letter, a link to the accompanying materials required pursuant to 28 U.S.C. § 1715(b), and recipient list a true and correct copy of which is attached as Exhibit 1.

4.      On September 16, 2024, A.B. Data duly mailed the CAFA Notice Packets to the federal and state officials at the mailing addresses indicated in Exhibit 1.

5.      The mailing of the CAFA Notice Packets occurred "not later than 10 days after [the] proposed settlement" was filed with the Court.  28 U.S.C. § 1715(b).

6.      Each of the notice letters was sent either via UPS or by certified United States Priority Mail.

7.      As of the date of this Declaration, no recipient of the notice letters has communicated to Goodwin that it intends to object to the settlement reached between the parties.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 5, 2024                     _/s/ Katherine G. McKenney_
                                            Katherine McKenney (BBO #660621)
                                            GOODWIN PROCTER LLP
                                            100 Northern Avenue
                                            Boston, MA 02210
                                            Tel: (617) 570-1000
                                            Fax: (617) 523-1231
                                            kmckenney@goodwinlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I certify that this document filed through the ECF system on December 5, 2024 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


/s/ *Katherine G. McKenney*
Katherine G. McKenney