# EXHIBIT 1

**A.B. DATA, LTD.**
Class Action Administration

September 16, 2024

**Via U.P.S and U.S.P.S. Priority Mail**

The United States Attorney General
and the Appropriate Officials Identified in Attachment A

**RE: CAFA Notice of Proposed Class Action Settlement:**
*City of Miami Fire Fighters' and Police Officers' Retirement Trust v. Cerence Inc.*,
Case No. 1:22-CV-10321-ADB (D. Mass.)

Dear Madam or Sir:

This Notice is being provided to you on behalf of Cerence Inc. ("Cerence"), Sanjay Dhawan, and Mark J. Gallenberger ("Defendants"), pursuant to the provisions of the Class Action Fairness Act, 28 U.S.C. § 1715 ("CAFA"), to advise you of a proposed class action settlement between Defendants and Plaintiff in the above-referenced action (the "Action"). Plaintiff's Unopposed Motion for Preliminary Approval of Settlement and Approval of Notice to the Settlement Class was filed with the Court on September 6, 2024. As of the date of this Notice, the Court has scheduled a preliminary approval hearing on September 18, 2024, at 11:00 a.m. before the Honorable Allison D. Burroughs at the United States District Court for the District of Massachusetts, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, Massachusetts in Courtroom 17. The Court has not granted preliminary approval of the proposed settlement yet, nor has it scheduled a hearing for final approval of the settlement. 28 U.S.C. § 1715(b)(2).

Copies of all materials filed in the Action are electronically available on the Court's Pacer website found at https://pcl.uscourts.gov. In accordance with 28 U.S.C. § 1715(b), please see the below information and find copies of the following documents associated with this action at bit.ly/Cerence-CAFA or by scanning this QR code:



**<u>Exhibit Description</u>**

1.          ECF No. 1 – Class Action Complaint, filed February 25, 2022.

2.          ECF No. 37 – Amended Class Action Complaint for Violations of the Federal Securities Laws, filed July 26, 2022.

3.          ECF No. 72 – Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement and Approval of Notice to the Settlement Class, filed September 6, 2024.

     (1)     ECF No. 72-1 – Stipulation of Settlement dated September 6, 2024, and attaching:

          Exhibit A        [Proposed] Order Preliminarily Approving Settlement and Providing for Notice

          Exhibit A-1    Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses

          Exhibit A-2    Proof of Claim and Release Form

          Exhibit A-3    Summary Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses

          Exhibit B        [Proposed] Judgment Approving Class Action Settlement

     (2)    ECF No. 72-2 – [Proposed] Order Preliminarily Approving Settlement and Providing for Notice

4.          ECF No. 73 – Memorandum of Law in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Settlement and Approval of Notice to the Settlement Class, filed September 6, 2024.

To be added to our email list to receive CAFA correspondence digitally, please email help@abdataclassaction.com and we will add you to our email list.

In addition to the Stipulation of Settlement, Plaintiff and Defendants have entered into a confidential Supplemental Agreement, which is referenced in paragraph 6.4 of the Stipulation of Settlement and which provides that Defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the enclosed documents. Should you require additional information about this agreement, please contact this office, and we will

coordinate with counsel for the parties to make all reasonable efforts to address those questions. 28 U.S.C. § 1715(b)(5).

There is no final judgment or notice of dismissal yet. 28 U.S.C. § 1715(b)(6).

As defined in the settlement papers presented to the Court, the "Class" or the "Settlement Class" means all persons who purchased or otherwise acquired Cerence common stock at any time from November 6, 2020, up to and through February 4, 2022, both dates inclusive, excluding: (i) Defendants; (ii) Immediate Family Members of any Individual Defendant; (iii) any person who is, or was during the Class Period, an officer or director of Cerence; (iv) any affiliates or subsidiaries of Cerence; (v) any entity in which any Defendant has or had a controlling interest during the Class Period; and (vi) the legal representatives, heirs, successors, or assigns of any such excluded persons and entities. In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, such that it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members residing in each state to the entire settlement. Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund. 28 U.S.C. § 1715(b)(7).

There are no written judicial opinions relating to the materials described under subparagraphs (3) through (6) of the notice statute. 28 U.S.C. § 1715(b)(8).

