# Exhibit 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| CITY OF MIAMI FIRE FIGHTERS' AND POLICE OFFICERS' RETIREMENT TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>CERENCE INC., SANJAY DHAWAN, and MARK J. GALLENBERGER,<br><br>        Defendants. | No. 1:22-cv-10321-ADB |

**SUPPLEMENTAL DECLARATION OF ERIC MILLER REGARDING:**
**(A) MAILING OF THE NOTICE AND CLAIM FORM AND**
**(B) REPORT ON REQUESTS FOR EXCLUSION RECEIVED**

I, ERIC MILLER, hereby declare as follows:

1. I am the Senior Vice President of Case Management at A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"). Pursuant to the Court's September 23, 2024 Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 78) (the "Preliminary Approval Order"), A.B. Data was appointed to supervise and administer the notice procedure as well as the processing of claims in connection with the Settlement of the above-captioned action (the "Action").[1] I submit this Declaration as a supplement to my earlier declaration, the Declaration of Eric Miller Regarding: (A) Mailing of the Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion Received to

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation of Settlement, dated September 6, 2024 (ECF No. 72-1) (the "Stipulation").

Date, dated November 11, 2024 (ECF No. 85-2) (the "Initial Mailing Declaration"). I am over 21 years of age and am not a party to the Action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently thereto.

## CONTINUED MAILING OF THE NOTICE PACKET

2.     Since the execution of the Initial Mailing Declaration, A.B. Data has continued to disseminate copies of the Notice and Claim Form (together, the "Notice Packet") in response to additional requests from potential Settlement Class Members and nominees. As of the date of this Declaration, A.B. Data has mailed a total of 51,721 Notice Packets to potential Settlement Class Members and nominees.[2]

## TELEPHONE HELPLINE AND WEBSITE

3.      A.B. Data continues to maintain the toll-free telephone helpline (1-877- 411-4801) and interactive voice response system to accommodate inquiries from Settlement Class Members. A.B. Data also continues to maintain the dedicated website for the Action (www.CerenceSecuritiesLitigation.com) to assist Settlement Class Members. On November 12, 2024, A.B. Data posted to the website copies of the papers filed in support of Lead Plaintiff's Motion for Final Approval of Settlement and Plan of Allocation and Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses. A.B. Data will continue to maintain and, as appropriate, update the Settlement website and toll-free telephone helpline until the conclusion of this administration.

---

[2] In the Initial Mailing Declaration, A.B. Data reported that a total of 57,080 Notice Packets had been mailed. *See* Initial Mailing Declaration ¶ 11. A.B. Data has since discovered that the number of total Notice Packets listed in the Initial Mailing Declaration inadvertently double counted the 5,477 Notice Packets initially mailed on October 2, 2024. Therefore, as of November 11, 2024, the date of the Initial Mailing Declaration, 51,603 Notice Packets had been mailed. Since that time, another 118 Notice Packets have been mailed.

## REPORT ON REQUESTS FOR EXCLUSION RECEIVED

4.    The Notice informed potential members of the Settlement Class that requests for exclusion from the Settlement Class were to be addressed to *Cerence Securities Litigation*, EXCLUSIONS, c/o A.B. Data, Ltd., P.O. Box 173001, Milwaukee, WI 53217, so that they are received no later than November 25, 2024.  The Notice also sets forth the information that must be included in each request for exclusion.  As of the date of this Declaration, A.B. Data has received one request for exclusion from the Settlement Class, which was received on November 26, 2024, after the deadline of November 25, 2024.  In addition, the one request for exclusion received did not include information concerning transactions in Cerence common stock that was required by the Notice.  A copy of this request for exclusion is attached hereto as Exhibit A.  In the interest of privacy, the street address of the investor requesting exclusion has been redacted in Exhibit A.

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.  Executed this 9th day of December 2024.

_____
ERIC MILLER

3

# Exhibit A

Reference - 54884
**684413634**

NOV 2 6 2024

November 13, 2024

CERENCE SECURITIES LITIGAATION
C/O A.B.DATA LTD
P.O.BOX 173038
MILWAUKEE, WI 53217

Sir,

We hereby ask you to permanently exclude us from this legal action.

Sincerely yours,

Gilbert DLUGY TTEE

Monique DLUGY TTEE

U/A DTD 01/16/2006 by Gilbert DLUGY

WILMINGTON,NC 28409-5779



Mr. Gilbert Dlugy
Wilmington, NC 28409

RALEIGH NC  275
Research Triangle Region
13 NOV 2024  PM 6  L



CERENCE SECURITIES LITIGATION

C/O A.B. DATA LTD

P.O. BOX 173038

MILWAUKEE, WI 53217

53217-804938