**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CITY OF MIAMI FIRE FIGHTERS' AND POLICE OFFICERS' RETIREMENT TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CERENCE INC., SANJAY DHAWAN, and MARK J. GALLENBERGER,<br><br>Defendants. | No. 1:22-cv-10321-ADB |

**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR**
**APPROVAL OF DISTRIBUTION PLAN**

TO:   All Counsel of Record

PLEASE TAKE NOTICE that in accordance with Federal Rule of Civil Procedure 23(e) and this Court's Order Approving Plan of Allocation of Net Settlement Fund (ECF No. 90) and Judgment Approving Class Action Settlement (ECF No. 89), Lead Plaintiff Public Employees' Retirement System of Mississippi ("Lead Plaintiff"), on behalf of itself and the Settlement Class, will and does hereby move this Court for entry of the accompanying [Proposed] Order Approving Distribution Plan ("Distribution Order").  In further support of this motion, Lead Plaintiff submits (i) the Declaration of Eric Miller in Support of Lead Plaintiff's Unopposed Motion for Approval of Distribution Plan ("Miller Declaration") submitted on behalf of the Court-approved Claims Administrator, A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"); (ii) the Memorandum of Law in Support of Lead Plaintiff's Unopposed Motion for Approval of Distribution Plan; and (iii) all other papers and proceedings herein.

Among other things, the Distribution Order would: (i) approve the administrative determinations of A.B. Data accepting and rejecting Claims submitted in connection with the Settlement reached in the above-captioned action; (ii) direct the distribution of the Net Settlement Fund to Claimants whose Claims are accepted by A.B. Data as valid and approved by the Court ("Authorized Claimants"), while maintaining a reserve for any tax liability or claims administration-related contingencies that may arise; (iii) direct that distribution checks state that the check must be cashed within 90 days after the issue date; (iv) direct that Authorized Claimants will forfeit all recovery from the Settlement if they fail to cash their distribution checks in a timely manner; (v) approve the recommended plan for any funds remaining after the distribution; (vi) approve A.B. Data's fees and expenses incurred and estimated to be incurred in the administration of the Settlement; (vii) release claims related to the administration process; and (viii) authorize the destruction of Claim Forms and supporting documents at an appropriate time.

There are no disputed Claims by any Settlement Class Member requiring Court review. Pursuant to the terms of the Stipulation of Settlement (ECF No. 72-1), Defendants have no interest in the relief sought by the motion. Further, Defendants' Counsel have reviewed the motion and informed us that Defendants take no position on the relief requested and, on that basis, do not oppose it. Accordingly, Lead Counsel respectfully submit that the motion is ripe for consideration by the Court and may be decided on the papers.

2

DATED: March 12, 2026

Respectfully Submitted,

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**

**SAXENA WHITE P.A.**

/s/ *John Rizio-Hamilton*
John Rizio-Hamilton (*pro hac vice*)
Hannah Ross (*pro hac vice*)
Alec T. Coquin (*pro hac vice*)
Mathews R. de Carvalho (*pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
(212) 554-1400
johnr@blbglaw.com
hannah@blbglaw.com
alec.coquin@blbglaw.com
mathews.decarvalho@blbglaw.com


Jonathan D. Uslaner (*pro hac vice*)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
(310) 819-3470
jonathanu@blbglaw.com

/s/ *Steven B. Singer*
Steven B. Singer (*pro hac vice*)
Joshua H. Saltzman (*pro hac vice*)
Sara DiLeo (*pro hac vice*)
10 Bank Street, 8th Floor
White Plains, New York 10606
(914) 437-8551
ssinger@saxenawhite.com
jsaltzman@saxenawhite.com
sdileo@saxenawhite.com

Maya Saxena
Joseph E. White III (BBO #648498)
7777 Glades Road, Suite 300
Boca Raton, Florida 33434
(561) 394-3399
msaxena@saxenawhite.com
jwhite@saxenawhite.com

*Lead Counsel for Lead Plaintiff Public
Employees' Retirement System of Mississippi*

**DAVIDSON BOWIE, PLLC**
John L. Davidson (*pro hac vice*)
1062 Highland Colony Parkway
200 Concourse, Suite 275
Ridgeland, Mississippi 39157
(601) 932-0028
jdavidson@dbslawfirm.net

*Additional Counsel for Lead Plaintiff Public
Employees' Retirement System of Mississippi*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on March 12, 2026.

 /s/ *John Rizio-Hamilton*
John Rizio-Hamilton