If you have any questions about how to access and view the documents included in the link above, please contact this office. If you have any questions for counsel regarding this Notice, the Action, or the materials provided with this Notice, please contact Defendants' counsel, Deborah S. Birnbach and Justin D. Ward, Goodwin Procter LLP, 100 Northern Avenue, Boston, MA 02210, (617) 570-1000, dbirnbach@goodwinlaw.com, jward@goodwinlaw.com.

Sincerely,

A.B. DATA, LTD.
Claims Administrator on behalf of Defendants
Email: help@abdataclassaction.com

**ATTACHMENT A**

| Office | Name | Street Address 1 | Street Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| United States Attorney General | Merrick Garland | US Department of Justice | 950 Pennsylvania Ave, NW | Washington | DC | 20530-0001 |
| Office of the Alabama Attorney General | Steve Marshall | 501 Washington Avenue | | Montgomery | AL | 36104 |
| Office of the Alaska Attorney General | Treg Taylor | 1031 West 4th Avenue | Suite 200 | Anchorage | AK | 99501-1994 |
| Office of the Arizona Attorney General | Kris Mayes | 2005 N CENTRAL AVE | | Phoenix | AZ | 85004-1592 |
| Office of the Arkansas Attorney General | Tim Griffin | 323 Center St. | Ste. 200 | Little Rock | AR | 72201-2610 |
| Office of the California Attorney General | CAFA Coordinator | 455 Golden Gate Ave. | Ste. 11000 | San Francisco | CA | 94102 |
| Office of the Colorado Attorney General | Phil Weiser | Ralph L. Carr Judicial Building | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Office of the Connecticut Attorney General | William Tong | 165 Capitol Ave. | | Hartford | CT | 06106 |
| Office of the Delaware Attorney General | Kathy Jennings | Carvel State Office Bldg. | 820 N. French St. | Wilmington | DE | 19801 |
| Office of the District of Columbia Attorney General | Karl A. Racine | 400 6th Street, NW | | Washington | DC | 20001 |
| Office of the Florida Attorney General | Ashley Moody | The Capitol | PL-01 | Tallahassee | FL | 32399-1050 |
| Office of the Georgia Attorney General | Chris Carr | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Office of the Hawaii Attorney General | Anne E. Lopez | 425 Queen St. | | Honolulu | HI | 96813 |
| Office of the Idaho Attorney General | Raúl Labrador | 700 W. Jefferson St. | P.O. Box 83720 | Boise | ID | 83720-0010 |
| Office of the Illinois Attorney General | Kwame Raoul | James R. Thompson Ctr. | 100 W. Randolph St. | Chicago | IL | 60601 |
| Office of the Indiana Attorney General | Todd Rokita | Indiana Government Center South - 5th Floor | 302 W. Washington St., 5th Floor | Indianapolis | IN | 46204 |
| Office of the Iowa Attorney General | Brenna Bird | Hoover State Office Bldg. | 1305 E. Walnut St. | Des Moines | IA | 50319 |
| Office of the Kansas Attorney General | Kris W. Kobach | 120 S.W. 10th Ave | 2nd Fl | Topeka | KS | 66612-1597 |
| Office of the Kentucky Attorney General | Daniel Cameron | 700 Capitol Avenue | Capitol Building, Ste. 118 | Frankfort | KY | 40601 |
| Office of the Louisiana Attorney General | Jeff Landry | PO Box 94005 | | Baton Rouge | LA | 70804-4095 |
| Office of the Maine Attorney General | Aaron Frey | 6 State House Station | | Augusta | ME | 04333 |
| Office of the Maryland Attorney General | Anthony G. Brown | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Office of the Massachusetts Attorney General | CAFA Coordinator | 1 Ashburton Place | 20th Floor | Boston | MA | 02108-1698 |
| Office of the Michigan Attorney General | Dana Nessel | G. Mennen Williams Building P.O. Box 30212 | 525 W Ottawa St. | Lansing | MI | 48909 |
| Office of the Minnesota Attorney General | Keith Ellison | 445 Minnesota St. | Ste. 1400 | St. Paul | MN | 55101 |
| Office of the Mississippi Attorney General | Lynn Fitch | Department of Justice | PO Box 220 | Jackson | MS | 39205 |
| Office of the Missouri Attorney General | Andrew Bailey | Supreme Ct. Bldg | 207 W. High St. | Jefferson City | MO | 65102 |
| Office of the Montana Attorney General | Austin Knudsen | Justice Bldg. | 215 N. Sanders St., 3rd Floor | Helena | MT | 59620-1401 |
| Office of the Nebraska Attorney General | Mike Hilgers | 2115 State Capitol | PO Box 98920 | Lincoln | NE | 68509-8920 |
| Office of the Nevada Attorney General | Aaron Ford | Old Supreme Ct. Bldg. | 100 N. Carson St | Carson City | NV | 89701 |
| Office of the New Hampshire Attorney General | John Formella | 33 Capitol St | | Concord | NH | 03301-6397 |
| Office of the New Jersey Attorney General | Matthew J. Platkin | Richard J. Hughes Justice Complex | 25 Market St. | Trenton | NJ | 08611 |
| Office of the New Mexico Attorney General | Raúl Torrez | 408 Galisteo St. | Villagra Building | Santa Fe | NM | 87501 |
| Office of the New York Attorney General | CAFA Coordinator | 28 Liberty Street | 15th Floor | New York | NY | 10005 |
| Office of the North Carolina Attorney General | Josh Stein | Dept. of Justice | 114 W. Edenton St. | Raleigh | NC | 27603 |
| Office of the North Dakota Attorney General | Drew Wrigley | State Capitol | 600 E. Boulevard Ave., Dept. 125 | Bismark | ND | 58505 |
| Office of the Ohio Attorney General | Dave Yost | State Office Tower | 30 E. Broad St., 14th Floor | Columbus | OH | 43215 |
| Office of the Oklahoma Attorney General | Gentner Drummond | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| Office of the Oregon Attorney General | Ellen F. Rosenblum | Justice Bldg | 1162 Court St. NE | Salem | OR | 97301-4096 |
| Office of the Pennsylvania Attorney General | Michelle A. Henry | 16th Floor, Strawberry Square | | Harrisburg | PA | 17120 |
| Office of the Rhode Island Attorney General | Peter Neronha | 150 S. Main St. | | Providence | RI | 02903 |
| Office of the South Carolina Attorney General | Alan Wilson | Rembert C. Dennis Office Bldg | PO Box 11549 | Columbia | SC | 29211-1549 |
| Office of the South Dakota Attorney General | Marty J. Jackley | 1302 East Highway 14 | Suite 1 | Pierre | SD | 57501-8501 |
| Office of the Tennessee Attorney General | Jonathan Skrmetti | 500 Charlotte Ave. | P.O. Box 20207 | Nashville | TN | 37219 |
| Office of the Texas Attorney General | Ken Paxton | | PO Box 12548 | Austin | TX | 78711-2548 |
| Office of the Utah Attorney General | Sean Reyes | 350 North State Street | Suite 230 | Salt Lake City | UT | 84114-2320 |
| Office of the Vermont Attorney General | Charity R. Clark | 109 State St. | | Montpelier | VT | 05609-1001 |
| Office of the Virginia Attorney General | Jason S. Miyares | 202 North Ninth Street | | Richmond | VA | 23219 |
| Office of the Washington Attorney General | Bob Ferguson | 1125 Washington Street SE | PO Box 40100 | Olympia | WA | 98504-0100 |
| Office of the West Virginia Attorney General | Patrick Morrisey | State Capitol Complex, Bldg. 1, Rm E-26 | 1900 Kanawha Blvd. E. | Charleston | WV | 25305 |
| Office of the Wisconsin Attorney General | Josh Kaul | State Capitol | PO Box 7857 | Madison | WI | 53707-7857 |
| Office of the Wyoming Attorney General | Bridget Hill | Pioneer Building, 3rd Floor | 2424 Pioneer Avenue | Cheyenne | WY | 82002 |
| Office of the Puerto Rico Attorney General | W. Stephen Muldrow | Torre Chardón, Suite 1201 | 350 Carlos Chardón Street | San Juan | PR | 00918 |
| Office of the Guam Attorney General | Douglas B. Moylan | ITC Building | 590 S. Marine Corps Dr, Ste. 901 | Tamuning | Guam | 96913 |
| Office of the Virgin Islands Attorney General | Delia L. Smith- Ariel Smith is nominee | Dept. of Justice | Building, 2nd Floor | St. Thomas | VI | 00802 |
| Office of the American Samoa Attorney General | Fainu'ulelei Falefatu Ala'ilima-Utu | Executive Office Bldg. | P.O. Box 7 | Utulei | Samoa | 96799 |
| Office of Northern Mariana Islands Attorney General | Edward E. Manibusan | Saipan, MP 96950 | | Saipan | MP | 96950 |